1  Steve Wilson Briggs
   681 Edna Way
2  San Mateo, CA 94402
   Telephone: (510) 200 3763
3  Email: snc.steve@gmail.com

4  Pro Se Plaintiff

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NOV - 6 2014

FILED_____
DOCKETED_____
       DATE    INITIAL

14-17175

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| STEVE WILSON BRIGGS | No.: 14-17175 |
| Plaintiff-Appellant | D.C. No. 4:13-cv-04679-PJH |
| vs. | U.S. District Court For Northern California (Oakland) |
| SONY PICTURES ENT., INC., NEILL BOMKAMP, TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL II LP, QED INTERNATIONAL | **RESPONSE TO ORDER (CASE DOC. 90),** |
| | **RE: PROOF OF DOCKETING FEE PAID** |
| Defendants-Appellee | |

On October 31, 2014, I, plaintiff/appellant pro se, Steve Wilson Briggs, filed Notice of Appeal at the lower Court (Oakland Division). At the time of filing notice I paid the $505 docketing fees, in full. I HAVE ATTACHED A COPY OF THE RECEIPT OF THAT TRANSACTION TO THIS FILING. The transaction amount, receipt number, cashier number, etc., are all on the receipt. Somehow that transaction was not forwarded to the 9th Circuit's Clerk's office, thus I received an ORDER to pay these fees promptly. I hope you will update all records to reflect the docketing fees are paid, and CONFIRM.

DATE: 11/05/2014.

Respectfully Submitted, /s/ Steve Wilson Briggs
Steve Wilson Briggs
Plaintiff, In Pro Per
681 Edna Way,
San Mateo, CA 94402
Telephone: (510) 200 3763
Email: snc.steve@gmail.com

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611011957
Cashier ID: lenahac
Transaction Date: 10/31/2014
Payer Name: Steve Griggs
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Steve Griggs
 Case/Party: D-CAN-4-13-CV-004679-001
 Amount:        $505.00
-----------------------------------
CASH
 Amt Tendered: $505.00
-----------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

PJH


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```