_____

## UNITED STATES COURTS OF APPEALS
## FOR THE NINTH CIRCUIT
_____

### C.A. No. 14-17175
_____


STEVE WILSON BRIGGS

Plaintiff-Appellant

v.

SONY PICTURES ENTERTAINMENT, INC., NEILL BLOMKAMP, ET AL

Defendants-Appellee

_____


## APPELLANT-PLAINTIFF STEVE WILSON BRIGGS
## EXCERPTS OF THE BRIEF

_____


On Appeal from the United States District Court
for the Northern District of California
_____


Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402
(510) 200 3763


*Appellant In Propria Persona*

TABLE OF CONTENTS

TABLE OF CONTENTS……………………………………………………..1

NOTICE OF APPEAL………………………………………………………..3

COPY OF THE DISTRICT COURT DOCKET…………………………………...5

**ORDER RE MOTION FOR SUM JUDGMENT** (the decision on review)…...14

JUDGMENT…………………………………………………………………....46

PLAINTIFF/APPELLANT'S MOTION FOR SUMMARY JUDGMENT………47

COMPLAINT (FAC) & SCREENPLAY ATTACHMENTS, ETC……………..78

MOTION FOR SANCTIONS AGAINST DEFENSE COUNSEL…………….364

ICMC (CIVIL MINUTES)………………………………………………...374

MOTION FOR FURTHER CASE MNGMNT CONF. FOR (120 DAY)
CONTINUANCE OF DISCOVERY DEADLINES……………………………376

ORDER GRANTING IN PART/DENYING IN PART…………………………379

FURTHE CMC CIVIL MINUTES…………………………………………...380

MOTION TO DISQUALIFY (EXCLUDE) DEF. EXPRT  DECL/REPORT….382

ORDER DEFERING…………………………………………………………400

MOTION FOR  LEAVE TO FILE A SECOND AMENDED COMPLNT…….402

ORDER STRIKING MOTION FOR LEAVE……………………………….406

SECOND AMENDED MOT. FOR LEAVE TO FILE 2ND AM COMPLT……407

ORDER DENYING MOTION FOR LEAVE………………………………….410

PLAINTIFF'S OPPOSITION BRIEF………………………………………..415

DEF. ANSWERS AND AFFIRMATIVE DEFENSES…………………………429

DEF. MOTION FOR SUMMARY JUDGMENT………………………………461

DECLARATION OF DEF. EXPRT WTNSS, JEFF ROVIN…………………...496

MOTION FOR SUM JDGMNT HEARING TRANSCRIPTS…………………592

Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402
Telephone: (510) 200 3763
Email: snc.steve@gmail.com

Pro Se Plaintiff

FILED

2014 OCT 31 P 12: 01

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| STEVE WILSON BRIGGS <br><br> Plaintiff <br><br> vs. <br><br> NEILL BOMKAMP, SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL II LP, QED INTERNATIONAL <br><br> Defendants | Case No.: CV 13-4679 PJH <br><br> Hon. Phyllis J. Hamilton <br><br> **NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that Steve Wilson Briggs, plaintiff in the above named case, hereby appeals to United States Court of Appeals for the Ninth Circuit from the final judgment of the District Court's October 3rd, 2014 Order Re Motions For Summary Judgment.

DATED: October 31st, 2014.

Respectfully Submitted,

Steve Wilson Briggs
Plaintiff, In Pro Per
681 Edna Way,
San Mateo, CA 94402
Telephone: (510) 200 3763
Email: snc.steve@gmail.com

# PROOF OF SERVICE

1
2
3
4
5  This is to certify that on the 31st day of October, 2014, I, Steve Wilson Briggs,
6  served, by way of the U.S. mail, true copies of the document described as
7  **"NOTICE OF APPEAL"**
8  on the interested parties below:
9
10  Michael J. Kump, and Gregory P. Korn
11  (of Kinsella, Weitzman, Iser, Kump & Aldisert)
12  808 Wilshire Boulevard, 3rd Floor
13  Santa Monica, California, 90401
14  310 566 9800
15
16
17
18  Executed on October 31st, 2014
19  By,
20  Steve Wilson Briggs
21
...
28

**PROOF OF SERVICE**

ADRMOP,AO279,APPEAL,CLOSED,E–ProSe,ProSe

# U.S. District Court
# California Northern District (Oakland)
# CIVIL DOCKET FOR CASE #: 4:13–cv–04679–PJH

Briggs v. Blomkamp et al

Assigned to: Hon. Phyllis J. Hamilton

Referred to: Magistrate Judge Laurel Beeler

Case in other court:  Ninth Circuit Court of Appeals, 14–17175

Cause: 17:501 Copyright Infringement

Date Filed: 10/08/2013

Date Terminated: 10/03/2014

Jury Demand: None

Nature of Suit: 820 Copyright

Jurisdiction: Federal Question

**Plaintiff**

**Steve Kenyatta Wilson Briggs**                    represented by   **Steve Kenyatta Wilson Briggs**
                                                                    681 Edna Way
                                                                    San Mateo, CA 94402
                                                                    510–200–3763
                                                                    Email: snc.steve@gmail.com
                                                                    PRO SE

V.

**Defendant**

**Sony Pictures Ent., Inc.**                        represented by   **Michael Joseph Kump**
                                                                    Kinsella Weitzman et al LLP
                                                                    808 Wilshire Blvd 3FL
                                                                    Santa Monica, CA 90401
                                                                    310–566–9855
                                                                    Fax: 310–566–9850
                                                                    Email: mkump@kwikalaw.com
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Gregory Philip Korn**
                                                                    Kinsella Weitzman et al LLP
                                                                    808 Wilshire Blvd 3FL
                                                                    Santa Monica, CA 90401
                                                                    310–566–9800
                                                                    Fax: 310–566–9850
                                                                    Email: gkorn@kwikalaw.com
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Tristar Pictures, Inc.**                          represented by   **Michael Joseph Kump**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Gregory Philip Korn**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Media Rights Capital**                            represented by   **Michael Joseph Kump**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Gregory Philip Korn**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**QED International**                    represented by **Michael Joseph Kump**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Gregory Philip Korn**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Neill Blomkamp**                       represented by **Michael Joseph Kump**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Gregory Philip Korn**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/08/2013 | 1 | COMPLAINT against Neil Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc. (Filing fee $ 400.). Filed bySteve Wilson Briggs. (Attachments: # 1 Part 2, # 2 Part 3, # 3 Civil Cover Sheet)(vlkS, COURT STAFF) (Filed on 10/8/2013) (Entered: 10/10/2013) |
| 10/08/2013 | 2 | **ADR SCHEDULING ORDER: Case Management Statement due by 1/2/2014. Case Management Conference set for 1/9/2014 02:00 PM. (Attachments: # 1 Standing Order)(vlkS, COURT STAFF) (Filed on 10/8/2013) (Entered: 10/10/2013)** |
| 10/10/2013 | 3 | REPORT on the filing of an action regarding copyright infringement (cc: form mailed to register). (vlkS, COURT STAFF) (Filed on 10/10/2013) Modified on 10/11/2013 (jlmS, COURT STAFF). (Entered: 10/10/2013) |
| 10/15/2013 | 4 | Summons Issued as to Neill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (vlk, COURT STAFF) (Filed on 10/15/2013) (Entered: 10/15/2013) |
| 11/27/2013 | 5 | NOTICE of Appearance by Michael Joseph Kump *For Defendants* (Attachments: # 1 Certificate/Proof of Service)(Kump, Michael) (Filed on 11/27/2013) (Entered: 11/27/2013) |
| 11/27/2013 | 6 | NOTICE of Appearance by Gregory Philip Korn *For Defendants* (Attachments: # 1 Certificate/Proof of Service)(Korn, Gregory) (Filed on 11/27/2013) (Entered: 11/27/2013) |
| 11/27/2013 | 7 | *DEFENDANTS' ANSWER to Complaint and Affirmative Defenses to Complaint for Copyright Infringement* byNeill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (Attachments: # 1 Certificate/Proof of Service)(Kump, Michael) (Filed on 11/27/2013) (Entered: 11/27/2013) |
| 11/27/2013 | 8 | Certificate of Interested Entities identifying corporate parent Media Rights Capital II, L.P. by Neill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc. (Attachments: # 1 Certificate/Proof of Service)(Kump, Michael) Modified on 11/29/2013 (vlkS, COURT STAFF). (Entered: 11/27/2013) |
| 11/27/2013 | 9 | Corporate Disclosure Statement of Defendants by Neill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc. (Attachments: # 1 Certificate/Proof of Service)(Kump, Michael) (Filed on 11/27/2013) Modified on 11/29/2013 (vlkS, COURT STAFF). (Entered: 11/27/2013) |

| 12/19/2013 | 10 | NOTICE of need for ADR Phone Conference (ADR L.R. 3–5 d) (Kump, Michael) (Filed on 12/19/2013) (Entered: 12/19/2013) |
|---|---|---|
| 12/19/2013 | 11 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *filed by Neill Blomkamp* (Attachments: # 1 Certificate/Proof of Service)(Kump, Michael) (Filed on 12/19/2013) (Entered: 12/19/2013) |
| 12/19/2013 | 12 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *filed by QED International, LLC* (Attachments: # 1 Certificate/Proof of Service)(Kump, Michael) (Filed on 12/19/2013) (Entered: 12/19/2013) |
| 12/19/2013 | 13 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *filed by Tristar Pictures, Inc.* (Attachments: # 1 Certificate/Proof of Service)(Kump, Michael) (Filed on 12/19/2013) (Entered: 12/19/2013) |
| 12/19/2013 | 14 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *filed by Sony Pictures Entertainment Inc.* (Attachments: # 1 Certificate/Proof of Service)(Kump, Michael) (Filed on 12/19/2013) (Entered: 12/19/2013) |
| 12/19/2013 | 15 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options *filed by MRC II Distribution Company, L.P.* (Attachments: # 1 Certificate/Proof of Service)(Kump, Michael) (Filed on 12/19/2013) (Entered: 12/19/2013) |
| 12/19/2013 | 16 | Proof of Service re 10 Notice of need of ADR Phone Conference (ADR L.R. 3–5 d) by Neill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (Kump, Michael) (Filed on 12/19/2013) Modified on 12/20/2013 (kcS, COURT STAFF). (Entered: 12/19/2013) |
| 12/19/2013 | 17 | AMENDED COMPLAINT against Neill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. Filed bySteve Wilson Briggs. (Attachments: # 1 Part 2, # 2 Part 3)(vlkS, COURT STAFF) (Filed on 12/19/2013) (Entered: 12/19/2013) |
| 12/19/2013 | 18 | NOTICE of need for ADR Phone Conference (ADR L.R. 3–5 d) (vlkS, COURT STAFF) (Filed on 12/19/2013) (Entered: 12/19/2013) |
| 12/19/2013 | 19 | SUMMONS Returned Executed by Steve Wilson Briggs. Neill Blomkamp served on 11/26/2013, answer due 12/17/2013; Media Rights Capital served on 12/5/2013, answer due 12/26/2013; QED International served on 12/4/2013, answer due 12/26/2013; Sony Pictures Ent., Inc. served on 11/7/2013, answer due 12/2/2013; Tristar Pictures, Inc. served on 11/7/2013, answer due 12/2/2013. (vlkS, COURT STAFF) (Filed on 12/19/2013) (Entered: 12/19/2013) |
| 12/20/2013 | 20 | ADR Clerk's Notice Setting ADR Phone Conference on 1/6/2014 at 10:00 a.m. Pacific time. Please note that you must be logged into an ECF account of counsel of record in order to view this document. (Attachments: # 1 Certificate/Proof of Service)(cmf, COURT STAFF) (Filed on 12/20/2013) (Entered: 12/20/2013) |
| 12/30/2013 | 21 | STIPULATION WITH PROPOSED ORDER re 17 Amended Complaint *re Extension to Answer and Continue January 9, 2014 Case Management Conference* filed by Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (Attachments: # 1 Proposed Order to Continue January 9, 2014 Case Management Conference)(Kump, Michael) (Filed on 12/30/2013) (Entered: 12/30/2013) |
| 12/30/2013 | 22 | Declaration of Gregory Korn in Support of 21 STIPULATION WITH PROPOSED ORDER re 17 Amended Complaint *re Extension to Answer and Continue January 9, 2014 Case Management Conference* filed byMedia Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (Related document(s) 21 ) (Kump, Michael) (Filed on 12/30/2013) (Entered: 12/30/2013) |
| 01/02/2014 | 23 | **ORDER GRANTING STIPULATION TO CONTINUE JANUARY 9, 2014 CASE MANAGEMENT CONFERENCE by Hon. Phyllis J. Hamilton granting 21 Stipulation. (Attachments: # 1 Certificate/Proof of Service)(nahS, COURT STAFF) (Filed on 1/2/2014) (Entered: 01/02/2014)** |
| 01/02/2014 | | Set Deadlines/Hearings: Case Management Statement due by 1/9/2014. Initial Case Management Conference set for 1/16/2014 02:00 PM. (nahS, COURT STAFF) (Filed on 1/2/2014) (Entered: 01/02/2014) |

| 01/03/2014 | 24 | MOTION for Sanctions filed by Steve Wilson Briggs. Responses due by 1/17/2014. Replies due by 1/24/2014. (vlk, COURT STAFF) (Filed on 1/3/2014) (Entered: 01/06/2014) |
|---|---|---|
| 01/06/2014 | 25 | AMENDED MOTION for Sanctions filed by Steve Wilson Briggs. Motion Hearing set for 2/19/2014 09:00 AM before Hon. Phyllis J. Hamilton. Responses due by 1/21/2014. Replies due by 1/28/2014. (Attachments: # 1 Proposed Order)(vlkS, COURT STAFF) (Filed on 1/6/2014) (Entered: 01/07/2014) |
| 01/07/2014 | | ADR Remark: ADR Phone Conference held 1/6/2014 with Howard Herman, ADR Program Director. (cmf, COURT STAFF) (Filed on 1/7/2014) (Entered: 01/07/2014) |
| 01/09/2014 | 26 | CASE MANAGEMENT STATEMENT *and Rule 26(f) Report* filed by Neill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (Attachments: # 1 Certificate/Proof of Service)(Kump, Michael) (Filed on 1/9/2014) (Entered: 01/09/2014) |
| 01/09/2014 | 27 | *Defendants'* ANSWER to Amended Complaint *and Affirmative Defenses* byNeill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (Attachments: # 1 Certificate/Proof of Service)(Kump, Michael) (Filed on 1/9/2014) (Entered: 01/09/2014) |
| 01/09/2014 | 28 | CASE MANAGEMENT STATEMENT filed by Steve Wilson Briggs. (vlk, COURT STAFF) (Filed on 1/9/2014) (Entered: 01/09/2014) |
| 01/09/2014 | 29 | MOTION for Permission for Electronic Case Filing filed by Steve Wilson Briggs. (Attachments: # 1 Proposed Order)(vlk, COURT STAFF) (Filed on 1/9/2014) (Entered: 01/09/2014) |
| 01/16/2014 | 30 | Minute Entry: Initial Case Management Conference held on 1/16/2014 before Phyllis J. Hamilton (Date Filed: 1/16/2014). Bench Trial set for 5/18/2015 08:30 AM before Hon. Phyllis J. Hamilton. Final Pretrial Conference set for 4/30/2015 02:00 PM. (Court Reporter Not Reported.) (Attachments: # 1 Certificate/Proof of Service) (nahS, COURT STAFF) (Date Filed: 1/16/2014) (Entered: 01/17/2014) |
| 01/17/2014 | 31 | **CASE MANAGEMENT AND PRETRIAL ORDER re 30 Case Management Conference – Initial. Signed by Judge Phyllis J. Hamilton on 1/17/14. (Attachments: # 1 Certificate/Proof of Service)(nahS, COURT STAFF) (Filed on 1/17/2014) (Entered: 01/17/2014)** |
| 01/23/2014 | 32 | Answer to Amended Complaint 17 Amended Complaint *(Answer Filed By Media Rights Capital II, L.P.)* byMedia Rights Capital. (Attachments: # 1 Certificate/Proof of Service PROOF OF SERVICE)(Kump, Michael) (Filed on 1/23/2014) (Entered: 01/23/2014) |
| 01/23/2014 | 33 | Certificate of Interested Entities by Media Rights Capital identifying other affiliate MRC II Distribution Company L.P. (Attachments: # 1 Certificate/Proof of Service)(Kump, Michael) (Filed on 1/23/2014) Modified on 1/24/2014 (vlkS, COURT STAFF). (Entered: 01/23/2014) |
| 01/23/2014 | 34 | Certificate of Interested Entities by Neill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc. *CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MEDIA RIGHTS CAPITAL II., L.P.* (Attachments: # 1 Certificate/Proof of Service)(Kump, Michael) (Filed on 1/23/2014) (Entered: 01/23/2014) |
| 04/08/2014 | 35 | MOTION For a Further CMC and Continuance of Case Management and Pretrial Order Deadlines filed by Steve Wilson Briggs. Motion Hearing set for 5/14/2014 09:00 AM before Hon. Phyllis J. Hamilton. Responses due by 4/22/2014. Replies due by 4/29/2014. (Attachments: # 1 Proposed Order)(vlkS, COURT STAFF) (Filed on 4/8/2014) (Entered: 04/08/2014) |
| 04/09/2014 | 36 | **ORDER by Judge Hamilton granting in part and denying in part 35 Motion for further case management conference and Motion to continue pretrial dates. (pjhlc1, COURT STAFF) (Filed on 4/9/2014) (Additional attachment(s) added on 4/10/2014: # 1 Certificate/Proof of Service) (nahS, COURT STAFF). (Entered: 04/09/2014)** |

| 04/17/2014 | 37 | Minute Entry: Further Case Management Conference held on 4/17/2014 before Judge Phyllis J. Hamilton (Date Filed: 4/17/2014). Discovery due by 6/17/2014. Motions due by 7/30/2014. (Court Reporter: Not Reported.) (Attachments: # 1 Certificate/Proof of Service) (nahS, COURT STAFF) (Date Filed: 4/17/2014) Modified on 4/21/2014 (jlmS, COURT STAFF). (Entered: 04/18/2014) |
|---|---|---|
| 04/17/2014 | 38 | **FIRST NOTICE OF FILING OF MOTION FOR SUMMARY JUDGMENT re 37 Case Management Conference – Further. Signed by Judge Phyllis J. Hamilton on 4/17/14. (Attachments: # 1 Certificate/Proof of Service)(nahS, COURT STAFF) (Filed on 4/17/2014) (Entered: 04/18/2014)** |
| 04/25/2014 | 39 | MOTION for Permission for Electronic Case Filing filed by Steve Wilson Briggs. (Attachments: # 1 Proposed Order)(vlk, COURT STAFF) (Filed on 4/25/2014) (Entered: 04/29/2014) |
| 04/25/2014 | 40 | Declaration in Support of 39 MOTION for Permission for Electronic Case Filing filed bySteve Wilson Briggs. (Related document(s) 39 ) (vlk, COURT STAFF) (Filed on 4/25/2014) (Entered: 04/29/2014) |
| 04/29/2014 | 41 | **ORDER by Judge Phyllis J. Hamilton finding as moot 39 Motion for Permission for Electronic Case Filing; granting 29 Motion for Permission for Electronic Case Filing (Attachments: # 1 Certificate/Proof of Service) (nah, COURT STAFF) (Filed on 4/29/2014) (Entered: 04/29/2014)** |
| 05/16/2014 | 42 | **See document 43 for attachment.**NOTICE of Rebuttal to Defendants' Expert Report of Jeff Rovin by Steve Kenyatta Wilson Briggs (vlk, COURT STAFF) (Filed on 5/16/2014) Modified on 5/16/2014 (vlk, COURT STAFF). Modified on 5/16/2014 (vlk, COURT STAFF). (Entered: 05/16/2014) |
| 05/16/2014 | 43 | NOTICE of Rebuttal to Defendants' Expert Report of Jeff Rovin by Steve Kenyatta Wilson Briggs (vlk, COURT STAFF) (Filed on 5/16/2014) (Entered: 05/16/2014) |
| 05/16/2014 | 44 | CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 43 Notice (Other) (vlk, COURT STAFF) (Filed on 5/16/2014) (Entered: 05/16/2014) |
| 06/12/2014 | 45 | MOTION To Disqualify Export Report of Jeff Rovin filed by Steve Kenyatta Wilson Briggs. Motion Hearing set for 7/23/2014 09:00 AM before Hon. Phyllis J. Hamilton. Responses due by 6/26/2014. Replies due by 7/3/2014. (Attachments: # 1 Proposed Order)(vlkS, COURT STAFF) (Filed on 6/12/2014) (Entered: 06/13/2014) |
| 06/12/2014 | 46 | **Document STRICKEN per 49 Order.**<br>MOTION for Leave to File a Second Amended Complaint filed by Steve Kenyatta Wilson Briggs. (Attachments: # 1 Proposed Order)(vlkS, COURT STAFF) (Filed on 6/12/2014) Modified on 6/17/2014 (vlkS, COURT STAFF). (Entered: 06/13/2014) |
| 06/12/2014 | 47 | Amended Rebuttal to Defendants' "Export Report of Jeff Rovin" by Steve Kenyatta Wilson Briggs (vlkS, COURT STAFF) (Filed on 6/12/2014) (Entered: 06/13/2014) |
| 06/12/2014 | 48 | Correction by Steve Kenyatta Wilson Briggs re 43 Notice (vlkS, COURT STAFF) (Filed on 6/12/2014) (Entered: 06/13/2014) |
| 06/16/2014 | 49 | **ORDER by Hon. Phyllis J. Hamilton STRIKING 46 Motion for Leave to File.(nah, COURT STAFF) (Filed on 6/16/2014) (Entered: 06/16/2014)** |
| 06/26/2014 | 50 | RESPONSE (re 45 MOTION To disqualify Export Report of Jeff Rovin ) filed byNeill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (Attachments: # 1 Declaration of Jeff Rovin in Opposition to Motion to Disqualify Expert Report, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Korn, Gregory) (Filed on 6/26/2014) (Entered: 06/26/2014) |
| 07/09/2014 | 51 | MOTION to Compel Production of Documents filed by Steve Kenyatta Wilson Briggs. Motion Hearing set for 8/13/2014 09:00 AM before Hon. Phyllis J. Hamilton. Responses due by 7/23/2014. Replies due by 7/30/2014. (vlkS, COURT STAFF) (Filed on 7/9/2014) (Entered: 07/10/2014) |
| 07/09/2014 | 52 | CERTIFICATE OF SERVICE by Steve Kenyatta Wilson Briggs re 51 MOTION to Compel (vlkS, COURT STAFF) (Filed on 7/9/2014) (Entered: 07/10/2014) |

| 07/10/2014 | 53 | Amended MOTION to Compel *Production of Documents* filed by Steve Kenyatta Wilson Briggs. Motion Hearing set for 8/20/2014 09:00 AM in Courtroom 3, 3rd Floor, Oakland before Hon. Phyllis J. Hamilton. Responses due by 7/24/2014. Replies due by 7/31/2014. (Attachments: # 1 Proposed Order, # 2 Exhibit A –Blomkamp Articles, # 3 Exhibit B –Tenley Titles, # 4 Exhibit C –Plaintiff Interrogatories)(Wilson Briggs, Steve) (Filed on 7/10/2014) (Entered: 07/10/2014) |
|---|---|---|
| 07/10/2014 | 54 | Notice of Withdrawal of Motion *Notice of Motion and Motion to Compel Production of Documents; and Memorandum and Points and Authorities* (Wilson Briggs, Steve) (Filed on 7/10/2014) (Entered: 07/10/2014) |
| 07/11/2014 | 55 | **ORDER REFERRING CASE to Magistrate Judge for Discovery purposes. Signed by Judge Phyllis J. Hamilton on 7/11/14. (nahS, COURT STAFF) (Filed on 7/11/2014) (Entered: 07/11/2014)** |
| 07/14/2014 | 56 | ERRATA re 53 *Correction Concerning Motion to Compel and Proposed Order,* filed by Steve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 7/14/2014) Modified on 7/15/2014 (jlmS, COURT STAFF). (Entered: 07/14/2014) |
| 07/15/2014 | 57 | **NOTICE OF REFERRAL AND ORDER REGARDING DISCOVERY PROCEDURES. See order for deadlines regarding Plaintiff's pending amended motion to compel. Signed by Judge Laurel Beeler on 7/15/2014. (Attachments: # 1 Standing Order)(lblc2, COURT STAFF) (Filed on 7/15/2014) (Entered: 07/15/2014)** |
| 07/17/2014 | 58 | **ORDER re 45 MOTION To disqualify Export Report of Jeff Rovin filed by Steve Kenyatta Wilson Briggs. Signed by Judge Hamilton on 7/17/2014. (pjhlc1, COURT STAFF) (Filed on 7/17/2014) (Entered: 07/17/2014)** |
| 07/18/2014 | 59 | MOTION for Leave to File *Amended Notice of Motion and Motion to File a Second Amended Complaint* filed by Steve Kenyatta Wilson Briggs. (Attachments: # 1 Proposed Order, # 2 Exhibit Ex A Butterfly Driver, # 3 Exhibit Ex B Elysium, # 4 Exhibit Exhibits C–Z and AA–DD)(Wilson Briggs, Steve) (Filed on 7/18/2014) (Entered: 07/18/2014) |
| 07/18/2014 | 60 | Notice of Withdrawal of Motion *for Leave to File Amended Notice of Motion and Motion to File a Second Amended Complaint* (Wilson Briggs, Steve) (Filed on 7/18/2014) (Entered: 07/18/2014) |
| 07/18/2014 | 61 | Second MOTION for Leave to File *Second Amended Complaint* filed by Steve Kenyatta Wilson Briggs. (Attachments: # 1 Exhibit Second Amended Complaint, # 2 Exhibit Exhibit A – Butterfly Driver, # 3 Exhibit Exhibit B – Elysium, # 4 Exhibit Exhibit C–Z and AA–DD, # 5 Proposed Order Proposed Order)(Wilson Briggs, Steve) (Filed on 7/18/2014) (Entered: 07/18/2014) |
| 07/25/2014 | 62 | RESPONSE (re 53 Amended MOTION to Compel *Production of Documents* ) *and Declaration of Gregory Korn in Support Thereof* filed byNeill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (Korn, Gregory) (Filed on 7/25/2014) (Entered: 07/25/2014) |
| 07/30/2014 | 63 | MOTION for Summary Judgment filed by Steve Kenyatta Wilson Briggs. Motion Hearing set for 9/3/2014 09:00 AM in Courtroom 3, 3rd Floor, Oakland before Hon. Phyllis J. Hamilton. Responses due by 8/13/2014. Replies due by 8/20/2014. (Attachments: # 1 Proposed Order proposed order, # 2 Exhibit Exhibit A Butterfly Driver, # 3 Exhibit Exhibit B Elysium, # 4 Exhibit Exhibit C Copyright reg, # 5 Exhibit Exhibit D email of script, # 6 Exhibit Exhibit E WGA reg, # 7 Exhibit Exhibit F query letters, # 8 Exhibit Exhibit G Philly logline, # 9 Exhibit Exhibit H Slamdance, # 10 Exhibit Exhibit I Ibktip, # 11 Exhibit Exhibit J TriggerStreet 1, # 12 Exhibit Exhibit K TriggerStreet 2, # 13 Exhibit Exhibit L TriggerStreet 3, # 14 Exhibit Exhibit M website logline, # 15 Exhibit Exhibit N Uber Headache, # 16 Exhibit Exhibit O signed declarations)(Wilson Briggs, Steve) (Filed on 7/30/2014) (Entered: 07/30/2014) |
| 07/30/2014 | 64 | MOTION for Summary Judgment *Memorandum of Points and Authorities* filed by Neill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. Motion Hearing set for 9/3/2014 09:00 AM in Courtroom 3, 3rd Floor, Oakland before Hon. Phyllis J. Hamilton. Responses due by 8/13/2014. Replies due by 8/20/2014. (Attachments: # 1 Proposed Order, # 2 Certificate/Proof of Service [of Exhibit 2 to the Declaration of Gregory Korn)(Kump, Michael) (Filed on |

| | | |
|---|---|---|
| | | 7/30/2014) Modified on 8/13/2014 (kcS, COURT STAFF). (Entered: 07/30/2014) |
| 07/30/2014 | 65 | Declaration of Neill Blomkamp in Support of 64 MOTION for Summary Judgment *Memorandum of Points and Authorities* filed byNeill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (Related document(s) 64 ) (Kump, Michael) (Filed on 7/30/2014) (Entered: 07/30/2014) |
| 07/30/2014 | 66 | Declaration of Gregory Korn in Support of 64 MOTION for Summary Judgment *Memorandum of Points and Authorities* filed byNeill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (Related document(s) 64 ) (Kump, Michael) (Filed on 7/30/2014) (Entered: 07/30/2014) |
| 07/30/2014 | 67 | Declaration of Jeff Rovin in Support of 64 MOTION for Summary Judgment *Memorandum of Points and Authorities* filed byNeill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (Related document(s) 64 ) (Kump, Michael) (Filed on 7/30/2014) (Entered: 07/30/2014) |
| 07/30/2014 | 68 | NOTICE by Neill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc. re 64 MOTION for Summary Judgment *Memorandum of Points and Authorities [OF MANUAL FILING OF EXHIBIT 2 – MOTION PICTURE ELYSIUM IN DVD FORMAT]* (Kump, Michael) (Filed on 7/30/2014) (Entered: 07/30/2014) |
| 07/30/2014 | 69 | NOTICE by Neill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc. *TO PLAINTIFF RE: APRIL 17, 2014 FIRST NOTICE OF FILING OF MOTION FOR SUMMARY JUDGMENT* (Kump, Michael) (Filed on 7/30/2014) (Entered: 07/30/2014) |
| 07/30/2014 | 70 | EXHIBIT 2 in Support of 66 Declaration filed byNeill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (vlkS, COURT STAFF) (Filed on 7/30/2014) (Entered: 07/30/2014) |
| 08/01/2014 | 71 | RESPONSE (re 61 Second MOTION for Leave to File *Second Amended Complaint* ) *AND DECLARATION OF GREGORY KORN IN SUPPORT THEREOF* filed byNeill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (Korn, Gregory) (Filed on 8/1/2014) (Entered: 08/01/2014) |
| 08/01/2014 | 72 | CLERK'S NOTICE. The court sets a short telephone conference call regarding Mr. Briggs's pending motion to compel for Thursday, August 7, 2014 at 11 a.m. Mr. Briggs and Defendants' counsel must email their direct–dial telephone numbers to lbpo@cand.uscourts.gov. If there are any issues regarding the timing of this conference call, the parties must call the court's chambers at 415–522–4660 to work out another time. Discovery Hearing set for 8/7/2014 11:00 AM in Courtroom C, 15th Floor, San Francisco before Magistrate Judge Laurel Beeler. (lblc2, COURT STAFF) (Filed on 8/1/2014) (Entered: 08/01/2014) |
| 08/04/2014 | **73** | **ORDER re 63 MOTION for Summary Judgment filed by Steve Kenyatta Wilson Briggs. Signed by Judge Hamilton on 8/4/2014. (pjhlc1, COURT STAFF) (Filed on 8/4/2014) (Entered: 08/04/2014)** |
| 08/06/2014 | 74 | Declaration of Steve Wilson Briggs in Support of 17 *for authentication in support of FAC* filed by Steve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 8/6/2014) Modified on 8/7/2014 (vlkS, COURT STAFF). (Entered: 08/06/2014) |
| 08/06/2014 | 75 | Declaration of Steve Wilson Briggs in Support of 30 *authentication in support of motion for summary judgment* filed by Steve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 8/6/2014) (Entered: 08/06/2014) |
| 08/06/2014 | 76 | Request for Judicial Notice in Support of 17 *Plaintiff's Motion For Summary Judgment –and FAC* filed by Steve Kenyatta Wilson Briggs. (Attachments: # 1 Exhibit 1 Exhibit B – Elysium Script, # 2 Exhibit 2 Exhibit C –Copyright Reg, # 3 Exhibit 2 Exhibit D MRC exec(s) do marketing interview, # 4 Exhibit 4 Exhibit E MRC website markets Elysium, # 5 Exhibit 5 Exhibit F NYT article about MRC's ethics concerns, # 6 Exhibit 6 Exhibit G –first few pages of script in email, # 7 Exhibit 7 Exhibit H – WGA registration, # 8 Exhibit 8 Exhibit J –Piladelphia logine, # 9 Exhibit 9 Exhibit K –Slamdance, # 10 Exhibit 10 Exhibit L –Inktip emails, # 11 Exhibit 11 Exhibit M –TriggerStreet emails, # 12 Exhibit 12 Exhibit N –TS member Tom Gilman emails, # |

| | | |
|---|---|---|
| | | 13 Exhibit 13 Exhibit O –TS member Jason Beck emails, # 14 Exhibit 14 Exhibit P –TS member Bob Thielke emails, # 15 Exhibit 15 Exhibit Q –logline posted on old personal website, # 16 Exhibit 16 Exhibit R –Jody Foster discusses extreme set secrecy on Elysium, # 17 Exhibit 17 Jodie Foster says her role was originally written for a man, # 18 Exhibit 18 Exhibit T –email to Kinsella Weitzman, # 19 Exhibit 19 Exhibit U –Hollywood Accounting, # 20 Exhibit 20 Exhibit V –Loeb says Sony Pictures lacks transparency, # 21 Exhibit Exhibit 21–TriggerStreet 50 best, # 22 Exhibit Exhibit 22 –TS 100,000 mebers)(Wilson Briggs, Steve) (Filed on 8/6/2014) Modified on 8/7/2014 (vlkS, COURT STAFF). (Entered: 08/06/2014) |
| 08/07/2014 | 77 | Minute Entry: Discovery Hearing held on 8/7/2014 before Judge Laurel Beeler (Date Filed: 8/7/2014). (FTR Recording: 11–58 a.m. – 12:02 p.m.) (Attachments: # 1 Certificate/Proof of Service) (wsn, COURT STAFF) (Date Filed: 8/7/2014) (Entered: 08/07/2014) |
| 08/07/2014 | 78 | **ORDER REGARDING 53 PLAINTIFF'S JULY 10, 2014 MOTION TO COMPEL. Signed by Magistrate Judge Laurel Beeler on 8/7/2014.(lblc2, COURT STAFF) (Filed on 8/7/2014) (Entered: 08/07/2014)** |
| 08/12/2014 | 79 | RESPONSE (re 64 MOTION for Summary Judgment ) *Opposition Brief* filed bySteve Kenyatta Wilson Briggs. (Attachments: # 1 Exhibit genetic reprograming, # 2 Exhibit millions of $ to live on Uberopolis, # 3 Exhibit commoners long for treatments on Uberopolis, # 4 Exhibit more treatments available on Sky Town, # 5 Exhibit the poor long for medicine from Uberopolis, # 6 Exhibit F –plot points, # 7 Exhibit G –Syd Field, # 8 Exhibit H –Syd Field's plot points, # 9 Exhibit I –more Syd Field's plot points, # 10 Exhibit J –more Syd Field's plot points, # 11 Exhibit K –more Syd Field's plot points, # 12 Exhibit L –Inciting Incident, # 13 Exhibit M –more inciting incident, # 14 Exhibit N –Law360 article, # 15 Exhibit O –Examiner.com article, # 16 Exhibit P –The Wrap article)(Wilson Briggs, Steve) (Filed on 8/12/2014) (Entered: 08/12/2014) |
| 08/13/2014 | 80 | Declaration of Steve Wilson Briggs *to authenticate and support attachment to 79 brief in opposition to Defendant's Motion for Summary Judgment* filed by Steve Kenyatta Wilson Briggs. (Wilson Briggs, Steve) (Filed on 8/13/2014) Modified on 8/14/2014 (kcS, COURT STAFF). (Entered: 08/13/2014) |
| 08/13/2014 | 81 | Request for Judicial Notice *for exhibits attached to 79 Brief In Opposition To Defendants' Motion for Summary Judgment* filed by Steve Kenyatta Wilson Briggs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P)(Wilson Briggs, Steve) (Filed on 8/13/2014) Modified on 8/14/2014 (kcS, COURT STAFF). (Entered: 08/13/2014) |
| 08/13/2014 | 82 | RESPONSE (re 63 MOTION for Summary Judgment ) filed byNeill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (Kump, Michael) (Filed on 8/13/2014) (Entered: 08/13/2014) |
| 08/20/2014 | 83 | **ORDER by Judge Hamilton denying 61 Motion for Leave to File (pjhlc1, COURT STAFF) (Filed on 8/20/2014) (Entered: 08/20/2014)** |
| 08/20/2014 | 84 | REPLY (re 64 MOTION for Summary Judgment ) filed byNeill Blomkamp, Media Rights Capital, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc.. (Korn, Gregory) (Filed on 8/20/2014) (Entered: 08/20/2014) |
| 09/03/2014 | 85 | Minute Entry: Motion Hearing held on 9/3/2014 before Phyllis J. Hamilton (Date Filed: 9/3/2014) re 64 MOTION for Summary Judgment filed by Media Rights Capital, Neill Blomkamp, QED International, Sony Pictures Ent., Inc., Tristar Pictures, Inc., 63 MOTION for Summary Judgment filed by Steve Kenyatta Wilson Briggs. (Court Reporter Kelly Polvi.) (nahS, COURT STAFF) (Date Filed: 9/3/2014) (Entered: 09/03/2014) |
| 10/03/2014 | 86 | **ORDER by Judge Hamilton denying 45 Motion to Exclude Expert; denying 63 Plaintiff's Motion for Summary Judgment; granting 64 Defendants' Motion for Summary Judgment (pjhlc1, COURT STAFF) (Filed on 10/3/2014) (Entered: 10/03/2014)** |

| 10/03/2014 | 87 | **JUDGMENT. Signed by Judge Hamilton on 10/3/2014. (pjhlc1, COURT STAFF) (Filed on 10/3/2014) (Entered: 10/03/2014)** |
| --- | --- | --- |
| 10/31/2014 | 88 | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by Steve Kenyatta Wilson Briggs. Appeal of Judgment 87 , Order on Motion for Summary Judgment, 86 (Filing fee: $505.00, Receipt no. 44611011957.) (vlkS, COURT STAFF) (Filed on 10/31/2014) Modified on 11/6/2014 (vlkS, COURT STAFF). (Entered: 10/31/2014) |
| 10/31/2014 | | USCA Appeal Fees received $ 505.00 receipt number 44611011957 re 88 Notice of Appeal, filed by Steve Kenyatta Wilson Briggs. (cjlS, COURT STAFF) (Filed on 10/31/2014) (Entered: 11/10/2014) |
| 11/03/2014 | 89 | USCA Case Number 14–17175 Ninth Circuit Court of Appeals for 88 Notice of Appeal filed by Steve Kenyatta Wilson Briggs. (cjlS, COURT STAFF) (Filed on 11/3/2014) (Entered: 11/03/2014) |
| 11/04/2014 | 90 | ORDER of USCA as to 88 Notice of Appeal filed by Steve Kenyatta Wilson Briggs re filing fees (vlk, COURT STAFF) (Filed on 11/4/2014) (Entered: 11/05/2014) |
| 11/05/2014 | 91 | TRANSCRIPT ORDER by Steve Kenyatta Wilson Briggs for Court Reporter Kelly Polvi. (Wilson Briggs, Steve) (Filed on 11/5/2014) (Entered: 11/05/2014) |
| 11/05/2014 | 92 | RESPONSE TO 90 USCA ORDER by Steve Kenyatta Wilson Briggs . (Attachments: # 1 Exhibit receipt for docketing fees)(Wilson Briggs, Steve) (Filed on 11/5/2014) Modified on 11/6/2014 (vlkS, COURT STAFF). (Entered: 11/05/2014) |
| 12/06/2014 | 93 | Transcript of Proceedings held on 09/03/14, before Judge Phyllis J. Hamilton. Court Reporter Kelly Polvi, Telephone number 503.779.7406; email kpolvi@comcast.net. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 91 Transcript Order ) Release of Transcript Restriction set for 3/6/2015. (Related documents(s) 91 ) (Polvi, Kelly) (Filed on 12/6/2014) (Entered: 12/06/2014) |

United States District Court

For the Northern District of California

1

2

3  UNITED STATES DISTRICT COURT

4  NORTHERN DISTRICT OF CALIFORNIA

5

6

7  STEVE WILSON BRIGGS,

8       Plaintiff,                          No. C 13-4679 PJH

9  v.                                       **ORDER RE MOTIONS FOR
                                            SUMMARY JUDGMENT**
10  NEILL BLOMKAMP, et al.,

11       Defendants.

12  _____/

13       The parties' motions for summary judgment came on for hearing before this court on

14  September 3, 2014.  Plaintiff Steve Wilson Briggs appeared in propria persona, and

15  defendants Neill Blomkamp, Sony Pictures Entertainment, Inc., Tristar Pictures, Inc., Media

16  Rights Capital II, L.P., and QED International LLC appeared by their counsel Michael J.

17  Kump and Gregory P. Korn.  Having reviewed the papers and other materials submitted by

18  the parties, and having carefully considered their arguments and the relevant legal

19  authority, the court hereby GRANTS defendants' motion and DENIES plaintiff's motion.

20                                    **BACKGROUND**

21  A.    Procedural and Factual Background

22       The following facts are as alleged in the first amended complaint ("FAC").  Plaintiff

23  asserts that he completed a first draft of a screenplay entitled "Uberopolis: City of Light" in

24  May 2005, and that he emailed copies of the screenplay to family and friends.   On

25  December 16, 2005, he registered a revised version of "Uberopolis: City of Light" with the

26  Writers Guild of America (West).

27       In January 2006, plaintiff began attempting to market his screenplay.  During

28  approximately the next two years, he sent dozens of query letters and emails to literary

United States District Court

For the Northern District of California

1   agents and film companies.  He also posted short synopses on screenwriter websites, and

2   entered screenwriting and scriptwriting competitions.

3        In January 2007, plaintiff again revised his screenplay, and renamed it "Butterfly

4   Driver."  He claims that in February 2007, he posted the entire "Butterfly Driver" screenplay

5   on triggerstreet.com, a filmmaker-screenwriter website designed to link filmmakers and

6   screenwriters with industry professionals, by allowing members to post screenplays, short

7   films, and short stories to get feedback from peers and professionals.  Plaintiff asserts that

8   at that time, the triggerstreet.com website had approximately 50,000 active members.

9        Plaintiff alleges that between February 2007 and August 2007, he posted "Butterfly

10  Driver" on triggerstreet.com approximately four times, making script revisions each time.  In

11  December 2007, plaintiff stopped marketing the "Butterfly Driver" screenplay, as he had

12  decided to film it himself some day.  From 2008 to 2012, he worked on other film projects.

13       On May 27, 2013, plaintiff went to a movie theater, where he watched a trailer for a

14  film called "Elysium," featuring a plot, characters, and settings that appeared to plaintiff to

15  have been misappropriated from "Butterfly Driver."  Later that evening, plaintiff read an

16  entry on Wikipedia about the film "Elysium."  He claims that this reading confirmed his view

17  that the story structure of "Elysium" closely conformed to his "Butterfly Driver" screenplay.

18       Plaintiff alleges that on June 13, 2013, he located a version of the screenplay for

19  "Elysium" online, and downloaded it.  He claims that the text of the script conformed to the

20  portion of the dialogue he had observed when he watched the trailer on May 27, 2013.

21  After an attorney recommended that he register his copyright for "Butterfly Driver," he

22  obtained a copyright registration from the U.S. Copyright Office on June 21, 2013.

23       Defendants released "Elysium" in August 2013, and plaintiff viewed the film for the

24  first time on August 10, 2013.  Upon viewing the film, he concluded that the "Elysium" film

25  and screenplay infringed his copyright in "Butterfly Driver," as a whole and with regard to

26  features such as plot, characters, settings, and themes.  He speculates that defendant Neill

27  Blomkamp ("Blomkamp") accessed the "Butterfly Driver" screenplay on triggerstreet.com,

28  and used it as the basis for his own screenplay for "Elysium."

United States District Court
For the Northern District of California

1   Plaintiff filed the present action on October 8, 2013, asserting one cause of action

2   for copyright infringement.  Each side now seeks summary judgment.

3   B.      Synopsis of "Butterfly Driver"

4   The protagonist of plaintiff's screenplay "Butterfly Driver" is Arlo Grainer.  The year is

5   2120.  Arlo is a "legend" on Earth because of his prior military service and subsequent

6   defiance of the "Global State" (or "State").  Arlo lives in a "Zone" outside the State's

7   jurisdiction, working as a "hover-jet" pilot flying supplies between Zones.  Living in the same

8   building, but in a separate apartment, are Arlo's estranged wife (Rianna) and his two

9   children (John Carl and Franny).

10  Arlo's antagonist, Drexler, is President of the State and the owner of "Uberopolis," a

11  "satellite city" that orbits Earth.  Uberopolis is three miles in diameter, and is enclosed in a

12  transparent, spherical shield, with a "flora-sphere" and an "aqua-sphere" beneath the city

13  floor.  It is an ultra-modern city, with casinos, golf courses, high-rise apartments, and

14  offices.  At the time of the story, half of Uberopolis (also called "Sky Town") is developed;

15  the other half (separated by a wall) is still under development.

16  At work in the warehouse from which he flies supplies, Arlo receives a distress

17  signal from a fellow pilot, Roddy, and races on a "sky-cycle" to Roddy's location to find that

18  he has been shot and is near death.  Roddy tells Arlo that he was ambushed by bounty

19  hunters, who "set us up to find the butterfly – Tamara."  He says they will be seeking out

20  Arlo and his family next.  Arlo flies home to collect his children and estranged wife, and

21  send them to New York, away from the Zone.

22  Knowing that to reenter the State, his family will need a hundred thousand dollars to

23  begin the "repatriation" process, Arlo accepts an offer from the warehouse operator, Dylan,

24  to make a dangerous "butterfly run" to transport Tamara Gwynn to Los Angeles on a sky-

25  cycle.  Tamara is heading to Los Angeles for a trial in a civil suit against the State

26  concerning her rights to the "A-cell" – a small glass cylinder that produces electricity from

27  "anti-matter" water.  She tells Arlo that use of the A-cell can potentially save more than 100

28  million people every year, who would otherwise die from "fuel pollution."

United States District Court
For the Northern District of California

1    Arlo sends the real A-cell to a different Zone to hide it; Tamara travels with a decoy.

2    On the flight, they are ambushed by police in "sky-cars" and crash into the streets of Los

3    Angeles.  They separate, and Arlo is apprehended.  Television news reports falsely claim

4    that Arlo kidnapped and killed Tamara.  Jerry Mathiessen, a federal agent who once

5    attended flight school with Arlo, is sent to investigate.  The State Secretary persuades Jerry

6    to take the case by promising to pay for medical assistance for Jerry's son.

7    Arlo is criminally charged and transported to a "work program" on Uberopolis until

8    his trial date.  Four months later, he is given a "ticket" to return to Earth for his trial.

9    While waiting for the shuttle transport, he meets a fellow prisoner, David Levine, also set to

10   return for trial.  They discuss the fact that the citizen-commute shuttles take five hours to

11   travel from Uberopolis to Earth and back, while the inmate return shuttles take only two

12   hours.  As they are being loaded onto the shuttle along with other prisoners, they notice

13   that there are no pilots, and conclude that Uberopolis has been killing prisoners by dumping

14   them into space during the shuttle flights.  They escape into an "airlock" to avoid suffering

15   the same fate.  They pilot the shuttle back to Earth and part ways.

16   Arlo locates his family in Rianna's mother's Manhattan apartment, and discovers that

17   daughter Franny is on a respirator, near death, and in need of the drug "Drexlerin."  Arlo

18   races to a warehouse that normally stocks the drug, but supplies on Earth are temporarily

19   exhausted because production of Drexlerin has been discontinued in anticipation of the

20   release of its replacement, "Drexlerin 2."  At the warehouse, Arlo meets brother and sister

21   Louis and Benni.  They provide Arlo with more respectable clothing, and help him obtain a

22   fake ID and passport that will enable him to covertly travel by shuttle to Uberopolis to find

23   Drexlerin.  As Arlo is arranging for his transport on the shuttle, he also recovers the A-cell,

24   which he had arranged to be sent to a friend for safekeeping.  Benni gives Arlo a yellow

25   butterfly "dreamcatcher" for luck.

26   Jerry manages to track Arlo down, but Arlo disarms Jerry and forces him into the

27   trunk of a sky-car.  Arlo tells Jerry he must find Drexlerin for Franny, and proceeds to

28   Uberopolis.  Upon arrival, Arlo obtains a police uniform and proceeds to the hospital

United States District Court
For the Northern District of California

1    warehouse to search for the Drexlerin.  He discovers that the warehouse is empty, and as

2    he is leaving the hospital, the security guards recognize him and give pursuit.  He steals an

3    unattended police "sky-ranger," and then contacts Drexler.  After he tells Drexler he has the

4    genuine A-cell, Drexler agrees to a meeting.

5        Based on the investigation he has been conducting, Jerry has figured out that Arlo

6    and Drexler are acquainted from their past during wartime.  After he is released from the

7    trunk of the sky-car, Jerry follows Arlo to Uberopolis and orders a technician in the "Drexler

8    Media" building to track Arlo's movements with surveillance cameras located throughout

9    the satellite.  Jerry forces the tech to broadcast the video from the surveillance cameras to

10   television stations.

11       With the surveillance cameras tracking and broadcasting his movements, Arlo

12   crashes the police sky-ranger through the glass windows of Drexler's 57th floor conference

13   room.  He persuades Drexler to dismiss the security guards by threatening to break the

14   glass A-cell and release the anti-matter, which will result in a massive explosion.

15       Arlo and Drexler converse.  Not knowing that the conversation is being televised,

16   Drexler confesses to a number of crimes, including dumping prisoners into space and

17   killing Zone residents and prisoners for transplant organs, and also to being an imposter.

18   Drexler is actually "Midland," a soldier previously known to Arlo.  Midland murdered the real

19   Drexler, adopted his identity, and inherited Drexler's fortune.

20       Drexler tells Arlo that Drexlerin is produced on Earth, but was "warehoused" on

21   Uberopolis "to keep it safe from pirates until our bunkers were ready" – and that the last

22   shipments were returned to Earth the previous day.  However, he has a few doses of

23   Drexlerin in his possession, and offers to exchange them for the A-cell.  He also offers to

24   have Arlo "escorted" to give his daughter the Drexlerin, after which he will be returned to

25   prison.

26       Arlo initially hesitates, telling Drexler that Tamara didn't want him to have the A-cell.

27   Drexler responds that "Tamara would have destroyed the energy industry and our economy

28   for her cause."  Drexler's plan is to phase the A-cell technology in over a thirty-year period,

5

United States District Court

For the Northern District of California

1  in order to protect the existing energy industry and the "quality of life," notwithstanding that

2  billions of people will die in the interim.

3       They begin to exchange the A-cell for the Drexlerin. Drexler opens his briefcase and

4  removes the Drexlerin. Arlo slowly extends the A-cell to Drexler, and takes the Drexlerin

5  from him. He then sees in a mirror reflection that Drexler is reaching for a gun with his

6  other hand. As Drexler's fingers come within an inch of the A-cell, Arlo tosses it out the

7  broken window. Drexler scrambles out the window after the A-cell, gun in hand, followed

8  by Arlo.

9       As Drexler is about to grab the A-cell, Arlo seizes Drexler's ankle, and flings Drexler

10  toward the city floor. However, Arlo's throw is not hard enough to hurt Drexler, because of

11  the reduced gravity on Uberopolis. Arlo then seizes the A-cell, just before his own "gravity

12  garments" pull him down.

13       A lengthy fight and chase scene follows, involving Arlo, Drexler, Jerry, and the

14  police, culminating in Drexler bearing down on Arlo on a sky-ranger and shooting him in the

15  leg. Arlo dives into a harbor to escape Drexler and encounters a dolphin named Spike

16  (whom he had previously met while waiting for transport with fellow prisoner David Levine)

17  and is guided to an escape hatch.

18       Drexler finds Arlo on a shuttle. Just as Arlo is gaining the upper hand, he suffers a

19  debilitating "ice pick" headache caused by a longstanding chronic affliction. Drexler shoots

20  Arlo and is on the verge of killing him when Jerry arrives and discharges his stun-gun into

21  Drexler's back, knocking him unconscious. Arlo and Jerry pilot the shuttle off Uberopolis.

22  They are immediately targeted by a missile launched from Uberopolis.

23       Arlo drifts out of consciousness (from his bullet wound) and has a dreamlike vision of

24  a pale child with a respirator holding a yellow flower, and of Benni's dream catcher in the

25  eyes of Spike the dolphin. Arlo awakes and orders Jerry to turn back toward Uberopolis.

26  The missile follows, and just before the shuttle collides with Uberopolis, Arlo launches an

27  evacuation pod. The shuttle and missile continue forward and destroy Uberopolis.

28       Arlo and Franny survive. They attend the funeral of Jerry's son, Matty, who died

United States District Court
For the Northern District of California

1 from a respiratory illness. Rianna asks Arlo to "repatriate" into the State with his family, but

2 he declines, and returns to his job as a hover-jet pilot.

3 C.   Synopsis of "Elysium"

4      Defendants' film "Elysium" opens with images of Earth in total squalor. The year is

5 2154, and the extremely wealthy have abandoned the planet to live on a luxurious space

6 station called "Elysium." Elysium is exclusive to its wealthy citizens, who have access to

7 futuristic devices called "med bays," which cure all diseases and injuries, and can even halt

8 aging. The less fortunate remaining on Earth are poor. They live in rundown apartments

9 and have inadequate medical care, and are policed by a brutal robotic police force.

10     The film's protagonist, Max, grows up as a child in a convent where he befriends a

11 young girl, Frey. As a child, Max steals under the delusion that he can buy his way onto

12 Elysium. He continues stealing as an adult and has an extensive criminal history. On

13 parole, Max lives in Los Angeles and works at a company called Armadyne building the

14 robots that police Earth. Walking toward a bus headed to work, Max is confronted and

15 battered by robot police officers. He proceeds to a hospital and is surprised when he is

16 treated by Frey, now a nurse.

17     The film cuts to a mass of people trying to board shuttles bound for Elysium. An ID

18 is burned onto the wrist of everyone who boards the shuttle. The shuttles take off. As they

19 approach Elysium, the space station's Defense Secretary, Delacourt, gives an order to a

20 covert agent on Earth, Kruger, to destroy the shuttles. Kruger destroys two of the shuttles

21 with shoulder-fired rockets. The third shuttle lands on Elysium, and the "illegal aliens" on

22 board flee robot police forces. One young girl enters a residence and is able to use a med

23 bay because the ID on her wrist fools the device into believing she is a citizen of Elysium.

24 Patel, the President of Elysium, reprimands Delacourt and dismisses Kruger.

25     Back on Earth, Max is accidentally shut in a chamber while working at Armadyne,

26 and is exposed to a heavy dose of radiation. In a flashback scene, a nun hands the child

27 Max a locket with a photo of Earth to remind him that Earth looks as beautiful from there as

28 Elysium "looks beautiful from here." Max awakes and is told by an Armadyne robot that he

United States District Court
For the Northern District of California

1   will die in five days from the radiation exposure.

2       Max finds Spider, a smuggler who runs the illegal shuttles to Elysium.  In exchange

3   for a promise of a shuttle ride to Elysium where he might be able to access a med bay to

4   cure his fatal condition, Max accepts a dangerous mission: he must kidnap Armadyne's

5   chief officer, John Carlyle, and download valuable data from Carlyle's brain into his own

6   using a futuristic device.  An exoskeleton is installed onto Max's body and head to give him

7   super-human strength.

8       Meanwhile, Delacourt has persuaded Carlyle, who also designed Elysium, to

9   prepare a "reboot sequence" that will allow her to wrest the presidency of Elysium from the

10  current President, Patel, with whom she has political differences.  Carlyle uploads the

11  software program into his brain, and leaves Earth on a private shuttle.  However, Max and

12  his fellow rebels intercept the shuttle, capture Carlyle, and plug Carlyle's brain into Max's.

13  Max's brain seizes when the download starts because of a defense mechanism that Carlyle

14  encoded into the reboot sequence.

15      Delacourt learns of the kidnapping and orders Kruger to intercede but to avoid

16  harming Max (because Max holds the reboot sequence in his brain).  Max evades Kruger

17  and his men, who arrive in an airship and kill everyone else.  Severely injured, Max finds

18  Frey, who takes him to her home.  He tells Frey that he must travel to Elysium to save his

19  life.  Frey begs Max to take her daughter Matilda, who is dying of leukemia, with him.  He

20  refuses, in order to protect them, and leaves.

21      Max returns to Spider's hideout to get a shuttle to Elysium, but the air traffic system

22  has been frozen by the authorities on Elysium.  Spider plugs a computer into Max's brain

23  and is astonished to see that Max now possesses a reboot sequence that would "override

24  the whole system" and "open the borders," thus making everyone a citizen of Elysium.  Max

25  is interested only in saving his own life and refuses to help Spider.  He leaves and

26  voluntarily surrenders to Kruger.  Max threatens that he will blow up Kruger's ship with a

27  grenade unless he is taken to a med bay on Elysium, but as he boards the ship, he

28  discovers that Kruger has found and kidnapped Frey and Matilda.

United States District Court
For the Northern District of California

1    A fight erupts en route to Elysium.  Max drops the grenade.  It detonates, destroying

2    Kruger's face and crashing the ship on Elysium.  Frey and Matilda flee to a house in hopes

3    of using a med bay, but it does not work because Matilda is not a citizen.  All three are

4    captured.

5    Delacourt confronts Kruger for crashing a ship onto Elysium.  Kruger, whose

6    mangled face has been regenerated by a med bay, decides that he will use the reboot

7    sequence to make himself the president of Elysium, and he stabs and kills Delacourt.

8    Max, Frey, and Matilda are being held separately in a control center on Elysium.

9    Max escapes and sees on a video screen that Spider and his men have landed on

10   Elysium. He contacts Spider to set up a rendezvous, and also rescues Frey and Matilda

11   and tells them to head to a med bay.  Max and Spider race to download the reboot

12   sequence as Kruger chases them.  Max suffers a seizure which allows Kruger to catch up,

13   but he is able to kill Kruger.

14   Max and Spider make it to a control room.  Max understands that he will die the

15   moment the reboot sequence is extracted from his brain.  Max studies his locket with the

16   picture of Earth while staring at the actual planet out a large window.  He pushes a button

17   to start the download and dies instantly.  When the download completes, Elysium's

18   computer systems recognize everyone on Earth as citizens of Elysium. Matilda's leukemia

19   is cured by a med bay, and an armada of shuttles equipped with med bays is dispatched

20   toward Earth.

21                                   **DISCUSSION**

22   A.     Legal Standards

23          1.      Motions for Summary Judgment

24   A party may move for summary judgment on a "claim or defense" or "part of . . . a

25   claim or defense."  Fed. R. Civ. P. 56(a).  Summary judgment is appropriate when there is

26   no genuine dispute as to any material fact and the moving party is entitled to judgment as a

27   matter of law.  Id.

28   A party seeking summary judgment bears the initial burden of informing the court of

United States District Court

For the Northern District of California

1  the basis for its motion, and of identifying those portions of the pleadings and discovery

2  responses that demonstrate the absence of a genuine issue of material fact. Celotex Corp.

3  v. Catrett, 477 U.S. 317, 323 (1986). Material facts are those that might affect the outcome

4  of the case. Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 248 (1986). A dispute as to a

5  material fact is "genuine" if there is sufficient evidence for a reasonable jury to return a

6  verdict for the nonmoving party. Id.

7      Where the moving party will have the burden of proof at trial, it must affirmatively

8  demonstrate that no reasonable trier of fact could find other than for the moving party.

9  Soremekun v. Thrifty Payless, Inc., 509 F.3d 978, 984 (9th Cir. 2007). On an issue where

10 the nonmoving party will bear the burden of proof at trial, the moving party can prevail

11 merely by pointing out to the district court that there is an absence of evidence to support

12 the nonmoving party's case. Celotex, 477 U.S. at 324-25. If the moving party meets its

13 initial burden, the opposing party must then set out specific facts showing a genuine issue

14 for trial in order to defeat the motion. Anderson, 477 U.S. at 250; see also Fed. R. Civ. P.

15 56(c).

16     When deciding a summary judgment motion, a court must view the evidence in the

17 light most favorable to the nonmoving party and draw all justifiable inferences in its favor.

18 Anderson, 477 U.S. at 255; Hunt v. City of Los Angeles, 638 F.3d 703, 709 (9th Cir. 2011).

19         2.    Copyright infringement

20     To prevail on a claim of copyright infringement, a plaintiff must demonstrate

21 ownership of a valid copyright, and infringement – the copying of protected elements of the

22 work. Feist Publ'ns, Inc. v. Rural Tel. Serv. Co., 499 U.S. 340, 361 (1991). Absent

23 evidence of direct copying, the plaintiff must demonstrate both that the defendant had

24 "access" to the plaintiff's work and that the two works are substantially similar. Funky

25 Films, Inc. v. Time Warner Entm't Co., L.P., 462 F.3d 1072, 1076 (9th Cir. 2006).

26     In evaluating whether two works are substantially similar, the Ninth Circuit employs

27 an "extrinsic test" and an "intrinsic test." See Benay v. Warner Bros. Entm't, Inc., 607 F.3d

28 620, 624 (9th Cir. 2010); Rice v. Fox Broadcasting Co., 330 F.3d 1170, 1174 (9th Cir.

United States District Court

For the Northern District of California

1    2003).  The extrinsic test is "an objective comparison of specific expressive elements[,]"

2    while the intrinsic test is a subjective comparison that focuses on "'whether the ordinary,

3    reasonable audience' would find the works substantially similar in the 'total concept and feel

4    of the works.'"  Benay, 607 F.3d at 624 (quoting Cavalier v. Random House, Inc., 297 F.3d

5    815, 822 (9th Cir. 2002)).  Only the extrinsic test is applied at the summary judgment stage.

6    Funky Films, 462 F.3d at 1077.  The intrinsic test is left to the trier of fact.  Id.

7         The extrinsic test "'focuses on articulable similarities between the plot, themes,

8    dialogue, mood, setting, pace, characters, and sequence of events in two works.'"  Benay,

9    607 F.3d at 624 (quoting Kouf v. Walt Disney Pictures & Television, 16 F.3d 1042, 1045

10   (9th Cir. 1994)).  The court must take care to inquire only whether the protectable

11   elements, standing alone, are substantially similar.  Id. (citing Cavalier, 297 F.3d at 822);

12   see also Rice, 330 F.3d at 1174 (courts "must distinguish between the protectable and

13   unprotectable material because a party claiming infringement may place 'no reliance upon

14   any similarity in expression resulting from unprotectable elements.'") (citation omitted).  In

15   other words, courts "filter out and disregard the non-protectable elements in making [a]

16   substantial similarity determination."  Funky Films, 462 F.3d at 1077 (quoting Cavalier, 297

17   F.3d at 822).

18   B.   The Parties' Motions for Summary Judgment

19        Plaintiff has attached a copy of the June 21, 2013 Certificate of Registration from the

20   Copyright Office to the FAC.  A copyright registration is "prima facie evidence of the validity

21   of the copyright and the facts stated in the certificate" if the work is registered before or

22   within five years of when it is first published. 17 U.S.C. § 410(c); see also Entertainment

23   Research Grp., Inc. v. Genesis Creative Grp., Inc., 122 F.3d 1211, 1217 (9th Cir. 1997).

24   Defendants do not challenge plaintiff's ownership of a valid copyright in a work entitled

25   "Butterfly Driver" (formerly "City of Light: Uberopolis").

26        Thus, plaintiff's burden on summary judgment is to show that there are no triable

27   issues with regard to the second element of the claim of copyright infringement – the

28   copying of protected elements of his original work – such that summary judgment must be

11

United States District Court
For the Northern District of California

1   granted as a matter of law.  Celotex, 477 U.S. at 323; Soremekun, 509 F.3d at 984.

2   Specifically, plaintiff must provide direct evidence of copying, or circumstantial evidence

3   "through a combination of access to the copyrighted work and substantial similarity

4   between the copyrighted work and the accused product." Three Boys Music Corp. v.

5   Bolton, 212 F.3d 477, 481 (9th Cir. 2000).

6       For their part, defendants' burden on summary judgment is to point out an absence

7   of evidence to support the "copying" element of plaintiff's claim; and, if they are successful,

8   the burden then shifts to plaintiff to set out specific facts showing a genuine issue for trial in

9   order to defeat the motion.  Anderson, 477 U.S. at 250; Fed. R. Civ. P. 56(c).

10          1.     Access

11      Defendants contend that plaintiff has no evidence of access.  Direct access is shown

12  if there is proof that the defendant actually viewed, read, or heard the work at issue.  Lucky

13  Break Wishbone Corp. v. Sears, Roebuck & Co., 528 F.Supp. 2d 1106, 1122 (W.D. Wash.

14  2007), aff'd, 373 Fed. Appx. 752 (9th Cir. 2010).  Here, plaintiff has provided no direct

15  evidence that defendants ever saw the "Butterfly Driver" screenplay.

16      Access may also be demonstrated by circumstantial evidence, which requires a

17  showing that the defendants had a "reasonable opportunity" or a "reasonable possibility" of

18  viewing plaintiff's work prior to the creation of the infringing work.  See Three Boys Music,

19  212 F.3d at 482 (access may be shown by a chain of events connecting plaintiff's work and

20  the defendant's opportunity to view/hear/copy the work, such as dealings through a third

21  party that had access to the plaintiff's work and with whom both the plaintiff and the

22  defendant were dealing; or by the plaintiff's work being widely disseminated).  Reasonable

23  access requires more than a "bare possibility," and "may not be inferred through mere

24  speculation or conjecture."  Id. (citations and quotations omitted); see also Art Attacks Ink,

25  LLC v. MGA Entm't Inc., 581 F.3d 1138, 1143-44 (9th Cir. 2009).

26      Both in his own motion and in his opposition to defendants' motion, plaintiff relies on

27  the allegations in the FAC.  There, he asserts that he posted the "Butterfly Driver" script on

28  a website operated by triggerstreet.com in February 2007, and that triggerstreet.com was

United States District Court

For the Northern District of California

1   "the only place" he ever posted a complete script of "Butterfly Driver."  FAC ¶¶ 18-22.  At

2   the time, triggerstreet.com allowed members to post screenplays and short films to get

3   feedback from peers and professionals – and gave them "a small hope of being noticed by

4   a Hollywood insider."  FAC ¶ 231.

5           Based on this, plaintiff asserts that triggerstreet.com "is where the [d]efendants had

6   access to [p]laintiff's script."  FAC ¶ 23.  He claims that he posted four versions of "Butterfly

7   Driver" on triggerstreet.com between February and August 2007, and that after he posted

8   one of the versions in late July 2007, "[a] young director (whose name escapes the

9   [p]laintiff) . . . praised the script through the [website's] message board."  FAC ¶ 26.

10  Plaintiff alleges that this director "MAY have been [d]efendant, Neill Blomkamp[,]" although

11  he also asserts that "Blomkamp, or any associate, may have accessed the work, without a

12  word."  FAC ¶ 26 (emphasis in original).  He does not believe that the founders of

13  triggerstreet.com "were complicit in the access of his work or the infringement[,] but . . . is

14  certain that one or more of the [d]efendants, or an acquaintance, accessed the [p]laintiff's

15  work on triggerstreet.com."  FAC ¶ 226.

16          In plaintiff's view, Blomkamp, who is credited with writing "Elysium," is "most likely

17  the infringer" because (a) triggerstreet.com is a website for short filmmakers and

18  screenwriters; (b) in 2007 Blomkamp was exclusively a short filmmaker, who was based in

19  Los Angeles (home of Trigger Street); (c) Blomkamp was "perhaps the most social media

20  savvy short filmmaker in the world – and living in the screenwriting hub of the world;" and

21  (d) plaintiff was a screenwriter.  See FAC ¶¶ 227, 232, 233.

22          Defendants contend, however, that plaintiff alleges no facts in the FAC to support his

23  claim that Blomkamp found the "Butterfly Driver" screenplay on triggerstreet.com.  They

24  argue further that plaintiff has no evidence that any defendant, including Blomkamp, had a

25  reasonable opportunity or any reasonable possibility of viewing "Butterfly Driver," and that

26  plaintiff is simply speculating when he alleges in the FAC (and argues in these motions)

27  that Blomkamp accessed his screenplay on triggerstreet.com.

28          Defendants also assert that such a contention is rebutted by Blomkamp's

                                                    13

United States District Court

For the Northern District of California

1  uncontroverted declaration filed in support of defendants' motion.  In his declaration,

2  Blomkamp states that before this lawsuit was filed, he had never heard of the website

3  triggerstreet.com; that he has never visited the website; and that he did not obtain a copy of

4  plaintiff's screenplay on that site or anywhere else, and was not given a copy by anyone.

5  Declaration of Neill Blomkamp ("Blomkamp Decl.") ¶¶ 7-8.

6      Blomkamp briefly explains the genesis of "Elysium" as follows.  He states that he

7  was raised in Johannesburg, South Africa, where he lived for 18 years before moving to

8  Vancouver.  As a teenager he began pursuing 3D animation and design, which he

9  continued studying in film school.  Blomkamp Decl. ¶ 2.  He made several short films

10  between 2004 and 2007, with storylines involving extraterrestrials and robotic workers.  His

11  first feature film was "District 9," which tells the story of extraterrestrials who are marooned

12  in South Africa when their spacecraft becomes disabled, and are confined to camp outside

13  of Johannesburg, and which explores themes of racism and segregation, and has a main

14  character who transforms into an alien after coming in contact with an extraterrestrial

15  substance.  Blomkamp Decl. ¶¶ 3-4.  He asserts that he created "Elysium" as he creates all

16  his works, proceeding from visual concepts (in this case, utopian space stations and a

17  robotic police force) and incorporating themes of racial and class segregation (building on

18  his earlier works).  Blomkamp Decl. ¶¶ 5-6.

19      As noted above, to establish infringement, a plaintiff that has a valid copyright

20  registration must provide evidence of both access and copying.  Here, plaintiff has no

21  evidence that Blomkamp or any defendant had access to his "Butterfly Driver" screenplay.

22  Plaintiff contends that he "dedicated over a page of the FAC (page 4 line 11 to page 5 line

23  13) to alleging facts supporting the plausibility of Blomkamp accessing his screenplay on

24  triggerstreet.com."  However, allegations in a complaint are not evidence that can be used

25  to support or oppose summary judgment.  See Celotex, 477 U.S. at 324; see also

26  Hernandez v. Spacelabs Med. Inc., 343 F.3d 1107, 1112 (9th Cir. 2003).  Moreover, the

27  allegations in the FAC are entirely speculative as they relate to Blomkamp's access to the

28  screenplay.  Plaintiff has failed to provide any evidence supporting his assertion that

14

United States District Court

For the Northern District of California

1  defendants had access to his screenplay.

2       In his own motion, plaintiff argues that access can be established under the "chain of

3  events" theory.  He reiterates that he posted his screenplay on triggerstreet.com; that

4  triggerstreet.com was based in Los Angeles; that the majority of triggerstreet.com members

5  were "short filmmakers and screenwriters;" and that Blomkomp was a short film-maker who

6  was "media-savvy" and who was based in Los Angeles (the "screenwriting hub of the

7  world").

8       Even assuming for the sake of argument that these factual assertions are judicially

9  noticeable and/or supported by evidence, together they do no more than suggest a bare

10  possibility of access, which is insufficient to sustain a copyright infringement claim.  Plaintiff

11  has not provided evidence of a chain of events sufficient to establish a reasonable

12  possibility of access.  See Jason v. Fonda, 698 F.2d 966, 967 (9th Cir. 1982); see also Art

13  Attacks, 581 F.3d at 1144.

14       He also asserts that his screenplay was so widely disseminated that it is reasonably

15  possible that Blomkamp had access to his work.  He claims that he emailed the screenplay

16  to his family and friends, and that he posted drafts of the screenplay on triggerstreet.com.

17  However, even were this claim supported by evidence, it does not show  wide

18  dissemination sufficient to support an inference that defendants had access to his work, or

19  to raise a triable issue as to access.  He also contends that over a 23-month period he sent

20  queries to agents seeking representation, posted short synopses of the storyline on

21  screenwriter websites, and entered screenwriting competitions.  Again, these

22  communications and Internet postings do not constitute evidence of wide dissemination of

23  the screenplay.

24       2.     Infringement

25       Had plaintiff provided some evidence of access (even circumstantial), he could

26  potentially show infringement by demonstrating that the two works are "substantially

27  similar."  Because plaintiff lacks any evidence of access, however, he can establish

28  copyright infringement only by showing "striking similarity."  See Three Boys Music, 212

United States District Court
For the Northern District of California

F.3d at 485 ("in the absence of any proof of access, a copyright plaintiff can still make out a case of infringement by showing that the [works] were 'strikingly similar'") (citations omitted); see also Pringle v. Adams, 556 Fed. Appx. 586, 587 (9th Cir. Feb. 21, 2014); Seals-McClellan v. Dreamworks, Inc., 120 Fed. Appx. 3, 4 (9th Cir. 2004) (citing Baxter v. MCA, Inc., 812 F.2d 421, 424 n.2 (9th Cir. 1987)).

Striking similarity is a high bar.  "At base, 'striking similarity' simply means that, in human experience, it is virtually impossible that the two works could have been independently created."  4 Melville B. Nimmer & David Nimmer, Nimmer on Copyright § 13.02[B] (2005), quoted in Stewart v. Wachowski, 574 F.Supp.2d 1074, 1103 (C.D. Cal. 2005); see also Bernal v. Paradigm Talent and Literary Agency, 788 F.Supp.2d 1043, 1052 (C.D. Cal. 2010).  That is, "[t]o show a striking similarity between works, a plaintiff must produce evidence that the accused work could not possibly have been the result of independent creation."  Seals-McClellan, 120 Fed. Appx. at 4 (emphasis in original) (citation omitted).

Defendants contend that the protectable elements of the two works share no similarity in expression – let alone "striking similarity."  Protectable expression includes "the specific details of an author's rendering of ideas."  Funky Films, 462 F.3d at 1077 (citation and quotation omitted).  What is not protectable are "basic plot ideas for stories" or other generic concepts.  Id.; see also Van v. Cameron, 566 Fed. Appx. 615, 616 (9th Cir. 2014).

Plaintiff asserts that "Elysium" infringes numerous elements of his "Butterfly Driver" screenplay, including "plot, characters, settings, conflicts, themes, catalyst, crisis, climax, inciting incident, his hero's 'character affliction,' and 'keepsake necklace' and more."  Defendants argue that neither the plot/sequence of events, nor the settings, nor the dialogue, nor the characters, nor the themes, nor the mood/pace in the two works are similar.  In addition, defendants assert that the parties' works share nothing more than "stock" or "cliché" ideas.  In opposition and in support of his own motion, plaintiff argues that all the elements alleged in the FAC are similar.

When evaluating literary works for similarity, courts compare the works' plot, themes,

United States District Court
For the Northern District of California

1  dialogue, mood, setting, pace, characters, and sequence of events.  See Berkic, 761 F.2d

2  at 1292.  Here, while there may be some superficial similarities between the two works, a

3  close examination of the screenplay and the film reveals many significant differences and

4  few real similarities among the protectable elements.[1]

5                                    Plot/sequence of events

6        Plaintiff asserts that defendants copied numerous "plot features" of the "Butterfly

7  Driver" screenplay.  Generally, the "plot features" identified by plaintiff are similar only at a

8  very abstract level.  Indeed, many of these features reflect generic themes that are not

9  expressly similar in the two works.[2]

10        First, plaintiff contends that in both "Butterfly Driver" and "Elysium," there is a hero

11 who must get to the satellite world for medicine or medical care.  This is an abstract idea

12 that is not expressed similarly in the screenplay and the film.  In the screenplay, Arlo is on a

13 mission to save his daughter Franny, and travels to Uberopolis after he discovers that

14 supplies of Drexlerin on Earth are exhausted.  In the film, Max is dying of a fatal dose of

15 radiation, and must travel to Elysium because that is the only place that there is any

16 possibility of receiving the necessary medical treatment to counter the radiation poisoning.

17 He travels there to save himself, not a child.

18

19        [1]  Plaintiff compares the "Butterfly Driver" screenplay to the apparently unauthorized
20 (and unauthenticated) version of the "Elysium" screenplay he downloaded.  The proper
   comparison is between the "Butterfly Driver" screenplay and the film "Elysium."  See Quirk v.
21 Sony Pictures Entm't, Inc., 2013 WL 1345075 at *6 (N.D. Cal. Apr. 2, 2013) (in a case where
   the plaintiff alleged that the defendant's film infringed his novel, the "only relevant question
22 [was] . . . whether the final movie as filmed, edited, and released" contained matter
   substantially similar to protectable elements of the plaintiff's novel); see also See v. Durang,
23 711 F.2d 141, 142 (9th Cir.1983).

        In addition, plaintiff claims he downloaded the "Elysium" screenplay on June 13, 2013,
24 a week before he obtained his copyright registration.  However, he had seen a trailer for the
   film "Elysium" on May 27, 2013.  While the actual film was not released in the theaters until
25 October 9, 2013, plaintiff cannot maintain an action for copyright infringement based on an
   undated version of an "Elysium" screenplay that he downloaded prior to his copyright
26 registration.

27        [2]  In addition, a number of what plaintiff characterizes as "plot features" appear to the
28 court to instead be features of setting, theme, or character.  Accordingly, the court has
   endeavored to place any analysis of those features under the appropriate heading.

                                          17

United States District Court
For the Northern District of California

1    Second, plaintiff asserts that the hero in the "Butterfly Driver" screenplay is poor,

2    witnesses the death of his best friend, and needs I.D. and transport to a satellite world, and

3    that the same is true of the hero in the film "Elysium." However, these ideas are not

4    expressed similarly in the two works. In the screenplay, Arlo requires a fake ID because he

5    is a fugitive on the run from the authorities and can't travel to Uberopolis under his own

6    identity. In the film, Max (or anyone traveling to Elysium) needs an ID burned onto his/her

7    arm so he/she will be recognized as a citizen of Elysium.

8    There is no support for plaintiff's assertion that the two works are similar in the

9    manner that each hero "witnesses the death of his best friend." Arlo responds to a distress

10   call from Roddy, and arrives just as Roddy (who was shot by bounty hunters) is dying, to

11   learn that bounty hunters are after his (Arlo's) family. Max and his friend Julio are on a

12   mission to kidnap Carlyle and steal data from his brain, when the covert agent Kruger

13   arrives and kills Julio with a sword.

14   Third, plaintiff contends that in both works, there is a disabled transporter who helps

15   the hero's emigration plan, on condition that the hero accept a dangerous mission. This

16   appears to be an attempt to compare the screenplay's Dylan and the film's Spider – two

17   very different characters who play very different roles in the story.

18   In "Butterfly Driver," Dylan is Arlo's boss at the warehouse, and he plays a minor role

19   by setting Arlo up with a "butterfly run" so that Arlo can earn the money he needs for his

20   family's repatriation. In the film "Elysium," Spider is not Max's boss, and there are no

21   "butterfly runs." Rather, Spider is an independent operator who runs undocumented

22   shuttles from Earth to Elysium. He engages Max to kidnap Carlyle and download data from

23   his brain, and coordinates the effort to reboot Elysium's computers to make everyone on

24   Earth a citizen of Elysium. While it is true that both Dylan and Spider have physical

25   disabilities, there is no comparison between the role played by Spider in the plot of the film

26   "Elysium" and the minor role played by Dylan in the plot of the "Butterfly Driver" screenplay.

27   Fourth, plaintiff asserts that there is an agent in each work who is sent by the villain

28   to apprehend the hero, and who accepts the assignment after negotiating. This appears to

United States District Court

For the Northern District of California

1    be an attempt to compare the roles of Jerry and Kruger in the plots of the screenplay and

2    the film, respectively.  However, their roles are vastly different.  In the screenplay, Jerry is a

3    federal agent working for the State.  He investigates Arlo on suspicion of murdering Tamara

4    Gwynn.  After discovering that Arlo is innocent, he helps Arlo expose Drexler as a murderer

5    and imposter, and saves Arlo from Drexler.  In the film, Kruger does none of those things.

6    Instead, he pursues Max with the goal of obtaining the reboot sequence that has been

7    downloaded into Max's brain.  And rather than attempting to rescue Max, Kroger hunts him

8    down and attempts to kill him.

9         Fifth, plaintiff contends that in each work, the hero carries a "keepsake necklace,"

10   which factors in to the story's conclusion.  In the "Butterfly Driver" screenplay, Benni, who

11   appears to be interested romantically in Arlo, gives him a yellow butterfly dreamcatcher for

12   good luck.  Although Arlo sees the dreamcatcher in Spike the dolphin's eye during his

13   dreamlike vision, its significance to the work is negligible.  By contrast, in the film "Elysium,"

14   the nun who raises Max in the orphanage gives him a locket with a picture of Earth.  This

15   locket is not a dreamcatcher, a good luck charm, or a token of romantic interest.  It is a

16   teaching tool to remind Max of the beauty around him.  Moreover, the locket plays into the

17   climax of the film in a way that is unrelated to the plot of the screenplay.

18        Sixth, plaintiff asserts that in each work, the hero threatens the villain with detonating

19   an explosive device.  In "Butterfly Driver," Arlo threatens to use the A-cell to blow up

20   Uberopolis if Drexler refuses to dismiss the security guards and meet with him.  In the film

21   "Elysium," Max threatens that he will blow up Kruger's shuttle if Kruger or his men try to

22   harm him.  The only similar element here is the stock idea of using a threatened explosion

23   as leverage.

24        Seventh, plaintiff contends that both the screenplay and the film have "techie"

25   programmers who help the hero with fake identification to get into the satellite world.

26   However, this characterization is misleading and does not reflect the actual plot of either

27   work.  The identification required by Arlo (fake ID, necessitated by fact that he is a fugitive

28   and can't travel under his own name) is different from the identification required by Max (ID

United States District Court

For the Northern District of California

1    burned into the arm, which will enable him to pass as a citizen of Elysium).

2          Eighth, plaintiff asserts that each work includes a primary character who negotiates

3    with insurers (or a hospital) for the life of his/her child.  This is a common or even generic

4    idea which, as defendants note, has been previously used in the plot of films such as the

5    2002 film "John Q" with Denzel Washington.  As for the "negotiating," plaintiff appears to be

6    attempting to compare the screenplay's Jerry, whose son Matty needs a "filter room"

7    because of respiratory ailments, with the films's Frey, whose daughter is in the hospital with

8    leukemia.  However, Jerry is offered financial help with the "filter room" if he accepts the

9    task of investigating Arlo, but nothing like this occurs with Frey, who is simply forced to take

10    her daughter home from the hospital because her daughter cannot be cured there.

11    Ninth, plaintiff contends that both "Butterfly Driver" and "Elysium" include a climatic battle

12    between the hero and the villain, during which the hero suffers a terrible headache.

13    Plaintiff appears to be attempting to compare the chase and fight scene between Arlo and

14    Drexler in his screenplay, and the chase and fight scene between Max and Kruger in

15    "Elysium."

16          These scenes are not similar except at the most general level.  In the "Butterfly

17    Driver" screenplay, Arlo confronts Drexler by flying a sky-cycle through the glass windows

18    of his 57th floor office.  Not knowing that the conversation is being recorded by surveillance

19    cameras and broadcast on television, Drexler confesses to his crimes including being an

20    imposter.  In the ensuing struggle, Arlo and Drexler exit the office through the broken

21    window, but float to the ground unharmed because of reduced gravity on Uberopolis.  Their

22    chase and fight scene takes them through the streets of Uberopolis and eventually onto a

23    shuttle.  Arlo suffers a headache mid-combat and Drexler seizes the moment to shoot him

24    in the neck. Drexler is about to kill Arlo when Jerry intercedes and saves his life.

25          By contrast, in the film "Elysium," Max is being held captive in an Elysium control

26    center. He escapes and sees on a video screen that Spider and his men have arrived on

27    the space station.  Max rescues Frey and Matilda and tells them to find a med bay.  He

28    then meets Spider, and the two of them race to a control room where they can start the

United States District Court
For the Northern District of California

reboot sequence in Max's brain.  Max and Spider are fleeing Kruger when Max suffers a

seizure caused by the defense mechanism that Carlyle coded into the reboot sequence.

Kruger catches up, but Max kills him in a hand-to-hand fight with the help of an exoskeleton

that was grafted onto his body to give him added strength.  Max and Spider continue to the

control room where they succeed in rebooting Elysium's computers.  These scenes from

the film are nothing like the scenes in the screenplay.

Tenth, plaintiff asserts that both works conclude with a "globally significant

resolution."  This is a generic idea that is not copyrightable.  Moreover, it is not expressed

in a similar manner in the two works.  The screenplay concludes with Arlo destroying

Uberopolis, while the film concludes with the software program that was downloaded into

Max's brain rebooting Elysium's computers to open up citizenship to everyone on Earth.

While these resolutions may be "global" and even "significant," they are clearly not similar.

In short, none of the "plot features" identified by plaintiff is similar in the two works,

except at the highest level of abstraction.  Because unprotected elements are irrelevant, it

is "not the basic plot ideas for stories, but the actual concrete elements that make up the

total sequence of events and the relationships between the major characters" that must be

compared.  Funky Films, 462 F.3d at 1077 (quoting Berkic v. Crichton, 761 F.2d 1289,

1293 (9th Cir. 1985)).  Similarities in general plot ideas are not probative of infringement.

Id. at 1081; see also Benay, 607 F.3d at 624 ("[f]amiliar stock scenes and themes that are

staples of literature are not protected").  Likewise, scènes à faire – or situations that "flow

naturally from generic plot-lines" – are unprotected and therefore ignored under the

extrinsic test.  Funky Films, 462 F.3d at 1077; see also Benay, 607 F.3d at 624-25.

Benay, Funky Films, and Berkic are all cases in which the Ninth Circuit noted

similarities between the plaintiff's work and the accused work at relatively high level of

abstraction, but many substantial differences upon closer examination.  In Benay, the

authors of a screenplay ("The Last Samurai") sued the creators of a film (also called "The

Last Samurai") alleging copyright infringement.  Both works told the story of an American

war veteran who travels to Japan in the 1870s to train the Japanese Imperial Army in

United States District Court

For the Northern District of California

1   modern Western warfare in order to combat a "samurai uprising."  Id., 607 F.3d at 625.  In

2   both works, the protagonist meets the Emperor, who is struggling to modernize Japan; the

3   protagonist introduces modern warfare to the Imperial Army, using contemporary Western

4   weaponry and tactics; and the protagonist suffers a personal crisis and is transformed as a

5   result of his interaction with the samurai.  Id.  Nevertheless, the court found that the two

6   works were similar only at a "cursory" level, and that a closer examination of the

7   protectable elements exposed more differences than similarities.  Id.

8       The court described the screenplay as "largely a revenge story," in which the

9   protagonist "emerges from domestic security, to despair at the loss of his son, to revenge

10  and triumph when he defeats his ruthless antagonist, Saigo."  Id.  In contrast, the film,

11  which the court described as "more a captivity narrative," somewhat reminiscent of

12  "Dances with Wolves," the protagonist "moves from isolation and self-destructive behavior,

13  to the discovery of traditional values and a way of life that he later comes to embrace."  Id.

14      In Funky Films, the creator of a screenplay ("The Funk Parlor") sued the creators of

15  a television series ("Six Feet Under") alleging copyright infringement.  Among other things,

16  both works involved narratives about a family-run funeral parlor, the death of the family

17  patriarch, the inheritance of the business by the family's two sons (one older and more

18  "creative" and the other younger and more "conservative"), and the return of the older

19  brother from a distant city to help run the family business, which was on fragile financial

20  footing and was fighting off a rival funeral parlor.  Id., 462 F.3d at 1077-78.  Nevertheless,

21  despite these apparent similarities, the court found that an actual reading  of the two works

22  reveals numerous significant differences.

23      For example, the court found that the father's suicide in "The Funk Parlor" sets the

24  stage for a series of additional murders, including several of the main characters.  The

25  story revolves around the older brother, who rehabilitates the business, falls in love with

26  one of the central characters, proposes to her, and then discovers she is a serial murderer

27  and feels compelled to kill her to save his own life.  Id. at 1078.  By contrast, the court

28  noted, "Six Feet Under" is not a murder mystery, and does not revolve around a particular

22

plot line, as the series develops separate plot lines around each member of the family, and examines each character's psyche and his or her interpersonal interactions and emotional attachments in the wake of the cataclysmic death of the patriarch of the family. Id.

In Berkic, the author of a screenplay ("Reincarnation, Inc.") sued the writer/director and producer of a film ("Coma"), which was based on a novel by the same name by Robin Cook. The plaintiff alleged that both the book and the movie infringed his screenplay. The court found that "[a]t a very high level of generality, the works do show a certain gruesome similarity," as both works "deal with criminal organizations that murder healthy young people, then remove and sell their vital organs to wealthy people in need of organ transplants[.]" In addition, the court noted, both works "[t]o some extent . . . take their general story from the adventures of a young professional who courageously investigates, and finally exposes, the criminal organization." Id., 761 F.2d at 1293.

However, looking at "the actual concrete elements that make up the total sequence of events," the court found the plot ideas to be less similar than dissimilar, as the main character in the screenplay does not, until very late in the story, participate in the investigation that exposes the criminal organization, and was in fact a dupe of the criminal organization. Id. In addition, the police lieutenant who investigates the deaths was seeking to advance his career, while the main character in the film/book – a doctor investigating the unexplained brain deaths of young, healthy patients – was motivated by personal concerns, as her best friend had previously fallen victim to the organization. Id.

Similarly, in the present case, the general plot features identified by plaintiff are unprotected because they share only abstract similarities, and do not reflect objective details that are original to the plaintiff. As such, they do not support a finding that there is substantial similarity between "Butterfly Driver" and "Elysium," let alone a striking similarity.

<div align="center">Characters</div>

Plaintiff argues that the characters of "hero," "villain," and "sick child" in the film "Elysium" are similar to characters in the "Butterfly Driver" screenplay. First, with regard to the heroes, plaintiff claims that there are similarities between Arlo and Max as to age (35-

<div align="center">23</div>

45 years old); general economic status (impoverished); the fact that each carries a "keepsake necklace," which he received from a "special woman from his past;" and the fact that each "suffers from headaches," and battles a headache in the climax of the story. He also asserts that each hero has a similar goal – Arlo has less than a week to get from Earth to a satellite world, to get medicine to save his daughter, while Max has less than a week to get to a satellite world, to get medical care to save himself and his "girl-friend's" daughter, and that in order to accomplish that goal, each hero contacts underworld figures to get I.D. and transport to the satellite world.

It is true that each hero is within the same age range, but that is not a protectable character feature. As for general economic status, that too is a generic idea. Arlo is a war hero and hover-craft pilot who flies supplies in the Zones outside the "Global State," and is a father of two who goes on a selfless mission to save his daughter, and succeeds. By contrast, Max is unmarried, has no children, is on parole, and works at a local factory making robotic police officers. Also unlike Arlo, Max is on a self-centered mission to save his own life at the expense of the lives of others. Essentially, Arlo and Max are similar only in that each occupies the role of a male protagonist.

It is also true that Arlo and Max both suffer a chronic ailment. However, in "Butterfly Driver," Arlo has a long history of suffering from "ice pick" headaches that sometimes "knock him to his knees." Indeed, Jerry recalls that Arlo was "kicked out" of flight school because he was considered unfit to fly by virtue of the chronic headaches. By contrast, Max, the hero of "Elysium," suffers seizures (not headaches), but this ailment begins only after he downloads the reboot sequence from Carlyle's brain. Moreover, while Arlo suffers a headache and Max suffers a seizure in the climatic scenes of the respective works, those scenes are not similar. In the screenplay, Arlo and Drexler are fighting in a shuttle when Arlo suffers a headache, and Drexler shoots him in the neck. In the film, Max suffers a seizure, which allows Kruger time to catch up, but Max kills Kruger in a fight.

Nor are the heroes similar with regard to what plaintiff refers to as "the keepsake necklace." In "Butterfly Driver," Benni gives Arlo a yellow dreamcatcher for "good luck,"

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

1    and as he faces possible death near the end of the screenplay, he sees the dreamcatcher

2    in a "vision."  However, he does not die.  In "Elysium," a nun gives Max a locket when he is

3    a child, to remind him of the beauty around him, and as he is dying from the effect of the

4    downloading of the reboot sequence, he looks at the locket and remembers Frey (in a

5    dreamlike way).

6         Second, plaintiff contends that there are similarities between the two villains

7    (Delacort in "Elysium" and Drexler in "Butterfly Driver") in that each had "genetic

8    reprogramming" to make them appear younger; each orders mass killings of prisoners

9    travelling in space shuttles; each is rich and lives on a crime-free satellite world; each

10   sends an agent to apprehend the hero because of information he possesses; and each is

11   evil but attempts to justify his/her actions as good for the world.

12        A number of these features (wealth, living on a crime-free satellite world, acting with

13   evil intent but seeking to justify actions as good for the world) are generic features that are

14   not protectable.  Nor are Drexler and Delacort similar in any other way.  Drexler is male,

15   and ex-soldier, a former acquaintance of Arlo's and an imposter who murdered the real

16   Drexler and his family and stole Drexler's identity.  Drexler is the President of the Global

17   State and owner of Uberopolis, which he built with the money he inherited as "Drexler."  By

18   contrast, Delacort is female, has no prior relationship with Max, and holds no position on

19   Earth.  She does not own Elysium, but is intent on staging a coup to take over its

20   presidency.  While both Drexler and Delacort are ruthless authorities (a type of "stock

21   character"), the similarity ends there.

22        It is true that both Delacort and Drexler appear younger than they are.  In "Butterfly

23   Driver," Drexler had his DNA "reprogrammed," with the result that his "bulging biceps" were

24   three times normal strength and he appeared younger, but the screenplay also makes clear

25   that Drexler had his DNA modified because he was really Midland but was trying to pass as

26   Drexler.  By contrast, Delacort and the other citizens of Elysium routinely use the med bays

27   to prevent aging and cure disease – not to "reprogram DNA" – but in addition, only citizens

28   of Elysium are permitted access to the med bays.  There is nothing comparable in the

screenplay.

Third, plaintiff asserts that there is a similarity between the two works in the use of a "sick child" who will live for less than a week if medical assistance is not provided. This is an attempt to compare Franny to Matilda. This idea of the "sick child" is a generic idea that is expressed differently in the parties' works. In the "Butterfly Driver" screenplay, Franny appears briefly, has little or no dialogue, and is cured without much ado when Arlo returns home with the Drexlerin. In the film "Elysium," Matilda (the daughter of Max's friend Frey) is intermixed in the drama. She is kidnaped by Kruger, taken to Elysium, and eventually successfully uses a med bay on the space station. Moreover, unlike Franny, Matilda is critical to the story arc. She is the catalyst for Max's decision to sacrifice himself at the end of the film.

Plaintiff also contends that there is similarity between what he calls "secondary characters." The court finds, however, that all these character comparisons focus on abstract, unprotected traits. None of the characters are similar at the level of protectable expression. For example, plaintiff attempts to compare Rianna (lives in a slum but is an educated, devoted mother) and Benni (hopeful, beautiful, but disappointed with men around her) in "Butterfly Driver;" with Frey (alleged to be a "hybrid" of Rianna and Benni, who lives in an uneducated slum, but is educated, tough, and a devoted mother, also beautiful, hopeful, and disappointed with men around her) in "Elysium."

The assertion that Frey is a "hybrid" of Rianna and Benni demonstrates that she is substantially similar to neither of them. And indeed, Frey and Rianna share no similarities except for the unprotected characteristic of having an young daughter who is ill. Moreover, Rianna appears only briefly in the screenplay, but Frey is a critical character in the film – her friendship with Max is a catalyst for his decision to sacrifice his own life. Frey and Benni are even less similar than Frey and Rianna. Benni is a mercenary who guards a warehouse with her bother Louis. She helps Arlo obtain a fake ID to enable him to travel to Uberopolis, and gives him a yellow "dream catcher" for luck. Benni has nothing in common with Frey except that they both have a vague romantic interest in the male protagonist –

United States District Court

For the Northern District of California

which is never acted on.

Plaintiff asserts that there are similarities between Jerry (a "good" character who when sent to apprehend the hero by a high-ranking official, bargains for medical care for his son) in "Butterfly Driver;" and Kruger (a "bad" character who when sent to apprehend the hero bargains for a mansion and more before accepting the mission) in "Elysium." These two characters could not be more dissimilar (law-abiding vs. outside the law; former friend of the hero's vs. no former relationship with the hero; attempts to help the hero vs. attempts to kill the hero). The only similarity – that each is an "agent" who pursues the protagonist – is simply a "stock" character feature that is not protectable.

Plaintiff also contends that there are similarities between Dylan (runs an underground base with flight pattern monitors on walls, sometimes transports immigrants, is disabled with missing arm) in "Butterfly Driver;" and Spider (runs and underground base, with flight path monitors on walls, transports immigrants, is disabled, with paralyzed leg) in "Elysium." As noted above, however, Dylan is a minor character in the "Butterfly Driver" screenplay, with virtually no relevance to the story, while Spider in the "Elysium" film is a central character. The fact that one has a missing arm and the other has a paralyzed leg does not make them similar as "characters" in the story.

Finally, it is important to note that there are a number of important characters in each work that have no parallel in the other. For example, Tamara plays an important role in "Butterfly Driver," and has no possible counterpart in the film "Elysium," while several characters in the film – the nun who raised Max, Carlyle, President Patel, and the robot police force – have no parallel with the screenplay.

<div align="center">Setting</div>

Plaintiff identifies the following attributes of the setting, which he claims is similar to the setting of "Elysium." He describes Uberopolis as a giant satellite world for the super-rich, between 1 and 3 miles in diameter, with forests and large aquatic features, and a proposed capacity in the range of 300,000, and which orbits an overpopulated, impoverished earth. Fantastic medical technologies are available there, and it is also

United States District Court

For the Northern District of California

United States District Court
For the Northern District of California

1 where a genetically reprogrammed villain lives; where the final battle transpires; and where

2 prisoners in orange jumpsuits board shuttles bound for earth.

3    Plaintiff contends that in contrast to this world is a dystopian Earth (impoverished,

4 overpopulated ruin of earth), where the poor have little access to health care; the hero lives

5 in a slum overrun by thugs and crime; police and military vehicles loom in the sky and

6 brutalize the poor; Army ships full of "undesirables" are released into the slums; the poor

7 are brutalized by the government of the satellite world; rich businesses build manufacturing

8 plants to take advantage of cheap labor; and the poor live in the ruins of cities in decay.

9 Plaintiff claims that the "conjoined setting" of rich satellite world and poor dystopian Earth is

10 a "unique" creation, with no connection to any prior storyline with all the same features.

11    The court finds, however, that the setting of the "Butterfly Driver" screenplay is not

12 similar to the setting of "Elysium," except at the most abstract level.  Moreover, although

13 both the screenplay and the film use the common idea of "a giant satellite world for the

14 super-rich," the expressions of these locations is different.

15    Uberopolis is not exclusive to the "super-rich," as there is a constant shuttling of

16 ordinary citizens between Earth and Uberopolis, and Drexler appears in TV ads urging

17 residents of Earth to buy homes and apartments on Uberopolis.  The Global State has "100

18 per cent employment" and "almost no crime."  While there is some poverty in the "Zones,"

19 the City of Manhattan is portrayed like a typical major city with apartment complexes,

20 shopping malls, and subways.  Citizens on Earth drive sky-cars, sky-cycles, and hover-jets.

21 Moreover, advanced medical care is available both on Earth and on Uberopolis, and there

22 is no class divide between the populations of Earth and Uberopolis.

23    By contrast, Elysium is indeed reserved exclusively for the "super-rich," and Earth's

24 population is barred from moving to (or even freely traveling to) Elysium.  There are no

25 malls, apartment complexes, or subways on Earth.  The population does not drive sky-cars.

26 The entire population is heavily unemployed and extremely poor.  They live in shantytowns,

27 with defunct skyscrapers smoldering in the background.  They are policed by a abusive

28 robotic police force which has no counterpart in the "Butterfly Driver" screenplay.  There is

28

United States District Court

For the Northern District of California

1   a stark class divide between the population of Earth and Elysium, and the med bays on

2   Elysium are reserved exclusively for "citizens" of Elysium.  Nor is there any support for the

3   assertion that both satellites "feature giant forests and aquatic features," as Uberopolis has

4   a flora-sphere and an aqua-sphere beneath the city floor, but there is no description of

5   "giant forests" on the satellite.  Apart from the generalized idea of Earth set in the future,

6   there are few similarities between the setting of the two works.

7       Moreover, a setting that combines "giant satellite world for the super-rich" and "poor

8   dystopian earth" is not new or original with the "Butterfly Driver" screenplay.  Defendants

9   have provided a declaration (and report) from their expert Jeff Rovin, who has had a long

10  career as a professional writer, and has authored more than 100 books, both fiction and

11  non-fiction, including several works analyzing films and television series in various genres

12  including science fiction.

13      The Oxford English Dictionary defines "dystopia" as "[a]n imaginary place or

14  condition in which everything is as bad as possible."  According to Mr. Rovin, the word

15  "dystopia" was coined by John Stuart Mill in 1868 to describe the flip side of "utopia."  Mr.

16  Rovin explains that in fiction, "dystopia" is typically the result of military, political, and

17  economic oppression that results in dehumanization, often accompanied by poverty and

18  disease.  See Declaration of Jeff Rovin ("Rovin Decl."), Exh. A at 8-9.

19      Mr. Rovin states that a dystopian future (with special privileges for the wealthy and

20  powerful) is an exceedingly common feature of the "prior art," a term he uses to refer to

21  earlier-published works in the same genre (futuristic science fiction).  He cites to H.G.

22  Wells' The Time Machine, Jack London's The Iron Heel, Aldous Huxley's Brave New World,

23  Margaret Atwood's Oryx and Crake, and also to the films "Metropolis" (1927), "Soylent

24  Green" (1973), "Demolition Man" (1983), and to the TV series "Rock and Rule" (1983), and

25  "Futurama" (1999-2013).  See Rovin Decl., Exh. A at 9-15.

26      Apart from this, Mr. Rovin also points out that, strictly speaking, the "Butterfly Driver"

27  screenplay does not describe a dystopian world.  In the screenplay, citizens of Earth enjoy

28  "100 percent employment" and "almost no crime."  While Earth is "overpopulated," it is not

29

United States District Court

For the Northern District of California

1  unlivable.  For example, Manhattan has upscale areas and slums, apartment complexes,

2  shopping malls, and subways.  Citizens drive sky-cars, sky-cycles, and hover-jets.  Mr.

3  Rovin opines that Earth in plaintiff's screenplay is "futuristic," not "dystopian," and plainly

4  draws on past science fiction in television series and comic books.  Rovin Decl., Exh. A at

5  16-21.

6        Mr. Rovin asserts further that the idea of a satellite as a refuge for the super-rich is

7  not a novel idea.  He cites to the short story "Abercrombie Station" (1952), the "Star Trek"

8  episode "The Cloud Minders" (1969), the novel A Wizard in Bedlam (1979), the novel The

9  Anarch Lords (1981), the August 1981 issue of the comic book Heavy Metal, the novel The

10  Taking of Satcon Station (1982), the novel Touch the Stars (1983), the novel The

11  Lagrangists (1983), and a number of other works.  See Rovin Decl., Exh. A at 30-45.  He

12  concludes that far from being new, plaintiff's concepts of wealth and privilege in connection

13  with space habitats have been a part of science fiction for decades.  Id.

14        In order to establish similarity in settings, plaintiff must show that his screenplay and

15  the film "Elysium" express the settings similarly.  However, plaintiff cannot do that, because

16  the screenplay and the film share nothing more than the generic idea of a futuristic Earth

17  and an orbiting space station.

18                               Themes

19        Plaintiff asserts that the two works share at least five central themes – (1) survival

20  without adequate healthcare is inhumane; (2) the plight of immigrants is brutal; (3) wealth

21  corrupts and divides us; (4) heroic sacrifice (Arlo for his daughter, Max for Matilda and

22  mankind); and (5) redemption comes from refusing to give up hope.

23        First, plaintiff contends that the theme that survival without adequate healthcare is

24  inhumane is shown by the fact that in both works, advanced medicine found on the satellite

25  world.  However, apart from a generic "medical" theme, this feature is not similar in the two

26  works.  In the "Butterfly Driver" screenplay, the drug Drexlerin is ordinarily equally available

27  on both Earth and Uberopolis.  The only question is ability to pay and availability (which is

28  limited for commercial reasons at the time Arlo is attempting to locate the drug for Franny).

United States District Court
For the Northern District of California

1    In the film "Elysium" the "advanced medicine" consists of med bays, not drugs, and those

2    med bays are categorically unavailable to Earth's population, which forces people who are

3    ill to attempt to travel illegally to Elysium to access the med bays.  There is nothing akin to

4    that in the screenplay, which has as a theme Arlo's attempt to locate Drexlerin for his

5    daughter Franny.

6         Second, the "plight of immigrant" theme is a generic theme that is not expressed

7    similarly in the two works.  "Butterfly Driver" refers to Arlo's arranging for his family to

8    "repatriate" from the Zones to the "State" to obtain better healthcare for Franny.  However,

9    it describes nothing similar to the illegal immigration that occurs in "Elysium," where people

10   on Earth risk their lives to get on board undocumented shuttles, hoping to travel to Elysium

11   to access the space station's med bays, which are restricted to citizens of Elysium.

12        As for the themes of the corrupting influence of wealth, heroic sacrifice, and

13   redemption, those are abstract concepts that are not protectable.  Moreover, plaintiff has

14   not established that the themes in the two works are similar.  "Elysium" overtly explores

15   themes of current relevance in the United States and in Blomkamp's native South Africa,

16   including class inequality and availability of universal health care, while "Butterfly Driver"

17   includes none of those themes.

18                                    Mood/pace

19        Plaintiff contends that the film "Elysium" mirrors the mood of the screenplay

20   "Butterfly Driver," and that the pacing of both works is similar – fast but not frenetic.  He

21   asserts that both works feature disabled characters, suggesting a brutal government; that

22   both works are serious, with little humor in narrative, dialog, or action; that the settings and

23   themes of both works are identical; and that both works use similar scenes to darken the

24   mood, such as unnecessary, casual police beating of the heroes.

25        The bare concept of a pace that is "fast but not frenetic" is unprotectable.  In

26   addition, any elements relating to the mood/pace of the two works – to the extent they are

27   similarly "serious" or "dark" – are stock or generic ideas, or scènes à faire which are not

28   protectable.  See Rice, 330 F.3d at 1177 (overall mood of secrecy and magic is generic,

31

United States District Court

For the Northern District of California

1  constitutes scènes à faire, and "merges" with the work at issue).  Thus, any similarity is not

2  indicative of striking or substantial similarity.

3  C.       Plaintiff's Motion to Exclude Defendant's Expert and his Expert Report

4          Plaintiff seeks an order disqualifying defendants' expert Jeff Rovin and excluding his

5  report.  Defendants have established that Mr. Rovin is "qualified as an expert by

6  knowledge, skill, experience, training, or education."  Fed. R. Evid. 702.  Mr. Rovin is

7  knowledgeable and an expert in the area of "science-fiction genre" – and his testimony has

8  "a reliable basis in the knowledge and experience of his discipline."  Kumho Tire Co. v.

9  Carmichael 526 U.S. 137, 148 (1999).

10         As such, Mr. Rovin cites to many previously published works to show that plot

11  features, settings, and characters in "Butterfly Driver" are not new or original as plaintiff

12  suggests, but reflect themes that have appeared numerous times in the past.  As

13  defendants' motion makes clear, Mr. Rovin's testimony supports defendants' argument that

14  many of the plot features, themes, characters, and other features of the "Butterfly Driver"

15  screenplay are "stock" or "generic" elements or scènes-à-faire, which are not protectable;

16  and to support their argument that the "Butterfly Driver" screenplay and the "Elysium" film

17  are not strikingly similar or even substantially similar.

18                                          **CONCLUSION**

19         In accordance with the foregoing, defendants' motion for summary judgment is

20  GRANTED, and plaintiff's motion is DENIED.  In addition, plaintiff's motion to disqualify

21  defendants' expert Jeff Rovin is DENIED.

22

23  **IT IS SO ORDERED.**

24  Dated:  October 3, 2014

25                                          _____
                                            PHYLLIS J. HAMILTON
26                                          United States District Judge

27

28

32

1

2

3

4

5                UNITED STATES DISTRICT COURT

6             NORTHERN DISTRICT OF CALIFORNIA

7

8

9

10 STEVE WILSON BRIGGS,

11         Plaintiff,                No. C 13-4679 PJH

12     v.                       **JUDGMENT**

13 NEILL BLOMKAMP, et al.,

14         Defendants.

      _____/

15

16       The court having granted defendants' motion for summary judgment and denied

17 plaintiff's motion for summary judgment,

18       It is Ordered and Adjudged

19       that plaintiff Steve Wilson Briggs take nothing, and that the action be dismissed.

20

21 Dated:  October 3, 2014

22                         _____
                              PHYLLIS J. HAMILTON

23                               United States District Judge

24

25

26

27

28

1  Steve Wilson Briggs
2  681 Edna Way
   San Mateo, CA 94402
3  Telephone: (510) 200 3763
   Email: snc.steve@gmail.com

4  Pro Se Plaintiff

5

6

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)**

10

11 | STEVE WILSON BRIGGS | ) | Case No.: CV 13-4679 PJH |

12 | STEVE WILSON BRIGGS | ) | Judge: Honorable Phyllis J. Hamilton |
   | | ) | |
13 | Plaintiff | ) | **PLAINTIFF'S NOTICE OF MOTION** |
   | | ) | **AND MOTION FOR** |
14 | | ) | **SUMMARY JUDGMENT;** |
   | vs. | ) | **MEMORANDUM AND POINTS OF** |
15 | | ) | **AUTHORITY IN SUPPORT THEREOF** |
   | | ) | |
16 | NEILL BOMKAMP, SONY PICTURES ENT., INC., | ) | Date:      Sept. 3rd, 2014 |
   | MEDIA RIGHTS CAPITAL II, L.P., ET AL | ) | Time:      9:00 a.m. |
17 | | ) | Courtroom:   3 |
   | Defendants | ) | Judge:      Hon. Phyllis J. Hamilton |
18 | | ) | |

19

20

21

22 **TO THE DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

23      **PLEASE TAKE NOTICE** on September 3rd, 2014, or as soon thereafter as the matter may be

24 heard, Plaintiff will, and hereby does, moves the Court for action in the courtroom of the Honorable

25 Phyllis J. Hamilton, Oakland Courthouse, 3rd Floor, 1301 Clay Street, Oakland, CA.

26      **Statement of Purpose.** This motion will be based on this Notice of Motion and Motion, case

27 records, declarations, evidence, and pleadings, moving the Court for Summary Judgment in favor of the

28 Plaintiff, and against the Defendants for copyright infringement under **17 U.S.C. § 101** et seq.

i

## **TABLE OF CONTENTS**

Notice of Motion and Motion for Summary Judgment…………………………………………… ...i

Table of Contents……………………………………………………………………………ii

Table of Authorities…………………………………………………………………….....iv

**MEMORANDUM AND POINTS OF AUTHORITIES**………………………………1

**I. ARGUMENT**…………………………………………………………………………1

Nature of Case……………………………………………………………………………1

**II PROCEDURE, CONCEPTS, PRINCIPLES OF LAW**……………………………… 2

Procedure………………………………………………………………………………… 2

Insufficient Affirmative Defenses…………………………………………………… 2

Copyright Infringement……………………………………………………………....2

Access…………………………………………………………………………………… 2

Substantial Similarity……………………………………………………………… 3

     Extrinsic Test……………………………………………………………………3

     Intrinsic Test…………………………………………………………………....3

Idea v. Expression Divide……………………………………………………………... 4

Public Domain………………………………………………………………………… 4

The Heart of the Work………………………………………………………………… 4

Thick or Broad Protection……………………………………………………………....4

Scènes à Faire…………………………………………………………………………....4

Unprotectable Elements……………………………………………………………… 4

Striking Similaritiy…………………………………………………………………… 5

Differences……………………………………………………………………………… 5

Copyrightable………………………………………………………………………… 5

**III. FACTS CONFIRMING ACCESS**…………………………………………………… 5

     Summary………………………………………………………………………....7

**IV. FACTS CONFIRMING SUBSTANTIAL SIMILARITY**……………………………7

Comparison Conflict……………………………………………………………………… 7

ii

Marketing Logline/Synopsis Infringement………………………………………………………..8

    Summary…………………………………………………………………… 8

Plots Are Copyrightable ……………………………………………………………………… 9

**Comparison of Screenplay Elements**……………………………………………………… 9

"Butterfly Driver" Plot ……………………………………………………………………… . 9

"Elysium" Plot ……………………………………………………………………………… 10

    Summary…………………………………………………………………… 11

CHARACTER INFRINGEMENT…………………………………………………….... 11

The Hero: Arlo v Max …………………………………………………………………… 11

    Infringement of The Hero's Affliction Headache…………………………………… 12

    Effort to Hide Infringement……………………………………………………… 13

    The Hero's Keepsake Necklace…………………………………………………... 13

The Villain: Drexler v. Delacourt (Rhodes) …………………………………………….... .13

Sick Child: Franny v. Matilda……………………………………………………………….14

SETTING INFRINGEMENT……………………………………………………………….14

Setting 1: Giant Satellite For The Rich Orbiting Earth …………………………………….14

Setting 2: Dystopian Earth………………………………………………………………....15

Conjoined Settings: Rich Satellite World & Poor Dystopic Earth……………………………..15

Setting Year……………………………………………………………………………….15

Central Conflict Infringement………………………………………………………… 16

Catalyst, Crisis, Climax (and twist) Infringement…………………………………………16

    Catalyst……………………………………………………………………………16

    Crisis………………………………………………………………………………17

    Climax……………………………………………………………………………...17

Inciting Incident Infringement……………………………………………………………17

Resolution Similarity………………………………………………………………………18

Mood and Pacing…………………………………………………………………………18

Dialogue Similarities………………………………………………………………………18

iii

Plaintiff's Idiosyncrasies Duplicated In The Defendants' Work…………………………….…20

Plaintiff's Mistakes Present In the Defendants' Work…………………………………………...21

Plaintiff's Terminology Errantly Duplicated In The Defendants' Work………………………...22

Plaintiff's Language Duplicated In The Defendants' Work……………………………………...22

**V. EVIDENCE AUTHENTICATION**………………………………………………..…23

**VI. IMPORTANT CASE HISTORY & COMPARISON**………………………………23

**VII. SUMMARY**……………………………………………………………...…...…..25

**VIII. CONCLUSION**……………………………………………………………...…..25

**"Copyright rewards originality –not effort."**

-Sandra Day O'Conner
(Feist Publications v. Rural Telephone Service, 1991)

PLAINTIFF'S NOTICE OF MOTION & MOTION FOR SUMMARY JUDGMNT CV  13-4679  PJH

# TABLE OF AUTHORITIES:

**CASES**

*L.A. Printex Indus. Inc. v Aeropostale*, Inc., 102 U.S.P.Q.2nd (BNA)(9th Cir 2012)……..............3, 7

*Sid & Marty Krofft Television Prods v. McDonald's Corp.*, 562 F.2d 1157, 1164 (9th Cir.1977)…....3

*Shaw v. Lindheim* 919 F2d. 1353 1356-57 (9th Cir. 1990) …………………………………………3, 9

*Grosso v. Miramax Film Corp.*, 383 F.3d, 2003…………………………………………………....3

*Metcalf v. Bochco*, 294 F.3d 1069, 1074 (9th Cir. 2002)…………………………………….......3, 9

*Roth Greeting Cards v. United Card* Co (9th Cir. 1970)……………………………………….....4

*Harper & Row v. Nation Enterprises*, 471 U.S. 539……………………………………………....4

*Apple Computer, Inc. v. Microsoft Corp.*, 35 F.3d 1435, 1443 (9th Cir.1994) ………………….4

*Mattel, Inc. v. MGA Ent.*, Inc.(9th Cir. 2010)……………………………………………………4

*Cain v. Universal Pictures*, 47 F.Supp. 1013 (1942)……………………………………………4

*Arnstein v. Porter*, 154 F.2D 464 (2nd Circuit, 1946)…………………………………………....5

*Sheldon v. Metro-Goldwyn Pictures Corp.*, 81 F.2d 49 (2d Cir. 1936 , US, 1940)……....5, 9, 23, 24

*Feist Publications, Inc., v. Rural Telephone Service Co.*, 499 U.S. 340 (*1991*)……………....iii, 5, 25

*Castle Rock Entertainment Inc. v. Carol Publishing Group*, 150 F.3d 132 (2nd Cir. 1998)….………7

*Walt Disney Productions v. Filmation Associates* 628 F. Supp., 871, (1986)………………………7

*Nichols v. Universal Pictures*; 45 F.2d 119 (2d Cir.1930), cert denied 282 U.S. 902 (1931)….9,18,23

*Scott v. WKJG, Inc.*, 376 F.2d 467 (7th Cir.), cert denied, 389 U.S. 832 (1967)………………...…9

*Stewart V. Abend*, 495 U.S. 207 (1990)…………………………………………………………...9

*Atari Games Corp. v. Oman*, 979 F. (2d) 242 (Cir DC 1992)……………………………………...…9

*Daly v. Palmer*, Fed.Cas. No. 3,552, 6 Blatch. 256……………………………………………23

*Daly v. Webster*, 56 F. 483, 486, 487……………………………………………………………23

*Dam v. Kirke La Shelle* Co., 175 F. 902, 907, 41 L.R.A.(N.S.) 1002, 20 Ann. Cas. 1173…………..23

*Chappell & Co. v. Fields*, 210 F. 864……………………………………………………………24

*Dymow v. Bolton*, 11 F.2d 690……………………………………………………………………24

*Ty, Inc. v. GMA Accessories, Inc.*, 132 F.3d 1167 (7th Cir. 1997)……………………………………24

*Peter Pan Fabrics, Inc. v. Martin Weiner Corp.*, 274 F.2d 487 (2d Cir. 1960)……………………25

PLAINTIFF'S NOTICE OF MOTION & MOTION FOR SUMMARY JUDGMNT CV  13-4679  PJH

# TABLE OF AUTHORITIES

**RULES**

Fed. R. Civ. P. Rule 56…………………………………………………….….1

Ninth Circuit Manual of Model Jury Instructions (Civil) 17.16……………………………….2
.
Ninth Circuit Manual of Model Jury Instructions (Civil)……………………………………….6

Federal Rules of Evidence (FRE) 902…………………………………………..23

FRE Rule 902(1)(A) *Domestic Public Documents That Are Sealed and Signed* ………………23

FRE Rule 902(4) *Certified Copies of Public Records*……………………………………….23

FRE Rule 902(**5**) *Official Publications*……………………………………….23

FRE Rule 902(6) *Newspapers and Periodicals*……………………………………….23

FRE Rule 902(7) *Trade Inscriptions and the Like*……………………………………….23

FRE Rule 902(9) *Commercial Paper and Related Documents*…………………………………….23

FRE Rule 920(10) *Presumptions Under a Federal Statute*...………………………………….23

**SATUTES**

17 U.S.C. § 101…………………………………………………………….i

The Copyright Act of 1976…………………………………………………….7

**OTHER AUTHORITIES**

McCarthy's Desk Encyclopedia of  Intellectual Property……………………………….…....7

Nimmer on Copyright, § 8.02(B), pp. 8-22—8-25 (1985)………………………………….7

Merriam Webster's Online Dictionary…………………………………………….4

PLC - Copyright Litigation: Analyzing Substantial Similarity, Eric Osterberg…………………...3

PLAINTIFF'S NOTICE OF MOTION & MOTION FOR SUMMARY JUDGMNT CV  13-4679  PJH

## MEMORANDUM AND POINTS OF AUTHORITIES

## I. <u>ARGUMENT</u>:

Under **Fed. R. Civ. P. Rule 56**, a party may move for a summary judgment if "<u>the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law</u>." When the pleadings, discovery, authenticated evidence, and affidavits support this, summary judgment is appropriate. The copious facts and evidence as presented in the Plaintiff's pleadings are accurate, authenticated and persuasive. In this pleading the Plaintiff will present the legal concepts, principles, standards, case law and the case facts demonstrating there is no genuine dispute to any material fact, and all the material facts and evidence tip in the Plaintiff's favor, exceeding the standards of "a preponderance of evidence" and "clear and convincing evidence"; leaving no question of fact remaining to resolve by the evidentiary standards at trial.

## NATURE OF CASE

This suit is for copyright infringement (comprehensive non-literal) of the Plaintiff's screenplay Butterfly Driver **[Exhibit A]**, infringed upon by the Defendants work, "Elysium" **[Exhibit B],** which infringes on Plaintiff's plot, characters, settings (<u>including his unique giant satellite city for the ultra-rich</u>), his conflict, catalyst, crisis, climax-twist, themes, his hero's **never-before-used** "<u>affliction" headache</u>, his hero's "<u>keepsake necklace</u>", more; infringing on the very **heart** of the Plaintiff's work.

The Plaintiff's owns a valid copyright over his screenplay, Butterfly Driver (and all of its previous versions and titles,) The screenplay, as a whole, is copyrightable, and has many smaller arrangements and details –also copyrightable. The Plaintiff has registered his copyright with the U.S. Copyright Office, required to file a claim **[Exhibit C**]. The Plaintiff's script is a highly creative work (not derived from facts or historical events); thus, deserving **broad protection** from the Court. The Plaintiff completed his first draft 6 years prior to the Defendants' script. The Defendants had reasonable opportunity to **access** the Plaintiff's work, and the two works are **substantially similar**. These combined factors support a finding in favor of the Plaintiff.

The Plaintiff will detail the case background, facts and infringement, but will first favor the Court with an explication of key procedures, concepts, principles and points of law relevant to this matter.

1

## II. PROCEDURE, CONCEPTS, PRINCIPLES & LAW

### PROCEDURE:

For a copyright infringement claim to come before the Court, a plaintiff must hold a valid copyright (which he does); he must demonstrate that his/her copyright predates the defendant(s)' work (which he has); he/she must register that copyright with the U.S. Copyright Office prior to filing his/her claim (which he has). Satisfying these conditions he must then demonstrate the defendant(s) had "reasonable opportunity" to access his work (which he has). Finally, he/she must show there is substantial similarity between the contested works (which he has).

### INSUFFICIANT AFFIRMATIVE DEFENSES

Upon satisfying the procedural requirements (above), and demonstrating that the plaintiff has comported himself/herself in agreement with the law concerning his/her copyright prior to and through the course of litigation, infringement is then confirmed. Thus, all of the Defendants' affirmative defenses are rendered false and insufficient, as they are false and insufficient, in fact.

### COPYRIGHT INFRINGEMENT

Copyright infringement occurs when a copyrighted work is reproduced, distributed, performed, publicly displayed, or made into a derivative work without the permission of the copyright owner.

Copyright law has a simple formula to determine infringement:

ACCESS + SUBSTANTIAL SIMILARITY = INFRINGEMNT.

### ACCESS

**"ACCESS"** in the Ninth Circuit is a **'reasonable opportunity'** of access –not a smoking gun.

The **Ninth Circuit Manual of Model Jury Instructions (Civil) 17.16** explains:

**"You may find that the defendant had access to the plaintiff's work if [[the defendant] [whoever created the work owned by the defendant]] had a reasonable opportunity to [view] [read] [hear] [copy] the plaintiff's work before the defendant's work was created."**

The Manual also provides 3 methods of showing "reasonable opportunity" of access :

1) a chain of events connecting plaintiff's work and the defendant's opportunity to [view] [hear] [copy] that work [such as dealings through a third party (such as a publisher or record company) that had access to the plaintiff's work and with whom both the plaintiff and the defendant were dealing]

2) the plaintiff's work being widely disseminated] [or]

**2**

3) a similarity between the plaintiff's work and the defendant's work that is so "striking" that it is highly likely the works were not created independent of one another]."

Additionally, the Ninth Circuit Court of Appeals established in *L.A. Printex Indus. Inc. v Aeropostale*, Inc., 102 U.S.P.Q.2nd (BNA)(9th Cir 2012) that, under the widespread dissemination theory of access, factors such as marketing efforts, availability (radio, TV, internet), **whether the respective parties were in the same market**, etc., can help determine a finding of "access".

## SUBSTANTIAL SIMILARITY

**Substantial similarity** is the Court's standard to determine if infringement has occurred. To test for substantial similarity the 9th Circuit first uses the extrinsic test, then the intrinsic test.

**THE EXTRINSIC TEST** was first used in *Sid & Marty Krofft Television Prods v. McDonald's Corp.*, 562 F.2d 1157, 1164 (9th Cir.1977). In *Shaw v. Lindheim* 919 F2d. 1353 1356-57 (9th Cir. 1990) the Ninth Circuit determined the extrinsic test should be an "objective analysis of expression" and listed several story elements to analyze (**plot, themes, dialogue, mood, setting, pace, sequence, characters,** as well as **scenes a faire** & **public domain**). *Grosso v. Miramax Film Corp.*, 383 F.3d, 2003, evaluates **"genre"** as an element. The Plaintiff suggests that the elements of *conflict, climax, resolution* and *goal* be included, as they are usually regarded as traditional story element (unlike dialogue, pace and sequence). Screenwriting elements include *catalyst, crisis* and *climax*.

The extrinsic test tests for minimal evidence of infringement required to move to the next test.

> **"However, the presence of so many generic similarities and the common patterns in which they arise do help the Metcalfs satisfy the extrinsic test."**
> *Metcalf v. Bochco*, 294 F.3d 1069, 1074 (9th Cir. 2002)

**THE INTRINSIC TEST**. The finder of fact, must subjectively determine if the **total concept and feel** of the works are substantially similar. There are no expert witnesses involved in the intrinsic test, nor is their any formal analysis, **the trier of fact makes the determination.**

To determine if the similarity is infringement, the Court also considers:

1) How much of the plaintiff's original material the defendant copied.

2) How important the copied material is to the plaintiff's (not the defendant's) work.

3) Whether copyright law protects the copied material.

PLC - Copyright Litigation: Analyzing Substantial Similarity, Eric Osterberg

**3**

**IDEA v EXPRESSION DIVIDE**: is the copyright doctrine that states: "an **idea** is not copyrightable, but an **expression** is copyrightable." There is no precise definition of an "*expression*", but it might be defined as a group of features that are minimally creative, thus copyrightable.

In *Roth Greeting Cards v. United Card* Co (9th Cir. 1970), the District court found the words "I wuv you," and "I miss you already… and you haven't even left," were too simple to copyright. But the 9th Circuit overruled; finding the simple message, along with the characters, layout and the mood of the card, formed a copyrightable expression, and the "total concept and feel" of the two works were substantially similar. Finding for the Plaintiff.

**PUBLIC DOMAIN**. "Public domain" is a copyright **legal status** for previously copyrighted material that have fallen into the freely accessible public domain (Pinocchio, The Land of Oz). Single ideas alone (a fantastic medicine, a satellite, a time machine) are not copyrightable; thus, **NOT in the public domain** –nor were they ever –they are always free. The law does not concern itself with trifles.

*The Plaintiff's work is entirely original, containing NO aspects from the public domain.

**THE HEART OF A WORK.** In *Harper & Row v. Nation Enterprises*, 471 U.S. 539, The Supreme Court found a factual news article with no protectable elements was still protectable. Although only 13% of the article was appropriated, the infringement captured **"the heart of the work"** –that portion, in relation to the work, as a whole, was great -although the "amount" was small.

**THICK or "BROAD" PROTECTION.** In *Apple Computer, Inc. v. Microsoft Corp*., 35 F.3d 1435, 1443 (9th Cir.1994), **and** *Mattel, Inc. v. MGA Ent.,* Inc.(9th Cir. 2010), the Ninth Circuit Court of Appeals has acknowledged the necessity of giving highly creative works **"broad protection"**.

**"…the Court must… decide whether the work is entitled to "broad" or "thin" protection. Depending on the degree of protection, the court must set the appropriate standard for a subjective comparison..."** *Id*

**SCÈNES À FAIRE.** The Honoable Judge Leon Yankwich introduced the term to American law in *Cain v. Universal Pictures*, 47 F.Supp. 1013 (U.S. D. C. So. Dist., California 1942). Scènes à faire are simple, general scenes (not specific) that one would expect to see in a film of a particular genre. In a western, one might expect to see scenes of cowboys on the prairie, maybe a gun fight. Merriam-Webster's defines *scènes à faire* as "obligatory scenes".

**UNPROTECTABLE ELEMENTS**. Cases such as *Harper & Row v. Nation Enterprises,*

4

471 U.S. 539, **and** *Metcalf v. Bochco*, 294 F.3d 1069, 1074 (9th Cir. 2002), and others established that if unprotectable elements are utilized in minimally creative ways etc., then they are protectable.

**STIKING SIMILARITY.** In the seminal Arnstein v. Porter, 154 F.2D 464 (2nd Circuit, 1946), the Court found that even absent a finding of access, copying can be established when the similarities between two works are "so striking as to preclude the possibility that the plaintiff and defendant independently arrived at the same result.

**DIFFERENCES.** Invariably there will be differences between contested works, as infringers are eager to eliminate evidence of their deed.

**"No plagiarist can excuse the wrong by showing how much of his work he did not pirate."**

-Judge Learned Hand (*Sheldon v Metro Goldwyn Pictures Corp*.)

**COPRIGHTABLE**. Almost anything that can be rendered into a fixed form and shows a "minimal degree"* of creativity is copyrightable. The Supreme Court ruled in *Feist Publications, Inc., v. Rural Telephone Service Co.*, 499 U.S. 340 (1991) that  a work need only to possess a "spark" or **"minimal degree"** of creativity to be protected by copyright.

"To be sure, the requisite level of creativity is extremely low; even a slight amount will suffice."

–Sandra Day O'Conner, *Id*.

### III.  FACTS CONFIRMING ACCESS

Plaintiff began composition of his screenplay February of 2004, completing the first draft (then titled "Uberopolis: City of light") in May 2005, emailing it to family and friends. **[See Exhibit D** (the first pages of 113 pages sent to family and friends**];** later giving hard copies versions, as well.

December 16th, 2005, Plaintiff registered a revised version of "Uberopolis: City of Light" with the Writer's Guild of America (West); registration ID #: 1103287. **[See Exhibit E]**

In January, 2006, the Plaintiff began a 23 month campaign to market his script, sending countless queries to literary agents, and film companies. **[See Exhibit F** -a few of many]; posting loglines (short synopses) on screenwriter websites **[See Exhibit G]**; entered screenwriting competitions **[See Exhibit H];** and posted loglines and synopses on Inktip.com **[See Exhibit I]**.

After more revision, around January 2007, the Plaintiff renamed his script "Butterfly Driver".

In February, 2007, the Plaintiff posted the entire draft of the script "Butterfly Driver" on Kevin

PLAINTIFF'S NOTICE OF MOTION & MOTION FOR SUMMARY JUDGMNT CV  13-4679  PJH

Spacey's and Dana Brunetti's filmmaker & screenwriter website, "Trigger Street" (triggerstreet.com). **[See Exhibit J]**.Triggerstreet.com was named one of the Time Magazine's "50 Best Websites of 2004" **[See Exhibit K]; designed to link filmmakers screenwriters and industry professionals**; allowing members to post screenplays, short films (10 minutes or less), to get feedback from peers and professionals. **Time Magazine** described Triggerstreet.com as: **"A place for aspiring filmmakers and screenwriters to get feedback on their work and, possibly, some exposure within the industry."** At that time Trigger Street had approximately 100,000 members **[See Exhibit L, page 2]**.

February to August of 2007, the Plaintiff posted his script on TriggerStreet.com 4 or 5 times.

2011 Trigger Street was re-named Trigger Street Labs and moved to labs.triggerstreet.com. But in 2007, when the Plaintiff's work was posted, the site was: triggerstreet.com, known as *Trigger Street*.

Trigger Street is the ONLY place the Plaintiff ever posted his complete script.

TriggerStreet.com is where the Defendants had access to the Plaintiff's script.

In 2007, Defendant, Neill Blomkamp was a **short filmmaker**, with only a few short films to his credit. Blomkamp wouldn't begin his first feature length film until 2008 –not finishing until 2009.

In 2004, because of his short films' amazing special effects, Blomkamp signed with Ari Emanuel/William Morris Endeavor. But, Blomkamp had no creative property to direct. So for four (4) years no feature film work came his way –until 2008 (a year AFTER the Plaintiff alleges the Defendants encountered his work on Trigger Street), when the Defendant wrote *District 9* (which shares some elements from the Plaintiff's script, but nothing infringing).

In 2007, as a short filmmaker with no experience on feature-length projects, Defendant Blomkamp would have been drawn to Trigger Street to: 1) to find a screenplay to direct and produce; 2) to interact with other short filmmakers; 3) to observe the work of other short filmmakers; 4) to contact industry professionals who might need an able director.

In 2007, Defendant, MRC, a struggling film company with only one credit that year (*Couples*, filmed for $2,500) and would also have had reason to scout for screenplays on triggerstreet.com.

With Trigger Street's huge membership, and unparalleled importance as the preeminent social website for screenwriters and filmmakers, the Plaintiff asserts that his work was widely disseminated and the Defendants had reasonable opportunity to access by one or more of measures outlined in the

6

Ninth Circuit Manual of Model Jury Instructions (Civil), which are:

1) **"a reasonable opportunity to [view] [read] [hear] [copy] the plaintiff's work before the defendant's work was created."**

2) <u>**a chain of events connecting plaintiff's work and the defendant's opportunity**</u>…

3) <u>**the plaintiff's work being widely disseminated**</u>] [or]

4) **a similarity between the plaintiff's work and the defendant's work that is so "striking" that it is highly likely the works were not created independent of one another]."**

SUMMARY:

A plaintiff must satisfy one of the measures above. The Plaintiff believes he satisfies all four.

*The fact that the respective parties were engaged in the same market (filmmaking) is also a consideration; noted earlier, established by *L.A. Printex Indus. Inc. v Aeropostale.*

## VI.  FACTS CONFIRMING SUBSTANTIAL SIMILARITY

Comprehensive non-literal similarity occurs when one work appropriates "the fundamental structure or pattern" of another –*McCarthy's Desk Encyclopedia of  Intellectual Property*

COMPARISON CONFLICT

The Defense has made the specious argument that the comparison should be made between the Plaintiff's screenplay and the Defendants' film, Elysium (*Castle Rock Ent. Inc. v Carol Publishing*, 1998 –a derivative work in another medium can be substantially similar when the derivative is based on the original). However, Defendant Neill Blomkamp first realized profit from his screenplay, Elysium, when his loan-out company, Sable Productions, Ltd., entered a writing agreement with Oaktree Entertainment, Inc. , for his screenplay. Thus, **that agreement is condicio sine qua non**,. Therefore, the comparison must only be between the two contested screenplay. –and the law is with the Plaintiff: *Walt Disney Productions v. Filmation Associates* 628 F. Supp., 871, (1986), established that **PRELIMINARY WORKS** <u>in the production of a **motion picture** can constitute infringing copies under the *Copyright Act of 1976*</u>.

Nimmer summarized the Disney v Filmation finding, "To constitute an actionable copy, therefore, an expression need only be a material object permanently case in some intelligible form… The fact that the articles may never be published or, indeed, may be prepared only for the use of Filmation's animators, does not obviate the possibility of infringement." -*Nimmer on Copyright*, §

7

PLAINTIFF'S NOTICE OF MOTION & MOTION FOR SUMMARY JUDGMNT CV  13-4679  PJH

## MARKETING LOGLINE/SYNOPSIS INFRINGEMENT

After producing the screenplay, the next manifestation of infringement, came with the release of Elysium's marketing logline/synopsis. The Defendants' synopsis is **extremely important** as it stands as a testament of what ALL of the Defendants believe are the marketable aspects of their work. In their logline/synopsis there is no mention of their hero's job, or backstory, or high-tech guns, robots or exoskeletons. Those features were empty add-ons, intended only to disguise infringement. Their logline mentions, almost exclusively, material taken from the Plaintiff.

In 2010, 3 years after the Plaintiff stopped marketing his work to other producers, he posted a new investment logline/synopsis on his website, directed to film investors who might be willing to help him produce the script into a film. That webpage was archived Aug. 6th, 2010, to see now at: http://web.archive.org/web/20100807072930/http://www.mrexcellentmovie.com/future.html **[See Exhibit M]**. The Plaintiff marketed the logline there **for 2 years**, never changing a word. Compare:

"**BUTTERFLY DRIVER** (Synopsis/ Logline)**:** In 2144 Earth is grossly overpopulated, with 95% of the population living in poverty, while the elite .01% live on the giant man made luxury satellite, Uberopolis. Against this backdrop, in some anonymous slum, legendary soldier -and world's most wanted fugitive, Arlo Grainer, learns the polluted atmosphere will kill his daughter unless she receives an extremely costly drug. For that medicine Arlo will go across the globe and into the heart of Uberopolis, pursued by every bounty hunter on Earth".

**ELYSIUM** (Synopsis-Logline)**:** "In the year 2154, two classes of people exist: the very wealthy, who live on a pristine man-made space station called Elysium, and the rest, who live on an overpopulated, ruined planet. The people of Earth are desperate to escape the crime and poverty that is now rampant throughout the land. The only man with the chance to bring equality to these worlds is Max (Matt Damon), an ordinary guy in desperate need to get to Elysium. With his life hanging in the balance, he reluctantly takes on a dangerous mission -- one that pits him against Elysium's Secretary Delacourt (Jodie Foster) and her hard-line forces -- but if he succeeds, he could save not only his own life, but millions of people on Earth as well."

Summary:

The Defendants' synopsis follows the Plaintiff's synopsis structure almost precisely: first

8

PLAINTIFF'S NOTICE OF MOTION & MOTION FOR SUMMARY JUDGMNT CV  13-4679  PJH

mentioning the year, then the class division, then the satellite world, followed by plot details.

## PLOTS ARE COPYRIGHTABLE

In their Answers & Affirmative Defenses the Defense opined that a plot is not copyrightable.

That opinion is mistaken. A plot is quite copyrightable, confirmed in the following case (among others)… _Nichols v. Universal Pictures_; 45 F.2d 119 (2d Cir.1930), cert denied 282 U.S. 902 (1931), held that detailed plots are copyrightable but skeletal plots are not; _Sheldon v. Metro-Goldwyn Pictures Corp._, 81 F.2d 49 (2d Cir. 1936), held a detailed plot is copyrightable; _Scott v. WKJG, Inc._, 376 F.2d 467 (7th Cir.), cert denied, 389 U.S. 832 (1967); held that a plot is copyrightable if it is not general; _Shaw v. Lindheim_ 919 F2d. 1353 1356-57 (9th Cir. 1990), "Even if none of these [common] plot elements is remarkably unusual in and of itself, the fact that both [works] contain all of these similar events gives rise to a triable question of substantial similarity of protected expression."; _Stewart v. Abend_, 495 U.S. 207 (1990) Certiorari To The United States Court Of Appeals For The Ninth Circuit No. 88-2102, found: "Third, the story was a substantial portion of the film, which expressly used its unique setting, characters, plot, and sequence of events";_Metcalf v. Bochco,_ 294 F. 3d 1069 -Court of Appeals, 9th Circuit 2002: "...the presence of so many generic similarities and the common patterns in which they arise do help the Metcalfs satisfy the extrinsic test. The particular sequence in which an author strings a significant number of unprotectable elements can itself be a protectable element". Additionally, _Atari Games Corp. v. Oman_, 979 F. (2d) 242 (Cir DC 1992) and others support this.

## COMPARISON OF SCREENPLAY ELEMENTS

### "Butterfly Driver" Plot :

After his best friend is killed by State bounty hunters, a poor man (Arlo), who lives in the impoverished ruins of Earth (where police vehicles loom in the sky and brutalize the poor), must pay his family's emigration out of their dangerous "zone" city by doing a dangerous mission for a disabled transporter. The hero is arrested, but inevitably makes a daring escape. Reuniting with his family, Arlo learns his seven year old daughter will die within seven days without medicine found only on a satellite world (Uberopolis) for the super-rich: where crime and unemployment do not exist. But the hero is poor; and getting to the satellite requires big money and special identification; impossible without help from an outlaw political network. The outlaw network's "techie" programmers help Arlo get fake I.D.

9

and documents to get into Uberopolis. The hero suffers sudden, short, excruciating headaches -and carries secrets the World President will kill to suppress . The President (who has been genetically "reprogrammed" to appear much younger than he really is) makes an announcement that reprogramming will soon be available to all (the rich). The President deploys a special agent to apprehend the hero. The special agent doesn't want the assignment, so he negotiates for medical aid for his son. <u>The agent must also negotiate with insurers for medical care to save his son.</u> An important woman gives the hero a special "keepsake necklace". To gain access to the villain, Arlo threatens to detonate an explosive device. In the climatic final battle, when it looks as if the hero might prevail, he suffers a terrible headache, giving the villain the advantage. Eventually the hero defeats the villain -but sustains a life threatening injury. As the hero drifts off toward death, he has a dream-like vision about the "keepsake necklace". The vision saves the hero. In the end, the hero's action saves his daughter, and impacts the world: bringing a cheap energy source, and allowing people to vote in open elections.

<center><u>"Elysium" Plot</u> :</center>

After getting radiation poisoning, a poor man (Max), living in the impoverished ruins of Earth (where police vehicles loom in the sky and brutalize the poor) has less than a week to get to a satellite world for the super-rich (Elysium): where crime and unemployment do not exist. Max must get there to get medical care to save himself (and his girl-friend's dying six year old daughter). But the hero is poor; and getting to the satellite requires big money and special identification. Impossible without the help of an outlaw, disabled human trafficker -who requires that the hero do a dangerous mission in exchange for emigration to the satellite. The hero carries a "keepsake necklace", given to him by an important woman from his past. The trafficker's "techie" programmers help Max with fake identification to enter Elysium. While downloading information into his brain, the hero acquires a condition of sudden, short, excruciating headaches. In his brain, the hero now carries secrets that a powerful Elysium official (who has been genetically "re-atomized" to appear much younger than she is) will kill to possess. On Elysium, re-atomization is available to all (the rich). The official deploys a special agent to apprehend the hero. The special agent doesn't want the assignment, so he negotiates for restored privileges and a mansion on Elysium –while Max's old girl-friend, Frey, negotiates with the hospital for her daughter's life. The special agent kills Max' best friend. Undaunted, to gain access to

<center>10</center>

the satellite world, Max threatens to detonate an explosive device held to his head. In the climatic final battle, just when it looks as if the hero might prevail, he suffers a terrible headache, giving the villain the advantage. Somehow the hero defeats the villain. But the hero must die to save much of the world. As he prepares to die the hero takes comfort in his "keepsake necklace", in a dream-like montage. In the end, the hero's action saves the girl and brings medical aid and perfect health, to the world.

Summary:

Elysium uses each of the 19 plot structures from the Plaintiff's work (and many other events, substructures, themes, etc.): **1)** the central setting of a giant satellite world for the super-rich, which features giant forests and aquatic features; **2)** a hero prone to excruciating headaches (which knock him to his knees); **3)** a villain who has been genetically reprogrammed to appear much younger than he/she is; **4)** advanced medicine only found on the satellite world; **5)** a hero who must get to the satellite world for medicine (or medical care); **6)** a "plight of immigrant" theme; **7)** a sick girl, who will die without the hero's action; **8)** a hero who witnesses the death of his best-friend, and struggles to get I.D. and transport to a satellite world; **9)** an "anguish of living without healthcare" theme; **10)** a disabled transporter who will help the hero's emigration plan –IF the hero does a very dangerous mission; **11)** an agent (sent by the villain to apprehend the hero) who accepts the assignment after negotiating; **12)** a keepsake necklace, carried by the hero, which factors into the stories conclusion; **13)** an overpopulated, impoverished Earth, where police vehicles loom in the sky and brutalize the poor, who are policed by the rich elite who live on the satellite world; **14)** a hero who threatens the villain with detonating an explosive device; **15)** underground "techie" programmers who help the hero with fake identification to get into the satellite world; **17)** a primary character who negotiates with insurers (or a hospital) for the life of his/her child; **18)** A climatic battle between the hero and villain, during which the hero suffers a terrible headache; **19)** a globally significant resolution (rare).

## CHARACTER INFRINGEMENT

### THE HERO:  Arlo vs Max

The heroes of both movies are tough, poor men, age 35-45, both heroes carry keepsake necklaces, and both heroes suffer short, sudden, excruciating headaches, which cause the hero to stumble, grab his head and scream. Even more surprising, the heroes share the same goal:

11

THE HERO'S GOAL (**Butterfly Driver**): the hero has less than a week to get from Earth to a satellite world for the rich, to get medicine to save his daughter.

THE HERO'S GOAL, (**Elysium**): the hero has less than a week to get to a satellite world for the rich, to get medical care to save himself –and his girl-friend's daughter, too.

<u>INFRINEMENT OF THE HERO'S AFFLICTION HEADACHE</u>

<u>The Plaintiff's hero</u>, Arlo, suffered rare (never before used in film or literature) ophthalmodynia (ice picks) headaches, so excruciating they feel as if the sufferer's brain has been stabbed by an ice-pick. Thus, Arlo occasionally: 1) falls to his knees; 2) clutches his head; 3) cries-out in pain. In the climax, Arlo suffers a headache while fighting the villain. **[Exhibit A pp. 23, 46, 105]**

<u>Elysium's hero</u> displays the same symptoms and reactions as the Plaintiff's hero, regarding his headaches condition –even suffering a headache in the climax battle. **[Exhibit B pp. 62, 63, 77, 112].**

COMPARISON OF AFFLICTION HEADACHES

LEGEND: Plaintiff's "Butterfly Driver" **(BD)** - **in bold;** Defendants' "Elysium" - regular print

- <u>FIRST EVENT</u>:

  **(BD): Arlo suddenly falls to his knees, grabs his head, and growls in pain, "GRRRR."**

  **His eyes roll back as he fights his way back to his feet. [Exhibit A p. 9]**

  (ELYSIUM): Max tries to run, but he collapses. He clasps his head in pain... Max clasps his head like a migraine. The data creating an epileptic white static in his head. **[Exhibit B p. 62,]**

- <u>SECOND EVENT</u>:: (taken from Uberopolis: City of Light, Jan. 16th, 2006 version)

  **(BD): Arlo stands up, then unexpectedly drops to his knees and grabs his head with both hands, in pain. ARLO: "GGGRRRR!"**

  **DAVID: "What's wrong?!"**

  **Arlo's eyes roll back for a moment. Arlo growls louder. [<u>See Exhibit N</u>: pp. 32, 33]**

  (ELYSIUM): Suddenly another blast of static pain grates through Max's brain. He screams, holding his head. He staggers to his feet. **[Exhibit B p. 63]**

- <u>THIRD EVENT</u>:

  **(BD): He (Arlo) suddenly falls to one knee and grabs his head, stricken by an ice-pick headache. He growls. Eyes rolled back, Arlo rises to his feet, holding his temple, as if defying the**

12

pain to stop him. [Exhibit A p. 46]

(ELYSIUM):   Suddenly he has a mini seizure. The searing white light. The migraine. His head wants to explode. He collapses to the ground... (more)  **[Exhibit B p. 77]**

- FOURTH EVENT:

**(BD):  Arlo releases his grip. Drexler slowly drops to his knees, blood dripping from his face. ...As Arlo reaches for his gun a jolt of pain shoots through his head, driving him to one knee. Arlo's eyes roll in their sockets as he groans and struggles to his feet. BANG! A fist smashes Arlo in the face, knocking him to the ground. Arlo looks up to find Drexler looming over him.**

**DREXLER: "Bad time for a headache." [Exhibit A p. 109].**

(ELYSIUM):   Max starts to get the upper-hand when- A white hot flash of cerebral pain... He trips and stumbles over desks and terminals, holding his head.  Manual grabs Max and pulls him back toward spider...   Kruger rises, whips out a deadly throwing knife and wings it at Manuel. Max uses every ounce of strength to will himself to his feet. **[Exhibit B p. 112]**

<div align="center">EFFORT TO HIDE INFRINGEMENT</div>

The Defendants do not call these events "headaches"; rather, "migraines". But "migraine" is neurological disorder characterized by recurrent <u>headaches</u>. The Defendants also, twice, call the events "seizures", and an "epileptic white static" –but epileptic seizures do not cause sufferers to fall to their knees, screaming, clutching their heads. The Defendants also call the event "A white hot flash of cerebral pain"; but "cerebral pain" is a "headache".

<div align="center">THE HERO'S "KEEPSAKE NECKLACE"</div>

In **Butterfly Driver** a woman named Benni gives Arlo a keepsake necklace. As Arlo faces death, he sees the necklace in a dream-like vision, this saves his life. **[Exhibit A pp. 54, 55, 65, 113]**

In **Elysium** a nun gives Max a keepsake necklace. As Max faces death, he looks at the necklace and remembers "Frey" (in a dream-like way). **[Exhibit B pp. 29, 117, 120]**

<div align="center"><u>THE VILLAIN:  Drexler Vs Delacourt (Rhodes)</u></div>

The Villains of both works are: **1)** have been genetically "reprogrammed" (or "re-atomized") to appear much younger than they are **[Exhibit A p. 3; Exhibit B p. 18]; 2)** are very rich; **3)** live on a crime-free satellite world for the very rich; **4)** both villains send agents to apprehend the hero due to

<div align="center">13</div>

information he possesses; **5)** both villains order mass killings of prisoners traveling in space shuttles (to reveal the depth of the character's evil) [**Exhibit A p.105; Exhibit B pp. 12, 13**]; and **6)** both villains are seemingly evil, but committed to the belief that they are defending their elite ilk [**Exhibit A pp. 93-96; Exhibit B p. 18**]**. A**dditionally**,** the villain of Butterfly Driver, Drexler, is the World President, and used his media company to cheat himself into The Presidency. Following the Plaintiff's model, Elysium's villain, Delacourt (Rhodes) devises an evil plan to cheat herself into The Presidency.

<u>SICK CHILD:  Franny Vs Matilda</u>

<u>Butterfly Driver's</u> "Franny" is Arlo's sick 7 year old daughter, who has a respiratory disease. She will die in less than a week -without medicine found only on a satellite for the super-rich. Her life depends on the hero's actions. If he fails, she dies. Thus, she is central to the plot. Franny is saved by the hero and seen, healthy, in the script's final minutes. She lives in a world where the rich live on a giant satellite with great medical aid, and where the poor live on Earth.

Franny is essential to the Plaintiff's work. Her innocence (amid these dangerous settings) gives the story hope. Her fragile life makes the story matter –and are part of the aggregate that makes her copyrightable. Outside of their unique environs and story structure, Han Solo is just a guy a vest, and Harry Potter –just a kid with glasses.

<u>Elysium's</u>, "Matilda" is Frey's (the hero's) girl-friend) 6 year old daughter. She is very sick with Leukemia. She will die in less than a week -without medical aid only found on a satellite for the super-rich. Her life depends on the hero's actions, and so is central to the plot. She is saved by the hero's action, and seen, healthy, in the story's final moments. Matilda lives in a world where the rich live on a giant satellite with great medical aid, and the poor live on Earth.

**SETTING INFRINGEMENT:**

**SETTING 1:** Giant Satellite For The Rich Orbiting Earth

Perhaps the most unique settings in film in 2013, the two central settings of the Defendants' "Elysium" infringe on the two central settings of the Plaintiff's "Butterfly Driver".

The Plaintiff's satellite is 3 miles in diameter**.** The Defendants' script calls for a satellite 60 miles in diameter. But the film's satellite appears about 2 miles in diameter as the shuttles enter.

The following aspects of the Plaintiff's satellite world were infringed on by the Defendants':

14

**1)** it is an enormous man-made satellite-world, with forests and large aquatic features; **2)** only the super-rich live in the satellite's pristine biosphere; **3)** fantastic medical technologies are available there; **4)** there is no crime on the satellite;  **5)** the satellite enjoys 100% employment; **6)** entering the satellite requires special identification; **7)** it is home to the story's genetically reprogrammed villain; **8)** the satellite orbits an overpopulated, impoverished Earth; **9)** it is where the final battle transpires; **10)** where many large and small vehicles fly above the surface and about the exterior of the satellite. **11)** there, prisoners in orange jumpsuits board shuttles for Earth. **[Exhibit A pp.3, 33; Exhibit B p. 5]; 12)** the satellite's capacity is 300,000, when complete, 150,000 currently. (Elysium's capacity is 251,200*); **13)** marketers there market homes on the satellite to the rich on Earth*. **[Exhibit A p. 4; Elysium websites: http://www.welcometoelysium.com/  &  http://www.itsbetterupthere.com/site/]**

### SETTING 2:  Dystopian Earth

The other central setting of **both** screenplays is the impoverished overpopulated ruin of Earth. On this setting: 1) the poor have little access to medical care; 2) the hero lives in a slum, overrun by thugs and crime; 3) police and military vehicles loom in the sky and brutalize the poor **[Exhibit A pp. 7, 16, 52, 53 ; Exhibit B pp. 6, 7];** 4) Army ships, full of "undesirables" are released into the slums [**Exhibit A p. 53; Exhibit B p. 5];** 5) the poor are brutalized by the government of the satellite world (who also do a few kind things for the poor, such as provide supplies) **[Exhibit A p. 95; Exhibit B p. 17-18];** 6) rich businesses build manufacturing plants in the slums to take advantage of the cheap labor **[Exhibit A pp. 47, 95; Exhibit B pp.15, 16, 27, 28];** 7) people commonly travel by flying shuttles and flying cars, and commute to the giant satellite; 8) the poor live in the ruins of cities in decay.

CONJOINED SETTINGS: Rich Satellite World & Poor Dystopic Earth:

Prior to *Butterfly Driver* there was no other work featuring both a gigantic manmade super satellite for rich humans, with giant aquatic and forested areas, medical technologies (and the other previously listed aspects), juxtaposed against a dystopic Earth (featuring the previously listed aspects).

### SETTING: YEAR

Butterfly Driver was set in the year **2120**.  But in 2010, the Plaintiff posted an investor logline of the script (for 2 years) on his website (mrexcellentmovie.com) changing the setting year  to **2144 [See Exhibit M].** Elysium's script says the movie is set in **2109**. But the actual film and official

15

synopsis revise that year to **2154** –ten years from Butterfly Driver''s final setting year.

<div align="center">CENTRAL CONFLICT INFRINGEMENT</div>

The "conflict" is/are the thing(s) that stands between the hero and his goal. The heroes of both works have extremely similar goals: both need to get to a satellite world to access medical technology. And both heroes must overcome an almost identical conflict list: 1) the hero is not a citizen of the satellite world; 2) the hero is poor; 3) the hero needs fake I.D. and help to get to a satellite world; 4) a powerful, evil, official wants the hero stopped; 5) the hero suffers debilitating headaches; 6) The powerful official sends a special agent to apprehend the hero.

<div align="center">• THEME(S) INFRINGEMENT</div>

The Plaintiff's "Butterfly Driver" has at least five imperative central themes:

1) Survival without adequate healthcare is inhumane

2) the plight of immigrants is brutal

3) wealth corrupts and divides us (literally -the poor on Earth, the rich on a satellite)

4) Heroic Sacrifice:  BUTTERFLY DRIVER: Arlo  risks everything for his daughter.

ELYSIUM: Max gives up his life to save Matilda and mankind.

5) Redemption comes from refusing to give up hope (the spiritual theme of both movies).

**Butterfly Driver** : Arlo doesn't give up hope of saving his daughter. Thus, in the end, he finds redemption and liberates the world with free, fair elections.

**Elysium:** Max doesn't give up his dream of getting to Elysium; thus, finds redemption – and liberates the world.

<div align="center">• CATALYST, CRISIS, CLIMAX (and twist) INFRINGEMENT</div>

Typically a screenplay has three imperative "plot points": 1) catalyst, 2) crisis, 3) climax. Elysium borrows all three from the Plaintiff's.

<div align="center">• CATALYST</div>

The catalyst is the event that pushes the hero into action, and gives him his goal. The catalyst usually marks then end of the first act and the beginning of second.

BUTTERFLY DRIVER:  the hero learns his daughter has less than a week to live, unless he can get to Uberopolis to get medicine to save her. **[Exhibit A p. 35]**

<div align="center">16</div>

ELYSIUM: the hero learns he has only five days to live, unless he can get to Elysium for medical care. *His girl-friend's dying daughter must get there, too. Elysium's script is <u>inconsistent</u>: "only a few days" or "20 days". **[Exhibit B pp 31, 72]**

- <u>CRISIS</u>

The crisis is the story's low point –often when all hope seems lost.

BUTTERFLY DRIVER: after struggling to get to Uberopolis, Arlo learns the medication his daughter needs is not on the satellite world. **[Exhibit A p. 83]**.

ELYSIUM: Arriving on Elysium, Max learns he can't be treated without wiping out the data in his head, and Matilda can't be treated because she's not a citizen. **[Exhibit B pp. 105, 106]**.

- <u>CLIMAX</u>

The climax begins when the hero directly confronts the villain, until the resolution.

The Plaintiff set his climax on the giant satellite for the effect. Arlo initiates the climax by holding an explosive device to his head to gain access to the villain.

Conversely, the Defendants started their climax on Earth (when Max held the grenade to his head), then moved the hero, mother, child and villain to the satellite world, to emulate Butterfly Driver.

- <u>CLIMAX TWIST</u>

Both works have identical **CLIMAX TWISTS**: The hero battles the villain on the giant satellite. They struggle. Finally the hero gains the advantage, then suddenly, the "twist" –the hero has a massive headache, losing the advantage. **[Exhibit A p. 109; Exhibit B p 112]**

- <u>INCITING INCIDENT INFRINGEMENT</u>

<u>The inciting incident is the event that takes the hero out of his normal routine world</u>. **<u>It is sometimes, simply, the catalyst</u>**.The Plaintiff's inciting incident occurs midway through the first act. The Defendants' "Elysium" uses the Plaintiff's inciting incident as the first event of the second act. <u>But</u> **<u>in both works</u>**, oddly, the **inciting incident** is a **separate event sequence from the catalyst**.

BUTTERFLY DRIVER'S INCITING INCIDENT: Arlo learns bounty hunters are closing in on him. He realizes he has to get his wife and kids out of their dangerous "zone" city and into the rich, safe "State". But he needs money to pay their transport and immigration ("repatriation") fees. Arlo turns to his friend -a local underground transporter. <u>The transporter has a disability: he is a</u>

17

missing arm. The transporter arranges Arlo's wife and kids' transport and immigration -BUT Arlo must do a VERY dangerous mission in exchange.

ELYSIUM'S INCITING INCIDENT: Max learns he has radiation poisoning and has only five days to live. His only hope is to get to the satellite city, Elysium, for medical care. With no money to pay, Max asks his friend (a local underground transporter) to smuggle him to Elysium. The transporter has a disability: he has a paralyzed leg. The transporter agrees to transport Max -if Max does a VERY dangerous mission in exchange.

- RESOLUTION SIMILARITY

In both scripts, the heroes actions have far-reaching, unlikely, global consequences. Compare:

**"BUTTERFLY DRIVER" Global Impact Resolution**: The hero's actions topple the government, bringing much of the world free, open elections -as well as a new clean energy.

**"ELYSIUM" Global Impact Resolution:** because of one hero's actions, the government of Elysium is toppled, and medical aid is sent out to cure all the people of the world.

- MOOD and PACING

Mood is the pervading feel of a work; created by setting, tone and pace. The Defendants' mirror the mood of the Plaintiff's work, as; 1) The pacing of both works is similar: fast but not frenetic; (2) both works feature disabled characters, suggesting a brutal government; (3) both works are serious, with little humor in narrative, dialogue or action; (4) the settings and themes of both works are identical; (5) both works used similar scenes too darken the mood, such as unnecessary, casual police beatings of the heroes. **[See Exhibit A p. 30; See Exhibit B p. 8]**

- DIALOGUE SIMILARITIES

There are no examples of direct copying in this case, dialogue or otherwise. This is a matter of comprehensive non-literal. However, there are many points where the dialogue rings quite familiar:

**EXAMPLE 1**: **Butterfly Driver: (**Tamara speaks to the hero, Arlo)

**TAMARA: "Honored to meet the legend." [Exhibit page 14]**

compare to:

**Elysium**, (Julio speaks to the hero, Max)

**JULIO: "I will wear you down. You used to be a legend." [Exhibit B, p 25]**

18

**EXAMPLE 2**: **Butterfly Driver:** (Jerry speaks to Arlo–with a bullet wound in his neck).Jerry presses Arlo's own hand against his neck wound

JERRY: "Keep the <u>pressure</u>... Arlo!" . **[Exhibit A, p 112]**

compare to:

<u>Elysium</u>: (Frey works to help Max, who has been stabbed with a knife)

FREY: "Max, this is a life threatening wound. You need to put as much <u>pressure</u> on it as you can okay? Help me out here." **[Exhibit B, 72]**

**EXAMPLE 3**: **Butterfly Driver** (Arlo and Jerry race from Uberopolis, chased by a warhead):

JERRY: "I got a warhead. What do I do?"

ARLO: "<u>Go faster</u>." **[Exhibit A, p 112**]

compare to:

<u>Elysium</u> (as "Spider" races in his shuttle to get to Elysium, a "techie" informs Spider that Max has just landed on Elysium's surface. Spider responds).

SPIDER: "Got it... <u>Go faster</u>." **[Exhibit B, p 95]**

**EXAMPLE 4**: **Butterfly Driver**: (on the phone, Jerry negotiates with insurers for the life of his son). **[Exhibit A, p 22]**

JERRY: "Yes... Yes... You've been very fair... Right... But an oxygen chamber isn't a luxury... How much time can I get... Three days... Alright."

compare to:

<u>Elysium</u> (Frey pleads to a doctor, who informs Frey the hospital wants her dying daughter to go home so the hospital can use the bed for other patients).

FREY: "Can I just have till the end of the week? There are more supplies I have to get, please. Please." **[Exhibit B p 26]**

**EXAMPLE 5**: **Butterfly Driver**: (Jerry explains to his sick 7 year old son, Matty, that he will need to stay in his air chamber for a few days).

MATTY: "How long will I have to stay in here this time?"

JERRY: "Probably only three days." **[Exhibit A, p 44]**

compare to:

19

**Elysium** (Frey talks to her sick 6 year old daughter, Matilda, that she

will be finally able to leave the hospital).

**FREY: "Remember how mommy said we could go home when you get better?"**

**MATILDA: Am I better? Can we go home? [Exhibit B p 66]**

**EXAMPLE 6: Butterfly Driver:** Jerry orders the engineer of the

Uberopolis broadcast center to turn on hidden cameras around the city, saying:

**JERRY: "I need surveillance camera access" [Exhibit A, p 82]**

compare to:

**Elysium** (Kruger walks through the jet over to the control room).

**KRUGER: "Alright, let's get surveillance up." [Exhibit B p 67]**

Three surveillance UAV's (Unmanned Aerial Vehicles) take off and fly...  .

**EXAMPLE 7**: **Butterfly Driver** (the character VAN reflects attitudes toward immigrants,

when he comments about an immigrant woman's hard work. **[Exhibit A, p 41]**.

**VAN: "She just repatriated. People from the State can't work like that."**

compare to:

**Elysium**  (Rhodes <Delacourt> reflects attitudes toward Immigrants) **[Exhibit B, p 17]**

**RHODES: "Jesus Christ. Yes, the real issue. The ungodly influx of immigrants.**

- **PLAINTIFF'S IDIOSYNCRACIES DUPLICATED IN DEFENDANTS' WORK:**

**"P" Poverty Alliteration:**

**Butterfly Driver:** the Plaintiff uses a playful "P" alliteration to describe the surrounding

poverty: "…the impoverished local pedestrians, predators and their quarry." **[Exhibit A, p59 line 17]**

**Elysium** also uses a playful "P" alliteration to describe the poverty their characters witness as

they scout their community: "More kids, poverty, pollution pass." **[Exhibit B, p 52 line 9]**

- **Reprogramming v. Re-Atomizing**

**Butterfly Driver** uses the term genetic "reprogramming" for the act of reversing the effects of

disease, age, and physically improving a person. **[Exhibit A p. 3, 36, 90].**

**Elysium** uses a similar term "re-atomizing" for the act of reversing the effects of disease and

age, and physically improving a person. **[Exhibit B pp. 2, 4, 104].**

PLAINTIFF'S NOTICE OF MOTION & MOTION FOR SUMMARY JUDGMNT CV  13-4679  PJH

- **No Sex**

**Butterfly Driver** is somewhat unique in that there is no sex in it's storyline (against Hollywood conventions). The Plaintiff did this to maintain the integrity of his story and his hero, and to add urgency to the storyline.  **Elysium** also follows the Plaintiff's model and omits sex.

- **Repatriate**

**Butterfly Driver** uses the very uncommon word "repatriate", in lieu of the word 'immigration'. **Elysium** also uses the word  "repatriated" **[Exhibit B, p 5}.**

- **Debris v Disposal**

**Butterfly Driver** shows prisoners killed in space and their bodies left to fall back to Earth. The Plaintiff uses the terms "**disposal**" and "**litter**" to show the dead are the new "trash" hazard. Drexler orders the prisoners shuttle set for **"disposal"**–meaning: dump all aboard into space**.** Later when a guard learns of the plan, he asks, "Their gonna **dispose** of all of 'em?!"  **[Exhibit A, pp 105, 107]**

      **Elysium**: Kruger shoots down two shuttles full of immigrants, leaving their bodies to fall to Earth. Before Rhodes orders Kruger to 'fire', she asks how many of the immigrant ships are a "**debris** danger**"** -clearly playing with the Plaintiff's "trash" theme.  (ELYS 10, 11).

- **POLICE BRUTALITY: Pounding The Ribs v. Cracking The Ribs**

**Butterfly Driver**: to show police brutality, the Plaintiff writes: "Safe from retaliation, the guard pounds Arlo in the **ribs**." **[Exhibit A: p 30, line 15]**

      **Elysium**: to show police brutality, Blomkamp writes: "They subdue him violently, giving him a crack to the **ribs." [Exhibit B: p 8, bottom line]**

- **PLAINTIFF"S MISTAKES PRESENT IN THE DEFENDANTS' WORK**

- **JUMP-SUITED.** "Jumpsuit" is a compound word, spelled "jumpsuit", not hyphenated.

  **Butterfly Driver:** "...a brown **jump-suited** security desk guard..." **[Ex A: p 79, line 5]**

  **Elysium:** "...orange **jump-suited** humans..." **[Ex A: p5, line 3]**

- **LATEX GLOVES.   Butterfly Driver:** "...puts on a pair of latex gloves." **[Ex A: p 2, line 14]**

  **Elysium:** "...in his latex gloved hand." **[Ex B: p 45 line 7]**

  *These gloves should NOT be called "latex gloves". Latex is one of several materials these gloves can be made of. They should be called "medical gloves", "surgical gloves" or "exam gloves".

21

- **Multiple Terms Used For The Same Prop Objects**

**"Multiple terms"** were used by both scripts for the same unlikely objects. This is an unusual because screenwriters are expected to use one consistent term for each prop object, so the production manager can efficiently determine what props need to be on each set, without duplication.

- **RESTRAINTS/HARNESS.** Both screenplays have scenes where primary characters get trapped in their shuttle seats by safety belts. Both scripts refer to these belts Restraints and Harnesses.

   **Butterfly Driver**: [Exhibit A, **"Restraints"** p30 line 13, 15,17, 20; **"Harness"** p30 line 7]

   **Elysium**: Exhibit B, "**Restraints**" p89 line 9, p90 line 9; "**Harness**" p95 line 13.]

   BOTH screenplays also mention "chest-harness".

- **NECKLACE / PENDANT**

   Plaintiff's "Butterfly Driver" refers to the necklace as a **"necklace"** and a **"pendant"**.

   Defendants' "Elysium" refers to their necklace as a **"necklace"** *and a* "pendant"

### Plaintiff's Terminology Errantly Duplicated In The Defendants' Script:

- **TICKET TO ELYSIUM.** **Butterfly Driver:** Arlo must get ID and a "ticket" to get to Uberopolis. * Arlo needs a real, physical, ticket to board a shuttle to Elysium.

   **Elysium** duplicates this refrain of the Plaintiff work and repeatedly states that Max needs ID and a **"ticket"** to get to Elysium. However, Max does not need a "ticket" to get to Elysium, nor does he ever receive one. He hopes to ride in the battered shuttled of underworld thug, "Spider", who simply requires money to transport, not "**tickets**". Blomkamp's use of the word **"ticket",** rather than "transport" or "a ride" is a Freudian slip; an unwitting parroting of the Plaintiff's original work.

.

### Plaintiff's Language Duplicated In Defendants' Work

- **"CITIZEN".** In **Butterfly Driver**: "Citizen" is the signature term Butterfly Driver uses to refer to the rich who live on Uberopolis and in the "State". The term is featured in character dialogue and narrative (**Exhibit A**: p 29 line 9, 12, p 84 line 28, p 98 line 29, p 104 line 16, p 107 line 2,).

   In **Elysium** "Citizen" is the signature term of Elysium, used to refer to the rich who live on Elysium. The term is featured in character dialogue and narrative throughout [**Exhibit B:** p 53 line 11 & 14, p 84 line 13, 103 line 4, more].

- **911 TERMINOLOGY.** **Butterfly Driver** uses G.W. Bush era, post 911 terms and language,

22

PLAINTIFF'S NOTICE OF MOTION & MOTION FOR SUMMARY JUDGMNT CV  13-4679  PJH

like **"I don't negotiate with State enemies,"** and tags like "**embolden**". **[Exhibit A pp. 51, 88]**

      **Elysium** borrows this stroke with "**Homeland Defense" [Exhibit B p. 2, 100]**

- **CUTTING OUT "CHIPS"**   **Butterfly Driver**: Arlo and David Levine use a razor blade to cut out **tracking chips** out of their necks. **[Exhibit A pp. 26, 33]**.

      **Elysium**: Kruger cuts a "**citizenship chip**" out of his wrist with a knife. **[Exhibit B p. 57]**.

## V. <u>EVIDENCE AUTHENTICATION</u>

      All of the exhibits contained in this pleading, and prior pleadings are self-authenticated under Federal Rules of Evidence (FRE) 902: **1)** FRE Rule 902(1)(A) *Domestic Public Documents That Are Sealed and Signed*. (stamped mail); **2)** FRE Rule 902 (4) *Certified Copies of Public Records*. (copyright registration); **3)** FRE Rule 902**(5)** *Official Publications*; **4)** FRE Rule 902(6) *Newspapers and Periodicals*; **5)** FRE Rule 902(7) *Trade Inscriptions and the Like*; **6)** FRE Rule 902(9) *Commercial Paper and Related Documents*.; **7)** FRE Rule 920(10) *Presumptions Under a Federal Statute*.

      The Plaintiff has also provided four (4) prepared declarations , signed by the Plaintiff's family and friends whom received and read the Plaintiff's screenplay in 2005-2008 **[See Exhibit O].**

## VI. <u>IMPORTANT CASE HISTORY & COMPARISONS</u>

      *Sheldon v. Metro-Goldwyn Pictures Corp.* is a critical to consider because, to the Plaintiff's knowledge, it is the only case against a major Hollywood Studio in over 80 years to be decided in the Plaintiff's favor. Expert witnesses estimated material from the play was only responsible for 5-12% of the profit. There were significant differences between the scripts. But Judge Hand saw through the guile in these differences when he wrote in his opinion:

  "We have often decided that a play may be pirated without using the dialogue. *Daly v. Palmer*, Fed.Cas. No. 3,552, 6 Blatch. 256; *Daly v. Webster*, 56 F. 483, 486, 487; *Dam v. Kirke La Shelle Co.*, 175 F. 902, 907, 41 L.R.A.(N.S.) 1002, 20 Ann. Cas. 1173; *Chappell & Co. v. Fields*, 210 F. 864. *Dymow v. Bolton*, 11 F.2d 690; and *Nichols v. Universal Pictures Corporation*, supra, 45 F. 119, do not suggest otherwise. Were it not so, there could be no piracy of a pantomime, where 2d there cannot be any dialogue; yet nobody would deny to pantomime the name of drama. Speech is only a small part of a dramatist's means of expression**..."**   **-**<u>Judge Learned Hand</u>

      But the Sheldon case is important because: even though Sheldon rightly won her case, her

<div align="center">23</div>

script was NOT very creative. The storyline was found in the public domain; as the **U.S. Supreme Court** explained in their opinion:

> **"As the Court of Appeals found, respondents, in producing the motion picture in question, worked over old material; "the general skeleton was already in the public demesne. A wanton girl kills her lover to free herself for a better match; she is brought to trial for the murder, and escapes." But, not content with the mere use of that basic plot, respondents resorted to petitioners' copyrighted play."** *Id.*

There was clearly enough evidence for a finding of Infringement in Sheldon, but as the Court explained, the actual plot followed an existing formula. Sheldon didn't invent her plot or character; her story was based on the 1857 trial of Madeleine Smith, in Scotland, for the murder of her lover. In short Sheldon prevailed with a fairly stock story of a non-fiction character and events. Sheldon qualified for **"thin"** protection from the Court, yet she prevailed.

On the other hand, the Plaintiff's script is entirely imaginative; owing nothing to fact, history, or the public domain; deserving the Court's **broadest** protection.

Comparing the Plaintiff's and the Defendant's works, one notices the two are not only extremely similar to each other –they are both unlike anything else in the public domain –or anywhere. This fact invites *Ty Inc. v GMA Accessories.*

In Ty Inc. v. GMA Accessories, Inc., 132 F.3d 1167 (7th Cir.1997). the Court ruled: "Access (and copying) may be inferred when two works are so similar to each other and not to anything in the public domain that it is likely that the creator of the second work copied the first..."

In the Ty case, upon the evidence, the Court shifted the burden of proof to the defendant to show that the common attributes were publically available information. The defendant could not meet this demand. The court found there was copyright violation, finding for the Plaintiff.

The Ty case shows it's easy to allege things exist in the public domain, but harder to prove. Ideas, like satellites, dystopia and fantastic medicine are not in the public domain; they're free. None of the Plaintiff's collections of ideas, features, etc., in Butterfly Driver are in the public domain.

> **"It is of course essential to any protection of literary property ... that the right cannot be limited literally to the text, else a plagiarist would escape by immaterial variations.**". 
> -Judge Learned Hand (*Nichols v. Universal Pictures Corp.*).

24

---

PLAINTIFF'S NOTICE OF MOTION & MOTION FOR SUMMARY JUDGMNT CV  13-4679  PJH

## VII. <u>SUMMARY</u>:

Each elements of the Plaintiff story presented to the Court, plot, settings, characters, headache, etc., exceeds the "minimal degree" of creativity standard, and are quite copyrightable. The Defendants has "reasonable opportunity" to access the Plaintiff's work, and their work infringes on virtually every element of the Plaintiff's script. All of the facts and evidence presented herein are true and would result in a finding for the Plaintiff's at trial. Further, given that neither party requested a jury trial, and the fact that the intrinsic test requires the trier of fact, alone, to subjectively make the final decision –a Summary Judgment is all the more proper.

Court decisions are inevitable in these matters; as stated in Peter Pan v Martin Weiner:

> **"Obviously, no principle can be stated as to when an imitator has gone beyond copying the idea, and has borrowed its expression. Decisions must therefore inevitably be ad hoc."**
> -*Peter Pan Fabrics, Inc. v. Martin Weiner Corp.*, 274 F.2d 487 (2d Cir. 1960).

## VIII. <u>CONCLUSION</u>:

Based on the foregoing, I, Plaintiff, Steve Wilson Briggs, respectfully request that the Court grant this motion, in entirety.

Dated: July 30th, 2014.            Signed: _/s/ *Steve Wilson Briggs*_____
                                          STEVE WILSON BRIGGS
                                          Plaintiff, Pro Se
                                          681 Edna Way
                                          San Mateo, CA 94402
                                          Telephone: (510) 200 3763
                                          Email: snc.steve@gmail.com

PLAINTIFF'S NOTICE OF MOTION & MOTION FOR SUMMARY JUDGMNT CV 13-4679 PJH

1  Steve Wilson Briggs

2  681 Edna Way

3  San Mateo, CA 94402

4  510 200 3763

5  snc.steve@gmail.com

6  Pro Se **PLAINTIFF**

7

**FILED**

DEC 1 9 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
DISTRICT OF CALIFORNIA
OAKLAND

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  STEVE WILSON BRIGGS      }   CASE NO:    CV 13 4679 PJH

11  Plaintiff,                }

12         vs.             }

13  NEILL BLOMKAMP,        }

14  SONY PICTURES ENT., INC.,    }    **AMENDED COMPLAINT FOR**

15  TRISTAR PICTURES, INC.,     }    **COPYRIGHT INFRINGEMENT**

16  MEDIA RIGHTS CAPITAL,     }

17  QED INTERNATIONAL,       }

18  Defendants            }

19  **NATURE OF ACTION:**

20     1.    Pursuant to 17 U.S.C. § 101, et seq, this is an action for copyright infringement of the

21  Plaintiff's copyright protected screenplay "Butterfly Driver" (originally "Uberopolis: City of

22  Light") written in 2005; W.G.A. reg. #1103287, 2005; U.S. Copyright Office reg. certificate #

23  PAu 3-683-232, June 21st, 2013. **[See Exhibit C].** The infringement commensed on August, 9th,

24  2013, when the Defendants distributed and publically displayed "Elysium", a film infringing on

25  the Plaintiff's work, including the heart of his story, plot, characters, settings, conflict, catalyst,

26  crisis, climax-twist, themes (immigration, healthcare...), hero's "affliction", "keepsake necklace",

27  and much more. The Plaintiff will show: 1) "Elysium" bears Substantial Similarity to his work; 2)

28  the Defendants had access to his work -although the Plaintiff believes the Court will find the

<div align="center">1</div>

<div align="right">COMPLAINT</div>

1   infringement rises to "Striking Similarity" (obviating access), marked by staggering similarities

2   beyond reason and probability, further confirmed by: 1) obvious attempts to give the appearance

3   of dissimilarity; 2) the Plaintiff's idiosyncracies present in the Defendants' work, OR; 3) the

4   Plaintiff's uniqueness, intricacy and complexity emulated in the Defendants' work.

5       2.      This Amended Complaint clarifies charges, and attends concerns with the Defendants'

6   Answer And Affirmative Defenses (11/27/13). Among these concerns is Paragraph 9, stating

7   Defendant, Media Rights Capital (MRC), is erroneously named in this suit, and naming MRC II

8   Distribution Company as the proper party. This is false, and seems an effort to mislead the Court.

9       3.      MRC was the first financier to join Blomkamp. MRC sold Elysium's rights to Sony

10  Pictures. MRC gave marketing interviews prior to the film's release. **[See Exhibit D].** MRC is

11  named Elysium's finacier, studio or co-producer by countless sources -including the credits of

12  "Elysium", and MRC's own website, stating: "MRC has been financing and producing films since

13  2006...Notable films include...Neill Blomkamp's second feature film, Elysium". **[See Exhibit E].**

14  Many notables will not work with MRC due to ethics concerns and their questionable ties to Ari

15  Emanuel, of WME (agent of Defendant, Blomkamp). **[See Exhibit F].** "MRC II Distributing

16  Company" is not listed on or linked to MRC's website. Online the Plaintiff found only a defunct

17  address for the company with MRC's phone, at: http://investing.businessweek.com. The Plaintiff

18  believes Defendant, MRC, seeks to extricate from this suit and rename the possibly fictitious

19  subsidiary due to MRC's current involvement with Trigger Street Productions

20  (TriggerStreet.com) on the TV series "House of Cards". The Plaintiff contends MRC is naming

21  the subsidiary to hide from the court its ties to Trigger Street, as TriggerStreet.com is later named

22  as the Defendants' access to the Plaintiff's work. MRC's claim is unconscionably false.

23      4.      The Plaintiff hopes the Court will find the Defense's false claim (that MRC is

24  erroneously named in this suit) deceptive, and hold MRC and the Defense to account.

25      5.      The Plaintiff has added a personal information section to this complaint to attend the

26  Defense's vague character insinuations in their Answer And Affirmative Defenses.

27                              **JURISDICTION**

28      6.      **Jurisdiction.** This court has subject matter jurisdiction over this complaint pursuant

                                        2

                                                            COMPLAINT

1    to 28 U.S.C. **§§** 1331 & 1338(a), as this action is for copyright infringement arising under the

2    copyright laws of the United States, and pursuant to 28 U.S.C. 1332(a)(2) as, upon information,

3    Defendant, Neill BlomKamp, is a citizen of Canada and South Africa; not a citizen of the U.S.A.

4        7.    **Venue.** Venue is proper, and this court has personal jurisdiction, pursuant to 28

5    U.S.C. § 1391(b)(2), as the events giving rise to this complaint occured in this district. It is also

6    the proper venue pursuant to 28 U.S.C. § 1391(d) by virtue of defendant's business transactions

7    with this district; and under 326 US 310, as all defendants meet minimum contact rule.

8        8.    **Intradistrict Assignment.** San Francisco is the proper division assignment as a

9    substantial part of the events and omissions giving rise to this lawsuit occurred in this district.

10                    **THE PARTIES**

11        9.    **The Plaintiff,** STEVE WILSON BRIGGS, is a resident of San Mateo, California. He

12    is the writer, producer and director of the independent feature film "The Amazing Mr. Excellent",

13    father, musician and a teacher's aide at Sequoia High School in Redwood City, California.

14        10.    **Defendant,** NEILL BLOMKAMP is a resident of Vancouver, Canada. He is

15    credited with writing, directing and co-producing the screenplay in question, "Elysium".

16        11.    **Defendant,** SONY PICTURES ENT., INC., is the TV and film production wing of

17    Sony. Sony Pictures, upon information, provided aid to produce Elysium, and purchased the film

18    rights from Defendant, MRC. Located at 10202 West Washington Blvd., Culver City, California.

19        12.    **Defendant,** TRISTAR PICTURES, INC., is a film production/distribution studio

20    (a property of Sony Pictures), and the distributor of "Elysium; located in Culver City California.

21        13.    **Defendant,** MEDIA RIGHTS CAPITAL, is a TV and film studio, founded by

22    Asif Satchu and Modi Wiczy, credited with financing "Elysium"; located at 9665 Wilshire Blvd,

23    2nd Floor, Beverly Hills, CA 90212. Media Rights Capital is properly named in the lawsuit.

24        14.    **Defendant,** QED INTERNATIONAL is a film production and financing company,

25    credited with producing Elysium; located at 1800 N Highland Ave, 5th Flr, L.A., CA 90028.

26                    **BACKGROUND**

27        15.    In May 2005, the Plaintiff completed the first draft of his screenplay "Uberopolis: City

28    of light", emailing it to family and friends. **[See Exhibit G** (the first 3 pages of 113]**.**

<div align="center">3</div>

<div align="right">COMPLAINT</div>

16. December 16th, 2005, the Plaintiff registered a revised version of "Uberopolis: City of Light" with the Writer's Guild of America (West); registration ID #: 1103287. **[See Exhibit H]**

17. In January, 2006, the Plaintiff began a 23 month campaign to market his script. Approximately January, 2007, the Plaitiff revised and renamed his script "Butterfly Driver". During this campaign, the Plaintiff sent dozens of query letters and emails to literary agents, and film companies. **[See Exhibit I** -a few of many letters and emails]. The Plaintiff posted loglines (very short synopses) on screenwriter websites; entered events like the Philadelphia Logline Festival **[See Exhibit J]**; entered private script competitions, like the 2006 Slamdance Screenplay Competition **[See Exhibit K];** posted loglines and synopses on Inktip.com -a private, secured screenwriter to industry professional website (with strict "Terms Of Use").**[See Exhibit L].**

18. February, 2007, the Plaintiff posted the entire "Butterfly Driver"" script on Kevin Spacey's and Dana Brunetti's filmmaker-screenwriter website, "Trigger Street" (triggerstreet.com) -named one of the "50 best websites of 2004"; designed to link filmmakers and screenwriters with industry professionals, by allowing members to post screenplays, short films (10 minutes or less), and short stories to get feedback from peers and professionals. **[See Exhibit M]**

19. TriggerStreet had approximately 50,000 active members in 2007. Around 2011 the site was re-named "Trigger Street Labs" and moved to "labs.triggerstreet.com", allowing Spacey and Brunetti to use "triggerstreet.com" exclusively for their production company. But in 2007, when the Plaintiff's work was posted, there was one site: triggerstreet.com, known as "Trigger Street".

20. Trigger Street (now TriggerStreet Labs) is a private site. Anyone can become a member, free (anonomously, if they wish), by agreeing to "Terms of Use" (not to use, copy or share other members' expressions, ideas, work, etc.), then access thousands of screenplays and short films.

21. In 2007, like today, the majority of TriggerStreet members were short filmmakers and screenwriters. In 2007, Defendant, Neill Blomkamp was a short filmmaker, with only a few short films to his credit. Blomkamp wouldn't begin his first feature for another year. Defendant, MRC, was a struggling new film company with but 1 credit for 2007, "Couples", filmed for only $2,500.

22. Trigger Street is the ONLY place the Plaintiff ever posted a complete script of Butterfly Driver -and the only place he released a version of the script with the new "inciting

4

COMPLAINT

1   incident", the "keepsake necklace", and his hero's secret "character affliction".

2       23.     TriggerStreet.com is where the Defendants had access to the Plaintiff's script.

3       24.     From February to August of 2007, the Plaintiff posted "Butterfly Driver" on

4   TriggerStreet.com about 4 times, making script revisions, each time.

5       25.     During this time the Plaintiff communicated with TriggerStreet members, Thomas

6   Gilman, Jason Beck, and Bob Thielke **[Exhibit N, O, P]**, whose input helped improve his script.

7       26.     Late July, 2007, the Plaintiff posted to TriggerSteet the last revised version of "Butterfly

8   Driver", for a short while. **[See Exhibit A].** During this time, his script received more downloads

9   than usual. A person identifying himself as a writer or producer for the TV series "The Wire" or

10  "Homicide: Life On The Streets" contacted the plaintiff, through the site's message board, to

11  compliment the script. A young director (whose name escapes the Plaintiff) also praised the script

12  through the message board. The Plaintiff believes this director MAY have been Defendant, Neill

13  Blomkamp. Although Blomkamp, or any associate, may have accessed the work, without a word.

14      27.     In December, 2007, now intent to produce his own movies, the Plaintiff stopped

15  marketing his script; Butterfly Driver, intent to film it himself, someday.

16      28.     January 2008, The Plaintiff began production of his film "The Amazing Mr. Excellent".

17      29.     In 2009, the Plaintiff filmed an investment trailer for his screenplay "Sunflowers".

18      30.     In 2010, The Amazing Mr. Excellent won "Best Of Fest" at the Temecula Valley

19  International Film Festival; and was singled out at the 2011 Oakland International Film Festival.

20      31.     In the spring of 2012, the Plaintiff wrote and filmed an anti-bullying short film, "The

21  Space Nerd", with students of Sequoia High School, San Mateo, CA (viewable online).

22      32.     In 2012, the Plaintiff filmed investment trailers for two new scripts, "Sweeter Nectar

23  Cherries" and "Alfy and Darry" (both viewable online, A&D script unfinished). He also produced

24  two infomercials for "Sweeter Nectar Cherries", and ran a Kickstarter.com financing campaign

25  for the film (which failed), and opened the film's website: sweeternectarcherries.com.

26      33.     On May 27th, 2013, the Plaintiff went to see a movie with friend, Sequoia High School

27  teacher, Cameron Farris. Before the feature, the theater previewed a trailer for the film "Elysium",

28  which featured a plot, characters, settings seemingly misappropriated from Butterfly Driver.

<center>5</center>

<center>COMPLAINT</center>

34.     Later that evening, the Plaintiff read about Elysium online, at Wikipedia.com; and discovered Elysium's story structure closely conformed to his script.

35.     June 13th, 2013, the Plaintiff found and downloaded the Defendants' screenplay, "Elysium" (probably an unauthorized posting), at the web address:

http://writetoreel.com/forum/showthread.php?1643-Elysium-Script-PDF . **[See Exhibit B]**

36.     The text of the script conformed to the trailer dialogue viewed on May 27th, 2013.

37.     On May 28th, 2013, Plaintiff began contacting attorneys for representation, including Defense counsel: Kinsella, Weitzman, Iser, Kump, and Aldisert, LLP, (KWIKA Law), on June 3rd, 2013.

38.     The Plaintiff found attorneys open to limited or hybrid contingencies, but none to commit through trial -without guaranteed money.

39.     On June 20th, 2013, while meeting in his San Francisco office, attorney, Vijay Toke informed the Plaintiff that in order to file an infringement complaint he would need to register his copyright first. The next day, June 21st, 2013, the Plaintiff registered Butterfly Driver, with the U.S. Copyright Office; registration effective 06/21/13, certificate number PAu 3-683-232).

### STATEMENT OF FACTS COMMON TO ALL CLAIMS FOR RELIEF:

40.     On August 9th, 2013, the Defendants released, distributed and displayed publicly, "Elysium"in The USA and 11 other countries; marking the the commencement of infringement.

41.     On August 10th, 2013, the Plaintiff viewed the film, Elysium, at a local theater. This confirmed the script the Plaintiff found online was the Elysium script, but not the final draft.

42.     Upon viewing the Defendants' film, the Plaintiff concluded: the film and screenplay, Elysium, was a severe infringement on his copyright protected story "Butterfly Driver", as a whole, and on the parts; including his plot, characters, settings, conflicts, themes, catalyst, crisis, climax, inciting incident, his hero's "character affliction" and "keepsake necklace" and more.

### PRIMARY INCIDENTS OF COPYRIGHT INFRINGEMENT

#### 1) PLOT INFRINGEMENT:

43.     The basic plot of the Defendants' "Elysium" is almost identical to the basic plot of the plaintiff's "Butterfly Driver". Compare:

6

COMPLAINT

"Butterfly Driver" Plot :

44.   A poor man, living in the impoverished ruins of Earth (where police vehicles loom in the sky and brutalize the poor) pays his family's emmigration out of their dangerous "zone" city by doing a dangerous mission for a disabled transporter -only to learn his seven year old daughter will die within seven days without medicine found only on a satellite world for the super-rich (Uberopolis). But the hero is poor; and getting to the satellite requires big money and special identification. Impossible without help from an outlaw political network. The hero suffers sudden, short, excrutiating headaches -and carries secrets the World President ( who has been genetically "reprogrammed" to appear much younger than he is) will kill to suppress. The President deploys a special agent to apprehend the hero. The special agent doesn't want the assignment, so he negotiates for medical aid for his son. An important woman gives the hero a special "keepsake necklace". To gain access to the villain, Arlo threatens to detonate an explosive device. In the climatic final battle, when it looks as if the hero might prevail, he falls to his knees, clutches his head and screams with a terrible headache. Eventually the hero defeats the villain -but sustains a life threatenning injury. As the hero drifts off toward death, he has a dream-like vision about the "keepsake necklace". The vision saves the hero. In the end, the hero's action impacts the world: bringing a cheap energy source, and allowing people to vote in open elections.

"Elysium" Plot :

45.   A poor man, living in the impoverished ruins of Earth (where police vehicles loom in the sky and brutalize the poor) has less than a week to get to a satellite world for the super-rich (Elysium) to get medical care to save himself (and his girl-friend's dying six year old daughter). But the hero is poor; and getting to the satellite requires big money and special identification. Impossible without the help of an outlaw, disabled human trafficker -who requires that the hero do a dangerous mission in exchange for emmigration to the satellite. While downloading information into his brain, the hero acquires a condition of sudden, short, excrutiating headaches. In his brain, the hero now carries secrets that a powerful Elysium official (who has been genetically "re-atomized" to appear much younger than she is) will kill to possess. The official deploys a special agent to apprehend the hero. The special agent doesn't want the assignment,

7

COMPLAINT

1   so he negotiates for restored privileges and a mansion on Elysium. The hero carries a "keepsake

2   necklace", given to him by an important woman from his past. To gain access to the satellite

3   world, Max threatens to detonate an explosive device to his head. In the climatic final battle, just

4   when it looks as if the hero might finally prevail, the hero suddenly falls to his knees, clutches his

5   head and screams with a terrible headache. Somehow the hero defeats the villain. But the hero

6   must die to save much of the world. As he prepares to die the hero takes comfort in his "keepsake

7   necklace", in a dream-like montage. In the end, the hero's action brings medical aid, and perfect

8   health, to the world.

9   <div align="center">SUMMARY: Plot Infringement</div>

10   46.   The Plaintiff's plot features: **1)** a giant satellite world for the super-rich; **2)** a hero

11   prone to excrutiating headaches (which knock him to his knees); **3)** a villain who has been

12   genetically reprogrammed to appear much younger than he/she is; **4)** advanced medicine found

13   on the satellite world; **5)** a hero who must get to the satellite world for medicine (medical care);

14   **6)** a "plight of immigrant" theme; **7)** a sick girl, who will die without the hero's action; **8)** a hero

15   who is poor, and needs I.D. and transport to a satellite world; **9)** an "anguish of living without

16   healthcare" theme; **10)** a disabled transporter who helps the hero; **11)** an agent (sent by the villain

17   to apprehend the hero) who accepts the assignment after negotiating; **12)** a keepsake necklace,

18   carried by the hero, which factors into the stories conclusion; **13)** an overpopulated, impoverished

19   Earth, where police vehicles loom in the sky and brutalize the poor, ruled by a rich elite who live

20   on the satellite world; **14)** a hero who threatens the villain with detonating an explosive device...

21   47.   The unique collection of plot features, in paragraph 46, outline a crafted expression, the

22   plot of the Plaintiff's screenplay, Butterfly Driver; copyright of the plaintiff.

23   48.   "Elysium" uses each aspect of the Plaintiff's plot, listed in paragraph 46 (and much

24   more, delineated in the subsequent pages); infringing on the Plaintiff's copyright protect work.

25   49.   Further, the Defendants made obvious efforts to give the appearance of dissimilarity

26   by changing their medical technolgy's name from "reprogramming" to "re-atomizing"; changing

27   the hero's backstory; changing the villain's gender; making the sick girl the girl-friend's daughter,

28   rather than the hero's daughter (which weakens, slows and complicates the story).

<div align="center">8</div>

<div align="right">COMPLAINT</div>

## 2) CHARACTER INFRINGEMENT

50.　Several central characters (including the hero and villain) of the Defendants', "Elysium", infringe on copyright protected characters from the Plaintiff's "Butterfly Driver". Compare:

**THE HERO:**  Arlo vs Max

51.　The heroes of both movies are tough, poor men, age 35-45 (Plaintiff's hero is 45, Defendants' script hero is "30s", played in film by Matt Damon at 41-42), who carry keepsake necklaces, and suffer a unique affliction: short, sudden, excrutiating headaches, which cause the hero to stumble, grab his head and scream. Both heroes have with the same goals:

52.　THE HERO'S GOAL (**Butterfly Driver**): the hero has less than a week to get from Earth to a satellite world for the rich, to get medicine to save his daughter.

53.　THE HERO'S GOAL, (**Elysium**): the hero has less than a week to get to a satellite world for the rich, to get medical care to save himself (and inevitably, his girl-friend's daughter).

SUMMARY: Arlo Vs Max

54.　The Plaintiff's hero, Arlo Grainer: **1)** is a 35-45 year old male, living 100 plus years in the future; **2)** is poor, living in the overpopulated ruins of a largely impoverished Earth; **3)** has less than a week to get to a satellite world for the super rich; **4)** contacts underworld figures to get I.D. and transport to the satellite world; **5)** suffers from rare, brief, excrutiating headaches; **6)** suffers a headache, battling in the story's climax; **7)** must get medical aid or medicine to save his daughter; **8)** carries a keepsake necklace from a special woman from his past.

55.　The characteristics, context and conditions listed in paragraph 54 are the expression of the Plaintiff's copyrighted character, Arlo Grainer; from the Plaintiff's work "Butterfly Driver".

56.　All of the characteristics, context and conditions, listed in paragraph 54, apply to the Defendants' character "Max". Thus, the Defendants' "Max" infringes on the Plaintiff's copyright protected character, "Arlo", and his copyright protected work, Butterfly Driver.

57.　The Defendants made obvious efforts to conceal their infringement by changing their hero's job, backstory, parental status, and changing the hero's goal from: "going to a satellite world to save his 7 year old daughter"; to "going to a satellite world to save himself," then attaching a girl-friend's 6 year old daughter to the mission, to achieve the same effect.

9

COMPLAINT

**THE HERO'S "AFFLICTION"**

58.     The Plaintiff's hero, Arlo,  suffers rare (never before used in film) ophthalmodynia (ice picks) headaches, so excruriating they feel as if the sufferer's brain has been stabbed by an ice-pick. Thus, Arlo occasionally: 1) falls to his knees; 2) clutches his head; 3) cries-out in pain. In the script's climax, Arlo suffers a headache while fighting the villain. **[Exhibit A pp. 23, 46, 105]**

59.     Elysium's hero, Max, displays the symptoms and reactions listed in paragraph 58 -even suffers a headache in battle, in the climax. **[Exhibit B pp. 62, 63, 77, 112].**

COMPARISON OF PLAINTIFF & DEFENDANTS' AFFLICTION "HEADACHES"

60.     NOTE: the script "Elysium" contains four headache, but the film shows only three. The Plaintiff's "Butterfly Driver" had three events -but the early WGA reg. version "Uberopolis: CIty of Light" had four. The extra event from that script [EVENT #2] was added, for comparison.

LEGEND:     Plaintiff's "Butterfly Driver" **(BD) - in bold print [Exhibit A]**;

Defendants' "Elysium" - in regular print **[Exhibit B]**

61.     FIRST EVENT:

**(BD):    Arlo suddenly falls to his knees, grabs his head, and growls in pain, "GRRRR." His eyes roll back as he fights his way back to his feet. [Exhibit A p. 9]**

(ELYSIUM):    Max tries to run, but he collapses. He clasps his head in pain... Max clasps his head like a migraine. The data creating an epileptic white static in his head. **[Exhibit B p. 62,]**

62.     SECOND EVENT:

**(BD):    Arlo stands up then unexpectedly drops to his knees in pain. ARLO: "GGGRRRR! Argh!" Arlo's eyes roll back behind his head, showing only the whites of his eyes for a moment. Arlo cries out. ARLO: "AAAHHHH!"** ["Uberopolis:City of Light" p. 33]

(ELYSIUM):    Suddenly another blast of static pain grates through Max's brain. He screams, holding his head. He staggers to his feet. **[Exhibit B p. 63]**

63.     THIRD EVENT:

**(BD):    He (Arlo) suddenly falls to one knee and grabs his head, stricken by an ice-pick headache. He growls. Eyes rolled back, Arlo rises to his feet, holding his temple, as if defying the pain to stop him. [Exhibit A p. 46]**

10

1   (ELYSIUM):   Suddenly he has a mini seizure. The searing white light. The migraine. His head

2   wants to explode. He collapses to the ground... (more)  **[Exhibit B p. 77]**

3   64.   FOURTH EVENT:

4   **(BD):   Arlo releases his grip. Drexler slowly drops to his knees, blood dripping from his**

5   **face. ...As Arlo reaches for his gun a jolt of pain shoots through his head, driving him to**

6   **one knee. Arlo's eyes roll in their sockets as he groans and struggles to his feet. BANG! A**

7   **fist smashes Arlo in the face, knocking him to the ground. Arlo looks up to find Drexler**

8   **looming over him.  DREXLER: "Bad time for a headache." [Exhibit A p. 109].**

9   (ELYSIUM):   Max starts to get the upperhand when- A white hot flash of cerebral pain... He

10  trips and stumbles over desks and terminals, holding his head.  Manual grabs Max and pulls him

11  back toward spider...   Kruger rises, whips out a deadly throwing knife and wings it at Manuel.

12  Max uses every ounce of strength to will himself to his feet. **[Exhibit B p. 112]**

13  SUMMARY: Hero's Affliction

14  65.   The unusual headaches (in paragraph 60-64) and the way they manifest in the Plaintiff's

15  character, Arlo (grabbing head, stumbling, crying-out), and the surprising way a headache occurs

16  in the story's climax, are the Plaintiff's unique expression and copyright.

17  66.   In adopting the symptoms and reactions of the Plaintiff's hero's affliction, and using

18  them similarly (including amid battle in the climax), the Defendants infringed on the Plaintiff's

19  copyright protected character, Arlo Grainer, and on his copyrighted script, "Butterfly Driver".

20  67.   As seen in paragraphs 60-64, the Defendants do not call these events "headaches";

21  rather, "migraines". But "migraine" is neurological disorder characterized by recurrent <u>headaches</u>.

22  The Defendants also, twice, call the events "seizures", and an "epileptic white static" -which

23  reveal the Defendants' misinformation of a serious disability, as epilepsy and epileptic seizures do

24  not cause sufferers to fall to their knees, screaming, clutching their heads. The Defendants also

25  call the event "A white hot flash of cerebral pain." But "cerebral pain" is a "headache".

26  68.   The Defendants' willful misuse of language, illustrated in paragraph 67, is a crude and

27  obvious effort to give an appearance of dissimilarity (e.g. using the terms "migraines", "seizures"

28  and "epileptic white static", to avoid the word "headache" -to appear to describe a different

11

COMPLAINT

1 "affliction", while describing an almost identical reaction -to pain in the head.

2 <center>Uniqueness And Intricacy</center>

3 69. Amid these headaches, the Defendants mirror the Plaintiff's hero's "will" to his feet (in

4 paragraph 63, Line 23, from the Plaintiff's work). "...**Arlo rises to his feet, holding his temple,**

5 **as if defying the pain to stop him**"**[Exhibit A p. 46];** and paragraph 61, Line 12 **"as he fights**

6 **his way back to his feet" [Exhibit A p. 9].** Compare to Defendants' work, (paragraph 64, Line

7 8): "...Max uses every ounce of strength to will himself to his feet." **[Exhibit B p. 112].**

8 70. The example provided in paragraph 69 (as well as the general parity of the passages

9 comapred in paragraph 61 and 64) shows more than just infringement -it shows replication of

10 uniqueness, intricacy and complexity of the similar sections: a poor man trying to get to a satellite

11 world, driven to his knees by a crushing headache, grabbing his head, willing himself to his feet.

12 <center>**THE HERO'S "KEEPSAKE NECKLACE"**</center>

13 71. In the Plaintiff's, "Butterfly Driver", a character, "Benni", gives the hero, Arlo, a

14 keepsake necklace . As Arlo faces death, near the end of the screenplay, he sees the neclace in a

15 dream-like vision, which saves his life. The Plaintiff refers to the necklace as a "necklance" and a

16 "pendant". **[Exhibit A pp. 54, 55, 65, 113]**

17 72. In "Elysium" a nun gives Max a keepsake necklace. As Max faces death, near the end,

18 he looks at the necklace and remembers "Frey" (in a dream-like way). The Defendants refer to the

19 necklace as a "pendant", and a "necklace" (and once as a "locket"). **[Exhibit B pp. 29, 117, 120]**

20 73. SUMMARY: In using a keepsake necklace, in Elysium, as the Plaintiff used the

21 keepsake necklace in Butterfly Driver, the Defendants infringed on the Plaintiff's copyright.

22 <center>**THE VILLAIN:** Drexler Vs Delacourt (Rhodes)</center>

23 74. The Villains of both works (Drexler in Butterfly Driver; Delecourt/Rhodes in Elysium)

24 have been genetically "reprogrammed" (or "re-atomized") to appear much younger than they are

25 **[Exhibit A p. 3; Exhibit B p.18];** both villains send agents to apprehend the hero due to

26 information he possesses; and both villains order mass killings of prisoners traveling in space

27 shuttles (to reveal the depth of the character's evil) **[Exhibit A p.105; Exhibit B pp. 12, 13];** and

28 both villains are seemingly evil, but committed to the belief that they are defending their elite ilk,

<center>12</center>

<center>COMPLAINT</center>

1    **[Exhibit A pp. 93-96; Exhibit B p. 18].** Additionally, The villain of Butterfly Driver, Drexler,

2    is the World President, and used his media company to cheat himself into The Presidency. Once

3    again, following the Plaintiff's model, in the film, Elysium, the villain, Delacourt, devises an evil

4    plan to cheat herself into The Presidency.

5                   SUMMARY: Drexler Vs Delacourt (Rhodes)

6      75.    The plaintiff's character, "Drexler": 1) has been genetically *"reprogrammed" to appear

7    much younger than he is (Elysium calls this technology *"re-atomizing"); 2) is very rich; 3) lives

8    on a satellite world for the rich; 4) orders mass killings of people traveling in space shuttles; 5)

9    wants the hero apprehended for information he possesses; 6) sends a special agent to apprehend

10    the hero; 7) is evil, but believes his deeds serve his elite ilk; 8) cheats himself into the Presidency.

11      76.    The characteristics, actions, motivations and conditions listed in paragraph 75 are the

12    Plaintiff's unique expression; forming his copyright protected character "Drexler", from his

13    copyright protected work, "Butterfly Driver".

14      77.    By adopting all (or substantial aspects) of each attributes listed in paragraph 75, for

15    their villain, "Delacourt" ("Rhodes" in the original screenplay), the Defendants infringed on the

16    Plaintiff's copyright protected character, "Drexler", and his protected work "Butterfly Driver".

17      78.    In changing minor details about their character "Deleacourt" or "Rhodes" (gender, rank,

18    making the character intent to cheat her way into the Presidency, rather than having already

19    commited the deed), the Defendants made obvious efforts to disguise their infringement.

20         **SICK CHILD:** Franny Vs Matilda

21      79.    Franny" is Arlo's sick 7 year old daughter, who has a respiratory disease. She will die

22    in less than a week -without medicine found only on a satellite for the super rich. Her life

23    depends on the hero's actions. If he fails, she dies. Thus, she is central to the plot. Franny is saved

24    by the hero and seen, healthy, in the script's final minutes. She lives in a world where the rich live

25    on a giant satellite with great medical aid; and where the poor live on Earth.

26      80.    The unique role Franny plays in the plot, within the story's unique settings, are part of

27    her copyrightability. Han Solo would just be another guy in a vest, and Luke Skywalker another

28    guy in a Karate gi, if not for the unique world around them.

COMPLAINT

81.     Elysium's, "MATILDA" is Frey's (the hero's girl-friend's) sick 6 year old daughter. She is very sick with Leukemia. She will die in less than a week -without medical aid only found on a satellite for the super-rich. Her life depends on the hero's actions. If he fails, she dies. Thus, she is central to the plot. She is saved by the hero's action, and seen, healthy, in the story's final moments. Matilda lives in a world where the rich live on a giant satellite with great medical aid, and the poor live on Earth.

SUMMARY: "Franny" Vs "Matilda"

82.     The Plaintiff's character, "Franny", has these characteristics and conditions: 1) she is a very sick little girl; 2) she has less than a week to live -without medicine or medical aid found on a satellite for the rich; 3) her life depends on the hero's actions; 4) she is saved by the hero and seen healthy in the final story's final moments; 5) she is a central to the plot; 6) she lives in a world where the rich live on a giant satellite with great medical aid; while the poor live on Earth.

83.     The unique collection of characteristics and circumstances, listed in paragraph 82 form an intricate, interdependant, copyrightable character structure, and are the Plaintiff's expression of his copyright protected character, "Franny", from his work, "Butterfly Driver".

84.     The unique role Franny plays in the plot, and the uniques settings around her, are part of her copyrightability. In today's world, Han Solo would just be a guy in a vest, and Luke Skywalker just a guy in a Karate gi. But in their story context and settings, they are copyrightable.

85.     The Defendant's, "Matilda", shares all attributes, listed in paragraph 82, thus, the Defendants' "Matilda" infringes on the Plaintiff's character, "Franny".

86.     In making nuanced changes to "Matilda" (e.g. changing her name, her age, her relationship to the hero) the Defendants made obvious efforts to disguise their infringement.

### 3) SETTING INFRINGEMENT:

87.     Perhaps the most unusual settings in film this year (2013), the two central settings of the Defendants' "Elysium" infringe on the two central settings of the Plaintiff's "Butterfly Driver".

SETTING 1:  GIANT SATELLITE WORLD FOR THE RICH

88.     The Plaintiff's satellite is 3 miles in diameter **[Exhibit A p. 26]**. The Defendants' script calls for a satellite 60 miles in diameter. But the film's satellite is 1 or 2 miles in diameter.

14

COMPLAINT

89.    The plaintiff's satellite world has many unusual aspects: 1) it is an enormous satellite man-made world, with forests and large aquatic features; 2) only the super-rich live in the satellite's pristine biosphere; 3) fantastic medical technologies are available there; 4) entering the satllite requires special identification; 5) it is home to the story's genetically reprogrammed villain; 6) it orbits an overpopulated, impoverished Earth; 7) it is where the final battle transpires; 8) there, prisoners in orange jumpsuits board shuttles for Earth. **[Exhibit A pp.3, 33; Exhibit B p. 5];** the satellite's capacity is 300,000, when complete, 150,000 currently. (Elysium's capacity is 251,200). **[Exhibit A p. 4; and SEE Elysium website: http://www.welcometoelysium.com/ ]**

SUMMARY:  Setting 1, Giant Satellite for the Rich

90.    The list of features, in paragraph 89, are a simplification of the Plaintiff's expression of his copyright protected satellite world, Uberopolis, featured in his work, "Butterfly Driver".

91.    The Defendants, "Elysium" uses all of characteristics listed in paragraph 89 for their satellite world. Thus, the Defendant's "Elysium" infringes on the Plaintiff's copyright.

92.    By never referring to Elysium as a "satellite" (to avoid the Plaintiff's language), and in making superficial changes to their satellite world (size, shape), the Defendants made obvious effort to give the appearance of dissimilarity.

SETTING 2:  DYSTOPIAN EARTH

93.    The other central setting of both screenplays is the impoverished overpopulated ruin of Earth. On this setting, in both scripts:: 1) the poor have little access to medical care; 2) the hero lives in a slum, overrun by thugs and crime; 3) police and military vehicles loom in the sky and brutalize the poor **[Exhibit A pp. 7, 16, 52, 53 ; Exhibit B pp. 6, 7];** 4) Army ships, full of "undesirables" are released into the slums **[Exhibit A p. 53; Exhibit B p. 5];** 5) the poor are brutalized by the governement of the satellite world (who also do a few kind things for the poor, such as provide supplies) **[Exhibit A p. 95; Exhibit B p. 17-18];** 6) rich businesses build manufacturing plants in the slums to take advantage of the cheap labor **[Exhibit A pp. 47, 95; Exhibit B pp.15, 16, 27, 28];** 7) people commonly travel by flying shuttles and flying cars, and commute to the giant satellite; 8) the poor live in the ruins of cities in decay. (NOTE:  Elysium's script doesn't specify "ruins", but its synopsis does, and the film illustrates this state).

15

1    SUMMARY: Setting 2, Dystopian Earth

2    94.    The characteristics listed in paragraph 93 are the Plaintiff's expression of his dystopian

3    vision of a future Earth, and his copyright, from his copyright protected work, "Butterfly Driver".

4    95.    The Defendants',"Elysium", adopts (all, or significant aspects of) each of the

5    conditions listed in paragraph 93, infringing on the Plaintiff's copyright.

6    96.    In making superficial changes to their vision of Earth in "Elysium" (adding robots,

7    changing the year, etc.) the Defendants made obvious efforts to disguise their infringement.

8    CONJOINED SETTINGS: Rich Satellite World, Poor Dystopic Earth:

9    97.    The placement of the Plaintiff's two unique settings (the satellite for the super-rich,

10    orbiting the Plaintiff's dystopic future-Earth, paragraphs 87-96) are the Plaintiff's copyright.

11    98.    The Plaintiff is aware of no other story, prior to Butterfly Driver, featuring a gigantic

12    man-made super satellite with giant aquatic and forested areas, great medical technologies for the

13    rich, and the other aspects listed in paragraph 89. Nor is he aware of any stories, prior to his,

14    featuring his vision of a dystopian future-Earth, with all the the aspects listed in paragraph 93.

15    99.    The Star Trek (1969, TV) episode, "The Cloud Minder" is the nearest copyrightable

16    equivlent known. But "The Cloud Minders" did not feature a man-made orbiting giant satellite,

17    but a city that floated in the the clouds. The human-like alien beings there were not super-rich.

18    Rather, they were alien artists and intellectuals. There were no aquatic or forested features, nor

19    special medicine that compelled the other alien species, on the planet below, to the cloud city. On

20    the planet, the aliens all worked in mines, and was nothing like the Plaintiff's future-Earth.

21    100.    Butterfly Driver and Elysium are "Science Fiction" works, because they loosely adhere

22    to, or expand, understood science. The fact that The Cloud Minders features a city that floats in a

23    cloud (against all science), makes it a "Fantasy" genre story.

24    SETTING: YEAR

25    101.    Butterfly Driver is set in the year 2120. Elysium's original script says the movie is set in

26    2109 . But the actual film and official synopsis revise that year to 2154. However, In 2010, before

27    the Defendants had written their script, the Plaintiff posted an 80 word logline of his screenplay

28    (for investors), on his website (mrexcellentmovie.com) in which he changed the setting year of

16

COMPLAINT

1   Butterfly Driver to 2144 -ten years from Elysium's final setting. **[See Exhibit Q]** .

2      102.   In placing Elysium's setting year near the Plaintiff's setting year, the Defendants adhere

3   to and expand a pattern of infringement and similarity.

4   <div align="center">4)  CENTRAL CONFLICT INFRINGEMENT</div>

5      103.   The "conflict" is/are the thing(s) that stands between the hero and his goal. The heroes

6   of both, the Plaintiff's, Butterfly Driver, and the Defendants', Elysium, have extremely similar

7   goals. Both heroes need to get to a satellite world to access medical technology. Both heroes must

8   overcome an almost identical conflict list:: 1) the hero is not a citizen of the satellite world; 2) the

9   hero is poor; 3) the hero needs fake I.D. and help to get to a satellite world; 4) a  powerful, evil,

10  official wants the hero stopped; 5) the hero suffers debilitating headaches which make reaching

11  his goal more difficult; 6) The evil, powerful  official  sends a special agent to apprehend the hero.

12  <div align="center">SUMMARY: Central Conflict</div>

13     104.   All of the story conflicts, enumerated in paragraph 103, together, are an expression of

14  the Plaintiff's effort, from his screenplay, "Butterfly Driver", the Plaintiff's exclusive copyright.

15     105.   The Defendants infringed on the Plaintiff's copyright by adopting all of the Plaintiff's

16  central "conflicts", listed in paragraph 103, for their screenplay and film, "Elysium".

17     106.   Further, the Plaintiff charges that in making three minor changes to the "conflicts" in

18  "Elysium" (e.g. making the pursuing agent into an "evil" agent, and changing the gender and

19  office of the evil Official), the Defendants made willful efforts to disguise their infringement.

20  <div align="center">5)  THEME(S) INFRINGEMENT</div>

21     107.   The Plaintiff's "Butterfly Driver" has at least five imperarive central themes:

22      1) <u>Survival without adequate healthcare is inhumane</u>

23      2) <u>the plight of immigrants is brutal</u>

24      3) <u>wealth corrupts and divides us</u> (literally -the poor on Earth, the rich on a satellite)

25      4) <u>Heroic Sacrifice</u>:  BUTTERFLY DRIVER: Arlo  risks everything for his daughter.

26             ELYSIUM: Max gives up his life to save Matilda and mankind.

27      5) <u>Redemption comes from refusing to give up hope</u> (the spiritual theme of both movies).

28      BUTTERFLY DRIVER (spiritual theme): Arlo doesn't give up hope of saving his

<div align="center">17</div>

<div align="right">COMPLAINT</div>

1    daughter. Thus, in the end, he finds redemption and liberates the world with free,

2    fair elections. (Butterfly Driver uses a rabbi, a cleric, a pastor and a necklace to

3    reinforce this theme).

4    ELYSIUM (spiritual theme): Max doesn't give up his dream of getting to Elysium;

5    thus, finds redemption -and liberates the world. (Elysium uses a nun and a necklace

6    to reinforce this theme).

7                                    SUMMARY: Themes

8    108.    The five themes (listed in paragraph 107) are, in the context of his script, "Butterfly

9    Driver", or in any substantially similar story, the artful expression and copyright of the Plaintiff.

10   109.    The Defendants adopted all five of the Plaintiff's central themes for "Elysium", further

11   infringing on the Plaintiff's copyright.

12              6) <u>CATALYST, CRISIS, CLIMAX (and twist) INFRINGEMENT</u>

13   110.    Typically a screenplay has three imparitive "plot points": 1) catalyst, 2) crisis, 3) climax.

14   Elysium borrows all three from the Plaintiff's, "Butterfly Driver".

15   **CATALYST**

16   111.    The catalyst is the event that pushes the hero into action, and gives him his goal. The

17   catalyst usually marks then end of the first act and the beginning of second.

18   112.    BUTTERFLY DRIVER:  the hero learns his daughter has less than a week to live,

19   unless he can get to Uberopolis to get medicine to save her. **[Exhibit A p. 35]**

20   113.    ELYSIUM:  the hero learns he has only five days to live, unless he can get to Elysium

21   for medical care. *His girl-friend's dying daughter must get there, too. In the film Max has 5 days

22   to live. Elysium's script is inconsistent: "only a few days" or "20 days". **[Exhibit B pp 31, 72]**

23   **CRISIS**

24   114.    The crisis is the story's low point, when all hope seems lost.

25   115.    Usually the crisis occurs about halfway through the story. The Plaintiff's crisis occurs

26   near the third act, The Defendants also place their crisis near the end.  Compare:

27   116.    BUTTERFLY DRIVER:  after struggling to get to Uberopolis, Arlo learns the

28   medication his daughter needs is not on the satellite world. **[Exhibit A p. 83]**

                                          18

                                                              COMPLAINT

117.    ELYSIUM:  Arriving to Elysium, Max learns he can't be treated without wiping out the data in his head, and Matilda can't be treated because she's not a citizen. **[Exhibit B pp. 105, 106]**

### CLIMAX

118.    The climax begins when the hero directly confronts the villain, until the resolution.

119.    The Plaintiff set his climax on the giant satellite for the effect: the great battle on the great satellite. Arlo initiates the climax by holding an explosive devise to his head to gain access to the villain.

120.    Conversely, the Defendants started their climax on Earth; where the battle could have ended. But the Defendants moved the dying child, her mother, the hero, and the villain, all to the satellite world, to conclude the battle; to emulate the effect of the Plaintiff's script. Max escalates the climax by holding a grenade to his head to gain entry into Elysium.

121.    Both works have identical CLIMAX TWISTS: The hero battles the villain on the giant satellite. They struggle. Finally the hero gains the advantage, then suddenly, the "twist": the hero has a massive headache. **[Exhibit A p. 109; Exhibit B p 112]**

SUMMARY: Catalyst, Crisis, Climax (and twist)

122.    The Plaintiff's catalysts, crisis, climax (and "climax twist") are, collectively the Plaintiff's unique expression, and the plaintiff's exclusive copyright.

123.    As shown in paragraph 110-122, the Defendants' catalyst, crisis and climax are all identical, or extremely similar to the Plaintiff's; and thus, infringe on the Plaintiff's copyright.

7) <u>INCITING INCIDENT INFRINGEMENT</u>

124.    The inciting incident, as many writers and screenwriters know, is the event that takes the hero out of his normal routine world. It is sometimes, simply, the catalyst.

125.    The Plaintiff's inciting incident occurs midway through the first act. The Defendants' "Elysium" uses the Plaintiff's inciting incident as the first event of the second act. But in both works, oddly, the inciting incident is separate from the inciting incident.

126.    BUTTERFLY DRIVER'S INCITING INCIDENT: Arlo learns bounty hunters are closing in on him. He realizes he has to get his wife and kids out of their dangerous "zone" city and into the rich, safe "State". But he needs money to pay their transport and immigration

19

COMPLAINT

("repatriation") fees. Arlo turns to his friend -a local underground transporter. <u>The transporter has a disability: he is a missing arm</u>. The transporter arranges Arlo's wife and kids' transport and immigration -BUT Arlo must do a VERY dangerous mission in exchange.

127. ELYSIUM'S INCITING INCIDENT: Max learns he has radiation poisoning and has only five days to live. His only hope is to get to the satellite city, Elysium, for medical care. With no money to pay, Max asks his friend (a local underground transporter) to smuggle him to Elysium. <u>The transporter has a disability: he has a paralyzed leg</u>. The transporter agrees to transport Max -if Max does a VERY dangerous mission in exchange.

<div align="center">SUMMARY: Inciting Incident</div>

128. The unusual structure of "paying emmigration transport, by doing a dangerous mission for a disabled underworld transporter," is the Plaintiff's expression and copyright.

129. As illustrated in paragraph 124-128, the Defendants "Elysium", adopts the Plaintiff's inciting incident, and thus infringes on the Plaintiff's copyright.

<div align="center">8) <u>IDIOSYNCRATIC & STYLE INFRINGEMENT</u></div>

130. The Plaintiff use of two unusual words, one double naming of a prop, one word play, and the omission of race and sex, can be considered idiosyncratic, or a style signature. The Defendants',"Elysium", uses these same (or extremely similar) idiosyncrasies :

131. **(A)** BUTTERFLY DRIVER uses the very uncommon word "repatriate", in lieu of the word "immigrate**". [Exhibit A pp. 12, 13, 34, 41 117]**.

132. ELYSIUM uses the word "repatriated" on page 5. **[Exhibit B p. 5]**

133. "Repatriation" is usually used in association with war. The Plaintiff uses it to reference immigration in a warlike state. The word departs from Blomkamp's simple story language.

134. **(B)** BUTTERFLY DRIVER uses the term genetic "reprogramming" for the act of reversing the effects of disease, age, and physically improving a person. **[Exhibit A p. 3, 36, 90].**

135. ELYSIUM uses a similar term "reatomizing" for the act of reversing the effects of disease and age, and physically improving a person. **[Exhibit B pp. 2, 4, 104)**

136. **(C)** BUTTERFLY DRIVER refers to a key necklace as a "necklace" and a "pendant". This is unusual because most screenwriters refer to each object by one name, to avoid confusing

<div align="center">20</div>

<div align="right">COMPLAINT</div>

1 the props department -who dissect the script to prepare props for each scene.

2     ELYSIUM also refers to their necklace as a "necklace" and a "pendant"

3 137. **(D)** BUTTERFLY DRIVER shows humans killed in space and their bodies left to

4 fall back to Earth. The Plaintiff uses the terms "disposal" and "litter" to show the dead bodies are

5 the new "trash" hazard. Playing with this motif, the villain, Drexler, orders a shuttle set for

6 "disposal" -meaning: dump all aboard into space. **[Exhibit A pp. 3, 31, 107, 105, 108]**

7     138. ELYSIUM: Before Rhodes orders Kruger to destroy two shuttles full of immigrants

8 (to let their bodies to fall to Earth) she asks how many of the ships are a "debris danger" -playing

9 on the "trash" motif. **[Exhibit B pp. 10, 11]** (the "debri danger" line was cut out of the movie).

10 139. **(E)** BUTTERFLY DRIVER omits the racial identities of the central characters, to

11 reflect a less "racial' future. Omitting this information is unusual for a screenplay.

12 140. ELYSIUM also omits any mention of the racial identity of its central characters.

13 141. **(F)** BUTTERFLY DRIVER, is somewhat unique in that there is an absence of sex in

14 the storyline (against Hollywood conventions). The Plaintiff made this unusual style decision to

15 maintain the integrity of his story and his central hero, and to add urgency to the story.

16 142. ELYSIUM also follows the Plaintiff's model and permits no sexual contact.

17     SUMMARY: Idiosyncratic and Style Infringement

18 143. The Plaintiff's idiosyncratic elements described in paragraphs 131-142, in the

19 context of Butterfly Driver, or any similar work, are the plaintiff's copyright. In taking these

20 idiosyncrasies for Elysium, the Defendants further infringed on the Plaintiff's copyright.

21     9) <u>FUTURE TECHNOLOGICAL 'VISION" INFRINGEMENT</u>

22 144. **Butterfly Driver:** the Plaintiff's future vision is expressd in theree central technologies:

23 1) <u>an advanced satellite world</u>, 2) <u>medical technology</u>; 3) a future where the rich routinely

24 <u>commute from Earth, to their homes on a satellite world, in private and public spacecraft.</u>

25 **Elysium:** features the central technologies of: 1) a <u>satellite world for the rich</u>; 2) <u>medical</u>

26 <u>technology</u> (identical to the Plaintiff's medical technology, "genetic reprogramming"); 3) shows

27 the rich routinely <u>commute from Earth, to their homes on a satellite world, in private and public</u>

28 <u>spacecraft.</u> **[Exhibit A p 33, 70, 73, 76; Exhibit B p 50, 51, 52 ].**

        COMPLAINT

145.    SUMMARY: paragraph 144 illustrates the Defendants' technological "vision" infringes on the Plaintiff's technological "vision", and on his copyright protected work, Butterfly Driver.

### 10)  RESOLUTION SIMILARITY

146.    In both scripts, the heroes actions have unlikely global consequences. Compare:

147.    **"BUTTERFLY DRIVER" Global Impact Resolution**: The hero's actions topple the government, bringing much of the world free, open elections -as well as a new clean energy.

148.    **"ELYSIUM" Global Impact Resolution:** because of one hero's actions, the government of Elysium is toppled, and medical aid is sent out to cure all the people of the world.

149.    SUMMARY: The Defendants' resolution mirrors the nature, style and scale of the Plaintiff's resolution, and conforms to an expanding pattern of similarity and infringement.

### MOOD and PACING

150.    Mood is the pervading feel of a work; created by setting, tone and pace. The Defendants' mirror the mood of the Plaintiff's work, as; 1) The pacing of both works is similar: fast but not frenetic; (2) both works feature disabled characters, suggesting a brutal government; (3) both works are serious, with little humor in narrative, dialogue or action; (4) the settings and themes of both works are identical; (5) both works used similar scenes too darken the mood, such as unnecessary, casual police beatings of the heroes. **[See Exhibit A p. 30; See Exhibit B p. 8]**

151.    Again, both works feature the mood and pacing aspects listed in paragraph 150, expanding the Defendants' pattern of infringement of the Plaintiff's work.

### SECONDARY INSTANCES OF COPYRIGHT INFRINGEMENT

#### 1)  SECONDARY SCENE INFRINGEMENT

152.    The following scenes from the Plaintiff's work, were infringed on by "Elysium".

153.    **(A)** In Butterfly Driver, to gain direct access to the villain, Arlo, holds up an explosive "A-cell" and threatens to detonate it. In an uncertain moment with the villain, Arlo throws the A-cell out a window.  **[Exhibit A pp. 88, 97]**

154.    In Elysium, to get to Elysium, Max holds a grenade to his head and threatens to detonate it. In an uncertain moment villain, Max throws the grenade in a shuttle's cockpit. **[Exhibit B pp. 94-95]** (*Note: in the actual film, Max does not throw the grenade).

22

155. **(B)** In <u>Butterfly Driver</u>, hero, Arlo, is strap-locked in a doomed shuttle, and breaks free and struggles to saves his friend from his straps. **[Exhibit A p. 31]**

156. In <u>Elysium</u>, hero, Max, must struggle to free his friend, Frey, who is strap-locked in the seat of a doomed shuttle. **[Exhibit B p. 96-99]**

157. **(C)** In <u>Butterfly Driver</u>, Jerry negotiates with insurers for his son's life. **[Exhibit A p. 22]**

158. <u>Elysium</u>: Frey negotiates with hospital for her daughter's life. **[Exhibit B pp. 26, 27]**

159. **(D)** In <u>Butterfly Driver</u>, the villain, Drexler, is extremely strong because he was reprogrammed without myostatin **[Exhibit A p. 36]**. Drexler also refers to himself as "immortal", suggesting he feels superior to regular humans. **[Exhibit A p. 99]**

160. In <u>Elysium</u>, the villain, Kruger possesses "immense strength" **[Exhibit B p. 20]**, from re-atomizing. Kruger calls the humans on Earth "humans" and "peasants", suggesting he thinks he and Elysians are superior to regular humans. **[Exhibit B pp. 57, 67, 91]**

161. **(E)** In <u>BOTH</u> screenplays tech programmers must forge documents to get the heroes into Uberopolis and Elysium, respectively. **[Exhibit A pp. 57-58, Exhibit B pp. 44]**

162. **(F)** <u>Butterfly Driver</u>: Arlo has a tracker cut out of his neck. **[Exhibit A p. 33]**

163. <u>Elysium</u>: Kruger cuts an ID & tracking chip out of his wrist. **[Exhibit B p. 57]**

164. SUMMARY: Paragraphs 153-163 are further instances and evidence of the Defendants' "Elysium" infringing on the Plaintiff's copyright protected work, "Butterfly Driver".

## 2) SECONDARY CHARACTER INFRINGEMENT

### (1) Rianna & Benni Vs Frey :

165. Elysium's character FREY is a hybrid character based on the characters RIANNA & BENNI from the Plaintiff's copyright protected work, "Butterfly Driver". Compare:

166. <u>Butterfly Driver</u>: Rianna lives in an slum, but is an educated, devoted mother; while Benni is beautiful, hopeful, but disappointed with the men around her. **[Exhibit A p. 52]**.

167. <u>Elysium</u> : Frey lives in an uneducated slum, but is an educated, tough and devoted mother -also beautiful hopeful and disappointed with the men around her **[Exhibit B p. 75]**.

168. <u>Butterfly Driver</u>: the writer hints at an attraction between Benni and Arlo, but no romance occurs, as it would undermine the story's urgency. **[Exhibit A p. 52]**

COMPLAINT

169. Elysium : Max is attracted to Frey, but no romance occurs. **[Exhibit B pp. 15, 75]**

### (2) Jerry Vs Kruger:

170. Although Elysium's "KRUGER" is evil and Butterfly Driver's JERRY Matthiessen is good, they have a few important things in common:

171. **(A)** JERRY and KRUGER are both sent to apprehend the hero by a high ranking official.

172. **(B)** Butterfly Driver: when superiors ask agent Jerry Matthiessen to find Arlo, Jerry bargains for health care for his son, before accepting the mission. **[Exhibit A pp. 25, 45]**

173. Elysium : when his superior asks special agent Kruger to apprehend Max, Kruger bargains for a mansion and more, before accepting the mission. **[Exhibit B pp. 56, 57]**

174. **(C)** Butterfly Driver: Jerry works for government law enforcement, the OFI

175. Elysium : Kruger works for government law enforcement, the CCB.

### (3) Dylan Vs Spider:

176. The Defendants' character "SPIDER" bears a striking resemblance to the Plaintiff's character, "DYLAN". Compare:

177. In Butterfly Driver, "Dylan" runs an underground base with flight path monitors on the walls. He sometimes transports immigrants. He is disabled: missing an arm. **[Exhibit A p. 7]**

178. In Elysium,"Spider" runs an underground base, with flight path monitors on the walls. He transports immigrants. He is disabled: a paralyzed leg. **[Exhibit B p. 36]**

### (4) Matty Vs Matilda:

179. Elysium's character, "Matilda" (who infringes on Plaintiff's character, "Franny") also bears striking resemblance to the Plaintiff's character "MATTY". Compare:

180. Butterfly Driver: "Matty" is Jerry's sick 9 year old son. He is dying of a respiratory disease. He wants to be healthy and get out of his air chamber. **[Exhibit A p. 44]**

181. Elysium : "Matilda" is 6 and dying of Leukemia. She is the daughter of Frey, Max's childhood sweetheart. Matilda wants to be healthy and get out of the hospital. **[Exhibit B p. 66]**

182. The fact that "Matilda" is the feminine form of "Matty" is also curious.

183. SUMMARY: Paragraphs 165-183 provide further examples and evidence of the Defendants' infringement of the Plaintiff's copyright, and expand a pattern of similarity.

24

COMPLAINT

## MINOR SCRIPT INFRINGEMENT:

184. **(B)** <u>Butterfly Driver</u>: the final battle and chase on Uberopolis, Arlo runs through doors that take the fight under the metal city floor. **[Exhibit A p. 101]**

185. <u>Elysium</u> the final battle and chase on Elysium, Max goes through a hatch that takes the fight under the metal city floor. **[Exhibit B pp. 110-112]**

186. **(C)** <u>Butterfly Driver</u>, Arlo's friend is killed by a state bounty hunter. **[Exhibit A p. 10]**

187. In <u>Elysium</u>, Max's friend is killed by state assassin, Kruger. **[Exhibit B p. 64]**

188. **(D)** <u>Butterfly Driver:</u> uses Bush era, post 911 terms to reinforce points, such as: "I don't negotiate with State enemies," and tags like "embolden". **[Exhibit A pp. 51, 88]**

189. <u>Elysium</u> borrows this stroke with "Homeland Defense" ("Homeland Security" in the movie). **[Exhibit B p. 2, 100]**

190. **(A)** <u>Butterfly Driver:</u> A character named "VAN" reflects some current attitudes toward immigrants, when he comments about an immigrant woman's hard work, "She just repatriated. People from the state can't work like that." **[Exhibit A p. 41]**

191. <u>Elysium</u>: reflects some current attitudes toward immigrants when Rhodes says, "Jesus Christ. Yes, the real issue. The ungodly influx of immigrants..." **[Exhibit B p. 17]**

192. **(E)** <u>Butterfly Driver:</u> Drexler and leaders talk politics and P.R. **[Exhibit A p.75]**

193. In <u>Elysium</u>: Delacourt, and leaders discuss politics and P.R. **[Exhibit B pp. 17-18]**

194. **(F)** In <u>Butterfly Driver:</u>, the massive climax battle causes chaos among civilians, and causes security officers to evacuate as alarms blare. **[Exhibit A p. 105]**

195. In <u>Elysium</u>, the massive climax battle causes chaos among civilians, and causes security officers to evacuate as alarms blare. **[Exhibit B p. 110]**

196. **(G)** <u>Butterfly Driver:</u> remote cameras track Arlo. **[Exhibit A pp. 98, 103, 107]**

In <u>Elysium</u>: remote cameras track Max **[Exhibit B pp. 80, 90]**

197. **( H )** <u>Butterfly Driver:</u> Characters refer to Arlo as a LEGEND. **[Exhibit A pp. 14, 48]**

198. <u>Elysium</u>: Julio tells Max "... you used to be a LEGEND. **[Exhibit B p. 25]**

199. Paragraphs 184-199 provide further examples and evidence of the Defendants' infringement of the Plaintiff's copyright, and expand a pattern of similarity.

25

## INTERNET / MULTI-MEDIA INFRINGEMENT

200.   The Plaintiff, showed the science, social nd political history behind his world,. The Defendants eliminated the social and political history from their script and film, but included this information on the official Elysium website. These details further infringe on the Plaintiff's "Butterfly Driver"; listed below:

201.   **(A)**   In <u>Butterfly Driver:</u> the villain, Drexler, is directly responsible for creating Uberopolis. He is the richest man in the world and owner of the most profitable company ever - Drexler Industries. Drexler Industries makes it's fortunes from 3 enterprises: 1) HEALTH & MEDICAL; 2) REAL ESTATE (homes on Uberopolis); 3) its media company.

202.   In <u>Elysium</u> the evil character Carlyle is directly responsible for creating Elysium. He is the CEO of Armadyne Corp. Armadyne is the most profitable company ever. Armadyne makes its fortune from 3 enterprises: 1) HEALTH & MEDICAL COMPANY;2) REAL ESTATE (Elysium); 3) his robotics products. (http://www.armadyne.net/company/leadership.php )

203.   **(B)**   <u>Butterfly Driver:</u> : When the second half of Uberopolis is completed it will support 200,000 to 300,000 citizens.  **[Exhibit A p. 4]**

204.   The offficial <u>Elysium</u> website says Elysium has a maximum capacity of 251,200 citizens -approximating Uberopolis's capacity. (http://www.welcometoelysium.com/)

205.   **(C)**   In <u>Butterfly Driver:</u>, immigration into the state costs tens of thousands of dollars. But only citizens who pass an intelligence test can vote.  **[Exhibit A pp. 12, 84]**
On the <u>Elysium</u> official website, it is revealed that legal immigration requires an IQ test. The website includes an IQ test site visitors can take.  http://www.itsbetteruphere.com/

206.   **(D)**   In "<u>Butterfly Driver:</u>" the government of Uberopolis also governs Earth, from Uberopolis, and it is a corporate, business centered world government.

207.   The official <u>Elysium</u> website establishes that the government of Elysium also governs the Earth. It is a business centered government, governed by The Elysium Corporate Authority. ( http://www.armadyne.net/#../company/about.php).

208.   Paragraphs 200-207 provide further examples and evidence of the Defendants' infringement of the Plaintiff's copyright, and expand a pattern of similarity.

26

COMPLAINT

## MARKETING INFRINGEMENT

209.  The synopsis is a filmmaker's foremost marketing tool.  In 2010, the Plaintiff posted an updated Butterfly Driver investor synopsis online, **[See Exhibit Q]** archived Aug. 6th, 2010, at: http://web.archive.org/web/20100807072930/http://www.mrexcellentmovie.com/future.html The Defendants synopsis seems patterned after that synopsis written by the Plaintiff's. Compare:

210.  "**BUTTERFLY DRIVER:** In 2144 Earth is grossly overpopulated, with 95% of the population living in poverty, while the elite .01% live on the giant man made luxery satellite, Uberopolis. Against this backdrop, in some anonomous slum, legendary soldier -and world's most wanted fugitive, Arlo Grainer, learns the polluted atmosphere will kill his daughter unless she receives an extremely costly drug. For that medicine Arlo will go across the globe and into the heart of Uberopolis, pursued by every bounty hunter on Earth".

211.  **ELYSIUM** (Synopsis-Logline): "In the year 2154, two classes of people exist: the very wealthy, who live on a pristine man-made space station called Elysium, and the rest, who live on an overpopulated, ruined planet. The people of Earth are desperate to escape the crime and poverty that is now rampant throughout the land. The only man with the chance to bring equality to these worlds is Max (Matt Damon), an ordinary guy in desperate need to get to Elysium. With his life hanging in the balance, he reluctantly takes on a dangerous mission -- one that pits him against Elysium's Secretary Delacourt (Jodie Foster) and her hard-line forces -- but if he succeeds, he could save not only his own life, but millions of people on Earth as well."

### SUMMARY: Marketing Infringement

212.  The Defendants' synopsis only mentions aspects infringed on from the Plaintiff's work -no mention of robots, exoskeleton suits, or high-tech guns, as they are insubstantial, and added only to disguise the infringement.  The Defendants' synopsis follows the Plaintiff's synopsis structure. Mention, first, the year, then the class division, then the satellite world, followed by plot details. On IMDB's top 200 science fiction films, of the future-set non-time-travel films, only "Elysium" and "Children Of Men", include the setting year in their synopsis, just as the Plaintiff.

213.  Paragraph 209-212 illustrate the Defendants' "Elysium" marketing synopsis adheres to a pattern of infringement and  similarity.

27

COMPLAINT

## DEFENDANTS' ATTEMPT TO APPEAR DISSIMILAR:

214.   Beyond the extensive copyright infringement outlined herein, (see in paragraphs 1-213) the Plaintiff believes the Defendants made obvious efforts to hide infringement and appear dissimilar from the Plaintiff's work (see paragraph 1-213). These efforts began long before the film was released. While making Elysium, the Defendants implemented measures of extreme secrecy -to keep the Plaintiff unaware his work was being misappropriated. In pre-production, the Defendants would not permit actors to see a script, or review their lines before auditioning. Cast and crew members were not permitted to reveal any story details, or take a script home. Legendary actress, Jody Foster, star of Silence of The Lambs (perhaps the film with the most surprise ending ever), says she had never seen such secrecy. **[See Exhibit R]**.

215.   Further evidence of the Defendants' efforts to hide their infringement is Jodie Foster's media statements that her character was originally written for a man. **[See Exhibit S].**

216.   Late May 2013, the Plaintiff contacted about 40 attorneys (including the Defendants' Counsel, K.W.I.K.A. Law) providing, via email, many case details. **[See Exhibit T]**. A few attorneys declined due to a "conflict of interests". KWIKA Law did not respond.

217.   The plaintiff believes, in May or early June 2013, the Defendants were informed of the immanent suit, giving them two months to re-edit portions of the film. The Plaintiff suspects this because the Defendants' script calls for four headaches, yet the film shows only three. And the 3 surviving headaches were inexplicably short; and all missing the special effects described in the script. The "eplileptic white static", the "blast of static pain", the "searing white light", and the "white hot flash of cerebral pain..." are all missing, as if someone tried to edit out the headaches, but couldn't make the scene work without a pinch of the headache footage. Defendant, Neill Blomkamp, is a special effects master. Every special effect in his film is executed as described - except the headaches. The Plaintiff contends the Defendants removed one headache, and attempted to remove the others, but could not, due to  insufficient coverage film footage.

218.   The Plaintiff believes the enormity of infringement, outlined throughout this complaint, joined with the Defendants' efforts to appearance of dissimilar, surpass substantial similarity, and comfortably meet the Striking Similarity criteria.

28

**DEFENDANTS' PROFITS**

219.    As of December 16th, 2013, Elysium had earned over $286,000,000, worldwide, against a cost of 115,000,000; amounting to profits of $161,000,000 (not include online, TV, or DVD sales). The Plaintiff suspects the Defendants overstate losses in anticipation of this litigation, as the budget for Elysium was listed at $90,000,000 from late May to late July, 2013, all around the internet. Suddenly, in July 2013, months after production ended, the budget skyrocketed to $115 million. The Plaintiff believes this is "Hollywood acounting, at play, where expenses are inflated to make films appear to be losses."**[See Exhibit U]** See: (http://web.archive.org/web/20130629221705/http://en.wikipedia.org/wiki/Elysium_(film)

220.    The Plaintiff believes, upon learning of this litigation, June 2013, the Defendants began to grossly inflate their expenses. The Plaintiff believes the actual cost of Elysium is $90,000,000, and the global marketing expenses to be $40,000,000, based on the $35,000,000 marketing budget Sony gave "District 9", Blomkamp's first film in 2009 ($210,000,000 gross worldwide). The Plaintiff believes each Defendants' fees, royalties, salaries, or other "expenses" received for any service they provided in the infringement (including fees for writing, directing, producing, facilities, rights, etc.) must be deducted from costs and counted as profit.

### DEFENDANTS' BUSINESS ETHICS CONCERN

221.    On May 14th, and June 11th 2013, billionaire investor, Daniel Loeb, CEO of Third Point, LLP, Sony's largest shareholder (7%), wrote an open letter to Sony's President, Kazuo Hirai, asking Hirai to make Sony Pictures Entertainment (Defendant) a partially publically traded company because it lacks transparency, accountability and discipline. **[See Exhibit V]**. Other articles criticize Sony picture for not implementing the same accounting methods for their film production as propounded in their investment business plans. Mr. Loeb's letter initiated an investor conference, November 2013, and a budget slashing of $100,000,000 at Sony Pictures.

### PERSONAL DAMAGES AND INJURY

222.    The Plaintiff's "Butterfly Driver" is a tight, thoughtful work, cultivated from the American experience of a native Californian, transplanted to an immigrant community in New York City (Inwood, Washington Heights) during the events of 911 (2001); forged from first-hand

COMPLAINT

1  perspective of the failures of the American healthcare system (then); and life-long witness

2  experience of the heart wrenching dichotomy engendered by America's immgration issues. Even

3  "Franny", the sick seven year old girl, was based of the Plaintiff's asthmatic seven year old son.

4      223.    Conversely, the Defendant(s)'s "Elysium" lacked any authenticity feel, is marred by

5  story flaws, such as the collision of thoughtful and absurd ideas, a lack of character depth, story

6  consistency -and basic science understanding (e.g., using turbine engines for space travel, etc.).

7          The Defendants' film promulgated conspicuously racist views; such as their vision of a

8  future where Latinos have amassed no wealth and (in the Defendants' eyes) have no work ethic

9  -as seemingly all Latinos in their film and script, wish to illegally enter a space world, where no

10  jobs are offered, so they can illegally live in mansions, get free health care, and not work. These

11  flaws and offensive views made Elysium one of Slate Magazine's Worst Movies of 2013.

12      224.    As a consequence of the Defendants' infringement, and their offensive views, the

13  Plaintiff's' reputation may be permanently damaged by the igniminious association with the

14  Defendants' infringing work. The Defendants' infringement makes it much harder for the Plaintiff

15  to approach the filmmaking establishment for support on future works, as Sony Pictures Ent., Inc.

16  also owns Columbia Pictures, and fellow Defendant, TriStar Pictures.

17      225.    The Defendant's infringement makes it impossible for the Plaintiff to market his

18  screenplay, as there is no room in the film market for two films about a poor man living in the

19  future ruins of an impoverished Earth, who needs to get to a satellite world for the super rich, etc.

20  As affirmed by LEWIS GALOOB TOYS, INC.v. NINTENDO OF AMERICA, INC., 964

21  F.2d 965 (9th Cir. 1992) Judge FARRIS [Cite: The Supreme Court specifically affirmed finding

22  that the motion picture adaptation "impinged on the ability to market new versions of the story."

23  Stewart, 495 U.S. at 238]

24  **ACCESS NOTE**

25      226.    The Plaintiff is does not believe Kevin Spacey or Dana Brunetti were complicit in

26  the access of his work or the infringement. But the Plaintiff is certain one or more of the

27  Defendants, or an acquaintance, accessed the Plaintiff's work on TriggerStreet.com.

28      227.    Since Defendant, Blomkamp, is at least credited with writing Elysium, the Plaintiff

1 believes he is most likely the infringer. Since TriggerStreet (now Trigger Street Labs) is a website

2 for short filmmakers and screenwriter, and in 2007 Blomkamp was exclusively a short

3 filmmaker, and the Plaintiff a screenwriter, adds to the weight of evidence against Blomkamp.

4     228.    Defendant, MRC, has been invloved with Spacey's and Brunetti's Trigger Street

5 Productions since late 2010 or early 2011 concerning, "House of Cards" (six months to a year

6 before production of Elysium began).

7     229.    Defendant QED International and CEO, Bill Block, have had been in business

8 contact with Trigger Street Productions since 2009 or early 2010, on the film "Inseparable" -

9 almost two years before production of Elysium.

10     230.    Defendants Sony Pictures Entertainment and TriStar began work with Trigger Street

11 Productions in March of 2007, on the feature film "21" -a few months before the Plaintiff alleges

12 one or more of the Defendants accessed his script.

13     231.    In 2007 TriggerStreet.com ("Trigger Street") gave screenwriters access to critical

14 feedback from their peers -and a small hope of being noticed by a Hollywood insider. In 2004,

15 and again in 2007, Defendant Neill Blomkamp gained worldwide attention due to his knack for

16 using social media to create viral global interests in his short films.

17     232.    In 2007, the Plaintiff, was a screenwriter seeking feedback from his peers, and

18 Defendant, Blomkamp, was a short filmmaker, based in Los Angeles (home of Trigger Street).

19 Neill Blomkamp, at the time (2007), was perhaps the most social media savvy short filmmaker in

20 the world -and living in the screenwriting hub of the world. The idea that a viral short filmmaker

21 could be in Los Angeles in 2007 and not be aware of Trigger Street, seems implausible.

22     233.    In 2007, just as today, the majority of TriggerStreet members were short filmmakers

23 and screenwriters. In 2007, Neill Blomkamp was a short filmmaker, with only a few short films

24 (and no feature films) to his credit. Blomkamp would wouldn't start his first feature film,

25 "District 9", for another year, until June 2008; and wouldn't finish until 2009.

26                   **DEFENSE'S CHARGE OF "PREVIOUSLY PUBLISHED"**

27     234.    In the Defense's Answer And Affirmative Defenses to the Plaintiff's original

28 Complaint, the Defense suggests that potions of the Plaintiffs work were previously published

<div align="center">31</div>

<div align="right">COMPLAINT</div>

(paragraph 201). This is mistaken. The Defense is suggesting the short (25-90 word) logline/synopses the Plaintiff posted on his website and private and special interest, screenwriter websites (with "Term of Use", etc., to attract investors, agents and filmmakers) constitutes "publication".

235.     The Plaintiff contends the Defense's interpretation of "publishing" is wrong, and -were that to become the precedent standard of "publication"- it would have a chilling effect on innovation, as inventers and creators would be forced to secret away their wares from the very entrepreneurs who would otherwise make their ideas real, for fear that even a simplified emailed description of their work could be considered publication, and violate their protections.

## COPYRIGHT REGISTRATION

236.     As stated earlier (paragraph 1, and 15-17) in this amended Complaint (and in the previous Complaint), the Plaintiff finished the first draft of his screenplay, "Uberopolis:City of Light", May, 2005. He continued to revise it, eventually renaming it, "Butterfly Driver", January 2007 (approx.). The Plaintiff revised the work until late July or early August 2007, to the Plaintiff's recollection and evidence. If the Plaintiff had registered sepearate copyrights for each of the earlier, verifiable, fixed versions of Uberopolis, or Butterfly Driver (several posted on TriggerStreet.com) there would be substantially more infringement claims in this Complaint. But this suit is only for the final revised version of "Butterfly Driver", registered June 21st, 2013.

237.     During the registration process, on the U.S. Copyright Office's website, the Plaintiff was asked to provide any previous titles of the work. As stated, Butterfly Driver is a revision and refinement of the Plaintiff's original, "Uberopolis: City of Light"; thus, the Plaintiff provided that previous title **[As Seen in Exhibit C].** The Plaintiff was also asked, near that point to provide a "Year of Completion". **[As Seen in Exhibit C].** The Plaintiff was uncertain if the Copyright Office wanted the year of completion of the earliest, previous, title, from 2005, or the final version, from 2007. Uncertain, the Plaintiff entered the year of the "previous title", 2005. But the Pllaintiff uploaded and registered, for the U.S. Copyright Office archives, a digital PDF of his 2007 title, "Butterfly Driver". This suit is for the infringement of that uploaded and registered screenplay: the last edited 2007 version of Butterfly Driver, attached as **Exhibit A.**

32

1                   **SERVICE NOTE**

2     238.    It should be noted that the Plaintiff's nephew, Vince Marchbanks, a graduate of USC's

3  architecture department, 2007 (not a professional server), arrived to serve QED International at

4  1:50 pm, December 4th, 2013. A QED receptionist told Mr. Marchbanks the legal representative

5  was at "lunch" and would be back in 20 minutes. After waiting an hour, and seeing no employees

6  enter the building, Mr. Marchbanks asked the receptionist if the legal rep had returned. She said

7  she would "check" his office. In a few minutes, she returned, saying the representative was now

8  "busy", but he had directed the receptionist to take the documents.

9     239.    This was the second time Mr. Marchbanks attempted to served QED. The first time,

10  on Tuesday, November 26th, 2013, the same receptionist received Mr. Marchbanks in the foyer

11  and told him the other QED staff members were on vacation.

12            **THE PLAINTIFF'S IDENTITY AND PERSONAL HISTORY**

13     240.    Due to doubts posed by the Defense concerning the Plaintiff's identity, (line 5 of the

14  Defense's Answers And Affirmative Defenses to the Plaintiff's original Complaint), and the

15  vague character insinuations the Defense's intends, the Plaintif isf providing this section to assert

16  his identity, hoping to spare the Court this effort.

17     241.    <u>The Plaintiff has NO criminal history, and has worked with emotionally disturbed</u>

18  <u>kids for 26 years, requiring routine Federal and State background checks and fingerprinting.</u>

19  Except for a custody suit, the Plaintiff has never sued (ot threatened to sue) another party. Nor

20  has he ever collected unemployment, social assistance, etc.

21                   PLAINTIFF"S IDENTITY

22     242.    The Plaintiff was born Steve Kenyatta Briggs, in San Francisco, California, September

23  24th, 1964. After his mother re-married to his step-father, Dennis Wilson, when the Plaintiff was

24  5 years old; the Plaintiff then took the name "Wilson". The name Wilson has been on his Social

25  Security card as long as the Plaintiff can remember. The Plaintiff began to hyphenate his name,

26  Steve Wilson-Briggs, around the time he was 16 years, or so, to the best of the Plaintiff's

27  recollection. The Plaintiff, if memory serves, has been known as Steve Wilson-Briggs, or Steve

28  Wilson Briggs (without hyphen), for about thirty years. In the late 1990's the Plaintiff began to

                                               COMPLAINT

1    drop tthe hyphen when certain government and private agancies' (including certain airlines)

2    computers could not process a hyphen. These agencies would then manufacture convenient

3    names for the plaintiff, such as WilsonBriggs, or Wilsonbriggs (including the DMV) **[See**

4    **Exhibit W** -S.S. Card, License, bank cards, AAA, passport; IRS and DMV mail; assorted

5    travel documents**]**. While  other agencies drop the hyphen entirely, for "Wilson Briggs". Oddly,

6    the hyphen appears on the Plaintiff's Social Security card, but not on the Social Security mailings.

7    **[See Exhibit W]**

8        243.    The Plaintiff's banking, DMV, lIRS, emails, and everything else is in his life, is under

9    the last name "Wilson-Briggs", or "Wilson Briggs" . The name that appeared on his license

10   (expired in September 2013) was Wilson-Briggs. The name on his current licence is Wilson

11   Briggs. National airlines and railrways process the Plaintiff's name with and without hyphen.**[See**

12   **Exhibit W].** The name that appears on his son's birth certificate is Steve K. Wilson Briggs.

13       244.    "Steve Kenyatta Wilson Briggs", "Steve Kenyatta Wilson-Briggs", or "Steve

14   Wilson Briggs", "Steve Wilson-Briggs", and "Steve Kenyatta Briggs" (or Steven);  all these

15   names refer, nationally, to one person, alone, the Plaintiff. Steve Wilson Briggs.

16       245.    The Plaintiff found nowhere in Copyright law or in the registration process, requiring

17   applicants use their birth name, or any specific name. If so, this would have a debilitatimg impact

18   on women's standing in intellectual property, as they often take their spouse's names. It would

19   have a similar effect on immigrants who's identities are valid, but often impossible to verify.

20                          PLAINTIFF"S RESIDENCE

21       246.    For the past 15 years the Plaintiff has lived only at these addresses: 4996 Broadway #

22   4G, NY, NY 10034 (1999-2007); 4322 Chico Ave. Santa Rosa, California 95407 (his family's

23   home for 42 years, 1971-the present); 681 Edna Way, San Mateo California, 94402 (2011 to

24   present); and for 4 months at a forgotten address in Elmhearst, Queens, NY (1998-1999).

25       247.    From 1999 to the 2007, the Plaintiif declared dual residency in California and New

26   York, using his family's home in Santa Rosa as his California residence -for reasons pertaining to

27   maintaining custodial ties to California regarding parenting arrangements of his son. During this

28   time the Plaintiff lived 8 to 9 monhs per year in New York and 3-4 months per year in California,

                                    34

                                                        COMPLAINT

1    where he worked (exclusively) for Seneca Cente. This arrangement allowed the Plaintiff to live in

2    New York City, without working, which afforded the Plaintiff unlimited time to parent his son,

3    when he was in New York -without need for other Child Care -and unlimited time to write.

4    248.    When the Plaintiff moved back to California, in 2007, the Plaintiff returned to the

5    family address in Santa Rosa. He uses that address on his license, Social Security, IRS and for

6    some mail, as his home in San Mateo, is transitional.

7                          PLAINTIFF"S EMPLOYMENT

8    249.    For the past 15 years the Plaintiff has worked for Seneca Center (Northern California,

9    1993 to 2009); Pheonix House (NYC, 1999); and The Sequoia Union High School District,

10   (Redwood City, CA, 2010 to Present); all concurrent to his private writing, film and music

11   endeavors. The agencies above have been the Plaintiff's only employers over the past 15 years.

12                                **COUNT ONE**

13            **Copyright Infringement Under 17 U.S.C. §§ 101 et seq.**

14   250.    The Plaintiff incorporates by reference all of the allegations of paragraphs 1

15   through 250, inclusive, as if fully set forth herein.

16   251.    The Plaintiff is the writer of his screenplay, Butterfly Driver. Butterfly Driver is an

17   original screeplay, copyrightable under the Copyright Act, The Plaintiff has a valid

18   Copyright to his work. As such, per Title 17 U.S.C. §§ 101. et seq., the Plaintiff has the exclusive

19   right to reproduce, distribute, perform, display, license, and to prepare derivative works based on

20   the copyrighted work.

21   252.    The Plaintiff alleges that the Defendants' screenplay and film Elysium are derived

22   from unauthorized misappropriation of the Plaintiff's work, Butterfly Driver; and infringe on the

23   Plaintiff's copyright; in violation of Title 17 U.S.C. §§ 101. et seq.

24   253.    Pursuant to 17 USC § 106, in making derivatives, reproducing, distributing and

25   displaying publicly their film, "Elysium" (based on their screenplay, Elysium), which infringes on

26   the Plaintiff copyright protected Butterfly Driver, the Defendants violated the Plaintiff's exclusive

27   rights of under Title 17 U.S.C. §§ 101. et seq.

28   254.    The Plaintiff alleges the Defendant's willfully committed the infringement of the

                                          35

                                                              COMPLAINT

1  Plaintiff's work for purposes of commercial advantage and/or private financial gain.

2      255.    On information and belief, The Plaintiff alleges that, as a result of the Defendants'

3  infringement of the Plaintiff's copyright protected work, Butterfly Driver, the Defendants have

4  realized and continue to realize profits, rightfully belonging to the Plaintiff. As of October 1st,

5  2013, Elysium had earned over $286,000,000 million, against a cost of $90 to $115,000,000.

6  Earning profits in excess of $161,000,000, and growing.

7      256.    The Plaintiff asserts the Defendants' infringement has caused and is causing substantial,

8  irreparable damage to Plaintiff.

9      257.    The Plaintiff contends that the Defendant's screenplay and film, Elysium, bear

10  "Substantial Similarity" to the Plaintiff's screenplay, and believes the Court may agree that the

11  transgression rises to "Striking Similarity".

12      258.    The Plaintiff alleges each of the Defendants had discrete and convenient access to his

13  work via Trigger Street (triggerstreet.com). Trigger Street can be accessed, free, and

14  anonomously, anywhere there is internet connectivity.

15      259.    Beyond the vast similarity, the Plaintiff contends: 1) the Defendants made obvious

16  attempts to give the appearance of dissimilarity; 2) the plaintiff's work contains idiosyncratic

17  elements repeated or emulated in the Defendants work; 3) uniqueness, and intricacy of sections

18  of the Plaintiff's work are mirrored in the Defendants'; 4) the same mistakes occur in both works.

19      260.    The Plaintiff alleges the Defendants' screenplay and film specifically infringe on the

20  heart of the Plaintiff's story, Butterfly Driver, including the Plaintiff's plot, characters (hero,

21  villain, sick girl, more), settings (including the giant orbiting satellite city for the super-rich),

22  hero's affliction headache, hero's keepsake necklace, hero's goal, themes, central conflicts,

23  catalyst, crisis, nciting incident, climax-twist, idiosyncratic elements, resolution, future vision,

24  more.

25      261.    The Defendant's infringement is so extensive that when the Plaintiff's infringed

26  content is extracted from Elysium there is no story left to market -all that remains are robots, two

27  exoskeletons, some high-tech guns, and the hero's new backstory; all of which are simply "add-

28  ons", added to disguise infringement -not connected to the central story.

<div align="center">36</div>

<div align="right">COMPLAINT</div>

# PRAYERS FOR RELIEF

## FIRST CAUSE OF ACTION: COPYRIGHT INFRINGEMENT

262.    WHEREFORE, the Plaintiff asks the Court to enter judgment in his favor, and against Defendants, Neill Blomkamp, Sony Pictures Ent., Inc., TriStar Picture, Inc., Media Rights Capital, and Q.E.D. International, and grant the Plaintiff the following relief:

263.    A.) Declare that the Defendants' unauthorized conduct violates the Plaintiff's rights under the Federal Copyright Act;

264.    B.) Pursuant to Title 17 USC § 503(b) the Plaintiff requests The Court order the end of production and distribution, and the impounding and destruction of all original recordings and all copies of the Defendants' film "Elysium", in all formats (DVD, CD, film, digital, etc), and order the impounding and destruction of all derivatives (such as video games, soundtracks, etc.);

265.    D.) As per Title 17 USC § 504(a)(b) the Plaintiff seeks Actual Damages (the opportunity to make and market his film) and Lost Profits;

266.    E.) Such other and further relief as the Court deems just and proper;

267.    F.) Pursuant to Title 17 USC § 506(a)(1)(A), as the Defendants' actions were willful and for purposes of commercial advantage, the Plaintiff asks the Court to hold the Defendant(s) criminally accountable as provided under section 2319 of Title 18.

268.    G.) The Plaintiff also prays for the injunctive remedies of: ordering the stopping any further and future sales and distribution of the Defendants' infringing work, "Elysium" (by that name or any other name), in any form (digital, film, DVD, CD, online video, games, toys, etc.).

269.    The Plaintiff incorporates by reference all of the allegations of paragraphs 1 through 208, inclusive, as if fully set forth herein. Consistent with the guidelines for injunctive remedies: 1) the Plaintiff has established that he will suffer irreparable harm without the injunctive measures;  2) the Plaintiff has presented a solid complaint and evidence supporting his claim that he will prevail; 3) the Defendants will not be harmed by the injunction more than the Plaintiff will be harmed without them; 4) and consistent with theguidelines for injunctive remedies, it is in the public's interest to be protected from being sold media and content misappropriated from other artists.

COMPLAINT

270.   H.) Pursuant to 17 U.S.C. §§ 412, the Plaintiff's "Butterfly Driver" was preregistered under section 408 (f) before the commencement of the infringement (and that has an effective date of registration not later than the earlier of 3 months after the first publication of the work or 1 month after the copyright owner has learned of the infringement). Thus, the Plaintiff prays of the Court for the remedy of reasonable fees for attorneys and disbursements. The Plaintiff's U.S. Copyright Office registration effective date for his unpublished script, "Butterfly Driver", is June 21st, 2013, which is seven weeks before the Defendants released, distributed and displayed publicly, "Elysium", in The USA and 11 other countries, on August 9th, 2013 (SEE: http://www.imdb.com/title/tt1535108/releaseinfo); which marked the commencement of the infringement -as any infringement before that date would be presumptively fair, non-profit activity. [LEWIS GALOOB TOYS, INC. v. NINTENDO OF AMERICA, INC. (9th Cir., 1992) (964 F.2d 965) "Game Genie users are engaged in a non-profit activity. Their use of the Game Genie to create derivative works therefore is presumptively fair." The Court also ruled in this case that, "a family's use of a Game Genie for private home enjoyment must be characterized as a non-commercial, nonprofit activity."].

DATED:  December 19th, 2013

Respectfully submited,

By: _____

   (Signature of Steve Wilson Briggs, Plaintiff)

38

COMPLAINT

ExA

# **Butterfly Driver**

Written By

Steve Wilson Briggs

WGAw # 1103287
Steve Wilson Briggs

Steve Wilson Briggs

FADE IN:

EXT. FOGGY FIELD – NIGHT

Blinding rays of a parked car's headlights cut the night fog, silhouetting five figures trudging through a sparsely wooded field near a small country farmhouse.

The shadows move into view: a sturdy man in an overcoat (JERRY Matthiessen, 45); a slender, neatly attired man (HOWARD Mann, 35); a portly FARMWOMAN (55); two barking dogs.

> HOWARD
> It makes me uncomfortable.

> JERRY
> Relax, Howard. All dogs put their
> noses there.

> FARMWOMAN
> Whatever made that hole made such a
> noise.  Got Bessie and Baxter to
> barking.  How'd you know it was here?

Jerry looks intermittently at a small multi-function phone/computer/global positioning device (called an omni-com) in his hand, to pinpoint a location.

> JERRY
> Friend at the observatory's echo-
> locators pegged it here.  You didn't
> call the police?

> FARMWOMAN
> Not if I don't have to. Y'all police,
> anyway. I seen him on TV.
>         (shining her
>          flashlight at Jerry)
> Um...uh... Jerry Mathers!

> JERRY
> Matthiessen. We're not exactly police.
> But we wanna be sure it's not
> contaminated. Spores, or what not.

> FARMWOMAN
> Y-yes. Thank you.

The farmwoman stops near a crater, shining her flashlight into a five foot in diameter by three foot deep hole.

> FARMWOMAN (CONT'D)
> Got some kinda ooze in it. Is that
> spore?  The dogs was licking it.

Shining his flashlight in the crater, Jerry sees a blackish-red "goo" lining the crater.

> JERRY
> I won't know till tomorrow.

> FARMWOMAN
> Chilly.  Mind if I go inside?

> JERRY
> Sure.  G'night.

Howard smiles as the farmwoman turns to her house.

The men cover their airways with cotton air-masks.  Jerry crouches at the mouth of the crater and puts on a pair of latex gloves. Howard looks around nervously.

> JERRY (CONT'D)
> Ten times more meteor sightings since
> they built Uberopolis.

> HOWARD
> You think this fell from Sky Town?

> JERRY
> A hypothesis... Looks organic.

Jerry grabs a short stick lying nearby and pokes the goo.

> HOWARD
> Ah, the scientific "stick test"...
> Smells like ham. I read cannibals
> said cooked human tastes like pork.
> They called human meat "long pork";
> cause we're long when you roast us -
> not short like pigs...

As Howard continues, Jerry takes a small sample jar and a scraper from the breast pocket of his overcoat, leans over, scrapes a sample and wipes it into the jar.

> HOWARD (CONT'D)
> Can you hurry? I hate being way out
> here without gun clearances.

Jerry seals the sample carefully, drops the jar into a clear plastic bag, and tucks it in his pocket.

                              JERRY
                    Let's go.

Howard nods. The two men head back toward their vehicle.
Against the headlights, their figures become shadows again.

The sound of closing car doors. A moment later, their vehicle
levitates straight up, arcs skyward and fades into the dark.


EXT. SPACE - NIGHT

A dead man, dressed in an orange jumpsuit, floats, silent,
in space. Beyond the corpse, a 3 mile wide satellite city,
Uberopolis, orbits 1000 miles above Earth's polluted skies.

The body is sucked into Earth's gravitational pull, faster
and faster, until the skin peels and burns from the heat of
re-entry. The body ignites and rockets downward.


EXT. CITY STREET - NIGHT

In an impoverished city, known as Zone 242, a teenage boy
(JOHN CARL, 15) jogs down a crowded street, carrying a small
bag, weaving through thugs, hustlers, hookers and homeless.

Overhead, a SHOOTING STAR streaks behind the patchy clouds.


INT. RIANNA'S HOUSE - BEDROOM - CONTINUOUS

In rundown single-family apartment house, situated above a
large garage, a woman, Rianna (40) looks out a bedroom window,
anxiously, seated by her daughter, Franny (7) who lies in
bed, looking rather gaunt.

On A BEDSIDE TV a cartoon is interrupted by a commercial.

ON THE TV:

A muscular, handsome man, President Peter DREXLER (50,
although he appears only 25) greets the viewers; behind him,
a photo of a satellite city, Uberopolis, floating on space.

                         DREXLER (on TV)
                    Hi, I'm President Peter Drexler, and
                    owner of Uberopolis. We have a lot
                              (MORE)

                              DREXLER (on TV) (CONT'D)
          to celebrate in the Global State.
          100 percent employment, almost no
          crime, but with 15 billion people,
          pollution and congestion persist
          everywhere -except, Sky Town. I invite
          you to come enjoy our casinos, museums
          and golf courses, all orbiting 1000
          miles above the worries of Earth.
          Let the pure air heal your lungs and
          the low gravity heal your bones...

An elderly man jumps from a three story building, landing
unharmed on the Uberopolis street.

                              DREXLER (CONT'D)
          Last year the first half of Uberopolis
          sold out in 6 months. The second
          half is under construction, to be
          opened next year. Reserve your home
          now. See why over 150,000 people
          like me call Sky Town home.

BACK TO SCENE

THROUGH THE WINDOW: Rianna sees her son, John Carl, running,
down the street for home, up the stairs, to the front door.

BEDROOM

John Carl rushes in the room and hands the bag to his mother.

                              RIANNA
          Thank you.

Rianna pulls the cough medicine from the bag.

                              FRANNY
          John Carl, I just saw a shooting
          star.  I get another wish.

Rianna pours a capful of medicine. John Carl turns to Rianna.

                              JOHN CARL
          Cool.
               (turning to Rianna)
          I'm going downstairs to see dad before
          he goes to work... Night, Franny.

Rianna nods, extending the cap to Franny's lips. Franny waves,
drinking down the medicine. John Carl exits.

INT. GARAGE-REC CENTER - NIGHT (CONTINUOUS)

John Carl enters the large garage where his father (ARLO GRAINER, 45) teaches a small group of kids self-defense. Other kids play on a small pool table, paint on an easel and play board games; a few parents watch from the periphery.

Arlo demonstrates a "take-down" move. The kids repeat the move -except one little girl who fails to execute the move. Arlo shows her again. She tries again, and fails.

                    LITTLE GIRL
          I can't get it.

                    ARLO
          Just keep trying. That's the secret.
          We'll get it tomorrow.

The girl nods, reassured, as Arlo shakes her hand. Glancing at his watch, Arlo raises his voice to the rest of the garage.

                    ARLO (CONT'D)
          That's it guys! Goodnight!

Arlo moves toward a small office area within the garage, shaking a few of the kids' hands as they disperse for home.

IN THE GARAGE OFFICE

Arlo enters the office, followed by John Carl, who takes a seat on Arlo's desk. He picks up a photo of Arlo and another man (RODDY, 45). Both men in the photo wear gray jackets with black triangles over their hearts, beer mugs raised.

Arlo opens a door in the office and steps into his messy

BEDROOM

and takes a gun holster lying on his bed, puts it on, then throws on a gray jacket with a triangle over the heart. From the office John Carl comments on his father's messy room.

                    JOHN CARL
          You kept your room clean when you
          lived upstairs with mom.

                    ARLO
          Yeah, well, I'm a bachelor, now.
          Homework?

                        JOHN CARL
            Finished.

Arlo exits his bedroom and walks through

THE OFFICE and into

THE GARAGE-REC ROOM

followed by John Carl. Arlo walks to a small vehicle, called
a SKY-CYCLE (resembling a large motorcycle with a sidecar)
parked in the rear of the garage. As Arlo mounts the sky-
cycle, John Carl opens the garage door.


EXT. GARAGE - NIGHT (CONTINUOUS)

Arlo pushes the sky-cycle outside. Rain falls lightly.

                        JOHN CARL
            You patrolling with Roddy?

Arlo nods. John Carl steps out of the garage and closes the
garage door. Arlo pushes a button on the sky-cycle's dash; a
canopy covers the sky-cycle. He pushes another button; wings
extend from below the sky-cycle.

                        ARLO
            G'night.

                        JOHN CARL
            Night.

John Carl jogs upstairs and enters the house.

Arlo levitates the sky-cycle to the second floor and knocks
on Franny's window to get her attention.

THROUGH FRANNY'S WINDOW

Franny turns. Arlo blows her a kiss. Franny waves. Arlo turns
the sky-cycle skyward, and slips into the dark.


INT. WAREHOUSE - NIGHT

On the sky-cycle, Arlo glides through the port gate of a
large warehouse full of boxed supplies. He parks near a
loading dock where two large, worn, HOVER-JETS (flying cargo
trucks) warm their engines.

A rugged older man missing his right arm (DYLAN, 55) waves off one of the hover-jets as it glides out the port gate.

Arlo and Dylan shake hands; their voices barely audible over the warming hover-jet engine.

>               DYLAN
>     We got an emergency call about two
>     minutes ago, so I had to send Roddy
>     out with Isaac. I got enough M.T.'s.
>     You can line-ride, unless you wanna
>     do a butterfly run?

>               ARLO
>     We haven't had a butterfly in a year.

Dylan nods his head toward an attractive woman standing, nervously, near the warehouse office. TAMARA GWYNN (30).

>               DYLAN
>     Tamara Gwynn. A driver from 186
>     dropped her off. State energy
>     researcher. Loaded. Needs to get to
>     L.A. by morning for a court trial.
>     She's offering 500 grand up front
>     and 500 after. That's 300 for you.

>               ARLO
>     I'd like to help, but I've got kids.

Dylan nods understandingly, and gestures toward the GRAY hover-jet. A WORKER throws a bundle into the cargo hull and latches the door.

>               DYLAN
>     Run this to 238. Take theirs to 246;
>     bring 246's jet here. It's in the
>     flight plan.

Arlo nods, hops in the hover-jet and glides through the gate.


INT/EXT HOVER-JET - NIGHT

Above barren badlands Arlo races his hover-jet. Approaching another "zone" a police-jet drops behind Arlo and opens fires.

Arlo spins and returns fire. The police-jet swerves. Arlo enters the city low to the ground and quickly loses the police-

jet. Winding through the streets, Arlo disappears down a ramp leading to an underground bunker.


INT. WAREHOUSE - NIGHT

Arlo brings a BLUE hover-jet to a stop. As Arlo exits Dylan walk toward him to greet him.

"RING"! Arlo's omni-com (a multi-purpose communication device) rings. He pulls it out as he dashes toward his sky-cycle...

> ARLO
> That Roddy's distress signal!

Arlo jumps on his sky-cycle and races through one of the dock gates, back into the night.


EXT. SKY ABOVE ZONE 242 - NIGHT

Above slum-like housing, Arlo streaks across a stormy sky, looking at his omni-com's screen to track Roddy's location. Below, he spots two sky-cycles, on top of an old three-story office building. Arlo speaks into his omni-com.

> ARLO
> Their cycles are on the roof of the
> old Beckler building.

> DYLAN (on the phone)
> OK. Wait for Gomez and Drake...

Arlo ignores Dylan and glides down to the rooftop.


EXT. ABANDONED BUILDING - ROOF - NIGHT

Dismounting his sky-cycle, Arlo draws his gun and runs toward the roof's "emergency exit", and enters.


INT. ABANDONED BUILDING - NIGHT (CONTINUOUS)

Arlo descends The dark stairway from the roof and clicks 'on' his gun-mounted flashlight. At the base of the stairs he pushes open a door and steps into a long hall.

IN THE HALL

A dozen office doors face the hall. The eerie silence is broken by the sound of leaking rain DRIPPING through the aging ceiling. The offices are littered with broken furniture and the worthless artifacts of squatters come and gone.

Arlo suddenly drops to his knees, grabs his head, and GROWLS in pain.

His eyes roll back as he fights his way to his feet. The pain subsides as streetlight through the office windows reveals a trickle of blood beneath his nose.

Arlo collects himself and continues down the hall, looking in each office door. His omni-com indicates Roddy is in an office just ahead. As Arlo steps

IN THE OFFICE

his flashlight reflects off the rear office window, blinding him for an instant, just as his foot breaks through the rotting office floor.

He SLAMS down violently, smacking his face against the dirty floor. Lying disoriented, water drips onto his face.

Adjusting his eyes, Arlo jolts back, discovering his face is only inches from the bloody face of a motionless man –also wearing a gray jacket. Arlo checks the man for a pulse. Nothing. A voice calls, weakly, from the corner.

                    VOICE
          Isaac's gone.

                    ARLO
          Roddy?

Arlo turns his gun-light toward the voice, to discover it's Roddy, slumped in a corner, looking in his omni-com at a digital photo of a woman holding a baby.

                    RODDY
          My son would be eighteen. That war
          killed some beautiful people.

Arlo pulls his foot out of the floor and crawls to Roddy. He opens Roddy's jacket to find Roddy's chest bloodied from several bullet holes.

                    ARLO
          We're gettin' out of here.

                              RODDY
                    I only got a couple minutes left.

Arlo stands. Roddy coughs up a little blood. Arlo moves behind
Roddy and lifts.

                              ARLO
                    Who did this?

Roddy's heels drag behind as they move into the the hall.

IN THE HALL

                              RODDY
                    Bounty hunters set us up to find the
                    butterfly -Tamara. They beat us...
                    We couldn't give up the warehouse.
                    Isaac broke and told 'em you were
                    here. You got a bigger bounty than
                    Gwynn. They found your name in Ike's
                    omni-com. Won't be long before they
                    break his code and get your info.
                    Save your family.


EXT. ABANDONED BUILDING - ROOF - NIGHT (CONTINUOUS)

Arlo trips through the threshold, and falls hard to the wet
roof, with Roddy in his arms.

                              ARLO
                    Roddy...?

Roddy doesn't respond, his face vacant.

Two sky-cycles descend from the sky. Lying vulnerable, Arlo's
eyes grow alarmed. As the sky-cyclists land their sky-cycles
on the roof, one calls to Arlo in a familiar voice:

                              GOMEZ
                    Grainer!

                              ARLO
                    Gomez, bounty hunters killed Roddy.
                    Isaac's dead downstairs. They're
                    after me. I gotta get my family.

Arlo races to his sky cycle and hurls into the stormy sky.

EXT. SKY OVER ZONE 242 - NIGHT

The rain pounds against the windshield as Arlo races home.
He pulls out his omni-com and pushes a button.

                    VOICE / RIANNA
          Arlo?

                    ARLO
          Blue Guard's coming. Get the kids
          and get out now!

Arlo hangs up and dives the sky-cycle down, landing in front
of his garage.


EXT. RIANNA'S APARTMENT - NIGHT (CONTINUOUS)

Hopping off the sky-cycle, Arlo reaches under the seat, grabs
a fuel canister, pulls out his gun, and races up the stairs.
As Arlo enters the apartment Rianna exits carrying the
respirator, while John Carl carries Franny.

                    ARLO
          I'll be right down.

Arlo runs in the apartment, Rianna, John Carl (with Franny)
rush down to the sky-cycle.


INT. RIANNA'S APARTMENT - NIGHT (CONTINUOUS)

Arlo enters the living-room, fuel can in hand, grabs a tall
coat rack by the door and empties it on the floor -except
one hat and one jacket.

Arlo pours fuel on the floor as he moves with the coat-rack
across the room. He places the fuel can on a windowsill behind
the long curtain then shoves the coat-rack and jacket behind
the curtain -in front of the fuel can.

Arlo pulls out his omni-com, turns on its video recorder and
places it in the jacket's breast pocket, on the coat rack;
leaving the curtain cracked and the video lens exposed.

Arlo turns off the light as he runs out of the apartment.

In the darkened living-room, streetlight through the window
transforms the coat-rack's silhouette into a man hiding behind
the curtain.

INT. SKY-CYCLE - NIGHT (CONTINUOUS)

Arlo jumps in the sky-cycle and speeds away. John Carl sits behind Arlo, as Rianna holds Franny in the side-seat.

>                    RIANNA
>           We have no money. Where can we go?
>           The kids have never been out of 242.

>                    ARLO
>           Maybe your mom's, in New York.
>           Franny's gonna need State care.

>                    RIANNA
>           You can't go back to the State.

>                    ARLO
>           I'm not coming...

>                    JOHN CARL
>           But dad...

>                    ARLO
>           Not now.
>                (turning to Rianna)
>           You got ten grand there.

Arlo pulls a card from his jacket and hands it to Rianna. Rianna takes the card and swipes it through her omni-com.

>                    RIANNA
>           That won't last a week in The State.
>           And won't touch repatriation fees...
>           What if she gets as bad as last month,
>           and needs an air chamber?

Arlo pulls the sky-cycle into the warehouse.


INT. WAREHOUSE (OFFICE)- NIGHT

Arlo sits on the edge of Dylan's desk as Dylan talks on the phone. On a small battered couch, Franny sleeps on Rianna's lap; beside her, John Carl sits, stoically.

>                    DYLAN
>           OK... Three... Cheapest possible...

Arlo gestures to Rianna to pass him her omni-com.  She
obliges. Arlo activates the video feed from the omni-com he
left on the coat-rack in Rianna's apartment.

IN THE OMNI-COM SCREEN

Arlo sees TWO BOUNTY HUNTERS, guns drawn, enter

RIANNA'S APARTMENT (LIVINGROOM)

guided by Arlo's omni-com signal. In the dark, the bounty
hunters mistake the coat-rack shadow (behind the curtains)
for Arlo's silhouette. They open fire. BANG! BANG! BANG!

"BOOM!" Their bullets hit the fuel can behind the coat-rack,
causing an explosion.

BACK TO SCENE

Arlo hands the omni-com back to Rianna. Dylan hangs up the
phone and turns to Arlo.

                    DYLAN (CONT'D)
          I got a guy who can get them into
          New York, legit, and start the
          repatriation for a hundred grand.

                    ARLO
          Where can I get a hundred grand?


INT. WAREHOUSE DOCK - HOVER-TRUCK - NIGHT

Arlo hands Franny's sleeping body to Rianna, who sits

IN THE REAR OF A HOVER-TRUCK

huddled with John Carl, among the boxes. Arlo hands Rianna a
money card.

                    ARLO
          Here's another 150 grand. She'll
          wire the rest when I get her to L.A.

Rianna takes the card, nervously.

John Carl keeps a brave face. Without proper words Arlo
strokes John Carl's face, the way only a proud father might.

The hover-jet pilot waves from the cockpit, "ready". Arlo
looks at his family through the cargo door.

> ARLO (CONT'D)
> Love you.

Arlo closes the hull door. As the hover-jet accelerates through the gate, Arlo turns to find Dylan and Tamara watching, a few yards away. Dylan makes the introductions:

> DYLAN
> This is the butterfl -- Tamara Gwynn.
> That's Arlo Grainer.

Tamara and Arlo shake.

> TAMARA
> Honored to meet the legend.

> ARLO
> Ah, legends get better work hours.

Dylan scowls at the sky-cycle.

> DYLAN
> Lemme see what I can do here.

Dylan grabs his toolbox and disappears under the sky-cycle. Tamara turns to Arlo.

> TAMARA
> I'm sorry about your friend.

Arlo nods and lowers his eyes, in evident anguish.

> ARLO
> Why would they send bounty hunters?

> TAMARA
> I want change -the natural enemy of
> The State... The war you fight here,
> I fought inside the system.

> ARLO
> (shaking his head)
> The war ended fourteen years ago. I
> just fight to feed my family, now.

> TAMARA
> That's too bad. My father taught me,
> "A war isn't over if one soldier's
> still fighting." I always thought of
> you when he said it.

                    ARLO
YOU can be that soldier.

                    TAMARA
I'm prepared to be...

                    ARLO
What's to fight for, anyway? I'm
free of State control out here.

                    TAMARA
You? What about the world?

                    ARLO
I fought for them for a long time.
They wouldn't fight for themselves.

Arlo moves to a locked cabinet and opens it, revealing that
it's full of guns. He takes a gun and clips it to his
belt.Arlo holds a gun up for Tamara. She shakes her head, to
decline, but seizes the moment to redirect their conversation.

                    TAMARA
Those for religious riots?

                    ARLO
Nah. The religious killed each other
the first couple years the State
dumped 'em here, but stopped when
they got their own sectors. They're
not dangerous if you keep them apart.

                    TAMARA
Progress... So, you're religious?

                    ARLO
Nah. Maybe there's a God, though...
You religious?

                    TAMARA
          (shaking her head)
Faith comes from our unreasonably
hopeful nature. How we survive. I
put unreasonable hopes in my A-Cell.

                    ARLO
A-Cell?

                    TAMARA
Antimatter cell... Traditional fuel
pollution kills 130 million people
                (MORE)

                    TAMARA (CONT'D)
          every year. The State calls that an
          acceptable environmental sacrifice.
          My father believed every problem has
          an absolute solution -without
          sacrifice. After 6 years, via atomic
          polarity reversal, we created our A-
          cells, isolating antimatter H2O in a
          neutral plasmic insulator. A teaspoon
          of water produces enough clean energy
          to power a sky-car for a week. They'll
          save over 100 million lives per year.

                    ARLO
          And you're honored to meet *me*?

Tamara smiles, noticing a digital world map on the wall with
700 yellow lights, representing "zone" cities, connected by
black lines -representing "trade lanes". Most of the world
is in RED territory. But the zones are in GRAY territory.

                    TAMARA
          I hear there are 700 zones now?

Arlo nods.

                    TAMARA (CONT'D)
          So, you transport exiles now?

                    ARLO
          First time. I'm a line rider and an
          M.T.

                    TAMARA
          M.T.?

                    ARLO
          Moving Target. Street slang for us
          volunteer cops. No tax base to pay
          us, so we split time 'line-riding'.

Tamara's scrunched brow confesses her ignorance.

                    ARLO (CONT'D)
          We run supplies between the zones on
          the outland. Ride outside the lanes
          or more than 100 feet from the
          surface, you trip the radar, signal
          the Blue Guard, and get shot down.

TAMARA
A lot of slang in the zones... I
guess you call exiles "butterflies"
because we're weak, chased by the
wind from a thousand predators?

ARLO
(shrugging)
Maybe it's cause you represent hope.

Tamara shrugs, satisfied with the alternative. Tamara
flinches, suddenly remembering something. Reaching in her
handbag she pulls out two cases, approximately 12" by 3"
each: one blue, one black. Tamara hands Arlo the BLUE CASE.

TAMARA
Mr. Grainer, I need a place for the
A-cell.

Arlo opens it. The A-cell is a smooth, 9 inch long, phallic-
shaped glass cylinder, with rounded metal caps on the ends.
Inside the glass is liquid and high tech circuitry.

TAMARA (CONT'D)
If we don't make it, it can't fall
into The State's hands. The research
is micro-chipped inside... But be
careful. If the shield breaks and
the antimatter touches regular matter,
the explosion will level a city block.

ARLO
And you want to market this?

TAMARA
It's a prototype. The production
models will use less antimatter.

ARLO
What's in the black case?

TAMARA
A worthless decoy -just in case.

ARLO
It can't go with me either... Dylan!

Dylan looks up from under the sky-cycle. Arlo closes the
case and sets the A-cell on a counter.

> ARLO (CONT'D)
> Send this to me, care of Tian, at
> the 115 Z.R. Center. Fragile.

> DYLAN
> First thing in the morning.

Tamara looks shocked at Arlo's casual handling of her A-cell.

> TAMARA
> Zone 115?

> ARLO
> I'm going there after we're done.

Rising from under the Sky-cycle, Dylan tosses Arlo the keys.

> DYLAN
> Better hurry...

Dylan and Arlo exchange a warm handshake.

> ARLO, DYLAN
> (simultaneously)
> Until then.

Arlo and Tamara hop on their sky-cycle, but before they can exit, Drake and Gomez glide into the warehouse, using their sky-cycle side cars to transport the dead bodies of Roddy and Isaac.

Arlo takes a somber last look at Roddy's body.

The sky-cycle's canopy rises, the wings extend. Arlo tugs the throttle and races into the outland.


INT/EXT SKY-CYCLE - NIGHT

Racing through the outland "trade lanes" to Los Angeles, through the sky-cycle window Tamara sees a few small PIRATE SKY-CYCLES force down a POSTAL HOVER-JET.

> TAMARA
> Are they robbing that mail truck?

> ARLO
> Pirates. It happens out here.

Perhaps to ease Tamara's nerves, Arlo offers a bit of conversation.

                    ARLO (CONT'D)
        So, why did The State chase you out?

                    TAMARA
        They wanted to buy the A-cell rights.
        But planned a slow transition to
        protect the energy industry. Too
        many lives would be lost. When we
        refused, they banned  A-cell
        production. So file suit. Dad was
        killed two days later. I went into
        hiding in the zones. After the trial
        starts, with the media attention,
        I'll be O.K.

Arlo contemplates Tamara's explanation.

                    TAMARA (CONT'D)
        And you never told me where you keep
        your "unreasonable" hope?

Arlo pauses as he drives.

                    ARLO
        My garage...

Tamara's face takes a confused twist.

                    ARLO (CONT'D)
        The kids in my neighborhood had to
        stay inside 'cause it wasn't safe to
        play outside... Same in all the zones.
        But after I turned my garage into a
        rec-center, they had a place to play.

A faint smile manifests on Arlo's face then dissipates,
perhaps at the realization that his garage is gone. Tamara's
expression softens at his explanation.

SUNRISE

The sprawling glow of beautiful city of LOS ANGELES comes
into view. Many large, heavily trafficked "skyways" (flight
paths) lead into the city.  Arlo gets into one of the skyways.

                    ARLO (CONT'D)
        We're about to enter State's airways.
        My sky-cycle's not State legal. Keep
        an eye out for the blue guard.

Arlo and Tamara proceed deeper into the vast, modern city. The buildings grow thicker and taller as they fly. Tamara points to a distant skyscraper with a giant "R" on the top.

                    TAMARA
          The court's next to the Riordan News
          Center.

IN THE REAR-VIEW MIRROR

Arlo sees a police sky-car descend behind them, SIREN on.

BACK TO SCENE

Arlo accelerates to escape.  The police car gives chase. Arlo weaves through the skyscrapers, racing for downtown.

The police pull closer. At street level, Arlo weaves through countless hovering vehicles.

Ahead, Arlo sees another police-jet headed straight for his sky-cycle. With vehicles in all directions but down, Arlo smashes the sky-cycle to the street to avoid the collision.

The sky-cycle scrapes along the street in a wake of sparks and smoke, finally stopping amid a crowded street.


EXT. STREET OF LOS ANGELES - MORNING (CONTINUOUS)

Arlo leaps from the sky-cycle wreckage, forehead bleeding. Tamara hops out. The police sky-car begins a U-turn.

                    ARLO
          We're a block away --

                    TAMARA
          Split up. I can make it from here.

                    ARLO
          I don't think...

                    TAMARA
          They're after you. Go! They're coming.

Tamara turns and disappears into the crowd.

A handgun emerges from the police sky-car and fires at Arlo. "BANG!" People on the street duck, and dive for safety. Arlo turns and runs toward the Riordan building, two blocks away.

The police-jet quickly catches Arlo and runs him down. Arlo disappears under the sky-car.

INT/EXT POLICE SKY-CAR - CONTINUOUS

The POLICE DRIVER/PILOT looks in the rear-view mirror, but doesn't see Arlo's body emerge from under his sky-car.

Arlo desperately clings to the bottom of the sky-car, shoe heels dragging on the street.

The police driver looks forward to see he's on a collision course with the Riordan anchor room. He swerves up, narrowly avoiding the newsroom.

The centrifugal force of the sky-car's upward turn throws Arlo, sending him SLAMMING into the newsroom window.

INT/EXT ANCHOR ROOM - DAY (CONTINUOUS)

The set people turn their cameras toward the commotion. Through the window they see Arlo rise to his feet, grab a metal trashcan from the street corner and smash it against the anchor-room window, shattering it.

Arlo charges into the anchor-room, throws his arms behind his head and drops to his knees at the anchor desk.

                    ARLO
          I'm Arlo Grainer! Wanted for
          insurrection. I surrender...

Police officers rush into the room and shove their guns in Arlo's face, but with the cameras "on", they hold their fire.

INT. JERRY'S OFFICE - DAY

On the GLASS OFFICE DOOR reversed lettering reads: "OFFICE OF FEDERAL INQUIRIES, JERRY MATTHIESSEN, ESQ., SAN FRANCISCO".

Jerry sits at his desk, talking on his omni-com, looking out the window at the beautiful modern city of San Francisco.

                    JERRY
          Sure, I can hold...

Jerry taps his fingers impatiently, "on hold", as a news report of Arlo's arrest plays on his computer monitor.

ON THE MONITOR: film footage of Arlo's apprehension, surrender, and arrest replays.

> REPORTER (V.O.)
> Moments before Tamara Gwynn's court appearance, Arlo Grainer brazenly kidnapped the researcher, to access her fortune to fund Z.R. terrorists. Sadly, Gwynn was killed in a high speed crash when The State attempted to save her, moments before Grainer's surrender...

BACK TO SCENE

Jerry resumes his phone conversation:

> JERRY
> Yes... Yes... You've been very fair... Right... But an oxygen chamber isn't a luxury... How much time can I get?... Three days?... Alright.

Jerry hangs up and drops his head dejectedly.

> REPORTER
> -- 14 years ago after allied sanctions forced the U.S. to join The State, Grainer declared Stockton, California, a 'zone' outside State authority. Six hundred cities soon followed. To evade arrest Grainer went into hiding --

Howard walks in, holding a coffee cup looking at his wrist-watch-TV (watching a replay of Arlo's arrest).

> HOWARD
> You see Grainer's arrest?

> JERRY
> Hundred times.

> HOWARD
> Weren't you in the service together?

> JERRY
> Flight school, for a year. He got kicked out cause he got "ice-picks".

Howard looks at Jerry, dumbstruck.

> JERRY (CONT'D)
> Opthalmodynia. Short, terrible
> headaches. Like being stabbed in the
> brain with an ice pick... They said
> he was unsafe to fly and made him a
> flatfoot...

> HOWARD
> Hmm. You think he kidnapped Gwynn?

> JERRY
> I dunno. I'm about to fly to L.A. to
> do a DNA check on Arlo's sky-cycle.

> HOWARD
> So, what'd you dig up on the crater?

Jerry pulls a piece of paper from his desk and reads it as
he stands and puts on his jacket.

> JERRY
> DNA. Matched a prisoner named Leonard
> Lespi, arrested six months ago. Prison
> Commissioner Guerrero said Lespi
> lost his hand working on Sky Town
> and it fell to Earth in a heat
> resistant glove.

> HOWARD
> A hand? Whatever made that crater
> weighed at least 150 pounds. And
> what glove?

> JERRY
> You're surprised?... Guerrero granted
> me a call with Lespi -after The State
> response is released, in four months.

Howard rolls his eyes, familiar with State stalling tactics.

> JERRY (CONT'D)
> I better get going... See yuh.

Howard nods. Jerry exits.

INT. L.A. POLICE IMPOUND GARAGE - DAY

In a dark impound garage, Jerry walks with a POLICE ESCORT
to the stowed wreckage of Arlo's sky-cycle. The escort nods
to the wreckage without breaking his determined silence.

Jerry pokes his head in the sky-cycle. Looking around, he
sees no blood evidence. He produces a cotton swab, and swabs
samples from the steering wheel and both seats.

Dropping the swab in a small cup of a hand-held DNA analyzer,
Jerry produces a liquid solution from his pocket and pours a
few drops in the cup, then pushes the "start" button.

RING! Jerry answers his omni-com. State Secretary ANEESH
SHENKAR (50) appears in Jerry's eyepiece attachment, sitting
in his office.

INTERCUT TELEPHONE CONVERSATION - JERRY AND ANEESH:

                    JERRY
          Aneesh.

                    ANEESH
          Tampering with State evidence?

                    JERRY
          Naturally.

DING! The DNA analyzer sounds.

INSERT - DNA ANALYZER SCREEN

The analyzer screen reads: "IDENTITIES CONFIRMED: 1) ARLO
GRAINER, 2) TAMARA GWYNN."

BACK TO SCENE

                    ANEESH
          The case is airtight.

                    JERRY
          That's a first. How can I help you?

Jerry walks around the sky-cycle, examining it for evidence.

                    ANEESH
          We've had some riots in the zones
          since we arrested Grainer. We thought
          having you lead our investigation
          might calm things down.

                         JERRY
             I'm supposed to watch you guys, not
             help you. I'm better suited for the
             defense.

The COP shrugs at Jerry, as if to ask, "Are you finished?"
Jerry nods affirmatively. Jerry and the cop begin walking
toward the exit.

                         ANEESH
             Grainer won't accept a State rep...
             It's just a P.R. position, anyway.

Jerry purses his lips, unimpressed.

                         ANEESH (CONT'D)
             We can always suspend O.F.I. funding.

                         JERRY
             My son's filter room is about to be
             repossessed. I don't have time for
             your threats today.

                         ANEESH
             Jerry, we're trying to avoid a hot
             war here. Get on board and I'll buy
             your kid's filter.

Jerry stops at the exit door, stunned by the offer.


INT. ANEESH'S OFFICE - DAY (CONTINUOUS)

Aneesh hangs up his omni-com and turns to COMMISSIONER
GUERRERO (50) who sits sits opposite to Aneesh's desk.

                         ANEESH
             Matthiessen's on board.

                         COMMISSIONER GUERRERO
             Good. Should I have the warden take
             Grainer out?

                         ANEESH
             Why? Zone felons get 120 days on sky
             town, before trial. We'll handle him
             there, like all the rest.

INT. COURT ROOM -- FRIDAY

Arlo stands before a judge, face shaved, in a prison jumpsuit.

> JUDGE
> The prisoner refuses representation
> and plea. Charged with murder,
> conspiracy, kidnap, and insurrection.
> He's ordered to the Uberopolis work
> program until his trial date.

SMACK! The judge lowers his gavel.


INT/EXT PRISONER SHUTTLE - NIGHT

Arlo boards a shuttle with 50-100 other prisoners. The shuttle launches, and disappears into the sky, en route to Uberopolis.


EXT. UBEROPOLIS - DAY

Uberopolis bustles with life: three miles in diameter, enclosed in a transparent, spherical shield, with a flora-sphere and aqua-sphere beneath the city floor.

The city is divided in half by a giant metal wall.

On one side of the wall is an ultra-modern city, replete with casinos, golf courses, towering apartments and offices. On the other side of the wall: a construction zone, where thousands of prisoners toil to complete the city.

MONTAGE - ARLO ENTERS PRISON AND UBEROPOLIS

-- Arlo's body is scanned by an advanced MRI machine.

-- A doctor inserts a tracking chip behind Arlo's neck.

-- Arlo enters the construction zone, awed by it's enormity.

-- Arlo works hard welding a pipe joint.

-- Arlo, with his beard growing back, wipes his sweaty face.

-- Arlo helps hoist supplies up a building's scaffolding.

BACK TO SCENE

SUPERIMPOSE: "Uberopolis, Four Months Later."

In the construction zone, **WEARING A SHORT BEARD**, Arlo rivets a vent. A hundred yards away, a shuttle sits atop the dividing wall; another sits halfway up the wall, on a platform. As Arlo works he watches a shuttle land at the foot of the wall.

A green-suited guard hands a neighboring prisoner a red ticket, then calls to Arlo, yelling over Arlo's Rivet gun. The neighboring prisoner listens to the name the guard calls:

                    GUARD SUPERVISOR
          Grainer!... Arlo Grainer!...

Arlo turns to the guard. The guard hands Arlo a red ticket.

                    GUARD SUPERVISOR (CONT'D)
          You're on the 6 PM Earth-bound
          shuttle, after work... Lunch break.

                    ARLO
          Thanks.

Arlo drops his rivet gun and removes his lunch. The neighboring prisoner (DAVID LEVINE, 35) approaches Arlo.

                    DAVID
          You're Arlo Grainer.
              (extending his hand)
          David Levine, zone 319 outside of
          Boston. Honored.
              (shaking Arlo's hand)

                    ARLO
          242, outside of Dallas.

David holds up his red ticket as he shakes Arlo's hand.

                    DAVID
          Looks like we're going back together.
          Your trial start on Monday, too?

Arlo nods.

                    DAVID (CONT'D)
          Hey, I gotta friend over here who'd
          love to meet you.

David gestures to an area 20 yards away. Arlo shrugs and follows David to a machine with a pipe spigot extending from its side, pouring clear water into a large hole in the floor, covered by a metal bar grate.

                    DAVID (CONT'D)
          The dehumidifier recycles condensation
          back into the harbor, on the other
          side of that wall.

                    ARLO
          So, if we take this grate off, we
          can escape into the city?

                    DAVID
          It's capped from the other side.

David removes a sandwich from his lunch pouch and drops the
meat into the hole. A moment later a SCAR-NOSED dolphin
emerges beneath the grate to eat the meat.

                    DAVID (CONT'D)
          This is my friend, Spike.

David reaches through the bars to pet the dolphin's face.
Arlo dumps his sandwich meat to Spike, then bends to pat
Spike's scarred nose. Spike eats then happily swims away.

                    ARLO
          Incredible...

                    DAVID
          One of the last dolphin's left.

Arlo rises and turns his attention back to the shuttles.
David notices and turns toward the shuttles, too.

                    DAVID (CONT'D)
          You dig shuttles, too? I taught myself
          mechanical design by studying 'em. I
          know 'em inside out.

                    ARLO
          Their schedules don't add up...

Arlo points toward a shuttle, half way up the wall, where
brown suited workers load boxes marked 'DREXLERIN 2'.

                    ARLO (CONT'D)
          The medical shuttles load those boxes
          from the medical warehouse --

                    DAVID
          Not just boxes -Drexlerin 2. That
          stuff's gonna be gold on the black
          market. They started pulling it out
                    (MORE)

> DAVID (CONT'D)
> of the medical warehouse a couple
> weeks back.

Arlo looks at David startled at his awareness.

> DAVID (CONT'D)
> You won't last in the zones, if you
> don't pay attention.

Arlo nods then continues. He points to a shuttle at the top
of the dividing wall, where  free citizens from the other
side of the wall board, easily.

> ARLO
> The problem is: the hourly citizen
> commuter shuttle takes five hours -
> to Earth and back; but...

Arlo points to the shuttle on the construction zone floor.
Prisoners exit its hull.

> ARLO (CONT'D)
> ...the inmate return shuttles only
> take two hours.

> DAVID
> That doesn't make sense.

As David ponders, the supervisor calls from behind them.

> GUARD SUPERVISOR
> Time to get back to work!

> DAVID
> Guess I'll see you at boarding time.

Arlo nods. He and and David return to work.


EXT. PRISONER SHUTTLE PAD (UBEROPOLIS) - EVENING

SUPERIMPOSE: "Uberopolis, Prisoner Boarding Dock, 4 Hours
Later."

Arlo and 50 prisoners gather near a shuttle, surrounded by
guards.  A GUARD yells:

> GUARD
> Line up!

Arlo and David find each other in the crowd and join the other prisoners forming a line.

>                    ARLO
>          I got a bad feeling about this.

At the front of the line guards help prisoners into neck collars and handcuffs attached to a cable. Arlo squints at the cockpit –no pilots inside, or pilot loading platform.

>                  ARLO (CONT'D)
>          There are no pilots. No pilot loading
>          platform.

Distracted, Arlo and David fail to notice that they've arrived at the front of the line. A GUARD attempts to place the restraints on Arlo. He reflexively pulls away.

The guard shocks Arlo with a stun gun. As Arlo convulses, the guard slaps the restraints on him. Safe from retaliation, the guard pounds Arlo in the ribs. Intimidated, David doesn't resist the restraints. The cable pulls them away.


INT/EXT SHUTTLE – CARGO BAY – SAME

Arlo, David and the other prisoners are pulled to their seats. The cable restraints pop off as new wrist and waist restraints pop out of the seats. The shuttle doors close.

>                    ARLO
>          It only takes two hours round trip.
>          That's too fast to get back. No pilots –
>          no guilty consciences. We're getting
>          dumped in space.

>                    DAVID
>          What? Dumped?... What can we do?

>                    ARLO
>          Get in the airlock. I flew in the
>          Army. If we can get to the cockpit I
>          can override the autopilot.

The shuttle autopilots into Uberopolis' outer shield airlock. The rear airlock gate closes. The front gate opens. The shuttle accelerates into space. David yells to the prisoners:

>                    DAVID
>          We're about to get dumped in space!
>          Break free and get into the airlock!

PRISONER #1
You're wanna get us sent back?!

Arlo and David struggle to break the wristbands. Blood
trickles from Arlo's wrist. "SNAP!" His right arm breaks
free. "SNAP!" His left.

Arlo pushes his legs against the front seat until his seat
snaps back, allowing him to scoot out of the chest harness.

Freed, Arlo quickly helps to free David, as he yells to the
other prisoners:

ARLO
Get free or you're gonna die in here!

PRISONER #3
Sit down and shut up!

Arlo and David rush into the airlock and seal the door.

IN THE AIRLOCK

ARLO
There must be a cargo lock to keep
the hull from opening.

A RED LIGHT FLASHES and an ALARM BLARES, as Arlo and David
frantically search for the switch, to keep the doors closed.

THROUGH THE AIRLOCK WINDOW, David and Arlo look

IN THE CARGO BAY

as the restraints pop off and the prisoners float from their
seats. The overhead cargo doors slowly open. The vacuum of
space sucks the life from the prisoners, in an instant; their
bodies trail behind the shuttle, like so much litter.

IN THE AIRLOCK

DAVID
God. They're all dead!

ARLO
We'll die, too, if this thing
autopilots back to Sky Town.

Rushing into

THE COCKPIT

David and Arlo hop in the pilots' seats. Arlo pushes a few
buttons then nose-dives the shuttle toward Earth. David jerks
back violently and turns to Arlo, dismayed.

                    ARLO
          Taking a direct course to New York,
          before they blow us out of the sky.

ON THE RADAR MONITOR

David notices a missile icon, suddenly gaining from behind.

BACK TO SCENE

                    DAVID
          A warhead...

David holds hid breat. Arlo races he engine. The warhead
gains. Their faces shake, straining in the G-forces.

THROUGH THE WINDSHIELD: The State's beautiful New York City
comes into view.

ON THE RADAR MONITOR

An instant from contact the warhead disarms and falls into
the Hudson River.

BACK TO SCENE

Arlo and David exhale in relief.

                    ARLO
          It must have been programmed to
          disable over major State centers.

                    DAVID
          We could've just ejected in the pod.

Arlo cuts a confused glance at David.

                    DAVID (CONT'D)
          This cockpit's an escape pod

Processing the new data, Arlo looks around, then reaches up
and flips a few promising buttons on an overhead panel.

EXT. SHUTTLE - EVENING

The cockpit pod disconnects from the shuttle, leaving the fuselage to crash into the sea.


EXT. TRANSIT MALL PARKING LOT (JERSEY CITY) - EVENING

Arlo lands the small pod in a crowded commuter parking lot near the transit mall. David and Arlo hop out and race through the river of commuters, into the transit mall.


INT. TRANSIT MALL - SAME

Amid the transit mall crowd, Arlo notices some unattended luggage. He taps David to draw his attention to the bags. Dressed liked baggage handlers in their orange jumpsuits they seize the bags and rush to a restroom.

IN THE RESTROOM

Now wearing oversized white button-up shirts, Arlo and David rifle through the contents of the suitcases.

                    DAVID
          Nothing.

Arlo pulls a razor from the luggage.

                    ARLO
          Perfect.

David bends over. Arlo cuts a tiny tracking device from the back of his neck. Fingers bloody, Arlo drops the tracker in the toilet, and hands David the razor. David hesitates.

                    ARLO (CONT'D)
          Just do it.

David nervously cuts the tracking device from Arlo's neck and drops it in the toilet. Arlo stands upright.

                    DAVID
          Till then.

Arlo nods. David and Arlo charge out of the bathroom, into

THE TRANSIT MALL

where David disappears into the commuter crowd. Arlo, timing
his move perfectly, jumps a turnstile and rushes across the

TRAIN PLATFORM

into an AIR TRAIN, just beating the closing doors.


EXT. NEW YORK CITY STREET - NIGHT

Arlo emerges from the subway onto a street of upper Manhattan.
Across the street, Arlo sees a romantic couple about to enter
an apartment building. Glancing both ways, Arlo trots across
the street and slips into the the building behind the couple.


INT. APARTMENT BUILDING - HALLWAY - NIGHT

In the hall outside of Rianna's mother's apartment Arlo knocks
on the door. Rianna opens the door, eyes wet with tears,
shocked to find Arlo.

> RIANNA
> Arlo? You escaped.

> ARLO
> They tried to kill me. I Just want
> to see the kids then I'll go... Are
> you crying?...

> RIANNA
> Our repatriation is held because we
> didn't get Tamara's second payment.
> So the hospital won't treat Franny.

Arlo rushes into the apartment.


INT. RIANNA'S MOTHER'S APARTMENTS - BEDROOM - NIGHT

Franny lies in bed, unresponsive, breathing through a
respirator. Arlo sits at her bedside with DR. LANEY SHULER
(45, female, WITH A BURN SCAR ON HER FACE). Rianna and her
mother (MRS RAMIREZ, 65) watch near the doorway.  Laney places
a BLOOD ANALYZER to Franny's arm.

> ARLO
> Thanks for coming so quick, Schuler.

                    DR. LANEY SCHULER
          Save me from a burning truck, you
          get a house call.

John Carl enters the room and hands a small LOAF OF BREAD to
Arlo. Arlo shoves it in hs pocket. Mrs. Ramirez turns to
Rianna.

                    MRS. RAMIREZ
          He shouldn't have come here. They're
          going to arrest us any minute.

Rianna glares at her mother. DING! The analyzer's bell
sounds. Laney reads the LED.

                    DR. LANEY SCHULER
          Respiratory Distress Syndrome.
          Prolonged exposure to carbon dioxide
          inflames the alveoli, restricts
          oxygen, causing system failures. The
          only treatment is extremely expensive:
          Drexlerin. An inverse agonist
          polypeptide. I'd give her a 50
          percent survival chance with it –
          less than a week without it.

                    ARLO
          How soon can you get some for her?

                    DR. LANEY SCHULER
          Drexlerin was discontinued. Drexlerin
          2 will be released in a week or two.
          There's none left in The State.

                    ARLO
          Yes there is...


EXT. REMOTE FIELD – NIGHT

A sky-car lands on a dark field. A dimly lit town is visible
in the distance. Arlo steps from the sky-car into darkness.

                    DR. LANEY SCHULER
          115 is just ahead.

                    ARLO
          Thanks, Laney.

Closing the door, Arlo jogs toward the city, as the Laney
slowly turns the sky-car toward the cloudy night sky.

INT. JERRY'S OFFICE - DAY

Jerry sits impatiently at his own desk, with the TV on, glancing at his watch, fidgeting.

ON THE TV

Drexler exits a private shuttle with a BEAUTIFUL WOMAN, waving to their admirers, as a TV reporter narrates the story.

> TV REPORTER (V.O.)
> Today, Mr and Mrs. Drexler arrived
> on Uberopolis for a week long
> government summit. He announced
> Drexler Labs would soon make genetic
> reprogramming available to the public.
> Ten years ago, then 40 years old,
> Drexler, had his DNA reprogrammed to
> a permanent age of 25, and his DNA
> altered to produce no myostatin; so
> his bulging biceps are three times
> normal strength -without exercise.

BACK TO SCENE

Howard walks in the office holding a YELLOW HAMSTER WHEEL.

> HOWARD
> Morning.

Jerry nods, preoccupied.

> JERRY
> Morn. Guerrero's supposed to call
> with Lespi, about the crater. He's
> late.

Howard hands Jerry the yellow hamster wheel.

> HOWARD
> That's for Jacob... How's he doing?

> JERRY
> Thanks... Sick again.

> HOWARD
> Maybe he needs a cloned lung?

> JERRY
> We're saving for one; my insurance
> won't cover it -pre-existing.

> HOWARD
> Maybe that Drexlerin stuff?

> JERRY
> Out of supply. 'Sides, the doctor
> says Jacob's allergen impacted; so,
> it won't help him --

RING! Jerry's phone rings. He taps his computer monitor to receive the call. COMMISSIONER GUERRERO appears on the screen.

INTERCUT TELEPHONE CONVERSATION - JERRY, GUERRERO AND LESPI

> JERRY (CONT'D)
> Commissioner...

> COMMISSIONER GUERRERO
> Matthiessen, I've got Lespi. You got
> one minute. Ready?

> JERRY
> A minute?

> COMMISSIONER GUERRERO
> Maximum security limits. Here he is.

> JERRY
> Wait...

Commissioner Guerrero's image disappears. LESPI (40) appears, sitting in a cell.

> LESPI
> I know you?

> JERRY
> Jerry Matthiessen... Seems we found
> your hand in a crater.

> LESPI
> Gonna arrest me?

> JERRY
> Just wondering how it got there?

> LESPI
> I was riding cargo on a supply
> shuttle, when a battery started a
> box fire. I tried to jump in the
> airlock, but the alarm triggered and
> slammed the airlock door on my wrist.

                    JERRY
         Mind showing me your hands?

Lespi raises both hands. Two arms, two hands.

                    JERRY (CONT'D)
         How'd you get a new one?

                    LESPI
         State bought me a bionic... Hey,
         tell my goddamn lawyer I need to...

A smooth automated female voice interrupts:

                    FEMALE AUTOMATED VOICE
         You have exceeded your time limit.

The monitor screen goes black.

Jerry hangs up and turns to Howard with a confused look.

                    JERRY
         I thought prisoners can't get
         electives or bionics?

                    HOWARD
         They can't.

Howard stands and grabs his jacket.

                    HOWARD (CONT'D)
         Ready for lunch?

Standing, confused expression intact, Jerry grabs his jacket.

                    JERRY
         I gotta press conference for the
         Grainer trial downstairs in 45
         minutes. P.R.

                    HOWARD
         Busy day.

The men exit.


INT. RESTAURANT - DAY

Jerry and Howard sit at a small table in a swanky crowded
restaurant-bar. Howard watches one of the many TV monitors.

TV MONITOR

A news report plays video footage of a few boats pulling the wreckage of the shuttle from the Atlantic ocean.

SUPERIMPOSE: "Unmanned Shuttle Crashes Near New York."

BACK TO SCENE

                    HOWARD
          An unmanned shuttle crashed.

                    JERRY
          Crazy world.

Jerry chews down the last of his hot-dog and wipes his mouth.

                    JERRY (CONT'D)
          Mmm... 'Member when they served the
          real meat kind at the company party?

                    HOWARD
          Yeah. Those were incredible.

Jerry glances at his watch.

                    JERRY
          I gotta get back for that press
          statement.

Jerry tidies his hair then throws a tip on the table.

                    JERRY (CONT'D)
          See yuh.

Howard nods and sips a beverage. Jerry races out of the restaurant.


INT. PRESS ROOM - DAY

Jerry jogs into the pressroom. To his surprise he sees no reporters; just a CAMERAMAN, a MAKE-UP ARTIST, a bleach blonde LIGHTING-WOMAN (30) and producer, VAN AUCKLAND (35). Van Auck recognizes Jerry and approaches, hand extended.

                    VAN
          Van Auck, Public Imaging.

Jerry and Van shake.

                    JERRY
          Jerry Matthiessen... Public imaging?

Van gestures to a podium. Jerry walks to the podium as Van
explains.

                    VAN
          We make sure the administration is
          seen in the right light. The questions
          will come through the earpiece.

Van turns to the Make Up Artist.

                    VAN (CONT'D)
          Make up! He's kind of pasty.

Jerry walks behind the podium and puts on his earpiece, where
the Make Up Artist begins touching up his face.

                    JERRY
          Where are the reporters?

                    VAN
          We superimpose them. Look at your
          monitor.

Jerry looks.

ON THE MONITOR

With the click of a button, Van Auck fills the room on the
monitor with a dozen computer-generated reporters.

BACK TO SCENE

Jerry's jaw drops, astounded.

                    VAN (CONT'D)
          Gens. Computer generated models.
          I've preprogrammed the questions.

Van turns to the Make Up Artist.

                    VAN (CONT'D)
          Can you bring out his lips?

The Make-up Man applies a bit of lipstick to Jerry's lips.

The Lighting Woman quickly adjusts a light and scrambles to
set up a few microphones at the podium. Van and Jerry watch
her move, impressed by her work ethic. Van comments to Jerry:

                    VAN (CONT'D)
          She just repatriated. People from
          The State can't work like that.

Jerry remains still as the Make Up Artist colors his lips.
Finished, The Make-up Man nods to Van. Van turns to Jerry.

                    VAN (CONT'D)
          You ready?

Jerry combs his hair with his hand and clears his throat.


INT. JERRY'S OFFICE - DAY

Jerry rushes into the office, breathing hard from jogging.
He finds Howard watching a video on his computer.

                    HOWARD
          Why you running?

                    JERRY
               (checking his watch)
          My press conference comes on in three
          minutes. What are you watching?

                    HOWARD
          Old war footage of Arlo's platoon
          debriefing; after they were almost
          wiped out.

                    JERRY
          Why you watching that?

                    HOWARD
          Case background. The States's kinda
          obsessed with the guy. Doesn't seem
          like a killer. Saved his troops --

                    JERRY
          Tamara's DNA was in his sky-cycle.

                    HOWARD
          Circumstantial. Just look at this.

Howard clicks the remote control. Jerry rolls his eyes and
looks at his watch.

                    JERRY
          Two minutes.

ON THE MONITOR

IN A CONFERENCE ROOM

four soldiers (Arlo, 30; ERIC SANCHEZ, 25; TIAN SHEN WU, 25;
LU WON PHAM, 25) sit across a conference table from two U.S.
Army officials; GENERAL 1, and GENERAL 2 (50's).

                    GENERAL 1
          ...Lieutenant Midland stayed at base
          with the prisoner and sent the rest
          of the platoon into San Gabriel?

                    ERIC
          Just the four of us made it back to
          base. Midland and the prisoner were
          gone. We headed south along the river -
          before the Allies finished us.

                    ARLO (younger)
          About five minutes outta camp we
          found Midland's hover truck smoldering
          about 100 feet from the riverbank.
          We stopped to help, but he was gone.
          We found the prisoner dying half way
          to the river, face burned, holding
          an American field pistol -he must
          have wrestled it away from Midland.

                    GENERAL 2
          No sign of Lieutenant Midland?

                    TIAN
          Just his uniform by the river near
          some British sand-boots and a pool
          of blood.

                    LU WON PHAM
          Probably jumped in the river to get
          past the heat seekers to defect to
          the Allies -and didn't want his
          uniform getting in the way.

                    TIAN
          We heard Allied rovers, so we left
          the prisoner for the Allies to save.

VIDEO ENDS.

BACK TO SCENE

                    JERRY
          If he's innocent, he'll have his day
          in court.

Jerry hastily switches the channel to his press conference.
Seeing himself on TV, Jerry studies his image.

ON THE MONITOR

Jerry stands at the podium speaking.

SUPERIMPOSE: "LIVE"

                    JERRY / ON TV
          My involvement in the Grainer case
          has met with favor and skepticism...

BACK TO SCENE

Jerry and Howard watch curiously.

                    JERRY
          Am I that fat?

                    HOWARD
          Even fatter. How come it says "Live"?

                    JERRY
          Good question. Those reporters weren't
          even there. They're all gens. Computer
          generated.

                    JERRY / ON TV
          Mr. Grainer refuses State
          representation. So the best way I
          can assure a fair trial is to
          cooperate with the prosecution...

                    HOWARD
          All gens?

Jerry nods.

Howard's notices something about Jerry's face and stares at
him, transfixed. Jerry pauses, disarmed by Howard's stare.

                    HOWARD (CONT'D)
          You wearing lipstick?

                                        CUT TO:

44

INT. JERRY'S APARTMENT (JACOB'S BEDROOM) - NIGHT

Jerry sits by his son, MATTY (9) reading reading from the
book 'The Little Prince'. Matty lies on a bed inside a large
clear, plastic tent, which filters out air impurities, next
to a window overlooking the city.

                    JERRY
           " 'You become responsible forever
           for what you have tamed. You are
           responsible for your rose...' 'I am
           responsible for my rose,' the little
           prince repeated so that he would be
           sure to remember.' "

Jerry closes the book.

                  JERRY (CONT'D)
          That's it for tonight, big guy.

                  MATTY
       Aah...

                  JERRY
       Sorry.

A hamster runs exuberantly on the yellow hamster wheel Howard
bought Matty.

                  MATTY
       Dad, how long do I have to stay in
       here this time?

                  JERRY
       Probably only three days.

                  MATTY
       That's so long...

Matty leans his head against the plastic glass.

                  JERRY
       I know it's hard, Matty. But the
       air's dirty this time of year. But
       you'll get better soon and we'll
       finally get to go fishing.

                  MATTY
       Really?

                  JERRY
       I know it.

Jerry kisses his son's head –through the plastic glass.

                    JERRY (CONT'D)
          G'night, big man.

Jerry stands and turns out the light.

                    MATTY
          Night, Dad.

Jerry exits.

IN THE LIVINGROOM

Jerry wife, LAURA (35) lies on the couch reading a digital
book when Jerry enters the room.

                    LAURA
          You ready for Arlo's case, Monday?

Jerry walks to Laura on the couch.

                    JERRY
          I'm not even gonna be there. They
          just need me for P.R. spots.

Jerry lies beside Laura on the couch.

                    LAURA
          I don't know why they'd ask you to
          help their prosecution? What if he's
          innocent...?

                    JERRY
          He'll have his day in court. I give
          'em one favor, to keep my kid's
          filter, and I never hear the end.

                    LAURA
          I understand what you did... I was
          just thinking out loud.

Jerry purses his lips rigidly, perhaps struggling with his
own guilt.

                                        CUT TO:


EXT. ZONE 115 - DAWN

Sunlight barely penetrates the drizzling sky as Arlo walks a
desolate street of zone 115.

Thunder claps in the distance as he steps off the main road and stumbles over the ruins of an old multi-storied building.

Arlo proceeds over the rubble, to a surviving portion of the ruined building. He suddenly falls to one knee and grabs his head, stricken by an "ice-pick" headache. He GROWLS.

Eyes rolled back, Arlo rises to his feet, holding his temple, as if defying the pain to stop him. The pain quickly subsides. Arlo staggers forward.


INT. RUINED BUILDING - DAWN

Arlo enters the gutted building, confused, as if trying to make sense of the ruins.

Deeper in the building he finds a ragged teenager (LOUIS, 17) in tattered shoes and a GRAY SWEATER, sleeping with a rifle on his chest and a radio headset in one ear.

Arlo notices a small BLACK HANDGUN sticking out of the teen's belt. Arlo approaches the teenager and cautiously places one hand on the kid's rifle and swiftly pulls the handgun out of the kid's belt with the other.

The teenager awakens, startled and unable to move under the force of Arlo's arm on the rifle. Arlo touches the handgun to the teen's mouth, as if asking him to hush. Panic fills the teen's eyes.

                    ARLO
          I'm not going to hurt you. I'm Z.R.,
          too.

Arlo tucks the black gun in his belt to demonstrate his good intentions.

                    LOUIS
          What do you want?

Arlo releases control of the rifle, but remains within striking range of the kid.

                    ARLO
          The Z.R. center used to be here.

                    LOUIS
          A long time ago. They bombed it.

                    ARLO
          Then why are you here?

                    LOUIS
          Watching the sweatshop.

The teen points out the window to a large warehouse with
lots of downtrodden employees arriving.

                    ARLO
          For what?

                    LOUIS
          A State company makes fancy clothes
          in there. They brought a lot of jobs
          to this zone. We protect the workers
          from the thugs, and the workers
          sometimes buy us food.

                    ARLO
          Us?

                    LOUIS
          My back-up's behind you.

Arlo looks over his shoulder to discover an attractive woman,
BENNI (25) standing only a few feet behind him, in a tattered
jacket with a gun trained on Arlo's head. The woman moves
slightly forward to address Arlo.

                    BENNI
          You ask a lot of questions.
                    (turning to Louis)
          And you talk too much, Louis.

                    LOUIS
          I didn't say nothin'.

Benni pulls the radio headset out of Louis's ear.

                    BENNI
          Maybe if you weren't listening to
          that crap all the time.

Benni turns to Arlo.

                    BENNI (CONT'D)
          You with the blue guard?

                    ARLO
          Arlo Grainer. Zone 242.

                         BENNI
                    (excited)
          Arlo Grainer? Oh my god. You're
          supposed to be in prison?

                         ARLO
          I didn't like it. And you are...?

                         BENNI
          Benni...
                    (shaking Arlo's hand)
          ...and that's my little brother Louis.

Louis waves. Arlo remains distracted by Benni's gun.

                         BENNI (CONT'D)
          Sorry.

Benni lowers her gun from Arlo's face and unconsciously primps
her hair, confessing some subtle interest in Arlo. Louis
turns to Benni.

                         LOUIS
          You know him?

                         BENNI
          Arlo Grainer is like a myth. Don't
          you remember in school...

                         LOUIS
                    (to Benni)
          On TV... didn't Arlo Grainer kill
          that lady scientist?

                         ARLO
          I didn't kill anyone.

                         BENNI
          The State frames people, Louis, then
          takes them to jail, forever.

Louis's nervously scrutinizes Arlo. Benni turns to Arlo.

                         BENNI (CONT'D)
          Why would you come here?

                         ARLO
          Looking for the Z.R. Center and Tian
          Shen Wu.

                         BENNI
          Bounty hunters killed Tian about two
          years ago. The new center's not too
          far. Why are you going there?

                         ARLO
          I need to get to Sky Town.

                         BENNI
          Really?

Benni considers Arlo's shabby outfit.

                         BENNI (CONT'D)
          Looking like that?

                         ARLO
          Got something better?

                         BENNI
          We collect the sweatshop's irregular
          clothes for Faith House... Come
          upstairs and see what we can find...
                   (turning to Louis)
          Stay awake, Louis.

Benni turns and begins toward an old staircase. Arlo follows.

                         BENNI (CONT'D)
          Why are you going to Sky Town?

                         ARLO
          To get some medicine.

Arlo and Benni continue upstairs to the ruins of an old
abandoned apartment.


INT. UPSTAIRS APARTMENT

The Spartan decor of Benni and Louis's apartment is lighted
only by candle fire. Arlo follows Benni into her bedroom.

IN BENNI'S BEDROOM

Arlo notices several garbage bags (full of clothes) on the
bed, and more clothes stacked around the room. He struggles
to ignore Benni's athletic shape as she picks out a couple
shirts, pants and a belt.

Benni approaches Arlo with the clothes.

                              BENNI
                    Put out your arms.

Arlo complies. Benni sizes the clothes against his frame,
then hands him the best suited pants, shirt and belt. Benni
points at an adjacent bathroom door.

                         BENNI (CONT'D)
                    You can change in there. I'll get
                    you a towel and bucket to clean up.

Benni turns to get Arlo's supplies. Arlo sniffs his armpits.


INT. JERRY'S APARTMENT (BEDROOM) - NIGHT

Sleeping IN THE DARK, next to Laura, Jerry's omni-com RINGS.
He TURNS ON THE LIGHT and answers his omni-com.

INTERCUT TELEPHONE CONVERSATION - JERRY AND ANEESH.

                              JERRY
                    Hello.

                              ANEESH
                    Jerry,  I've reserved a ticket for
                    you to New York. Grab your hat.

                              JERRY
                    What?

                              ANEESH
                    Arlo escaped on the crashed shuttle --

                              JERRY
                    What?

                              ANEESH
                    If we don't find him before his trial,
                    Monday morning, we're gonna have a
                    mess on our hands. You're our
                    investigator. You have all your
                    weapons and travel clearances.

                              JERRY
                    I don't investigate for The State.
                    You must have some regulars, 'Neesh.

                              ANEESH
                    Evidence planters, not investigators.
                    Imagine how emboldened the zones
                    will be if he's not in that court
                    room Monday. You could save a lot of
                    lives.

Jerry pauses to consider the request.

                              JERRY
                    With one condition -I don't work for
                    the prosecution anymore.

Aneeshes pauses to consider the terms.

                              ANEESH
                    Fine. Just find him.

                              JERRY
                    On my way.

Jerry hangs up, stands and steps to a SAFE sitting on the
dresser. Laura slowly rouses, awake.

                              LAURA
                    What's going on?

                              JERRY
                    I gotta go to New York.

Jerry spins the combination lock, opens the door and removes
a hand gun and a pre-packed travel bag. Laura watches as
Jerry pack his gun into his bag.

                              LAURA
                    Weapons clearance?... You're
                    investigating for them... It's Arlo.

Jerry throws on his pants.

                              JERRY
                    Can't say... Love you.

Jerry bends over and kisses Laura goodbye.

                              LAURA
                    Love you, too.

Jerry turns, grabs a shirt off a coat-rack, and exits.

INT. BENNI'S BEDROOM - MORNING

SPORTING A GOATEE on his chin, and looking great in his new clothes, Arlo exits the bathroom to find Benni bending over a bucket of water, in a tank top, finishing her hair wash.

                         BENNI
               Wow, You look great.

                         ARLO
               You too... I mean --

                         BENNI
               Don't. That's the nicest thing I've
               heard in a month.

                         ARLO
               You don't have a boyfriend?

                         BENNI
               Only thugs and paint blowers around
               here.

Arlo notices military dog tags on Benni's wrist.

                         ARLO
               U.S. Army issue.

Benni reaches for the dog-tags protectively.

                         BENNI
               My dad's. He was arrested in a police
               sweep. I'm sure they killed him. Mom
               was killed when they bombed this
               building.

Benni throws on a jacket, then picks up a plastic bowl and a spoon from the floor.

                         BENNI (CONT'D)
               The Z.R. Center can probably arrange
               tickets for you to Uberopolis, but
               we're gonna need to stop at Faith
               House for a fake I.D. and passport.

                         ARLO
               What's the bowl for?

                         BENNI
               You'll see.

                                                  CUT TO:

EXT. ZONE 115 - MORNING

A light rain falls. Benni and Arlo hasten down the dreary
streets of Zone 115 as a few down-trodden people emerge from
the doorways of the endless rundown buildings.

A large, heavily armed, State Army hover-truck suddenly
descends to the street ahead of them. A gate opens, releasing
dozens of weak and gaunt women and children. Arlo and Benni
watch unflinchingly, familiar with the State's practice of
dumping religious prisoners in the zones.

> BENNI
> When the State started dumping the
> religious in our zone, it wasn't
> long before they started killing
> each other.

Cargo emptied, the army hover-truck quickly flies away.

> BENNI (CONT'D)
> Tian got their leaders to meet and
> work things out... They opened Faith
> House; run by leaders of all faiths.

The religious refugees disperse, slowly, disoriented.

> BENNI (CONT'D)
> The killing stopped. They even have
> a school there for gifted children...

A young girl and a young boy, just dumped from the truck
walk weakly toward Arlo and Benni. The young girl looks
into Arlo's eyes imploringly.

> YOUNG GIRL
> Please, sir. We haven't eaten for
> two days.

> YOUNG BOY
> We lost our mother at the camp.

> YOUNG GIRL
> They took our father away.

Arlo reaches into his coat pocket, removes the bread John
Carl gave him and hands it to the kids.

> ARLO
> That's all I have.

                        YOUNG GIRL, YOUNG BOY
            Thanks you.  Thank you.

They two children collapse on the steps of a building and
devour the bread, ravenously.

Arlo and Benni continue on their path.  As they pass a tiny
neglected park Benni's voice perks up.

                        BENNI
            I found something amazing here
            yesterday...

SMALL ABANDONED PARK

Benni walks Arlo to the back gate of the small park. Near a
rusting fence she picks up an upside-down paper cup. Under
the cup, poking through a dirt patch, is a VIOLET flower.

                        ARLO
            Incredible.

                        BENNI
            I think it's a violet. We never get
            flowers here... It's even prettier
            in the rain...

Arlo admires how Benni's beauty also holds up in the rain.
Benni quickly digs the flower out of the ground with her
spoon, careful to protect the roots.

                        ARLO
            You're gonna keep it?

                        BENNI
            I'm taking it to Faith House. Maybe
            they can save it and make more.
            Imagine, a few of these in every
            neighborhood around here...

As Benni stands up she wipes her wet hair out of her face,
accidentally tangling her necklace pendant in her her hair.

                        BENNI (CONT'D)
            Ouch.

Arlo steps behind her and pulls the pendant out of her hair.
He examines the pendant. A large handmade woven-yarn pendant
of a YELLOW BUTTERFLY on a simple string.

                        ARLO
            That a dream catcher?

Benni nods.

> BENNI
> I made it... Dreams are like my
> religion.

> ARLO
> You believe in 'em?

> BENNI
> When that's all you got...

Arlo considers the butterfly dream-catcher.

> ARLO
> Butterfly... Represent hope, right?

Benni grabs the pendant string with her dirty hand. Their
hands touch along the necklace string.

> BENNI
> Change, to me... I'm not afraid of
> change.

Benni looks up at Arlo's face.

> BENNI (CONT'D)
> Some people are.

Arlo pauses, suddenly aware how close they are. Benni seems
comfortable at this range; Arlo, apprehensive.

"BROOM!" Thunder claps in the distance.

Arlo looks at his watch.

Benni bends and picks up the potted violet, and walks toward
the park exit. Arlo follows. As they return to

THE STREETS OF ZONE 115

their conversation resumes:

> BENNI (CONT'D)
> You must be happily married?

> ARLO
> Separated.

> BENNI
> You think she's your soul mate?

                    ARLO
                (shrugging)
        I'm not sure what a soul-mate is...?

                    BENNI
        Someone you're deeply connected to.

                    ARLO
        Maybe. But she says I don't talk
        enough.

                    BENNI
        I think guys avoid talking to avoid
        their feelings.

                    ARLO
                (shaking his head)
        I just have a way saying the wrong
        thing... You sound like a therapist.

Benni smiles.

                    BENNI
        I'd love to be a children's therapist.
        If we ever get a college here.

Benni turns off the sidewalk toward an old but well maintained
house.

                    BENNI (CONT'D)
        Here we are.

Arlo follows Benni up the stairs, bags of clothes in hand.


INT. FAITH HOUSE - DAY

Arlo and Benni stand

IN THE LARGE LOBBY

of the Faith House, with a RABBI (60), an Islamic CLERIC
(60), a GURU (60) and a PASTOR (60). Arlo shakes their hands.

THREE SECURITY GUARDS, on the periphery of the room, watch
Arlo as carefully as he watches them. Arlo addresses the
holy men, cautiously, as he watches the security guards.

                    ARLO
        Thank you for your help.

                    BENNI
          He's doesn't have much time.

                    GURU
          It will only be a few moments.

                    PASTOR
                (turning to Arlo)
          Stand against the wall.

Arlo moves against the white wall, watching the religious
men and their guards uneasily.

The cleric steps behind a mounted digital camera and snaps a
picture of Arlo.

The rabbi types a few words into a computer.

                    RABBI
          I found a corpse, killed in a skyway
          accident yesterday. His Uberopolis
          permits haven't been vacated yet.
          Avery Hibbard.

Arlo eyes dart, suspiciously. Benni turns to Arlo, concerned.

                    BENNI
          You look nervous.

                    ARLO
          Different religions in the same
          room...

                    BENNI
          Happens here everyday.

                    RABBI
          We fought for centuries...

                    PASTOR
          Now we're all looking for a homeland.

Arlo notices an opened door on the periphery of the main
room, with school-aged children inside. A classroom. Arlo
meanders closer to observe through the door.

INSIDE THE CLASSROOM

A small group of children study together. One of the students
reads to the class as the teacher and other students listen.

STUDENT
...internationally scorned for its
belligerent history, but its trade
imbalance and social and corporate
welfare destroyed its economy, and
eventually the world's. No longer
beholden, the allies attacked...

Arlo turns his away from the classroom. Back

IN THE CENTRAL BUSINESS OFFICE

the rabbi types a few more words in his computer.

Arlo and the security guards exchange suspicious glares.

An identification card comes out of a small advanced printer.
The cleric pulls the I.D. off the printer and quickly turns
to hand it to Arlo.

The cleric's sudden motion startles Arlo. In a reflexive
motion Arlo pulls out the black handgun (stolen from Louis)
and shoves it an inch from the cleric's face.

The cleric doesn't flinch, no stranger to danger. The security
guards draw their guns on Arlo.

BENNI
What are you doing?!

ARLO
(breathing heavily)
I thought it was a gun...

The cleric reveals Arlo's identification card in his hand.

CLERIC
Your I.D.

ARLO
Tell them to drop the guns.

The pastor gestures for the security guards to lower their
weapons. The guards lower their guns, cautiously.

GURU
Surviving the war and fourteen years
underground requires some healthy
paranoia. But you're safe here.

The Guru places his hand on Arlo's shoulder, comfortingly.
Benni's face softens from anger to understanding.

Benni touches Arlo hand and steps in front of his gun barrel.
Arlo lowers the gun and wipes the sweat from his brow.

                    ARLO
          I thought...

The cleric nods, understanding.

                    BENNI
             (nervously embarrassed)
          We should hurry to the Z.R. Center.

The holy men and Arlo all nod in eager agreement.

                    GURU
          Blessings.

                    PASTOR
          Godspeed.

Arlo and Benni exit.


EXT. STREETS OF ZONE 115 - DAY

Confused by Arlo's behavior, Benni hurries ahead of Arlo,
through the impoverished local pedestrians, predators and
their quarry.

                    ARLO
          I'm sorry.

Arlo catches up to Benni.

                    ARLO (CONT'D)
          I got nervous.

                    BENNI
          You put a gun in the cleric's face.

                    ARLO
          The religious can't mix in my zone.
             (overlapping)

                    BENNI
             (overlapping)
          If you can do that --

Benni stops walking and turns to face Arlo, breathing deeply
to gather her strength.

> BENNI (CONT'D)
> Did you kidnap Tamara Gwynn?... They
> found her DNA in your sky-cycle.

Arlo's face flattens, stunned.

> ARLO
> Tamara came to 242 trying to get
> back to L.A. for her trial before
> the State killed her -to stop her
> from producing her A-cells.

Benni resumes walking. Wounded, Arlo follows, as he explains.

> ARLO (CONT'D)
> When the bounty hunters who followed
> Tamara learned I was in 242 they
> came after me and my family, instead.
> I agreed to drive her to the L.A.
> for money to get my family to safety.
> I almost got her there... She was
> like you... Strong, full of hope.
> She was gonna save the world...

Benni's face softens as Arlo explains.

> ARLO (CONT'D)
> I'm afraid you don't believe me, but
> I didn't hurt Tamara.

Benni stops to face Arlo.

> BENNI
> I believe you...

Benni turns away and resumes walking. Arlo follows.

> BENNI (CONT'D)
> Weird to hear the fearless Arlo
> Grainer say he's afraid.

> ARLO
> Fearless? I got fears. They keep me
> smart... on my toes.

> BENNI
> What fears could you have?

> ARLO
> Fear I won't live to see my kids
> grow up... Fear I'll outlive 'em...
> (MORE)

                              ARLO (CONT'D)
                    Or I'll fail 'em...  Like I failed
                    Tamara.

                              BENNI
                    You did all you could.

                              ARLO
                    Fear of my own mistakes.

                              BENNI
                    What? You inspired millions of us --

                              ARLO
                    It was a mistake.

Benni's jaw drops with shock and disillusionment.

                              ARLO (CONT'D)
                    I wouldn't have declared Stockton a
                    free zone if I knew how many zone
                    fighters would die... for a mistake.

Benni's eyes grow wet with tears.

                              BENNI
                    It's not mistake. My parents died
                    for this.

Arlo's face goes flaccid, horrified that he's hurt Benni.

                              ARLO
                    You're right... It's not a mistake...

Benni pulls away and quickly crosses the street.

                              ARLO (CONT'D)
                    I didn't mean to say that...

Arlo lowers his head and follows her across the street, to
the basement door of an old building.


EXT. Z.R. BASEMENT - DAY

Wet from the rain, Arlo stands in silence with Benni as she
knocks on the basement door.

Benni dries her eyes before the door opens.

Two young Chinese men: a tall man, RICK (25), and a short man, BRUCE (25) open the door suspiciously.

> BRUCE
> Benni.

> BENNI
> Rick, Bruce. This is Arlo Grainer -a
> friend of your father's...

INT. RIANNA'S MOTHER'S APARTMENT (LIVINGROOM) - DAY

Jerry stands, speaking with Rianna and her mother. John Carl watches the proceedings carefully from the door of Franny's bedroom, behind him Franny is visible, unconscious, in bed.

> RIANNA
> ...he came alone. Only long enough
> to see Franny. Then he left.
> (turning to her mother)
> I can't believe you called these
> people.

> MRS. RAMIREZ
> If I didn't, we would have been
> arrested.

> RIANNA
> You're a crazy lady!

Jerry steps back at Rianna's yells, stepping off the plastic carpet cover and onto the carpet. Rianna's mother reacts.

> MRS. RAMIREZ
> Please, don't step on the carpet.

> JERRY
> Sorry.

Jerry steps forward and returns to Rianna.

> JERRY (CONT'D)
> Where's he going?

Rianna hesitates.

> JERRY (CONT'D)
> He's better off if I find him before
> the Blue Guard.

                         RIANNA
              Zone 115. He has a friend there...
              Tian Shen Wu.


INT. Z.R. CENTER - DAY

The Z.R. Center is little more than a basement apartment
full of recycled hi-tech equipment.

An AFRICAN AMERICAN MAN works at a computer desk. A WHITE
WOMAN (wearing an air filter) works on another computer in
the background.

Rick drinks tea with Arlo, on the couch. Benni listens
curiously.

                         ARLO
              ... He introduced me to Sun Tzu.

                         RICK
              My father told us many stories about
              you and how --

Bruce enters the room extending a BLUE box toward Arlo.

                         BRUCE
              A few months ago, this came for you,
              in care of my father.

Arlo stares at the the box astonished. Benni moves closer.

                         BRUCE (CONT'D)
              I've never seen anything like it.

Bruce hands the box to Arlo.

                         ARLO
              Thank you. Thank you.

Arlo opens the box, quickly, to find...

                         ARLO (CONT'D)
              The A-Cell.

Benni moves closer to see the A-cell -in perfect condition.

                         BENNI
              How can it be here?

                         ARLO
            Dylan sent it... I forgot.

                         BENNI
            This means --

                         ARLO
                    (whispering)
            Hope is unreasonable.

                         BENNI
            It means you can still help Tamara
            change the world.

Benni's phone rings. She answers.

                         BENNI (CONT'D)
            Louis...

Benni listens to her phone. The African American Man pulls a
document from a printer and hands it to Arlo.

                         AFRICAN AMERICAN MAN
            You're booked on the 3 PM shuttle to
            Uberopolis, gate five.

Arlo nods appreciatively.

                         ARLO
            Thanks. That only gives me three
            hours.

Arlo and Bruce consider the A-cell.

                         RICK
            Maybe we can help get that into the
            right hands.

                         BENNI
                    (on the phone)
            ... Thanks.

Benni hangs up, and turns to Arlo.

                         BENNI (CONT'D)
            Louis says a State investigator just
            came by. He's on his way here.

Arlo quickly tucks the A-cell into his jacket. Benni looks
at Arlo uncertainly.

                         ARLO
              I can't leave it here with The State
              coming...

Arlo moves closer to address Benni more personally.

                         ARLO (CONT'D)
              Thanks for everything... I'm sorry
              about what I said. It's not a mistake.

                         BENNI
              It's OK.

                         ARLO
              I mean it.

Benni removes her yellow dream-catcher necklace and puts it
around Arlo's neck.

                         BENNI
              For luck.

                         ARLO
              Thanks.

                         BENNI
              If you're ever back in 115...

Benni looks down self-consciously.

                         ARLO
              Of course.

Arlo turns for the door.

                         BENNI
              How can you get back into The State
              without a State car?

                         ARLO
              I'll work on that. I gotta go before
              they get here.

Arlo pulls the basement door open to leave.

                         RICK
              I know how you can get back in The
              State.

Arlo stops to listen.

EXT. Z.R. CENTER – DAY

Jerry parks his sky-car on the street outside of the Z.R.
center. Stepping out into the rain, Jerry raises his hands
over his head, to show he's unarmed as he approaches the
Z.R. basement headquarters.


INT. Z.R. CENTER – DAY

Jerry stands in the living area of the sector 115 Z.R. center
with the tall and the short Chinese man. The computer and
gadgets are all gone now, hidden. Bruce stares at Jerry with
admiration and comments to his brother:

                    BRUCE
          All these celebrities.

                    RICK
               (to Jerry)
          Brave of you to come here without
          the Blue Guard.

                    JERRY
          I figured I was safer without 'em.
          His wife said he came to see a...
          Tian Shen Wu.

                    RICK
          Our father's dead. Arlo needed a
          passport back into the State.

                    JERRY
          Where's he going?

Rick and Bruce look at each other cautiously.

                    JERRY (CONT'D)
          He's better off if I get him before
          the blue guard does.

                    BRUCE
          The shuttle port.

                    JERRY
          To where?

                    RICK
          We didn't ask.

INT/EXT JERRY'S SKY-CAR - DAY

Jerry races along the New York City skyline.

> JERRY
> Call Howard.

Jerry's sky-car dials Howard, automatically. A moment later, Howard's image appears in the rear-view mirror.

IN THE REAR-VIEW MIRROR MONITOR

Howard appears particularly neat and handsome, sitting in their office.

INTERCUT PHONE CONVERSATION - JERRY AND HOWARD

> HOWARD
> Jerry.

> JERRY
> You look great.

> HOWARD
> I'm meeting Michael for lunch. Where
> are you?

> JERRY
> New York. Tracking Arlo. He escaped
> in that shuttle crash --

> HOWARD
> You're kidding?

> JERRY
> They asked me to find him. I tracked
> him to the New York shuttle-port.

Jerry lowers his sky-car toward a shuttle-port parking garage as he continues talking with Howard (on the phone).

> HOWARD
> Where's he going?

> JERRY
> I don't know? His friends in 115
> just said he was coming here.

> HOWARD
> 115?

INT. SKY-CAR (IN PARKING GARAGE) - DAY (CONTINUOUS)

Still on the phone, Howard's face (in the rear-view mirror monitor) listens engrossed, as Jerry pulls his sky-car into the largely empty garage.

                    JERRY
          He went there to see a dead friend...
          Tian Shen Wu.

                    HOWARD
          From the San Gabriel debriefing video.

Jerry pulls the sky-car to a stop in a parking spot.

                    JERRY
          I knew that name sounded familiar...
          Can you run a check on all the San
          Gabriel survivors?

                    HOWARD
          Sure.

                    JERRY
          Call when you know something.

Jerry watches Howard's image vanish in the rear-view mirror as he hangs up. As the regular rear-view mirror perspective returns, Jerry's body jolts, startled to find Arlo, in the back seat, holding a gun to Jerry's head.

                    ARLO
          Keep your hands on the wheel, Jerry.

Jerry does as he's told. Arlo reaches over the seat and takes the gun from Jerry's belt, takes the keys from the ignition, and takes Jerry's omni-com. Arlo drops the omni-com on the sky-car seat, but puts the gun and keys in his jacket pocket.

                    ARLO (CONT'D)
          I need you to get out slowly.

Jerry and Arlo simultaneously exit, leaving their doors open.

Using the gun, Arlo points for Jerry to move to the rear of the Sky-car. Jerry complies.

Arlo opens the trunk. Seeing no witnesses, speaking with his gun, he directs Jerry to get in the trunk.

Jerry feigns entering the trunk then suddenly strikes Arlo's arm, powerfully, knocking Arlo's gun into the trunk.

As Arlo moves for the gun, Jerry grabs him and tackles him into the trunk and hammers two punches to his face.

From under Jerry, Arlo reaches up and grabs the hood of the trunk and slams it down on Jerry's head, twice. Dazing Jerry.

Arlo spins on top of Jerry. Jerry's feet dangle out of the trunk while Arlo stands firmly on the ground. With this advantage, Arlo hammers two forceful blows to Jerry's face.

With few defensive options, Jerry Kicks Arlo in the chest, sending Arlo staggering back several yards.

Jerry, feet sticking out of the trunk, grabs the gun and turns it on Arlo.

                    JERRY
          Stop!

Arlo freezes, then notices that Jerry is holding his (Arlo's) gun.

                    ARLO
          You have my gun. It's not loaded.

Arlo casually pulls Jerry's gun from his pocket and trains it on Jerry's face.

                    ARLO (CONT'D)
          Drop it or I'll shoot.

                    JERRY
          Shit.

Jerry drops the gun outside of the sky-car.

Arlo moves closer and gestures, with the gun, for Jerry to lie flat in the trunk. Jerry complies.

                    JERRY (CONT'D)
          Was it loaded.

                    ARLO
          Yeah.

Jerry rolls his eyes. Arlo tosses Jerry the sky-car key.

                    ARLO (CONT'D)
          Good to see you again. Sorry 'bout
          the circumstances...

                    JERRY
          I don't get it. You were safe in the
          zones. Why'd you come back?

                    ARLO
          My kid needs Drexlerin.

Arlo closes the trunk, drops Jerry's gun on the ground, and
dashes for the boarding gates.


INT. BOARDING GATE (SHUTTLE PORT) - DAY

Arriving at the baggage check line, Arlo takes off his jacket
and wraps the A-Cell inside. He passes inconspicuously through
a screening line as his jacket goes through an x-ray device.

A security worker notices the A-Cell in the X-ray monitors
and pulls it out.

Arlo's faces tightens.

Considering the A-Cell's phallic shape, the FEMALE SECURITY
WORKER eyes Arlo suspiciously. A nearby male SECURITY WORKER
giggles.

                    ARLO
          For my wife.

                    FEMALE SECURITY WORKER
          Of course.

Allowing Arlo past, the female security worker giggles as
she returns the A-cell to Arlo.


INT. PARKING GARAGE - DAY

Trapped in his own sky-car trunk, Jerry pounds his fists,
kicks and yells to no avail:

                    JERRY
          Open this fucking trunk!


INT. COMMUTER SHUTTLE - DAY

Arlo sits on a luxury commuter shuttle, nervously looking
around. A flight attendant hands Arlo a cup of orange juice.

                    ARLO
          Thank you.


INT. PARKING GARAGE - DAY

TWO POLICE OFFICERS work to pop Jerry's sky-car's trunk.

BANG-BANG! Jerry kicks the trunk's interior, loudly.

                    JERRY (O.S.)
                    (muffled)
          Come on!

The trunk pops open. Jerry emerges, stiffly, flashing his
badge, one EYE BLACKENED from his fight with Arlo.

                    JERRY (CONT'D)
          Jerry Matthiessen. Inquiries.

One of the officer hands Jerry his gun.

                    JERRY (CONT'D)
          Thanks.

Jerry opens the sky-car, grabs his omni-com and runs toward
the shuttle boarding gates, leaving the officers to wonder.


INT. SHUTTLE PORT - DAY

Jerry hops on an accelerated speed ramp to catch his breath.
On the speed ramp, a TV billboard commercial catches Jerry's
eye; the image of President Drexler superimposed next to a
brunette woman, TV anchorwoman, Hanna Trowers.

ON THE BILLBOARD MONITOR:

                    COMMERCIAL VOICE OVER (V.O.)
          Tonight, on TNC primetime, President
          Drexler talks everything from election
          strategy to to his experience as a
          P.O.W. in San Gabriel, tonight on
          Dana Trowers: Primetime.

BACK TO SCENE

Watching the monitor, epiphany illuminates Jerry's face.

                    JERRY
          San Gabriel...

Jerry pulls out his omni-com and dials hurriedly. Howard, at
the office, answers his omni-com.

INTERCUT TELEPHONE CONVERSATION - HOWARD AND JERRY

                    HOWARD
          I've been waiting for you to call
          back... You got beat up.
                (noticing Jerry's
                 bruised face)

As Jerry glides on the speed ramp, talking to Howard, he
carefully scans the commuter crowds for any sign of Arlo.

                    JERRY
          It's nothing. I made contact with
          Arlo. Too much contact.

                    HOWARD
          Where's he going?

                    JERRY
                (shrugging)
          That's the problem. I don't know. He
          just said he needs Drexlerin.

                    HOWARD
          I heard they're warehousing it on
          Uberopolis till it's released.

                    JERRY
          Sky Town? OK... Look check the
          connection between Arlo, Drexler and
          San Gabriel.

                    HOWARD
          Got it.

                    JERRY
          Call Aneesh first and tell him to
          warn Drexler that Arlo may be in Sky
          Town already.

                    HOWARD
          On it.

Jerry hangs up, jumps off the speed ramp and dials Drexler
as he walks toward the shuttle baggage check line.

INT. UBEROPOLIS - SHUTTLE-PORT - DAY

Arlo exits the shuttle and slips through the crowd in the shuttle-port concourse, as the public address plays a soothing info-mercial about the history of Uberopolis:

                    PUBLIC ADDRESS
          ...All six billion gallons of water
          in the Uberopolis Harbor were secured
          when Drex-Tech captured the Rathman-
          Tuttle comet...

In front of the shuttle-port, Arlo finds a row of small vehicles. Above the vehicles

A SIGN READS: "UBER-CARTS -FOR YOUR CONVENIENCE".

Arlo takes an Uber-Cart and zips toward downtown, Uberopolis.

                                        CUT TO:


INT. SHUTTLE PORT - BOARDING GATE (EARTH) - DAY

Standing the baggage check line, Jerry shows his guns and clearances to a SECURITY WORKER. The worker takes the guns, reading Jerry's paperwork:

                    SECURITY WORKER
          Sorry, Mr. Matthiessen. We'll issue
          you a stun gun, right away.

                    JERRY
          I've got permits...

                    SECURITY WORKER
          No guns permitted on Sky Town. Fragile
          environment. A bullet up there might
          ricochet a week before stopping.

Jerry's steps forward, thoughtfully.

A FEMALE SECURITY WORKER hands him a pack of underwear. Jerry looks confused by the gift.

                    JERRY
          Underwear?

>               FEMALE SECURITY WORKER
>       Gravity garments. Socks, briefs and
>       arm bands... Magnetized. There's no
>       gravity on Sky Town. The electro-
>       magnetic floor grid simulates a
>       gravity about one third of Earth's.
>       Without these, you'll just float in
>       the air.

INT. DREXLER MEDIA CENTER - CONFERENCE ROOM - EVENING

Near the top of the mammoth Drexler Media Center, President
Drexler sits at a huge table in a very elegant conference
room, with about 20 business leaders of all ethnicities.

The conference room is quite large, occupying most of the
57th floor, encircled by full length windows.

A few guards stand on the perimeter of the room.

Drexler lifts a briefcase to the table top and rises to his
feet. All talking stops.

>                   DREXLER
>       Six years ago Drexler Labs introduced
>       Drexlerin -a bi-monthly maintenance
>       drug, rather than a cure -to ensure
>       future sales.

Drexler opens the briefcase and pulls out a tube of Drexlerin
pills.

INSERT - THE BRIEFCASE CONTENTS: DREXLERIN BOTTLE AND A GUN

BACK TO SCENE

>                   DREXLER (CONT'D)
>       Sold in packs of 5, the expense and
>       popularity of Drexlerin made it a
>       hot black market target -resulting
>       in huge losses. Postal distribution
>       proved disastrous, too. It's
>       popularity was eventually killing
>       more people than it was saving.
>       Next week we introduce the one time...

Drexler removes the small bottle.

                    DREXLER (CONT'D)
          ...curative, Drexlerin 2. As you're
          aware, stock tripled this week.

The businessmen clap enthusiastically. Drexler dismisses
their applause.

                    DREXLER (CONT'D)
          I have an interview here in a few
          minutes, so, business to add to
          tomorrow's agenda?

                    BUSINESSMAN #2
          I'd like to expand the prison labor
          program to Earth-based industry. I
          hear you have over 5,000 workers up
          here?

                    DREXLER
          Hmm... Interesting. Anyone else?

                    BUSINESS WOMAN
          I'm concerned that the Riordan Network
          is pushing free speech limits. Maybe
          it's time...

Drexler shakes his head.

                    DREXLER
          Riordan's 10 percent market share
          assures voters the media is free.

                    BUSINESSMAN #3
          I'm concerned about rising zone
          pirating. If we close the trade lanes
          we end the pirating...

                    BUSINESS WOMAN #2
          Close the lanes and take them off
          our power grid. We'd save --

                    DREXLER
          We've been through this. The threat
          of a zone attack galvanizes the voters
          behind us. If we close the lanes or
          the power grid, we lose our factories,
          cheap labor, and our grip of power...
          We'll increase Blue Guard presence
          in the lanes.
                    (looking at his watch)
          Let resume in the morning.

EXT. STREETS OF UBEROPOLIS - NIGHT

As Arlo races the streets of Uberopolis on his uber-cart, he draws the attention of two POLICE OFFICERS in a police sky-ranger. One of the officers points to Arlo.

>                    POLICE OFFICER 1
>          Grainer!

One of the officers fires a stun projectile from his stun-gun. Arlo looks over his shoulder to find the officers. He hits the accelerator and begins weaving through the streets.

The police vehicle follows tenaciously. Arlo turns down a series of narrow alley ways. Not easily shaken, the police sky-ranger pulls closer.

Arlo turns the wrong way down a one-way street. Arlo, chased by the police vehicle, weaves wildly against the flow of traffic, as pedestrians race for safety.

Arlo turns sharply down a

NARROW ALLEY

and finds himself racing toward a dead-end wall. He leaps up, back, and out of his uber-cart, before it crashes into the wall.

The police aren't so lucky. Without time to swerve or eject, their sky-ranger smashes into the wall.

Arlo races to the police vehicle, to find both officers semi-conscious and groaning. Arlo checks for witnesses. All clear.

>                                             CUT TO:

EXT. UBEROPOLIS - SHUTTLE-PORT - NIGHT

Jerry de-boards the commuter shuttle and steps into the shuttle-port.

>                    PUBLIC ADDRESS
>          Uberopolis comes from the German
>          "Uber" meaning above. And Uberopolis
>          is truly a city above the rest...

As he walks through the commuter crowd, Jerry pops open his omni-com and calls... Howard answers.

Case 4:13-cv-04175-YGR Document 138 Filed 12/19/15 Page 195 of 606
Case 4:13-cv-04175-YGR Document 138-8 Filed 12/19/15 Page 115 of 167

77

INTERCUT TELEPHONE CONVERSATION - JERRY AND HOWARD

                    JERRY
          You get anything?

                    HOWARD
          Wu, Pham, and Sanchez all survived
          San Gabriel. Pham and Sanchez were
          busted for conspiracy after the war.
          Standard 120 days on Sky Town. After
          they returned to Earth, both were
          incinerated in prison riots. I checked
          "prisoners killed in riots" in the
          Corrections base and every Sky Town
          prisoner, ever, was killed in riots -
          after they returned to Earth. And
          all from the zones.

                    JERRY
          Hmm.

                    HOWARD
          What's more curious is Leonard Lespi
          was on the list... It said he died
          four months ago.

                    JERRY
          What?... That means the Lespi I spoke
          with --

                    HOWARD
          Was a gen... Died in space somehow
          and was sucked back to Earth and
          into our crater.

                    JERRY
          If he died in space, the other
          prisoners on that list did too.

                    HOWARD
          But how?

                    JERRY
          I dunno. And we have no evidence of
          a crime; no bodies or witnesses -
          except Arlo. Find any connection to
          San Gabriel?

                    HOWARD
          You won't believe... The platoon
          Drexler escaped from was Arlo's.

                    JERRY
        No shit?

                        HOWARD
            They erased any mention of the
            capturing platoon from The State
            database. I had to go to the prewar
            archives.

Jerry ponders the information briefly as the P.A. announces:

                        HOWARD (CONT'D)
            I dug up this old photo of Arlo's
            platoon.

Howard sends Jerry a digital photo of Arlo (15 years prior,
with his old platoon) to Jerry's omni-com.

INSERT - THE PHOTO: Arlo and 40 soldiers pose for a picture.

                    PUBLIC ADDRESS
            ...95 percent of the materials used
            to construct Uberopolis were mined
            and produced at President Drexler's
            lunar refinery...

Jerry notices one of the men in the photo looks familiar.

                        JERRY
            That guy on the left looks sort of
            like Drexler.

                        HOWARD
            Frank Midland, Platoon lieutenant.
            Incinerated by the same lancer that
            burned Drexler's face.

                        JERRY
            Hmm. Can you dig up Drexler's, Arlo's,
            and Midland's military records?

                    HOWARD
        On it.

                                            CUT TO:

EXT. STREETS OF UBEROPOLIS - NIGHT

Arlo walks swiftly down a busy Uberopolis street, dressed in
a police uniform, sunglasses and his hat tilted to protect
his identity.

Arlo notices a hospital's red cross, Uberopolis General.
Surveying his environs, he proceeds into the hospital.


INT. HOSPITAL – NIGHT

Arlo's police uniform has allowed him to penetrate deep into
the hospital. He arrives at a SECURITY DESK where a brown
jump-suited security DESK GUARD sits idly watching TV.

Behind the desk a sign reads: " ORGAN CENTER, AUTHORIZED
PERSONNEL". Arlo adjusts his hat and approaches the desk.

                    ARLO
          We're sweeping for that nut, Grainer.
          They asked me to check the Drexlerin
          warehouse.

                    DESK GUARD
          Yeah, dispatch said that dude might
          be here. They've all gone home for
          the day. If he's back there, he'll
          be easy to find. The warehouse is
          the 3rd door on the left.

The worker turns and presses a few numbers on a keyless entry
pad. The door slides open. Arlo disappears beyond the door.


EXT. UBEROPOLIS (STREETS) – NIGHT (SAME)

As Jerry walks the Sky Town streets near the shuttle-port,
he notices countless video cameras mounted on every street.

Spotting a police officer in a sky-ranger, Jerry pulls out
his badge and hails him to stop. The officer complies.

                    POLICE OFFICER 2
          We got a prisoner on the loose. What
          do you need?

                    JERRY
          That's who I'm after... Where can I
          get a sky-car?

                    POLICE OFFICER 2
          Get a cop ranger or cycle from the
          downtown station. Civilian vehicles
          can't go higher than twenty feet
                    (MORE)

                          POLICE OFFICER 2 (CONT'D)
                    from the street. Police vehicles can
                    free-range.

Jerry nods appreciatively and points at a video camera mounted
along the street.

                          JERRY
                    Can the station get me access to
                    these camera monitors, to locate the
                    prisoner?

                          POLICE OFFICER 2
                    Hell no. Until today we never had
                    crime to monitor. Those are so The
                    Drexler Media Center can televise
                    the celebrities here. It's good for
                    business. I gotta run.

Jerry nods. The cop drives away.


INT. HOSPITAL, WAREHOUSE - HALL - NIGHT

Once beyond the door and out of the security guard's eyesight,
Arlo runs to the third door from the left.

Arlo opens the warehouse door; glancing right then left, he
enters.


INT. HOSPITAL WAREHOUSE - CONTINUOUS

Arlo enters the warehouse to find a vast warehouse, the size
of a football field, with towering ceilings; empty.

Arlo looks around in gaped-jawed disbelief, scanning the
distant corners of the room for any sign of Drexlerin.

                                                        CUT TO:

EXT. DREXLER MEDIA BUILDING - NIGHT

Jerry hastily enter the beautiful Drexler Media building.


INT. DREXLER MEDIA BUILDING - NIGHT (SAME)

Entering the

LOBBY

Jerry jumps in a glass elevator. Stepping out in

THE 56TH FLOOR, RECEIVING AREA

Jerry shows his credentials to a RECEPTIONIST (25) at a desk.

                    JERRY
          I need to see your broadcast engineer.

The receptionist points beyond a large double door, where a
LARGE GUARD stands imposingly.

                    RECEPTIONIST
          In there. But you --

                    JERRY
          Thanks.

Jerry turns, approaches the GUARD and flashes his ID and
credentials to the guard.

                    RECEPTIONIST
          But, you can't just --

                    JERRY
          Federal Inquiries. I need the
          engineer.

Jerry quickly proceeds toward the control room.

                    LARGE GUARD
          Hold up, cowboy.

                    JERRY
          I've got an escaped prisoner. There's
          no time.

The guard grabs Jerry's shoulder forcefully.

                    LARGE GUARD
          I said, "wait".

                    JERRY
          I said, "there's no time".

Jerry explodes with an elbow to the guards face, dropping
him to his knees.

The guard topples to the floor, unconscious. Jerry walks
briskly beyond the door into the Broadcast Center.

IN THE BROADCAST CENTER

The control center is filled with high-tech equipment.
Employees work, busily.  Jerry addresses one of them.

                    JERRY
          Where's the control room?

The employee points to a nearby door. Jerry steps into the
Control Room.

IN THE TV CONTROL ROOM

Five or six people work behind a high-tech monitor, with 100
TV monitors on the walls around them.

                    JERRY
          Who's the engineer?

A man raises his hand. Jerry holds up his credentials and
waives the engineer closer.

                    JERRY (CONT'D)
          I have a prisoner loose in Sky Town.
          I need surveillance camera access.

                                        CUT TO:

INT. HOSPITAL (SECURITY DESK) - NIGHT

Arlo emerges from the warehouse, face awash with anxiety.
The security worker sits engrossed in his desktop TV.

ON THE TV

Anchorwoman, Dana Trwowers, begins an interview with Drexler.

                    HANNA TROWERS
          Tonight I'm honored to welcome
          President Peter Drexler, live from
          Uberopolis...

                    DREXLER
          Thank you.

BACK TO SCENE

Barely looking up from his TV the desk guard asks:

                    DESK GUARD
          Didn't find him, huh?

Arlo responds, trying to restrain his tense desperation.

> ARLO
> No. The warehouse is empty. They
> want me to look in the Drexlerin
> lab. Where's that?

The guard calls to another SECURITY GUARD, lazily posted
down the hall.

> DESK GUARD
> Spence, where's the Drexlerin lab?

> SECURITY GUARD
> That shit's made on Earth. They just
> stored it here until they were...

The security guard suddenly recognizes Arlo.

> SECURITY GUARD (CONT'D)
> Grainer.

The guard reaches for his stun gun.

Arlo runs.

The guard fires, narrowly missing Arlo.


EXT. HOSPITAL - NIGHT

Arlo runs out of the hospital and onto the street, followed
by the two hospital security guards.

                                        CUT TO:


INT. TV CONTROL ROOM - NIGHT

The engineer shows Jerry how to guide a stylus pen over a
computer touch screen (which shows a map of the city).

> ENGINEER
> Touch the map anywhere to view the
> camera in that part of the city.

The engineer hands Jerry the stylus.

> ENGINEER (CONT'D)
> When you find your man, tap his image,
> and the cameras will track him
> anywhere in the city.

Case 4:13-cv-04175  Document 168  Filed 12/10/15  Page 202 of 606
Case 4:13-cv-04175  Document 168  Filed 12/10/15  Page 124 of 167

84

JERRY
            Thanks.

The engineer leaves Jerry to search for Arlo.

Jerry looks at the 100+ TV monitors and turns to a female
engineer standing near him:

                          JERRY (CONT'D)
            These are all Drexler media channels?

                      FEMALE ENGINEER
            All 212 stations.

Jerry sees Drexler's image on several of the stations, still
sitting across from an anchorwoman.

The Female Engineer pushes a sequence of buttons and Drexler's
image is sent to most of the monitors.

ON THE MONITORS

The interview continues.

                          DREXLER
            ...Brilliant, really.  We conquered
            the Middle East by allowing their
            factions to exterminate each other.

                      HANNA TROWERS
            But your voter competency test, and
            sterilization plan for the poor,
            some say they're intended to eradicate
            the intellectually challenged -much
            like The State has ousted the
            religious.

                          DREXLER
            First, citizens are free to believe
            as they wish -in their homes.
            Religious assemblers are expelled to
            prevent the wars that religious
            assemblies invite.  Voter testing
            and my sterilization plan deserve
            debate.  For thousands of years our
            social progress has been stunted by
            the intellectual limits of the masses.
            We've subsidize them while they've
            over-populated us to extinction's
            brink...

85

BACK TO SCENE

Jerry turns to the female engineer.

                    JERRY
          Is that live?
                    (nodding to the
                    monitors)

The female engineer nods.

                    JERRY (CONT'D)
          Where is that?

                         FEMALE ENGINEER
          Drexler's conference room. One floor
          up.


EXT. STREETS OF UBEROPOLIS - NIGHT

Fleeing from the security workers, Arlo spies an unattended
police sky-ranger (car) on a crowded street corner. He jumps
in the sky-ranger. A cop, standing amid the pedestrians,
turns to find Arlo stealing the vehicle.

                    POLICE OFFICER 3
          Hey!


EXT. STREETS OF UBEROPOLIS (ALLEY) - NIGHT

Driving the stolen sky-ranger, Arlo slips down a quiet alley,
unsure of where to go or what to do. Stopping his stolen sky-
cycle, he hangs his head to think.

                    ARLO
              (whispering)
          No Drexlerin...

Arlo looks up to see the final moments of Drexler's TV
interview on a giant boulevard tv billboard.

ON ELECTRONIC BILLBOARD

                    DREXLER
          ... We're in a historical turning
          point: when reason overcomes religion.

> HANNA TROWERS (on TV)
> But in expelling the religious from
> The State, how are you less guilty
> than they of committing holy war?

> DREXLER (on TV)
> Ten thousand wars they waged against
> mankind. I waged one, to prevent ten
> thousand more.

The Anchorwoman pauses in the drama of the moment.

> HANNA TROWERS (on TV)
> Thank you, President Drexler. My
> best to the first lady.

Drexler nods.

BACK TO SCENE

Taken by an idea, Arlo picks up the sky-ranger's phone, and
accelerates back into the flow of Uberopolis traffic.


INT. TV CONTROL ROOM - NIGHT

The 200 TV screens return to their original broadcasts -except
one, which stays focused on Drexler.

An engineer pushes a button on the control board to speak to
Drexler on the set.

> PROGRAM DIRECTOR
> Great interview.

> DREXLER
> You got all the questions right,
> this time.

> PROGRAM DIRECTOR
> Thanks. G'night, sir.

Jerry looks at the screen where Drexler is sitting with the
anchorwoman. Unexpectedly the Anchorwoman vanishes from the
screen. A look of disbelief takes Jerry's face.

> JERRY
> She's a gen?

                    PROGRAM DIRECTOR
          You're a detective?
               (sarcastically)


INT. DREXLER MEDIA CENTER - CONFERENCE ROOM - NIGHT

Drexler removes the lapel microphone from his suit jacket
and walks to a

BAR

in a cozy corner of the conference room (near the conference
table) appointed with the amenities suited to his stature.

FOUR SECURITY GUARDS, visible in the shadows of the conference
room, keep a low profile, careful not to disturb the
President.

Drexler turns to his security guards:

                    DREXLER
          Soda?

One security guard nods and Drexler graciously tosses him a
canned beverage.

Drexler grabs a bottle of wine, and a wineglass, and pours a
drink, and takes a seat in a cushioned leather club chair.

Drexler loosens his collar, and places the wine bottle and
glass on the end table beside him.

Only a few yards away, his briefcase (containing the gun and
Drexlerin) still sits atop the conference table.

Drexler's watch-phone rings. He answers. It's his
receptionist, LYNN.

                    DREXLER (CONT'D)
          It's late, Lynn.

                    LYNN (on the phone)
          I have Arlo Grainer on the line.

Drexler pushes a button on a watch-phone. Arlo's image appears
on the tiny screen.

INTERCUT TELEPHONE CONVERSATION - ARLO AND DREXLER.

                    DREXLER
          What can I do for you?

                    ARLO
          We need to talk.

                    DREXLER
          I don't negotiate with State enemies.

                    ARLO
          I have the A-cell.

                    DREXLER
          I have the A-cell. It's a dud. Bad
          science.

                    ARLO
          You have a decoy.

Arlo holds up the A-cell for Drexler to see.

                    ARLO (CONT'D)
          Thing is, it's just a prototype. It
          still has some kinks. Like three
          ounces of antimatter. If someone
          were to, say, smash this open... All
          that antimatter could erase this
          city in an instant.

Drexler hesitates.

                    DREXLER
          I'm on the 57th floor of the Media
          Center. I'll have security stand
          down.

Arlo accelerates his stolen sky-cycle into the flow of
traffic.


INT.  TV CONTROL ROOM - NIGHT

Jerry watches the TV monitor. His omni-com rings. He answers.
It's Howard sitting

IN JERRY'S OFFICE

looking exhausted.

INTERCUT TELEPHONE CONVERSATION - JERRY AND HOWARD

                    JERRY
        What do yuh got?

                    HOWARD
        All there was in prewar records were
        their stat sheets and DNA index.
        Frank Midland: six-three, 230, 14
        boot...

Jerry grinds his teeth as he looks at a video monitor.

ON THE MONITOR

A field doctor cauterizes a soldier's wound.

BACK TO SCENE

                    HOWARD (CONT'D)
        ... Arlo: 6'-1", 210, 12 boot, wounded
        three times, honorable discharge.
        Nothing big in his DNA. Drexler: 225
        pounds, six-two, 12 boot... Odd.
        Drexler's prewar DNA records were
        destroyed. But his current sample is
        similar to Midland's...

Jerry processes the information as he glances at one of the
video monitors.

ON THE MONITOR

A cowboy brands a cow.

BACK TO SCENE

The video seems to trigger something in Jerry. He glances
back at the previous monitor:

ON THE MONITOR

A field doctor cauterizes a soldier's wound.

BACK TO SCENE

                    JERRY
        That's it! The burn would have
        cauterized the wound.

Jerry's eyes dart as he speaks to Howard on his omni-com,
his voice modulating with the intensity of a man unraveling
a puzzle.

JERRY (CONT'D)
There would have been no bleeding.
The blood was Drexler's, not
Midland's.

HOWARD
What?

Jerry's speech intensifies.

JERRY
In the debriefing video: the blood
by the river with the boots —because
Drexler's boots were too small...
That's why he had the gun. Midland
killed him...

HOWARD
Who? —What?

Jerry ignores Howard, lost in the epiphany.

JERRY
... The DNA reprogramming, that's
why it's not a perfect match. That's
why he destroyed his old records...

HOWARD
(overlapping)
I don't follow.

Jerry continues, lost in the revelation.

JERRY
And Arlo knows... That's why they
want me on their team —so I won't be
at the trial —cause there won't be
one. Just gens acting out a televised
trial —long after they've killed
Arlo.

HOWARD
What?

Jerry looks at the video monitor.

ON THE MONITOR

Jerry sees Arlo speeding down an Uberopolis street on his
Sky-cycle.

BACK TO SCENE

Jerry taps Arlo's video image. The video system automatically tracks Arlo's progress. With Jerry's tap, a tiny icon of Arlo appears on the lower screen -a digital map of Uberopolis.

ON THE LOWER SCREEN

Jerry's eyes follow the icon of Arlo, across the Uberopolis map. He sees Arlo is heading for the Drexler Media Center.

BACK TO SCENE

>                    JERRY
>          He's coming here.

Jerry hangs up the phone and addresses the control room.

>                    JERRY (CONT'D)
>          Who's in charge!

A man raises his hand.

>                    PROGRAM DIRECTOR
>          I'm the program director.

>                    JERRY
>          Go live with what I have here...
>          Every news channel.

>                    PROGRAM DIRECTOR
>          Only President Drexler can
>          authorize...

>                    JERRY
>          You ever see one of these?

The program director looks up to see Jerry's holding a stun gun inches from his face.

The program director pushes a series of buttons to run the video feed of Arlo, racing on a sky-cycle, to all 200 stations.

>                                        CUT TO:

EXT. STREETS OF UBEROPOLIS - NIGHT

Arlo suddenly steers the sky-cycle straight up, to the Drexler-Media building's 57th floor.

Arlo takes a few rotations around the building, his eyes
scanning for a very certain target.

Spying Drexler through the window, Arlo stomps the
accelerator, and SMASHES the sky-ranger through the window
of Drexler's conference room.


INT. DREXLER MEDIA CENTER - CONFERENCE ROOM - NIGHT

Glass and debris flies everywhere as Arlo spills onto the
floor.  Drexler shields his face from the debris and leaps
out of the club chair, to his feet.

Arlo lands on the floor, near the conference table, amid
glass and twisted metal.

                    DREXLER
          God damned fool!

Drexler's four security guards pull out their stun-guns.

Seeing the bodyguards moving closer, Arlo pulls out the A-
cell and holds it up to smash it down.

                    ARLO
          Get back or I'll smash it.
               (looking to Drexler)
          Get 'em back!

Drexler yells to the guards.

                    DREXLER
          Get away from him! Put those away.

The guards put their stun-guns away and back up.

                    ARLO
          Get 'em out of here.

Drexler turns to his guards.

                    DREXLER
          Get out.

The guards hesitate. Drexler reiterates his orders, calmly.

                    DREXLER (CONT'D)
          Now. I'll be fine.

The guards reluctantly exit. The door closes behind them.

Arlo crawls amid the glass and twisted metal, holding his knee, wounded.

> ARLO
> I know...
> > (grimacing in pain)
> ... you killed... Tamara Gwynn.

> DREXLER
> A painful choice, made for the greater good.

Arlo brings himself to a seated position.

> ARLO
> And everyday you dump hundreds of prisoners into space.
> > (breathing heavily)

Arlo struggles to his knees.

> DREXLER
> To offset escalating birthrates and overpopulation in the zones.

> ARLO
> You kill zoners and prisoners for transplant organs.

> DREXLER
> Shouldn't those who injure society, also heal it?... You know quite a bit about me... But I don't think we've had the pleasure...

Arlo  quickly pulls a small piece of metal from his knee.

> ARLO
> Don't you remember me? You ordered my platoon into an ambush in the San Gabriel...

Grimacing, Arlo rises to his feet.

> ARLO (CONT'D)
> So you could kidnap and ransom our prisoner -to finance your defection. But outside of camp a Lancer struck your hover truck -burning your face. Drexler survived... Facing treason, you took Drexler's clothes and tags,
> > (MORE)

> ARLO (CONT'D)
> and ordered him to the river; where
> you shot him, pushed his body in the
> river, put on his uniform... and
> played dead, waiting for the allies.

Drexler passively takes a seat in the club chair.

> ARLO (CONT'D)
> Face burned, with allied tags; no
> one questioned your ID. Your plastic
> surgeon sealed it. The you killed
> his parents and the inheritance was
> yours. Except we saw the burned
> soldier by the river, in British
> uniform, but U.S. boots and gun. You
> got rid of Lu, Eric and Tian before
> they realized... But I know you killed
> Drexler... Midland.

Drexler nods somberly.

> DREXLER
> Very good...

Drexler's demeanor softens. He proceeds, almost humbly.

> DREXLER (CONT'D)
> Before the war, I dreamed only of
> serving my country then running for
> office. Leadership burned like fire
> in me. My dream was almost stolen
> when my face was burned... See, wisdom
> and character mean little to voters
> in this age. They seek fame, wealth,
> beauty. I wasn't famous... or rich...
>         (smiling)
> ...But I looked OK... I didn't kill
> Drexler for his money, I killed him
> to get back my electable face...

                                                CUT TO:


INT. FAMILY'S HOME #1 (EARTH) - NIGHT (SAME)

A family watches the confession.

                                                CUT TO:


INT. DREXLER MEDIA CENTER - CONFERENCE ROOM - NIGHT (SAME)

As Drexler continues, his humility wears off.

                              DREXLER
          I used his name, but my with my
          policies The State IQ average is up -
          128; we've achieved full employment;
          we have more billionaires than ever;
          and brought jobs to the zones and
          provide your youth plenty of cheap
          video games and headsets; to keep
          them safe from their own despair -
          too content to fight.

Arlo's expressions flattens in the face of such evil.

                              DREXLER (CONT'D)
          So, you're here to topple the kingdom
          by killing the king?

                              ARLO
                   (shaking his head)
          My daughter's sick. I need Drexlerin.

                              DREXLER
          You'd threaten a hundred thousand
          lives to save your daughter?... Not
          exactly heroic...

Arlo's jaw clenches.

                              DREXLER (CONT'D)
          Drexlerin is produced on Earth. We
          warehoused it here to keep it safe
          from pirates until our bunkers were
          ready. The last shipments returned
          to Earth yesterday...

Drexler rises and moves slowly to the conference table, to
his briefcase. Arlo follows, keeping the A-cell raised like
a bat.

                              DREXLER (CONT'D)
          But I did bring a few doses for my
          presentation. A trade: the A-cell
          for the Drexlerin.

Arlo pauses at the offer.

                              DREXLER (CONT'D)
          Very generous, considering your
          position... I'll have you escorted
          to give your daughter the Drexlerin -
          then returned to prison. My word...
                              (MORE)

                DREXLER (CONT'D)
        Or you can keep the A-cell -but how
        will that help your daughter?

Arlo's eyes race, calculating his options.

                ARLO
        Tamara didn't want you to have it.

                DREXLER
          (disgusted)
        Tamara would have destroyed the energy
        industry and our economy for her
        cause. I've planned a thirty year
        phasing; allowing industry to
        adjust...

Drexler swings the briefcase top open, shielding Arlo's view
of the briefcase contents.

                ARLO
        Thirty years? Billions more will
        die.

                DREXLER
        But the quality of life is preserved.
        There's a bigger picture to consider.

INSERT - THE BRIEFCASE CONTENTS: DREXLERIN BOTTLE AND A GUN

BACK TO SCENE

Drexler removes the Drexlerin to show Arlo. Arlo's eyes dart
wildly, confused.

Drexler's eyes grow sympathetic of Arlo's plight; his voice
softens to give Arlo his most earnest support.

                DREXLER (CONT'D)
        The anguish of power: sometimes
        sacrifice is the only option. I
        sacrificed religion for peace. You
        can do this -for your daughter...

Drexler extends the Drexlerin bottle to Arlo. Arlo slowly
extends the A-cell toward Drexler, to trade.

                        CUT TO:

INT. FAMILY'S HOME #2 (EARTH) – NIGHT (CONTINUOUS)

A family watches, tensely.

                                        CUT TO:

INT. DREXLER MEDIA CENTER – CONFERENCE ROOM – CONTINUOUS

Preparing to exchange the A-cell with Drexler, Arlo's pauses;
perhaps remembering Tamara's opinion that "sacrifice is a
failure to find solution."

Arlo reaches forward to exchange the A-cell for the Drexlerin.
Arlo takes the Drexlerin from Drexler with his left hand.

In a WALL MIRROR behind Drexler, Arlo sees the gun in
Drexler's briefcase.

As Drexler reaches for the A-cell with his left hand, in the
mirror, Arlo watches Drexler's right hand (no longer holding
the Drexlerin) reach for the gun.

Drexler secures the gun in his right hand, as his left hand
prepares to seize the A-cell.

As Drexler's fingertips come within an inch of the A-cell
Arlo unexpectedly flips the A-cell to his side, toward the
giant hole in the window created by his sky-ranger.

                        ARLO
            I hope it doesn't break.

Dismayed, Drexler watches the A-cell fly toward the window.
With no time to fire, Drexler scrambles after the A-cell,
gun in hand. Arlo, in turn, scrambles after Drexler.


EXT. DREXLER MEDIA CENTER – THROUGH BROKEN WINDOW – NIGHT

Drexler dives through the broken window, after the A-cell.

Arlo leaps out the window after Drexler.

Drexler's fingers comes inches from the A-cell, but Arlo
seizes Drexler's left ankle with his right hand.

Fifty seven stories up, holding Drexler's foot in his right
hand, Arlo grabs the window frame with his left, and flings
Drexler, with all of his might, toward the city floor.

As Drexler falls, Arlo kicks off the wall -after the A-cell.
Arlo seizes the A-cell in his finger tips, just before his
'gravity garments' pull him down toward the city floor.

"BANG!" Drexler fires his gun at Arlo, as he falls, missing.

The gunfire draws the attention of the crowds on the street
below, sending them screaming in all directions, and Arlo
Drexler hurl down.

The backfire of the gun throws Drexler into a spin as he
falls, causing him to lose control of the gun and drop it.

Arlo falls at a moderate speed, toward the city floor.


INT. TV CONTROL ROOM - NIGHT

Seeing Drexler and Arlo fall past the window of the control
center, Jerry stands and throws his chair against the window.

"CRASH!" The window shatters.

Looking down at the street, Jerry hesitates then dives out
the window.

Behind him, one of the engineers reaches for the controls to
switch the television stations back to their original
programs. The program director stops the engineer, pointing
at a viewership monitor, spiking upward.

                    PROGRAM DIRECTOR
          Look at the viewership spike.


EXT. STREETS OF UBEROPOLIS - NIGHT

"SLAM!" Drexler hits the ground forcefully, but Arlo's throw
wasn't forceful enough to hurt Drexler in the weightlessness.

"Slam!" Arlo lands hard but safely. But the impact causes
the A-cell to fumble out of his hand and bounce about 40
feet away.

Screaming Uberopolis citizens run in all directions, panicked.

Arlo rises to his feet in time to see Drexler running for
his gun, near the A-cell.

Arlo grabs a parked Uber-cart (nearly weightless in space) and throws it.

The Uber-cart strikes Drexler to the ground.

                    DREXLER
          Shit.

Jerry, lands roughly on the street, some distance away.

Arlo dashes to get the A-cell. Before he can grab the A-cell, Drexler broadsides Arlo with a heavy punch, which, in the weightless state, sends Arlo flying toward a wall.

Drexler turns for the A-cell.

Arlo breaks his impact with the wall with his legs and arms, and leaps back toward Drexler and the A-cell.

The "wall leap" propels Arlo, sliding across the city street. Arlo's hand reaches the A-cell an instant before Drexler.

                    DREXLER (CONT'D)
          Son of a bitch!

A-cell in hand, Arlo hops up from the street.

Furiously, Drexler turns for his gun, lying on the street.

Before Drexler can get the gun, Arlo leaps, and tackles Drexler.

Arlo and Drexler land between two parked sky-cars; their bodies in the street, their ankles on the sidewalk.

Drexler takes the advantage with his great power, and puts Arlo in a brutal headlock.

                    DREXLER (CONT'D)
          You think I need a gun to kill you?
          Your body is aging, slowing down...
          I'm immortal.

Street traffic zips along, as Drexler strangles the life from Arlo's body.

Choking, Arlo feels the sidewalk curb on his ankle. Seeing a sky-car coming down the street, Arlo kicks off the curb.

The kick sends Arlo, with Drexler on top of him, sliding across the street, into the traffic.

Case 4:13-cv-04175-PJH Document 137-8 Filed 12/19/16 Page 218 of 606

100

The bottom of a sky-car smacks Drexler's head, prying his arm from Arlo's neck. Drexler groans in pain.

> DREXLER (CONT'D)
>> Shit.

Arlo hurries to his feet and crosses the street.

"BANG!" Arlo turns to find Drexler, reunited with his gun.

Jerry turns and runs toward the gunfire.

Drexler aims to fire again.

"BANG!" The bullet deflects off of the sky-car and ricochets down the street, hitting a bystander. The bystander falls.

"BANG!" Another bullet ricochets wildly, puncturing a hydrogen pipe. The gas pours out.

TWO POLICE OFFICER on a sky-cycle recognizes Arlo:

> POLICE OFFICER 4
>> Grainer!

The officer hits his SIRENS and pursues Arlo.

Arlo runs the wrong way down a

ONE WAY STREET

and wildly weaves over, under and around the heavy traffic, as Drexler follows. A taxi driver yells at Arlo, angrily:

> TAXI DRIVER
>> Watch out!

Jerry grabs a parked Uber-car and joins the chase -the wrong way down the one-way street.

Arlo runs into a casino.


INT. CASINO - NIGHT

Arlo leads Drexler through the casino and out the back exit.

Case 4:13-cv-04176-YGR Document 13-8 Filed 12/19/21 Page 219 of 606

EXT. STREETS OF UBEROPOLIS - NIGHT

Exiting the casino, Arlo runs down the street. Drexler follows a few moments behind.

"BANG!" Arlo dives and slides across the street, under a few speeding uber-taxis. Emerging on the other side of the street, Arlo sees a few workmen coming out of a DOUBLE DOORWAY, leading under the city floor.

Above the doorway a sign reads: "ELECTROLYSIS POWER STATION, AUTHORIZED PERSONNEL".

Arlo runs into the underground power station. Drexler follows.


INT. UNDERGROUND POWER STATION - NIGHT

Inside the power station, Arlo finds himself amid tens of workers in a dim, narrow hallway; pipes and cables line the walls. More hallways branch-off the main hallway.

Seeing Drexler still pursuing, Arlo turns and squeezes through the workers, deeper into the power station, until he spies a FIRE ALARM.

Arlo flips the fire alarm. "RING!" The fire alarm blares.

> WORKER
> Fire!

Tens of workers rush toward Drexler, to escape. Drexler turns and races out of the power station, the same way he entered.

Arlo follows the flow of fleeing workers in the opposite direction, toward an exit.


EXT. STREETS OF UBEROPOLIS - DAY

Emerging from the power station, Arlo sees a POLICE OFFICER slowly cruising on his sky-cycle, distracted by the commotion.

Arlo tackles the police officer off his sky-cycle. Looking up from the ground, the officer watches Arlo abscond with his sky-cycle.

> POLICE OFFICER 5
> Asshole!

Drexler emerges from the power station in time to see Arlo
speeding away on the sky-cycle.

Drexler flags a 2ND POLICE OFFICER to a stop, yanks the cop
out of the sky-ranger, jumps in the sky-ranger and resumes
his pursuit.

Through the traffic Jerry sees Drexler speed after Arlo.

Stuck on a civilian vehicle, incapable of following Drexler
and Arlo into the roof of the city, Jerry jumps off of his
Uber-cart and flings it down the street, furiously.

                    JERRY
          Son of of... Shit!

Hydrogen continues to pour from the pipe punctured by
Drexler's bullet.

Arlo, on his nimble sky-cycle, makes a quick move through
the tops of the city buildings and back down into the heart
of the city -eluding Drexler's less maneuverable sky-ranger.

Arlo dismounts his sky-cycle, revs the throttle then releases
it. The sky-cycle speeds down the street -unmanned. Arlo
turns and runs toward the harbor, the other way, unnoticed.

Drexler sees Arlo's sky-cycle and pursues, mistakenly
believing Arlo is at the helm.

The unmanned sky-cycle caroms off walls and cars down the
street, creating sparks in it's path.

"BANG!" The unmanned sky-cycle crashes near the leaking
hydrogen pipe, creating a spark, igniting the hydrogen.

"BOOM!" Drexler watches the huge hydrogen explosion.

                    DREXLER
          God...

"RING!" A fire alarm sounds.

Disgusted that he's lost Arlo's trail, walking a street
perpendicular to Arlo's path, Jerry sees Arlo run past.

Jerry pursues Arlo -toward the harbor.  A half a block behind
Arlo, Jerry calls out:

                    JERRY
          Arlo!

103

Arlo doesn't respond, racing toward the edge of the harbor.

                    JERRY (CONT'D)
          It's me! Jerry!... I can help you!

Arlo stops on the edge of the harbor, and turns to face Jerry.
Jerry stops running, careful not to encroach on Arlo's space.

                    ARLO
                  (gasping)
          You're with the State!

                    JERRY
          I can get you out of here alive!

As Arlo looks toward Jerry, his eyes grow alarmed.

Sensing that Arlo is not looking at him, but past him, Jerry
turns around to find Drexler, 100 yards away, racing toward
them in his sky-ranger, gun drawn.

Jerry leaps out of the way. Arlo dives into the harbor water.

"BANG!" Drexler fires from 60 yards away.

Arlo surfaces briefly, then dives and disappears underwater.

"BANG!" Drexler fires again from 30 yards away.

Drexler glides over the water's surface, scanning for Arlo.


INT. TV CONTROL ROOM - CONTINUOUS

With no cameras underwater, the TV cameras remain focused on
the water's surface.


INT. HARBOR UNDERWATER - CONTINUOUS

Swimming underwater, Arlo makes it to the far wall of the
harbor. Blood swirls in the water, from a BULLET WOUND in
his leg.

Arlo desperately searches for the freshwater inlet, where he
and David Levine had lunch together.

Oxygen dwindling, a scar-nosed dolphin pokes Arlo in the
stomach. Spike! Arlo follows Spike a few yards to the inlet
hole, still covered by the grate.

Arlo pulls forcefully at the steering wheel sized grate latch that keeps the opening shut.

It breaks free.

Arlo pulls the grate open and climbs through.


EXT. CONSTRUCTION ZONE (UBEROPOLIS) - DAY

Arlo emerges from the water, gasping and coughing, on the prison construction side of the harbor wall.

He pulls himself out of the water and sits wearily on the lip of the inlet hole, blood dripping from his leg.

Arlo quickly removes his wet shirt and wraps it around his leg wound to slow the blood flow.


EXT. HARBOR - DAY

President Drexler and SEVERAL POLICE in sky-rangers scour the water's surface, for any sign of Arlo.


EXT. CITY SHUTTLE PORT - UBEROPOLIS - NIGHT

Dozens of Uberopolis citizens rush to the shuttle-port, demanding to be evacuated. Chief Kanu and a few police try to calm the crowd.

                    WOMAN #3
          Take me back to earth!

                    MAN
          Get me out of here! Now!

                    CHIEF KANU
          Calm down, people!

A message comes over Chief Kanu's radio.

                    RADIO DISPATCHER
          Chief Kanu, the electrolysis station
          is down. Our oxygen supply is reduced
          until we get it up again -and there's
          a hydrogen fire burning downtown.

Chief Kanu turns to a SENIOR POLICE OFFICER next to him.

> CHIEF KANU
> Shit! Our oxygen supply is down and
> we have a hydrogen fire. We've got
> to evacuate.

> SENIOR POLICE OFFICER
> Evacuate?!

> CHIEF KANU
> Or suffocate.

Chief Kanu speaks into his radio, back to dispatch.

> CHIEF KANU (CONT'D)
> THROW THE SIRENS NOW! And raise the
> evacuation trains!

The evacuation sirens blare throughout Uberopolis.


EXT. HARBOR - NIGHT

Drexler glides over the water looking for Arlo's body.
Drexler grabs his phone and calls the radio dispatcher.

INTERCUT TELEPHONE CONVERSATION - DREXLER AND RADIO DISPATCHER

> DREXLER
> Who told you to evacuate?

> RADIO DISPATCHER
> Kanu. We've got a hydrogen fire and
> the electrolysis station is down.

Drexler turns away from the phone to yell at the officers
searching the water for Arlo.

> DREXLER
> Shit!! Get outta here! Evacuate!

Drexler returns to his phone conversation with the radio
dispatcher.

> DREXLER (CONT'D)
> Tell Warden Arnold to set the prisoner
> evacuation for disposal.

Drexler hangs up. Around him the police officers evacuate.
One of the officers turns to addresses Drexler.

                    POLICE OFFICER 6
        What about you, sir?

                    DREXLER
        I'll leave when I find this bastard!


EXT. CONSTRUCTION ZONE (UBEROPOLIS) - NIGHT

Arlo sits, eyes closed, trying to recover from his bullet
wound, in an out of sight area near the fresh water inlet
hole.

Evacuation alarms sound. Arlo opens his eyes and moves from
his sheltered area to see what's happening around him.

On a long raised strip, resembling a subway

PLATFORM

Arlo sees two very long evacuation shuttle-trains slowly
rise up from the floor of the construction zone, on both
sides of the platform. The front "car" of the shuttle train
is an oversized shuttle, pulling many smaller freight cars.

The doors to one of the shuttles opens. One of two red-suited
PILOTS speaks into an intercom mic mounted on the platform.

                    PILOT #1 (on intercom)
              Prisoners, enter the open shuttle
              for immediate evacuation.

The prisoners hastily enter the open shuttle, leaving nothing
but guards on the platform.

Stealthily, Arlo creeps closer. But in moving, an automated
camera senses Arlo's figure, triggering the video tracking
system.


INT. TV CONTROL ROOM - NIGHT (CONTINUOUS)

In the empty control room Arlo's image comes back on the
world's TV's.

Case 4:13-cv-04679-P JP Document 168 Filed 12/19/21 Page 147 of 167
Case 4:13-cv-04175-PJH Document 1 Filed 09/09/2015 ID: 04153368 DktEntry: 6-1 Page 225 of 606

INT. UBEROPOLIS - CONTINUOUS

In a open area of downtown Uberopolis the free citizens
frantically board any one of a dozen long evacuation shuttle
trains.

Two of the shuttle-trains slowly lower back down below the
floor of city. The city floor slides back above them, creating
an airtight airlock to launch into space.


EXT. HARBOR - NIGHT

Drexler searches the water for Arlo. The last evacuating
police officers calls back to Drexler from a distance.

               POLICE OFFICER 7
      President Drexler! Look at your TV!

Drexler flips open his watch-phone and sees Arlo on the
construction side of the dividing wall.


EXT. CONSTRUCTION ZONE (UBEROPOLIS) - DAY

Carefully, Arlo moves closer to the

PLATFORM

and the prisoners.

The doors to the second shuttle opens. The comparatively
small number of guards enter the second shuttle train, leaving
the platform clear -except the two pilots.

As a short pilot unexpectedly begins to walk toward the front
shuttle of the PRISON car, a tall pilot calls to him. Arlo
listen closely, hiding behind a half wall.

               SHORT PILOT
      Come on, we gotta go.

               TALL PILOT
     I gotta set the autopilot over here.

               SHORT PILOT
     They're gonna dispose of all of 'em?!

               TALL PILOT
     Doing the world a favor.

Pilot #1 disappears into the prisoner's shuttle cargo door.

Pilot #2 enters the guards' shuttle and disappears inside.

Arlo quickly slips into the prisoner's shuttle


INT. PRISONER'S SHUTTLE - CARGO BAY - CONTINUOUS

Arlo finds a hundred prisoners sitting strapped to their
seats. The pilot enters the autopilot code into a small wall
mounted navigation box.

Arlo sneaks up on the pilot and places him in a choke hold.
Looking at the navigation box Arlo sees the words "DISPOSAL...
MISSION... SET...", flicker by.

                    ARLO
          Reset the mission.

Arlo takes a RED stun-gun from the pilot's belt, as he speaks.

                    PILOT #2
          I can't reset. I don't have the code.

The prisoners watch, uncertain.

                    ARLO
          Release the prisoners.

The pilot presses a code into the box. The prisoner restraints
pop off. Keeping the pilot in a one armed headlock, Arlo
grabs the shuttle intercom to address the prisoners in the
rear freight cars.

                    ARLO (CONT'D)
              This shuttle's gonna dump you in
              space! Get on the other shuttle train
              now if you want to live.

The prisoners rush out of the disposal shuttle train and
into the guards's (largely vacant) shuttle. The prisoner's
quickly overwhelm the guards with their numbers.

Arlo releases the pilot, with a shove, through the cargo
door. The pilot runs into the opposite shuttle to pilot the
only remaining evacuation shuttle.

Arlo begins to step from the cargo hull onto the platform.
He looks up to see Drexler racing toward him, gun drawn.

BANG! Arlo leaps out of the doorway and behind one of the many passenger seats in the cargo hull.

Drexler rushes in the cargo hull and begins aggressively searching the seat rows.

Hiding, silently, under one of the seat rows, Arlo looks up to see Drexler passing. Arlo fires the RED stun-gun at Drexler. Hit with the electrode, Drexler drops his gun and convulses in pain.

Arlo jumps up and punches Drexler in the face, slams him into the wall and places Drexler in a one armed headlock.

Holding the stun gun in his free fist Arlo begins rapidly hammering Drexler in the face with stun-gun reinforced fist, until blood pours from Drexler's nose and mouth.

Arlo brings back his fist, and prepares to land the killing blow to Drexler's face; then pauses:

                    ARLO (CONT'D)
          I could kill you...
               (breathing heavily)
          I'm getting your gun. Then we're
          gonna bring Franny the medicine.
          Then I'll surrender... Understand?!

Drexler nods his head, weakly.

Arlo releases his grip. Drexler slowly falls to his knees, blood dripping from his face.

Arlo steps away from Drexler and toward the gun on the floor.

As Arlo reaches for the gun a jolt of pain shoots through his head, driving him to one knee -an "ice-pick" headache. Arlo eyes roll in their sockets as he GROANS and struggles to his feet.

"BANG!" A fist smashes Arlo in the face, knocking him to the ground. Arlo looks up to find Drexler looming over him.

                    DREXLER
          Bad time for a headache.

Arlo kicks the gun across the floor, to keep it from Drexler.

Drexler leaps for the gun and grabs it, as Arlo struggles to his knees. Without hesitation, Drexler turns and fires.

Arlo's head jerks back. He falls to his knees, hit by the bullet on the right side of his neck.

Arlo grabs the side of his neck.

Drexler lowers the gun to fire the killing bullet.

ZAP! Drexler's body jolts, violently, in pain.

Jerry stands behind Drexler, with his stun-gun discharged into Drexler's neck.

                    DREXLER (CONT'D)
          GRRRR!

Drexler recovers from the shock, and raises his gun to shoot Jerry.

Jerry throws his stun-gun down and unloads a haymaker of a right hook (a punch) to Drexler's face, before Drexler can fire.

The punch knocks Drexler out of the shuttle's door, unconscious, on the platform.

Jerry rushes to Arlo's side, to find Arlo, semi-conscious, holding his bloody hand to the wound on his neck.

                    JERRY
          Shit.

Jerry takes off his white shirt. He removes Arlo's hand from the wound and places his shirt over the bullet hole.


EXT. CONSTRUCTION ZONE - PLATFORM - CONTINUOUS

As Jerry works to assist Arlo he doesn't notice the shuttle bay doors closing behind him.

Jerry places Arlo's hand back over the wound.

                    JERRY
          Push.

Jerry glances up and discovers the shuttle is moving.

                    JERRY (CONT'D)
          What the hell?!

Weakly, Arlo points to the cockpit.

                        ARLO
              Get in cockpit... We're getting...
              Dumped in space.

Jerry lifts Arlo from the floor and carries him

THROUGH THE AIRLOCK

INTO THE COCKPIT

where Jerry helps Arlo into the copilot's chair.


EXT. CONSTRUCTION ZONE - PLATFORM - CONTINUOUS

The two evacuation shuttle-trains docked at the platform
slowly lower back down below the floor of the construction
zone. The floor slides back above them, creating an airtight
seal, creating an airlock.


INT. SHUTTLE COCKPIT - UNDER THE CITY FLOOR - CONTINUOUS

IN THE COCKPIT Jerry sees the shuttle submerge below the
city floor, then the metal city floor automatically cover
the shuttle, in an airlock tunnel.

Now, in an underground tunnel, through the windshield, Jerry
sees the perimeter wall open at the end of the tunnel. The
automated shuttle slowly gains speed, toward the opening, to
exit into space.


EXT. UBEROPOLIS - NIGHT

Dozens of evacuation trains shuttle trains, filled with
evacuees, flee Uberopolis.


EXT. UBEROPOLIS - CONSTRUCTION ZONE - NIGHT

Drexler regains consciousness and looks around to discover
the shuttle train is gone. Wearily, Drexler pulls out his
watch phone and speaks.

Case 4:13-cv-04675-PJH Document 137-8 Filed 12/19/16 Page 230 of 606

                    DREXLER
          Defense shield... This is the Big
          Picture... Locate prisoner disposal
          shuttle-train... Good. Neutralize.
          All points strike. Disable internal
          override.


INT. SHUTTLE COCKPIT - NIGHT

Arlo and Jerry sit in the pilot's seat, Jerry to Arlo's left.
Arlo's eyes relax as if losing consciousness.

Jerry presses Arlo's own hand against his neck wound.

                    JERRY
          Keep the pressure... Arlo!

Keeping one hand on his neck's bullet wound, the shirt now
red with blood, Arlo reaches into his pocket and hands Jerry
the Drexlerin bottle.

                    ARLO
          Give... to my daughter.

Jerry pushes Arlo's hand back.

                    JERRY
          You're gonna give 'em to her.

Jerry reaches over to help Arlo push the shirt against the
wound. Turning back to the radar monitor, Jerry sees a
speeding blip approaching from below the right.

                    JERRY (CONT'D)
          I got a Warhead. What do I do?

                    ARLO
          Go faster.

Arlo's head wobbles, light-headed from blood-loss.

                    JERRY
          Shit.

Jerry races the shuttle forward.

Arlo's eyes roll, drifting off to die.

Case 4:13-cv-04679-PJH Document 138 Filed 12/19/18 Page 231 of 606
Case 4:13-cv-04679-PJH Document 138 Filed 12/19/18 Page 153 of 167

INT. DREAM SEQUENCE - SHUTTLE - (CONTINUOUS)

Arlo turns left to find a gaunt, pale child, sitting in
Jerry's pilot seat, with a respirator mask over his face.

The child rises, smiles, and hands Arlo a yellow flower,
then turns and walks to the rear of the cockpit, and
disappears through the airlock window.

WATER SPLASHES through the airlock window.

Arlo moves to the airlock, to discover it's sealed by a steel-
bar grate. Beyond the grate he sees 'Spike', the dolphin,
swimming in the cargo hull.  Arlo tugs at the bars to free
Spike, to no avail. A voice calls:

                    VOICE (V.O.)
          There's no way out.

A RED LIGHT FLASHES in the cargo hull. An ALARM BLARES.

Deep in Spike's eye, Arlo sees the spiral of Benni's yellow
butterfly dream catcher.

END DREAM SEQUENCE


INT. SHUTTLE - COCKPIT - NIGHT (CONTINUOUS)

Waking and turning left, Arlo finds Jerry yelling as the war
heads gain.

                    JERRY
          There's no way out!

                    ARLO
          Back... to Sky Town... fast.

Jerry looks at Arlo, confused, but turns the shuttle back,
full speed. The warhead follows, gaining.

Racing the warhead back to Uberopolis, they pass dozens of
evacuating shuttle trains.

The warhead gains. Moments from impact, Arlo's eyes close...

INT. DREXLER'S PRIVATE SHUTTLE – COCKPIT – CONTINUOUS

The last Uberopolis evacuees: Drexler, his pilot, Warden
Arnold and Chief Kanu sit in Drexler's private shuttle.

Drexler looks out the windshield in time to see Arlo and
Jerry's shuttle racing back toward Uberopolis, with three
missiles only a moment behind. Drexler's eyes widen with
disbelief.

                    DREXLER
          Bastard.


INT. SHUTTLE – NIGHT (CONTINUOUS)

An instant before impact, Arlo opens his eyes, reaches up
and throws three switches. Thrusters fire and the evacuation
pod launches. Arlo pulls back on the control column.

Jerry watches, astonished.


EXT. UBEROPOLIS – NIGHT (CONTINUOUS)

The Evac-shuttle turns sharply up, out of the way of the
warheads, narrowly missing the outer wall of Uberopolis.

The fuselage of the shuttle plows through the outer shield
of Uberopolis. The warhead follows an instant behind,
detonating and blasting Uberopolis to ruins.


INT. SHUTTLE – NIGHT (CONTINUOUS)

Jerry exalts with both arms in the air.

                    JERRY
          HELL YEAH!! HELL YEAH!!

Jerry looks toward Arlo, to find him slumped, motionless, in
his seat.

                    JERRY (CONT'D)
          Arlo..?

Jerry reaches over and applies pressure to Arlo's neck.

Case 4:13-cv-04679-PJH Document 137-8 Filed 12/19/22 Page 233 of 606
Case 4:13-cv-04679-PJH Document 137 Filed 12/19/22 Page 155 of 167

JERRY (CONT'D)
Arlo... Come on, man... Arlo...

FADE TO:

EXT. CEMETERY - DAY

The green cemetery lawn contrasts against the gray sky. A
small group of people with their heads hung solemnly, sit
listening to a female orator give the funeral eulogy.

Behind the woman, a coffin. The woman's words are muffled by
the wind and street traffic.

Laura, Jerry, Howard, John Carl and Rianna, sit teary eyed
in a row. ARLO, at the end of the row, sits with a large
scar on his neck; his face clean shaven, again.

Sitting next to Arlo, Franny reaches forward and touches
Jerry on the shoulder. Jerry turns. Franny hands him a yellow
flower.

FRANNY
I'm sorry about your son, Matthew.

Taking the flower, Jerry forces a smile.

The service concludes. The mourners rise. HOWARD approaches
Jerry with a brief embraces, then somberly walks away, as
the other mourners disperses for home.

Arlo and Rianna (followed by John Carl and Franny) approach
Jerry and Laura as they arrive to their funeral car. Laura,
enters the car, too anguished to look up and notice them.
Rianna addresses Jerry.

RIANNA
If there's anything you need...

Jerry nods, appreciatively.  Jerry eyes fall upon Arlo.

ARLO
You gonna be OK?

Jerry hesitates.

JERRY
It's always gonna hurt...
(his voice breaks)

Jerry hugs Arlo almost convulsively.

Case 4:13-cv-04 17-P for 1 Document 68 Filed 12/19/2 Page 234 of 606

                        JERRY (CONT'D)
            We went fishing... When you were in
            the hospital... He gotta go fishing.

Arlo pauses, overcome by the weight of the moment.

                        ARLO
            Maybe you can try again...

                        JERRY
                    (pausing)
            I'm not sure I'm that strong.

Jerry pulls back from Arlo.  The two men exchange a brief
look of mutual regard.

Jerry slips into the funeral car with his wife.  The funeral
car drives away, leaving Arlo with his family on the cemetery
lawn.  Drizzle falls.

Across the street, TWO UNDERCOVER AGENTS watch Arlo from a
parked sky-car.

Arlo picks up Franny and hugs her tightly.  Arlo and Franny
break their embrace and consider each other at close range,
as Arlo holds Franny, perched on his forearms.

                        ARLO
            You ready for your new school?

                        FRANNY
                    (nodding)
            Mommy got me new clothes.

                        ARLO
            I can't wait to see.

Arlo puts Franny down. Franny, John Carl, Arlo and Rianna
slowly walk toward a sky-car. John Carl and Franny walk a
few steps ahead of their parents.

                        RIANNA
            The hospital released you this
            morning?

                        ARLO
            Last night.

                        RIANNA
            I could have picked you up.

Case 4:13-cv-04679-PJH Document 137-8 Filed 12/19/22 Page 157 of 167
Case 4:17-cv-01751-DKW Document 137-8 Filed 12/09/2015 ID: 9415368 Page 235 of 606

117

                    ARLO
          Didn't want to impose. The State
          gave me a hotel room —and some new
          friends while I'm in town.

Arlo nods toward the two undercover agents. Noticing Arlo's
nod, one of the agents waves to Arlo.

                    ARLO (CONT'D)
          Vince loaned me the suit...
                    (waving back to the
                     agents)
          John Carl says you got an apartment
          and a job?

                    RIANNA
          Just a basic apartment.  It's really
          not much.  And I'm substitute teaching
          for Laura until a permanent position
          opens.  Jerry arranged it.  We can
          afford repatriation now.

John Carl and Franny get into the car and close the doors.
Arlo and Rianna stop outside of the car to finish:

                    ARLO
          I'm not repatriating.

                    RIANNA
          The kids are happy here --

The drizzle strengthens into a light rain.

                    ARLO
                    (nodding)
          And Franny needs the good medical
          care.  I'll try to visit--

                    RIANNA
          You can't be serious.  You just spent
          a month in intensive care and you
          can't even try it here?... They
          exonerated you.  You're not a
          criminal.  They're giving the profits
          from Tamara's A-cells to her
          charities... We're having an election
          soon.  Things are changing.

Arlo lowers his eyes.

>                    RIANNA (CONT'D)
>           ...Don't you get it? The war's over!
>           You're the only one left fighting...
>           and for what?

Arlo's eyes survey his surroundings, hesitating to answer.

>                    ARLO
>           Something better.

>                    RIANNA
>           Is it so bad here?  We can believe
>           whatever we want in...
>                (hesitating at her
>                 own hypocrisy)
>           ...our own homes...

Rianna purses her lips in frustration. The rain smears her
VIOLET eye shadow, obscuring her tears.

>                    ARLO
>           You're still beautiful in the rain.

Rianna surrenders a momentary smile.

>                    RIANNA
>           You're still impossible.

Arlo smiles in turn.


EXT. HOVER-JET - NIGHT

A lone sky-cycle races above dark, barren fields and desserts.
The sky-cycle glides through the doors of a large warehouse.


INT. WAREHOUSE - NIGHT

Arlo parks the sky-cycle, dismounts and strides confidently
toward a hover-jet warming on the dock, next to a familiar
figure: Dylan.

Arlo gives Dylan a quick wave. Dylan nods, closes the hover-
jet's cargo hull and tosses Arlo the key.

Catching the keys, Arlo hops into the hover-jet, cranks the
key and blazes out of the warehouse, back into the night.

                                        FADE OUT:

Ex. B

EXT. ORPHANAGE LOS ANGELES - DAY

A YOUNG BOY, maybe 8, helps a NUN wash clothes. She hangs them on the lines, as the hot LOS ANGELES sun beats down.

The little boy looks up at the sky where he sees a majestic floating SPACE HABITAT. A torus. Bigger than the moon but the same effect against the blue sky.

                    MAX
          Sister?

                    NUN
          Yes Max?

                    MAX
          Are the people from there, are they
          different to me?

She looks over at the little boy for a moment, then goes back to hanging the laundry, as we CUT TO--

EXT. SPACE

We see the TORUS as it sparkles in all of its glory. We fly over millions of mansions covering the inner habitable side of the torus as it spins slowly in the sunlight.

                    NUN (V.O.)
          They are not so different to you
          Max. They are just rich. That's the
          only difference. They are rich.

EXT. LOS ANGELES - DUSK

Gleaming rockets take off, tearing through the atmosphere and into space from a run down SLUM in LOS ANGELES.

A LITTLE GIRL watches as they glow up into the heavens. Her shirt is dirty and riddled with holes.

                    NUN (V.O.)
          You see one day the rich decided
          that Earth was too dirty for them
          and they wanted a new place to
          live, so they built Elysium.

EXT. ORPHANAGE - CONTINUOUS

Max looks over at the nun skeptically.

                    MAX
          But they look different.

Case 4:13-cv-04679-PJH Document 17-8 Filed 12/19/14 Page 162 of 167
Case 4:13-cv-04679 ID: 9415368 DktEntry Page 240 of 606

                    NUN
          I don't think so. You think so?

Max nods, and we CUT TO--

A COMMERCIAL FOR THE NEW FALL LINE BY GUCCI.

Various supermodel-like faces come up on the screen. "A"
through "F" lettered next to each head. A FINGER selects the
"C" model, we realize it's a touch screen.

A BEAUTIFUL WOMAN takes her finger off the screen and walks
into a MEDICAL BAY that sits in a high-end designer store.
She lies down on an MRI looking machine.

The machine closes around her. A flash of light and then
GUCCI reads across the image of the dazzling woman, her face
looks instantly younger.

                    NUN (V.O.)
          They just don't get old the same
          way as us...

EXT. ORPHANAGE - CONTINUOUS

Max goes back to scrubbing.

                    MAX
          Do they get sick?

INT. GUCCI MEDICAL BAY

The MRI machine runs a laser up and down the woman's body. A
computer monitor reads the diagnosis:

Trace amounts of CANCER. Certain smaller ailments. The laser
changes color. RE-ATOMIZING comes up on the screen.

                    NUN (V.O.)
          They have machines to fix that.
          They live longer. They are very
          lucky.

BEEEP. Health check COMPLETED. 100% CLEAR.

The woman's name and details come up: AGE 97. She looks 40.

EXT. ELYSIUM - DAY

ELYSIAN MOTHERS push strollers past a perfect lawn. They chat
as the curvature on the inside of the habitat stretches out
behind them. They look healthy, happy, perfect.

                        MAX (V.O.)
            I don't want to get sick. I want to
            go there like them. Then I won't
            get sick.

INT. SPIDER'S LAIR - NIGHT

Lines of humans wait to buy illegal tickets to Elysium from
gun-strapped SMUGGLERS. We see a MOTHER and DAUGHTER.

                        NUN (V.O.)
            Well, some people do go there...

We see the little girl get a fake ELYSIAN ID NUMBER burnt
into her wrist. She winces. A FATHER and his YOUNG SON on
crutches step forward. The father places the dirty cash down.

EXT. SPACE - DAY

A filthy graffiti-covered rickety old space-ship shoots away
from earth, heading toward the magnificent ring in the sky.

                        NUN (V.O.)
            Actually many people go there.

INT. IMMIGRANT SHIP

Throngs of illegal immigrants. The MOTHER strokes her
DAUGHTER'S hair. Coke bottles and garbage float in zero G.
The FATHER and his YOUNG SON lie waiting to land.

                        NUN (V.O.)
            But it's illegal, they don't like
            us there.

EXT. ELYSIUM - DAY

As the ship pulls up to the surface...

INT. PROTOCOL ROOM

A very high-tech cylindrical room on the inside of Elysium. A
tiny scroll of text blinks on a computer monitor:

ILLEGAL ENTRY. DISPATCHING HOMELAND DEFENSE.

EXT. ELYSIUM - DAY

The graffitied ship touches down. The back bay doors open and
the immigrants emerge. The MOTHER helps her sick DAUGHTER out
onto the lawn of this new utopia.

                        NUN (V.O.)
            So they send us home...

4.

The immigrants see HELICOPTER-LIKE VEHICLES dotting the
skies, getting closer, filled with IMMIGRATION POLICE DROIDS.

The immigrants run for their lives. The father and son get
caught, as a droid fires a net over them, trapping them.

> MAX (V.O.)
> All of us?

> NUN (V.O.)
> No, not all...

The mother and daughter escape through a hedge. The mother
throws a rock through the window of a big empty mansion. She
opens the door and carries her sick child inside.

INT. MANSION ELYSIUM - MED BAY

The mother finds an in-house medical bay. Like a large
hospital MRI inside each of the Elysian homes. She puts the
child down on the machine and presses the button. The machine
scans the barcode on her wrist. The MRI closes around her.

> NUN (V.O.)
> Some people stay...

The mother watches a screen. The graphic on screen shows the
RE-ATOMIZATION PROCESS. The machine opens, and...

The girl looks healthy. The screen reads: 100% CLEAR. The
mother cries with happiness as she hugs her healthy daughter.

> NUN (V.O.)
> They stay as long as they can....

EXT. ELYSIUM MANSION - LAWN - DAY

The young girl and mother sit at a picnic, enjoying every
second, watching artificial waterfalls in the distance, but--

They see little black dots on the horizon. Those helicopter-
like vehicles. The mother wraps up fast, racing inside.

> NUN (V.O.)
> But sooner or later, they are
> found...

INT. ELYSIUM MANSION - DAY

The mother and daughter hide. The doors BLOW OPEN. HOMELAND
DEFENSE droids raid the house. The mother is violently
handcuffed, the girl trying to protect her is held down.

5.

INT. DEPORTATION HANGAR – NIGHT

A huge hangar. ILLEGALS are lined up like cattle, waiting to
be deported. The massive space shuttle waits as orange jump-
suited humans climb on board. ILLEGAL ALIEN on their backs.

The mother and daughter are among them.

The immense shuttle lifts up and departs. Pan with it. Earth
comes into frame. Huge and bright, it feels not far away.

                    NUN (V.O.)
          And they are sent back here.

EXT. EARTH SLUM

The ship pulls up to a no name slum. The HUMANS are
repatriated. Thrown out by ARMED DROIDS.

                    MAX (V.O.)
          It's not fair.

EXT. ORPHANAGE - DAY

                    NUN
          I know, I know my little Max. It's
          not fair. But one day if you become
          a rich man you can go there.

Max nods, determined.

                    MAX
          I will be rich.

                    NUN
          Oh really. That's good. How are you
          going to be rich?

                    MAX
          I will be a dealer.

The nun whips her head over, looking at Max.

                    NUN
          A dealer? Who have you been
          speaking to?

Max looks down and goes back to scrubbing.

                    MAX
          Pedro. He said you can be rich if
          you be a dealer.



> NUN
> Well you just stop listening to
> Pedro. I don't want to hear such
> nonsense ever. Do you understand?

The nun turns back to her washing.

> MAX
> Yes sister.

Close-up on YOUNG MAX's face as he scrubs the clothing.
Thinking, dreaming of ELYSIUM. We slowly DISSOLVE TO:

INT. MAX'S SHACK - MORNING

Adult MAX leans forward in front of a small dirty mirror. He
splashes water on his face. He is 30s, good looking, clearly
from a troubled past. We see gang tatts run down his neck and
arms. A small gold locket dangles from his neck.

EXT. LOS ANGELES FAVELA - MORNING

Max walks past serious GANGSTERS hanging out in the favela. A
few GIRLS hang out with them.

> GANGSTER
> Off to work?

> CARLO
> Gotta be up early to work that
> line, man.

The gangsters laugh.

> MAX
> Yeah, laugh it up, remember you owe
> me bail money Carlo.

Carlo goes quiet. Max keeps moving.

Wide shot of the FAVELA: we see the thousands of rickety
little houses and cinder-block shacks all interconnected.

TITLE: LOS ANGELES - FORMERLY UNITED STATES 2109.

What looks like the layout of the Hollywood Hills,
overlooking a vast polluted population, seems to resemble
Tijuana more than Los Angeles. Women hang laundry, police
choppers fly overhead. Chickens squawk. Another day in LA.

Little favela CHILDREN suddenly appear, surrounding Max. They
try and go through his pockets. He slaps their hands away.

                    CHILD 1
          You got money?

                    CHILD 2
          We want money!

                    MAX
          You think I got money? I NEED
          money, that's why I'm going to
          work. Wait...do YOU have money?

The children look confused. Max catches one of them and turns
him upside down, shaking him by his feet. A few coins fall
out of his pockets. The other children laugh hysterically.
Max puts him down and grabs a five dollar coin.

                    MAX (CONT'D)
          Uh huh! Rich!

The kid grabs for it, the other kids dying with laughter.

                    MAX (CONT'D)
          Now I can finally buy my ticket to
          Elysium!

The kids laugh even harder. Max hands it back.

                    MAX (CONT'D)
          Now fuck off.

The children run off laughing. Max continues down the sloping
favela. Up ahead he sees:

HUNDREDS OF PEOPLE gathering. Ragged clothing, filthy and
starving. A flying machine heads toward the mob.

It slows and hovers overhead. The airborne vehicle is mostly
blue and has a UN peacekeeper vibe. ELYSIUM FOOD PROGRAM
written on the side. Max keeps walking alongside the mob.

The rear bay doors open on the flying vessel and a robotic
DROID presses a release button on the cargo controls.

Food aid bags begin ejecting out of the jet. The huge grain
bags fall to the dusty ground. People fight over the food.

Max looks up at the droid. Its cold mechanical eyes looking
down on the humans. Max watches as the jet seals up and flies
away while the starving people fight fiercely over scraps.

INT. TRAIN - MORNING

Max stands in a crowded, filthy train. He watches LA skim by
out of the graffiti-laden windows.

He turns to see two ROBOTIC POLICE OFFICERS move through the
train. They check passengers, one of them carries a portable
scanner. They shine it at the HUMANS and their data comes up.

The Officers walk up to a bunch of decidedly dangerous
looking GANGSTERS. Each of them is scanned. The robots pat
the suspects down fairly violently.

> GANGSTER
> I'm clean, don't fucking touch me!

> POLICE DROID
> (robotic voice) Checked, move on.

The droids stalk through the train. They walk up to Max. He
watches them coming. They scan him. He smiles, cheery.

> MAX
> Good morning officers.

> POLICE DROID
> Multiple felonies. Extended history
> of dealing. What's in the backpack?

> MAX
> Ah, you know, a little of this,
> little of that--

One of the Officers tries to grab Max's bag. Max resists.

> MAX (CONT'D)
> Guys seriously, I'm just on my way
> to work, this is my stop here.

The Officer is not happy with Max hanging onto the bag. Very
quickly it whips out a telescopic BATON, as the train
suddenly comes to a stop. People start getting off.

> MAX (CONT'D)
> Look, your stick's very scary, but
> this is my stop, okay? I don't want
> any trouble.

Max tries to walk. WHACK! The Officer lashes him across the
knees, he falls. The second Officer grabs his neck and holds
him down. The first one rummages through his backpack.

The train starts moving again. Max struggles to look up at
the Officers since his head is down.

> MAX (CONT'D)
> That was my stop!

They subdue him violently, giving him a crack to the ribs.

The DROID is satisfied there are no drugs in the bag. He
throws it next to Max on the ground.

                    POLICE DROID
          You are scheduled for parole hearing
          68 today. Thank you citizen.

They move on. Max lies on the floor, his lip bleeding now. He
watches his stop disappear behind him. Then he slowly looks
up, chin bloody, eyes staring at ELYSIUM, so far away...

EXT. ELYSIUM

The huge 100 km diameter ring spins ever so slowly. Birds of
paradise wave gently in the clean air. We pan over to--

A large government complex. THE CCB. Its metal exterior looks
like a shiny version of the Pentagon.

INT. CCB HQ CONTROL ROOM

The control room is a large NASA mission control style room.
Many workers sit at computer terminals. All of them are aimed
at a huge wall-screen of data which projects a map of Elysium
with incoming and outgoing shuttle flight paths, real time
police data etc. At the highest seat of authority sits:

SECRETARY RHODES. Powerful, beautiful. Her eyes are cold,
sharp, missing nothing. She is the head of the CCB.

                    CCB AGENT
          Sixteen incoming ships, ma'am. We
          have permits for nine of them.
          Usual raw materials, cargo. Seven
          unaccounted for.

Rhodes watches the screen. Small ships incoming.

                    RHODES
          Normal Monday morning. Scramble
          units for each of the landing
          sites.

                    CCB AGENT 2
          Uh, actually ma'am, it looks like
          fifteen of our operational units
          were pulled offline last night.

Rhodes snaps her focus over to the agent.

                    RHODES
          What?!

The agent is reading her terminal in real time.

                    CCB AGENT 3
          Looks like they were decommissioned
          by Minister Patel. We have six
          active units, ma'am.

                    RHODES
          Five of which are dealing with
          yesterday's squatters?

                    CCB AGENT 2
          And the immigrants in delta
          quadrant. Would you like us to send
          the standard warning to the
          incoming ships?

Rhodes just shakes her head, disgusted.

                    RHODES
          Yeah, that always works.

                    CCB AGENT 3
          (checking comm) First undocumented
          ship just touched down.

A massive satellite-image comes up, looking down on the
graffiti-riddled ship as it lands and ILLEGALS stream out.

                    OVERHEAD VOICE
          We are tracking...24 illegals.

                    CCB AGENT
          Ma'am, we need to dispatch our
          available team to one of the
          landing sites. Should we send them?

Rhodes looks at the little red dots on screen.

                    RHODES
          Are there any active weapons
          satellites?

                    CCB AGENT 4
          Negative ma'am. Also decommissioned
          two days ago. Along with all
          terrestrial batteries.

Rhodes slides back in her chair watching the satellite feed.
She considers, the red dots spreading. Finally...

                    RHODES
          How many of those incoming ships
          are a debris danger?

Silence. A room of blank faces.

· · ·

                   RHODES (CONT'D)
          Simple question. If we shoot them
          down...how many...are...a....
          debris...danger?

A flurry of typing. Rhodes keeps her eyes on the ships.

                   CCB AGENT 3
          Uh....Based on current flight
          paths, two of them. But again, all
          systems are offline.

The wall graphic changes, two of the ships go red. With a
warning and a graphic showing potential debris spill.

                   RHODES
          Not completely offline... What
          agents are currently active that
          have access to class 5 weaponry?

                   CCB AGENT 4
          We have two agents active that are
          capable. R SMITH and M KRUGER.

                   RHODES
          Activate Kruger. He's always
          reliable.

                   CCB AGENT
          Uh ma'am, that is a direct--

                   RHODES
          I gave you an order.

                   CCB AGENT
          Yes ma'am.

EXT. LIQUOR STORE LOS ANGELES - DAY

We see a man outside a dilapidated liquor store, his ragged
clothing covering his head like a Jedi. He picks at his
fingernails with a lethal looking knife. This is M KRUGER.

His wrist vibrates. He moves the burlap material to reveal a
shockingly high-tech device on his wrist built by RAYTHEON.

He clicks the ANSWER button, we see a wire running back up to
his ear. We cannot see his face. Not yet.

                   CCB AGENT 3 (ON COMM)
          Agent 32 Alpha 21b. We are sending
          a packet over.



12.

Kruger pulls the ear-piece out of his ear. He clicks the wrist device, a large iPod style screen. INCOMING DATA.

INT. CCB HQ CONTROL ROOM

The huge wall-screen is a satellite image following Kruger into a deserted field. We see him overhead as he pulls a rope that removes a cover from a hole in the ground.

EXT. DESERTED FIELD LOS ANGELES -- DAY

Kruger pulls out a stinger MISSILE looking device. He gets into firing position, the ugly snout of the giant bazooka housing multiple rockets.

He presses a button on his wrist device which syncs with the missile launcher. He aims at the sky.

                    KRUGER
          System in place.

INT. CCB HQ CONTROL ROOM

Rhodes leans forward, inhales.

                    RHODES
          Shoot them down.

                    CCB AGENT 3
          Greenlight, 21b greenlight.

EXT. DESERTED FIELD LOS ANGELES

CLICK. He fires. Four small missiles snake up into the stratosphere many times faster than the speed of sound. Kruger is coughing on the rocket smoke. And laughing.

INT. CCB HQ CONTROL ROOM

                    CCB AGENT 4
          Missiles away.

EXT. SPACE

Four MISSILES speed into space. Like tiny pixels against black, we see the ships hundreds of kilometers away.

We travel with one of the immigrant ships. We see Elysium up ahead, a small snaking missile screaming toward us.

BOOOOOM!

The missile strikes, the ship implodes and jettisons thousands of kilograms of shrapnel into space.

13.

EXT. SHUTTLE

We see another shuttle filled with immigrants.

INT. SHUTTLE

A FATHER looks out of the dirty porthole. His face goes white as the missile snakes toward them. He holds his DAUGHTER.

EXT. SPACE

BOOOOM! The second ship is blown into oblivion. Sparkling glinting shards of metal sprinkle into the universe.

INT. CCB HQ CONTROL ROOM

The explosions fill the big wall-screen. One ship disappears.

                    OVERHEAD VOICE
          Target neutralized.

The other one is gone.

                    OVERHEAD VOICE (CONT'D)
          Target neutralized.

The screen is clear. The skies are empty again. Rhodes leans back, exhales. The room sits in total silence. Then...

                    OVERHEAD VOICE (CONT'D)
          Secretary Rhodes please report to
          the briefing center immediately.
          Secretary Rhodes. To the briefing
          center.

Rhodes stands up, straightens her jacket and confidently walks out of the control room. The agents watch her go.

EXT. DESERTED FIELD LOS ANGELES

KRUGER looks over to see two YOUNG BOYS who witnessed him firing the rockets. He tosses the weapon onto the ground.

                    KRUGER
          Hey kids.

                    KID
          Are you like...the police?

He pulls a lethal knife from his coat.

                    KRUGER
          Not really.

As he approaches them with the knife, we CUT TO--

EXT. LOS ANGELES COUNTY HOSPITAL - DAY

The hospital is old, dirty, run down. And very overcrowded.

INT. LOS ANGELES COUNTY HOSPITAL - DAY

We move through the masses to find: MAX sitting, holding a
tissue to his lip, still bleeding.

A NURSE emerges. She is beautiful, but has the look of not
enough sleep and too much stress. This is FREY, late
twenties. She slows when she sees him.

                    FREY
          Max...? Max DaCosta...?

He smiles, but it pains him to smile.

                    MAX
          Frey?! Long time.

                    FREY
          Yeah.

She looks at his bloody lip, with a hint of disapproval.

                    FREY (CONT'D)
          I see things haven't changed.

                    MAX
          This, this isn't my fault.

                    FREY
          Okay.

She takes out gauze, stitches, starts working.

                    FREY (CONT'D)
          This might sting a little.

                    MAX
          How long have you--

                    FREY
          Don't talk.

He keeps his mouth shut, as she stitches him up. He looks at
her, their faces close. She finishes. Max starts to talk but--

                    NURSE
          Frey. They need you up on the third
          floor.

> FREY
> Be right there.

She packs up her stuff to go.

> MAX
> Hey, you think maybe we could...

> FREY
> Bye Max, you stay out of trouble.

Max just smiles. It still stings a little.

> MAX
> You know me...(she's gone) I'm
> clean.

He sits there a moment. Alone. Then he grabs his bag.

EXT. BIOSPHERE FACTORY - DAY

MAX walks towards the entrance of the immense plant. Its
smoke stacks pour pollution into the atmosphere.

The giant facility is ringed by a tatty chain-link fence with
barbed wire. Guards at the front wave him through.

INT. BIOSPHERE FACTORY

Max walks into a busy safety prep area. He grabs a respirator
MASK off a hook and is about to put it on when the FOREMAN
stops him.

> FOREMAN
> Third time this month.

> MAX
> Yeah I know, sorry sir, won't
> happen again.

> FOREMAN
> That's what you said last time. I'm
> docking thirty minutes. Get your
> act together, Da Costa.

> MAX
> Yes sir.

Max salutes, walks to the airlock separating the entry from
the factory. As he enters the airlock, the Foreman yells:

> FOREMAN
> You're lucky to have this job.

                    MAX
          Very lucky sir. I always dreamed of
          it.

The airlock hisses open, revealing:

The interior of the factory is MASSIVE. Thousands of workers
slave over machinery. On the assembly lines, we see--

The familiar POLICE and MILITARY DROIDS of ELYSIUM. This is
where their army is built.

Max walks through the huge space. He looks up to the second
level office, where the CEO presides, standing at the glass:

INT. CARLYLE'S OFFICE - DAY

CEO JOHN CARLYLE is Elysian, rich. He watches over the
factory through thick bulletproof glass. He sees all his
little minions. He watches Max with cold attention.

INT. BIOSPHERE FACTORY

Max grabs his dolly off the rack and walks to his spot at the
end of an assembly line. He keeps his eyes on Carlyle.

                    WORKER
          Dude, you crazy? Don't look at him.

                    MAX
          Whatever. You think he had his face
          peel this morning?

The worker laughs.

Max uses a foot pedal to load the new ROBOTIC head. He pulls
the silicone cover down and stretches it over the steel skull
of the police droid. He puts the head into the pallet.

Jump cuts: more heads, more silicone, more pallets.

Max walks them over to the kiln. Unloads them. Goes back,
gets more. Unloads them. Gets more.

He gets a fresh batch of robotic SKULLS, he starts pulling
the silicone over one, he completes it.

Max looks around the factory. He looks up at the CEO, to make
sure he isn't watching. He's not there.

Max grabs a permanent marker and writes "FUCK THE POLICE"
over the droid's face. He then covers it with the silicone.

Case 4:13-cv-04083-PJH Document 176-1 Filed 12/19/13 Page 255 of 606

17.

The kiln is full. He shuts the door. He looks at the large buttons on the wall. CLICK he pushes THERMOPLAST. A large red light shines. Through the three-inch thick glass porthole, we see the massive microwave fire radiation at the DROID heads.

Once baked, the HEADS slide out of the back of the kiln. The light goes off. A warning comes up. COOLING.

And then SAFE TO ENTER.

Max disengages the door and opens it. The kiln is EMPTY, ready for more...

EXT. CCB HQ - DAY

The government building gleams. Outer space seen beyond it.

INT. CCB HQ BRIEFING ROOM - CONTINUOUS

The room looks like a military tribunal, all aimed at Secretary RHODES who sits alone with a single microphone, facing a panel of high-level POLITICIANS.

                    REP PATEL
          Do you understand that this
          administration was elected on the
          basis we would be more
          compassionate to Earth? Do you get
          that? We promised a kinder, gentler
          rule. Instead, now we have a PR
          nightmare on our hands.

                    RHODES
          Forgive me sir. I don't speak that
          language. I don't know what a PR
          nightmare is. I do however know
          that if this administration keeps
          dodging the real issue, then we
          will actually have a real nightmare
          on our hands.

                    REP BURRARD
          The real issue?

                    RHODES
          Jesus Christ. Yes the REAL issue.
          The ungodly influx of illegal
          immigrants into this orbital
          habitat. That issue. Go get your
          milk and cookies and go to bed,
          junior.

                    REP PENNY
          How old are you, Secretary?

18.

                    RHODES
        I'm one hundred and eight, ma'am.

                    REP PENNY
        Well perhaps that explains your
        penchant for resorting to twentieth
        century tactics.

Representative Patel lifts a file sitting in front of him.

                    REP PATEL
        Then there's the use of this agent.
        A Mr M KRUGER. Fifteen human rights
        violations, spanning four
        territories, rapes, weapons charges,
        misappropriation of military
        resources, false flag operations,
        human rights atrocities--

                    REP PENNY
        The guy's been diagnosed with
        serious psychological issues.

                    REP PATEL
        We made it explicitly clear to you
        that we were no longer using
        sleeper agents. And this is the
        kind of person you hire? Some crazy
        sleeper agent hiding out on earth?
        You are a reckless fanatic, Rhodes.

                    RHODES
        A fanatic? Sir, I am a patriot. I'm
        the one protecting our children
        from the great unwashed.

                    REP PATEL
        I vote for a complete dismissal.

Not enough hands are raised. It's split.

                    REP PATEL (CONT'D)
        Alright. Fine, let's reduce her
        classification to level two, make
        sure she never fires another
        missile. And let's discharge this
        (looking at paper) Agent Kruger
        permanently. All in favour?

The majority hold up their hands. Rhodes clenches her jaw so
tightly we can see the muscles flexing under her skin.

19.

                    REP PATEL (CONT'D)
         Good. Effective immediately. Let's
         update the protocol.

Patel puts his hand onto a biometric screen in front of him.
The screen reads his hand. BEEEP. The other politicians do
the same on their screens. Beeeeep.

                    REP PATEL (CONT'D)
        Secretary R Rhodes. Demoted to
        level two clearance only.

                    OVERHEAD VOICE
        Accepted. Secretary Rhodes demoted.

INT. PROTOCOL ROOM

The familiar high tech room. Two heavily-armed DROIDS stand
outside. Inside, we see a server array of computers, with
AIDEM written across them. A screen flashes:

SECRETARY RHODES DEMOTED - LEVEL TWO CLEARANCE ONLY.

INT. CCB HQ BRIEFING ROOM

                    REP PATEL
        AGENT M KRUGER discharged from CCB.

                    OVERHEAD VOICE
        Agent Kruger discharged
        immediately.

The politicians take their hands off the screens.

                    REP PATEL
        Thank you everyone, dismissed.

The politicians get up and leave. Rhodes accosts Patel,
getting in his way. She speaks low, deadly.

                    RHODES
        Don't come crying to me when there
        are so many of them here that this
        place looks like Earth, and you
        need a nuclear weapon to restore
        order.

                    REP PATEL
        Don't worry, I will have moved.

The politician turns, leaves. Rhodes watches him walk away.

EXT. KRUGER'S SHACK -- DAY

A tin shack sits in the baking sun. Various feral dogs roam around, barking. Poverty stricken children play.

INT. KRUGER'S SHACK - DAY

We see Kruger's hands using a CRKT tactical knife to RIP the boy's red sweater apart, he pulls change out of its pockets.

His shack is stuffed to the brim with a mixture of absurd Elysian weaponry, along with blades and swords and computer tech. Various women's high heels and clothing lie around.

Kruger's wrist vibrates. He pulls his sleeve back, "incoming encrypted NOTIFICATION."

"AGENT C M KRUGER immediate DISCHARGE from CCB. Please report to HQ for debrief - repeat IMMEDIATE DISCHARGE."

Kruger stands motionless.

A new text flashes: RETURN all weaponry to local EMBASSY.

Kruger punches the wall with immense power. Suddenly he grabs a throwing knife and hucks it out of the open door. We hear a dog yelp in dying pain. And then silence.

INT. PAROLE HEARING OFFICE -- DAY

The office looks like the DMV. Throngs of plastic chairs line the large room. Up in front of the reformed criminals are:

Booths where PAROLE OFFICER ROBOTS sit. Like a cheaply built plastic robot version of a $1 kids ride outside a grocery store, its mouth a simple speaker.

Tatoo-covered reformees sit and explain themselves to the plastic bureaucrats.

MAX sits holding his paper number. BEEEP.

                    OVERHEAD VOICE
          Four hundred and thirty five.

Max walks to the cubicle booth. As he adjusts the chair and sits down, speakers in the booth begin playing.

                    CUBICLE SPEAKERS
          Max Da Costa. 36 years old.
          Incarcerated twice. 2.4 years, 3.5
          years. Trafficking controlled
          substances. Grand theft auto.
          Vandalism.

> MAX
> Hi, hello, before we st--

> ROBOT PAROLE OFFICER
> Violation of penal code 221a today
> onboard metro transit train c4
> south.

> MAX
> Yes, I know, but if you would--

> ROBOT PAROLE OFFICER
> Immediate extension of parole
> duration by a further eight months.

> MAX
> WHAT?! No no wait, this is a--

> ROBOT PAROLE OFFICER
> Police officers noted violent anti
> social behavior. We regretfully
> must extend parole.

Max clenches his jaw. We see his hands under the table
flexing. The robot who has only been looking straight ahead
adjusts its head to face Max for the first time.

> ROBOT PAROLE OFFICER (CONT'D)
> Elevation in heart rate detected.
> Trace amounts of testosterone in
> bloodstream. Would you like a pill?

A small container sponsored by PFIZER pops up from the desk.

> MAX
> No no, thank you. I just wanted to
> explain that today was not my
> fault. It was a--

> ROBOT PAROLE OFFICER
> Stop talking. Have you engaged in
> the use or distribution of
> controlled substances in the last
> 24 hours?

> MAX
> No. What? All of that is behind m--

> ROBOT PAROLE OFFICER
> Stop talking. Personality matrix
> suggests a 78.3% chance of
> regression to old behavior
> patterns.
> > (MORE)

                    ROBOT PAROLE OFFICER (CONT'D)
          Trafficking of and soliciting of
          controlled substances. Theft. Would
          you like to talk to a human?

                    MAX
          (mocking in robot voice) No, I am
          ok.

                    ROBOT PAROLE OFFICER
          Change in speech pattern noted. Are
          you being sarcastic and or abusive.

                    MAX
          (still in robot voice) Negative.

                    ROBOT PAROLE OFFICER
          It is a federal offence to abuse a
          parole officer.

Max stands up aggressively and grabs his back pack.

                    MAX
          Understood.

                    ROBOT PAROLE OFFICER
          This meeting is adjourned. Next
          meeting is in three days.

EXT. FAVELA OUTDOORS - DUSK

Max arrives home at the favela. RAP blares, GANGSTERS mill
about. YOUNG KIDS and single MOTHERS all over.

Max finally gets to his shack. JULIO, Max's lifelong friend,
drinks beers outside his place with some other sketchy
looking GUYS. Julio follows Max in and grabs a beer for him.

INT. MAX'S SHACK - NIGHT

Max opens his closet and starts putting his stuff down. Julio
hands him a beer and slumps onto the bed.

                    JULIO
          What up man? How was the line?

Max takes a swig on the beer. Julio sees Max's lip.

                    JULIO (CONT'D)
          Dude! What happened?

Max feels his lip. He shrugs.

                    MAX
          The usual.

Julio leans forward and gets serious.

                     JULIO
          Listen man...

Max anticipates what's coming and stops him.

                     MAX
          Can we just skip to the part where
          I say no?

                     JULIO
          Hear me out first, okay? Please.

Julio takes a zip lock bag of weed out of his cargo pants.

                     JULIO (CONT'D)
          I got a new connection, giving me
          this shit for nothing, for dirt.
          I'm selling it like crazy, man.
          We're making good cash right now.

A beat. Max waits for the rest of the pitch.

                     MAX
          I'm sorry, was that it? Was that
          the whole pitch?

                     JULIO
          Shut up--

                     MAX
          No, I mean, did you rehearse that?

                     JULIO
          Look homey, I don't want to be
          selling this shit, I don't want
          this life, just like you, but we
          both want Elysium, right?

                     MAX
          Yeah.

                     JULIO
          So dude. Hello. You're like the
          best hustler on the block, let me
          hook you up, we go back doing it
          old school, the two of us. I swear
          to you, within a year we'll have
          enough cash for IDs and a flight up
          there.

Max lifts his pants leg to show Julio a parole anklet.

                    MAX
          I think you might have forgotten
          this little guy. This fella means
          ten-to-twenty next time. Got it?
          Yeah I want to get up there, live
          in a big house, eat all I want. But
          I gotta save up, man.

                    JULIO
          And how you gonna do that? Your big
          hip hop career?

Julio laughs. Max laughs with him.

                    MAX
          Shut up. I would have been awesome,
          I had some sick rhymes.

                    JULIO
          Ah, so it's not the rap career.

                    MAX
          No bitch, I got a job. Unlike some
          people.

Julio shakes his head.

                    JULIO
          Pussy.

                    MAX
          Idiot.

                    JULIO
          Puta.

                    MAX
          Shut the fuck up, get out.

Max stands up to force Julio out.

                    JULIO
          You wanna step out for some fun? We
          met some nice ladies on the beach.

                    MAX
          Oh yeah, I'm sure, like the last
          ones you got, what was it again?
          Herpes.

                    JULIO
          They can fix that shit on Elysium.

Max escorts Julio to the door as he speaks.

                    JULIO (CONT'D)
          Seriously, these girls are really
          fine, they said they want to meet
          you, we all going to Raza's.

Julio takes the small zip locked bag of weed and dangles it
in front of Max's face.

                    JULIO (CONT'D)
          Sell me, sell me. Buy a ticket,
          leave this shit hole.

Max laughs.

                    MAX
          Get out.

                    JULIO
          I will wear you down, you used to
          be a LEGEND.

He pushes Julio out and shuts the door.

EXT. MAX'S SHACK - CONTINUOUS

                    JULIO
          Now you make the po po!

Julio turns and leaves, meets up with the other guys.

                    JULIO (CONT'D)
          No dice.

INT. HOSPITAL - LOCKER ROOM - DAY

Frey slides her RFID chip across a digital punch-card
machine. It beeps. Work is over. Frey stands there for a
moment. Another NURSE approaches her.

                    NURSE (O.S.)
          Hey, you okay?

Frey turns, nods politely.

                    NURSE (CONT'D)
          Well look, if you need anything
          sweetheart, just lemme know. We all
          wanna do what we can.

                    FREY
          Thank you.

INT. HOSPITAL WARD - DAY

Frey arrives at a ward that reads CANCER. She walks through rows and rows of sickly children in creaking, rusted beds.

Frey goes into a private area with a curtain drawn. She finds a YOUNG GIRL laying in bed. 6 years old.

Frey checks the girl's vitals, charts. And then Frey just looks at her. And runs a hand through the girl's hair.

This sick kid is her daughter MATILDA. A beat. And...

A DOCTOR arrives.

> DOCTOR
> Hey. I was wondering if we could have a quick word.

INT. X-RAY LAB - DAY

The Doctor finds an empty room, and they go inside.

> DOCTOR
> Look, Frey, you know we've done everything we could for your daughter, right?

> FREY
> What do you mean COULD?

> DOCTOR
> I'm on your side, okay? But I had a meeting today with the board and they're recommending we send her home with you.

Frey's eyes well up. But she remains calm.

> FREY
> But...how can I work here and leave her at home? You know that she could...it could happen any minute.

> DOCTOR
> I know, I know. If she has a seizure, you can bring her back to the ward. But until then, she's discharged. We're not a rich facility, we need that room back.

Frey slowly shakes her head as though this isn't happening.

> FREY
> Can I just have till the end of the
> week? There are more supplies I
> have to get, please. Please.

> DOCTOR
> Alright.

> FREY
> Thank you. Thank you, Dr. Faizel.

The doctor turns and leaves. Frey leans back against the
wall. She puts her hands to her face.

EXT. LOS ANGELES FAVELA - MORNING

Morning light. The sound of dogs and chickens once more.

INT. MAX'S SHACK - MORNING

Max sits up as his alarm goes off. He splashes his face with
water, looks into the mirror.

INT. BIOSPHERE FACTORY - MORNING

Max walks along with many other slum dog FACTORY WORKERS.
They put on their MASKS and pass into the airlock.

INT. BIOSPHERE FACTORY - DAY

Max lifts yet another batch of HEADS onto the dolly. He
wheels them into the kiln, unloads them. He goes out, gets
one more, puts it in. He hits the button. The door shuts and
then JAMS. He looks inside: one of the pallets is skew.

He hits the CANCEL button, but it doesn't open the door.

He looks around for help. He walks to the guy next to him.

> MAX
> Hey man, can I bug you for a second?

> WORKER
> What? They gonna dock our pay.

> MAX
> Yeah, it's just, the door is
> jammed. Have you seen that before?

He follows Max to his kiln, looks through the half open door.

> WORKER
> Huh, shit that's weird. I think
> it's that skew one there, see that?

28.

                    MAX
          Yeah, but I can't reset it to open.

                    WORKER
          Well just squeeze through.

                    MAX
          What? Fuck that.

                    WORKER
          Yeah, it's fine, fuck it, I have to
          get back.

The worker goes back over to his assembly line.

Max looks around nervously. The Foreman at the far end of the
factory motions for Max to get back to work.

Max points at the broken door, but the Foreman doesn't care.
Max looks back at the door, sees the skew palette.

                    MAX
          Why the hell didn't I take the
          Burger King job?

Max takes a breath, and tries to squeeze through the gap. He
pops his body through and is _inside the kiln_. He goes over to
the heavy palette and starts to straighten it.

BEEEEEEP. The door suddenly snags free and....SHUTS.

Max rushes to the door. He bangs hysterically on the glass.

The KILN fires up, we see WAVES OF HEAT DISTORTION as the
RADIATION engulfs us. Max screams and collapses to the floor.

An emergency alarm sounds. Computer monitors read "ORGANIC
TISSUE DETECTED K 34." The factory shuts down.

UP ABOVE: CEO Carlyle walks back to his window, he sees
workers run to Max's kiln. A large overhead siren wails. On
the window, we see holographic projections of BIOSPHERE stock
prices falling with each second of non-production.

Max struggles to stay conscious. We see the Foreman rush to
the door, other workers using CROWBARS to wrench it open.

They force it open and allow a small BOMB DISPOSAL-STYLE
ROBOT to enter. It wheels itself up to Max and scans him. It
grabs Max with its robotic pincer and starts to drag him out.

Max lies on the floor unconscious as he is dragged.
CLOSE UP: Max's face.

FLASHBACK:

EXT. ORPHANAGE – DAY

YOUNG MAX sits outside on a dilapidated merry go round in the dirty, sunny orphanage playground. He has his head in his lap. His eight year old knuckles are bloody.

The NUN we saw earlier walks out into the empty playground. She calmly sits down next to him. He lifts his head and looks over at her, he has a bloody nose.

                    MAX
          It wasn't my fault, sister.

                    NUN
          Yes I know. I know, Max.

Max slumps his chin onto his knee, squinting in the sunlight. We see ELYSIUM through his POV.

                    MAX
          I just want to go there.

The nun looks at the broken boy for a beat. She delicately reaches around her neck and unclips a gold chain. At the end of it is a small spherical pendant. She points up at Elysium.

                    NUN
          You see how beautiful it looks to
          us from here?

The torus looks stunning, glinting in sunlight.

                    MAX
          Yeah.

                    NUN
          Well, look how beautiful we look
          from there.

She opens the locket and it reveals a photo of EARTH from space. The blue marble. Equally stunning.

                    NUN (CONT'D)
          You keep this. This is yours now.
          To never forget about where you
          come from, little Max.

She puts it into his hand. He closes his fingers.

INT. FACTORY MED BAY - DAY

MAX POV: a blurred figure overhead. The image comes into focus. It is the small optical array "head" of the HAZMAT ROBOT. It runs a scan of him. A laser skims over Max.

                    MAX
          What.....what....happened?

He looks over to see he's in a gross little med bay. He sees a porthole embedded in a thick blast-proof door. The Foreman looks through it at Max.

EXT. FACTORY MED BAY - CONTINUOUS

Carlyle walks with purpose. Two heavily armed 24/7 security droids walk with him. As Carlyle approaches the Foreman, he takes out a Prada handkerchief, so repulsed by the setting.

                    CARLYLE
          What the hell is going on? Why has
          production stopped?

                    FOREMAN
          Sir, an accident in one of the
          thermoplast kilns, he's been
          exposed. (nodding at med bay)

                    CARLYLE
          Don't breathe on me, cover your
          mouth.

                    FOREMAN
          Sorry sir.

                    CARLYLE
          Are you telling me that our
          assembly lines are down because
          some worker got irradiated? Is that
          what you're telling me?

The Foreman averts his gaze, turns to some SUPERVISORS. He gives them a sign to start up. We hear machines rev to life.

                    FOREMAN
          Sorry, sir.

Carlyle moves to the glass porthole and looks in at Max. Max looks back. Their eyes lock.

                    CARLYLE
          I assume he signed the usual
          waivers. Does his skin fall off or
          something?
                         (MORE)

31.

> CARLYLE (CONT'D)
> I don't want to replace that
> bedding in there, just get him out,
> get him out of there.

Carlyle turns and leaves.

INT. FACTORY MED BAY - CONTINUOUS

> HAZMAT ROBOT
> You have endured a level four
> radioactive exposure.

Max is frozen as he hears the news.

> HAZMAT ROBOT (CONT'D)
> Your white blood cell count will
> diminish rapidly, followed by
> multiple organ failure. Finally
> cardiac arrest, resulting
> approximately twenty days from
> exposure.

Max's hand grips the bed linen and crushes it.

> HAZMAT ROBOT (CONT'D)
> For legal reasons we ask you use
> the secondary exit from the factory
> to avoid contamination of staff.

The robot drops a bottle of pills on Max.

> HAZMAT ROBOT (CONT'D)
> MIPOROL will abate symptoms.
> Thank you.

The robot wheels itself out of the room. Max lies alone in
the tin bed. He looks over at the porthole. The Foreman
leaves the window. Max watches as he disappears.

Max lies back and slowly looks up at the roof. He tries to
control his breathing. He grits his teeth. Bites down hard.

EXT. BIOSPHERE FACTORY - DAY

Max hobbles out of a steel door into the LOS ANGELES
sunlight. His face is white and sick. His eyes black.

A wall of bulletproof plexiglass runs the length of the exit.
A thick yellow line shows the side WORKERS must stay on. Max
slowly puts one foot in front of the next, struggling.

Carlyle comes out of the factory on the other side of the
glass escorted by his security droids. A magnificent ELYSIAN
shuttle, like a Rolls Royce, sits waiting for him.

Max sways with nausea, he loses his footing, steps over the line, supports himself on the glass. INSTANTLY, sentry GUNS aim at him, getting too close to Carlyle.

>                    SECURITY SPEAKERS
>           You have stepped into a restricted
>           area. Please step back into the
>           approved area.

Saliva drips from Max's mouth as he looks up at the guns and over at Carlyle, staring through the glass.

Carlyle is about to climb into his shuttle. He looks over at Max. Then he covers his face with his handkerchief, and climbs into the SHUTTLE. Max steps away from the plexiglass, as the turbines spool up. The guns return to neutral.

INT. TRAIN - DAY

Max sits in one of the chairs. He is awkwardly slumped. His face a sallow pale white. A thick glaze of sweat coats his features. His black bagged eyes look out over the city.

EXT. FAVELA - DUSK

Max hobbles very slowly up the stairs into the favela. The little CHILDREN circle him, curious about what his ailment is. Max is too weak to disperse them.

EXT. MAX'S SHACK - CONTINUOUS

Max is able to see his shack. Julio and the others are crowded around the area. Julio looks over at Max.

Max hangs onto the wall to stay upright. Julio runs to his friend. Max collapses and falls to the dirty favela floor.

>                    JULIO
>           My god man, what happened? MAX!

INT. MAX'S SHACK - NIGHT

Julio has Max draped over his shoulder, other gangsters push the door open as Julio brings him inside and slumps him down on his bed. The others follow. Lots of noise and commotion.

Max looks over at the gangsters, weakly.

>                    MAX
>           Get out, get the fuck out.

The gangsters all leave. Except Julio who sits on his bed.

                         MAX (CONT'D)
          Go.

                         JULIO
          No. No man.

Max looks over at his backpack, tries to reach it, his hands
tremble. Julio leans and grabs it for him.

                         MAX
          Water.

Julio runs out. Max slowly pulls the MIPOROL out of the bag,
Julio comes back with a coke bottle filled with water.

                         JULIO
          What's going on, Max?

Max ignores him and swallows the pills, sipping the water.

                         MAX
          Can they really cure anything up
          there?

                         JULIO
          Yeah, man...they fix it all.

                         MAX
          I need to get up there. Now.

                         JULIO
          Do you have any cash?

Max shakes his head.

                         JULIO (CONT'D)
          Listen, you can have everything I
          have, but a ticket from Spider is
          like 90, I don't even have half
          that yet, I been saving. Any other
          coyote will probably be double.

                         MAX
          I don't want your money. I just
          need to see Spider.

EXT. SPIDER'S LAIR - NIGHT

In the baddest area of the LA favelas, we find Spider's lair.
Thumping reggaeton spills out into the night air. Max and
Julio push their way through the busy sidewalk to the lair.

Case 4:13-cv-04679-PJH Document 157-1 Filed 12/16/13 Page 272 of 606

INT. SPIDER'S LAIR

A fat BOUNCER sits in front of a dented steel door. GANGSTERS lounge with GIRLS in skimpy clothing, maybe prostitutes. Max and Julio approach the bouncer.

> JULIO
> We need to talk to Spider.

The bouncer ignores Julio, keeps chewing on his toothpick.

> MAX
> Heey...

Max's voice is breaking from the sickness.

> MAX (CONT'D)
> Hey, asshole. We need to get in.

The bouncer carelessly motions to another THUG who sits on a plastic produce box, with an AK47 slung across his chest. He gets up and uses a metal detector on Max and his chum.

> THUG
> Clean.

The bouncer waves his fat arm without looking at them. The thug pushes the steel door open and Max enters.

Max and Julio walk into the lair. The halls are bustling with people. Max and Julio walk past hookers and dealers.

Max knows where he is going, he's clearly been here before. They finally reach a door leading to a large room, and enter--

INT. SPIDER'S LAIR MISSION CONTROL  - NIGHT

The mission control is where the illegal shuttles are launched from. The room is a strange combination of wall-sized plasmas and a favela. Litter and exposed brick next to super computers and monitors displaying flight routes.

TEN TECHIE GANGSTERS are working on computers.

It is the opposite of the clean, pristine CCB CONTROL ROOM.

We see a MAN orchestrating the scene, he sits in a chair. He leans back throwing a football up toward the roof and catching it. This is SPIDER. A walking stick lies next to his chair. One of his legs is paralysed. Despite his disability, he is muscular, powerful, almost regal in his shabby throne.

As the ball lands in his hands, he looks over at Max.

                    SPIDER
          You look like shit.

Julio helps Max into the room. He collapses into an empty
chair, knocking over some cans and bottles and a keyboard.

                    SPIDER (CONT'D)
          Goddamn, watch yourself.

Spider leans closer to Max, looking at him.

                    SPIDER (CONT'D)
          What the hell's wrong with you?

                    MAX
          I'm sick, I....I'm dying.

                    SPIDER
          Interesting.

                    MAX
          I need to get up there. I can pay
          you back when I'm cured, when I'm
          better. Then I can do whatever you
          want. But I need to get up there.

Spider leans back in his chair. He starts laughing. Some of
the other techie gangsters start laughing with him.

                    SPIDER
          Oh man, that is priceless. You
          think you just waltz in here and
          demand a ticket, and I'm going to
          give it to you like I'm some kind
          of magic genie that grants wishes
          or some shit? Maybe I can lend you
          my flying rug too.

He laughs. Max gets really close to Spider's face.

                    MAX
          How many jobs did I do for you? How
          many? I'm asking for help here, I
          need help Spider, please.

                    SPIDER
          Do you have any idea how many
          idiots come in here saying this
          same bullshit? Do you think I'd be
          able to put food in my children's
          mouths if I ran a fucking charity?
          The fuel alone is more than 85% of
          what I charge. And forging an
          identity for you?
                    (MORE)

                    SPIDER (CONT'D)
          That's two programers for six days
          straight. Who's gonna pay for that?
          SERIOUSLY get the fuck out.

Spider turns back to the tech guys.

                    JULIO
          I told you. Let's go.

Julio starts helping Max up. They are moving toward the door.
Spider returns to throwing his ball up in the air and
catching it. But suddenly he stops.

                    SPIDER
          Wait... You said it's terminal?
          This disease thing?

                    MAX
          Yes.

Spider tosses the ball in the air, catches it as he thinks.

                    SPIDER
          You willing to take a chance then?
          There's something I always wanted
          to do, but no one had the balls to
          do it.

Spider grabs his walking stick and hobbles over to them.

                    JULIO
          I don't like the sound of this.

                    MAX
          What is it?

INT. SPIDER'S LAIR ARMORY

Spider leads them inside. Serious guns and ammo lie all over
the place. Spider goes over to a pile of tech and starts
rummaging for something. He finally pulls out a small device:

                    SPIDER
          Here we go.

The size of a matchbox, it has a tethered tail of wire caked
in old blood. He puts it on the table in front of them.

                    SPIDER (CONT'D)
          That my friend, is your ticket up
          there. One last job for me, earn
          your way up.

                        MAX
          What is it?

Spider leans back against the wall, getting more comfortable.

                        SPIDER
          Take an Elysian asshole, a
          billionaire, he's down on earth
          doing some business, whatever. We
          hijack him OK?

                        MAX
          Fuck that.

                        SPIDER
          Relax. It gets much worse. Forget
          his watch, forget his ride, forget
          all that shit. (he taps his brow)
          This is what you take. Organic
          Information right out of his head.
          Bank codes, passwords, log in data.
          Access to billions. We got a few
          hours before they figure it out and
          switch the codes, you've extracted
          enough to fund your own army.

Max shakes his head, points to the data-port.

                        MAX
          You know what the failure rate is
          with those?

                        SPIDER
          Yeah. It's why all these pussies
          always bail on me.

                        MAX
          We couldn't even get into a
          hospital to install it.

                        SPIDER
          No no, HOSPITAL? What the fuck? My
          guys are very skilled. You don't
          have to worry.

                        JULIO
          Your GUYS? Are you kidding?

                        SPIDER
          Hey. These boys can hot wire a car
          in under ten seconds.

                    JULIO
          So that means they can perform
          brain surgery?!

Spider looks at Max.

                    SPIDER
          C'mon, you know it's your only
          option. You do this for me, I
          guarantee you a clean ID and a
          ticket up there. All you have to do
          is walk into a house and use the
          med bay. Bingo, you're cured.

                    MAX
          You swear?

                    SPIDER
          On my children's life. Once we
          verify the data, I'll give you a
          one way ride, all expenses paid.
          I'll even throw in snacks and a
          drink.

Spider smiles, continues--

                    SPIDER (CONT'D)
          Sandro will do the surgery, he's
          good, we do it right here. But
          actually...

He rummages through more tech for something. He finds it:

A HULC SUIT. A metal exoskeleton that fits to human limbs. It
looks like a clump of STEEL, a dirt-bike chassis with joints.

                    SPIDER (CONT'D)
          You seem all weak and fucked up, so
          I'd have them install this too,
          you're already under the knife
          right? Ensure mission success.

He slaps the HULC suit.

                    SPIDER (CONT'D)
          Shit is hardcore. Last guy blinged
          it up a little, but it runs real
          good.

The HULC on second inspection has been "lowridered." Chrome
and sparkle green paint with gang artwork. Max considers.

39.

MAX
I pick the team, I don't want your
attack dogs turning on me when
things go bad, and small numbers,
just four of us.

SPIDER
Nah, I'm sending my own data
wrangler, I don't want to fuck this
up, brain to brain data is real
tough. Small numbers, yeah sure.
I'll give you Manuel, BALLS OF
STEEL. You want him around. So
that's two plus you.

MAX
Do you know who the mark is?

SPIDER
I got some ideas, some rich
business guys.

MAX
No. I know who it is. I know
exactly who it is.

SPIDER
Oh yeah? Who you thinking?

MAX
John Carlyle.

Spider starts laughing. Julio looks down shaking his head.

SPIDER
The CEO of Biosphere, CARLYLE?
That's better than any shit I
woulda came up with. Fucking guy
BUILT Elysium, built their
operating system, built the police
droids. You aim high son. Good job.

MAX
Yeah. He's gonna pay.

SPIDER
Okay, you can shoot this
motherfucker, stab him, do whatever
you want, just don't damage his
head. Then you plug into his brain,
Sandro copies the data to you, and
bingo. You're sipping margaritas on
Elysium by sunset.

Spider starts to move, but--

                    MAX
          I want another ticket.

Max points at Julio. Spider slows.

                    SPIDER
          And if I say no?

                    MAX
          Good luck finding somebody else.

Spider looks at Max, knows it's non-negotiable.

                    SPIDER
          Alright. Two tickets up there.
          Thirty minutes, downstairs.

Spider leaves the room.

                    JULIO
          You can't seriously be considering
          this.

                    MAX
          You know a faster way to get up
          there?

Julio has no answer. Max gets close to him.

                    MAX (CONT'D)
          This is it, man. This is our ticket.

EXT. SPIDER'S LAIR - NIGHT

Gangsters mill about. Laughing. Smoking spliffs. A bevy of
young favalitas flirting with them. We see a wiry gangster
MANUEL among them. The fat guard sits with his AK47.

FREY approaches the lair. She wears a hoodie over her nurse's
uniform. She pulls out a crumpled piece of paper with an
address. She looks up at the lair and triple checks the
address.  She watches the seedy patrons of Spider's world.

She reaches into her pocket and pulls out a wad of cash. It's
clasped together with a rubber band. She looks down at it.

And then puts it back in her hoodie. One of the tatted thugs
suddenly spots her. He is swigging from a tequila bottle.

                    THUG
          Hey, hey Baby.

Frey turns away.

> THUG (CONT'D)
> I ain't seen you around. Hey where
> you going? Come back here.

He starts walking after her. He grabs her arm.

> THUG (CONT'D)
> I SAID....where you going?

She tries to tug her arm loose.

> FREY
> Please. Just let go.

> THUG
> C'mon, don't be like that. I can be
> real friendly.

Manuel sees what's happening.

> MANUEL
> Hey! Marco, let her go.

Frey rips her arm free and briskly walks away. The thug
laughs and holds up his tequila.

> THUG
> What? I just wanted to talk.

As Frey turns, she sees a silhouette in one of the windows of
the lair. It's MAX. Their eyes meet. She's not surprised to
see him in this criminal world.

She lowers her head, and walks away. He watches her go in her
uniform, the one clean thing in this dark, dirty world.

INT. ELYSIUM - RHODES HOUSE - DAY

RHODES enters her house. A ridiculous palatial mansion. She
puts her keys down on the marble center island. She tosses
her jacket over a chair as she walks out to--

EXT. RHODES HOUSE - DAY

Rhodes walks by the marble and granite infinity pool. Her two
little DAUGHTERS sit on the grass playing with dolls.

> GIRL 1
> Hi mommy!

> RHODES
> Hey sweetie.

                    GIRL 2
          How was your day?

                    RHODES
          It was...difficult, sweetheart.

                    GIRL 2
          Do you want to play?

                    RHODES
          In a minute. Mommy's got to make a
          call first.

She sits down at a patio. Her daughters go back to playing on
the grass in front of her. She dials into her wrist device.

                    RHODES (CONT'D)
          I hope I'm not intruding. But we
          need to talk.

INT. BIOSPHERE FACTORY - CEO OFFICE - DAY

Carlyle stands in his office. Rhodes is visible, an image
projected in front of him.

                    CARLYLE
          No intrusion. Go ahead.

                    RHODES
          I've had a bit of a setback.

                    CARLYLE
          What? What happened?

                    RHODES
          I have lost certain executive
          abilities. If we are going to pull
          this off, we need to do it soon.
          Extremely soon.

Carlyle looks over at a computer server array.

                    CARLYLE
          What do you think I've been doing
          down here? You think I enjoy
          spending time on Earth? I'm going
          as fast as I can, believe me, but
          if you want to control an entire
          mainframe, you need to get it
          right. Now, when's the soonest you
          can get down here so I can hook
          your biometrics into the program?

                    RHODES
          I'm afraid that's not going to be
          possible. There's no time.

                    CARLYLE
          Well I don't feel comfortable
          moving this data if it's not wired
          to you. That's a blank cheque, it's
          too risky.

                    RHODES
          Unfortunately, that's how it's got
          to be. I need you here in 12 hours.

Carlyle tightens.

                    CARLYLE
          I'm sorry, Secretary, was that an
          order?

Rhodes bites down, trying to stay calm, respectful.

                    RHODES
          Look, you designed the original,
          you're the genius, I have full
          confidence you can figure it out.

                    CARLYLE
          Well that's very assuring, but it
          took me decades to make that
          program, DECADES, it was built to
          be impenetrable. This has to
          supercede that. We're not dealing
          with the grays of politics here,
          it's numbers, codes, variables--

                    RHODES
          All of which is meaningless if I
          can't upload it. So, please, sir,
          just get it done.

Rhodes clicks off her headset and watches her girls playing
on the lawn. So peaceful, so happy. They smile toward her.

Her gorgeous HUSBAND comes out of the house. He hands her a
drink and starts massaging her neck and shoulders.

                    HUSBAND
          You seem tense.

She shrugs his hands away.

                    RHODES
          I am tense.

Rhodes rises and joins the girls. They play on the grass together, a beautiful happy family. Off this tableau...

INT. SPIDER'S LAIR - NIGHT

Julio and Max walk through dark, dirty halls following Spider to a staircase descending deeper into the lair.

INT. SPIDER'S LAIR SURGERY - NIGHT

The basement level room looks like a veterinary clinic, covered in graffiti. In the center is a makeshift surgery bed and several stainless steel tables of old medical equipment.

Around the table are three GANGSTERS wearing green medical aprons over baggy pants. One of them pulls his mask down to speak. His face is tattooed. He is smoking a joint. He takes it out, looks at Max.

                    SANDRO
          Is this the guy?

                    SPIDER
          This is him.

The other gangsters laugh. Sandro takes a drag.

                    SANDRO
          Shit, we gonna cut you up real
          good.

                    SPIDER
          Play nice, Sandro, play nice. And
          let's get him an ID first.

Sandro yells back at the guys.

                    SANDRO
          Ok man, let's get the chief one of
          them identification codes!

One of the "surgeons" hands Sandro a device that looks like a nail gun. The end has a laser lens.

                    SANDRO (CONT'D)
          Wrist up, bitch.

Max extends his wrist. Sandro places the device over it. He clicks the trigger, the tip of the device burns the ID into Max. There is a slight amount of smoke. Max grits his teeth.

                    SANDRO (CONT'D)
          Have to burn it right in there,
          merge it with the DNA.
                    (MORE)

                    SANDRO (CONT'D)
          There you go, chief. Now you fit
          right in. Like you were born there.

Max looks down at the barcode.

                    SANDRO (CONT'D)
          And now for the real fun.

Sandro holds the small data port in his latex gloved hand. He
taunts Max with it. Max doesn't respond. He just starts
taking off his shirt. Slow, steel. Resolved.

MONTAGE - MAX is naked in a tiled room as they hose him down.
His hair is shaved. They draw incision lines on his bald
head. We see computer monitors of vitals and internal images.

                    SANDRO (CONT'D)
          Move it over to vivisection.

MAX lies on a surgical table. Sandro stands over him. The
other gangsters are getting ready. We see carts wheeled in,
full of the most godawful looking saws and instruments.

                    MAX
          When this thing is installed, will
          it hurt?

The gangsters laugh.

                    SANDRO
          Yeah bitch, it's gonna hurt.

A gangster grabs Max's hand and shoves a needle in between
his fingers. Max winces in pain, but doesn't make a sound.

                    SANDRO (CONT'D)
          Yo, Pablo, d'you got the bone saw
          down here?

                    PABLO
          Nah, it's upstairs man.

SANDRO screams up the stairs.

                    SANDRO
          Yo! Marianna, hey, get the bonesaw.

We hear mumbling coming from up the stairs.

                    SANDRO (CONT'D)
          Huh?!...what!? I can't hear shit,
          just get the bone saw bitch.

Spider grabs his walking stick, he turns to go.

                    SPIDER
          Alright, this is where I leave.

Max slowly exhales. A tear runs down his cheek as he watches
Spider go. Julio sits in the corner watching his friend.

                    PABLO
          Don't cry homeboy. We gonna make
          you a fucking favela NINJA.

                    GANGSTER
          You gonna be a cold blooded killa.

Sandro looks over at Julio.

                    SANDRO
          You should take a walk now.

                    JULIO
          No, I'll stick around thanks.

He looks at Max who looks back. Max smiles. He gives the
thumbs up. Julio nervously smiles back.

POV - we see JULIO'S silhouette become blurred and fade...

TO BLACK.

                    SANDRO
          Ok...he's out...bring in the ENDO.

A large robotic bone-saw comes down and saws off the top of
Max's skull like a cap. We look down on Max's face, his eyes
closed. Specks of blood on his chin and neck.

                    PABLO
          Alright...full cerebral scan...in
          2...1...

The image fades out....

EXT. FAVELA - FLASHBACK

A filthy YOUNG MAX sits on the steps of a shack. YOUNG JULIO
is with him, joking and laughing.

An OLDER TOUGHER BOY comes down the stairs with a few other
young gang members. Max stops laughing. The older boy slaps
him across the face.

                    OLDER BOY
          You think this is a joke?

Max rubs his cheek.

Case 4:13-cv-04057-PJH Document 17-1 Filed 12/19/13 Page 285 of 606

                        MAX
        No.

                        OLDER BOY
        Good. (takes out butterfly knife)
        because you (taps him on the nose
        with the knife) need to act serious
        if you wanna be in our gang.

The other older kids laugh.

                        OLDER BOY (CONT'D)
        Now, I want you to go into her room
        and steal something.

He points up to a shack high on the hill. A YOUNG GIRL leaves
carrying laundry.

                        OLDER BOY (CONT'D)
        Make sure it's something that makes
        me believe it's hers.

Max looks embarrassed. He leaves holding his head down.

He sneaks up the street. As he gets closer to the house, he
starts stalking, making sure the girl doesn't see him. He
hides himself behind a wall, and sneaks into--

INT. SHACK - DAY

Max creeps into the girl's room. He starts looking through
her stuff. She has very little. He opens a drawer in the
dresser, a small worn woman's WATCH sits alone.

He steals it. He turns to leave but...the GIRL stands at the
door holding the laundry basket looking at him.

                        YOUNG GIRL
        Please Max. Please. Give it back.

Max runs for it and knocks her over as he races away. As he
disappears into the hazy favela, we return to....

EXT. SPIDER'S LAIR - DAWN

Dogs bark, sirens on the horizon. The dawn air looks crisp.

INT. SPIDER'S LAIR

A small window lets the morning light in. Max is lying on a
gurney. His head is bandaged. He slowly painfully sits up.

The HULC suit servos whine as he moves. He feels the
aluminium cladding over his body. IV cables dangling.

He looks out the window, sees kids playing with a tattered soccer ball. Feral dogs. He looks up into the morning sky to ELYSIUM floating peacefully.

He slowly raises his hands to his bandaged head, he starts pulling the bandages away. Julio enters the room.

> JULIO
> Whoa whoa, don't do that, hang on.

Julio turns to yell up the stairs.

> JULIO (CONT'D)
> Hey HEY! He's up.

Julio walks over to Max, looks at him.

> JULIO (CONT'D)
> You OK man?

Max shrugs.

> JULIO (CONT'D)
> Does it hurt?

Max slowly nods.

JUMP CUT: a dirty GHETTO CHICK hands Max a glass of water and a handful of pills.

> GIRL.
> They said you gotta take em all.

JUMP CUT: Sandro checks Max's eyes with a doctor's penlight.

Spider enters the room. Max is looking at the joints where the HULC is bolted through his flesh into the bone.

> MAX
> What is this...?

Spider looks at him, smiles.

> SPIDER
> Your way out.

EXT. FAVELA - MORNING

Julio stands in the morning light. A cigarette dangles from his lips as he caresses the fresh ID on his wrist.

Manuel and Sandro lean up against their crime vehicles. They all watch Max come slowly toward them.

49.

                    MANUEL
          What's up, partner?

He goes in for a gangsta style shake, Max reciprocates.

                    MANUEL (CONT'D)
          I'm your wingman today. How's that
          suit working out for you? I always
          wanted one. Surgery scares me too
          much. But fuck me. That is tight.

                    MAX
          Where are the guns?

Manuel takes a final drag, flicks the cigarette and pulls out
his heavy duffel bag. He slams it down on the hood of the
car, unzips it and pulls out an old AK47. Hands it to Max.

                    MAX (CONT'D)
          What is this? Family heirloom?

                    MANUEL
          No no, wait for it.

Manuel leans into the bag and pulls out a few magazines. He
pops some of the rounds out into his hand. They don't look
like normal bullets at all, more like miniature tank rounds.

                    MANUEL (CONT'D)
          Air bursting ammunition.

He takes the gun from Max and hands him the bullets. He lifts
the AK and shows Max a crazy Russian attachment at the end.

                    MANUEL (CONT'D)
          Designate your enemy (click button)
          and any round you fire will explode
          around them, five meter kill
          radius, that shit will fuck you UP.

Max takes the gun and practices hitting the button.

                    MAX
          Hmm. Yeah, this'll do.

Max climbs into the GTR and Julio hops in the driver's seat.
Manuel hops into the pickup while Sandro fires up the engine.

EXT. BIOSPHERE FACTORY - DAY

The huge factory pollutes the LA sky.

50.

INT. BIOSPHERE FACTORY - CEO OFFICE - DAY

Carlyle types fast on his keyboard. His screen flickers:
SEQUENCE COMPLETE.

INT. CCB HQ CONTROL ROOM

Rhodes sits at her terminal in the huge CCB control room. Her
wrist vibrates. She casually pulls her sleeve back revealing
a Patek Phillipe wrist iPod device. It reads:

COMPLETED....ON MY WAY.

INT. BIOSPHERE FACTORY - CARLYLE'S OFFICE

Carlyle sits down at the large server array. He opens a small
USB style socket in the computer. He plugs a wire into the
socket, he then feels around next to his ear. The same SOCKET
exists in his head. A wetware interface. He plugs it in.

A small blue LED lights up next to his ear.

MONITOR: SYNCING..... please stand by.

He transfers the data to his head. The exabytes COUNTING as
it transfers. Once complete, he burns the original.

INT. GTR - CONTINUOUS

Julio is sweating, focusing on the road. Max grabs a walkie.

                    MAX (INTO WALKIE)
          You read me?

INT. PICK UP TRUCK - CONTINUOUS

Manuel picks up his walkie. He is wearing what looks like a
fighter jet HELMET, with a bulletproof face-plate.

                    MANUEL
          I got you.

INT. GTR - CONTINUOUS

                    MAX
          Here's the deal, Spider's guys
          scrambled the shuttle, so Carlyle's
          gonna have to drive out to the
          launchpad. You get ahead of his
          ride. Then when the time's right,
          we box him in. Pin him down. Any
          questions?

None. Max puts down his walkie. He sees Julio sweating.

                    MAX (CONT'D)
          Relax. You'll be fine. This is
          gonna work.

                    JULIO
          Relax? Shit, you're not nervous at
          all?

                    MAX
          No.

                    JULIO
          Well I fucking am, ok? I haven't
          done this shit in years.

MAX slowly extends his newly augmented arm. The hydraulic
pistons hiss and whir, hinting at the immense power. He drops
his hand down into his lap. Looking at it.

                    MAX
          Actually, maybe I am.

Julio looks at him, smiles.

                    JULIO
          Yeah, see you've had this stone
          cold thing going on since last
          night.

                    MAX
          Yeah. I'm actually shitting myself.

Julio laughs. Max smiles at his friend. For a moment, they
are like kids again. They slap hands.

INT. CARLYLE'S OFFICE - DAY

A heavily armed SECURITY DROID comes to the door.

                    SECURITY DROID
          Sir, we are having technical
          problems with your shuttle. We need
          to drive to the central launch pad.
          Security is standing by.

Carlyle stands up, grabs his jacket. As they head out,
another scary SECURITY DROID falls into step with them.

EXT. BIOSPHERE FACTORY

Carlyle's LIMO pulls out of the dirty factory. The car is a
cross between an IRAQ anti-IED vehicle and a Rolls Royce. On
the roof sits an automated 50 cal machine gun.

52.

INT. CARLYLE LIMO

Carlyle looks out of the bulletproof glass. His judging eyes watching the decrepit world of LA passing him by while stock prices and commercials play on holographic screens. He sees:

Burrito stands and beggars. Filthy children and feral dogs.

The LIMO slows at a stop. A donkey-drawn cart wheels by in front. Carlyle looks over to see a child at the glass window. Hand outstretched. Carlyle turns away. The LIMO accelerates.

More kids, poverty, pollution pass. Then SUDDENLY--

SCREEEECH. SNAKE's pickup truck SLAMS its brakes up ahead. CRAAASHHH! The LIMO dives into the back of the truck.

The GTR comes up behind the LIMO.

Julio accelerates and SMASHES into the LIMO wedging the GTR against the back bumper of the limo, which is now sandwiched between the two cars, stopped in the middle of the road.

INT. ROLLS - CONTINUOUS

The Security Droids grabs their guns.

                    SECURITY DROID
          Stay down, sir.

The Security Droid driving tries to reverse out, but the wheels spin against the front of the GTR. Carlyle looks out of his window at the horrendous human hijackers.

                    CARLYLE
          Kill them!

                    SECURITY DROID
          Activating remote gun station.

We see the 50 cal roof GUN spin toward the GTR.

INT. GTR

Max pulls out his handgun and kicks his door open.

                    MAX
          Here we GO.

Max opens fire on the limo. His bullets ping pathetically off the composite materials. The sentry gun spins and faces Max.

                    SECURITY DROID
          Targeting...

The gun opens fire at Max, TEARING UP the hood and windshield of the GTR. Max dives away.

Manuel hops out of the pickup holding a SLEDGE HAMMER. He hops onto the hood of the LIMO and wields the hammer behind his head. He takes a MASSIVE swing, BANGGGG!

He smashes the gun off its turret, it sparks and blasts to pieces.

He looks through the bulletproof glass at Carlyle's terrified face. Manuel smiles and taps the glass with the hammer.

INT. CCB HQ CONTROL ROOM

The giant wall-screen suddenly flashes "CITIZEN UNDER THREAT." Rhodes whips her head over to the wall screen.

                    CCB AGENT
          Ma'am, we have an Elysian citizen
          on Earth under threat. Data coming
          up now, it's a... J CARLYLE.

All the agents slow, recognizing the name.

                    CCB AGENT 3
          My god.

Extreme close-up of RHODES. Beads of sweat on her forehead.

                    RHODES
          Bring it up, please.

The screen pops to a satellite feed of the heist.

                    CCB AGENT 4
          Recovery task force has been
          scrambled, ma'am. En route now.

INT. CCB ARMORY

We see MILITARY DROIDS grabbing guns. Jump cut to them hopping on board a shuttle. The shuttle SHOOTS toward earth.

INT. CCB HQ CONTROL ROOM

Rhodes gets up from her desk and walks out of the control room. The agents watch her go. Confused.

INT. CCB HQ

Rhodes walks through corridors, through airlocks. Nervously looking around, she swipes into--

INT. CCB ARMORY

Rhodes walks into the room full of weaponry and lockers. She grabs a headset, and dials fast on a wrist computer.

EXT. LANDFILL LOS ANGELES - DAY

Kruger stands on a landfill in LA. He presses the receive call on his wrist computer.

                    RHODES
          I've got a situation here.

INT. GTR - CONTINUOUS

Max dives back behind the GTR holstering his handgun and getting the ferocious AK ready.

Suddenly, the DROID side door of the limo opens. The first droid moves out like a combat veteran, firing at Manuel.

It targets his face in a millisecond. BANG BANG. Two shots CRACK his face visor, in what would have been a killshot.

Manuel drops violently, looking out through his cracked face plate. He returns fire in a panicked spray. The bullets ping off the droid's metal shell.

In one motion, the droid leaps behind the limo, unclips a GRENADE and tosses it at Manuel.

                    MANUEL
          YOU GOTTA BE SHITTING ME.

He dives as the grenade goes off, sending him flying back.

Max dodges the shrapnel. The droid turns and fires from behind the limo. Max turns the proximity fuze device on.

                    MAX
          Let's see how you do against this.

Max targets and fires a burst in the direction of the droid.

ULTRA SLOW MO: the droid lifts his gun to fire back, but the small bullets come spiraling in, each of them detonating into miniature airborne claymores. A magnificent shower of gold shrapnel, as the droid is torn to smithereens.

Sandro ducks behind the PICKUP, he has the laptop connected to his chest armor, booting up. He gives a go sign.

Max gets up and runs toward the ravaged limo. Julio runs around the back of the pickup, breathing heavy.

55.

Manuel rises, goes for the pickup truck. Max looks over at Sandro who is holding a LASER DEVICE.

                    MAX (CONT'D)
          Go go go! Cut it open!

Sandro jumps out with the LASER. Manuel covers him. Sandro lifts the beast of a LASER and aims at Carlyle's door. A bright red circular target is projected onto the door.

                    MAX (CONT'D)
          HIT IT.

Sandro presses the trigger. FIIZZZ. The entire door area is MELTED free in a millisecond, the shape of laser cutting across door and body alike. The huge steel plates clang onto the road, smoking, leaving Carlyle exposed, drenched in sun.

Suddenly the opposite side door opens and the second SECURITY DROID hops out with amazing speed. BRRRR, he fires a burst straight toward Manuel. Manuel dives behind the pickup.

He flips the VISOR down on his helmet. It syncs with the camera on his gun. The droid keeps firing at Manuel, but--

Manuel sticks the barrel of his gun AROUND the pickup. He sees the droid in his visor, and he unloads on it, shredding its mechanical legs. As it goes down, it lunges at SANDRO, hurling its legless torso at him, grabbing the LASER DEVICE.

They wrestle with it violently, suddenly it goes off aimed at the pick-up truck. The beam SLICES the truck in half FLIPPING one half with glowing red edges over, almost onto Manuel.

Manuel fires wildly at the droid, chewing the entire area to shreds. Bullets fly dangerously close to everyone.

                    MAX (CONT'D)
          Don't hit the mark!

Manuel holds his finger down, the 1000 round mag shredding the street, pinging the limo. Hitting Carlyle in the chest.

                    MAX (CONT'D)
          NO!!!!

Max aims and pulls the trigger, click, gun jam.

                    MAX (CONT'D)
          Fuck!

Max tosses the jammed gun and leaps up toward the droid. The enhanced power of the suit thrusting him through the air.

                    MAX (CONT'D)
        JESUUUSSSSS!

He comes FLYING across and body-checks the droid, ripping it
away from Sandro, tearing the laser out of its grip.

Max and the droid smash up against the limo and struggle with
one another, <u>thousands of pounds of pressurised hydraulic
pistons wrestling, suit vs droid</u>.

Max slams the droid up against the limo, using all of his new
synthetic might, <u>he tears the head of the droid off its
shoulders</u>. Oil and lubricant spray everywhere. He tosses the
upper metal carcass into the weeds.

Carlyle lies slumped in his seat, gasping for air.

INT. CCB ARMORY

Rhodes briefs Kruger via headset.

                    RHODES
        There's a package of utmost secrecy
        being transported in the city right
        now. Problem is some thieves are
        trying to hijack it.

                    KRUGER
        What is it?

                    RHODES
        That's classified.

                    KRUGER
        No no no. You don't call a recently
        deactivated agent to retrieve data.
        I'm betting the government doesn't
        know it exists. Am I right?

Silence.

                    KRUGER (CONT'D)
        I am right. Which means it's
        illegal. Which means this job is
        undocumented. Which means I can ask
        for whatever I want.

                    RHODES
        Look, we don't have much time,
        there's a recovery task force
        headed to earth now. You need to
        recover this data before they do.
        You understand?

57.

                    KRUGER
I want a fresh clean slate.

                    RHODES
Fine.

                    KRUGER
New name, new citizenship number. I
want those, those other...issues to
go away. You understand?

                    RHODES
Fine, YES.

                    KRUGER
Good, I want a mansion of my
choosing. And...I want to bring a
human back, I want to bring a human
from Earth, and I want customs to
look the other way. None of that
bullshit like before.

                    RHODES
Fine, DONE... I've commissioned two
of your old agents. Off the books.
They should be at your position in
thirty seconds.

Kruger watches a VTOL RAVEN flying toward him.

                    KRUGER
Send me the mission data.

Kruger clicks his wrist off. He casually takes out a tactical
blade. He carves out the CITIZENSHIP CHIP in his wrist. He
pulls the chip out and throws it into the weeds.

The RAVEN slows and hovers, blowing garbage. It gently
touches down. Like a cross between an Osprey helicopter and a
space-ship, it looks sleek and lethal.

Two special forces ELYSIAN tough guys DRAKE and CROWE greet
Kruger. He tosses his bag into the Raven.

                    KRUGER (CONT'D)
Drake, Crowe. Howsit boys?

They smile as he climbs aboard.

                    DRAKE
Lekker, boss. Good to see you.

58.

EXT. LOS ANGELES LANDFILL

The RAVEN accelerates, blasting the garbage and litter
beneath it as it gains altitude.

EXT. LOS ANGELES STREETS

Julio keeps his eyes open, looking around the area as Max and
Sandro run up. Manuel keeps watch too. Waving people away.

Max leans into the LIMO, gun drawn on the ruthless CEO. Max
watches him as he breathes shallowly, his lungs punctured.

                    MAX
          Tell me. How does that feel?

INT. LIMO

Sandro climbs in. He frantically pulls out the router cables.

                    SANDRO
          We are fucked for time.

Carlyle sees the DATA ROUTER. He lifts his finger and feels
the data port on his own head. With his other hand--

He suddenly pulls a gold plated DESERT EAGLE out of his
jacket. Max and Sandro watch in disbelief as--

Carlyle lifts the gun to his own head.

                    CARLYLE
          You can't, you can't have it--

He is about to pull the trigger when Max SLAPS the gun away.
BANG! It fires, blowing a hole in the seat.

                    MAX
          You don't get off that easy.

Sandro passes a long USB-like cable to Max.

                    SANDRO
          Ok, plug this into him.

Max grabs Carlyle's head, forces the data flap open at the
back and sticks the cable into the port. Sandro passes a
second cable leading out of the data router to Max.

                    SANDRO (CONT'D)
          OK, and this into you...

Max plugs the cable into his own data port. Sandro furiously
hits keys on his computer.

Case 4:13-cv-04679-PJH Document 176-1 Filed 12/18/13 Page 52 of 119

                        SANDRO (CONT'D)
          Syncing.

EXT. LIMO - CONTINUOUS

Julio is getting nervous, eyes ticking, fingers tensing.

INT. LIMO - CONTINUOUS

Max watches Carlyle, as Sandro types on the keyboard.

                        MAX
          I'm going to let you bleed out.

Carlyle struggles to form a sentence.

                        CARLYLE
          You...you have no idea...what you
          have done.

                        SANDRO
          OK, we're synced.

His finger hits the transfer button. The blue LEDs on both of
their heads light up like IPODS. We see the DATA bar start
copying on the small router screen.

                        SANDRO (CONT'D)
          Come on, baby.

We hear the whine of jet turbines. Sandro looks out of the
window to see the RAVEN approaching.

                        SANDRO (CONT'D)
          Fuck me.

TAT TAT. Julio FIRES at the RAVEN on the horizon.

                        JULIO
          We gotta go, we gotta go right now!

INT. LIMO

Max looks at the data screen, beads of sweat dripping. 90%
91% 92%. He looks up at the incoming ship. Closer, closer.

We cut to the data screen: 94% 95% 96%...

INT. CCB HQ CONTROL ROOM

An Agent watches warnings come up on his terminal.

Case 4:13-cv-04679-PJH Document 13-2, Filed 12/09/2015 ID: 9415368, DktEntry: 1-2, Page 298 of 606

60.

     CCB AGENT 4
   The assailants are initiating a
   data heist, they are syncing NOW.

Rhodes clenches her jaw and crunches back into her chair. She
casually lifts her wrist. And speaks under her breath.

     RHODES
   They have the data.

INT. RAVEN

The open door of the Raven feels like a Vietnam era Huey, the
terrain of Los Angeles flies by at 400kph. Kruger hears:

     RHODES (IN EARPIECE)
   Repeat. The thieves have the data.
   Destroy the original.

     KRUGER
   Got it.

INT. LIMO

Sandro watches the screen intently.

     SANDRO
   C'mon baby...almost there...

BEEP. The data screen flashes: TRANSFER COMPLETE.

     MAX
   DID WE GET IT?

     SANDRO
   Hang on!

He types into the data port, starts shaking his head.

     SANDRO (CONT'D)
   There's an error, I CAN'T READ the
   data. Something must be corrupted.

     MAX
   What?!

Manuel leans in, holding his massive gun.

     MANUEL
   It's no good?

     SANDRO
   The data is FUCKED.

Manuel takes off. Sandro looks out the window at the incoming
RAVEN. It's bearing down now, bigger and bigger.

> SANDRO (CONT'D)
> I'm bailing.

Max grabs his shirt.

> MAX
> No! You can't go! I need that data,
> that's my ticket!

The WHINE of the Raven turbines is now thunderous.

> SANDRO
> Fuck you, don't touch me--

> MAX
> We went through all this shit, DO
> IT AGAIN!

Sandro breaks Max's grasp and runs out.

> MAX (CONT'D)
> COME BACK HERE!

Julio watches the extremely close Raven. He leans into the
car and grabs Max by his backpack.

> JULIO
> We need to get out of here!

He drags Max out of the car.

> MAX
> I NEED THE DATA! LEMME GO!

Max looks back at Carlyle who is losing consciousness.

INT. CCB HQ CONTROL ROOM

The satellite feed plays on the huge screen. An alarm beeps.
CITIZEN IN CRITICAL STATE scrolls across the screen.

> CCB AGENT 4
> Recovery team is almost there ma'am.

EXT. SPACE

We see the shuttle whip by toward earth.

EXT. LOS ANGELES

As Sandro runs, the deadly RAVEN finally gets right on top of them. The turbines blow debris all over.

Max tries to run, but he COLLAPSES. He clasps his head in pain. Julio runs over to him. Trying to lift him.

                    JULIO
          Come on man! Get up!

Max clasps his head like a migraine. The DATA creating an epileptic white STATIC in his head. Julio tries to drag him.

                    JULIO (CONT'D)
          COME ON!

INT. RAVEN

Kruger leans out of the door, sees Max clasping his head, he sees Sandro running like a trapped rat, Manuel close behind.

Kruger pulls a laser designator off his wrist computer, he shines it on Sandro. BEEEP.

                    KRUGER
          Tag, you're it.

EXT. LOS ANGELES

Sandro slides two Beretta handguns down their rails and into his palms. He sprays the entire area between him and the RAVEN. The hail of bullets splinter around Max.

INT. RAVEN

Kruger calmly takes cover inside the ship for a second. His hand still out, pointing the laser on SANDRO. Not even watching his victim, he presses a button on his wrist tech.

EXT. LOS ANGELES

BOOOOOM!! Sandro EXPLODES in a blinding flash.

INT. RAVEN

                    KRUGER
          I think I got him! Did I get him?

Crowe and Drake laugh.

                    CROWE
          Yessir, I think you did.

EXT. LOS ANGELES – CONTINUOUS

Julio hops into the driver side, screeches up to Max.

> JULIO
> Let's go!

Max pulls himself in. Julio floors the car in reverse.

INT. RAVEN

Kruger uses his laser designator again, shining it on the
HOOD of the moving vehicle. CLICK. He presses the button.

EXT. LOS ANGELES

BOOOOOM!! The hood of the GTR is hit with the force of an
IED. It EXPLODES sending the vehicle FLIPPING onto its roof.

INT. CCB HQ CONTROL ROOM

The satellite imagery of Kruger flipping the car plays to
open mouths in the control room. Rhodes watches silently.

> CCB AGENT 4
> Jesus. Who the hell is that?

A tracking program on the huge screen reads IDENTITY UNKNOWN.

> CCB AGENT
> That's military tech.

INT. GTR

The upside-down interior is smoky, filled with broken glass,
flames. Max comes to. He can barely fit through the crushed
window, he uses his jaws-of-life power to crumple the car
like a coke can. He drags an unconscious Julio out to safety.

EXT. LOS ANGELES

The Raven descends, hovering a few feet off the ground.
Kruger hops out, and starts walking to the smoking wreckage,
watching Max pathetically try to save his friend.

Suddenly, another blast of STATIC PAIN grates through Max's
brain. He screams, holding his head.

Max can see the blurred figure of Kruger coming. He staggers
to his feet. Like a drunk in a bar, he clambers for a grip on
the concrete. Max pulls out his gun.

Kruger deliberately draws a large, lethal knife.

64.

Before Max even has time to realize what happened, Kruger
disarms Max, grabs him in a jiu jitsu position and stabs the
huge blade into his kidney. Max howls and drops.

                    KRUGER
          And now my friend...I'm going to
          cut off your head.

Kruger gets ready to lop off his head, but suddenly JULIO
fires a burst of bullets at Kruger's side. Kruger evades the
bullets and sweeps the gangster's feet out from under him.

Max sees his friend go down. Max starts fumbling the magazine
out of his gun, trying to put a new one in.

                    MAX
          Get it together get it together.

Julio takes one last SHOT at Kruger. He misses. And--

WHHM. Kruger drives his knife through Julio's chest.

                    MAX (CONT'D)
          NOOOOOOOOOOOOO!

Max stands up and clicks the magazine in place, he cocks the
gun and fires a fresh batch of fuzed ammunition at Kruger.

But Kruger drops his sword and pulls a device off his chest
armor, it is a DEFLECTOR. As he clicks it on, a faintly
visible force-field surrounds him.

BANG BANG BANG, the lethal rounds explode around Kruger like
Guy Fawkes, but they are violently deflected.

The force of the bullets is still enough that Kruger
stumbles, dazed, like being shot in the chest wearing a
bulletproof vest.

Max turns and runs back to his friend, rolls him over.
NOTHING. A pool of dark blood spills out.

                    MAX (CONT'D)
          No no...noooocoooo!

He looks around in desperation, looks over at Kruger who is
steaming, rising again. Max looks back at Julio. He looks
over to see the RECOVERY TASK FORCE SHIP coming in fast.

                    MAX (CONT'D)
          Please, JULIO, COME ON MAN!

But Julio's eyes flutter.....dead. Max rips himself away from
his best friend, pained, limping as fast as he can.

Kruger staggers to his feet. The Raven descends for him to
climb aboard. He looks at CARLYLE, as the wheezing CEO gasps
a few remaining breaths. Kruger aims his gun, and--

BANG! He SHOOTS the billionaire in the middle of his head.

EXT. FAVELA - DUSK

Max runs, clasping his stomach. He darts between old shacks.
He turns back to see Kruger climbing aboard the RAVEN.

EXT. LOS ANGELES

As the RAVEN takes off, the smaller recovery SHUTTLE touches
down. Kruger watches as the droids start to leap out.

                    KRUGER
          Good luck!

The droids move fast, guns drawn. They run to Carlyle and
begin treating him like paramedics. A DROID SLAMS a
hypodermic of adrenalin into him. NOTHING. He's dead.

                    DROID
          Citizen has sustained irreversible
          damage to multiple brain areas.
          Time of death E-EST 17:45.

ON CCB SCREENS: CITIZEN DECEASED.

EXT. FAVELA OUTDOORS

Max limps and struggles through the run-down favela. He hears
the whine of the RAVEN behind him. A single OLD WOMAN leads a
pack of mangy DONKEYS. She stops when she sees Max.

He can barely walk. He drops to one knee, tries to keep
moving. The Old Woman looks the bloody gangster up and down.

                    OLD WOMAN
          Policia?

Max looks at her with specks of blood on his face. Nods. She
waits a beat, hearing the sound of the Raven. She slowly
walks the pack of filthy beasts toward him and completely
covers him.

Max lies on the dirt between the horse hooves.

The RAVEN approaches, hovering low over the street.



66.

INT. RAVEN

Drake works a monitor as it scans all the faces in the area.
We see the targeting system scanning the surroundings,
instantly acquiring the Old Woman and a small herd of
donkeys. Everything shows up in thermo as a hot white blob.

                    DRAKE
          Nothing sir, not showing up here.

EXT. FAVELA - DUSK

We see Max hiding under the hooves, the jet wash overhead
howling, dust swirling. He blinks hard, and...

The Raven leaves the area to search other places. Max watches
it disappear. So does the Old Woman. She clicks her tongue
and casually leads the animals away, not even looking back.

Max looks down at his wound. He slowly pulls himself up,
needing serious medical attention. He knows where he's going.

INT. HOSPITAL - DUSK

Frey puts down a bundle of medical forms and stacks them in a
filing case, she punches her time card, done for the night.

INT. PEDIATRICS WARD - NIGHT

Frey goes into Matilda's small area and pulls the curtain
shut sealing them in. She checks all the medical details, and
runs diagnostics on the machines linked to her daughter.

Then Frey caresses her daughter's hair, and gazes at this
peaceful child. Slowly, Matilda wakes up.

                    FREY
          Hey sweetie.

                    MATILDA
          Hi.

                    FREY
          So, remember how mommy said we
          could go home when you get better?

                    MATILDA
          Am I better? Can we go?

Frey nods. Matilda starts to sit upright excitedly.

                    FREY
          Whoa, easy, remember we have to be
          slow, take it easy.

67.

Frey starts undoing the medical gear, forcing a smile.

EXT. LOS ANGELES - NIGHT

Max hobbles through a shanty town. Fires burn. He sees the
dilapidated hospital up ahead. He keeps limping.

INT. PEDIATRICS WARD - NIGHT

Frey gently takes out the IV from her child's arm, leans
forward and gives her a kiss on the forehead.

> FREY
> I'm going to get the car, I'll be
> right back, ok?

EXT. LOS ANGELES - NIGHT

Kruger's Raven hovers over the city. The blanket of lights
twinkling under the VTOL jet.

INT. RAVEN

Kruger leans over a series of monitors. All FLIR infrared.
The images are scanning every single person. He whispers:

> KRUGER
> Where are you, peasant?

Kruger walks through the jet over to the control center.

> KRUGER (CONT'D)
> Alright, let's get surveillance up.

EXT. RAVEN

Three SURVEILLANCE UAVs (Unmanned Aerial Vehicles) take off
and fly into the favela. They look like metal birds of prey
with high-tech cameras fixed into their heads.

INT. RAVEN

The camera feed from the UAVs is visible on the monitors.

> KRUGER
> Okay, let's contain this fucker.
> Put up a jamming signal across the
> whole city.

Drake types into the keyboard. We see the satellite dish and
radar array on top of the Raven fire to life. The satellite
dishes orient themselves and lock in.

68.

                    DRAKE
              Grid is up, sir.

INT. SPIDER'S LAIR

SPIDER sits at a terminal eating crisps out of a bag. The
wall screen suddenly goes red with a warning: SIGNAL JAM.

                    SPIDER
              What the hell...? They put up a
              net. Ground all our flights!

The techie gangsters check commands on computers. A techie
slams his keyboard and lifts his hands in the air.

                    TECHIE
              We're locked out. The whole
              system's down.

Spider looks stunned, confused.

EXT. LOS ANGELES STREETS - DUSK

Max hobbles through people, on the verge of death. No one
seems to care about him. He gets closer to the hospital.

But he sees: A COP standing at the entrance. Max limps
forward, the cop seems to be looking away, the huge glass
doors open. Diseased people bustle in and out.

One of Kruger's UAVs flies overhead, coming in low like a
hawk stalking its prey. Max sees it, and takes cover under a
garbage dumpster. The UAV passes right overhead, the little
propellers kicking up leaves and dirt as it hovers.

Once satisfied, it takes off to search the next area.

Max gets up, he watches the cop with eagle-like focus. He
moves over to the side of the hospital. Struggling with the
pain, he looks through the windows. He catches a glimpse of:

FREY as she walks in the opposite direction.

Max uses all of his energy to walk in that direction. He
heads down an ALLEY, holds onto the wall for support. He
tries to walk more, but he collapses onto a knee.

                    MAX
              C'mon... get up.

Max looks down the alley. A rear exit door is visible.

                    MAX (CONT'D)
              C'mon motherfucker... GET UP!

He forces himself onto shaky legs. He stumbles forward a few paces and collapses completely, smashing over garbage.

He rolls onto his back. He lies still, looks up into the sky. He can see ELYSIUM. It's never felt so far away.

INT. HOSPITAL - NIGHT

Frey heads down a corridor toward a door. She swipes her ID tag and the door buzzes. She opens it and walks out into--

EXT. HOSPITAL ALLEY - CONTINUOUS

Frey heads for the garage, but she hears--

                    MAX
          Frey...

Frey stops abruptly, spins and looks down amongst the garbage. Max lies curled up in blood. He raises his hand.

                    MAX (CONT'D)
          Please...

Frey looks at his wounds and the unbelievable stitches at the back of his head.

                    FREY
          Max? My god, what happened to you?
          Let me get the medics.

She heads for the door.

                    MAX
          No! (coughs) No please...don't go.

                    FREY
          You need serious help, Max.

                    MAX
          I can't. They'll kill me. Please. I
          came here to find you. You have to
          help me.

Frey shakes her head.

                    FREY
          There are people in triage who can
          help you. Much better than me.
          I...I can't get involved in your
          crime.

                    MAX
Please...they'll find me. Frey, I'm
begging you, please...don't go in
there.

Frey looks at Max, his wounds.

                    FREY
I'm sorry, I can't get involved.
You need serious attention.

                    MAX
Not...not in there.

He coughs. Frey looks at him, conflicted.

                    FREY
You've got to go through the system
to get treatment. I can get the
paramedics out here to carry you
in. I can help you, Max. Let me.

                    MAX
No. (weakly) Please. I came here
for you. I need you, Frey...

Frey rises and walks away from Max. She looks straight ahead,
but then stops abruptly and looks back at him, this dying man
in a dirty alley. As she makes her decision...

INT. CCB HQ

Rhodes walks towards us, leaving the control room corridor.
In front of her is the PROTOCOL ROOM. Two armed DROIDS stand
on either side of the airlock. Rhodes walks between them.

She swipes her card and walks into the security airlock. She
types a code and the second doors open.

INT. PROTOCOL ROOM

The room is cylindrical and glossy. Housing the most
important computer in ELYSIUM. Rhodes walks across a glass
floor. EARTH is fully visible under her feet as she walks to
a central server database in the middle of the room.

She puts her hand on the biometric reader.

                 OVERHEAD VOICE
        Recognized. Secretary R RHODES.

Rhodes looks around nervously.

                    RHODES
          I need all files from Biosphere CEO
          J Carlyle moved to my data cluster.

                    OVERHEAD VOICE
          Negative. You do not have clearance.

The doors suddenly open. REP PATEL steps in.

                    REP PATEL
          Rhodes.

Rhodes turns, surprised to see him.

                    RHODES
          Don't you have some fundraisers you
          should be attending?

                    REP PATEL
          I'm assuming because you're in
          intelligence you know that the
          weapons assigned to your attack-
          dog Kruger were used at that crime
          scene today.

Rhodes looks back at him defiantly.

                    RHODES
          Okay.

They both stare at one another.

                    RHODES (CONT'D)
          Do you actually have something to
          say? Or can I get back to looking
          for these criminals.

                    REP PATEL
          PERHAPS Secretary...you are looking
          in the wrong place?

                    RHODES
          If you have something to say, just
          say it.

Patel looks into her eyes. A beat. Rhodes turns and leaves.
The politician watches her go.

EXT/INT. FREY HOUSE - DUSK

A small house with burglar bars. Looks like a rough
neighborhood. But at least it's a house and not a shack.

Frey knocks the front door open with speed. She helps Max
inside. She dumps him onto a couch. He's barely conscious.

The room is bizarre, part house, part hospital.

                    MAX
        Are we.... in your house?

                    FREY
        Stop talking.

Frey goes outside and comes back with Matilda in her arms.
She puts the little girl down in her room.

                    FREY (CONT'D)
        Try and sleep, honey.

                    MATILDA
        I want to see the man. What's wrong
        with him?

Frey doesn't answer. She goes back to Max. There's a hospital
gurney in the corner of the room. She puts a new sheet on it.

                    MAX
        It's like a...hospital.

Frey helps him over to the gurney and lifts his legs onto the
bed. Frey starts moving faster, his situation deteriorating.

She grabs heart-rate monitors and medical equipment. She
links them up to Max with lightning speed.

She rips off his heavy tactical webbing, grabs medical
scissors and cuts his shirt off, revealing the knife wound.

                    FREY
        My god.....

He tries to push the wound area shut with his hand. But
becoming weak, his hand slides away and flops off the table.

                    FREY (CONT'D)
        Max. This is a life threatening
        wound. You need to put as much
        pressure on it as you can okay?
        Help me out here.

                    MAX
        Ok.

Max's eyes begin to roll back in his head. We hear the heart
rate monitor suddenly flatline... BEEEEEEEEEEP.

Frey races into another room and comes back with electric defibrillators. She jump-starts his heart. Again. Again.

Beep...beep...she looks panicked and......beepbeepbeepbeep, his heart starts.

Frey exhales, knows Max will make it. She looks at him. His head lies peacefully unconscious.

We slowly PUSH IN on MAX'S FACE. It blurs.

EXT. LOS ANGELES FAVELA - FLASHBACK

YOUNG MAX and YOUNG JULIO and other children play in a city fire hydrant. They laugh and throw water at one another.

Max climbs up onto the top of a concrete wall. Lying in the sun. Young Julio sitting down below him.

                    JULIO
          What you doing?

                    MAX
          Thinking.

                    JULIO
          Bout who you can mug?

The other kids laugh. Max squints into the bright blue sky. He sees ELYSIUM glinting in the sunlight. Although several hundred thousand kilometers away, it is huge in the sky.

                    MAX
          I'm going to live there.

Julio and the other kids laugh.

                    JULIO
          You're not going to live there,
          SLUM RAT.

                    MAX
          Yes I am. I'm gonna be somebody
          someday.

                    JULIO
          You think we'll still be friends?

Max turns and looks down at Julio.

                    MAX
          Yeah man, always.

They slap hands, the same way they did before the heist.

INT. FREY HOUSE - EARLY MORNING

Max wakes up. He winces in pain. He feels his neck, it's
neatly bandaged. He looks down to see his stomach bandaged.

Frey stands at the entrance of the room sipping coffee. She
looks as though she had no sleep. Max delicately puts his
hand on the bandages where the wound is.

                    MAX
          Thank you.

Frey nods as she sips her coffee.

                    MAX (CONT'D)
          You always see me at my best.

                    FREY
          The blade went into your kidney.

                    MAX
          You live here alone?

                    FREY
          It's a very serious wound Max. But
          the more serious part is...your
          kidney was already failing. The
          wound will be okay, that doesn't
          concern me as much. The real
          problem is whatever this is.

She points to his entire body.

                    FREY (CONT'D)
          I've never seen anything like it.
          You're okay now because I pumped
          enough meds into your body that you
          could get hit by a train and walk
          away. But your organs are failing,
          one after the next. Your body...it
          only has a few days before it just
          stops running.

                    MAX
          A few days?

                    FREY
          At the very most.

Max hardens, snapped back to reality. He SLAMS his fist down,
hits a tray of surgical utensils. Frey goes to pick them up.

                    MAX
          I'm sorry, I'm...

Another voice rings out from the next room.

>                    MATILDA (O.S.)
>          Mommy?

Max realizes he's looking at drawings on the wall, a kid's
painting of a girl in a field of blue flowers.

Suddenly Matilda enters the room. She holds a tattered doll.
The little girl is clearly very sick, small IV's still
attached to her wrists. Her hospital bracelet visible.

>                    MATILDA (CONT'D)
>          This is the man...?

>                    FREY
>          His name is Max. Mommy knew him
>          when he was just your age.

>                    MAX
>          Hello.

Max holds out his hand, along with its HULC stainless steel
knuckle dusters.

>                    MAX (CONT'D)
>          What's your name?

Matilda looks away from him and nuzzles into her mom's chest.

>                    MAX (CONT'D)
>          Too formal I think. The whole
>          handshake.

>                    FREY
>          Baby, go watch cartoons, I'll come
>          lie with you soon soon, OK?

Matilda leaves the room, she stops at the door and gives Max
an evil eye. He looks kind of worried. Frey gets up and
closes the door gently. Frey stands there a moment.

>                    FREY (CONT'D)
>          Matilda.....is her name.

>                    MAX
>          She's beautiful. Like you. Who's her
>          father? Where is he?

>                    FREY
>          Dead. Ran around with the same kind
>          of guys you did... Look, Max, I
>          helped you. Now I need you to help
>          me.

Frey gets closer.

> FREY (CONT'D)
> She's in the final stages of
> leukemia. I need to get her up
> there. Up to Elysium.

Max looks at her, surprised.

> MAX
> And you think I can help?

> FREY
> Well... you know who to talk to,
> right? I mean you're still involved
> in crime obviously?

> MAX
> Obviously? What is it with you?
> I've been--

> FREY
> Keep your voice down--

> MAX
> I've been trying to live like a
> decent person, ok? I've been doing
> the right thing, and this, THIS is
> what I got for it.

He motions to his wounds, his body.

> FREY
> Look Max, I don't care how you got
> here, I really don't. But you're
> here now. And you have to help my
> daughter. I've saved up enough to
> get her a ticket up there and an
> ID...but I don't have enough for
> me. So you have to take her. Take
> her with you and heal her as soon
> as you land. Then when I have
> enough, I'll come too.

Max leans back in his hospital gurney.

> MAX
> How do you know I'm going?

She motions to the ID burned into his wrist.

> FREY
> That's not a gang tatt. And I saw
> you at Spider's.

Max looks away from Frey. Looks at the drawing on the walls.

> MAX
> You really have enough money?

> FREY
> I have enough for her.

Max considers. Slowly turns his head back to Frey.

> MAX
> Yeah. Okay. I can help.

> FREY
> Thank you... (she puts her hand on
> his arm) Thank you.

> MAX
> Can I get up?

> FREY
> Yes. I need to get you some more
> supplies from the hospital. I won't
> be long. Can you watch her?

> MAX
> Yeah.

Frey stands, tightens her sweater. She starts to go, stops.

> FREY
> Max...

He looks at her. She tries to hold back her emotion.

> FREY (CONT'D)
> I think you were sent to me. That's
> what I think.

He has no response. He watches Frey leave the house.

INT. FREY HOUSE - LATER

Max stands, looks at himself in the mirror. He inspects his
body, looks at the scars. He runs his hand over the bandages.
He moves in close to the mirror looking at his own face.

Suddenly he has a mini SEIZURE. The searing white light. The
migraine. His head wants to explode.

He collapses down onto the ground. Breathing heavy.

His fingers run up to the WETWARE socket in his skull, he
feels it. Like a USB plug in his flesh.

                    MAX
           Goddamn sons of bitches.

He smashes some medical paraphernalia that rattles about the
room. He lies there. Defeated. Head sideways against the
wall. Breathing slowly. Eyes shifting as he thinks.

His eyes slowly focus. And he gets up.

INT. LIVING ROOM - CONTINUOUS

Max quietly enters the living room. Matilda lies sleeping on
the couch. He watches her for a beat and then...

INT. FREY'S ROOM - CONTINUOUS

Max walks into Frey's room. He pulls open her cupboards.
Starts looking through her stuff. Shoe boxes. Drawers.

Fast jump cuts as he quietly rips the room apart. Finally he
finds a small box with a ballerina on it. He opens it.

We see a ton of MONEY clumped together in neat bills. He puts
the box down on the dresser and sits on her bed.

He looks at himself in the dresser mirror. Stares at himself.

He suddenly grabs the money and counts it. A beat.

                    MAX
           Thank you god.

He puts his hoodie on and buries the money in a pocket. He
quietly walks out of Frey's room into--

INT. FREY HOUSE - HALL

Little Matilda is standing in the hallway.

                    MATILDA
           Where's mommy?

                    MAX
           She'll be back in a minute.

                    MATILDA
           You have bandages.

She points to her own bandages on her arms.

                    MAX
           Oh, yeah. We both have them.

The two stand awkwardly. She has a book in hand.

                    MATILDA
          Do you want to hear my story?

                    MAX
          Your what?

                    MATILDA
          My story. It's about a meerkat.

                    MAX
          A meerkat?

                    MATILDA
          He was hungry. But he was small. So
          small. And the other big animals
          had all the food, cause they can
          reach the fruits. So he had to
          watch them eat all the nice foods
          and berries cause he so small.

Max feels the money behind his back.

                    MATILDA (CONT'D)
          So he made friends with a
          hippopotamus, so he can stand on
          the hippopotamus to get all the
          fruits he wants. And they eat all
          the fruit together.

Max just looks at her.

                    MAX
          Yeah, I wish that's how it ended.

                    MATILDA
          It is, that's how the story ends.

                    MAX
          Not in the real world, kid. (moves
          for the door) Be right back, ok?

Before she can answer, he's out the door. He closes it behind
him. Pauses there. Conflicted. Then he walks away.

EXT. LOS ANGELES STREETS - DAY

Max moves quickly down the road, but stops when he sees: A
UAV coming toward him, scanning.

                    MAX
          Fuck.

The UAV spots him. It relays the info to--

INT. RAVEN

Crowe sees the flashing light on a monitor.

                    CROWE
          Sir, I think we got him.

Kruger whips his head over. He sees a shot of Max from the
UAV. The computer facial recognition software ID's him.

                    KRUGER
          There you are.

EXT. LOS ANGELES

The hovering Raven drops fast down to the city.

EXT. LOS ANGELES STREETS

Max moves fast, trying to lose the UAV. It flies over him,
not letting him out of its sight.

Max dives under a concrete OVERPASS to a highway. We hear the
UAV hovering and scanning. Max crawls under the narrow
overpass, and gets away on the other side.

                    MAX
          Christ! Leave me alone!

Max grabs baseball-sized ROCKS and starts hucking them at the
UAV, missing, missing, then PING! He cracks one of the
propellers. It dives onto the ground and bounces down a
filthy embankment. Max scrambles away.

EXT. LOS ANGELES - DAY

The massive RAVEN flies down.

INT. RAVEN - DAY

Kruger grabs a gun off the weapons rack and loads it. Drake
and Crowe arm up behind him.

INT. FREY HOUSE - DAY

Frey comes into her house carrying medical supplies. Frey
throws the keys on the table and freezes. She slowly looks
around at the mess. Drawers out. Clothes on the floor.

                    MATILDA
          Mommy. The man left.

                    FREY
          No...no no no...

She runs into her room. She is about to look in the drawer
when she sees the box with the ballerina sitting on the
dresser. She picks it up very slowly and opens it.

Frey collapses down the side of the bed onto the floor.

> FREY (CONT'D)
> Stupid stupid stupid.

Matilda is standing at the door.

> MATILDA
> What's wrong?

Frey uses every ounce of strength to hold herself together.

> FREY
> Nothing baby. Come here.

She hugs her kid, tears forming in her eyes.

EXT. SPIDER'S LAIR - DAY

Max arrives outside the lair. We notice an unusually large
number of people piled up. Throngs of them, on crutches, in
wheelchairs, sick, dying. Max moves past them.

INT. SPIDER'S LAIR - CONTINUOUS

Max walks down the corridor, sweat beading off his forehead.
It's loud and crammed with people shouting. Max checks each
room as he passes, searching for Spider.

Finally he reaches the main room. Spider looks over at him.

> SPIDER
> Oh god (mockingly) someone call the
> POLICE. Jesus, that's the last time
> I send you on a mission. Could you
> have fucked up any worse?

Max tries to walk right in. A BODYGUARD attempts to stop him.
Max effortlessly chokes him out and tosses him into the hall.
Max marches right up to Spider.

> MAX
> You need to get me up there. <u>Now</u>.

> SPIDER
> Bullshit, Manuel said the data is
> fucked. No data...no ticket. Now
> get the fuck out, and go downstairs
> so they can take back my suit.

Max slams all the money down on the table.

> MAX
> 90. It's all there.

Spider looks at the roll of cash.

> SPIDER
> Where did you get that?

> MAX
> Who gives a shit? Put the fuel in
> the jet. Let's go!

> SPIDER
> We CAN'T.

Max shakes his head, the words don't register.

> MAX
> That's the right amount? That's a
> one way ticket. Fuck our other deal!

Spider picks up the cash and hands it back to Max.

> SPIDER
> THE...FLIGHT...SYSTEM...IS JAMMED.

Max stares blankly at Spider, desperate.

> MAX
> I...I gotta get up there.

> SPIDER
> Join the club. I don't mean to be
> blunt but you need to get the fuck
> out of here. I need to see if we
> have a hope in hell, which I
> personally don't think we do, of
> EVER getting back online.

Max collapses forward, holding his head. He instinctively
feels the data port scars on his head, rubbing them, in total
frustration and anguish.

> SPIDER (CONT'D)
> What happened out there?

Max doesn't seem to hear him.

> SPIDER (CONT'D)
> Answer me. How did you manage to
> get everyone killed? And corrupt
> the data.

83.

> **MAX**
> Corrupt? CORRUPT!? They came
> looking for me because of this
> fucking data.

> **SPIDER**
> What?

> **MAX**
> Some kind of CCB hitman came after
> me. Said he was going to CUT OFF MY
> FUCKING HEAD. For data which
> according to you is apparently
> fucking useless. Explain that,
> genius.

Max starts hitting the side of his head.

> **MAX (CONT'D)**
> THIS! This! Stuff in my head.
> Codes, numbers, PROTOCOL, every
> time I think of it, I see it in my
> eyes, like a fucking nightmare!

He forces his thumbs into his eyes, as if trying to stop a
migraine. Spider looks at him.

> **SPIDER**
> That's.... How can that be...?

Spider looks back at the monitors flashing NO FLY INITIATED.
He turns back toward Max, putting the pieces together.

> **SPIDER (CONT'D)**
> We have to see what's in your head.

> **MAX**
> What?

> **SPIDER**
> I think we may have caused this.

Spider hobbles over to a computer console, grabs a long cable
and tries to plug it into Max's head. Max slaps it away.

> **SPIDER (CONT'D)**
> Listen, Max...if they are hunting
> you, don't you want to know WHY?

Max considers. The words resonate. He lowers his hands.

Spider plugs in. He fires up a program and the computer scans
Max's head. Huge monitors display billions of lines of code.



                    SPIDER (CONT'D)
          My god...

                    MAX
          What, what is it?

Spider is speechless. He turns to look at Max.

                    SPIDER
          They will hunt you to the edge of
          the earth for this.

He slumps back in his chair, stunned by the discovery.

                    MAX
          What is it?

                    SPIDER
          We could make every human a citizen
          of Elysium. That code gives us the
          power to run their whole system.

Max looks down, holding the money he stole.

                    MAX
          Humans could live there? Legally?
          Medical? All of it?

                    SPIDER
          Yeah. But I don't give a shit about
          that, have a nice house, whatever.
          I care about the larger picture...
          WE CONTROL THEM.

                    MAX
          How the fuck do we do that?

                    SPIDER
          Well...we fly up there, break into
          the central server and upload this
          into it. This data lets us take
          control of every single Biosphere
          droid. They have no military, no
          police, they only have these
          droids. Which means, I control
          them, I control Elysium.

Max looks at him.

                    MAX
          Break into the mainframe?

                    SPIDER
          Yes.

                    MAX
          The one in Elysium? The most
          protected in the universe?
                    (chuckles coldly)
          If you want to kill yourself, go
          right ahead. Don't expect me to go.

Spider hobbles closer to Max.

                    SPIDER
          Listen kid, I can appreciate that
          you don't have the capacity to
          understand how important this is.
          BUT YOU HAVE TO TRY.

                    MAX
          No. You're the one who doesn't
          understand.

Max stands up aggressively.

                    MAX (CONT'D)
          I don't give a shit about your
          suicide mission. I just need a ride
          up there. You're a taxi service to
          me. Get it? You're a fucking BUS.

Max throws the chair out of the way and starts leaving.

                    SPIDER
          You selfish sonofabitch. You hold
          the key to flipping the whole
          system, and you don't have the
          balls to man up and do it!

Max rips the door open to leave, we see Spider clumsily grab
a tiny stamp of technology off his desk.

                    SPIDER (CONT'D)
          Hey! Don't you leave! Where are you
          gonna go? Huh? Go curl up under a
          bridge somewhere? YOU NEED ME!

Spider tries to stop Max, his uncoordinated hands feverishly
clawing for a grip on Max's chest. However, with a very fast
sleight of hand he sticks a tracking microchip on Max's HULC.

Max effortlessly pushes him back across the room, sending him
crashing into tables, computers. Max points to his own head.

                    MAX
          If they want this thing so fucking
          bad?
                    (MORE)

Case 4:13-cv-04679-PJH Document 17-2, Filed 12/19/13 Page 79 of 119
Case 4:13-75-02-00/00/2015 ID: 9415368 DktEntry: 6-3 Page 324 of 606

86.

                        MAX (CONT'D)
            Then they will cut me a deal,
            they'll give me WHAT I WANT. A
            ticket up there.

                        SPIDER
            Or WHAT?

Max leans down to the knocked-out guard, pulls a grenade off
his kevlar. He holds up the grenade and points to his head.

                        MAX
            Or I'll blow it up.

Max walks out, Spider yells from the floor.

                        SPIDER
            Come back here! You can't give that
            to them.

Spider desperately grabs for a walkie.

                        SPIDER (INTO WALKIE) (CONT'D)
            Stop him!

INT. SPIDER'S LAIR - VARIOUS

We hear SPIDER'S crunchy RT voice echo off gangsters'
walkies. They attempt to stop Max as he leaves, but--

He effortlessly takes them out, using the super-strength of
the HULC, his metal enhanced limbs flashing in the shadows.

Max leaves bodies in his wake. He turns a corner and faces:

A sea of destitute people.

Refugees waiting for Spider to save them. Each one needing a
ticket to the land of salvation. They look at Max, deep into
his eyes. A big beat, and...Max starts walking through them.

We can hear Spider YELLING through the open door.

                        SPIDER
            They will NEVER bargain with you,
            IDIOT. YOU'RE A DEAD MAN!

Max walks out the front door. The guard knows better than to
pull a gun on him. He just puts his hands up.

INT. FREY HOUSE - DAY

Frey tucks Matilda into a bed inside her room. The mess lies
about everywhere. Frey starts cleaning it up.

> MATILDA
> Why are you crying?

> FREY
> Oh, nothing sweetie just a bad day.

> MATILDA
> Is it cause of that man? Who was
> he?

> FREY
> He was..... what I thought he was.

Suddenly, they hear whining jet engines. The sound of the
shuttle touching down outside. Frey moves for the door when--

BOOM. CROWE kicks the door open, DRAKE storms the room, guns
out. KRUGER enters behind them.

> FREY (CONT'D)
> What are you -- please no --

Crowe violently takes Frey to the ground. Drake goes to check
rooms. Kruger slowly steps toward Frey.

> FREY (CONT'D)
> Who are you? You have no right.
> Leave us alone!

> KRUGER
> Oh...my my...we have no right.

Kruger grabs Frey by the upper arms, pulls her close.

> KRUGER (CONT'D)
> Where is he?

> FREY
> Are you looking for that criminal?
> I hope you find him, I hope you
> throw him in jail for the rest of
> his life!

Kruger smiles, looks at his men.

> KRUGER
> Lot of anger there, lotaaaa anger
> there boys.

Kruger gently feels her hair between his fingers. He lifts a
handful of it and smells. His eyes focus over to see MATILDA.

> KRUGER (CONT'D)
> And who is this little one?

88.

> FREY
> Please. He's gone, just leave us. I
> don't know anything, I just helped
> him, he was wounded.

Kruger silences her by putting his finger on her lips.

> KRUGER
> Shhhhh, I know I know...

Kruger gently walks over and sits next to Matilda.

> KRUGER (CONT'D)
> And what's your name?

> MATILDA
> Mommy...

Frey runs over and picks her up.

> FREY
> Please...you're scaring her.

Drake returns to the room.

> DRAKE
> There's no sign of him here, sir.

> KRUGER
> Well, that's alright for now. I've
> found something else...

Kruger motions for them to take Frey. Crowe grabs her.

> FREY
> No! No please! Listen! I don't know
> anything. I don't know where he is!
> He took everything from me!

> MATILDA
> MOMMY!

Kruger gently caresses the child's head.

> KRUGER
> There there, don't worry little
> one.

> FREY
> LEAVE HER ALONE! I told you
> everything I know! What the hell do
> you want from me?

Kruger looks at Frey, smiles.

> KRUGER
> What do I want? Now I want...you.

He turns toward Matilda.

> KRUGER (CONT'D)
> Both of you. I want a family.

EXT/INT. RAVEN - DAY

The back hydraulic bay doors open. Kruger's men drag Frey and Matilda inside. Frey is forced into a seat. A huge chest-restraint bolts her in like a rollercoaster brace.

> FREY
> Please don't do this, please just
> let us go, I'm begging you.

Kruger ignores her, turns to his men.

> KRUGER
> Let's get comms up with the embassy
> team, need FMRI scan in twenty.

The rear hydraulic doors seal up. Frey looks to Matilda.

> FREY
> It's ok sweetie, it's ok.
> Everything's going to be ok.

For the first time, her words are hollow. And the little girl knows it. Frey reaches out, pulls Matilda close.

EXT. LOS ANGELES STREETS

Max walks fast through the streets. Suddenly, he sees--

The shuttle rise up from behind some houses. Max begins yelling, waving his arms.

> MAX
> Hey! Hey!! I'm right here. Come and
> get me, you sack of shit.

He realizes they are still leaving. Max runs down the road toward the area where he escaped the UAV.

INT. RAVEN - DAY

Kruger steps close to Frey, almost kissing her cheek.

                    KRUGER
          I always wanted a wife. I never
          could quite settle down, if you
          know what I mean. You'll love
          Elysium, feel right at home....and
          you (to Matilda) you can have any
          pet you want. Even a parrot.

Frey tries to push him, but she is bolted down by the chest
restraints. He violently pushes her arms back, laughs.

                    KRUGER (CONT'D)
          You need to have more respect for
          me, if we're going to be a happy
          family.

EXT. LOS ANGELES - DAY

Max climbs down the embankment to find the UAV operational in
the weeds. He lifts it up. Looks into the lens.

INT. RAVEN - CONTINUOUS

MAX's FACE comes up on one of the monitors. They can see him
yelling into the lens but cannot hear any audio.

                    DRAKE
          Holy shit. Sir, you better take a
          look at this.

Kruger snaps his attention away from Frey. He walks over to
the monitor. He sees Max, then looks to his men.

                    KRUGER
          TURN US AROUND.

EXT. LOS ANGELES

The RAVEN hovers for a second and then rapidly descends.

EXT. LOS ANGELES HIGHWAY - DAY

Max throws the UAV to the dirt. He walks through a line of
weeds on the side of the highway and leaps onto the road.

The shuttle approaches head on. Max stands in the road.

The RAVEN lands, weeds and garbage spin in its vortex.

INT. RAVEN - CONTINUOUS

Kruger snaps his kevlar vest on, and hits the rear door
button. The hydraulic steel door whines as it opens.

91.

EXT. LOS ANGELES HIGHWAY - CONTINUOUS

Max reaches into his pocket and pulls out the THERMAL
GRENADE. He pops the pin. Holds it closed with his hand.

Kruger emerges from the Raven. He walks out into the sunlight
towards Max.  Max watches him coming like a hawk.

>                    KRUGER
>          There's my favorite human. What's
>          that for? I am unarmed, my dear.

>                    MAX
>          If you ever want to use this
>          bullshit (pointing to his head),
>          you're going to do exactly what I
>          say. You understand?

Kruger stops walking. They stand facing each other. The hot
sun beating down on the road.

>                    KRUGER
>          It seems as though you hold the
>          upper hand my friend. Step on board
>          and let's discuss.

>                    MAX
>          Does it look like I WANT TO DISCUSS
>          THINGS?! Fly me up there. I need
>          medical attention now.

>                    KRUGER
>          Fine.

>                    MAX
>          You can have whatever this shit is
>          (pointing at head) when I'm healed.

>                    KRUGER
>          OK. Let's go. Climb aboard partner.

Kruger points to the doorway of the RAVEN. Max's eyes dart
over to the large shuttle and back to Kruger.

>                    MAX
>          I swear to Christ, you make one
>          move, I will blow this fucking
>          thing and myself into red mist.

Kruger nods and smirks.

>                    KRUGER
>          Let's go. Let's take you up there
>          to your new existence.
>                      (MORE)

                    KRUGER (CONT'D)
          Leave this terrible latrine of a
          planet. Leave all this behind you.
          Get that horrible irradiated body
          fixed.

Kruger heads for the Raven. Max grips his grenade and follows
him. Kruger walks into the shuttle. Max enters and sees......

FREY.

Max freezes in his tracks. His eyes transfixed on her. As she
comforts Matilda, she looks at him. Tears run down her face.

                    FREY
          What.........

Suddenly her demeanor changes. She becomes ice cold.

                    FREY (CONT'D)
          You backstabbing bastard. You did
          this to us--

Kruger covers her mouth, she struggles, only angry muffled
sounds can be heard. Max stands speechless, stunned.

                    KRUGER
          Okay, let's head out boys!

The rear bay doors seal up with a hydraulic HISS.

EXT. LOS ANGELES

The RAVEN accelerates up into the sky at blistering speed.

INT. RAVEN

Max still holds his grenade. He sits opposite Frey. He looks
at her without blinking.

                    MAX
          I'm....I....I didn't...

He turns to look at Kruger.

                    MAX (CONT'D)
          Let her go for god's sake. What the
          hell does she have to do with this?

Kruger turns to Max and smiles.

                    KRUGER
          Well, you two are obviously old
          friends.
                    (MORE)

                    KRUGER (CONT'D)
Please feel free to come round and
visit, you can catch up on old
times. We have a lovely patio at
home. (icy to Max) Focus on your
own problems, son.

INT. SPIDER'S LAIR

Spider hobbles over to a computer. A techie operates it.

                    SPIDER
Ok, where is he?

                    TECHIE
Just pulling it up sir.

The tracking point on Max shows up as a dot on the screen.

                    TECHIE (CONT'D)
Whoa... he's airborne. Leaving
earth sir, bound for Elysium.

Spider looks shocked. Then snaps into motion.

                    SPIDER
Manuel, Rico, fire up the shuttle.
Get weapons, get kit. We're going
up.

INT. CCB HQ CONTROL ROOM - DAY

RHODES sits at her desk. Her wrist vibrates. She sees the
number, very calmly and quietly leans forward.

                    RHODES
Do you have it?

                    KRUGER
Protocol is onboard.

Rhodes looks around to make sure nobody is watching.

                    RHODES
I'll expect you in 19 minutes.

EXT. SPACE

The RAVEN hurtles toward ELYSIUM at 22 thousand kph.

INT. RAVEN

Max watches Frey. He attempts to say something.

                    MAX
          Frey...

She doesn't look at him. Max glances over at Crowe, who
stares back, getting uneasy in the Zero G.

                    MATILDA
          Mommy I'm scared.

                    FREY
          Don't worry, everything's going to
          be fine, I promise.

She slowly looks up at Max. Their eyes meet. He looks away.

He grips the grenade so hard his tendons flex.

He looks around the craft. And his eyes slow on warning
logos: "warning pressurised hull."

Max looks out the porthole at the vacuum of space. He sees
ELYSIUM coming into focus. Frey looks at him. Hard, bitter.

                    FREY (CONT'D)
          This how you always imagined it?

He says nothing. Deeply conflicted.

Suddenly the jet hits the atmosphere of Elysium. Shaking and
reverberating through the whole ship. Matilda starts CRYING.

                    FREY (CONT'D)
          It's ok sweetie. It's alright.

Kruger goes and sits dangerously close to Matilda.

                    KRUGER
          It's just called reentry. We're
          about to land. We're home. I
          promise you, you're gonna love it.

Max looks out his window. The ship slows, rows of gorgeous
mansions extend forever. His dream, right there.

He looks back at Frey, Matilda. The child terrified, tears on
Frey's cheeks. Max blinks hard, makes an impossible decision.

                    MAX
          Fuck it.

He reels back and tosses the GRENADE all the way up to the
cockpit. It clinks and rolls up to Drake.

SLOW MO: Kruger whips his head over, his pupils dilate. Drake looks at the grenade at his feet in disbelief.

            MAX (CONT'D)
     (to Frey) Cover your ears!!!

Max is free in his seat, he moves fast and grabs Matilda. He covers her ears and gets into a firm brace position as--

EXT. ELYSIUM

BOOOCOOOOOOOOOM.

A MASSIVE EXPLOSION tears through the RAVEN cockpit. The explosion sends the RAVEN screaming downward into the mansions, crashing into the lawns.

SSSSSSMMMMMAAAAAASHHHHHHHH. Frey is shaken around violently, screaming, but she's held by her harness. Max hangs onto Matilda for dear life as the impact sends everything flying.

EXT. ELYSIUM

THE RAVEN clips a MANSION, blasting cement dust out like a meteor hit, it digs into the lawn sending clumps of dirt and grass hundreds of feet in the air.

Martini sipping ELYSIAN women scream and PANIC, jumping out of their hot tub as the ship tears through their garden.

INSIDE THE RAVEN:

Crowe is shaken violently in his harness.

Kruger is unbelted and slammed into the cockpit with car-crash speed, smashing his head on a steel railing.

The behemoth scrapes along, tearing up the Bel Air style garden, finally smashing into a mansion and stopping.

INT. SPIDER'S UPLOAD ROOM - DAY

A techie sits watching a monitor. He speaks into a mic.

            TECHIE
     They just went down on the surface.

INT. SPIDER'S SHUTTLE

We find Spider in his own shuttle with Manuel and gangsters.

            SPIDER
     Got it... Go faster.

INT. CCB HQ CONTROL ROOM - DAY

Rhodes spins her head around as an alarm rings inside the CCB control room. The huge wall screen in the CCB displays a massive warning: FOREIGN VESSEL IMPACT, BETA QUADRANT.

                    CCB AGENT 4
          What do you want us to do ma'am?

Rhodes abruptly stands and grabs her coat.

                    RHODES
          Scramble a jet for me.

EXT/INT. RAVEN

The dust begins to settle. Electrical circuits spark and hiss. Max coughs and pulls himself upright, the entire RAVEN is on its side, the walls are now the floor.

Frey hangs suspended from the roof inside her harness.

                    FREY
          MATILDA! WHERE IS SHE??

Max finds her still in his arms.

                    MAX
          She's fine, I got her.

Matilda is crying.

                    MATILDA
          Mommy!

                    FREY
          It's ok sweetie, it's ok.

Max looks around the sparking smoked-up interior. He sees Crowe beginning to stir.

Max goes to Frey, tries to get her out of the harness, but--

It won't budge. He runs over to a console of switches and buttons at the back and hits them, one after the next, accidentally the rear BAY DOORS hydraulically hiss open.

Sunlight spills into the smoke-filled interior, along with ash and embers. Fire from the jet fuel burns outside.

As Max tries to find the button to release Frey, Crowe begins to rise. Max looks over at him, he looks back at Frey and violently tries to rip the harness open. It won't budge.

> MAX
> (to Matilda) Go go, run!

> MATILDA
> No! MOMMY!!

> FREY
> Run, Matilda! RUN I'LL COME FOR
> YOU! GO!

Crowe stumbles to his feet.

> CROWE
> You're dead.

> FREY
> RRRUUUNNNN!!!

Matilda runs out the back into the garden. She hides in the
rose bushes.

SLOW MOTION: Drake grabs his huge SMART GUN and harnesses it
into a bracket connected to his chest armor.

Max dives and grabs the DEFLECTOR off a weapons rack.

Drake's finger on the trigger. CLICK.

Max's finger on the Deflector. CLICK.

Normal speed: the smartgun unloads an ungodly amount of lead
at Max, the deafening gun filling the interior with smoke.

ULTRA SLOW MO: the bullets hit the force-field around Max and
deflect in all directions, knocking Max violently back. Crowe
keeps firing, walking toward Max, never letting up.

> CROWE
> Die, peasant.

Most of the barrage of lead is sent out of the Raven, tearing
up the lawn sending plumes of dirt up.

EXT. RAVEN

The force of the bullets knocks Max out of the RAVEN onto the
dirt and the metal subsurface of Elysium exposed by the
crash.

Despite the violence, as soon as Max makes contact with
Elysium's surface, the mainframe becomes aware of him:

HOLOGRAPHIC icons and data popup all around Max: "deal on
HUGO BOSS," "amazon account - not registered," etc.

Case 4:13-cv-04083-PJH Document 176-2, Filed 12/19/13 Page 336 of 606

Max falls on his back, the deflector is knocked out of his hand, the force-field goes away. Max moves like a lightning bolt toward Crowe, grabbing the huge gun while the psycho continues firing. Max uses his superior HULC strength and smashes the gun in two over his titanium covered knee.

With awesome martial arts moves, Max grabs Crowe's arm, pops his elbow. Crowe howls in pain. Icons and data pop up, showing directions to the closest medical bay.

Max reaches over to Crowe's tactical webbing, pulls the pin out of a GRENADE and kicks him back onto the lawn.

Max moves back inside to help FREY, BOOOOOOOM! A cloud of blood, dirt and grass is hurled into the air behind Max.

INT. RAVEN - CONTINUOUS

Kruger stumbles up, very unsure on his feet. Frey looks at him, trembles with fear. He slowly pulls two throwing knives.

              KRUGER
     The pain isn't real.

EXT. ELYSIUM

Kruger hurls the throwing knives with cobra-like snaps. But Max moves so fast that he deflects the blades in the air.

              MAX
     C'mon. You can do better.

Kruger throws a barrage of four, Max smacks three out of the air, one digs into his stomach, he stumbles backwards.

In the second it takes Max to pull the blade from his stomach, Kruger draws his KATANA and comes at Max full force.

He swings his sword like a drunken pro. Max uses the exo-suit on his wrists and shins as steel shields.

KLINK KLINK. Kruger's sword is stopped by Max's augmented limbs. But the sheer aggressive onslaught is too much, finally knocking Max back to the ground.

The maniac stands over Max, puts a boot on his chest.

              KRUGER
     I'm going to enjoy this. I'm going
     to hand deliver them your head.

Kruger slowly raises the KATANA. Max's fingers outstretched, feeling for anything, he feels the tactical webbing of the remains of Crowe, and then his fingers find Crowe's SHOTGUN.

As Kruger brings the blade down, with bullet-like speed Max grabs the shotgun and uses it as a shield.

ULTRA SLOW MO: the KATANA shatters like glass, glinting pieces of titanium fracturing and splintering into the sunlight. Twinkling in front of Max's face.

Max spins up and KICKS Kruger so hard, the kick FLINGS Kruger back against the Raven like a rag doll. The coughing wheezing maniac drops the remains of his sword, trying to breathe.

INT. RAVEN - CONTINUOUS

Frey watches as the violence unfolds just outside the ship:

Max swings the shotgun up, cocks it and steps right up to Kruger who is now lying propped up against the Raven door. Max puts the shotgun in Kruger's face.

                    KRUGER
            (Weakly) See you soon...

Kruger smiles, and licks the barrel of the shotgun.

CLOSE UP: Max's trigger finger... CLICK.

The shotgun pellets BLOW Kruger's face off.

EXT. MANSION ELYSIUM

An ELYSIAN FATHER comes out of his house to see Max executing Kruger. The man panics.

                    ELYSIAN MAN
            Oh god! Sweetie call immigration,
            get the kids!

Max drops the gun and suddenly remembers Frey. He goes into--

INT. RAVEN - CONTINUOUS

Max walks into the smoky interior, and fires his shotgun at the control panel. BOOM! The ship flickers, the harnesses all snap open. Frey is released and falls against the wall. She slumps down. Max moves toward her, but she pushes past him.

                    FREY
            MATILDA!!

Matilda races out of the bushes, rushes up to her mom. Frey drops down and hugs her little girl tighter than ever.

Max turns to the rack of guns in the RAVEN and grabs a RAILGUN. He sees a MEDPACK on the ammo shelf and grabs it.

He runs over to FREY, about to pull the two girls to safety when he realizes the beauty and scale of ELYSIUM.

Frey rises slowly, holding Matilda. The three earthlings take a moment. They have never seen anything like this before. The stunning torus creates a horizon that never ends.

But Max hears something. He snaps his head over to see: a HOMELAND DEFENSE RAVEN incoming.

> MAX
> We gotta get out of here. Now.

He turns to grab Frey, she rips her arm away.

> MAX (CONT'D)
> Look. I know words mean nothing,
> but I promise you right now if you
> want to get out of this alive, you
> have to come with me. Please.

The HOMELAND DEFENSE RAVEN is coming in fast. Max grabs Matilda and pulls Frey. They run across the manicured lawn. The smoking wreckage of the shuttle smoulders behind them.

INT. HOMELAND DEFENSE RAVEN - CONTINUOUS

Rhodes stands at the open door. IMMIGRATION DROIDS peer over her shoulder watching the illegals run across the lawn.

> DROID
> Three suspects, ma'am.

> CABIN SPEAKERS
> Dispensing tear gas and net guns.

> RHODES
> Negative. Use live ammunition,
> wound the male, but do not damage
> his head. Kill the other two.

> DROID
> Roger that, ma'am.

The droid shoulders his SMG and FIRES!

EXT. MANSION ELYSIUM

Matilda screams as BULLETS kick up the dirt behind them. They race up the stairs of a palatial mansion.

Frey tries desperately to get into the house. All the doors are locked.

101.

The droids fire again, tearing up potted plants and shattering tiles. Max turns and fires his RAILGUN at them, HYPERSONIC ROUNDS tearing straight through the Raven.

RHODES ducks as splinters of metal shatter through the cabin. Pin-pricks of light poke through the punctured hull.

Frey keeps trying to find a way into the house.

                    MAX
          This way!

Max and the girls run along the side of the mansion, and then down stairs. The droids fire at them, blowing chunks out of the earth, kicking up water from the pool.

Max turns and fires, he BLOWS one of the droids away. The shattered droid boils across the cabin floor. Sparks and bolts ping around the cabin. Rhodes protects her head.

                    RHODES
          Take him out!

The droid mans a huge DOOR-GUN, and opens fire, trimming palm trees with a beam of lead. Max trips and falls, Frey turns.

                    MAX
          Go go! Keep going!

He lifts his rifle and takes a second to aim. He fires straight into the wing turbine. The engine explodes! The RAVEN immediately begins to lose altitude.

Max gets up. As he sprints after Frey and Matilda, we see the Raven smack into the lawn, like a very hard chopper landing.

INT. RAVEN

Rhodes hangs on as it SLAMS to the ground and comes to rest. Warning alarms blare. Rhodes uncouples herself and steps out of the smoke into the sun. She looks around for Max. Gone.

EXT. MANSIONS

Max and the girls keep running across mansion grounds. Max is clearly in serious pain, struggling. Frey looks back.

EXT. MANSION ELYSIUM

Rhodes walks over to the smoky remains of Kruger's shuttle. She sees KRUGER'S BODY. She takes a moment to look at the sheer devastation. Then she hears--

The slow whine of a third RAVEN incoming. She turns to look at it. She waves her arms, directing it down toward her.

EXT. ELYSIUM MANSIONS

Max and the girls break through a perfect hedge. They race up marble steps. Max shatters a window and--

INT. MANSION ELYSIUM

Max lands on the marble floor. Frey and Matilda follow. They hear the roar of the CCB RAVEN outside.

Max silently peers over the edge of the windowsill. He watches as the Raven screams by overhead, departing with Rhodes in it. He watches it disappear, then--

Max starts laughing, relief washing over him.

Matilda gets up and runs through the immense house. Max slowly stands. He walks around taking it all in.

He and Frey walk onto a back deck that looks out at the magnificence of Elysium. Bright flowers. Shimmering lakes.

                    FREY
          I never thought it could be so....

                    MAX
          Beautiful. Yeah.

A look between them. They made it.

An overhead computer voice begins reading features about the house. It is for sale. Matilda runs into the children's room.

                    MATILDA (O.S.)
          Mommy! Come and see.

Frey walks into the children's room, which is bigger than their house. It is stuffed with brand new toys.

                    MATILDA (CONT'D)
          Please can we stay?

Max enters the room. As he looks around, we see a FLASH of his ORPHANAGE. We cut back to the room and--

Suddenly Max DOUBLES OVER in pain. The barcode on his wrist lights up for a second as the house scans it. BEEP.

                    OVERHEAD VOICE
          RUNNING MEDICAL SCAN...completed.
          Please report to the medical bay at
          once citizen. Multiple organ
          failure imminent, white blood cell
          diminishing. Please report.

Frey rushes over to him. She feels for his vitals.

                    FREY
          Oh god.

She lifts him up, he winces in pain.

INT. CCB HQ

We follow Rhodes as the CCB droids walk behind her. They
carry KRUGER in a body bag. They move through a door to--

INT. CCB ARMORY

The large high-tech room is a mixture of equipment and
weaponry. Two CCB MEDICAL DROIDS stand waiting. Rhodes waves
the droids carrying KRUGER in. They dump the body on a table.

                    RHODES
          Fix him.

The droids pull the bodybag off Kruger. His wound seems
beyond the point of repair. The medical DROIDS grab plastic
packages, they break the seals and pour the white powder
contained within all over Kruger's destroyed face.

A robotic ultra-violet light begins interacting with the
powder. Magically we see Kruger's face begin to regrow. As
this happens, the droids begins linking up IV's and sensors.
Starting the heart again. Getting the body back online.

                    MED ROBOT
          Blood flow is looking good.

The body starts breathing, then its eyes open. The droids
start pulling off all the medical sensors. KRUGER'S face is
complete. As good as new. In fact, better. No scars.

INT. MANSION ELYSIUM

Frey helps Max into the medical room while Matilda watches.
The room looks like a hospital MRI ROOM designed by
poggenpohl. There is a medical table.

Frey knocks the flower jars off and puts Max down. There is
one large button. She hits it. A laser scans Max's FAKE ID.
A holographic menu pops up. A choice of cosmetic upgrades.

                    OVERHEAD VOICE
          A variety of health upgrades are on
          offer. We have a sale at the moment
          in the Armani range. Please make
          your selection from the menu.

Max looks at Frey and Matilda. He touches the Armani logo.
The overhead cover begins coming down. Closing Max inside.

EXT. MANSION ELYSIUM

SPIDER'S graffiti-ridden ship comes in fast and lands on the
lawn outside the mansion. Spider hops out. Manuel and Rico
hop out with him. Spider looks back into the shuttle.

                    SPIDER
          Take off, give them some exercise.

The shuttle takes off behind them and leaves.

INT. MANSION ELYSIUM

Spider smashes the door open. He walks inside following his
tracker. It leads him to the MED BAY. He sees Max about to be
re-atomized and healed.

                    SPIDER
          NO!!!

Spider lunges forward and uses his gun to jam the machine
from closing. He hits the CANCEL button.

                    MAX
          What the fuck are you doing? What
          are you doing here?!

                    SPIDER
          You can't do that. Not yet. It'll
          destroy the data.

                    MAX
          I don't care about your fucking
          DATA. I'M DYING. Do you know what I
          went through to get here?

                    SPIDER
          Please....If you're re-atomized
          now, it'll scramble the data. You
          can't heal yourself, not yet.

                    MAX
          Are you kidding? Get the hell out!

Max tries to push him away.

                    SPIDER
          Will you listen? There's another
          way. There's another way asshole!

Matilda cries, the fighting getting to her.

                    FREY
          Let's get you out of here.

Max throws Spider from the med bay. Spider knocks over plants
and vases, smashing them. Matilda starts trembling.

                    FREY (CONT'D)
          Baby? Hey sweetie?!

                    MAX
          Get out! GET the hell OUT!

The gangsters point their AK47s at Max.

                    RICO
          I'm gonna waste this motherfucker!

                    SPIDER
          NO! NO!! Don't!

Matilda's eyes roll back. She is having a full seizure.

                    FREY
          MATILDA? MATILDA!!

Max and Spider and the gangsters all stop and look at the
little girl. Frey stands up frantically.

                    FREY (CONT'D)
          No! No!!

She grabs Matilda, rushes to the medical bay and puts the
child down gently. Spider is helped up by the gangsters.

                    FREY (CONT'D)
          Please god, don't let this happen.

She hits the ANALYZE button. There is a loud error BEEP.

                    OVERHEAD VOICE
          Error, no citizen detected.

                    FREY
          NOOOO!!! PLEASE!!!!

She violently hits the button again.

OVERHEAD VOICE
Error, no citizen detected.

Frey starts hitting the machine.

FREY
PLEASE!!

She SMASHES the button again.

OVERHEAD VOICE
Error, no citizen detected.

She looks at Max.

FREY
GIVE HER YOUR CITIZEN CHIP! YOUR
ARM! GIVE IT TO HER!

Max looks down at the ID burned into his arm.

SPIDER
He can't. It's coded to his DNA.

Frey collapses onto her knees beside the table. She chokes
back tears. She strokes Matilda's hair.

FREY
Just hold on baby, mommy will find
a way. Just hold on.

Max looks out at the sprawling estate. The manicured lawns
extending for ages. The magnificent curve of Elysium.

Then he turns back to Frey and Matilda.

MAX
Ok... (turns to Spider) If I do
this, it'll help her right?

Spider nods. Max looks back down at his broken body.

MAX (CONT'D)
Let's get on with it.

INT. CCB MED-LAB

KRUGER is now alive. The MED BOTS disengage the cables that
suspend him, and he collapses like a marionette. Slowly his
fingers uncurl. His muscles tremble as he rises to his feet.

KRUGER
Christ I hate rehabilitation.

He looks around, slowly walks over to a row of sinks and mirrors. He checks out his reflection.

                    RHODES
          Do you realize what you've done?
          You crashed a CCB vehicle into the
          Bryanston sector!

Kruger continues to look at his new face.

                    KRUGER
          I hate how new it is. Like a baby.

                    RHODES
          I hired you to be covert! You know
          how much I have to clean up now?

Kruger suddenly punches the mirror. The broken glass cascades everywhere. Rhodes seems momentarily shocked.

                    RHODES (CONT'D)
          Are you listening to me?

Kruger takes a shard of glass and cuts above his eyebrow.

                    RHODES (CONT'D)
          That human is running around here
          now, god knows where. We need to
          get that data out of his head
          before he realizes what he has, or
          before the administration realize
          what we were doing and hang us both
          for treason. You understand?

Kruger admires himself in the mirror, his fresh scars. He looks more like the old Kruger. Rhodes steps closer.

                    RHODES (CONT'D)
          Kruger. Have you heard a word I've
          said?!

Kruger cocks his head, then turns and with lightning speed SLITS RHODES' THROAT.

SLICE.

Rhodes chokes and falls to her knees gurgling. Kruger throws the piece of glass, KLINK, it bounces off tiles somewhere.

The med robots stand by. Rhodes cannot form a sentence to get them to help her. She falls, dead.

> KRUGER
> Now nobody knows about that data.
> Nobody but him and me. Which means,
> when I get it, this place is mine.

Kruger grabs a weapon, and steps over Rhodes as he heads out.

INT. MANSION ELYSIUM

Max and Spider huddle over a tattered MAP OF ELYSIUM. It is big, taking up the whole kitchen table. Gangsters look on.

> SPIDER
> We need to get that data out before
> you're healed. The healing process
> strips the atoms and realigns them,
> it will corrupt the data instantly.
> After we extract the data, then
> we'll fix you up. Plan is, we break
> in, download it, then get you here
> right away. (points to map) They
> have medical bays in the armory.

Max looks over at Frey and Matilda. Frey has a wet cloth on her brow, cooling her daughter down.

> MAX
> You're sure this will work? This
> will give them what they need?

> SPIDER
> Brother. If we do this, humans
> become citizens of Elysium. She can
> get cured right away. Along with
> nine billion others.

Max contemplates the answer. Spider motions to the map.

> SPIDER (CONT'D)
> We drop in here. This is a back
> entrance to the control room.

We follow his finger along the illegal map.

> SPIDER (CONT'D)
> All the way in here. Boom. This is
> the protocol room.

> MAX
> How do we get through these?

He points at the airlocks. Spider reaches into his bag and pulls out a swipe card connected to a handheld computer.

                    SPIDER
          Run a bypass. I always come
          prepared, son.

                    MANUEL
          Goddamn suicide run.

Spider gives a rueful smile.

                    SPIDER
          It's much worse than that.

He looks over at Frey.

                    SPIDER (CONT'D)
          We could use your help.

                    FREY
          I'm not leaving her.

Spider holds up a headset and laptop.

                    SPIDER
          Just guide us. Real time satellite
          feed. When the shit hits the fan in
          there, you can be our eyes.

Frey nods. Max stands, lifts an AK47, checks the breach.

                    MAX
          Alright then.

JUMP CUTS: various guns/ammo loaded into pouches. Zipped up,
backpacks on.

They stand at the front door to the mansion. About to leave.
Max takes a headset and earpiece from Spider. He puts it on.
Frey walks over to Max. Quiet.

                    FREY
          Thank you.

Max looks back.

                    MAX
          Listen... I'm.....I just....

                    SPIDER
          Let's go, son.

                    FREY
          It's ok...Max...Go.

110.

INT. CCB ARMORY

Kruger sits on a medical bench as the MED BOTS BOLT a HULC
SUIT into his bones. Similar to Max. But more expensive. More
high-tech. Like an F22 vs an F14. It's magnificent.

Once secured, Kruger goes to his LOCKER. Still has his name
on it. He opens the locker and starts pulling out his gear.

EXT. MANSION ELYSIUM - NIGHT

Manuel and the gangsters run ahead into the night. The huge
mansions flood-lit. Max and Spider follow. Guns drawn.

INT. MANSION ELYSIUM

Frey wears the head-set. She watches them on the laptop. The
access hatch shows up in the satellite data.

                    FREY
          It's about 20 meters ahead of you.

EXT. MANSION ELYSIUM

They arrive at the still smouldering crash site. Using
flashlights, they find the hatch under the ripped-up earth.
They open it, and jump into the SUBSTRUCTURE of Elysium.

INT. CCB HQ

Kruger calmly walks out of the armory. He steps into the
central corridor. He casually lifts a grenade from a pouch,
pulls the ring and throws it down the corridor. He walks back
into the airlock. BOOOOOOOOOM!!!! Fire and smoke billow.

INT. SUB STRUCTURE

We hear the deep base rumblings of the explosion.

                    MAX
          What the hell was that?

INT. CCB HQ CONTROL ROOM

Warning lights start spinning. All the CCB agents rise.
Rushing for the exits. The lighting blinks on and off, as
though the grenade has damaged the power source.

                  OVERHEAD VOICE
          All agents, go to the nearest exit
          and proceed calmly to ground level.

The panicked agents run out of the CCB headquarters.

111.

SLOW MO: we see KRUGER move in the opposite direction to
them, walking toward us. He flips his hood down. Deadly.

INT. CCB HQ

A hatch opens above the hallway. Manuel drops down and pulls
out his gun. He spins the other way. NO ONE.

He stands like a sentry as another gangster, RICO, hops down.
The CCB is smoky, burning embers floating through the air.

                    MANUEL
          Where the hell is everybody?

Spider is lowered down by Max. Max hops into the corridor.

                    FREY (IN COMM)
          Okay. It's to your right.

Spider leads the brigade to the first airlock sealed doors.
He slips his SECURITY CARD into the reader and scans the
code, he types and...TSSSHHHHH the doors open.

                    SPIDER
          Come on, let's move.

                    FREY (IN COMM)
          Seems clear.

Spider opens the second doors to be met by more smoke. Max
cautiously checks the room, waves his gun from side to side.
Clear. They start moving into it. And suddenly--

Max hears a blood-curdling SCREAM from RICO. They spin to see
him exploded by--

KRUGER. The gangster is hurled across the room. Kruger's
deadly wrist device sparking and winding down from the kill.

Max lifts his gun and FIRES, but--

Kruger's high-tech suit MELTS the gun in Max's hand. Liquid
molten AK47 drips all over the floor.

                    MANUEL
          RUUUUNNN!!! SPIDER GO!!! TAKE HIM!

Spider tries to grab Max.

                    MAX
          NO! Don't leave him!

Manuel lifts his assault rifle, pops off a few rounds, but
the bullets just glance off Kruger's billion dollar HULC.

112.

Kruger casually lifts his wrist, sending a beam that turns
Manuel's gun into ASH. Manuel screams as his hands are burnt.
Smoking embers of burning metal floating around the room.

Kruger spin-kicks Manuel across the room, the gangster
bounces off the wall like a soccer ball.

                    MAX (CONT'D)
          FUCK THIS.

Max summons his energy, runs toward Kruger and LEAPS.

He smashes into Kruger, sending them both back, DENTING an
airlock door with 500 lbs of steal exo strength.

Max grabs one of the throwing knives off Kruger's vest and
stabs it through Kruger's wrist WEAPON. The device crackles
and sparks. Blood leaking across the white stark CCB.

                    KRUGER
          That's a cheap shot, that's a
          fucking cheap shot.

Max starts to take the upper hand when....

Max goes into a white hot flash of cerebral pain. The
epileptic seizure of DATA-OVERLOAD hits him, he trips and
stumbles over desks and terminals, holding his head.

Manuel grabs Max and pulls him back toward Spider.

Kruger rises, whips out a deadly throwing knife and wings it
at Manuel. It digs into his sternum. He drops to his knees.

Spider looks back to see his friend go down, gasping for air.
Spider turns back, hacking the control-room airlock.

Max sees Manuel die. Anger coursing through his veins, Max
uses every ounce of strength to will himself to his feet.

Kruger lunges at him. His knife comes flashing toward Max's
head like lightning, barely missing his jugular.

Max delivers a sequence of awesome martial arts kicks and
punches knocking Kruger back, giving him time to escape.

Max dives into the airlock and hits the SHUT button. The door
starts shutting. But Kruger leaps and wedges his steel
encased body in between the airlocked doors, jamming them.
He's trapped there.

Max drags himself away, looking back as Kruger struggles to
free himself. Max and Spider hobble into--

INT. CCB HQ CONTROL ROOM

Max and Spider make their way through the immense, abandoned
CONTROL ROOM. Walls still flicker with warnings:

ILLEGALS DETECTED IN CONTROL ROOM.

They reach the next airlock. Max turns back to see Kruger
pulling free himself.

                    MAX
          Come on come on--

Spider disengages the door, and they move fast into--

INT. GANTRY ELYSIUM

The gantry is suspended hundreds of meters up, like a bridge
over the immense sub-structure of Elysium. It looks like
something out of STAR WARS. Huge volumes of wind swirl.

Max and Spider hobble along the gantry, MEDBAY and PROTOCOL
station writing in signs overhead. Max looks up, sees:

Kruger keeps coming, a relentless killer.

                    SPIDER
          Come on, keep moving!

Max stops, watches this cold-blooded killer.

                    MAX
          No, no... He'll never stop.

A calm passes over Max, as Kruger bears down.

                    MAX (CONT'D)
          You got nothing to fight for. I do.

Max and Kruger collide in a deadly sequence of moves.

                    KRUGER
          I have everything to fight for. I
          have all this.

Max struggles. But he makes a desperate move, GRABBING hold
of the NERVE CENTER on the back of Kruger's HULC.

Max tears it off with all his strength. SPARKS explode and
shredded circuitry come out in his hand. We hear Kruger's
suit power down, and--

Max kicks the living shit out of him.

Kruger falls into a crumpled heap. They are at the end of the gantry, where the ARMORY has MEDBAYS LINED UP.

Kruger looks at Max's dying body. He looks into the ARMORY, then back at Max, choking, laughing.

>                    KRUGER (CONT'D)
>          Your....friend...didn't tell you
>          everything, did he?

Max looks at Kruger, confused.

>                    KRUGER (CONT'D)
>          You think...you can pull that data
>          out of your head and live? You
>          think you just carry on with your
>          little life?

Kruger is laughing, choking.

>                    KRUGER (CONT'D)
>          You fucking idiot... That data will
>          kill you the second it's retrieved.

Max turns to Spider.

>                    MAX
>          What..? Is that...true?

A beat. Spider looks back at him. Yes.

>                    KRUGER
>          You wanna save...all your little
>          earthlings...then you're gonna die.

INT. MANSION ELYSIUM

Frey covers her mouth as she hears them over the comms.

INT. GANTRY

Max looks at Spider.

>                    MAX
>          HOW COULD YOU DO THIS TO ME?

Kruger laughs with his dying breath.

>                    KRUGER
>          Dead.... You're dead.

Max gets up in a rage, he grabs Kruger's BODY and HURLS him off the edge of the GANTRY into oblivion. Kruger disappears into the darkness. For good. Max drops, devastated.

>           SPIDER
> I'm sorry man, I'm sorry. I didn't
> know how to tell you. You can still
> choose. It's one or the other.

>           MAX
> I'm not dying here.

Frey listens to the conversation. She looks toward Matilda.

>           SPIDER
> You have the ability to save
> everyone, everyone. But I'm not
> going to force you, I know I can't.
> It's right there (points at med
> bay)... You choose.

>           MAX
> And what? I have to die. That's my
> goddamn choice?

Spider turns to see the security droids and politicians have
arrived at the end of the GANTRY.

Max gets up and stumbles toward the MEDBAY. Spider SHUTS the
security door behind them as they leave the gantry. He MELTS
the control circuit, sealing it.

Max stumbles over to a MEDBAY, and leans against the machine.
His fingers caress the "DIAGNOSE" and "HEAL" buttons.

We hear the sound of cutting metal. Spider looks up to see
CCB DROIDS cutting through the security door.

Max blinks hard. He wipes his face and turns away from the
machine. He looks back at the droids. He limps toward Spider.

>           MAX (CONT'D)
> Let's finish this.

He motions to the final airlock before the PROTOCOL ROOM. He
steps away from the MED BAY, he has made his decision.

INT. PROTOCOL ROOM

Spider runs a bypass on the protocol door. The hydraulic door
opens revealing the PROTOCOL CORE. Max stands for a moment,
stares at the space, the inner core of Elysium.

EXT. MANSION ELYSIUM

We follow IMMIGRATION DROIDS as they load up guns with tear-
gas and run across the LAWN towards Frey in the mansion.

IMMIGRATION DROID
Two illegals detected.

INT. PROTOCOL ROOM

Max collapses next to the central computer. Spider closes and
seals the door behind them.

The glass floor of the protocol room is the final barrier
between the inside of Elysium and space. EARTH looms directly
under them. Max looks down at the world that raised him.

INT. MANSION ELYSIUM

Frey sees Max as a small infrared heat dot on the screen.

She is fighting back tears. She sees the Immigration Droids
coming across the LAWN. She leans over and pulls Matilda
closer. But doesn't leave the monitor.

INT. PROTOCOL ROOM

Spider walks over to the central console and takes out his
little computer, he plugs his USB wire into the PROTOCOL. He
gives the other end to Max. Max clumsily plugs it into his
own head. He calmly looks back down at Earth. He remembers
the locket on his neck. He snaps it off, holding it.

                    MAX
          Frey.

She swallows and then adjusts her mic to speak into it.

                    FREY
          Yeah.

                    MAX
          Remember, when I stole your watch.

                    SPIDER
          Ok, syncing.

                    FREY
          Yeah.

                    MAX
          I'm sorry about that. It's just....
          I don't know why I took it, I
          wanted to get into that stupid
          gang.

                    FREY
          It's ok.

Max opens the locket, looking at the image of Earth. The same one he can see with his own eyes now.

Spider types furiously, hacking into the system core. He looks up to see the DROIDS running to the final door.

> SPIDER
> Shit. Here they come.

> MAX
> You forgive me?

> FREY
> Yes, Max.

BANG. They hit the door. THUMP THUMP, sparks fly as the acetylene torch starts cutting.

> MAX
> And then, I stole......Matilda's
> money. I'm really sorry, I swear.

SLOW MO the sparks drizzle into the room. The security droids raising guns.

> FREY
> I forgive you, Max.

> MAX
> For both times?

> FREY
> Yes, both times.

INT. MANSION ELYSIUM

The droids smash open the doors to the mansion and enter. Frey looks up at them on the other side of the house.

INT. PROTOCOL ROOM

The computer screen reads: "PLEASE ENCODE NEW ADMINISTRATOR."

> SPIDER
> If I don't get this working soon,
> we are fucking dead.

Spider puts his open hand to the biometric reader. -SCAN-Complete. -COMPILING-

> SPIDER (CONT'D)
> HURRY UP HURRY UP!!

BEEP. SYSTEM READY.

                SPIDER (CONT'D)
We're good, we're good--

                MAX
    WAIT. Give it to me.

Spider hands the KEYBOARD to Max. Max takes it. With his other hand he drops the locket on the glass floor. Two earths, one real one image, hanging there.

                MAX (CONT'D)
    Frey.

                FREY
    Yes?

Max looks at the ENTER key. His finger hovers over it.

                MAX
    Thank you.

SLOW MO: MAX hits the ENTER KEY.

His eyes close. His hand drops to the floor......<u>dead</u>.

The computer screen fills with billions of lines of code.

BOOM. The door finally gives way. The DROIDS run in. They are trailed by REP PATEL and a young politician, REP SMYTHE. The droids GRAB SPIDER violently, beating him.

                SPIDER
    NO--

Patel enters the room, aghast to see the immigrants in the most secure zone.

                REP SMYTHE
    Kill him!

INT. MANSION ELYSIUM

The DROIDS smash the laptop in front of Frey and violently rip her from the chair. Another one grabs Matilda.

INT. PROTOCOL ROOM

Computer screen: COMPILED. HUMAN STATUS: .......<u>LEGAL</u>.

INT. MANSION ELYSIUM

Instantaneously, the DROIDS let go of Frey. The code on their visors suddenly starts scrolling, like a DOS REBOOT.

INT. PROTOCOL ROOM

The droids let go of Spider and help him up.

> DROID
> APOLOGIES CITIZEN.

> REP PATEL
> Arrest him!

> REP SMYTHE
> Shoot him! Now!

> DROID
> I cannot harm a citizen of Elysium.

> REP SMYTHE
> A CITIZEN? A what?!

Spider calmly grabs his handheld computer off the deck.

> SPIDER
> Guess who Elysium belongs to now,
> bitch?

He smiles at the politicians as he leaves. The men look at each other, knowing their days are over. MAX'S BODY lays there dead. And we see one final flash of memory:

INT. YOUTH PRISON - DAY

Young prisoners line up against the wall. The WARDEN makes them stick out their tongues, while he checks for contraband. He walks up to ELEVEN YEAR OLD MAX.

> WARDEN
> You again, back for more, hey? Open
> your mouth.

Max sticks his tongue out at the Warden, the other kids laugh. He punches Max in the stomach. Max collapses, lying at the Warden's feet gasping for air. The kids quiet.

> WARDEN (CONT'D)
> No one knows your name.

The Warden leans down next to him.

> WARDEN (CONT'D)
> No one will remember you. You will
> never accomplish anything...

120.

INT. ORPHANAGE – NIGHT

Young Max cries. The Nun sits on the edge of his ratty bed.

> NUN
> Everyone has one special thing Max,
> one thing that they are meant to
> do, one thing they were born for.

INT. MANSION ELYSIUM

Frey gently places Matilda down on the med table. She presses
the ANALYZE button.

> OVERHEAD VOICE
> CITIZEN M SATIAGO. Female. Severe
> epileptic edema.

A soft blue/white light moves up and down Matilda's body. RE-
ATOMIZING. Frey watches in disbelief as her daughter is
mended. The machine gently opens.

Frey stands with baited breath. Matilda slowly opens her
eyes. She turns and looks over at her mom. 100% CLEAR.

MONTAGE:

Humans all over Elysium come out of hiding. The old, the
sick, all getting medical care in their mansions.

Shots of humans on earth scrambling for tickets to ships.
SHUTTLES stuffed like Indian trains. Bound for Elysium.

Frey and Matilda play in their garden. The huge orb of Earth
floats behind them. Frey wears Max's necklace now. She holds
it for a moment. And then continues to play with Matilda...

Ex. C

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-683-232

**Effective date of
registration:**

June 21, 2013

## Title

| | |
|---|---|
| **Title of Work:** | Butterfly Driver |
| **Previous or Alternative Title:** | Uberopolis: City of Light |

## Completion/Publication

**Year of Completion:** 2005

## Author

| | | | |
|---|---|---|---|
| ■ **Author:** | Steve Kenyatta Wilson Briggs | | |
| **Author Created:** | text | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |
| **Year Born:** | 1964 | | |

## Copyright claimant

**Copyright Claimant:** Steve Kenyatta Wilson Briggs

681 Edna Way, San Mateo, CA, 94402, United States

## Certification

**Name:** Steve Kenyatta Wilson Briggs

**Date:** June 21, 2013

EX. D

# THINKPROGRESS

# 'Elysium's Success Or Failure Is A Big Test For The Appeal Of Deeply Political Films

BY **ALYSSA ROSENBERG** 🐦 ON JULY 31, 2013 AT 11:03 AM



*Credit: Screencrush*

In the New York Times yesterday, Brooks Barnes makes the case that *Elysium*, Neill Blomkamp's much-anticipated–at least at this blog and in this household–follow-up to his creative alien invasion movie *District 9* is a major test case for Sony, which has had a number of high-profile blockbuster flops this summer, including *After Earth* and *White House Down*, and is being pressured by an activist investor to either overhaul its movie business or get out of the game entirely. As Barnes notes, the movie has some genuine claims to originality: "There is no sex. There is no goofy sidekick. It will not be released in 3-D. It is rated R....Don't expect to see the obligatory camera shot of a ruined New York City."

But towards the end of the piece, Barnes quotes Mordecai Wiczyk, the co-chairman of Media Rights Capital, which helped finance *Elysium* as saying that the movie will draw in viewers because it is deeply politically relevant. Barnes writes:

> Mr. Wiczyk declined to speculate on ticket sales, saying it was much too early to make a judgment. But he did say that "Elysium" has a counterintuitive insurance policy. While trying not to give moviegoers the same "orgy of special effects" that

Case 1:13-cv-04253-J
Case4:13-cv-04253-JD Document77-1 Filed11/15/13 Page363 of 606

they have seen over and over, the film also deals with topics that are very relatable — familiar, even.

"Look at Bangladeshi working conditions, people having problems accessing health care, immigration issues, the Occupy movement," Mr. Wiczyk said. "This movie may be science-fiction, but it's also about what is happening in the world right now."

What he doesn't say, though, and what makes *Elysium* an anxiety-inducing prospect as well as an exciting one, is that Wiczyk is setting up the movie as a test case for whether politics will get audiences to movie theaters. It's become extremely fashionable to have a patina of politics in action movies, whether Bane and Catwoman are nodding at economic inequality in *The Dark Knight Rises*, or *Star Trek*, *Iron Man 3* and *Man of Steel* are getting their quota of drone politics in. But that's very different from having a political issue like inequality or _____ing a story with a

Share this: [g+]

*The Dark Knight Rises* revealed Bane's rhetoric to be a red herring for a more nebulously ideological plot, sticking with the rather comfortable idea that private generosity could cure Gotham's social ills. *Star Trek*'s rhetorical gestures at the idea that war criminals need to be tried to ensure the integrity and moral legitimacy of the Federation dissolved in favor of a storyline that advocated keeping Khan alive so his blood could be used to cure Kirk: the much-discussed trial happened off-screen if it happened at all (one can imagine it might have been complicated by his single-handed destruction of much of San Francisco), and the last we saw of Khan, he was being packed away again into permanent hibernation. These are convenient endings for movies that would rather not risk drawing a conclusion that an audience there to see punchings and explosions disagrees with.

But Blomkamp *is* a political director. *District 9* was a searing examination of what human beings are willing to do to the other, and of the agony of moving from a state of personhood and citizenship to a category outside of those designations. *Elysium* is obviously and bluntly about inequality and health care, and has rhetorically situated audiences on the side of the have-nots. I doubt *White House Down* or *After Earth* will be used to discredit the idea of generating stakes by putting the president in danger, or destroying entire cities, or even of post-apocalyptic fiction. But I can very easily see a failure by *Elysium* at the box office discrediting the kind of political science fiction that would really invigorate our action movie environment.

## From the Web

by Taboola

Ex. E

1   Steve Wilson Briggs

2   681 Edna Way

3   San Mateo, CA 94402

4   510 200 3763

5   snc.steve@hotmail.com

6   Pro Se **PLAINTIFF**

7

**FILED**

JAN - 6 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10  STEVE WILSON BRIGGS          } CASE NO:   CV 13 4679 PJH

11          Plaintiff,            } Judge: Honorable Phyllis J. Hamilton

12          vs.                   } **NOTICE OF MOTION AND MOTION**
                                  } **FOR SANCTIONS (AMENDED)**

13  NEILL BLOMKAMP, SONY PICTURES }
    ENT., INC., TRISTAR PICTURES, INC., } **AND MEMORANDUM OF POINTS AND**
14  MEDIA RIGHTS CAPITAL (MRC II, LP), } **AUTHORITIES IN SUPPORT THEREOF**
    QED INTERNATIONAL,            }

15                               } Date:      February 19th, 2014
                                  } Time:      9:00a.m.
16          Defendants            } Courtroom: 3
                                  } Judge:     Hon. Phyllis J. Hamilton
17                               }

18

19

20  <u>**PLAINTIFF'S MOTION FOR SANCTIONS AGAINST THE DEFENSE COUNSEL**</u>

21          **PLEASE TAKE NOTICE** on February 19th, 2014, or as soon thereafter as the matter

22  may be heard, Plaintiff, Steve Wilson Briggs, moves this Court for action in the courtroom of the

23  Honorable Phyllis J. Hamilton, Oakland Courthouse, 3rd Floor, 1301 Clay Street, Oakland, CA.

24          **Statement of Purpose.** This motion will be base on the Memorandum Of Points And

25  Authorities, and the Proposed Order filed herewith, for sanctions against the Defense Counsel,

26  Kinsella, Weitzman, Iser, Kump & Aldisert, namely, Michael J. Kump (SBN 100938), and

27  Gergory Korn (SBN 205306), for violations of, and by the powers F.R.C.P, Rule 11(b), Rule 11

28  (b)(4); Local Rule 11-4(a)(1), (3), (4);  28 USC § 1927; and 18 USC § 401.

                                    1

1     <u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

2     **DEFENSE COUNSEL'S VIOLATIONS OF F.R.C.P:** <u>FIRST ISSUE</u>

3        To protect a Defendant, Media Rights Capital II, LP (MRC II, LP) and gain strategic

4 advantage, the Defense entered false statements for the Defendant. Three times in it's Answer

5 And Affirmative Defenses, the Defense stated MRC was "erroneously named" as a Defendant

6 (cover sheet line 8; p. 1, line 2; p. 2, line 6, 7), naming MRC II <u>Distributing Company</u>, LP as the

7 proper Defendant. This was false, and a willful effort to shield MRC II, LP, from accountability.

8        Defendant, MRC (MRC II, LP) was the first financier to join Defendant, Neill

9 Blomkamp to produce "Elysium" (the infringing film in dispute), and is responsible for selling

10 Elysium's rights to Sony Pictures. **[See http://en.wikipedia.org/wiki/Elysium_(film)].** MRC is

11 named in Elysium's opening film credits. MRC and Tristar are the only companies spotlighted in

12 Elysium's official trailers. **[See: https://www.youtube.com/watch?v=QILNSgou5BY &**

13 **https://www.youtube.com/watch?v=oIBtePb-dGY ].** MRC's website states, "MRC has been

14 financing and producing films since 2006... Notable films include...Neill Blomkamp's second

15 feature film, Elysium". MRC is named as Elysium's financier or **"studio"** on countless websites.

16        Prior to the Defense's Answer And Affirmative Defenses, the Plaintiff had never

17 heard of subsidiary, MRC II Distribution Company LP. It is not mentioned on MRC's website.

18 The Defense admits TriStar distributes Elysium (p. 2, line 4 of its Answer And Affirmative

19 Defenses). On MRC's Wikipedia page Warner Brothers, Universal Pictures and other companies

20 are named as the distributors of MRC II, LP productions -no mention of the subsidiary.

21        Early December, 2013, the Plaintiff found almost nothing about the subsidiary online

22 but a defunct address with MRC's phone, at: http://investing.businessweek.com.. A few weeks

23 later, he found significantly more webpages about the subsidiary, but no official website, and

24 none of the web-postings had the professional look you'd expect from a "film distributor".

25 Curiously, the majority of these postings were posted after the Plaintiff's Complaint was filed

26 (10/08/13). Many of the webpages seemed odd, obscure or illegitimate. Most displaying only the

27 company's name and address; a few job announcements for literary editors from 2007, and H1B

28 visa and green card pages. NOTE: a Google search for "Media-Rights-Capital" (no quotes)

<div align="center">2</div>

1    yields 669,000,000 results; and "MRC-II,-LP" yields only 65,000,000; but the subsidiary,"MRC-

2    II-Distribution Company, LP" yields a mere 245,000 - 2600 times fewer than the parent.

3           Eventually, the Plaintiff found a posting naming the subsidiary in the high profile Laura

4    Archer Dick Coelho v. MRC II Distribution Company LP et al suit, 2011 -concerning the film

5    "The Adjustment Bureau" (starring Matt Damon), and the film rights to the Phillip K. Dick story.

6           The Plaintiff learned, surprisingly, <u>MRC is the sole "**studio**' responsible for "The

7    Adjustment Bureau" (MRC's website and Wikipedia); but when MRC II, LP litigated the film

8    rights with the Dick estate, they used the subsidiary's name.</u> And attorney Michael J. Kump and

9    Kinsella, Weitzman, Iser, Kump, & Aldisert LLP, represented the subsidiary in that matter, too.

10   [http://law.justia.com/cases/federal/district-courts/california/cacdce/2:2011cv08913/515743/25]

11          Having represented MRC II, LP and its "subsidiary" in 2011, the Defense Counsel

12   knew MRC was properly named as a Defendant in this suit. The Defense conspired with MRC to

13   mislead the court and subvert justice, using the "subsidiary" as the legal foil for the parent. MRC

14   II Distribution Company, LP is an unknown entity. MRC II, LP is properly named in this suit.

15                          MOTIVE FOR DEFENSE'S VIOLATION

16          The Plaintiff contends the Defense Counsel attempted this Defendant "switch" to

17   protect MRC from accountability, but also for two more important strategic motive:

18          **Motive One.**  MRC is currently involved with Trigger Street Productions

19   (TriggerStreet.com) on the TV series "House of Cards". TriggerStreet.com is named in this suit

20   as the Defendants' <u>access</u> point to the Plaintiff's work. A favorable infringement ruling requires:

21   **A)** Substantial Similarity; **B)** Access. The Plaintiff has both. This continued relationship between

22   MRC and Trigger Street adds weight to the Plaintiff's access claim against the Defendants.

23          **Motive Two.**  William Morris Endeavor (WME) owns a large share of MRC. MRC's

24   relationship to WME's CEO, Ari Emanuel, poses a conflict of interest, causing many Hollywood

25   notables to avoid MRC (also due to their lack of accounting transparency).  **[To confirm this**

26   **paragraph see: http://www.nytimes.com/2007/03/19/business/media/19fund.html?**

27   **pagewanted=all&_r=1&].** The relationship allows MRC to hire WME talent, and allows WME

28   to profit as both talent agent and silent owner of MRC. WME represents Defendant, Neill

1   Blomkamp and Matt Damon (star of Elysium). Because of the high profile names in this suit, and

2   MRC's known relationship to WME, this case may attract regulatory attention. Thus, MRC

3   sought to rename a subsidiary to circumvent regulatory scrutiny.

4                          RULES REGARDING THIS <u>FIRST ISSUE</u>

5          As outlined in the previous paragraphs, the Defense Counsel, Kinsella, Weitzman,

6   Iser, Kump & Aldisert, gave clearly false information regarding Defendant, Media Rights

7   Capital, in their November 27th, 2013, Answer And Affirmative Defenses, **in violation of**

8   **F.R.C.P. Rule 11(b).** <u>Rule 11. "Signing Pleading, Motions, And Other Papers; Representations</u>

9   <u>To The Court; Sanctions: (b) "Representations to the Court: By presenting to the court a pleading,</u>

10  <u>written motion, or other paper—whether by signing, filing, submitting, or later advocating it—an</u>

11  <u>attorney or unrepresented party certifies that to the best of the person's knowledge, information,</u>

12  <u>and belief, formed after an inquiry reasonable under the circumstances:"</u>

13         The information the Defense provided (stating a central Defendant was "erroneously

14  named") was NOT provided "<u>after an inquiry reasonable under the circumstances</u>". The Defense

15  could have confirmed MRC was properly named with a two minute web search. They made made

16  no search because they already knew MRC II, LP's identity. The Defense Counsel willfully

17  submitted false information expecting it to pass unchallenged.

18         The Defenses counsel's conduct was also a **violation of F.R.C.P. Rule 11(b)(4);**

19  which states, "<u>the denials of factual contentions are warranted on the evidence or, if specifically</u>

20  <u>so identified, are reasonably based on belief or a lack of information.</u>"

21         The Defense's claims were not "warranted on the evidence", nor based on "lack of

22  information", as the overwhelming evidence confirmed the Defendant was properly named.

23         The Defense's conduct also **violates Civil L.R. Standards of Professional Conduct**

24  **11-4 (a)(3) and (4). <u>Local Rule 11-4 (a)</u>** Duties and Responsibilities. Every member of the bar of

25  this Court and any attorney permitted to practice in this Court under Civil L.R. 11 must:  (3)

26  Maintain respect due to courts of justice and judicial officers; **(4)  <u>Practice with the honesty,</u>**

27  **<u>care, and decorum required for the fair and efficient administration of justice</u>**.

28         The Defense Counel acted in bad faith and with prejudice toward the Court and the

                                              4

1   Plaintiff; endeavoring to shield Defendant, MRC II, LP from justice, and to gain strategic

2   advantage -as claiming the Plaintiff had "erroneosly named" a Defendant would: 1) hold the

3   wrong Defendant accountable; 2) possibly result in a miscarriage of justice as the Plaintiff's

4   "access" claims would seem less obvious with the subsidiary named; 3) diminsh the Court's faith

5   in the Plaintiff's credibility (if the Plaintiff can't even name the correct Defendant, can we trust

6   anything he says?). For these reasons, the Defense Counsel's conduct "interferes with Court's

7   "orderly process", which adhere's to the U.S. A. M.'s definition of **Contempt of Court**, under

8   section 9-39.000. Court powers to sanction contempt are derived under **18 USC § 401**.

9                     DEFENSE COUNSEL'S VIOLATIONS OF F.R.C.P.: **SECOND ISSUE**

10          In the Defense Counsel's "Answer And Affirmative Defenses," the Defense offered

11  192 denials in response to the first 193 paragraphs of the Plaintiff's Complaint, . The ONE

12  paragraph they did not contest is paragraph 6, which simply names Neill Blomkamp as a

13  Defendant. The Defense goes on to make denials for each of the four remaining Defendants -and

14  for every remaining paragraph of the Complaint. Of the 192 denials, the Plaintiff counts 71

15  denials are made pointlessly, as the paragraphs in question were simple, inarguable, facts

16  (including the two contested screenplays among 16 exhibits attached). The Defense denied

17  the paragraphs with self-authenticating exhibits, such as the Plaintiff's copyright registration

18  certificate, WGA registration, news articles (as well as email and archived website information).

19  The Defense even denied simple paragraph quotes taken from the two contested screenplays.

20          Seeming to lack a tenable defense, the Defense resorted to relentless denials, likely

21  intent on a deny and delay strategy. Their response was not "formed after an inquiry reasonable

22  under the circumstances", (as no inquiry was done). The denials were NOT "warranted on the

23  evidence,' or "reasonably based on belief or a lack of information." The denials were made

24  "unreasonably and vexatiously," with bad faith and prejudice, to multiply proceedings; which is

25  an interference with the Court's orderly process, and reflects a failure to "Practice with the

26  honesty, care, and decorum required for the fair and efficient administration of justice." Thus, the

27  Defense **violated F.R.C.P. Rules 11(b) and 11(b)(4), 28 USC § 1927, Local Rule 11-4 (a)(1)**

28  **and (4), and 18 USC § 401.**

1      Among the Defense Counsel's curious denials:

2      1) In paragraph 4, the Defense mocks the Court's **Intradistrict Assignment** authority,

3 sarcastically stating, "<u>Defendants admit that **the Complaint alleges** that the action is properly</u>

4 <u>assigned to the San Francisco Division of the Northern...</u>" Their contempt discretely displayed,

5 the Denfense then denied the remainder of the paragraph.

6      2) Paragraph 2 the Defense denies Defendant, Neill Blomkamp, is a resident of Canada.

7 <u>Then, in Paragraph 6, the Defense admits Neill Blomkamp IS a resident of Canada.</u>

8      3) Paragraph 21, the Defense states they "lack sufficient information and belief" to

9 admit that the "Elysium" screenplay the Plaintiff attached to the Complaint (as "Exhibit B") was

10 an early draft of the Defendants' screenplay. Confirmation would have taken a two minute call to

11 Defendant, Neill Blomkamp. The Plaintiff is sure the screenplay will be authenticated at trial.

12      4) Paragraph 1, 12, 23, the Defense Counsel denied the Plaintiff's WGA registration

13 and Copyright Registration (despite the attachment of both, in color copy exhibits), and questions

14 the authenticity of the Plaintiff's screenplay, "Butterfly Driver", and the Plaintiff's authorship.

15      5) The Defense denied MRC is a "Studio" -although MRC defines itself as a "Studio"

16 in its production credits, and on it's own website (http://www.mrc**studios**.com) "MRC is an

17 independent film and television studio..."

18      6) Paragraph 22 and 25, The Defense states they "lack sufficient information and

19 belief" to admit that their screenplay, "Elysium,"conformed to the film, "Elysium,"when watching

20 20 minutes of the film, and reading 20 pages of the script would have confirmed this.

21      7) Paragraph 13, the Defense denied the Plaintiff entered the 2007 Philadelphia

22 Logline Competition, ignoring Plaintiff's email attachments. A simple websearch would have

23 confirmed this, as Butterfly Driver still featured on the Philadephia Loglines' 2007 website.

24      8) Paragraph 18, the Defense denied the Plaintiff wrote, produced and directed the film

25 "The Amazing Mr. Excellent" in 2008-10. A thirty second web search would have confirmed this

26 -and the movie is available online to view, free.

27      The Defense Counsel denied simple, direct quotes from the two screenplays in

28 paragraphs 45-48 (with no added commentary). They doubted and denied the Plaintiff's identify,

AMENDED MOTION FOR SANCTIONS  CV-13-4679 PJH

1  causing the Plaintiff hours of new work, adding almost two page of identity information in the

2  Amended Complaint, and 8 pages of additional exhibits to verify his identity. The Defense also

3  denied self authenticating evidence in paragraphs 12, 23 and 179, and seemingly irrefutable

4  evidence in paragraphs 11, 16, 17, 36, 37, 42, 53, 57, 79, 90, 91, 94, 95, 103, 104, 109, 133, 134,

5  136, 137, 155 thru 159, 161 thru 164, 166, 167, 170 thru 176, 179, and 180.

6  <div align="center">RULES REGARDING THIS <u>SECOND ISSUE</u></div>

7    The Defense Counsel's excessive use of denials violate **F.R.C.P. Rules 11(b) and 11**

8  **(b)(4).** <u>Rule 11. "Signing Pleading, Motions, And Other Papers; Representations To The Court;</u>

9  <u>Sanctions: (b) "Representations to the Court: By presenting to the court a pleading, written</u>

10  <u>motion, or other paper—whether by signing, filing, submitting, or later advocating it—an</u>

11  <u>attorney or unrepresented party certifies that to the best of the person's knowledge, information,</u>

12  <u>and belief, formed after an inquiry reasonable under the circumstances:"</u> and (4): "<u>the denials of</u>

13  <u>factual contentions are warranted on the evidence or, if specifically so identified, are reasonably</u>

14  <u>based on belief or a lack of information."</u>

15    The Defense Counsel's unreasonable and vexatious use of denials multiplies

16  proceedings, in violation of **28 USC § 1927**: "<u>Any attorney or other person admitted to conduct</u>

17  <u>cases in any court of the United States or any Territory thereof who so multiplies the proceedings</u>

18  <u>in any case unreasonably and vexatiously may be required by the court to satisfy personally the</u>

19  <u>excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.</u>

20    And the Defense Counsel's conduct violates Attorney's Standards of Professional

21  Conduct, **Civil Local Rule 11-4 (a)(1)(3) and (4):** <u>L.R. 11-4 (a) Duties and Responsibilities.</u>

22  <u>Every member of the bar of this Court and any attorney permitted to practice in this Court under</u>

23  <u>Civil L.R. 11 must:  (1)  Be familiar and comply with the standards of professional conduct</u>

24  <u>required of members of the State Bar of California;  (4)  Practice with the honesty, care, and</u>

25  <u>decorum required for the fair and efficient administration of justice".</u>

26    The Defense's snub of the Court's authority, and it's excessive denials adhere to the

27  U.S.A.M.'s (section 9-39.000) definition of **Contempt Of Court:** "<u>Contempt of court is an act of</u>

28  <u>disobedience or **disrespect towards the judicial branch of the government, or an interference**</u>

<div align="center">7</div>

AMENDED MOTION FOR SANCTIONS  CV-13-4679 PJH

1   **with its orderly process.** It is an offense against a court of justice or a person to whom the judicial

2   functions of the sovereignty have been delegated." The Court has authority to sanction Contempt Of

3   Court under **18 USC § 401.**

4                                              **SUMMARY**

5          AS DEMONSTRATED IN THE FIRST ISSUE: the Defense Counsel willfully

6   attempted to mislead the court by misnaming a Defendant. In so doing, the Defense Counsel

7   violated **FRCP Rule 11(b),** and **Rule 11(b)(4),** and **Civil Local Rules 11-4 (a)(3) and (4), and**

8   **constitute Contempt of Court (under the U.S.A.M.), thus violating 18 USC § 401.**

9          AS DEMONSTRATED IN THE SECOND ISSUE: to 193 paragraphs of the Plaintiff's

10  original Complaint, the Defense responded with 192 denials, snubbing the court's authority in the

11  process. This was done with bad faith and prejudice, to create unnecessary work for the Plaintiff,

12  and interfere with and delay the Court's orderly process; violating **F.R.C.P. Rules 11(b) and 11**

13  **(b)(4), 28 USC § 1927, Local Rule 11-4 (a)(1) and (4), and 18 USC § 401.**

14                 **The Sanctions For Violating These Rules Are As Follows:**

15         **FRCP 11(4):** Nature of a Sanction. A sanction imposed under this rule must be

16  limited to what suffices to deter repetition of the conduct or comparable conduct by others

17  similarly situated. The sanction may include nonmonetary directives; an order to pay a penalty

18  into court; or, if imposed on motion and warranted for effective deterrence, an order directing

19  payment to the movant of part or all of the reasonable attorney's fees and other expenses directly

20  resulting from the violation.

21         **Civ L.R.: 11-6.** Discipline.(a) General. In the event that a Judge has cause to believe

22  that an attorney has engaged in unprofessional conduct, in addition to any action authorized by

23  applicable law, the Judge may do any or all of the following: (1) Refer the matter to the Court's

24  Standing Committee on Professional Conduct; or (2) Refer the matter to the Chief District Judge

25  with the recommendation that an order to show cause be issued under Civil L.R. 11-7...

26         **28 USC § 1927:** -Any attorney or other person admitted to conduct cases in any court

27  of the United States or any Territory thereof who so multiplies the proceedings in any case

28  unreasonably and vexatiously may be required by the court to satisfy personally the excess costs,

AMENDED MOTION FOR SANCTIONS  CV-13-4679 PJH

1  expenses, and attorneys' fees reasonably incurred because of such conduct.

2  **18 USC § 401:** A court of the United States shall have power to punish by fine or

3  imprisonment, or both, at its discretion, such contempt of its authority, and none other, as—

4  (1) Misbehavior of any person in its presence or so near thereto as to obstruct the administration

5  of justice; (2) Misbehavior of any of its officers in their official transactions; (3) Disobedience or

6  resistance to its lawful writ, process, order, rule, decree, or command.

7  The Court also has authority to sanction infractions by the Court's "inherent power to

8  impose sanctions" per Chambers v. Nasco, Inc., 501 U.S. 32 (1991).

9  Wherefore, the Plaintiff respectfully requests the Honorable Court consider the Defense

10  Counsel's infractions and implement all such sanctions as the Court deem appropriate.

11

12  I declare under penalty of perjury that the foregoing is true and correct. Executed on

13  this 6th day of January, 2014.

14  Respectfully Submitted,

15

16  By: _____

17  (Steve Wilson Briggs, Plaintiff)

18  Steve Wilson Briggs
681 Edna Way
19  San Mateo, CA 94402
Plaintiff, Pro Se

20

21

22

23

24

25

26

27

28

9

AMENDED MOTION FOR SANCTIONS   CV-13-4679 PJH

**PROOF OF SERVICE**

This is to certify that on the 6th day of January, 2014, I, Steve Wilson Briggs, served, by way of U.S. mail, true copies of the document described as **Motion for Sanctions** , on the interested parties below:

Michael J. Kump, and Gregory P. Korn

(of Kinsella, Weitzman, Iser, Kump & Aldisert)

808 Wilshire Boulevard, 3rd Floor

Santa Monica, California, 90401

310 566 9800

Executed on January 6th, 2014

By, _____

Steve Wilson Briggs, Plaintiff Pro Se

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date: January 16, 2014**   (Time: 26 minutes)          **JUDGE: Phyllis J. Hamilton**

**Case No: C-13-4679 PJH**

**Case Name: Briggs v. Blomkamp, et al.**

**Attorney(s) for Plaintiff:**        **Steve Briggs (pro se)**
**Attorney(s) for Defendant:**      **Michael Kump**

**Deputy Clerk**: Nichole Heuerman              **Court Reporter**: Not Reported

## PROCEEDINGS

Initial Case Management Conference-Held.

1.      The plaintiff has named Medical Rights Capital (in the complaint, in the summons and in the proof of service) as a defendant but informs the court that he intended to name and serve Medical Rights Capital II.  Defense counsel informs the court that the correct defendant should be Medical Rights Capital II Distribution LP.  Plaintiff insists that the correct defendant is Medical Rights Capital II.  The plaintiff is only allowed to proceed against the defendants actually named in the amended complaint and served with process.  Thus, Medical Rights Capital II Distribution LP is <u>not</u> a defendant in this case.  That portion of the answer to the amended complaint (Docket No. 27) filed on behalf of Medical Rights Capital II Distribution LP, it is stricken as unnecessary.   Defense counsel shall have an additional week to answer on behalf of the unrepresented defendants Medical Rights Capital (who was named and served) or Medical Rights Capital II (who plaintiff intended to name and serve).

2.      Plaintiff's motion and amended motion for sanctions (Docket No. 24 & 25) are DENIED.

3.      Plaintiff's request to participate in electronic filing (Docket No. 29) is DEFERRED pending plaintiff's filing of a declaration attesting to three items listed in the sample order handed to him in open court.

4.      The court sets a pretrial schedule.  The court bifurcates liability and damages discovery.  The parties shall proceed with liability discovery first.

**PRETRIAL SCHEDULE:**

**Fact and Expert Discovery cutoff (Liability): 5/16/14**
**Expert disclosure: 3/14/14; Rebuttal: 4/18/14**
**Dispositive Motions (Liability) heard by: 7/30/14**
**Fact and Expert Discovery cutoff (Damages): 12/31/14**
**Expert disclosure: 10/31/14; Rebuttal: 11/28/14**
**Dispositive Motions (Damages) heard by: 2/25/15**
**Pretrial Conference: 4/30/15 at 2:00 p.m.**
**Trial: 5/18/15  at  8:30 a.m., for 4 days, by [] Jury  [X]  Court**

**Order to be prepared by:**   [] Pl [] Def  [X]  Court

**Notes:**

**cc: chambers**

1  Steve Wilson Briggs

2  681 Edna Way

3  San Mateo, CA 94402

4  510 200 3763

5  snc.steve@hotmail .com

6  Pro Se **PLAINTIFF**

7

**FILED**

APR - 8 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8  ## UNITED STATES DISTRICT COURT

9  ## NORTHERN DISTRICT OF CALIFORNIA

10  STEVE WILSON BRIGGS

11  Plaintiff,

12  vs.

13  NEILL BLOMKAMP, SONY PICTURES
   ENT., INC., TRISTAR PICTURES, INC.,

14  MEDIA RIGHTS CAPITAL (MRC II, LP),
   QED INTERNATIONAL,

15

16  Defendants

17

}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}

CASE NO:   CV 13 4679  PJH

Judge: Honorable Phyllis J. Hamilton

**NOTICE OF MOTION AND MOTION
FOR A FURTHER CMC AND
CONTINUANCE OF CASE
MANAGEMENT AND PRETRIAL
ORDER DEADLINES**

Date:        May 14th, 2014
Time:        9:00 a.m.
Courtroom:  3
Judge:       Hon. Phyllis J. Hamilton

18

19  ## NOTICE OF MOTION FOR A FURTHER CASE MANAGEMENT CONFERENCE AND

20  ## CONTINUANCE OF CASE MANAGEMENT AND PRETRIAL ORDER DEADLINES

21  **PLEASE TAKE NOTICE** on May 14th, 2014, or as soon thereafter as the matter

22  may be heard, in the above titled court, in the courtroom of the Honorable Phyllis J. Hamilton,

23  Oakland Courthouse, 3rd Floor, 1301 Clay Street, Oakland, CA, Plaintiff, Steve Wilson Briggs,

24  will move the Court for further Case Management Conference, seeking a 120 day continuance of

25  the existing Case Management And Pretrial Order and all deadlines therein.

26  **Statement of Purpose.** This motion will be made pursuant to Rule 16 of the Federal

27  Rules of Civil Procedure and Local Civil Rule 16-10(c). The Motion is based on this Notice of

28  Motion, the Motion, the Plaintiff's Declaration, and the Proposed Order (filed herewith).

1

1    **MOTION FOR A FURTHER CASE MANAGEMENT CONFERENCE AND**
2    **CONTINUANCE OF CASE MANAGEMENT AND PRETRIAL ORDER DEADLINES**
3    **AND MEMORANDUM OF POINTS AND AUTHORITIES**

4    Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Civil Rule 16-10(c),
5    the Plaintiff respectfully moves this court for a further Case Management Conference and to
6    extend all deadlines from the Court's January 17th, 2014 Case Management And Pretrial Order
7    by 120 days. The Plaintiff requests this continuance after attorney Vijay Toke, who from late
8    January 2014 to late March 2014 had been actively considering being the Plaintiff's attorney,
9    informed the Plaintiff that he could not accept the case due to conflicts with an upcoming merger
10   between his law firm and another legal firm.

11   Immediately following the Initial CMC (January 17th, 2014) the Plaintiff took the Court's
12   advice and contacted several contingency attorneys (and litigation financing companies).
13   Although all found the merits of his case very strong (as did independent analyzers of
14   Law360.com, Examiner.com, and more), but all were concerned with the sudden and brief
15   Liability schedule (including Mr. Toke). With Mr. Toke's sudden departure, seemingly no
16   attorney will commit to represent the Plaintiff this late into the liability phase. Thus, the Plaintiff
17   makes this motion for continuance of all deadlines. If the motion is granted the Plaintiff cannot
18   guarantee a contingency attorney will take his case; but an attorney will be much more apt to take
19   the case if this motion is granted. If this motion is denied the Plaintiff will resume representing
20   himself to the best of his abilities.

21   Wherefore, the Plaintiff respectfully submits this request for further Case Management
22   Conference and an extension of the Case Management And Pretrial Order deadlines.

23   I declare under penalty of perjury that the foregoing is true and correct.

24   Executed on this 8th day of April, 2014.

25   Respectfully Submitted,

26   By: _____

27   Steve Wilson Briggs,
     Plaintiff, in Pro Per
28   681 Edna Way,
     San Mateo, CA 94402

2

**PROOF OF SERVICE**

This is to certify that on the 8th day of April, 2014, I, Steve Wilson Briggs,

served, by way of the U.S. mail, true copies of the document described as **NOTICE OF**

**MOTION FOR A FURTHER CASE MANAGEMENT CONFERENCE AND**

**CONTINUANCE OF CASE MANAGEMENT AND PRETRIAL ORDER DEADLINES,**

**AND THE PROPOSED ORDER**, on the interested parties below:


Michael J. Kump, and Gregory P. Korn

(of Kinsella, Weitzman, Iser, Kump & Aldisert)

808 Wilshire Boulevard, 3rd Floor

Santa Monica, California, 90401

310 566 9800



Executed on April 8th 10th, 2014

By,

Steve Wilson Briggs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVE WILSON BRIGGS,

        Plaintiff,

    v.

NEILL BLOMKAMP, et al.,

        Defendants.

_____/

No. C 13-4679 PJH

**ORDER**

The court is in receipt of a request for a further case management conference and a request for a continuance of the pretrial deadlines. Any party may request a case management conference; accordingly, no response to that request is required from defendants.

The court will conduct a further case management conference on Thursday, April 17, 2014, at 2:00 p.m., at which time the court will discuss with the parties the matter of the pretrial deadlines.

**IT IS SO ORDERED.**

Dated: April 9, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**Date: April 17, 2014**      (Time: 12 minutes)      **JUDGE:  Phyllis J. Hamilton**

**Case No:  C-13-4679  PJH**

**Case Name: Briggs v. Blomkamp, et al.**

**Attorney(s) for Plaintiff:**      **Steve Briggs (pro se)**
**Attorney(s) for Defendant:**      **Gregory Korn**

**Deputy Clerk**: Nichole Heuerman      **Court Reporter**: Not Reported

### PROCEEDINGS

Further Case Management Conference-Held.  The court grants plaintiff's request to extend the deadlines in the case management and pretrial order.  Plaintiff shall have until May 16, 2014 to serve any discovery requests on defendant and to respond to defendants discovery request.  Defendants shall have until June 17, 2014 to respond to plaintiff's discovery requests.  The deadline to complete fact and expert discovery is extended to June 17, 2014.  Dispositive motions on liability shall be filed by July 30, 2014 and noticed for hearing on September 3, 2014 at 9:00 a.m.  All the other dates previously set in the case management and pretrial order are VACATED and will be reset after the ruling on dispositive motions.

The court discussed summary judgment procedures with plaintiff and indicated that it would be filing instructions for pro per litigants on how to oppose such motions.

**Order to be prepared by:**   [] Pl [] Def  [X]  Court

**Notes:**

**cc: chambers**

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


STEVE WILSON BRIGGS,

            Plaintiff,

  v.

NEILL BLOMKAMP, et al,

            Defendant.
_____/

Case Number: CV13-04679 PJH

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 18, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402

Dated: April 18, 2014

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk

1   Steve Wilson Briggs
    681 Edna Way
2   San Mateo, CA 94402
    Telephone: (510) 200 3763
3   Email: snc.steve@gmail.com

4   Pro Se Plaintiff



**FILED**

JUN 1 2 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8               **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)**

10  STEVE WILSON BRIGGS          ) CASE NO:    CV 13 4679  PJH
                                  ) Judge: Honorable Phyllis J. Hamilton
11            Plaintiff           )
                                  ) **NOTICE OF MOTION AND MOTION**
12      vs.                       ) **TO DISQUALIFY EXPERT REPORT OF**
                                  ) **JEFF ROVIN; MEMORANDUM OF**
13  NEILL BOMKAMP, SONY PICTURES ENT., INC., ) **POINTS AND AUTHORITIES IN**
    TRISTAR PICTURES, INC., MEDIA RIGHTS     ) **SUPPORT THEREOF**
14  CAPITAL II,L.P., and QED INTERNATIONAL   )
                                  ) Date:      July 23rd, 2014
15           Defendants          ) Time:      9:00 a.m.
                                  ) Courtroom: 3
16                                ) Judge:     Hon. Phyllis J. Hamilton
                                  )
17                                )

18  <u>**PLAINTIFF'S MOTION TO DISQUALIFY EXPERT REPORT OF JEFF ROVIN**</u>

19         **PLEASE TAKE NOTICE** on July 23rd, 2014, or as soon thereafter as the matter may

20  be heard, Plaintiff, Steve Wilson Briggs, moves this Court for action in the courtroom of the

21  Honorable Phyllis J. Hamilton, Oakland Courthouse, 3rd Floor, 1301 Clay Street, Oakland, CA.

22  **SCEDULING NOTE**: Plaintiff will be out-of-state for his son's HS graduation 6/18/14 to 6/28/14.

23         **Statement of Purpose.** This motion will be based on the Memorandum Of Points And

24  Authorities, and the Proposed Order filed herewith, moving the Court to Disqualify the Defendants'

25  expert witness, Jeff Rovin, and his report (Expert Report Of Jeff Rovin). The Court has this

26  remedial authority under F.R.C.P. Rule 11, and the Inherent Powers Doctrine. Plaintiff seeks this

27  intervention due to:

28     1)  Unconscionably false and fraudulent statements  found in Rovin's report, which were NOT

                                    - 1 -
    NOTICE OF MOTION & MOTION TO DISQUALIFY EXPERT REPORT OF JEFF ROVIN

1   provided in good faith. Rather, they were dishonestly provided to serve the Defendants.

2   Rovin's shameless dishonesty includes altering the works of, misquoting and distorting

3   other authors –even falsely referencing his own work. Plaintiff believes the first cited

4   example of <u>Fraud On the Court</u> (page 3, under heading "Example I") should be grounds for

5   witness disqualification alone, as the act amounts to Mr. Rovin fabricating evidence

6   purporting to substantiate his claims against Plaintiff's.

7   2) Rovin's report is entirely premised on 9 false citations and fragmentations of Plaintiff

8   copyright claims ("fragmentations" meaning: extractions of small portions of the much

9   larger, complex collection of ideas Plaintiff presented in his Amended Complaint claims).

10  **NOTE 1: The copyrightability of detailed plots is established and upheld by cases such
    as: <u>Sheldon v. Metro-Goldwyn Pictures Corp.</u>, 81 F.2d 49 (2d Cir. 1936); <u>Nichols v.</u>**

11  **<u>Universal Pictures</u>; 45 F.2d 119 (2d Cir.1930), cert denied 282 U.S. 902 (1931); <u>Metcalf</u>
    <u>v. Bochco</u>, 294 F.3d 1069; <u>Atari Games Corp. v. Oman</u>, 979 F. (2d) 242 (Cir DC 1992)**

12
    **NOTE 2: <u>Ideas are not copyrightable. However, collections of ideas: plot, settings,</u>**

13  **<u>themes, etc., are</u>. Thus, the idea of a "robot" is not copyrightable –but a gold-plated,
    man-shaped robot with a British accent is copyrightable (George Lucas's C3PO). By**

14  **combining ideas unique expressions are born. In his Amended Complaint, Plaintiff
    showed collections of ideas, events, settings, themes, etc., as his copyright. Rovin**

15  **dismantled Plaintiff's claims into non-copyrightable fragments**

16  3) Mr. Rovin provided false statements and false citations of other works throughout his report.

17  4) Mr. Rovin is NOT  a copyright expert, and is unqualified to opine as such.

18  5) Mr. Rovin misstated and inflated his qualifications, and is undereducated as an "expert".

19  ## <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

20  This motion to disqualify the Expert Report Of Jeff Rovin (and the expert" himself) is based

21  on facts and evidence that in his report, Mr. Rovin: 1) engaged in extreme and persistent dishonesty

22  to the Court; 2) altered, fragmented and mischaracterized Plaintiff's copyright claims; 3) provided

23  very false, unreliable citations; 4) Mr. Rovin is not a copyright expert; 5) Mr. Rovin inflated his

24  qualifications and is undereducated; 6) his lack of copyright qualifications led him to many ill-

25  informed claims (particularly those concerning scènes à faire).

26  ## <u>FRAUDULENT, DISHONEST AND INACCURATE CONTENT OF ROVIN REPORT</u>

27  What follows are but a few of Mr. Rovin's  many fraudulent statements in his report.

28  ## <u>EXAMPLE I</u>

- 2 -

NOTICE OF MOTION & MOTION TO DISQUALIFY EXPERT REPORT OF JEFF ROVIN

On page 47, paragraph 1 of his report, Mr. Rovin shamelessly lies to the court as he "quotes" Murray Leinster's *Space Platform*. Rovin writes: "The platform was guarded like no object in history had ever been guarded… But the greatest irony of all was that **(it's proponents)** would in time become rich beyond envy."

**IN TRUTH:** this is a shockingly fraudulent statement. In quoting Leinster, Rovin inserts the parenthetic phrase "it's proponents" for a seemingly harmless omission, then continues the quotation, as if he's simply chosen a different pronoun. **But, in fact, Mr. Rovin had removed 42 words and an entire paragraph.**

**The 42 words Rovin has removed are 180 degrees the opposite of what Mr. Rovin suggests, and have nothing to do with any proponents. The actual words Rovin removed read:** "…its most probable immediate usefulness would be the help it would give in making nuclear experiments that weren't safe enough to make on Earth. That was the pure irony. Because if those experiment were successful, they could mean that everybody in the world…" This is where Rovin cuts back to his falsified point. But Leinster's final sentence should have have read: "Because if those experiment were successful, they could mean that everybody in the world in time would become rich beyond envy." **[EXHIBIT A, pp 131, 132]**

Leinster words showed hope that our future in space would make everyone rich beyond envy. But for personal gain, and the gain of the Defendants, Rovin lied and altered Leinster's work, replacing Leinster's optimism with cynicism –to make Leinster's work seem more like Plaintiff's.

<div align="center">EXAMPLE II</div>

In his report, Rovin's false statements are so widespread, at times, he doesn't even realize when he's plainly contradicting his other false statements, Compare EXAMPLE (A) and (B):

**EXAMPLE (A):** on page 45, paragraph 1 of his report, Mr. Rovin suggests getting to Uberopolis is easy for Plaintiff's hero, Arlo. Rovin writes: "Plaintiff's hero, Arlo, easily passes through customs and onto a shuttle to get to Uberopolis."

**EXAMPLE (B):** six pages later, Mr. Rovin says the exact opposite, admitting Arlo needed to SNEAK to Uberopolis and use FAKE IDs. Page 51, paragraph 2, of his report, concerning Plaintiff's *Butterfly Driver*, Rovin writes: "While the hero Arlo does need fake I.D. to sneak on to

NOTICE OF MOTION & MOTION TO DISQUALIFY EXPERT REPORT OF JEFF ROVIN

Uberopolis, that is only because he is a fugitive."

<center>EXAMPLE III</center>

On page 46, paragraph 4 of Rovin's report, Rovin writes: "Murray Leinster's *Space Platform* (1953) presented the core elements that the plaintiff claims as proprietary – a space station that is resented by those who are not aboard, a base that not only represents wealth but is a fortified sanctuary removed from the threat of war hanging over the Earth:" (*ignoring the fact that I, Plaintiff, never made this proprietary claim).

**IN TRUTH: Mr. Rovin's statement is simply astonishing. In Leinster's *Space Platform* there is no "space station" that Rovin speaks of. There is no "base that represents wealth," which Rovin invents. Period.**

Leinster's Space Platform is a sci-fi/adventure/mystery about a platform that is being built on a U.S. military base, on Earth. When the platform is completed it is going to be transported into space by rockets, to be the foundation of a future space station. **All of the action takes place on Earth. In the final 5 pages the platform is rocketed into space, as hero, Joe, and his friends watch from Earth. At no point in the story was the Platform ever manned. At no point was the platform ever a space station" that was "resented by those who are not aboard" (as Rovin invented) , since the platform is unmanned. Nor did the U.S. military base "represent wealth..." as Rovin claimed.**

<center>EXAMPLE IV</center>

Another of Rovin's inventions comes when Rovin just declares that my (Plaintiff) genetically reprogrammed villain, "Drexler", is NOT genetically reprogrammed at all –which is false, of course. Rovin either didn't understand the screenplay, or just chose to misstate it. Rovin states Plaintiff's villain only "...looks younger than he claims to be only as a secondary bi-product of this subterfuge." (p 72, para 1). Beyond his deceit, Plaintiff hopes the Court is also offended by Mr. Rovin's quote, which is plainly intended to confuse, as it contextually meaningless.

**IN TRUTH: How Rovin arrives at this errant conclusion defies logic –particularly when one considers, even if we took away the fact that Plaintiff's "Drexler" looks half his age, Drexler is still immensely strong (from the reprogramming). Additionally, the character *Jerry***

<center>- 4 -</center>

1   *Matthiessen* confirms Drexler (Midland's) DNA had been reprogramed in a DNA analysis

2   (p 90, Butterfly Driver). And as Drexler prepares to kill Arlo, he reaffirms his genetic

3   reprogramming when he plainly states, "I'm immortal." [page 99, Butterfly Driver]

4   <div align="center">EXAMPLE V</div>

5       Mr. Rovin writes (on page 38 of his report, para 2): "<u>In another example of separating rich

6   from poor, the 2004 comic book Ministry of Space was set on a space station where blue collar

7   people of color were segregated from white citizens.</u>"

8       **IN TRUTH:** *Ministry of Space* **was set primarily on Earth, with a few short excursion**

9   **into space,** primarily in rockets, but also to a lunar station and two quick excursions to space

10   stations –**but it was not set on a space station as Mr. Rovin dishonestly declares.**

11       **The insert picture Rovin uses to reinforce his point (p. 38 of his report) was taken from**

12   **the last page and last panel of the comic. But Mr . Rovin has meticulously cut out the word**

13   **"END" from his insert photo. This, so the Court wouldn't see he had taken the photo from the**

14   **last page, last panel.** He did this because he had falsely suggested the Space Station was the

15   comic's primary setting, and using an insert from the last page, last panel would raise doubt about

16   that false claim. But as seen in **[Exhibit B]** a side by side comparison of the panel from the actual

17   graphic novel (top) and Rovin's insert (bottom), Rovin has cut the word "END".

18   <div align="center">EXAMPLE VI</div>

19       Mr. Rovin cites his own work FOUR times in his report (page 19, 38, 48, 58). The most

20   surprising of these self-citations occurs on page 58 of his report, when Mr. Rovin gives a false

21   account of his book, *"The Transgalactic Guide to Solar System M-17"*–an extremely hard to find

22   book, which ran only one printing, in 1981, on Perigee Books.

23       Page 58, para 1 of his report (concerning his book) Rovin writes: "<u>For my own science

24   fiction, The Transgalactic Guide to Solar System M-17, I created an **exclusive** space settlement that

25   offers royal accommodations with advanced medical facilities for those who can afford them...</u> "

26       **IN TRUTH: Mr. Rovin calls his swan-shaped spaceship "exclusive", to make Plaintiff's**

27   **satellite city for the rich seem less unique. But Mr. Rovin's own description, from his book,**

28   **confirms Rovin has mislead the Court, as his space swan is NOT exclusive. On page 28, para**

NOTICE OF MOTION & MOTION TO DISQUALIFY EXPERT REPORT OF JEFF ROVIN

4, Rovin writes: "*Space is for everyone. And Transgalactic works hard to make it as accessible as a trip to any city, park, resort, of your home world.*" **[Exhibit C]. In the next paragraph (pp 28, 29, Exhibit C) Rovin shows the "Swan" is so unexclusive that only by committing a crime is one's access restricted. Rovin writes:** "*MasterPass cards will not be issued to anyone who, within the previous three years, has been convicted of a crime involving artificial aging or a fine exceeding twenty-five Standards.*"

<div align="center">EXAMPLE VII</div>

Under the heading "A Hero Prone To Excruciating Headaches" (p 63-68) Rovin cites five works (all having no resemblance to the Plaintiff's works, as the headaches are not recurring headaches originating in the hero's own head). In three of Rovin's examples the headaches are caused by external forces (a "disembodied brain", "telepathic mutants", and "anti-radiation shots); the other two headache examples occur only once –and are not recurring affliction headaches.

But the issue here occurs on Page 66, para 1, where Rovin writes: "The comic book *Warp* (1983) is about an ordinary Earthman who is about to become a space hero (on a space habitat) and who suffers crushing headaches." Mr. Rovin also provides an insert image of page 4 of the first issues of the comic series in which the character is having a terrible headache.

**IN TRUTH: The comic *Warp* only ran 19 issues. Over the course of all 19 issues the main character, David Carson, has only one headache which occurs in the first issues (page 4-7) –although Rovin claimed this character suffers "headaches" –plural.**

<div align="center">VIII</div>

I will spare the Court the tedium of citing each of Rovin's many other false statements or dishonest manipulations of language. But the following few brief "for instances" are provided to confirm that many more examples abound in Rovin's report.

A) Rovin uses the inventive terminology *"stratospheric" utopian city* (p. 32) then *"stratospheric" habitat* (p.39) concerning two works that feature cities that float in the atmosphere a few hundred or thousand feet about their planets. Rovin omits the term "floating" and uses the term "stratospheric" hoping to induce the Court to conceive these cities as possibly orbiting in space (which they are not) much as Plaintiff's satellite.

**IN TRUTH:** the most galling aspect of Rovin's deceitful language is BOTH of Rovin's examples show cities floating in fluffy clouds; yet, on Earth, clouds are found in the troposphere –not the stratosphere, as the stratosphere is too high.

NOTICE OF MOTION & MOTION TO DISQUALIFY EXPERT REPORT OF JEFF ROVIN

B) Under the heading "The Satellite Serves as a Refuge For The Rich," (p 32, para 2) Mr. Rovin observes that Christopher Stasheff's novel *A Wizard in Bedlam* "features 'a successful planetary colony –for the very rich."
**IN TRUTH:** Stasheff's *Wizard in Bedlam* was not about a space colony for the rich; it's about a colony established by the disenfranchised "…people who were sick and tired of not being able to have things their own way" (p 19). Further the colony was set on a large planet –not a satellite or a space station, as Rovin's heading requires.

C) Under the heading "The Satellite Serves as a Refuge For The Rich," (p 30, para 3):: "…the space station is exclusively inhabited by the rich…" Mr. Rovin wrote, commenting on Jack Vance's short story *Abercrombie Station.*

**IN TRUTH:** Abercrombie Station is not exclusively inhabited by the rich. In the short, Abercrombie Station is one of about 10 space station vacation resorts orbiting Earth. What makes Abercrombie Station unique is that it was a space resort for people who had stayed in space too long and had become obese and were attracted to other obese people. Wealth is not a requirement, corpulence is.

D) Mr. Rovin writes about Plaintiff's screenplay: "By contrast, in Plaintiff's screenplay, citizens enjoy '100 percent employment' and 'almost no crime'". (p. 16, para 2)

**IN TRUTH**: in Plaintiff's screenplay 65-95% of the world lives in impoverished "zones" (percentage varies depending on the script version). Only in the rich "State" areas do people enjoy 100% employment. In the poor "zones", children beg in the streets; the government routinely dumps its undesirables in these "zones", and kill masses of prisoners. All of this was shown, repeatedly, in Plaintiff's script.

## ROVIN REPORT PREMISED ON FALSELY CITING, ALTERING & FRAGMENTING

## PLAINTIFF COPYRIGHT CLAIMS

Ideas are not copyrightable –but collections of ideas, or "expressions", are copyrightable.

For each of the Plaintiff's copyright claims Plaintiff detailed the unique aggregations of attributes

that made his collection of ideas and features a copyrightable expressions.

Mr. Rovin divides his report into these 9 sections (*Rovin's sections headings mocks

Plaintiff claim language, but have been altered to suit the Defendants' objectives).

1) A Dystopian Earth With Income Inequalities;
2) A Satellite Orbiting Earth;
3) The Satellite Serves as a Refuge For The Rich;
4) Special Identification For Entering The Satellite;
5) Disparate Medical Resources On Earth And On The Satellite;
6) The Protagonist Who Must travel To The satellite World For Medicine;
7) A Hero Prone To Excruciating Headaches;
8) A "Keepsake" Necklace;
9) A Genetically Reprogrammed Villain.

**IN TRUTH: Rovin's "sections" address simple ideas which have nothing to do with the**

**complex, copyrightable aggregations Plaintiff claimed as his copyright in his Amended**

1   Complaint. Thus, all the content in these nine sections (effectively the entire report) should be

2   disqualified as INCOMPLETE and TAKEN OUT OF CONTEXT.

3   ## FALSE, INADMISSABLE CONTENT CITED THROUGHOUT ROVIN'S REPORT:

4           Several of Rovin's cited works are not just wrongly cited, they **are NOT PRIOR WORKS**.

5   On page 42 Mr. Rovin cites the film WALL-E (2008) and the video game Mass Effect (November

6   2007). The first four existing drafts of the Plaintiff's screenplay were completed three years prior, in

7   2005, and the final draft was completed August 2007 –all well before the release of *WALL-E* or

8   *Mass Effect* –making these citations inadmissible.

9   ## UNQUALIFIED "EXPERT" ROVIN MISINFORMS COURT OF SCÈNES À FAIRE

10          Mr. Rovin provided wildly unfounded opinions concerning scènes à faire. These errant

11  assertions were provided in bad faith (as an employee of the Defendants), or because he is not a

12  copyright expert and is unqualified and ill-informed to opine in this arena, as he seems to have little

13  grasp of the concept of "scènes à faire".

14          Scènes à faire are simple, general scenes that one would expect to see in a film of a

15  particular genre. In a western, one would expect to see general scenes of cowboys riding on the

16  range, maybe a bar fight, or maybe a gunfight. In a science fiction genre film (set in space) you

17  might expect to see nifty spaceships and rockets; or in an Earth-based sci-fi genre film one might

18  expect to see interesting flying vehicles in an ultra-modern cityscape. General. Nothing specific.

19          While Merriam-Webster's defines *scènes à faire* as "obligatory scenes", Wikipedia provides

20  a more thorough, accurate and appropriate copyright definition/explanation of "scènes à faire":

21  > *Scène à faire* (French for "scene to be made" or "scene that must be done"; plural: *scènes à faire*) is a scene in a book or film <u>which is almost obligatory for a genre of its type</u>. In the

22  > U.S. it also refers to a principle in copyright law in which certain elements of a creative work are held to be not protected <u>when they are mandated by or customary to the genre</u>.

23  > For example, a spy novel is expected to contain elements such as numbered Swiss bank accounts, a femme fatale, and various spy gadgets hidden in wristwatches, belts, shoes,

24  > and other personal effects. <u>These elements are not protected by copyright, **though specific**</u>

25  > **<u>sequences and compositions of them can be</u>**.
    >                                                                      -Wikipedia:

26          Rovin dismantled small pieces of Plaintiff's massive claims, then wildly assured the Court

27  the new, bite-sized aspects were scènes à faire. But In both instance Rovin was wrong and absurd.

28          **Example 1: page 46, line 15, Rovin claims as scènes à faire the "idea of people trying to**

- 8 -

NOTICE OF MOTION & MOTION TO DISQUALIFY EXPERT REPORT OF JEFF ROVIN

1    **sneak onto a space habitat" –which is also exclusively for the rich.**

2    IN TRUTH: Rovin's example (concerning Plaintiff's work) is a very specific plot structure,

3    and not at all scènes à faire, as no reasonable person would expect that a typical sci-fi film contain a

4    scene in which people attempt to sneak onto a space habitat for the rich.

5    **Example 2: page 73 line 6, Rovin states plainly: "Any elements the works of Plaintiff**

6    **and Defendants happen to share are scènes à faire..."**

7    **IN TRUTH:** Mr. Rovin's statement is absurd. I, Plaintiff, alleged dozens and dozens of

8    instances of infringement in the Amended Complaint. Most of these claims are composite, complex

9    claims involving specific plot structures, character details, etc. All of which, BY DEFINITION, are

10   not scènes à faire. Yet, Rovin brazenly instructs the Court that all of these claims are scènes à faire.

11   Let's ignore Plaintiff's complex and countless copyright claims and focus just on the nine

12   simple aspects Rovin extricated and modified, which are: 1) A Dystopian Earth With Income

13   Inequalities; 2) A Satellite Orbiting Earth; 3) The Satellite Serves as a Refuge For The Rich; 4)

14   Special Identification For Entering The Satellite; 5) Disparate Medical Resources On Earth And On

15   The Satellite; 6) The Protagonist Who Must travel To The Satellite World For Medicine; 7) A Hero

16   Prone To Excruciating Headaches; 8) A "Keepsake" Necklace; and 9) A Genetically

17   Reprogrammed Villain. Once the definition of scènes à faire is understood, we see that NONE of

18   Mr. Rovin's nine section headings are scènes à faire, as Rovin claimed –as no reasonable person

19   would expect to find any of those aspects in the typical science fiction film –as they are not general

20   "scenes", they are specific plot structures that would alter or dictate a film's entire plot.

21   **MR. ROVIN'S LACK OF QUALIFICATIONS**

22   1.  MR. ROVIN IS NOT A COPYRIGHT EXPERT.

23   Mr. Rovin has interesting comics and literature credentials, but has no background in

24   copyright IP or copyright law, making him ill-suited to opine on an infringement case.

25   2.  MR. ROVIN IS ESSENTIALLY UNEDUCATED.

26   A typical EXPERT witness in a copyright matter would be a copyright or intellectual

27   property attorney. This usually means many years of college and law school. Yet, Mr. Rovin

28   seemingly has no formal education beyond high school (p. 3, 4 of his report).

NOTICE OF MOTION & MOTION TO DISQUALIFY EXPERT REPORT OF JEFF ROVIN

1    3.   <u>MR. ROVIN FALSIFIED AND MISSTATED HIS QUALIFICATIONS.</u>

2      Among other inflated claims, Mr. Rovin claims to have "created" the short-lived comic

3 company, *Atlas Comics*, 1974-75. This claim is also fraudulent. On page 3, para 2, line 11 and 12,

4 Rovin states: "My magazine publications include creating and editing the Atlas Comics line –

5 several titles of which…". But, in fact, Atlas Comics was created by Martin Goodman. Wikipedia

6 provides some details of Altas' creation (including the following quote from Jeff Rovin himself):

7       Goodman hired Warren Publishing veteran Jeff Rovin to edit the color comic-book line, and writer-artist Larry Lieber, brother of Marvel editor-in-chief Stan Lee, as editor of

8 Atlas' black-and-white comics magazines.

      <u>Rovin said</u> in 1987 he became involved after answering an ad in The New York

9 Times."I was working for Jim Warren, running his mail-order division, Captain Company, and just starting to edit Creepy [and] I'd edited comics for DC and Skywald.... Several

10 weeks after answering the ad, I receive a call from Martin Goodman.... I was one of several people Martin interviewed, and I got the job because I'd had experience not only in comics

11 but in mail order, the latter of which was to contribute significantly to Seaboard's cash flow. Sharing editorial duties on the comics was writer artist Larry Lieber, whom Martin had long

12 wanted to transplant from under the shadow of Larry's brother.... Larry ended up handling about a quarter of

13       Atlas' output—primarily the police, Western [and] war [comics], and color anthologies of horror stories.

14       Lieber later became editor of the color comics following Rovin's departure.

         *-From Wikipedia (http://en.wikipedia.org/wiki/Atlas/Seaboard_Comics)*

15

16                 **CONCLUSION**

17      For the foregoing reasons, Plaintiff respectfully requests the Court disqualify THE EXPERT

18 REPORT OF JEFF ROVIN and disqualify Mr. Rovin as a witness in this matter due to his willful

19 submission of false and fraudulent information, fabricating evidence purporting to substantiate his

20 claims against Plaintiff's, altering the works of –and falsely citing the works of– numerous writers

21 and artists, misstating his qualifications, and his lack of credentials to qualify as an expert. The

22 court is authorized to intervene under F.R.C.P. Rule 11, the Inherent Powers Doctrine.

23

24      I declare under penalty of perjury that the foregoing is true and correct. Executed on

this 12th day of June, 2014.

25

26      Respectfully Submitted By: ------------------------------------------------------

27                           Steve Wilson Briggs
                          681 Edna Way

28                           San Mateo, CA 94402
                          Plaintiff, Pro Se

after what happened up at the lake, I mustn't. Would you like to go up up to the top of the Shed?"

"If you want to," he agreed without enthusiasm.

He followed when she went to a doorway—with a security guard beside it—in the sidewall. She flashed her pass and the guard let them through. They began to walk up an inclined, endless, curving ramp. It was between the inner and outer skins of the Shed. There had to be two skins because the Shed was too big to be ventilated properly, and the bitter desert sunshine on one side would have made "weather" inside. There'd have been a convection-current motion of the air in the enclosed space, and minor whirlwinds, and there could even be miniature thunderclouds and lightning. Joe remembered reading that such things had happened in a shed built for Zeppelins before he was born.

They came upon an open gallery, and there was a security-man looking down at the floor and the Platform. He had a very good view of all that went on.

They went around another long circuit of the slanting gallery, dimly lighted with small electric bulbs. They came to a second gallery, and saw the Platform again. There was another guard here.

They were halfway up the globular wall now, and were visibly suspended over emptiness. The view of the Platform was impressive. There were an astonishing number of rocket tubes being fastened to the outside of that huge object. Three giant cranes, working together, hoisted a tube to the last remaining level of scaffolding, and men swarmed on it and fastened it to the swelling hull. As soon as it was fast, other men hurried into it with the white pasty stuff to line it from end to end. The tubes would nearly hide the structure they were designed to propel. But they'd all be burned away when it reached its destination.

"Wonderful, isn't it?" asked Sally hopefully.

Joe looked, and said without warmth, "It's the most wonderful thing that anybody ever even tried to do."

Which was true enough, but the zest of it had unreason-

ably departed for Joe for the time being. His disappointment was new.

Halfway around again, Sally opened a door, and Joe was almost surprised out of his lethargy. Here was a watching post on the outside of the monstrous half-globe. There were two guards here, with fifty-caliber machine guns under canvas hoods. Their duties were tedious but necessary. They watched the desert. From this height it stretched out for miles, and Bootstrap could be seen as a series of white specks far away with hills behind it.

Ultimately Sally and Joe came to the very top of the Shed into the open air. From here the steep plating curved down and away in every direction. The sunshine was savagely bright and shining, but there was a breeze. And here there was a considerable expanse fenced in—almost an acre, it seemed. There were metal-walled small buildings with innumerable antennae of every possible shape for the reception of every conceivable wave length. There were three radar bowl reflectors turning restlessly to scan the horizon, and a fourth which went back and forth, revolving to scan the sky itself. Sally told Joe that in the very middle—where there was a shed with a domelike roof which wasn't metal—there was a wave-guide radar that could spot a plane within three feet vertically, and horizontally at a distance of thirty miles, with greater distances in proportion.

There were guns down in pits so their muzzles wouldn't interfere with the radar. There were enough non-recoil anti-aircraft guns to defend the Shed against anything one could imagine.

"And there are jet planes overhead too," said Sally. "Dad asked to have them reinforced, and two new wings of jet fighters landed yesterday at a field somewhere over yonder. There are plenty of guards!"

The Platform was guarded as no object in all history had ever been guarded. It was ironic that it had to be protected so, because it was actually the only hope of escape from atomic war. But that was why some people hated the Platform, and their hatred had made it seem obviously an item

of national defense. Ironically that was the reason the money had been provided for its construction. But the greatest irony of all was that its most probable immediate usefulness would be the help it would give in making nuclear experiments that weren't safe enough to make on Earth.

That was pure irony. Because if those experiments were successful, they should mean that everybody in the world would in time become rich beyond envy.

But Joe couldn't react to the fact. He was drained and empty of emotion because his job was done and he'd lost a very flimsy hope to be one of the Platform's first crew.

He didn't really feel better until late that night, when suddenly he realized that life was real and life was earnest, because a panting man was trying to strangle Joe with his bare hands. Joe was hampered in his self-defense because a large number of battling figures trampled over him and his antagonist together. They were underneath the Platform, and Joe expected to be blown to bits any second.



# 11

*Joe sat on the porch of Major Holt's quarters* in the area next to the Shed. It was about eight-thirty, and dark, but there was a moon. And Joe had come to realize that his personal disappointment was only his personal disappointment, and that he hadn't any right to make a nuisance of himself about it. Therefore he didn't talk about the thing nearest in his mind, but something else that was next nearest or farther away still. Yet, with the Shed filling up a full quarter of the sky, and a gibbous moon new-risen from the horizon, it was not natural for a young man like Joe to speak purely of earthly things.

"It'll come," he said yearningly, staring at the moon. "If the Platform gets up day after tomorrow, it's going to take time to ferry up the equipment it ought to have. But still, somebody ought to land on the moon before too long."

He added absorbedly: "Once the Platform is fully equipped, it won't take many rocket pay loads to refill a ship's tanks at the Platform, before it can head on out."

Mathematically, a rocket ship that could leave the Platform with full fuel tanks should have fuel to reach the moon and land on it, and take off again and return to the Platform. The mathematical fact had a peculiar nagging flavor. When a dream is subjected to statistical analysis and the report is in its favor, a dreamer's satisfaction is always diluted by a subconscious feeling that the report is only part of the dream. Everybody worries a little when a cherished dream shows a likelihood of coming true. Some people take firm steps to stop things right there, so a romantic daydream won't be spoiled by transmutation into prosaic fact. But Joe said doggedly: "Twenty ferry trips to pile up fuel, and the twenty-





EXHIBIT 39

verability. However, because it does not travel through space at mach speeds, we were able to give the fifteen-ton vessel transparent Corning-ITT-manufactured siding. The result is a panoramic view of whatever terrain you are visiting, a truly breathtaking way to see any world. There is one pilot and one guide per Shuttle Bus, a seat computer and tray, and closer quarters, since the ship has been built compactly for easier piloting through tight spots. However, its small size makes for more personal contact with your guide.

**Other Vessels.** The scientists and tour employees who work and live on the worlds of M–17 have a wide variety of transports at their disposal. These include one-, two-, or three-person skydivers and orbiters, atomic poles that burrow beneath the surface, multishuttles that fly as one unit in space but can be broken into two or four smaller probes once they've entered a planet's lower atmosphere, space disks for fast interplanetary travel, and a battery of land vehicles. Most of these are geared for ruggedness rather than comfort, and while you may see them going about their business, you will never have to ride in one.

On the other hand, since Transgalactic encourages everyone to participate in our tours, from the very young to the young in spirit no matter what their age, we equip all of our vehicles with Automeds, the Warner-Cadence Corporation's portable health machine. If someone should have the misfortune to fall ill during a tour, the Automed will maintain that person's bodily functions until a Rescue Vessel arrives. There are between ten and twenty such aide ships stationed at different points on every world. All of our hotels have at least one Supermed Incorporated "Minihospital" and a human physician in residence. Transgalactic feels that you will enjoy your tour more if your mind is completely at ease. Rest assured that because people are not perfect, we must be.

**ENTRY REGULATIONS AND CUSTOMS RESTRICTIONS**

Space is for everyone, and Transgalactic works hard to make it as accessible as a trip to any city, park, or resort on your home world. However, as with intraplanetary travel, there are sundry entry requirements. Listed herewith, they are rigidly enforced.

Most of the worlds in M–17 ask only that you present a MasterPass card for admittance, a computer card that is a combination visa and general ID. MasterPass cards are available through any Transgalactic agent or from the Bureau of Space Travel (BST). The initial fee is ten Standards, and the card is renewable annually at the rate of three Standards. A late payment automatically invalidates MasterPass, and no one is permitted into a spaceport boarding area without one. MasterPass cards



An Orbiter Bus seat, with computer console in front of the passenger; the holovision and CRT computer screen are located in the back of the preceding seat, along with a slide out, fold-down tray.



will *not* be issued to anyone who, within the previous three years, has been convicted of a crime involving artificial aging or a fine exceeding twenty-five Standards. Transgalactic services families, not felons.

Although your travel agent will alert you to particulars, be advised that some worlds in M–17 have additional entry requirements. To avoid last-minute arrangements at the terminal, be certain that all of your data records are in order.

As with BST regulations, restrictions regarding customs are among the most stringently enforced in the universe. While they vary from world to world, the general limitations are as follows. Consumable goods such as narcotics, liquor, and food may not leave the planet you are visiting, nor may they be carried to any world from your Star Cruiser. However, within a 600 vertical mile limit of wherever they are purchased, you may buy and use unlimited amounts of such items. Nonconsumables such as souvenirs, microfilm novels, and clothing may be taken beyond 600 miles of their point of purchase providing that their value does not exceed fifty Standards. In addition, you may have twenty-five Standards worth of nonconsumables shipped to your home by Universal Post—delivery takes from one to two weeks—or you may purchase over 200 and under 350 Standards worth of such goods and have them all shipped to your home. In either case, there is a tax of twenty percent on any nonconsum-

Case: 14-17-1754-cv 09/2015  ID: 9415268  DktEntry: 61-1  Page: 399 of 606
Case 4:13-cv-04240-PJH  Document 48  Filed 06/12/14  Page 19 of 18

## PROOF OF SERVICE

This is to certify that on this 12th day of June, 2014,

I, _Steve Wilson Briggs_ ,

served, by way of U.S. mail, true copies of the documents described as

**"NOTICE OF MOTION AND MOTION TO DISQUALIFY EXPERT REPORT OF JEFF ROVIN; MOMORANDUM AND POINTS AND AUTHORITIES IN SUPPORT THEREOF," and "[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISQUALIFY EXPERT REPORT OF JEFF ROVIN," and "NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT," and "[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT," and "AMENDED REBUTTAL TO DEFENDANTS' "EXPERT REPORT OF JEFF ROVIN,"' and "CORRECTION,"**

on the interested parties below:

Michael J. Kump, and Gregory P. Korn

(of Kinsella, Weitzman, Iser, Kump & Aldisert)

808 Wilshire Boulevard, 3rd Floor

Santa Monica, California, 90401

310 566 9800

Executed on this 12th day of June, 2014

By, _____

Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402
Plaintiff, Pro Se

PROOF OF SERVICE  CV 13-4679 PJH

United States District Court
For the Northern District of California

1

2

3    UNITED STATES DISTRICT COURT

4    NORTHERN DISTRICT OF CALIFORNIA

5

6

7   STEVE WILSON BRIGGS,

8            Plaintiff,                          No. C 13-4679 PJH

9       v.                                       **ORDER**

10  NEILL BLOMKAMP, et al.,

11           Defendants.

12  _____/

13          Before the court is the motion of plaintiff Steve Wilson Briggs to "disqualify" the

14  expert report of defendants' expert Jeff Rovin.  The motion is presently set for hearing on

15  July 23, 2014.  Having read the parties' papers and carefully considered their arguments

16  and the relevant legal authority, the court hereby rules as follows.

17          The court construes the motion as a motion to disqualify Mr. Rovin as an expert,

18  pursuant to Federal Rule of Evidence 702 and Daubert v. Merrell Dow Pharms, Inc., 509

19  U.S. 579 (1993).  Under that authority, a witness who has been qualified as an expert by

20  knowledge, skill, experience, training, or education may give an opinion on scientific,

21  technical, or otherwise specialized topics if (1) the expert's scientific, technical, or other

22  special knowledge will help the trier of fact understand the evidence or determine a fact in

23  issue, (2) the testimony is based upon sufficient facts or data, (3) the testimony is the

24  product of reliable principles and methods, and (4) the witness has applied the principles

25  and methods reliably to the facts of the case.  See id.

26          Because the motions for summary judgment have not yet been filed, the court is

27  unable to ascertain how defendants intend to use the Rovin report, or whether Mr. Rovin

28  has properly applied the correct principles and methods to the facts of the case.  Moreover,

1   the court notes that while plaintiff has asserted in this motion and in prior "Notices of

2   Rebuttal" that the Rovin report has been "filed" with the court, the report was in fact not

3   filed with the court until defendants filed their opposition to the present motion on June 26,

4   2014. In addition, plaintiff has cited other references in his motion, but has failed to attach

5   copies to a declaration properly authenticating the references. The result is that the court

6   is hard-pressed to understand the basis of a number of plaintiff's objections to the Rovin

7   report.

8          Accordingly, the court DEFERS ruling on the present motion until the motions for

9   summary judgment have been heard. The July 23, 2014 hearing date is VACATED.

10

11  **IT IS SO ORDERED.**

12  Dated:  July 17, 2014

13  _____
    PHYLLIS J. HAMILTON
14  United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Steve Wilson Briggs
2  681 Edna Way
   San Mateo, CA 94402
3  Telephone: (510) 200 3763
   Email: snc.steve@gmail.com
4
   Pro Se Plaintiff



FILED

JUN 1 2 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

11 STEVE WILSON BRIGGS              )  Case No.: CV 13-4679 PJH
                                    )
12            Plaintiff             )  COPYRIGHT INFRINGEMENT CLAIM
                                    )
13    vs.                           )  **NOTICE OF MOTION AND MOTION**
                                    )  **FOR LEAVE TO FILE A SECOND**
14 NEILL BOMKAMP, SONY PICTURES ENT., INC.,  )  **AMENDED COMPLAINT**
   TRISTAR PICTURES, INC., MEDIA RIGHTS       )
15 CAPITAL II,L.P., and QED INTERNATIONAL     )  Judge: Hon. Phyllis J. Hamilton
                                    )
16            Defendants

21 <u>**NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A SECOND AMENDED**</u>

22 <u>**COMPLAINT**</u>

23     **PLEASE TAKE NOTICE** that, I, Plaintiff, Steve Wilson Briggs, respectfully beseech

24 the Honorable Judge Phyllis J. Hamilton for leave to file a Second Amended Complaint (SAC),

25 which will provide critical new details to facilitate a fuller view of the issues and details of this

26 matter.

27     **Statement of Purpose.** This motion will be based on the Memorandum Of Points And

28 Authorities, and the Proposed Order filed herewith,

PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

## A BRIEF CASE BACKGROUND

1) The Plaintiff filed the initial Complaint on this court October 8th, 2013.

2) The Defense filed its Response And Affirmative Defenses to the Plaintiff's Complaint on November 27th, 2013. In that response the Defense declared that the Plaintiff had "erroneously named" Defendant, Media Rights Capital. Media Rights Capital (also "MRC") is the commonly known identity for the corporate Defendant who much later identified itself to the Court as Media Rights Capital II, L.P. "Media Rights Capital" or "MRC" is the first company credited in the film *Elysium*; and is credited by that name on the film's official website, as well as on MRC's own website –and ALL official film websites. The Defense further stated that the proper Defendant was an unknown company named "MRC II Distribution Company" –a company with virtually no information available online, and no known connection to the film "Elysium" (which was distributed by TriStar). Plaintiff believes this unfunded subsidiary (in name only) was used to deceive the Court, and evade accountability. So, should Plaintiff prevail, it would be impossible to collect damages from the film's financier, Media Rights Capital.

3) In response to the Defense suggesting that the Plaintiff had erroneously name Defendant "Media Rights Capital", Plaintiff filed his FAC on December 17, 2013.

4) In their Response And Affirmative Defenses to the FAC the Defense continued to insist that the proper Defendant was this unknown " MRC II Distributing Company".

5) On January 3rd, 2014, upon learning details of a seemingly questionable relationship between the Defense and MRC II, L.P. & MRC II Distribution Company, Plaintiff filed a **Motion for Sanctions** against Defense Counsel, Michael Kump & Gregory Korn,

6) January 16th, 2014, Plaintiff and Defense Counsel, Mikael Kump, first came before the Court at the **Initial Case Management Conference** (I.C.M.C.). At the I.C.M.C. the Defense Counsel named MRC II, L.P. as the proper Defendant. Plaintiff's Motion for Sanctions was denied at this I.C.M.C.

7) April 17th, 2014, Plaintiff and Defense Counsel, Greg Korn, came before the court for **Further Case Management Conference**, which Plaintiff requested, as he sought a 120

PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

continuance of all deadlines. The Honorable Judge Hamilton granted a 60 day

continuance of all immediate deadlines, and postponed setting a Damages phase

schedule or a Trial schedule until the outcome of the Liability phase.

### MEMORANDUM IN SUPPORT OF MOTION

Much of the new evidence Plaintiff hopes to present in his SAC pertains to supportive

evidence for the *striking similarity* analysis (or "*probative similarity*") "extrinsic" test. To

determine *substantial similarity*, and *striking similarity* and confirm infringement. The Ninth

Circuit relies on the "intrinsic" and "extrinsic" tests. As per **Cavalier v. Random House, 297 F.3d**

**815, 824 (9th Cir.2002) there can be no finding of substantial similarity unless the plaintiff**

**satisfies both the extrinsic and intrinsic tests.**

Plaintiff's FAC detailed the copious infringement examples, but withheld many unusual,

nuanced examples that will provide persuasive evidence supporting a judgment of striking

similarity. But illuminating these new "extrinsic" details is but one of the Plaintiff's reasons to re-

amend. Those reasons are:

1) To detail new and unusual "striking" examples of infringement for the "<u>extrinsic</u>" test.

2) To include the description of Plaintiff's satellite city, Uberopolis, from the first four

   drafts of his screenplay, as this setting will be a center of contentions in this lawsuit. The

   Defendants had access to this description of his satellite city on his early postings of

   Butterfly Driver on triggerstreet.com. Under 17 U.S. CODE § 106 (2) (<u>to prepare</u>

   <u>derivative works based upon the copyrighted work</u>) all versions of Plaintiff's description

   of his satellite city are Plaintiff's copyright, and part and parcel of, and inextricably

   linked to, this suit. The detailed description in the first four drafts was reduced to just

   few sentences in the 6th version (which was attached to FAC as Exhibit A) to reduce the

   screenplay's lengthy first act.

3) To eliminate unnecessary details contained in Plaintiff's lengthy 38 page FAC.

4) To add claims of *Contributory Copyright Infringement,* and evidence in support thereof,

   specifically directed at corporate Defendants Sony Pictures, Media Rights Capital,

   TriStar Pictures and QED International, whom Plaintiff believes all knew Defendant

- 3 -

PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

Neill Blomkamp had misappropriated the expressions, ideas, structure, settings, themes, plot, goals, characters, character afflictions, etc. contained in Elysium –and failed to provide leadership, oversight, limits, or take any action to prevent this infringement.

5) To add the essential **page 91** back to Plaintiff's screenplay (Exhibit A), as it seems to have been somehow omitted when Plaintiff filed his First Amended Complaint.

## LAW AND PRECEDENT

The Court has the authority to grant Plaintiff's such motions, and is encouraged to do so under Rule 15(2), which states:

> **"In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. <u>The court should freely give leave when justice so requires.</u>"**

Similarly, in *Foman v. Davis*, (1962) the Supreme Court held:

> **"In the absence of any apparent or declared reason - such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. - the leave sought should, as the rules require, be "freely given."**

<u>Nolo's Plain-English Law Dictionary</u> provides an effective distillation of the common application of this tenet :

> **"…a second (or third, or fourth, etc.) version of a complaint submitted by the plaintiff or petitioner. A party may amend a complaint to correct facts, add new claims, substitute discovered names for persons sued as "Doe" defendants, or revise a cause of action after the court has found the complaint inadequate.**

I, Plaintiff, Steve Wilson Briggs, thank the Court for considering this request for leave to file an SAC.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 12th day of June, 2014.

Respectfully Submitted By: -------------------------------------------------------------------

Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402
Plaintiff, Pro Se

- 4 -

PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

United States District Court

For the Northern District of California

1
2
3                           UNITED STATES DISTRICT COURT
4                          NORTHERN DISTRICT OF CALIFORNIA
5
6
7   STEVE WILSON BRIGGS,
8             Plaintiff,                      No. C 13-4679 PJH
9       v.                                    **ORDER**
10  NEILL BLOMKAMP, et al.,
11            Defendants.
                                    _____/
12
13        On June 12, 2014, plaintiff Steve Wilson Briggs filed a motion for leave to file a
14  second amended complaint (Doc. 46). Plaintiff failed to include a copy of the proposed
15  amended complaint with the motion.
16        Under Civil Local Rule 10-1, "[a]ny party filing or moving to file an amended pleading
17  must reproduce the entire proposed pleading . . . ." It is not sufficient for plaintiff to merely
18  describe, in the motion, how he proposes to amend the complaint. He must attach a copy
19  of the proposed amended complaint to the motion.
20        The motion is hereby ordered STRICKEN. Plaintiff may re-file the motion, but must
21  include the proposed amended complaint.
22
23  **IT IS SO ORDERED.**
24  Dated:  June 16, 2014.
25                                    _____
                                      PHYLLIS J. HAMILTON
26                                    United States District Judge
27
28

1  Steve Wilson Briggs
2  681 Edna Way
   San Mateo, CA 94402
3  Telephone: (510) 200 3763
   Email: snc.steve@gmail.com

4  Pro Se Plaintiff

5

6

7

8              **UNITED STATES DISTRICT COURT**

9         **NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)**

10

11 STEVE WILSON BRIGGS          )  Case No.: CV 13-4679 PJH
                                )
12          Plaintiff           )  COPYRIGHT INFRINGEMENT CLAIM
                                )
13      vs.                     )  **SECOND NOTICE OF MOTION AND**
                                )  **MOTION FOR LEAVE TO FILE A**
14 NEILL BOMKAMP, SONY PICTURES ENT., INC., ) **SECOND AMENDED COMPLAINT;**
   TRISTAR PICTURES, INC., MEDIA RIGHTS   ) **MEMORANDUM AND POINTS OF**
15 CAPITAL II,L.P., and QED INTERNATIONAL )  **AUTHORITIES**
                                )
16          Defendants          )
                                   Judge: Hon. Phyllis J. Hamilton
17 _____

18     <u>**AMENDED NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A**</u>

19              <u>**SECOND AMENDED COMPLAINT**</u>

20        **PLEASE TAKE NOTICE** that Plaintiff, Steve Wilson Briggs, respectfully requests

21 permission from the Honorable Judge Phyllis J. Hamilton for leave to file a Second Amended

22 Complaint (SAC), to provide new charges and details of the facts and issues regarding this matt

23        **Statement of Purpose.** This motion will be based on the Memorandum Of Points And

24 Authorities, and the Proposed Order filed herewith.

25        <u>**MEMORANDUM AND POINTS OF AUTHORITIES**</u>

26        On June 12th, 2014, I, Plaintiff, Steve Wilson Briggs, submitted to the Court a Motion For

27 Leave To File A Second Amended Complaint. The Plaintiff did not know to attach the SAC to the

28 motion; thus, the Court explained, the motion was stricken.

                            – 1 –

The Plaintiff now submits this Second Notice of Motion and Motion For Leave To File A Second Amended Complaint, with the SAC now written and attached, hopeful that the Court will grant this leave.

Since making that first request for leave the Plaintiff has learned important new details, through discovery, including learning of new parties who were involved in, and who profited from, the infringement of his copyright. These newly discovered parties had various degrees of knowledge and responsibility for the crime. Therefore, these new parties, as well as appropriate charges, have been added to the SAC. Most of the new parties are subsidiaries of, parents of, or administrators of Defendant MRC II, L.P. And several of these parties were also named in the 2011 Copyright Infringement case of the great Phillip K. Dick's estate versus the various MRC "entities", in Coelho v MRC Dist. Co, et al, (CV 11-8913-ODW) concerning the film *The Adjustment Bureau*. In that case, too, the MRC "entities" used their many identities as a shield against responsibility. The Complaint explains page 7, line 12) that:

> **"MRC Distribution and MRC Holdings are both owned in whole or in part, by a common entity, MRC II Sub GP, LLC;… that at all times materially hereto, there exists a unity of interests and ownership among MRC Distribution, MRC Holdings, and Oaktree (collectively, the "MRC Defendants") such that any individuality either ceased to exist, or never existed in the first instance…"**

In the attached SAC the Plaintiff made the following changes to the FAC:

1) Plaintiff has added parties and provided justification for this.

2) Plaintiff added claims of **Contributory Copyright Infringement**, and **Vicarious Copyright Infringement**, and evidence in support thereof.

3) Plaintiff has eliminated unnecessary details contained in the FAC.

4) Plaintiff has added new details and examples of infringement for the "extrinsic" test.

5) Plaintiff has added a detailed description of his satellite city, Uberopolis, from the fourth drafts of his screenplay. The Defendants had access to this description on the Plaintiff's early postings of Butterfly Driver on triggerstreet.com. He later reduced the description for concision. Under 17 U.S. CODE § 106 (2) (to prepare derivative works based upon the copyrighted work) all versions of Plaintiff's description of his satellite city are Plaintiff's copyright, and part and parcel of, and inextricably linked to, this suit.

17 U.S.C. § 101 **Derivation Works**: "…A work consisting of editorial revisions, annotations, elaborations, or other modifications which, as a whole, represent an original work of authorship, is a "derivative work".

## LAW AND PRECEDENT

The Court has the authority to grant Plaintiff's such motions, and is encouraged to do so under Rule 15(2), which states:

> **"In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires."**

\

Similarly, in *Foman v. Davis*, (1962) the Supreme Court held:

> **"In the absence of any apparent or declared reason - such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. - the leave sought should, as the rules require, be "freely given."**

Nolo's Plain-English Law Dictionary provides an effective distillation of the common application of this tenet :

> **"…a second (or third, or fourth, etc.) version of a complaint submitted by the plaintiff or petitioner. A party may amend a complaint to correct facts, add new claims, substitute discovered names for persons sued as "Doe" defendants, or revise a cause of action after the court has found the complaint inadequate.**

Thank you for considering this Amended Motion For Leave To File A Second Amended Complaint.

I will attach the SAC, the proposed order, the two contested screenplays, and a single attachment containing all of the other exhibits to this motion, as there doesn't appear to be another way to attach files to this motion, and separately to the SAC using the ECF system.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of July, 2014.

Respectfully Submitted By:   /s/  Steve Wilson Briggs

Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402
Plaintiff, Pro Se

AMENDED MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

United States District Court
For the Northern District of California

1

2

3

4                    UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7

8

9    STEVE WILSON BRIGGS,

10                 Plaintiff,                    No. C 13-4679 PJH

11        v.                                     **ORDER DENYING MOTION
                                                 TO AMEND COMPLAINT**
12   NEILL BLOMKAMP, et al.,

13                 Defendants.
     _____/

14

15        Before the court is plaintiff's motion for leave to file a second amended complaint.

16   Having read the parties' papers and carefully considered their arguments and the relevant

17   legal authority, the court hereby DENIES the motion.

18                              **BACKGROUND**

19        Plaintiff Steve Wilson Briggs filed the above-entitled action on October 8, 2013,

20   asserting a single cause of action for copyright infringement, against defendants Neill

21   Blomkamp, Sony Pictures Entertainment, Inc., Tristar Pictures, Inc., Media Rights Capital

22   (later realleged as Media Rights Capital II L.P. or "MRC II"), and QED International.  On

23   December 19, 2013, plaintiff filed a first amended complaint, against the same five

24   defendants, who filed an answer on January 9, 2014.

25        At the January 16, 2014, initial case management conference, the court bifurcated

26   liability and damages, and set various pretrial deadlines, including discovery cut-off dates

27   and deadlines for hearing dispositive motions.  The January 17, 2014 Case Management

28   and Pretrial Order also imposed a deadline for seeking to amend pleadings – 90 days

1   before the fact discovery cutoff date, or February 18, 2014.

2       On April 8, 2014, well after the deadline for seeking leave to amend pleadings,

3   plaintiff filed a request for a 90-day continuance of the deadlines set in the Case

4   Management and Pretrial Order, to allow him additional time to locate an attorney. He also

5   requested a further case management conference.

6       The court held a further case management conference on April 17, 2014, at which

7   time the court granted plaintiff's request to extend certain pretrial deadlines. Plaintiff's

8   deadline for serving discovery requests and for responding to defendants' discovery

9   requests was continued to May 16, 2014, and defendants were given until June 17, 2014 to

10  respond to plaintiff's discovery requests. The deadline to complete fact and expert

11  discovery (liability) was extended to June 17, 2014. The deadline for filing dispositive

12  motions (liability) was extended to July 30, 2014, with the hearing to be set on September

13  3, 2014. All other pending deadlines were vacated.

14      On June 12, 2014, plaintiff filed a motion for leave to file a second amended

15  complaint ("SAC"). On June 16, 2014, the court ordered the motion stricken because it did

16  not include a copy of the proposed SAC. On July 18, 2014, plaintiff filed the present motion

17  for leave to file a SAC. He did not notice the motion for hearing.

18      Plaintiff seeks leave to amend under Federal Rule of Civil Procedure 15(a). He

19  asserts that since he made the prior request for leave to amend the complaint, he has

20  discovered new details in discovery, regarding additional potential parties who were

21  involved in and profited from the infringement of his copyright. He identifies those

22  additional parties as MRC II Distribution Company; MRC II Holdings, L.P.; MRC II Sub GP,

23  LLC; Oaktree Entertainment, Inc.; Asgari, Inc.; Sable Productions, Ltd.; Mordecai Wiczyk;

24  Asif Satchu; and Simon Kinberg. He wants to add those parties as defendants, and also

25  wants to add what he claims are new factual details. In addition, he wants to add causes of

26  action for contributory copyright infringement and vicarious copyright infringement.

27      Defendants filed an opposition to the motion on August 1, 2014. Plaintiff did not file

28  a reply to the opposition.

2

Case 14-17175, 02/09/2015, ID: 9415368, DktEntry: 6-14, Page 413 of 606

**United States District Court**
For the Northern District of California

**DISCUSSION**

A.    Legal Standard

Plaintiff seeks leave to amend pursuant to Federal Rule of Civil Procedure 15(a), which requires that a plaintiff obtain either consent of the defendant or leave of court to amend its complaint once the defendant has answered, but "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2); see also, e.g., Chodos v. West Pub. Co., 292 F.3d 992, 1003 (9th Cir. 2002).  Leave to amend is thus ordinarily granted unless the amendment is futile, would cause undue prejudice to the defendants, or is sought by plaintiffs in bad faith or with a dilatory motive. Foman v. Davis, 371 U.S. 178, 182 (1962); Smith v. Pacific Properties and Dev. Corp., 358 F.3d 1097, 1101 (9th Cir. 2004).  However, when a district court has already granted a plaintiff leave to amend, its discretion is deciding subsequent motions to amend is "particularly broad." Chodos, 292 F.3d at 1003 (citation omitted).  In addition, amendments seeking to add claims are to be granted more freely than amendments adding parties. Union Pacific R. Co. v. Nevada Power Co., 950 F.2d 1429, 1432 (9th Cir. 1991).

Where the deadline set by the pretrial order for amending pursuant to court order of stipulation of the parties has passed, any request for leave to amend must be first be evaluated under the "good cause" standard of Federal Rule of Civil Procedure 16. See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607-08 (9th Cir. 1991); see also Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).  Considering only Rule 15(a) without regard to Rule 16(b) "would render scheduling orders meaningless and effectively would read Rule 16(b) and its good cause requirement out of the Federal Rules of Civil Procedure." Jackson v. Laureate, Inc., 186 F.R.D. 605, 607 (E.D. Cal. 1999) (quoting Sosa v. Airprint Sys., Inc., 133 F.3d 1417, 1419 (11th Cir. 1998)).

Under Rule 16(b), a pretrial schedule "shall not be modified except upon a showing of good cause and by leave of the district judge." Fed. R. Civ. P. 16(b).  A party seeking to amend a complaint after the deadline set in the case management and pretrial order must first show "good cause" under Rule 16(b), and then, if good cause is shown, must

3

United States District Court

For the Northern District of California

1   demonstrate that the motion is proper under Rule 15.  Johnson, 975 F.2d at 608.  In

2   determining whether good cause exists, courts primarily consider the diligence of the party

3   seeking the modification.  Id. at 609; see also Coleman, 232 F.3d at 1294.  The court

4   should focus on "the moving party's reasons for modification.  If that party was not diligent,

5   the inquiry should end."  Johnson, 975 F.2d at  610.

6   B.      Plaintiff's Motion

7          Plaintiff contends that he has obtained new information in discovery that warrants

8   amendment of the complaint to include allegations against additional entities and

9   individuals who were allegedly involved in the production and/or distribution of "Elysium."

10  He argues that under Rule 15, leave to amend should be freely given.

11         In opposition, defendants assert that the motion is untimely under the court's Case

12  Management and Pretrial Order.  They contend that Rule 15 and its "liberality of

13  amendment" standard therefore does not apply, and that plaintiff must show "good cause"

14  under Rule 16 to modify the court's pretrial order.  They argue that plaintiff was not diligent

15  in seeking leave to amend (waiting until just weeks before the motions for summary

16  judgment were scheduled to be filed) – either in seeking leave to add new claims for

17  contributory and vicarious infringement that he could easily have added earlier in the case,

18  or in seeking to add new defendants that have been known to plaintiff since the early

19  stages of the case, or that would have been known to him had he not delayed in

20  propounding his discovery requests.

21         The motion is DENIED.  The January 17, 2014 Case Management and Pretrial

22  Order set a February 18, 2014 deadline for seeking leave to amend.  Even if defendants

23  were correct that the deadline for seeking leave to amend was extended to March 18,

24  2014, based on the April 17, 2014 order extending the deadline for the close of discovery to

25  June 19, 2014, either deadline had already passed well before plaintiff filed the present

26  motion on July 18, 2014.  Because the motion was filed after the deadline, plaintiff is

27  required to demonstrate good cause under Rule 16(b).  He has not done so, and indeed,

28  does not even mention Rule 16(b).

United States District Court
For the Northern District of California

1    As for Rule 15, he does quote <u>Foman</u> and the "<u>Foman</u> factors" cited above, but does

2    not provide any argument with respect to whether these factors do or do not apply in his

3    case. He simply asserts that under Rule 15(a)(2), "[t]he court should freely give leave when

4    justice so requires."

5    Rule 16(b)'s good cause standard considers the diligence of the party seeking the

6    amendment. Johnson, 975 F.2d at 609. If a party acted diligently but still cannot

7    reasonably meet the scheduling deadlines, the court may modify the scheduling order. <u>Id.</u>

8    However, carelessness is not compatible with a finding of diligence and offers no reason for

9    a grant of relief. <u>Id.</u> Here, plaintiff made no showing of diligence in his moving papers, and

10   did not even file a reply to defendants' opposition to his motion, in an attempt to justify his

11   lack of diligence. It appears that he simply did not read the Case Management and Pretrial

12   Order, not even the first page where the deadline to amend pleadings is set forth.

13   Moreover, even were the court permitted to consider this motion solely under Rule 15 –

14   which it cannot do – plaintiff has not included any argument supporting the relevant factors.

15                                   **CONCLUSION**

16   In accordance with the foregoing, plaintiff's motion for leave to file a second

17   amended complaint is DENIED.

18

19   **IT IS SO ORDERED.**

20   Dated:  August 20, 2014

21                                   _____
                                     PHYLLIS J. HAMILTON
22                                   United States District Judge

23

24

25

26

27

28

5

1   kSteve Wilson Briggs
    681 Edna Way
2   San Mateo, CA 94402
    Telephone: (510) 200 3763
3   Email: snc.steve@gmail.com

4   Pro Se Plaintiff

5

6

7

8

9                   **UNITED STATES DISTRICT COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)**

11

12  STEVE WILSON BRIGGS              )   Case No.:  CV  13-4679  PJH
                                     )
13              Plaintiff            )
                                     )
14          vs.                      )   **PLAINTIFFS' BRIEF IN OPPOSITION**
                                     )   **TO DEFENDANTS' MOTION FOR**
15  NEILL BOMKAMP, SONY PICTURES     )   **SUMMARY JUDGMENT**
    ENT., INC., TRISTAR PICTURES, INC., )
16  MEDIA RIGHTS CAPITAL (AKA MEDIA  )
    RIGHTS CAPITAL II,L.P. & MRC), and )
17  QED INTERNATIONAL               )

18              Defendants

19  _____

20

21

22                  PLAINTIFFS' BRIEF IN OPPOSITION TO

23              DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

24

25

26

27

28
                                    i

# **TABLE OF CONTENTS**

Table of Contents…………………………………………………………………... ii

Table of Authorities…………………………………………………………….…. iii

Introduction……………………………………………………………………..…. 1

Summary Judgment Standard…………………………………………………...…. 1

Causes for Denial………………………………………………………………...…. 1

ARGUMENT…………………………………………………………………….…. 1

    I.   Defendants' Motion Relies On Now Resolved Evidentiary Issues …………………………....... 1

    II.  Defendants' Motion Fails To Meet Rule 56 Standard…………………………………………... 2

    III. The Defense Misstated And Omitted Law & Fact In Their Motion……………………………. 2

             "Cherry-Picking" Case Citations…………………………………………………... 4

    IV. Armstein v. Porter Sum. Jgmt. is Improper When Credibility of The Parties Is An Issue……... 4

    V. <u>SEQUENCING: The 10 Shared Sequential Events of Butterfly Driver & Elysium</u>……………. 6

    VI. The Defense Wrongly Opines on Plot Points……………………………………………….... 8

    VII. Substantial Similarity In The Court Of Public Opinion…...………………………………...10

Conclusion………………………………………………………………………... 11

PLAINTIFF BRIEF IN OPPOSITION TO DFNDNTS' MOT. FOR SUM. JDMT. CV  13-4679  PJH

**TABLE OF AUTHORITIES**

**CASES**                                                                                   **Page**

Arnstein v. Porter 154 F.2d 464 (2d Cir. 1946)…………………………………………...1, 4, 5, 11

Three Boys Music v. Michael Bolton 212 F.3d 477 (9th Cir.2000…………………………………… 3

Selle v. Gibb 741 F.2d 896 (1984)…………………………………………………………... 4

*Ty, Inc. v. GMA Accessories, Inc.*, 132 F.3d 1167 (1997)…………………………………… 4


**RULES**

Federal Rules of Civil Procedure, Rule 56…………………………………………………..1, 2, 11


**OTHER AUTHORITIES**

Nimmer On Copyright…………………………………………………………………… 4

"Screenplay" (1979),by Syd Field…………………………………………………………9

Lexisnexis…………...……………………………………………………………… 10

Law360.…………………………………………………………………………… 10

**INTRODUCTION:**

On July 30th, 2024, the Defense Counsel filed a motion for summary judgment in this matter of copyright infringement, under Fed R. Civ. P., Rule 56. In this opposition brief the plaintiff will show the Defense Counsel's motion does not meet the standard for granting summary judgment as: 1) there remain triable disputes of material fact; 2) the motion hinged on evidentiary issues that no longer exist; 3) the Defense motion misstated and omitted law and fact; 4) summary judgment is improper when credibility of the parties is an issue. Due to these deficiencies the Defendants' motion should be denied.

**SUMMARY JUDGMENT STANDARD**

Rule 56(c) states that summary judgment "shall be rendered if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law."

**CAUSES FOR DENIAL**

The Defendants' motion for summary judgment has several major failings. Each of these failings constitutes cause to deny this motion. These causes, explored herein, are:

I.   The Defendants' motion hinges, in part, on evidentiary issues that no longer exist.

II.  Defendants' motion does not meet the F.R.C.P., Rule 56 standard for summary judgment.

III. The Defense misstated or omitted law and fact in said motion.

IV.  Summary judgment is improper when credibility of the parties is an issue (**Arnstein v. Porter).**

**ARGUMENT:**

**I.   DEFENDANTS' MOTION RELIES ON NOW RESOLVED EVIDENTIARY ISSUES**

The Defendants' motion for Summary Judgment relies, in part, on the fact that the Plaintiff had not properly authenticated the evidentiary exhibits attached to his complaint.

Rule 56(e) concerns the event of a party Failing To Properly Support Or Address a Fact, as the plaintiff had. Under Rule 56(e) and 56(e)(1) the Court has the option to give the party who has failed to properly support or address a fact an opportunity to properly support or address the fact. The Court allowed the Plaintiff an opportunity to correct these shortcomings. The Plaintiff then submitted the necessary filings and documentation authenticating the evidence and facts of his FAC. At the time

1

of the composition of this brief the Plaintiff believes the Court found his evidentiary filings acceptable. Therefore, the evidentiary problems, which formed the basis of much of the Defendants' motion for summary judgment no longer exist, and there are, indeed, genuine, triable issues of material fact (concerning almost every detail of this matter) that remain in dispute. <u>Therefore, the Defendants are NOT entitled to a judgment as a matter of law.</u>

## II.  DEFENDANTS' MOTION FAILS TO MEET RULE 56 STANDARD

Under Rule 56 the moving party is entitled to a summary judgment "if there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law."

The Plaintiff has charged the Defendants with copyright infringement, supported by voluminous evidence. The Defendants have denied all allegations. None of these contentions have been resolved. Thus **remain countless genuine, triable issues of material fact to resolve**. As such, the Defendants are not entitled to summary judgment.

## III.  THE DEFENSE MISSTATED AND OMITTED LAW & FACT IN THEIR MOTION

The following examples are among the many misstatements of law and fact in the Defendants' motion for summary judgment:

- **1.** In their motion for summary judgment, and throughout this matter, the Defense Counsel has persistently supported their position by using the term **"prior art"** (sometimes "prior work"). This is a continued effort to mislead the Court that certain stand-alone ideas are somehow copyrighted in some fanciful place called **"prior art".** <u>The term "**prior art**" is meaningless in copyright law.</u>  **<u>"Prior art" is a patent law term and concept with NO PLACE in copyright law</u>**. In copyright law there is 'public domain' –for once copyrighted properties, now available, to all, in the public domain. The Defense (and their seemingly well coached expert) have routinely uses the term "prior art" to refer to non-copyrightable, simple ideas (such as 'satellites' and "dystopias"), that they misinform the Court that the plaintiff is claiming as his own. He is not. But, just as all copyright owners, the Plaintiff enjoys the liberty of gathering existing, separate ideas, and blending them into new unique expressions; or mixing them with his own ideas to create still more unique copyrightable expressions.

The Plaintiff found one example of the term "prior art" used in a copyright case, but it was used by an expert in lieu of the term 'public domain'. But the expert seemed to understand that the

2

requirement is show a complete copyrightable collection.

Consider the following passage from Three Boys Music v. Michael Bolton 212 F.3d 477 (9th Cir.2000):

> …Eskelin testified that the two songs shared a combination of five unprotectible elements: (1) the title hook phrase (including the lyric, rhythm, and pitch); (2) the shifted cadence; (3) the instrumental figures; (4) the verse/chorus relationship; and (5) the fade ending. Although the appellants presented testimony from their own expert musicologist, Anthony Ricigliano, he conceded that there were similarities between the two songs and that he had not found the combination of unprotectible elements in the Isley Brothers' song "anywhere in the **prior art**." The jury heard testimony from both of these experts and "found infringement based on a unique compilation of those elements." We refuse to interfere with the jury's credibility determination...

NOTE that in the Three Boys Music case (which the Defense cited 3 times) the combining of five (5) unprotectanle elements was sufficient to create a copyrightable expression.

- **2.** In their Motion For Summary Judgment, the Defense Counsel wrote: "<u>The Screenplay contains one vague, unexplained reference to Drexler's "DNA reprogramming." (Screenplay at 90).</u>

**IN TRUTH:** on **page 36 (line 13)** of the Plaintiff's *Butterfly Driver,* the monologue reads:

**TV REPORTER:** Today, Mr. and *Mrs. Drexler arrived on Uberopolis for a week long government summit. He announced Drexler Labs would soon make **genetic reprogramming available to the public.** Ten Years ago, then forty years old, <u>Drexler had his **DNA reprogrammed** to a permanent age of 25, and his **DNA altered** to produce no myostatin; so his bulging biceps are three times normal strength –without exercise.</u>

**NOTE:** These details are connected to the center of this lawsuit. By now the Defense Counsel is intimately aware of this. **Their statement was an outright lie**.

*In the 4th draft of Uberopolis: City of Light, Drexler's wife was also "genetically enriched".

- **3.** Page 8, line 6 of the Defense's motion for summary judgment, the Defense Counsel wrote, with no regard for accuracy: "<u>Plaintiff alleges no facts to support that Blomkamp found his screenplay on triggerstreet.com.</u>

**IN TRUTH:** The Plaintiff dedicated over a page of his FAC (page 4 line 11 to page 5 line 13) to alleging facts supporting the plausibility of Blomkamp accessing his screenplay on triggerstreet.com; particularly page 4, line 23 of the FAC where the Plaintiff wrote:

> "In 2007, like today, the majority of TriggerStreet members were short filmmakers and screenwriters. In 2007, Defendant, Neill Blomkamp was a short filmmaker, with only a few short films to his credit. Blomkamp wouldn't begin his first feature for another year. Defendant, MRC, was a struggling new film company with but 1 credit for 2007, "Couples", filmed for only $2,500."

3

<center>**"Cherry-Picking" Case Citations**</center>

On page 1 of their motion, the Defense quotes David Nimmer (son of Melville Nimmer) who inaccurately opined in the 2005 revision of the father's original work, *Nimmer On Copyright*, "At base, 'striking similarity' simply means that in human experience, it is **"virtually impossible"** that the two works could have been independently created."

The 7th Circuit developed the *Striking Similarity* concept and definition in the landmark case of Selle v. Gibb 741 F.2d 896 (1984). They also developed a definition in that case, which certainly trumps anything the Nimmers postulate. The Selle v. Gibb definition *for striking similarity* is: **"similarity which is so striking that the possibilities of independent creation, coincidence and prior common source are, as a practical matter, precluded."**

A reasonable definition –though not so dramatic as Nimmer's 'impossible in human history'.

Thirteen years later the 7th Circuit refined that simple reasonable definition in *Ty, Inc. v. GMA Accessories, Inc.*, 132 F.3d 1167 (1997):

> "A similarity that is so close as to be **highly unlikely** to have been an accident of independent creation *is* evidence of access…. Access (and copying) may be inferred **when two works are so similar to each other and not to anything in the public domain that it is likely that the creator of the second work copied the first,** but the inference can be rebutted by disproving access or otherwise showing independent creation."

Note that Nimmer uses the phrase **"virtually impossible",** when the Court's definition uses the phrase **"highly unlikely"**.  Given the great distance between these terms, Nimmer is plainly mistaken. But given the astronomically improbable similarity between Butterfly Driver's and Elysium's plots, the heroes' goal, the never-before-used settings (including a giant satellite city for the super-rich), the never-before-used headache affliction, the immigration and healthcare themes, the dying girl, the keepsake necklace, the disabled transporter, the genetically reprogrammed villain… a reasonable mind would find it both "highly unlikely" and "virtually impossible" that these two works were independently created.

## IV.  SUMMARY JUDGMENT IS IMPROPER WHEN CREDIBILITY OF THE PARTIES IS AN ISSUE (Arnstein v. Porter, 1946)

The inaccuracies and inventions in the Defendants' motion for summary judgment abound almost as plentifully as in the Expert Witness Report of Jeff Rovin. During the course of this case, as if entrenched in a culture of dishonesty, the Defendants, their Counsel, and expert Jeff Rovin, have all

<center>4</center>

made significantly false statements to the Court, proving their credibility is unreliable.

In **Arnstein v. Porter 154 F.2d 464 (2d Cir. 1946)** the court found that **summary judgment is improper when credibility of the parties is an issue.**

Before this matter arrived before the Court, Defendant MRC II, L.P. thought nothing of telling the Court (in the Answers and Affirmative Defenses) that it was improperly named in this suit. The Defense Counsel knowingly provided that statement –having represented MRC and its other "entities" in a copyright dispute brought by the Estate of the great Phillip K. Dick –a matter still active today. The Court may also remember the wildly imaginative Expert Witness Report of Jeff Rovin. And consistent with their case history, the Defendants' motion for summary judgment makes a number of significantly false statements, which highlight these continued credibility problems; such as:

- **1.** The Defense Counsel wrote: "In the Screenplay, Arlo requires a fake ID in the nature of a driver's license because he is a fugitive on the run from the authorities."

**IN TRUTH:** The statement is an utter invention. I, plaintiff, never suggested that Arlo needed ID to get to Uberopolis because he is a fugitive. EVERYONE needs ID to enter Uberopolis. At the shuttle-port to Uberopolis, once Arlo gets his ID and ticket, he stands in a line with everyone else (page 70) the Plaintiff writes: **"He passes inconspicuously through the screening line as his jacket goes through the X-ray device."** Later Jerry Matthiessen, who works for the "State", also stands in a screening line, with everyone else going to Uberopolis,. Jerry even has his weapon confiscated. Additionally, on page 57, line 13, the Rabbi character finds, online, a dead Uberopolis citizen who's identity Arlo will assume. The Rabbi explains: **"We found a corpse killed in a skyway accident yesterday. His Uberopolis permits haven't been vacated yet."** Plainly, <u>ALL Uberopolis citizens require identification.</u>

- **2.** Page 23, line 4-6, the Defense Counsel actually says universal health care and class inequality are not themes found in the Plaintiff's screenplay.

**IN TRUTH:** the Plaintiff's screenplay was written to tackle the issues of health care inequalities and class division (the poor live in zone cities, blocked off from the rich cities and other zones, policed by the state), by showing the lengths a poor father will go to transgress these divisions to access lifesaving medicine for his daughter. There is great disparity between what is available on Earth and

5

Uberopolis –even the middle class of Earth, dream of going to "Sky Town" to get advanced treatments.

Stressing this inequality, in the second to last draft of Butterfly Driver (posted to TriggerStreet.com in July 2007) the Plaintiff explained that genetic reprogramming would cost the elite hundreds of millions of dollars (low nine figures) **[See Exhibit A, p 67 line 24].** In the fourth draft of Uberopolis: City of Light the Plaintiff explained that housing on Uberopolis also cost millions **[See Exhibit B, p 10 line 4].** In the final draft, choosing a softer palette, the Plaintiff omitted these details, as a thoughtful audience might surmise these staggering costs.

• **3.** On page 3, and 20 (and more) of their motion the Defense refers to the Plaintiff's unique collection of Feature which comprise his settings, (the giant satellite city for the rich which orbits an impoverished Earth, etc.) as "common," and "stock," and found in "prior art" (never mind that "prior art" is meaningless in copyright law).

**IN TRUTH:** the Plaintiff has numbered and listed the many aspects that make his settings unique. If the collection of these features are replicated in another SINGLE copyrighted work, or in a SINGLE copyrighted work available in the public domain, let the Defense show that copyrighted work.

• **4.** On page 16 of their motion for Summary Judgment, the Defense wrote: "In the Screenplay, The drug Drexlerin is equally available on Earth and on Uberopolis."

**IN TRUTH:** the Plaintiff's script makes it plain that there is no Drexlerin 2 on Earth (page 35), and shows prisoners placing boxes and boxes of Drexlerin 2 in warehouses on Uberopolis (p 28, bottom page). It is not equally available on both settings. Shortly before Arlo arrives on Uberopolis they clear the warehouses –a plot device to force a confrontation between Arlo and Drexler.

Further, concerning this misstatement by the Defense, in earlier versions of his story the Plaintiff put GREATER emphasis on the people on Earth longing for the various medical treatments available on Uberopolis. In the second to last version of Butterfly Driver (posted to TriggerStreet.com July 2007) characters **Jerry Matthiessen** and **Howard Mann** share this dialogue **[See Exhibit C, p 35 line10]**:

> **HOWARD:** Maybe he needs a lung transplant. My landlord got a preventative lung
>
> transplant on Sky Town and now he feels even better.
>
> **JERRY:** The rich running up there to avoid our transplant laws and waiting lines, has
>
> driven organ prices so high insurers won't cover transplants.

PLAINTIFF BRIEF IN OPPOSITION TO DFNDNTS' MOT. FOR SUM. JDMT. CV 13-4679 PJH

This mood repeats on page 76 of the second to last draft of Butterfly Driver, p76 **[See Exhibit D, p 76 line 6]** as Jerry asks a woman he meets on Uberopolis:

> **JERRY**: Excuse me. I'm looking for a rental car.

> **WOMAN #2**: I'm sorry. I'm just here for a quick liver transplant.

These scenes are also in earlier versions of Uberopolis: City of Light. The 4th version of Uberopolis:City of light (similar to the first version of Butterfly Driver placed on TriggerStreet.com) also featured a scene in which one of the people who help Arlo get to Uberopolis asks him to bring some of the medicine back to his community, p65 **[See Exhibit E, p65 line1]** :

> **SHORT MAN:** If you make it back, there are a lot of kids around here who could use one of those pills...

- **5.** On page 12, line 21 of their motion the Defense Counsel writes: "Not a single scene from the Screenplay is Replicated in the Film, let alone in the same sequence."

**IN TRUTH**: **regarding replicated scenes**, the Plaintiff has demonstrated how the headache scenes are replicated in the Defendants screenplay and film. The climax, in which the headache that occurs mid-battle is also a replicated scene –as are all government policy conference scenes.

The Defense's claim that there is no parity of plot sequence is attended under the next heading.

## V.   SEQUENCING: The 10 Shared Sequential Events of Butterfly Driver & Elysium

A plot is made up of characters, settings, themes, hero's goals conflicts, as well as events, and the sequencing of these events. The plaintiff did not include a section in his very lengthy FAC dedicated to plot sequence. But the Defense has stated in their motion for summary judgment that the sequencing of the events of the two stories is not the same. To show the fallacy of this **the plaintiff offers a sequencing of 10 imperative events, from both stories, that occur in exactly the same sequence**.

The first 33 pages of the two screenplays are indeed, sequentially, quite different. Then, "the catalyst" comes (the first major plot point), when the hero gets his goal. This happens on page 35 of Butterfly Driver and page 33 of Elysium. From here, **there are ten important events that occur in sequence** –the final 6 of these events occur on almost the same pages.

- **1.** The Catalyst. The heroes resolve to go to the satellite world for medical aide (p35 Butterfly Driver, p33 Elysium).

7

- **2.** The heroes contact underworld figures to get ID & transport to the satellite (p49, 52 Butterfly Driver, p35 Elysium)

- **3.** The heroes successfully get fake ID and ticket to the satellite (although Elysium's Max does not need a ticket, just money –the writer absently has his characters say "ticket" parroting this refrain from the Plaintiff's work): P58, 64 Butterfly Driver, p 44 Elysium.

- **4.** Once they have ID's the heroes struggle to get transport to the satellite (Arlo holds Jerry at gunpoint and fights him to get to the shuttle port; Max gets data from Carlyle's head, but can't leave for Elysium because the flight system is jammed): p69 Butterfly Driver, p82 Elysium.

- **5.** The heroes of both works then threaten to detonate explosives as they confront the villains (p92 Butterfly Driver, p91 Elysium).

- **6.** The heroes begin their lengthy battles against the villain on the satellite world (p97 Butterfly Driver, p95 Elysium).

- **7.** During the climax of the battle, as the heroes gain the upper-hand, the hero has a terrible headache, giving the villain the advantage (p109 Butterfly Driver, p112 Elysium).

- **8.** As the heroes seem to die their keepsake necklaces factor into the story (p113 Butterfly Driver, p116 Elysium).

- **9.** The heroes' action are shown to have save the little girl central to their respective stories (p115 Butterfly Driver, p120 Elysium).

- **10.** It is then revealed that the heroes' action have far reaching, global consequences (in Butterfly Driver, in addition to bringing free elections, Arlo's action to save the A-cell will save100 million lives per year and bring cheap energy to the world; in Elysium, Max's death ushers myriads of immigrants to Elysium –in the film med bays are sent around the world to heal everyone and make them live forever (117 Butterfly Driver, 120 Elysium).

**VI.**      **THE DEFENSE WRONGLY OPINES ON <u>PLOT POINTS</u>**

On page 12, line 19 of the Defendants' motion for summary judgment the Defense wrote: <u>"…none of these **plot points**, nor any of the specific **plot points** that flesh out this overview, can be found in the Film.</u>" (referring to the 14-19 features the Plaintiff marked as his copyrightable plot). Then, in closing (p 25) the Defense writes: "…there is not one scene, one **plot point**, one character or one line

of dialogue from Butterfly Driver that can be found in Elysium."

The Plaintiff's FAC proves otherwise. <u>The Defense Counsel's statements reveal the Defense doesn't quite understand what a **"plot point"** is</u>, as they assume that every event in a story is a plot point. Attending this misunderstanding is imperative to fully understanding of the depth and nature of the infringement in this case.

Most trained screenwriters regard Syd Field as the most important screenwriting teacher ever.  In 1979 Field wrote "Screenplay", which introduced the world to his "plot points" and his modern three act structure "paradigm" (which now pervades filmmaking). Syd Field's paradigm reduced films and screenplays down to a three act structure formula, comprised of five simple elements.

1) an inciting incident

2) **plot point** one (when the hero gets his **goal**, bringing the story into act two)

3) mid point (sometimes called the "crisis" or low-point)

4) **plot point** two  (which brings the story into act three –the climax)

5) the climax

Most screenwriters would say there are only two plot points in a screenplay. Some screenwriters now  consider the "inciting incident" and the "mid-point" plots point as well **[See Exhibit F].** Either way, there are very few actual plot points in a script or film, but they are critically important.

Syd Field's paradigm shows how extensive the infringement is, as the Plaintiff's FAC declares that the Defendants have specifically infringed on:

• 1. His 'inciting incident', hero must do a dangerous mission for a disabled transporter.

• 2. His hero's goal to get to Uberopolis for medical care.  **This is plot point one.**

• 3. His story's crisis (often called "**the midpoint**") when the hero learns the medicine is not on the satellite (in Elysium's case, the hero learns he can't access the medical care there.

• 4. The hero threatening to detonate the explosive if the villain doesn't meet his demand  is **plot point 2** of both works –as it triggers the confrontation with the villain, leading to the **'climax'**.

• 5. the Plaintiff's FAC shows the Defendants infringe on his climax by having the hero suffer a headache, mid-battle.

Effectively, the Defendants infringe on ALL five of the Plaintiff's major story events.

9

Should the Court be curious, the Plaintiff has provided several short published articles about Syd Field, his plot points, paradigm, and the importance of the inciting incident. **[See Exhibits F, G, H, I, J, K, L, M].**

### SUBSTANTIAL SIMILARITY IN THE COURT OF PUBLIC OPINION

In their motion for summary judgment, the Defense Counsel repeatedly stated that there were no similarities between Plaintiff's and the Defendants' work. But ordinary observers find the two works VERY similar. After this suit was filed, hundreds of online news sources carried the story. News agencies are usually skeptical about "they stole my idea" claims. But, in this case, not a single article doubts the merits of the Plaintiff claims. These media reports are significant as they reflect the views of the **ordinary observer**. The intrinsic test is often called "the **ordinary observer** test" as it is intended to consider the impression of the ordinary observer.

- Reporter Chelsea Naso, of **Lexisnexis's** legal news service *Law360,* found the case very credible, writing the stories have only **"slight differences".** **[See Exhibit N]**

- 8 year veteran entertainment reporter, Zack Mandell, wrote in *Examiner.com***:**

> **"…it isn't considered enough merely to show that one work is substantially similar to another, as the court recognizes that such similarities can easily come about innocently. It's also necessary to show that the defendant(s) had access to the original source material at some point…"**
> **Here, it would seem that Mr. Briggs is on solid ground. His original screenplay, speculatively titled "Butterfly Driver," was first drafted sometime before May of 2005. A revised version of the piece was registered with the Writers' Guild of America-West in December of the same year. The plaintiff claims to have posted the script online at the screenwriting website Triggerstreet.com in February 2007."** [See Exhibit O]

- Jeff Sneider, who first broke the story in **TheWrap.com** wrote: "**There are indeed a number of similarities between the two scripts, as alleged in the lawsuit…" [See Exhibit P].**

- The case is featured on scholarly sites, such as American University Washington College of Law, to film fan sites. The only criticism the Plaintiff has yet found against his case came from a law firm who considered the plaintiff foolish for representing himself:

(see: http://piratedthoughts.com/movie-companies-director-sued-copyright-infringement-elysium/)

But even this article doesn't question the similarity of the works.

These articles confirm there is clear substantial similarity between the contested works, apparent to all observers –save the Defendants and their Counsel.

PLAINTIFF BRIEF IN OPPOSITION TO DFNDNTS' MOT. FOR SUM. JDMT. CV  13-4679  PJH

**SUMMARY**

As detailed herein, the Defendants' motion for summary judgment is improper and unqualified as there remain many genuine disputes of material facts, therefore the motion does not meet the F.R.C.P., Rule 56 standard for summary judgment. The Defendants' motion also misstated or omitted law and fact. Additionally, the Defendants and their Counsel have shown credibility problems –per Arnstein v. Porter 154 F.2d 464 (2d Cir. 1946), summary judgment is improper when credibility of the parties is an issue.

**<u>CONCLUSION</u>**

For the foregoing reasons the Plaintiff respectfully requests that the Defendants' motion for summary judgment be denied.

Dated: August 12th, 2014        Respectfully Submitted,  _/s/ Steve Wilson Briggs_
                                                        Steve Wilson Briggs
                                                        Plaintiff, In Pro Per
                                                        681 Edna Way
                                                        San Mateo, CA 94402
                                                        Telephone: (510) 200 3763
                                                        Email: snc.steve@gmail.com

PLAINTIFF BRIEF IN OPPOSITION TO DFNDNTS' MOT. FOR SUM. JDMT. CV  13-4679  PJH

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants NEILL BLOMKAMP,
SONY PICTURES ENTERTAINMENT INC.,
TRISTAR PICTURES, INC., MEDIA RIGHTS
CAPITAL II, L.P., and QED
INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>     Plaintiff,<br><br>     vs.<br><br>NEILL BLOMKAMP; SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL, and QED INTERNATIONAL,<br><br>     Defendants. | Case No. CV 13-4679-PJH<br><br><br>**DEFENDANT MEDIA RIGHTS CAPITAL II, L.P.'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT** |

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

Defendant Media Rights Capital II, L.P. ("Defendant") answers the Amended Complaint for Copyright Infringement ("Complaint") as follows:

## NATURE OF ACTION

1.      Answering Paragraph 1 of the Complaint, Defendant admits that this is an action for copyright infringement of a screenplay purportedly written by Plaintiff entitled "Butterfly Drive," which screenplay is purportedly attached as Exhibit A to the Complaint (hereinafter, "Plaintiff's Screenplay").  Defendant admits that the film "Elysium" was initially theatrically released in the United States on or about August 9, 2013 (hereinafter, the "Film") but denies that Defendant participated in the release of the Film or its distribution.  Defendant denies each and every remaining allegation in Paragraph 1.

2.      Answering Paragraph 2 of the Complaint, Defendant denies each and every allegation thereof.

3.      Answering Paragraph 3 of the Complaint, Defendant denies that it financed, produced, and/or distributed the Film, denies that it has any ownership interest in the Film, and denies that it is properly named in the Complaint.   Defendant denies each and every remaining allegation in Paragraph 3.

4.      Answering Paragraph 4 of the Complaint, Defendant denies each and every allegation thereof.

5.      Answering Paragraph 5 of the Complaint, Defendant admits that the Amended Complaints purports to have "added a personal information section."  Except as so admitted, Defendant denies each and every allegation in Paragraph 5.

## JURISDICTION

6.      Answering Paragraph 6 of the Complaint, Defendant admits that the Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).  Defendant denies each and every remaining allegation in Paragraph 6.

7.      Answering Paragraph 7 of the Complaint, Defendant admits that the Complaint alleges that venue is proper and alleges that the Court has personal jurisdiction.  Defendant denies each and every remaining allegation in Paragraph 7.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

Kinsella Weitzman Iser Kump & Aldisert llp
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

1       8.     Answering Paragraph 8 of the Complaint, Defendant admits that the Complaint

2   alleges that the action is properly assigned to the San Francisco division of the Northern District of

3   California.  Defendant denies each and every remaining allegation in Paragraph 8.

4   <div align="center">**THE PARTIES**</div>

5       9.     Answering Paragraph 9 of the Complaint, Defendant lacks sufficient information

6   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

7   denied.

8       10.    Answering Paragraph 10 of the Complaint, Defendant admits the allegations

9   thereof.

10      11.    Answering Paragraph 11 of the Complaint, Defendant admits that Sony Pictures

11  Entertainment Inc. ("SPE") has its principal place of business at 10202 W. Washington Boulevard,

12  Culver City, California.  Defendant denies each and every remaining allegation in Paragraph 11.

13      12.    Answering Paragraph 12 of the Complaint, Defendant admits that TriStar Pictures,

14  Inc. ("TriStar") is an indirect subsidiary of SPE and has its principal place of business in Culver

15  City, California.  Defendant admits that TriStar is a distributor of the Film.  Defendant denies each

16  and every remaining allegation in Paragraph 12.

17      13.    Answering Paragraph 13 of the Complaint, Defendant admits that it has its

18  principal place of business at 9665 Wilshire Boulevard, Beverly Hills, CA 90212.  Defendant

19  denies that it financed, produced, or distributed the Film and denies that it was properly named in

20  the Complaint.  Defendant denies each and every remaining allegation in Paragraph 13.

21      14.    Answering Paragraph 14 of the Complaint, Defendant admits that QED

22  International ("QED") is located at 1800 N. Highland Ave., 5th Floor, Los Angeles, California

23  90028.  Defendant admits that QED is credited as a producer of the Film.  Defendant denies each

24  and every remaining allegation in Paragraph 14.

25  <div align="center">**BACKGROUND**</div>

26      15.    Answering Paragraph 15 of the Complaint, Defendant lacks sufficient information

27  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

28  denied.

CV 13-4679-PJH
ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

Kinsella Weitzman Iser Kump & Aldisert llp
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

16. Answering Paragraph 16 of the Complaint, Defendant lacks sufficient information and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are denied.

17. Answering Paragraph 17 of the Complaint, Defendant lacks sufficient information and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are denied.

18. Answering Paragraph 18 of the Complaint, Defendant lacks sufficient information and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are denied.

19. Answering Paragraph 19 of the Complaint, Defendant lacks sufficient information and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are denied.

20. Answering Paragraph 20 of the Complaint, Defendant lacks sufficient information and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are denied.

21. Answering Paragraph 21 of the Complaint, Defendant denies the allegation that "MRC was a struggling new film company with but 1 credit for 2007, 'Couples', filmed for only $2500." Defendant lacks sufficient information and belief upon which to admit or deny the remaining allegations in Paragraph 21, and on that basis the remaining allegations are denied.

22. Answering Paragraph 22 of the Complaint, Defendant lacks sufficient information and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are denied.

23. Answering Paragraph 23 of the Complaint, Defendant denies each and every allegation thereof.

24. Answering Paragraph 24 of the Complaint, Defendant lacks sufficient information and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are denied.

25. Answering Paragraph 25 of the Complaint, Defendant lacks sufficient information

Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

1   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

2   denied.

3          26.     Answering Paragraph 26 of the Complaint, denies that it was familiar with and/or

4   accessed Plaintiff's Screenplay in any way or at any time, including without limitation on

5   triggerstreet.com.  Defendant lacks sufficient information and belief upon which to admit or deny

6   the remaining allegations in Paragraph 26, and on that basis, those remaining allegations are

7   denied.

8          27.     Answering Paragraph 27 of the Complaint, Defendant lacks sufficient information

9   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

10  denied.

11         28.     Answering Paragraph 28 of the Complaint, Defendant lacks sufficient information

12  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

13  denied.

14         29.     Answering Paragraph 29 of the Complaint, Defendant lacks sufficient information

15  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

16  denied.

17         30.     Answering Paragraph 30 of the Complaint, Defendant lacks sufficient information

18  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

19  denied.

20         31.     Answering Paragraph 31 of the Complaint, Defendant lacks sufficient information

21  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

22  denied.

23         32.     Answering Paragraph 32 of the Complaint, Defendant lacks sufficient information

24  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

25  denied.

26         33.     Answering Paragraph 33 of the Complaint, Defendant denies that the Film and the

27  trailer for the Film feature a plot, characters, and/or settings that misappropriated Plaintiff's

28  Screenplay.  Defendant lacks sufficient information and belief upon which to admit or deny the

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  remaining allegations in Paragraph 33, and on that basis those remaining allegations are denied.

2      34.     Answering Paragraph 34 of the Complaint, Defendant denies that the story

3  structure of the Film conforms to Plaintiff's Screenplay in any way. Defendant lacks sufficient

4  information and belief upon which to admit or deny the remaining allegations in Paragraph 34,

5  and on that basis those remaining allegations are denied.

6      35.     Answering Paragraph 35 of the Complaint, Defendant lacks sufficient information

7  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

8  denied.

9      36.     Answering Paragraph 36 of the Complaint, Defendant lacks sufficient information

10  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

11  denied.

12      37.     Answering Paragraph 37 of the Complaint, Defendant objects on the basis that the

13  allegation is irrelevant and violates the requirement in Rule 8(a) of the Federal Rules of Civil

14  Procedure for a "short and plain statement" of the claim, and on that basis the allegation is denied.

15      38.     Answering Paragraph 38 of the Complaint, Defendant lacks sufficient information

16  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

17  denied.

18      39.     Answering Paragraph 39 of the Complaint, Defendant lacks sufficient information

19  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

20  denied.

21              **STATEMENT OF FACTS COMMON TO ALL CLAIMS FOR RELIEF**

22      40.     Answering Paragraph 40 of the Complaint, Defendant admits that the Film was

23  theatrically released in the United States and certain other territories on August 9, 2013 but denies

24  that it was involved in the release, distribution, and public display of the Film. Defendant denies

25  each and every remaining allegation in Paragraph 40 and specifically denies that the Film infringes

26  Plaintiff's alleged copyright interests.

27      41.     Answering Paragraph 41 of the Complaint, Defendant lacks sufficient information

28  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

CV 13-4679-PJH
ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

denied.

42.     Answering Paragraph 42 of the Complaint, Defendant denies that the Film infringes any copyright interests Plaintiff might have in the Screenplay in whole or part. Defendant lacks sufficient information and belief upon which to admit or deny the remaining allegations in Paragraph 42, and on that basis those remaining allegations are denied.

43.     Answering Paragraph 43 of the Complaint, Defendant denies each and every allegation thereof.

44.     Answering Paragraph 44 of the Complaint, Defendant admits that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 44.

45.     Answering Paragraph 45 of the Complaint, Defendant admits that the Film is the best evidence of its contents.  Defendant admits that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 45.

46.     Answering Paragraph 46 of the Complaint, Defendant admits that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 46.

47.     Answering Paragraph 47 of the Complaint, Defendant admits that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 47 and specifically denies that the "plot features" referenced in Paragraph 47 constitute either Plaintiff's original or copyrightable expression.

48.     Answering Paragraph 48 of the Complaint, Defendant denies each and every allegation thereof.

49.     Answering Paragraph 49 of the Complaint, Defendant denies each and every allegation thereof.

50.     Answering Paragraph 50 of the Complaint, Defendant denies each and every allegation thereof.

51.     Answering Paragraph 51 of the Complaint, Defendant admits that Plaintiff's

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   Screenplay and Exhibit B to the Complaint are the best evidence of their contents. Defendant

2   admits that the Film is the best evidence of its contents. Except as so admitted, Defendant denies

3   each and every allegation in Paragraph 51.

4        52.     Answering Paragraph 52 of the Complaint, Defendant admits that Plaintiff's

5   Screenplay is the best evidence of its contents. Except as so admitted, Defendant denies each and

6   every allegation in Paragraph 52.

7        53.     Answering Paragraph 53 of the Complaint, Defendant admits that the Film is the

8   best evidence of its contents. Defendant admits that Exhibit B to the Complaint is the best

9   evidence of its contents. Except as so admitted, Defendant denies each and every allegation in

10  Paragraph 53.

11       54.     Answering Paragraph 54 of the Complaint, Defendant admits that Plaintiff's

12  Screenplay is the best evidence of its contents. Except as so admitted, Defendant denies each and

13  every allegation in Paragraph 54.

14       55.     Answering Paragraph 55 of the Complaint, Defendant admits that Plaintiff's

15  Screenplay is the best evidence of its contents. Except as so admitted, Defendant denies each and

16  every allegation in Paragraph 55.

17       56.     Answering Paragraph 56 of the Complaint, Defendant admits that the Film is the

18  best evidence of its contents. Defendant admits that Exhibit B to the Complaint is the best

19  evidence of its contents. Except as so admitted, Defendant denies each and every allegation in

20  Paragraph 56 and specifically denies that any characters from the Film or the screenplay on which

21  the Film is based infringe Plaintiff's alleged copyright interests.

22       57.     Answering Paragraph 57 of the Complaint, Defendant denies each and every

23  allegation thereof.

24       58.     Answering Paragraph 58 of the Complaint, Defendant admits that Plaintiff's

25  Screenplay is the best evidence of its contents. Except as so admitted, Defendant denies each and

26  every allegation in Paragraph 58.

27       59.     Answering Paragraph 59 of the Complaint, Defendant admits that Exhibit B to the

28  Complaint is the best evidence of its contents. Except as so admitted, Defendant denies each and

every allegation in Paragraph 59.

60.     Answering Paragraph 60 of the Complaint, Defendant admits that the Film is the best evidence of its contents.  Defendant admits that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 60.

61.     Answering Paragraph 61 of the Complaint, Defendant admits that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 61.

62.     Answering Paragraph 62 of the Complaint, Defendant admits the purported document entitled "Uberopolis: City of Light" and Exhibit B to the Complaint are the best evidence of their contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 62.

63.     Answering Paragraph 63 of the Complaint, Defendant admits that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 63.

64.     Answering Paragraph 64 of the Complaint, Defendant admits that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 64.

65.     Answering Paragraph 65 of the Complaint, Defendant denies each and every allegation thereof.

66.     Answering Paragraph 66 of the Complaint, Defendant denies each and every allegation thereof.

67.     Answering Paragraph 67 of the Complaint, Defendant admits that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 67.

68.     Answering Paragraph 68 of the Complaint, Defendant denies each and every allegation thereof.

69.     Answering Paragraph 69 of the Complaint, Defendant admits that Plaintiff's

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

2   admitted, Defendant denies each and every allegation in Paragraph 69.

3        70.     Answering Paragraph 70 of the Complaint, Defendant denies each and every

4   allegation thereof.

5        71.     Answering Paragraph 71 of the Complaint, Defendant admits that Plaintiff's

6   Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

7   every allegation in Paragraph 71.

8        72.     Answering Paragraph 72 of the Complaint, Defendant admits that Exhibit B to the

9   Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and

10  every allegation in Paragraph 72.

11       73.     Answering Paragraph 73 of the Complaint, Defendant denies each and every

12  allegation thereof.

13       74.     Answering Paragraph 74 of the Complaint, Defendant admits that Plaintiff's

14  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

15  admitted, Defendant denies each and every allegation in Paragraph 74.

16       75.     Answering Paragraph 75 of the Complaint, Defendant admits that Plaintiff's

17  Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

18  every allegation in Paragraph 75.

19       76.     Answering Paragraph 76 of the Complaint, Defendant admits that Plaintiff's

20  Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

21  every allegation in Paragraph 76 and specifically denies that the "characteristics, actions,

22  motivations and conditions listed in paragraph 75" constitute either Plaintiff's original or

23  copyrightable expression.

24       77.     Answering Paragraph 77 of the Complaint, Defendant denies each and every

25  allegation thereof.

26       78.     Answering Paragraph 78 of the Complaint, Defendant denies each and every

27  allegation thereof.

28       79.     Answering Paragraph 79 of the Complaint, Defendant admits that Plaintiff's

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  Screenplay is the best evidence of its contents. Except as so admitted, Defendant denies each and

2  every allegation in Paragraph 79.

3        80.     Answering Paragraph 80 of the Complaint, Defendant denies each and every

4  allegation thereof.

5        81.     Answering Paragraph 81 of the Complaint, Defendant admits the Film is the best

6  evidence of its contents. Defendant admits that Exhibit B to the Complaint is the best evidence of

7  its contents. Except as so admitted, Defendant denies each and every allegation in Paragraph 81.

8        82.     Answering Paragraph 82 of the Complaint, Defendant admits that Plaintiff's

9  Screenplay is the best evidence of its contents. Except as so admitted, Defendant denies each and

10  every allegation in Paragraph 82.

11        83.     Answering Paragraph 83 of the Complaint, Defendant admits that Plaintiff's

12  Screenplay is the best evidence of its contents. Except as so admitted, Defendant denies each and

13  every allegation in Paragraph 83 and specifically denies that the characteristics listed in Paragraph

14  82 (as incorporated by reference) constitute either Plaintiff's original or copyrightable expression.

15        84.     Answering Paragraph 84 of the Complaint, Defendant denies each and every

16  allegation thereof.

17        85.     Answering Paragraph 85 of the Complaint, Defendant denies each and every

18  allegation thereof.

19        86.     Answering Paragraph 86 of the Complaint, Defendant denies each and every

20  allegation thereof.

21        87.     Answering Paragraph 87 of the Complaint, Defendant denies each and every

22  allegation thereof.

23        88.     Answering Paragraph 88 of the Complaint, Defendant admits that Plaintiff's

24  Screenplay and Exhibit B to the Complaint are the best evidence of their contents. Defendant

25  admits that the Film is the best evidence of its contents. Except as so admitted, Defendant denies

26  each and every allegation in Paragraph 88.

27        89.     Answering Paragraph 89 of the Complaint, Defendant admits that Plaintiff's

28  Screenplay and Exhibit B to the Complaint are the best evidence of their contents. Defendant

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  admits that the purported website www.welcometoelysium.com is the best evidence of its

2  contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 89.

3       90.     Answering Paragraph 90 of the Complaint, Defendant admits that Plaintiff's

4  Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

5  every allegation in Paragraph 90 and specifically denies that the characteristics listed in Paragraph

6  89 (as incorporated by reference) constitute either Plaintiff's original or copyrightable expression.

7       91.     Answering Paragraph 91 of the Complaint, Defendant denies each and every

8  allegation thereof.

9       92.     Answering Paragraph 92 of the Complaint, Defendant denies each and every

10  allegation thereof.

11       93.     Answering Paragraph 93 of the Complaint, Defendant admits that Plaintiff's

12  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

13  admitted, Defendant denies each and every allegation in Paragraph 93.

14       94.     Answering Paragraph 94 of the Complaint, Defendant admits that Plaintiff's

15  Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

16  every allegation in Paragraph 94 and specifically denies that the characteristics listed in Paragraph

17  93 (as incorporated by reference) constitute either Plaintiff's original or copyrightable expression.

18       95.     Answering Paragraph 95 of the Complaint, Defendant denies each and every

19  allegation thereof.

20       96.     Answering Paragraph 96 of the Complaint, Defendant denies each and every

21  allegation thereof.

22       97.     Answering Paragraph 97 of the Complaint, Defendant denies each and every

23  allegation thereof.

24       98.     Answering Paragraph 98 of the Complaint, Defendant lacks sufficient information

25  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

26  denied.

27       99.     Answering Paragraph 99 of the Complaint, Defendant admits that the referenced

28  episode of *Star Trek* is the best evidence of its contents.  Except as so admitted, Defendant denies

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1    each and every allegation in Paragraph 99.

2        100.    Answering Paragraph 100 of the Complaint, Defendant admits that Plaintiff's

3    Screenplay, the Film, and the referenced episode of *Star Trek* are the best evidence of their

4    contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 100.

5        101.    Answering Paragraph 101 of the Complaint, Defendant admits that Plaintiff's

6    Screenplay and Exhibit Q to the Complaint are the best evidence of their contents.  Defendant

7    admits that the Film and any screenplay on which the Film is based are the best evidence of their

8    contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 101.

9        102.    Answering Paragraph 102 of the Complaint, Defendant denies each and every

10   allegation thereof.

11       103.    Answering Paragraph 103 of the Complaint, Defendant admits that Plaintiff's

12   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendant

13   admits that the Film is the best evidence of its contents.  Except as so admitted, Defendant denies

14   each and every allegation in Paragraph 103.

15       104.    Answering Paragraph 104 of the Complaint, Defendant admits that Plaintiff's

16   Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

17   every allegation in Paragraph 104 and specifically denies that the characteristics listed in

18   Paragraph 103 (as incorporated by reference) constitute either Plaintiff's original or copyrightable

19   expression.

20       105.    Answering Paragraph 105 of the Complaint, Defendant denies each and every

21   allegation thereof.

22       106.    Answering Paragraph 106 of the Complaint, Defendant denies each and every

23   allegation thereof.

24       107.    Answering Paragraph 107 of the Complaint, Defendant admits that Plaintiff's

25   Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendant

26   admits that the Film is the best evidence of its contents.  Except as so admitted, Defendant denies

27   each and every allegation in Paragraph 107.

28       108.    Answering Paragraph 108 of the Complaint, Defendant admits that Plaintiff's

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1 Screenplay is the best evidence of its contents. Except as so admitted, Defendant denies each and

2 every allegation in Paragraph 108 and specifically denies that the "themes" listed in Paragraph 107

3 (as incorporated by reference) constitute either Plaintiff's original or copyrightable expression.

4      109.     Answering Paragraph 109 of the Complaint, Defendant denies each and every

5 allegation thereof.

6      110.     Answering Paragraph 110 of the Complaint, Defendant denies each and every

7 allegation thereof.

8      111.     Answering Paragraph 111 of the Complaint, Defendant denies each and every

9 allegation thereof and further allege that Paragraph 111 contains no allegation of fact and is

10 unintelligible.

11      112.     Answering Paragraph 112 of the Complaint, Defendant admits that Plaintiff's

12 Screenplay is the best evidence of its contents. Except as so admitted, Defendant denies each and

13 every allegation in Paragraph 112.

14      113.     Answering Paragraph 113 of the Complaint, Defendant admits that Exhibit B to the

15 Complaint is the best evidence of its contents. Except as so admitted, Defendant denies each and

16 every allegation in Paragraph 113.

17      114.     Answering Paragraph 114 of the Complaint, Defendant denies each and every

18 allegation thereof and further allege that Paragraph 114 contains no allegation of fact and is

19 unintelligible.

20      115.     Answering Paragraph 115 of the Complaint, Defendant admits that Plaintiff's

21 Screenplay and Exhibit B to the Complaint are the best evidence of their contents. Except as so

22 admitted, Defendant denies each and every allegation in Paragraph 115.

23      116.     Answering Paragraph 116 of the Complaint, Defendant admits that Plaintiff's

24 Screenplay is the best evidence of its contents. Except as so admitted, Defendant denies each and

25 every allegation in Paragraph 116.

26      117.     Answering Paragraph 117 of the Complaint, Defendant admits that Exhibit B to the

27 Complaint is the best evidence of its contents. Except as so admitted, Defendant denies each and

28 every allegation in Paragraph 117.

Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Boulevard, 3RD Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

118.    Answering Paragraph 118 of the Complaint, Defendant denies each and every allegation thereof and further allege that Paragraph 118 contains no allegation of fact and is unintelligible.

119.    Answering Paragraph 119 of the Complaint, Defendant admits that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 119.

120.    Answering Paragraph 120 of the Complaint, Defendant admits that the Film is the best evidence of its contents.  Defendant admits that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 120.

121.    Answering Paragraph 121 of the Complaint, Defendant admits that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 121.

122.    Answering Paragraph 122 of the Complaint, Defendant denies each and every allegation thereof.

123.    Answering Paragraph 123 of the Complaint, Defendant denies each and every allegation thereof.

124.    Answering Paragraph 124 of the Complaint, Defendant denies each and every allegation thereof and further allege that Paragraph 124 contains no allegation of fact and is unintelligible.

125.    Answering Paragraph 125 of the Complaint, Defendant admits that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendant admits that the Film is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 125.

126.    Answering Paragraph 126 of the Complaint, Defendant admits that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 126.

127.    Answering Paragraph 127 of the Complaint, Defendant admits that Exhibit B to the

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Boulevard, 3RD Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

1  Complaint is the best evidence of its contents.  Defendant admits that the Film is the best evidence

2  of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph

3  127.

4  128.  Answering Paragraph 128 of the Complaint, Defendant denies each and every

5  allegation thereof.

6  129.  Answering Paragraph 129 of the Complaint, Defendant denies each and every

7  allegation thereof.

8  130.  Answering Paragraph 130 of the Complaint, Defendant denies each and every

9  allegation thereof.

10  131.  Answering Paragraph 131 of the Complaint, Defendant admits that Plaintiff's

11  Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

12  every allegation in Paragraph 131.

13  132.  Answering Paragraph 132 of the Complaint, Defendant admits that Exhibit B to the

14  Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and

15  every allegation in Paragraph 132.

16  133.  Answering Paragraph 133 of the Complaint, Defendant lacks sufficient information

17  and belief on which to admit or deny the allegation that Plaintiff chose the word "repatriation" to

18  "reference immigration in a warlike state," and on that basis the allegation is denied.  Defendant

19  denies each and every remaining allegation in Paragraph 133.

20  134.  Answering Paragraph 134 of the Complaint, Defendant admits that Plaintiff's

21  Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

22  every allegation in Paragraph 134.

23  135.  Answering Paragraph 135 of the Complaint, Defendant admits that Exhibit B to the

24  Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and

25  every allegation in Paragraph 135.

26  136.  Answering Paragraph 136 of the Complaint, Defendant admits that Plaintiff's

27  Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so

28  admitted, Defendant denies each and every allegation in Paragraph 136.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

137.     Answering Paragraph 137 of the Complaint, Defendant admits that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 137.

138.     Answering Paragraph 138 of the Complaint, Defendant admits that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 138.

139.     Answering Paragraph 139 of the Complaint, Defendant admits that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 139.

140.     Answering Paragraph 140 of the Complaint, Defendant admits that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 140.

141.     Answering Paragraph 141 of the Complaint, Defendant admits that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 141.

142.     Answering Paragraph 142 of the Complaint, Defendant admits that Exhibit B to the Complaint is the best evidence of its contents.  Defendant admits that the Film is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 142 and specifically denies that the Film "follows the Plaintiff's model" in any way.

143.     Answering Paragraph 143 of the Complaint, Defendant denies each and every allegation thereof.

144.     Answering Paragraph 144 of the Complaint, Defendant admits that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendant admits that the Film is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 144.

145.     Answering Paragraph 145 of the Complaint, Defendant denies each and every allegation thereof.

146.     Answering Paragraph 146 of the Complaint, Defendant admits that Plaintiff's

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

Kinsella Weitzman Iser Kump & Aldisert llp
808 Wilshire Boulevard, 3ʳᴰ Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

1  Screenplay and Exhibit B to the Complaint are the best evidence of their contents. Except as so

2  admitted, Defendant denies each and every allegation in Paragraph 146.

3      147.    Answering Paragraph 147 of the Complaint, Defendant admits that Plaintiff's

4  Screenplay is the best evidence of its contents. Except as so admitted, Defendant denies each and

5  every allegation in Paragraph 147.

6      148.    Answering Paragraph 148 of the Complaint, Defendant admits that Exhibit B to the

7  Complaint is the best evidence of its contents. Defendant admits that the Film is the best evidence

8  of its contents. Except as so admitted, Defendant denies each and every allegation in Paragraph

9  148.

10      149.    Answering Paragraph 149 of the Complaint, Defendant denies each and every

11  allegation thereof.

12      150.    Answering Paragraph 150 of the Complaint, Defendant admits that Plaintiff's

13  Screenplay and Exhibit B to the Complaint are the best evidence of their contents. Except as so

14  admitted, Defendant denies each and every allegation in Paragraph 150.

15      151.    Answering Paragraph 151 of the Complaint, Defendant denies each and every

16  allegation thereof.

17      152.    Answering Paragraph 152 of the Complaint, Defendant denies each and every

18  allegation thereof.

19      153.    Answering Paragraph 153 of the Complaint, Defendant admits that Plaintiff's

20  Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

21  every allegation in Paragraph 153.

22      154.    Answering Paragraph 154 of the Complaint, Defendant admits that Exhibit B to the

23  Complaint is the best evidence of its contents. Defendant admits that the Film is the best evidence

24  of its contents. Except as so admitted, Defendant denies each and every allegation in Paragraph

25  154.

26      155.    Answering Paragraph 155 of the Complaint, Defendant admits that Plaintiff's

27  Screenplay is the best evidence of its contents. Except as so admitted, Defendant denies each and

28  every allegation in Paragraph 155.

Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Boulevard, 3RD Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

156.     Answering Paragraph 156 of the Complaint, Defendant admits that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 156.

157.     Answering Paragraph 157 of the Complaint, Defendant admits that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 157.

158.     Answering Paragraph 158 of the Complaint, Defendant admits that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 158.

159.     Answering Paragraph 159 of the Complaint, Defendant admits that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 159.

160.     Answering Paragraph 160 of the Complaint, Defendant admits that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 160.

161.     Answering Paragraph 161 of the Complaint, Defendant admits that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 161.

162.     Answering Paragraph 162 of the Complaint, Defendant admits that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 162.

163.     Answering Paragraph 163 of the Complaint, Defendant admits that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 163.

164.     Answering Paragraph 164 of the Complaint, Defendant denies each and every allegation thereof.

165.     Answering Paragraph 165 of the Complaint, Defendant denies each and every allegation thereof.

166.   Answering Paragraph 166 of the Complaint, Defendant admits that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 166.

167.   Answering Paragraph 167 of the Complaint, Defendant admits that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 167.

168.   Answering Paragraph 168 of the Complaint, Defendant admits that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 168.

169.   Answering Paragraph 169 of the Complaint, Defendant admits that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 169

170.   Answering Paragraph 170 of the Complaint, Defendant denies each and every allegation thereof.

171.   Answering Paragraph 171 of the Complaint, Defendant admits that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents.  Defendant admits that the Film is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 171.

172.   Answering Paragraph 172 of the Complaint, Defendant admits that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 172.

173.   Answering Paragraph 173 of the Complaint, Defendant admits that Exhibit B to the Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 173.

174.   Answering Paragraph 174 of the Complaint, Defendant admits that Plaintiff's Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph 174.

175.   Answering Paragraph 175 of the Complaint, Defendant admits that Exhibit B to the

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

Complaint is the best evidence of its contents. Defendant admits that the Film is the best evidence of its contents. Except as so admitted, Defendant denies each and every allegation in Paragraph 175.

176.     Answering Paragraph 176 of the Complaint, Defendant denies each and every allegation thereof.

177.     Answering Paragraph 177 of the Complaint, Defendant admits that Plaintiff's Screenplay is the best evidence of its contents. Except as so admitted, Defendant denies each and every allegation in Paragraph 177.

178.     Answering Paragraph 178 of the Complaint, Defendant admits that Exhibit B to the Complaint is the best evidence of its contents. Except as so admitted, Defendant denies each and every allegation in Paragraph 178.

179.     Answering Paragraph 179 of the Complaint, Defendant denies each and every allegation thereof.

180.     Answering Paragraph 180 of the Complaint, Defendant admits that Plaintiff's Screenplay is the best evidence of its contents. Except as so admitted, Defendant denies each and every allegation in Paragraph 180.

181.     Answering Paragraph 181 of the Complaint, Defendant admits that Exhibit B to the Complaint is the best evidence of its contents. Except as so admitted, Defendant denies each and every allegation in Paragraph 181.

182.     Answering Paragraph 182 of the Complaint, Defendant denies each and every allegation thereof.

183.     Answering Paragraph 183 of the Complaint, Defendant denies each and every allegation thereof.

184.     Answering Paragraph 184 of the Complaint, Defendant admits that Plaintiff's Screenplay is the best evidence of its contents. Except as so admitted, Defendant denies each and every allegation in Paragraph 184.

185.     Answering Paragraph 185 of the Complaint, Defendant admits that Exhibit B to the Complaint is the best evidence of its contents. Except as so admitted, Defendant denies each and

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  every allegation in Paragraph 185.

2       186.   Answering Paragraph 186 of the Complaint, Defendant admits that Plaintiff's

3  Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

4  every allegation in Paragraph 186.

5       187.   Answering Paragraph 187 of the Complaint, Defendant admits that Exhibit B to the

6  Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and

7  every allegation in Paragraph 187.

8       188.   Answering Paragraph 188 of the Complaint, Defendant admits that Plaintiff's

9  Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

10  every allegation in Paragraph 188.

11       189.   Answering Paragraph 189 of the Complaint, Defendant admits that Exhibit B to the

12  Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and

13  every allegation in Paragraph 189.

14       190.   Answering Paragraph 190 of the Complaint, Defendant admits that Plaintiff's

15  Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

16  every allegation in Paragraph 190.

17       191.   Answering Paragraph 191 of the Complaint, Defendant admits that Exhibit B to the

18  Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and

19  every allegation in Paragraph 191.

20       192.   Answering Paragraph 192 of the Complaint, Defendant admits that Plaintiff's

21  Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

22  every allegation in Paragraph 192.

23       193.   Answering Paragraph 193 of the Complaint, Defendant admits that Exhibit B to the

24  Complaint is the best evidence of its contents.  Except as so admitted, Defendant denies each and

25  every allegation in Paragraph 193.

26       194.   Answering Paragraph 194 of the Complaint, Defendant admits that Plaintiff's

27  Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

28  every allegation in Paragraph 194.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

195. Answering Paragraph 195 of the Complaint, Defendant admits that Exhibit B to the Complaint is the best evidence of its contents. Except as so admitted, Defendant denies each and every allegation in Paragraph 195.

196. Answering Paragraph 196 of the Complaint, Defendant admits that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents. Except as so admitted, Defendant denies each and every allegation in Paragraph 196.

197. Answering Paragraph 197 of the Complaint, Defendant admits that Plaintiff's Screenplay is the best evidence of its contents. Except as so admitted, Defendant denies each and every allegation in Paragraph 197.

198. Answering Paragraph 198 of the Complaint, Defendant admits that Exhibit B to the Complaint is the best evidence of its contents. Except as so admitted, Defendant denies each and every allegation in Paragraph 198.

199. Answering Paragraph 199 of the Complaint, Defendant denies each and every allegation thereof.

200. Answering Paragraph 200 of the Complaint, Defendant admits that Plaintiff's Screenplay and Exhibit B to the Complaint are the best evidence of their contents. Defendant admits that the purported "official Elysium website" is the best evidence of its contents. Defendant admits that the Film is the best evidence of its contents. Except as so admitted, Defendant denies each and every allegation in Paragraph 200.

201. Answering Paragraph 201 of the Complaint, Defendant admits that Plaintiff's Screenplay is the best evidence of its contents. Except as so admitted, Defendant denies each and every allegation in Paragraph 201.

202. Answering Paragraph 202 of the Complaint, Defendant admits that Exhibit B to the Complaint is the best evidence of its contents. Defendant admits that the Film is the best evidence of its contents. Except as so admitted, Defendant denies each and every allegation in Paragraph 202.

203. Answering Paragraph 203 of the Complaint, Defendant admits that Plaintiff's Screenplay is the best evidence of its contents. Except as so admitted, Defendant denies each and

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

Kinsella Weitzman Iser Kump & Aldisert llp
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

1  every allegation in Paragraph 203.

2  204.   Answering Paragraph 204 of the Complaint, Defendant admits that the purported

3  "official Elysium website" is the best evidence of its contents.  Except as so admitted, Defendant

4  denies each and every allegation in Paragraph 204.

5  205.   Answering Paragraph 205 of the Complaint, Defendant admits that Plaintiff's

6  Screenplay is the best evidence of its contents.  Defendant admits that the purported "Elysium

7  official website" is the best evidence of its contents.  Except as so admitted, Defendant denies each

8  and every allegation in Paragraph 205.

9  206.   Answering Paragraph 206 of the Complaint, Defendant admits that Plaintiff's

10  Screenplay is the best evidence of its contents.  Except as so admitted, Defendant denies each and

11  every allegation in Paragraph 206.

12  207.   Answering Paragraph 207 of the Complaint, Defendant admits that the purported

13  "official Elysium website" is the best evidence of its contents.  Except as so admitted, Defendant

14  denies each and every allegation in Paragraph 207.

15  208.   Answering Paragraph 208 of the Complaint, Defendant denies each and every

16  allegation thereof.

17  209.   Answering Paragraph 209 of the Complaint, Defendant admits that the purported

18  "synopsis" is the best evidence of its contents.  Except as so admitted, Defendant denies each and

19  every allegation in Paragraph 209.

20  210.   Answering Paragraph 210 of the Complaint, Defendant admits that the "synopsis"

21  purportedly quoted in Paragraph 210 is the best evidence of its contents.  Except as so admitted,

22  Defendant denies each and every allegation in Paragraph 210.

23  211.   Answering Paragraph 211 of the Complaint, Defendant admits that the purported

24  synopsis quoted in Paragraph 211 is the best evidence of its contents.  Except as so admitted,

25  Defendant denies each and every allegation in Paragraph 211.

26  212.   Answering Paragraph 212 of the Complaint, Defendant admits that the purported

27  synopsis is the best evidence of its contents.  Except as so admitted, Defendant denies each and

28  every allegation in Paragraph 212.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  213.  Answering Paragraph 213 of the Complaint, Defendant denies each and every

2  allegation thereof.

3  214.  Answering Paragraph 214 of the Complaint, Defendant denies each and every

4  allegation thereof.

5  215.  Answering Paragraph 215 of the Complaint, Defendant denies each and every

6  allegation thereof.

7  216.  Answering Paragraph 216 of the Complaint, Defendant objects on the basis that the

8  allegation is irrelevant and violates the requirement in Rule 8(a) of the Federal Rules of Civil

9  Procedure for a "short and plain statement" of the claim, and on that basis the allegation is denied.

10  217.  Answering Paragraph 217 of the Complaint, Defendant admits that Exhibit B to the

11  Complaint is the best evidence of its contents.  Defendant admits that the Film is the best evidence

12  of its contents.  Except as so admitted, Defendant denies each and every allegation in Paragraph

13  217 and specifically denies that it was aware of Plaintiff's Screenplay before the filing of this

14  lawsuit and that the Film was edited for any reasons relating to Plaintiff's Screenplay.

15  218.  Answering Paragraph 218 of the Complaint, Defendant denies each and every

16  allegation thereof.

17  219.  Answering Paragraph 219 of the Complaint, Defendant denies each and every

18  allegation thereof.

19  220.  Answering Paragraph 220 of the Complaint, Defendant denies each and every

20  allegation thereof.

21  221.  Answering Paragraph 221 of the Complaint, Defendant admits that the documents

22  referenced in Paragraph 221 are the best evidence of their contents.  Except as so admitted,

23  Defendant denies each and every allegation in Paragraph 221.

24  222.  Answering Paragraph 222 of the Complaint, Defendant lacks sufficient information

25  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

26  denied.

27  223.  Answering Paragraph 223 of the Complaint, Defendant denies each and every

28  allegation thereof.

224. Answering Paragraph 224 of the Complaint, Defendant denies each and every allegation thereof.

225. Answering Paragraph 225 of the Complaint, Defendant admits that the Ninth Circuit opinion quoted in Paragraph 225 is the best evidence of its contents. Except as so admitted, Defendant denies each and every allegation in Paragraph 225.

226. Answering Paragraph 226 of the Complaint, Defendant denies that it had access to Plaintiff's Screenplay at any time prior to the filing of this lawsuit and thus admits that no one was complicit in providing Defendant with such non-existent access. Defendant denies each and every remaining allegation in Paragraph 226.

227. Answering Paragraph 227 of the Complaint, Defendant denies each and every allegation thereof.

228. Answering Paragraph 228 of the Complaint, Defendant denies each and every allegation thereof.

229. Answering Paragraph 229 of the Complaint, Defendant lacks sufficient information and belief upon which to admit or deny the allegations in Paragraph 229, and on that basis the allegations are denied.

230. Answering Paragraph 230 of the Complaint, Defendant lacks sufficient information and belief upon which to admit or deny the allegations in Paragraph 230, and on that basis the allegations are denied.

231. Answering Paragraph 231 of the Complaint, Defendant admits that Blomkamp is a well-known writer and director of feature films. Defendant lacks sufficient information and belief upon which to admit or deny the remaining allegations in Paragraph 231, and on that basis those remaining allegations are denied.

232. Answering Paragraph 232 of the Complaint, Defendant admits that Blomkamp was a screenwriter and filmmaker as of 2007. Defendant lacks sufficient information and belief upon which to admit or deny the remaining allegations in Paragraph 232, and on that basis those remaining allegations are denied.

233. Answering Paragraph 233 of the Complaint, Defendant admits that Blomkamp was

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   a filmmaker as of 2007.  Defendant admits that the film *District 9* was theatrically released in

2   2009.  Defendant lacks sufficient information and belief upon which to admit or deny the

3   remaining allegations in Paragraph 233, and on that basis those remaining allegations are denied.

4         234.    Answering Paragraph 234 of the Complaint, Defendant admits that the Answer and

5   Affirmative Defenses to Complaint for Copyright Infringement filed by certain other defendants is

6   the best evidence of its contents.  Except as so admitted, Defendant denies each and every

7   allegation in Paragraph 234.

8         235.    Answering Paragraph 235 of the Complaint, Defendant denies each and every

9   allegation thereof.

10        236.    Answering Paragraph 236 of the Complaint, Defendant admits that this action

11  alleges copyright infringement of Plaintiff's Screenplay and nothing more.  Defendant lacks

12  sufficient information and belief upon which to admit or deny the remaining allegations in

13  Paragraph 236, and on that basis those remaining allegations are denied.

14        237.    Answering Paragraph 237 of the Complaint, Defendant admits that this action

15  alleges copyright infringement of Plaintiff's Screenplay and nothing more.  Defendant lacks

16  sufficient information and belief upon which to admit or deny the remaining allegations in

17  Paragraph 237, and on that basis those remaining allegations are denied.

18        238.    Answering Paragraph 238 of the Complaint, Defendant lacks sufficient information

19  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

20  denied.

21        239.    Answering Paragraph 239 of the Complaint, Defendant lacks sufficient information

22  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

23  denied.

24         **THE PLAINTIFF'S IDENTITY AND PERSONAL HISTORY**

25        240.    Answering Paragraph 240 of the Complaint, Defendant denies each and every

26  allegation thereof.

27        241.    Answering Paragraph 241 of the Complaint, Defendant lacks sufficient information

28  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  denied.

2      242.   Answering Paragraph 242 of the Complaint, Defendant lacks sufficient information

3  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

4  denied.

5      243.   Answering Paragraph 243 of the Complaint, Defendant lacks sufficient information

6  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

7  denied.

8      244.   Answering Paragraph 244 of the Complaint, Defendant lacks sufficient information

9  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

10  denied.

11      245.   Answering Paragraph 245 of the Complaint, Defendant lacks sufficient information

12  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

13  denied.

14      246.   Answering Paragraph 246 of the Complaint, Defendant lacks sufficient information

15  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

16  denied.

17      247.   Answering Paragraph 247 of the Complaint, Defendant lacks sufficient information

18  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

19  denied.

20      248.   Answering Paragraph 248 of the Complaint, Defendant lacks sufficient information

21  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

22  denied.

23      249.   Answering Paragraph 249 of the Complaint, Defendant lacks sufficient information

24  and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

25  denied.

26                              **COUNT ONE**

27      250.   Answering Paragraph 250 of the Complaint, Defendant incorporates by reference

28  the admissions and denials in Paragraphs 1 through 249, inclusive, as though fully set forth herein.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   251.   Answering Paragraph 251 of the Complaint, Defendant lacks sufficient information

2   and belief upon which to admit or deny the allegations thereof, and on that basis the allegations are

3   denied.

4   252.   Answering Paragraph 252 of the Complaint, Defendant denies that it owns the Film

5   and denies that it financed, produced, or distributed the Film.  Defendant denies each and every

6   remaining in Paragraph 252.

7   253.   Answering Paragraph 253 of the Complaint, Defendant denies that it owns the Film

8   and denies that it financed, produced, or distributed the Film.  Defendant denies each and every

9   remaining in Paragraph 253.

10   254.   Answering Paragraph 254 of the Complaint, Defendant denies each and every

11   allegation thereof.

12   255.   Answering Paragraph 255 of the Complaint, Defendant denies each and every

13   allegation thereof.

14   256.   Answering Paragraph 256 of the Complaint, Defendant denies each and every

15   allegation thereof.

16   257.   Answering Paragraph 257 of the Complaint, Defendant denies that it owns the Film

17   and denies that it financed, produced, or distributed the Film.  Defendant denies each and every

18   remaining in Paragraph 257.

19   258.   Answering Paragraph 258 of the Complaint, Defendant lacks sufficient information

20   and belief upon which to admit or deny the allegations concerning the accessibility of

21   triggerstreet.com, and on that basis those allegations are denied.  Defendant denies each and every

22   remaining allegation in Paragraph 258 and specifically denies that it was aware of and accessed

23   Plaintiff's Screenplay prior to the filing of this action.

24   259.   Answering Paragraph 259 of the Complaint, Defendant denies each and every

25   allegation thereof.

26   260.   Answering Paragraph 260 of the Complaint, Defendant denies that it owns the Film

27   and denies that it financed, produced, or distributed the Film.  Defendant denies each and every

28   remaining in Paragraph 260.

ANSWER AND AFFIRMATIVE DEFENSES TO FAC FOR COPYRIGHT INFRINGEMENT

261.  Answering Paragraph 261 of the Complaint, Defendant denies each and every allegation thereof.

## AFFIRMATIVE DEFENSES

Defendants set forth the following affirmative defenses without admitting that they have the burden of proof with regard to these matters:

### FIRST AFFIRMATIVE DEFENSE

### (Failure To State A Claim)

262.  Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

### (No Statutory Damages Or Attorneys' Fees)

263.  One or more of Plaintiffs' claims for statutory damages and/or attorneys' fees under 17 U.S.C. § 504 are barred because some, if not all, of Plaintiffs' copyright registrations were not made within three months after the first publication of the allegedly infringing works, as required by 17 U.S.C. § 412.

### THIRD AFFIRMATIVE DEFENSE

### (Invalid Copyright)

264.  Plaintiff's Complaint fails on the basis that the copyright asserted therein is invalid.

### FOURTH AFFIRMATIVE DEFENSE

### (Laches, Estoppel, and Waiver)

265.  Plaintiff's Complaint and the relief requested therein are barred in whole or part under the doctrines of laches, estoppel, and/or waiver.

### FIFTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

266.  Plaintiff is precluded form recovering on any of his claims for relief by the doctrine of unclean hands.

### PRAYER FOR RELIEF

WHEREFORE, Defendant prays for judgment as follows:

1.  That Plaintiff shall take nothing by way of the Complaint;

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

2. That the Complaint shall be dismissed with prejudice;

3. For an award of attorneys' fees and costs; and

4. For such other and further relief as the Court deems just and proper.

Respectfully submitted,

DATED: January 23, 2014

KINSELLA WEITZMAN ISER
KUMP & ALDISERT LLP

By: _____/s/ Michael J. Kump_____
Michael J. Kump
Attorneys for NEILL BLOMKAMP, SONY
PICTURES ENTERTAINMENT INC., TRISTAR
PICTURES, INC., MEDIA RIGHTS CAPITAL II,
L.P., and QED INTERNATIONAL, LLC

10021.00015/198937.1

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 808 Wilshire Boulevard, 3rd Floor, Santa Monica, CA 90401.

On January 23, 2014, I served true copies of the following document(s) described as **DEFENDANT MEDIA RIGHTS CAPITAL II, L.P.'S ANSWER AND AFFIRMATIVE DEFENSES TO FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT** on the interested parties in this action as follows:

Steve Wilson Briggs                    *Plaintiff*
681 Edna Way                           Tel.: (510) 200-3763
San Mateo, CA 94402                    Email: snc.steve@hotmail.com
                                              snc.steve@gmail.com

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the address listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Kinsella Weitzman Iser Kump & Aldisert's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY FAX TRANSMISSION:** I faxed a copy of the document(s) to the persons at the fax numbers listed above. The telephone number of the sending facsimile machine was (310) 566-9850. No error was reported by the fax machine that I used.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address choffman@kwikalaw.com to the person at the e-mail address above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the person at the address above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 23, 2014, at Santa Monica, California.

*Candace Hoffman*
Candace E. Hoffman

10021.00015/194734.1

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants
NEILL BLOMKAMP, SONY PICTURES
ENTERTAINMENT INC., TRISTAR
PICTURES, INC., MEDIA RIGHTS CAPITAL
II, L.P., and QED INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>        Plaintiff,<br><br>    vs.<br><br>NEILL BLOMKAMP; SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL, and QED INTERNATIONAL,<br><br>        Defendants. | Case No. CV 13-4679-PJH<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>[Declarations of Neill Blomkamp, Jeff Rovin, and Gregory Korn, and Proposed Order, filed and served concurrently herewith]<br><br>Date:     September 3, 2014<br>Time:    9:00 a.m.<br>Crtrm.:  3 |

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

**TO PLAINTIFF STEVE WILSON BRIGGS:**

**PLEASE TAKE NOTICE** that on September 3, 2014 at 9:00 a.m., or as soon thereafter as the matter can be heard in Courtroom No. 3 on the Third Floor of the above entitled Court, located at 1301 Clay Street, Oakland, California 94612, before the Honorable Phyllis J. Hamilton, Defendants Neill Blomkamp, Sony Pictures Entertainment Inc., Tristar Pictures, Inc., Media Rights Capital II, L.P., and QED International, LLC ("Defendants"), and each of them, will appear and move for summary judgment in their favor as to the entirety of Count One for Copyright Infringement, the only claim of relief asserted in Plaintiff's First Amended Complaint (Dkt. No. 17) filed on December 19, 2013.

Defendants' motion is made pursuant to Rule 56 of the Federal Rules of Civil Procedure on the grounds that there are no genuine issues of material fact and that Defendants are entitled to judgment as a matter of law in their favor on Plaintiff's First Amended Complaint. *See Celotex Corp. v. Catrett*, 477 U.S. 317, 323-325 (1986).

This Motion is based upon this Notice, the attached Memorandum of Points and Authorities, the Declarations of Neill Blomkamp, Jeff Rovin, and Gregory P. Korn, and supporting Exhibits filed concurrently herewith, all papers and pleadings on file in this action, and on such other and further evidence and argument as the Court may lawfully consider in the exercise of its wise discretion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 7-2(c), Defendants are filing and serving concurrently herewith a Proposed Order in Favor of Defendants.

DATED: July 30, 2014                    Respectfully submitted,

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP


By:            /s/ Michael J. Kump
                Michael J. Kump
                Attorneys for Defendants
                NEILL BLOMKAMP, SONY PICTURES
                ENTERTAINMENT INC., TRISTAR PICTURES,
                INC., MEDIA RIGHTS CAPITAL II, L.P., and QED
                INTERNATIONAL, LLC

Case4:13-cv-04679-PJH Document64 Filed07/30/14 Page3 of 30

## TABLE OF CONTENTS

**Page**

I.    INTRODUCTION ................................................................................. 1

II.   STATEMENT OF UNDISPUTED FACTS ......................................... 3

    A.    Synopsis Of *Butterfly Driver* (Korn Decl., Ex. 1)..................... 3

    B.    Synopsis of *Elysium* (Korn Decl., Ex. 2). ............................... 5

    C.    *Elysium* Is An Original Work Of Neill Blomkamp. .................. 7

III.  LEGAL STANDARDS ....................................................................... 8

    A.    Legal Standards For Copyright Infringement. .......................... 8

    B.    Legal Standards for Summary Judgment. ................................. 9

IV.  SUMMARY JUDGMENT IS WARRANTED BECAUSE THERE ARE NO GENUINE ISSUES OF MATERIAL FACT REGARDING ACCESS OR SIMILARITY ................................................................................. 10

    A.    The Absence Of Evidence Of Access Requires That Plaintiff Establish "Striking Similarity" Between The Two Works. ................................... 11

    B.    Plaintiff Can Establish Neither Striking Nor Substantial Similarity...................... 12

        1.    The Plot / Sequence Of Events are not Similar. ........................... 12

            (a)    The Allegedly Copied "Plot Features" that Plaintiff's FAC Identifies are Generic, Non-Copyrightable Ideas........................... 13

            (b)    The "Plot Features" in Paragraph 46 of Plaintiff's FAC are not Expressed Similarly, if at all, by the Parties' Works. .............. 15

        2.    The Settings are not Similar. ........................................ 20

        3.    The Dialogue is not Similar. ........................................ 20

        4.    The Characters are not Similar.......................................... 20

        5.    The Themes are not Similar. ......................................... 23

        6.    The Mood / Pace are not Similar........................................ 23

    C.    The Parties' Works Share Nothing More Than "Stock," Cliché Ideas. .................. 23

V.   CONCLUSION ................................................................................. 25

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

# **TABLE OF AUTHORITIES**

**Page**

## **CASES**

*Art Attacks Ink, LLC v. MGA Entertainment Inc.*,
 581 F.3d 1138 (9th Cir. 2009) ........................................................... 11

*Benay v. Warner Bros. Entertainment, Inc.*,
 607 F.3d 620 (9th Cir. 2010) ..................................................... passim

*Berkic v. Crichton*,
 761 F.2d 1289 (9th Cir. 1985) ............................................. 3, 9, 14, 15

*Bernal v. Paradigm Talent & Literary Agency*,
 788 F.Supp.2d 1043 (C.D. Cal. 2010) ....................................... passim

*Bissoon-Dath v. Sony Computer Entertainment America, Inc.*,
 694 F.Supp.2d 1071 (N.D. Cal. 2010) ................................... 10, 19

*Cavalier v. Random House*,
 297 F.3d 815 (9th Cir. 2002) ........................................... 9, 10, 14

*Celotex Corp. v. Catrett*,
 477 U.S. 317 (1986) .......................................................... 10

*Doody v. Penguin Group (USA) Inc.*,
 673 F.Supp.2d 1144 (D. Haw. 2009) ...................................... 20

*Feist Publications, Inc. v. Rural Tel. Serv. Co., Inc.*,
 499 U.S. 340 (1991) .......................................................... 24

*Funky Films, Inc. v. Time Warner Entm't Co., L.P.*,
 462 F.3d 1072 (9th Cir. 2006) ............................................. passim

*Gable v. National Broadcasting Co.*,
 727 F.Supp.2d 815 (C.D. Cal. 2010) ..................................... passim

*Goldberg v. Cameron*,
 787 F.Supp.2d 1013 (N.D. Cal. 2011) ................................... 10, 14

*Idema v. Dreamworks, Inc.*,
 162 F.Supp.2d 1129 (C.D. Cal. 2001) ................................ 10, 15, 22

*Jorgensen v. Epic/Sony Records*,
 351 F.3d 46 (2d Cir. 2003) .................................................. 11

*Kouf v. Walt Disney Pictures & Television*,
 16 F.3d 1042 (9th Cir. 1994) ......................................... 9, 10, 14, 21

*Lichtfield v. Spielberg*,
 736 F.2d 1352 (9th Cir. 1984) ............................................. 2

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

*Matsushita Elec. Indus. Co., Ltd. v. Zenith Radio Corp.*,
    475 U.S. 574 (1986) ........................................................................................... 10

*Muller v. Twentieth Century Fox Film Corp.*,
    794 F.Supp.2d 429 (S.D.N.Y. 2011) ................................................................. 15

*Narell v. Freeman*,
    872 F.2d 907 (9th Cir. 1989) .............................................................................. 20

*Overman v. Universal City Studios, Inc.*,
    605 F.Supp. 350 (C.D. Cal. 1984) ....................................................................... 7

*Quirk v. Sony Pictures Entertainment, Inc.*,
    2013 WL 1345075 ....................................................................................... 10, 22

*Rice v. Fox Broadcasting Co.*,
    330 F.3d 1170 (9th Cir. 2003) ................................................................. 9, 21, 23

*Stewart v. Wachowski*,
    574 F.Supp.2d 1074 (C.D. Cal. 2005) ............................................................... 11

*Three Boys Music Corp. v. Bolton*,
    212 F.3d 477 (9th Cir. 2000) .............................................................................. 11

*Wild v. NBC Universal, Inc.*,
    788 F.Supp.2d 1083 (C.D. Cal. 2011) ....................................................... passim

*Zella v. E.W. Scripps Co.*,
    529 F.Supp.2d 1124 (C.D. Cal. 2007) ............................................................... 23

**STATUTES**

Federal Rule of Civil Procedure 56(a) .......................................................................... 9

**TREATISES**

4 Melville B. Nimmer & David Nimmer,
    NIMMER ON COPYRIGHT § 13.02[B] (2005) ................................................. 11

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.  INTRODUCTION

A claim for copyright infringement requires proof of (i) access to plaintiff's work and (ii) substantial similarity between the two works.  Plaintiff Steve Wilson Briggs can produce neither.  The First Amended Complaint ("FAC") (Dkt. No. 17) alleges that the feature film *Elysium* ("Film"), written and directed by Defendant Neill Blomkamp, the Oscar-nominated writer/director of the hit film *District 9*, infringes a screenplay Plaintiff wrote entitled *Butterfly Driver* ("Screenplay").  Based on vague similarities he perceived when he saw *Elysium*, Plaintiff concluded that Blomkamp must have obtained and copied his Screenplay.  Plaintiff's FAC admits, however, that he **never** submitted his Screenplay to Blomkamp or anyone associated with him.  (FAC, ¶ 22.)  Without a scintilla of evidence, Plaintiff hypothesizes that Blomkamp must have read his Screenplay on a website called triggerstreet.com, where Plaintiff allegedly posted his work from February to August 2007.  (FAC, ¶¶ 22-24.)  Plaintiff's rank speculation is false; and Plaintiff's lawsuit stems from a grave misunderstanding of the degree of similarity of protectable expression required in the Ninth Circuit to sustain a copyright claim.

The evidence submitted with this Motion is incontrovertible: Blomkamp was not aware of triggerstreet.com before this action was filed; he has never visited that site; he did not access Plaintiff's Screenplay there or anywhere else; no one provided the screenplay to Blomkamp or discussed it with him; and to this day, he has not read Plaintiff's work.  Because Plaintiff has no evidence of access, he must prove that the works are **"strikingly similar"** to support an inference of copying—a bar so high that it means that "in human experience," it is "virtually impossible" the two works could have been independently created.  (*See infra* pp. 10-11.)

To say the least, *Butterfly Driver* and *Elysium* are not "strikingly similar."  In fact, as shown below, there is not a **single** similarity when, as the law requires, the focus is on the copyrightable expression in the two works.  (*See infra* pp. 12-23.)

Plaintiff attempts to create the illusion of similarity in the same way that one could superficially argue that *The DaVinci Code* and *Indiana Jones and the Last Crusade* are similar because both works feature an adventurous, handsome college professor who solves ancient

Kinsella Weitzman Iser Kump & Aldisert llp
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

4:13-CV-4679-PJH

---

1  riddles on a quest to find the "Holy Grail." Plaintiff ignores the detailed expression in the

2  Screenplay and the Film, and instead teases out of the two works certain abstract ideas he believes

3  can be found in each. Over and over, courts have held that this process of "abstraction" is

4  improper because it "obfuscates the radical differences in the two works' expression." *Wild v.*

5  *NBC Universal, Inc.*, 788 F.Supp.2d 1083, 1103 (C.D. Cal. 2011). Such is the case here.

6      As shown below, the specific plots, scenes, dialogue, characters, and settings in the

7  Screenplay and Film do not resemble each other whatsoever. (*See infra* pp. 12-23.) Only by

8  scrubbing the works of all detail and describing them at the highest level of abstraction does

9  Plaintiff discern the slightest similarity. It could be said that *Butterfly Driver* and *Elysium* each in

10  their own different ways involve a male protagonist who travels to a space station for some type of

11  medical care and saves the life of a young girl in the process. But this is a tortured abstraction of

12  the two works. It is a mischaracterization of their actual premises. And even if the Screenplay

13  and Film share this premise, it is a general plot idea which is **not** protected under copyright law

14  and must be **ignored** when analyzing substantial similarity. Copyright law in this Circuit and

15  others is replete with cases granting summary judgment on the basis that general plot ideas—

16  including ideas far more specific and nuanced than the one these works might be accused of

17  sharing—are non-copyrightable and irrelevant for purposes of determining infringement.

18      Plaintiff's FAC purports to identify a handful of other random, supposed similarities

19  between the works. The Ninth Circuit considers such lists "inherently subjective and unreliable,"

20  especially "where the list emphasizes random similarities scattered throughout the works."

21  *Lichtfield v. Spielberg*, 736 F.2d 1352, 1356 (9th Cir. 1984). That is the case here.

22  Plaintiff cherry-picks random, mostly insignificant bits and pieces from *Butterfly Driver* and, once

23  again, compares them to *Elysium* through a process of "abstraction" which masks that the scenes

24  do not appear the least bit similar in an unvarnished comparison of the works.

25      Submitted with this Motion is the Declaration and Report (Ex. 3) of defense expert Jeff

26  Rovin ("Rovin Report"), an author, editor, and publisher with decades of experience in science

27  fiction and action/adventure works, and a qualified expert in several prior copyright cases. Rovin

28  explains that the general plot ideas and settings that Plaintiff identifies in both his Screenplay and

Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Boulevard, 3ʳᵈ Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

1  *Elysium*—a futuristic Earth; a space station inhabited by the wealthy; a protagonist who travels

2  there for life-saving medical treatment—are merely "stock" ideas that can be found in dozens of

3  past science fiction works.  (*See infra* pp. 23-25.)  The fact that these generic ideas appear in both

4  works does not evidence copying.  "It merely reminds us that in Hollywood . . . there is only rarely

5  anything new under the sun."  *Berkic v. Crichton*, 761 F.2d 1289, 1294 (9th Cir. 1985).

6      Accordingly, for all the reasons discussed below, Defendants respectfully request that their

7  Motion for Summary Judgment be granted in its entirety.

8  **II.**    **STATEMENT OF UNDISPUTED FACTS**

9      **A.**    **Synopsis Of *Butterfly Driver* (Korn Decl., Ex. 1).**

10      The Screenplay's protagonist is Arlo Grainer.  He is a "legend" on Earth because of his

11  military service and subsequent defiance of the "Global State."  Arlo lives with his wife and two

12  children in a "Zone" outside of the State's jurisdiction, working as a hover-craft pilot flying

13  supplies.  Arlo's antagonist, Drexler, is the President of the State and the owner of "Uberopolis," a

14  3-mile wide "satellite city" that orbits Earth.

15      At work in the warehouse from which he flies supplies, Arlo receives a distress signal from

16  fellow pilot, Roddy, and races to Roddy's location to find him shot and near death.  Roddy tells

17  Arlo that he was ambushed by bounty hunters, who will be seeking out Arlo and his family next.

18  Arlo flies home to collect his family and send them to New York.  Knowing that they will need

19  thousands of dollars in "repatriation fees" to reenter the State, Arlo accepts a dangerous "butterfly

20  run" in which he will transport Tamara Gwynn to Los Angeles.  Tamara is heading to Los Angeles

21  for a trial in a civil suit against The State concerning her rights to an "A-cell"—a small glass

22  cylinder that produces electricity from water.  Arlo sends the real A-Cell to a different Zone to

23  hide it and has Tamara travel with a decoy.  On the flight, they are ambushed by police "sky-cars"

24  and crash into the streets of Los Angeles, where Arlo is promptly caught.  Television news reports

25  falsely claim that Arlo kidnapped and killed Tamara.  Jerry Mathiessen, a federal agent who once

26  attended flight school with Arlo, is sent to investigate.

27      Arlo is criminally charged and taken to a jail on Uberopolis.  Talking with fellow prisoner

28  David Levine, Arlo discerns that Uberopolis has been killing prisoners by shuttling and then

Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

1 dumping them into space. Arlo and David are forced onto a shuttle but escape into an "airlock"

2 before suffering the same fate. They pilot the shuttle back to Earth and part ways.

3     When Arlo finds his family in a Manhattan apartment, daughter Franny is on a respirator,

4 near death, and in need of the drug "Drexlerin." Arlo races to a warehouse that normally stocks

5 the drug, but supplies on Earth are exhausted because Drexlerin was discontinued in anticipation

6 of the release of its replacement, "Drexlerin 2." At the warehouse, Arlo meets brother and sister

7 Louis and Benni. They help Arlo obtain a fake ID to covertly travel by shuttle to Uberopolis to

8 find Drexlerin. Benni gives Arlo a yellow butterfly "dream catcher" for luck.

9     Jerry intercepts Arlo but Arlo gets the drop and forces Jerry into the trunk of a sky-car,

10 telling him that he must find Drexlerin for Franny. Once on Uberopolis, Arlo contacts Drexler to

11 set up an exchange—Tamara's valuable A-Cell for a supply of Drexlerin. Drexler agrees to the

12 meeting after Arlo threatens to use the A-Cell to destroy Uberopolis if he refuses.

13     Based on the investigation he has been conducting, Jerry now knows that Arlo and Drexler

14 are acquainted from their past during wartime and he surmises that Arlo is heading to Uberopolis

15 to confront Drexler. He follows Arlo to Uberopolis and orders a technician in the "Drexler Media

16 Building" to track Arlo's movements with surveillance cameras located throughout the satellite.

17 Jerry forces the tech to broadcast the video from the surveillance cameras to television stations.

18     With the surveillance cameras tracking and broadcasting his movements, Arlo crashes a

19 police "sky-ranger" through the glass windows of Drexler's 57th floor office. They converse, and

20 not knowing that the conversation is being televised, Drexler confesses to a host of crimes and to

21 being an imposter: Drexler is actually "Midland," a soldier who murdered the real Drexler,

22 adopted his identity, and inherited Drexler's fortune. A struggle ensues. Arlo, Drexler, and the

23 A-Cell fall out of the broken window in Drexler's office but float harmlessly toward the ground

24 because of the reduced gravity on Uberopolis. A lengthy fight and chase scene follows,

25 culminating in Drexler bearing down on Arlo on a sky-cycle. Arlo dives into a harbor to escape

26 Drexler and encounters a dolphin named Spike (whom he met previously while an Uberopolis

27 prisoner) and is guided to an escape hatch.

28     Drexler finds Arlo on a shuttle. Just when Arlo gains the upper hand, he suffers a

1 debilitating "ice pick" headache caused by a longstanding chronic affliction. Drexler shoots Arlo

2 and is on the verge of killing him when Jerry arrives and knocks Drexler unconscious. Arlo and

3 Jerry pilot the shuttle off Uberopolis. They are immediately targeted by a missile launched from

4 Uberopolis. Arlo drifts out of consciousness (from his bullet wound) and has a dreamlike vision

5 of a pale child with a respirator holding a yellow flower, and of Benni's dream catcher in the eyes

6 of Spike the dolphin. Arlo awakes and orders Jerry to turn back toward Uberopolis. The missile

7 follows, and just before a deadly collision with Uberopolis, Arlo launches an evacuation pod.

8 The shuttle and missile continue forward and destroy Uberopolis.

9     Arlo and Franny survive. They attend the funeral of Jerry's son, Matty, who died of

10 respiratory problems (and ostensibly is the child in Arlo's vision). Arlo's wife, Rianna, asks him

11 to "repatriate" into the State with his family. He refuses and returns to his job as a hover-jet pilot.

### B.    Synopsis of *Elysium* (Korn Decl., Ex. 2).[1]

13     The Film opens with images of Earth in total squalor. The uber wealthy have fled the

14 planet to live in a lush utopian space station called "Elysium." Elysium is exclusive to its wealthy

15 citizens, who have futuristic "med bays" that cure all ailments and halt aging. The demonstrably

16 less fortunate on Earth are poor, they live in rundown apartments, they have inadequate medical

17 care, and they are policed by a brutal robotic police force.

18     The Film's protagonist, Max (played by Matt Damon), grows up as a child in a convent

19 where he befriends a young girl, Frey. As a child, Max steals under the delusion that he can buy

20 his way onto Elysium. He continues stealing as an adult and has an extensive criminal history.

21 On probation, Max works at a company called Armadyne building the robots that police Earth.

22     Walking toward a bus headed to work, Max is confronted and battered by robot police

---

24     [1] Although it makes no difference to the outcome, it bears noting that Plaintiff's work is
properly compared to the motion picture *Elysium* and not to the screenplays for the Film. *See*
25 *Quirk v. Sony Pictures Entertainment Inc.*, 2013 WL 1345075 *6 (N.D. Cal. Apr. 2, 2013)
("[E]ven assuming the preliminary drafts of *Premium Rush* scripts would be admissible to show
26 access, and that they include indications of copying that was later deleted or revised, the only
relevant question at this juncture is whether the final movie as filmed, edited, and released
27 contains matter substantially similar to protectable elements of Quirk's novel."); *see also See v.
Durang*, 711 F.2d 141, 142 (9th Cir. 1983).

28

Kinsella Weitzman Iser Kump & Aldisert llp
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

officers. He walks to a hospital and is treated by Frey, now a nurse.

The Film cuts to a mass of people trying to board shuttles bound for Elysium. An ID is burned onto the wrist of everyone who boards the shuttle. As the shuttles take off and near Elysium, the space station's Defense Secretary Delacourt (played by Jodie Foster) gives a covert agent on Earth, Kruger, the order to destroy them. Kruger destroys two of the shuttles with shoulder-fired rockets. The third shuttle lands on Elysium, and the "illegal aliens" on board flee robot police forces. One young girl enters a home on Elysium and is able to use a med bay because the ID on her wrist fools the device into believing she is a citizen of Elysium.

While working at Armadyne, Max is accidentally shut in a chamber and exposed to heavy doses of radiation. In a flashback, a nun hands Max a locket with a photo of Earth to remind him that Earth looks as beautiful from there as Elysium "looks beautiful from here." Max awakes and is told by an Armadyne robot that he will die from the radiation in five days.

Max finds Spider, who runs the illegal shuttles to Elysium. In exchange for a promise of a shuttle ride to Elysium where he might use a med bay to cure his fatal condition, Max accepts a dangerous mission: he must kidnap Armadyne's chief officer, John Carlyle, and download valuable data from Carlyle's brain into his own using a futuristic device. An exoskeleton is installed onto Max's body and head to give him super-human strength.

Simultaneously, Delacourt persuades Carlyle, who designed Elysium, to prepare a "reboot sequence" that would allow her to wrest the presidency of Elysium from its current President, Patel. Carlyle prepares uploads the software program into his brain. As he leaves Earth on a private shuttle, Max and his fellow rebels shoot the shuttle down, capture Carlyle, and plug Carlyle's brain into Max's. Max's brain seizes when the download starts because of a defense mechanism that Carlyle encoded into the reboot sequence.

Delacourt learns of the kidnapping and orders Kruger to intercede but to avoid harming Max (who holds the reboot sequence in his brain). Max evades Kruger and his men, who arrive in an airship and kill everyone else. Severely injured, he finds Frey, who takes him to her home. He tells Frey that he must travel to Elysium to save his life. Frey begs Max to take her daughter Matilda, who is dying of leukemia, with him. He refuses to help and leaves.

Kinsella Weitzman Iser Kump & Aldisert llp
808 Wilshire Boulevard, 3ʳᴰ Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

1    Max returns to Spider's hideout to get a shuttle to Elysium, but the flight system is frozen.

2    Spider plugs a computer into Max's brain and is astonished to see that Max now possesses a

3    reboot sequence that would "override the whole system" and "open the borders," thus "mak[ing]

4    everyone a citizen of Elysium." Max is interested only in saving his own life and refuses to help

5    Spider. He leaves and voluntarily surrenders to Kruger. Max threatens that he will blow up

6    Kruger's ship with a grenade unless he is taken to a med bay on Elysium, but as he boards the

7    ship, he discovers that Kruger has found and kidnapped Frey and Matilda.

8    A fight erupts en route to Elysium. Max drops the grenade. It detonates, destroying

9    Kruger's face and crashing the ship on Elysium. Frey and Matilda flee to a house in hopes of

10   using a med bay, but it does not work because she is not a citizen. All three are captured.

11   Delacourt confronts Kruger for crashing a ship onto Elysium. (Kruger's mangled face has

12   been regenerated by a med bay.) Kruger decides that he will use the reboot sequence to make

13   himself the president of Elysium, and he stabs and kills Delacourt.

14   Max, Frey, and Matilda are being held separately in a control center on Elysium.

15   Max escapes and sees on a video screen that Spider and his men have landed on Elysium.

16   He contacts Spider to set up a rendezvous. He then rescues Frey and Matilda and tells them to

17   head to a med bay. Max and Spider race to download the reboot sequence as Kruger chases them.

18   Max suffers a seizure which allows Kruger to catch up, but he is able to kill Kruger.

19   Max and Spider make it to a control room. Max has learned that he will die the moment

20   the reboot sequence is extracted from his brain. Max studies his locket with the picture of Earth

21   while staring at the actual planet out a large window. He pushes a button to start the download

22   and dies instantly. When the download completes, Elysium's computer systems recognize

23   everyone on Earth as citizens of Elysium. Matilda's leukemia is cured by a med bay, and an

24   armada of shuttles equipped with med bays is dispatched toward Earth.

25   **C.    _Elysium_ Is An Original Work Of Neill Blomkamp.**

26   To quote the court in _Overman v. Universal City Studios, Inc._, "it is impossible to read

27   plaintiff's screenplay[ ] and . . . view defendants' film and conclude that defendants wrongfully

28   appropriated something which belongs to the plaintiff." 605 F.Supp. 350, 353 (C.D. Cal. 1984).

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1    Nevertheless, Plaintiff was somehow convinced upon seeing *Elysium* that Neill Blomkamp could

2    not have written or directed it without reading and copying his Screenplay. Plaintiff concedes that

3    the website triggerstreet.com is the "ONLY place [he] ever posted a complete script of *Butterfly*

4    *Driver*" and the only place where he released a version of the Screenplay with certain elements

5    that are allegedly misappropriated in *Elysium*. (FAC ¶ 22.) He also admits he only posted the

6    Screenplay on triggerstreet.com from February to August 2007. (*Id.* ¶ 24.) Nevertheless, Plaintiff

7    deduces that "TriggerStreet.com is where the Defendants had access to [his] script." (*Id.* ¶ 23.)

8    Plaintiff alleges no facts to support that Blomkamp found his Screenplay on

9    triggerstreet.com. He speculates that a "young director" complimented his screenplay on

10   triggerstreet.com, and that this director "MAY have been Defendant, Neill Blomkamp."

11   (FAC ¶ 26.) Plaintiff's speculation is false. Blomkamp had not heard of triggerstreet.com before

12   this suit was filed. He did not obtain Plaintiff's Screenplay on triggerstreet.com or from any other

13   source. And no one ever discussed the Screenplay with Blomkamp. (Blomkamp Decl. ¶¶ 7-8.)

14   The **actual** genesis for *Elysium* is briefly explained in Blomkamp's Declaration.

15   The South African writer/director, who began in the film business as a teenager creating 3D

16   animation and visual effects, began by developing the visual concepts for the Film. (Blomkamp

17   Decl., ¶¶ 2, 5.) During this process, Blomkamp reviewed images of several space stations, some

18   of which were in the shape of a circular "torus" like the space station in *Elysium*. (*Id.* ¶ 5.) Those

19   images inspired the Film's utopian space station. (*Id.*) The plot for *Elysium* followed from that

20   idea and from some of the themes that Blomkamp wanted to explore, such as racial and class

21   segregation, which are also evident in his previous film, *District 9*. (*Id.* ¶ 6.)

22   Simply put, nothing in *Elysium* was or could have been based upon Plaintiff's Screenplay.

23   **III.    LEGAL STANDARDS**

24          **A.    Legal Standards For Copyright Infringement.**

25          "A plaintiff bringing a claim for copyright infringement must demonstrate '(1) ownership

26   of a valid copyright, and (2) copying of constituent elements of the work that are original.'"

27   *Funky Films, Inc. v. Time Warner Entm't Co., L.P.*, 462 F.3d 1072, 1076 (9th Cir. 2006) (citation

28   omitted). Absent evidence of direct copying, plaintiff must demonstrate that (1) defendant had

Kinsella Weitzman Iser Kump & Aldisert llp
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

1  "access" to the plaintiff's work and (2) the two works are substantially similar. *Id.* "To determine

2  whether two works are substantially similar, a two-part analysis—an extrinsic test and an intrinsic

3  test—is applied." *Rice v. Fox Broadcasting Co.*, 330 F.3d 1170, 1174 (9th Cir. 2003).

4      Only the extrinsic test is applied at the summary judgment stage. *Funky Films*, 462 F.3d at

5  1077. "The extrinsic test focuses on 'articulable similarities between the plot, themes, dialogue,

6  mood, setting, pace, characters, and sequence of events' in the two works." *Id.*, quoting *Kouf v.*

7  *Walt Disney Pictures & Television*, 16 F.3d 1042, 1045 (9th Cir. 1994). In applying the extrinsic

8  test, courts must "take care to inquire only whether 'the **protectable elements, standing alone**,

9  are substantially similar.'" *Id.*, quoting *Cavalier v. Random House*, 297 F.3d 815, 822 (9th Cir.

10  2002) (emphasis in original); *see also Rice*, 330 F.3d at 1174 (holding that courts "must

11  distinguish between the protectable and unprotectable material because a party claiming

12  infringement may place 'no reliance upon any similarity in expression resulting from

13  unprotectable elements.'") (citation omitted). In other words, courts "filter out and disregard the

14  non-protectable elements in making [a] substantial similarity determination." *Funky Films*, 462

15  F.3d at 1077, quoting *Cavalier*, 297 F.3d at 822.

16      Because unprotected elements are irrelevant, it is "not the basic plot ideas for stories, but

17  the actual concrete elements that make up the total sequence of events and the relationships

18  between the major characters" that must be compared. *Funky Films*, 462 F.3d at 1077, quoting

19  *Berkic*, 761 F.2d at 1293. Similarities in general plot ideas are not probative of infringement. *Id.*

20  at 1081; *see also Benay v. Warner Bros. Entertainment, Inc.*, 607 F.3d 620, 625 (9th Cir. 2010)

21  ("In applying the extrinsic test, we look 'beyond the vague abstracted idea of a general plot.'")

22  (citation omitted). Likewise, *scenes a faire* that "flow naturally from generic plot-lines" are

23  unprotected and therefore ignored under the extrinsic test. *Funky Films*, 462 F.3d at 1077.

24      **B.    Legal Standards for Summary Judgment.**

25      "The court shall grant summary judgment if the movant shows that there is no genuine

26  dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R.

27  Civ. P. 56(a). Where, as here, the nonmoving party (Plaintiff) will have the burden of proof at

28  trial, the moving parties (Defendants) need only show that there is no evidence to support a

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   necessary part of the nonmoving party's claim.  *Celotex Corp. v. Catrett*, 477 U.S. 317, 325

2   (1986).  This burden is met by simply "showing—that is, pointing out to the district court—that

3   there is an absence of evidence to support the nonmoving party's case."  *Id.*  Once the moving

4   party meets this burden, the burden shifts to the nonmoving party to "come forward with specific

5   facts showing that there is a genuine issue for trial."  *Matsushita Elec. Indus. Co., Ltd. v. Zenith*

6   *Radio Corp.*, 475 U.S. 574, 587 (1986).

7           The Ninth Circuit has repeatedly reaffirmed that "substantial similarity 'may often be

8   decided as a matter of law,'" and the Circuit "frequently affirm[s] summary judgment in favor of

9   copyright defendants on the issue of substantial similarity."  *Funky Films*, 462 F.3d at 1076-1077

10  (citation omitted).  Numerous cases grant summary judgment in the context of literary works,

11  motion pictures, and television shows, where—as here—the works share only unprotected plot

12  ideas and stock scenes.  *See, e.g.*, *Funky Films,* 462 F.3d at 1081; *Benay*, 607 F.3d at 625;

13  *Cavalier*, 297 F.3d 815; *Kouf*, 16 F.3d at 1045-1046; *Quirk v. Sony Pictures Entertainment, Inc.*,

14  2013 WL 1345075 *9 (N.D. Cal. Apr. 2, 2013); *Bissoon-Dath v. Sony Computer Entertainment*

15  *America, Inc.*, 694 F.Supp.2d 1071 (N.D. Cal. 2010); *Goldberg v. Cameron*, 787 F.Supp.2d 1013

16  (N.D. Cal. 2011); *Bernal v. Paradigm Talent & Literary Agency*, 788 F.Supp.2d 1043 (C.D. Cal.

17  2010); *Gable v. National Broadcasting Co.*, 727 F.Supp.2d 815 (C.D. Cal. 2010); *Idema v.*

18  *Dreamworks, Inc.*, 162 F.Supp.2d 1129, 1187 (C.D. Cal. 2001).

19  **IV.    SUMMARY JUDGMENT IS WARRANTED BECAUSE THERE ARE NO**

20  **GENUINE ISSUES OF MATERIAL FACT REGARDING ACCESS OR**

21  **SIMILARITY**

22          A comparison of *Butterfly Driver* and *Elysium* compels the conclusion that the Film is not

23  infringing as a matter of law.  Because Defendants' evidence rebuts Plaintiff's speculative

24  allegation of access, Ninth Circuit authority requires even **more** than a showing of substantial

25  similarity.  Plaintiff must prove such "striking" similarities between *Butterfly Driver* and *Elysium*

26  that Blomkamp could not logically have conceived his work independently.  Under either

27  standard, Plaintiff cannot come close to meeting his burden.  There are no similarities between the

28  Screenplay and the Film at the level of protectable expression.  They at most share a few cliché,

1  non-copyrightable ideas that can be found in dozens of other science fiction work and are

2  irrelevant in proving infringement.  Thus, summary judgment is warranted here.

3  **A.**   **The Absence Of Evidence Of Access Requires That Plaintiff Establish**

4  **"Striking Similarity" Between The Two Works.**

5  To support an inference of infringement, Plaintiff must first prove access.  *Funky Films*,

6  462 F.3d at 1076.  "To prove access, Plaintiff must show that Defendants had a 'reasonable

7  opportunity' or 'reasonable possibility' of viewing Plaintiff's work prior to the creation of the

8  infringing work."  *Bernal*, 788 F.Supp.2d at 1053, citing *Three Boys Music Corp. v. Bolton*, 212

9  F.3d 477, 482 (9th Cir. 2000).  "**Reasonable access requires more than a 'bare possibility,' and**

10  **'may not be inferred through mere speculation or conjecture**.'"  *Id.*, quoting *Three Boys*

11  *Music*, 212 F.3d at 482 (emphasis added).  "In order to support a claim of access, a plaintiff must

12  offer 'significant, affirmative and probative evidence.'"  *Bernal*, 788 F.Supp.2d at 1054, quoting

13  *Jorgensen v. Epic/Sony Records*, 351 F.3d 46, 51 (2d Cir. 2003) (affirming summary judgment on

14  access where plaintiff produced "no reasonable documentation that he actually mailed" the

15  copyrighted work to defendants); *see Art Attacks Ink, LLC v. MGA Entertainment Inc.*, 581 F.3d

16  1138 (9th Cir. 2009) (holding that the "slight chance" defendant may have visited a fair exhibiting

17  plaintiff's works "does not create more than a 'bare possibility'" of access).

18  **Plaintiff has no evidence of access**.  His speculation that Blomkamp accessed his

19  Screenplay on triggerstreet.com is unavailing, *Bernal*, 788 F.Supp.2d at 1054, and it is expressly

20  rebutted by Blomkamp's uncontroverted Declaration.  (Blomkamp Decl. ¶¶ 7-8.)  Because

21  Plaintiff lacks any evidence of access, he can establish copyright infringement only by showing

22  "striking similarity."  *Three Boys Music*, 212 F.3d at 485; *see also Stewart v. Wachowski*, 574

23  F.Supp.2d 1074, 1084 (C.D. Cal. 2005) ("Where evidence of access is lacking, a 'striking

24  similarity' between the works may give rise to a permissible inference of copying.").

25  Striking similarity is a high bar.  "At base, 'striking similarity' simply means that, in

26  human experience, it is virtually impossible that the two works could have been independently

27  created."  4 Melville B. Nimmer & David Nimmer, NIMMER ON COPYRIGHT § 13.02[B]

28  (2005), quoted with approval in *Stewart*, 574 F.Supp.2d at 1100-1101; *see also Bernal*, 788

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  F.Supp.2d at 1052 (defining striking similarity as "where the works are so unmistakably similar

2  that, as a matter of logic, the only explanation . . . must be copying rather than . . . coincidence,

3  independent creation, or prior common source") (citation omitted).

4       **B.**      **Plaintiff Can Establish Neither Striking Nor Substantial Similarity.**

5       It is a "rare" case in which a plaintiff can prove striking similarity. *Bernal*, 788 F.Supp.2d

6  at 1052. This is no exception. Plaintiff's burden is to show striking similarity between the

7  **protectable expression** in the plots, sequences of events, characters, settings, dialogue, themes,

8  and mood/pace of his Screenplay and the Film. As discussed below, **not a single** similarity in

9  expression—let alone striking similarity—can be found in these elements of the two works.

10       **1.**     **The Plot / Sequence Of Events are not Similar.**

11       The plots of the Screenplay and Film are not at all similar. In the Screenplay, war

12  hero/pilot Arlo learns that bounty hunters who killed fellow pilot, Roddy, are after his family.

13  He accepts a "butterfly run" transporting Tamara to Los Angeles for a trial over a revolutionary

14  energy-producing A-Cell; is captured and framed for Tamara's murder; escapes imprisonment

15  from Uberopolis and pilots a shuttle back to Earth; evades police while seeking the drug Drexlerin

16  to save his daughter Franny from a respiratory condition; obtains a fake ID to covertly travel back

17  to Uberopolis to obtain the drug; negotiates an exchange with Drexler of the A-Cell for Drexlerin;

18  exposes Drexler as a criminal and imposter; and destroys Uberopolis while piloting off the space

19  station to safety. Literally, **none** of these plot points, nor any of the specific plot points that flesh

20  out this overview, can be found in the Film.

21       The same is true for the works' sequence of events. Not a single scene from the

22  Screenplay is replicated in the Film, let alone in the same sequence. *See Bernal*, 788 F.Supp.2d at

23  1072 ("The sequence of events refers to the actual sequence of the scenes, not just having similar

24  scenes out of sequence."). The inquiry could end here: the Screenplay and Film cannot be

25  strikingly similar when they share no specific plot points or scenes. *Cf. Wild*, 788 F.Supp.2d at

26  1109 (holding that the lack of parallel characters alone suggests no substantial similarity because

27  "[o]ne cannot imagine how two works could be substantially similar without a story that focuses

28  on the actions of similar characters").

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

(a)    **The Allegedly Copied "Plot Features" that Plaintiff's FAC Identifies are Generic, Non-Copyrightable Ideas.**

Instead of comparing copyrightable expression in the works, Plaintiff distills his Screenplay down into a handful of highly abstract ideas that he alleges can be found in the Film as well. (*See* FAC ¶¶ 44-48.) Specifically, Plaintiff identifies the following fourteen "plot features" of the Screenplay that the Film allegedly copied: "1) a giant satellite world for the super-rich; 2) a hero prone to excruciating headaches (which knock him to his knees); 3) a villain who has been genetically reprogrammed to appear much younger than he/she is; 4) advanced medicine found on the satellite world; 5) a hero who must get to the satellite world for medicine (medical care); 6) a 'plight of immigrant' theme; 7) a sick girl, who will die without the hero's action; 8) a hero who is poor, and needs I.D. and transport to a satellite world; 9) an 'anguish of living without healthcare' theme; 10) a disabled transporter who helps the hero; 11) an agent (sent by the villain to apprehend the hero) who accepts the assignment after negotiating; 12) a keepsake necklace, carried by the hero, which factors in to the stories' conclusion; 13) an overpopulated, impoverished Earth, where police vehicles loom in the sky and brutalize the poor, ruled by a rich elite who live on the satellite world; 14) a hero who threatens the villain with detonating an explosive device." (FAC ¶ 46.)

Plaintiff's list of "plot features" in Paragraph 46 of the FAC "addresses the plots abstractly and ignores the requirement that the Court focus on the expression of the idea in applying the extrinsic test." *Wild*, 788 F.Supp.2d at 1102. As the following Ninth Circuit cases demonstrate, Plaintiff's general plot ideas are not copyrightable and are irrelevant in determining infringement.

In *Funky Films*, the copyrighted and accused works shared a novel plot point: both were narratives about a family-run funeral parlor, the death of the family patriarch, the inheritance of the business by the patriarch's two sons, and the return of the "prodigal son" to run the business. 462 F.3d at 1077-1078. The Court held that "[a]t first blush, these apparent similarities in plot appear significant," but that summary judgment was nevertheless required because "an actual reading of the two works reveals greater, more significant differences and few real similarities at the levels of plot, characters, themes, mood, pace, dialogue, or sequence of events." *Id.* at 1078.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1    In *Benay*, in both the copyrighted and accused works "an American war veteran travels to

2  Japan in the 1870s to train the Imperial Army in modern Western warfare in order to combat a

3  samurai uprising." 607 F.3d at 625. The stories shared numerous elements arising from their

4  "shared premise," including that "the protagonist starts in America and travels to Japan where he

5  meets the Emperor, who is struggling to modernize Japan"; "[b]oth protagonists introduce modern

6  warfare to the Imperial Army, using contemporary Western weaponry and tactics"; "[b]oth works

7  feature a Japanese foil in the form of the leader of the samurai rebellion"; "[a]nd in both works the

8  protagonist suffers a personal crisis and is transformed as a result of his interaction with the

9  samurai." *Id.* Despite these seemingly unique similarities, the Court affirmed summary judgment,

10 holding that the works were similar only at a "cursory" level, and that a "closer examination of the

11 protectable elements . . . exposes many more differences than similarities." *Id.*

12    In *Berkic*, similarly, both the copyrighted and accused works concerned "criminal

13 organizations that murder healthy young people, then remove and sell their vital organs to wealthy

14 people in need of organ transplants." 761 F.2d at 1293. Both works depicted "the adventures of a

15 young professional who courageously investigates, and finally exposes, the criminal

16 organization." *Id.* The Court nevertheless held that "this degree of similarity between the basic

17 plots of two works cannot sustain a plaintiff's claim that the works are "substantially similar." *Id.*

18    *Funky Films*, *Benay*, and *Berkic* are just three of the many examples in which courts

19 granted summary judgment because the general plot ideas found in the copyrighted and accused

20 works were unprotected. *See also*, *e.g.*, *Cavalier*, 297 F.3d at 824 (finding unprotectable the

21 "general premise of a child, invited by a moon-type character, who takes a journey through the

22 night sky and returns safely to bed to fall asleep"); *Kouf*, 16 F.3d at 1045 (affirming summary

23 judgment where both works involved children who were shrunk to a fraction of their sizes);

24 *Gable*, 727 F.Supp.2d at 840 (granting summary judgment where "both works have the main

25 character win a lottery ticket, and both characters use the lottery winnings to remedy past deeds");

26 *Bernal*, 788 F.Supp.2d at 1064 (finding plots "substantially different" despite "abstract

27 similarities"); *Goldberg*, 787 F.Supp.2d at 1020 (granting summary judgment where "in both

28 works, advanced, self-aware computer networks seek to destroy humanity, who must fight mass-

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  produced, death-ray-shooting robot armies to survive"); *Idema*, 162 F.Supp.2d at 1182 (finding no

2  infringement though both works were "motivated by the same general 'story idea' of the theft of

3  nuclear weapons from the decaying and ill-guarded arsenal of Russia/the former Soviet Union");

4  *Muller v. Twentieth Century Fox Film Corp.*, 794 F.Supp.2d 429, 445 (S.D.N.Y. 2011) (granting

5  summary judgment where "both works tell the story of an expedition team that travels to

6  Antarctica where they discover an underground ancient pyramid or city").

7       Here too, the "plot features" in Paragraph 46 of the FAC are unprotectable.  They are even

8  more abstract than the plot ideas held unprotectable in *Funky Films*, *Benay*, and *Berkic*.  These

9  ideas are also not original to Plaintiff.  As discussed more below, defense expert Jeff Rovin

10  specifically addresses numbers 1-5, 8, 12, and 13 from Paragraph 46 and offers numerous

11  examples were these same ideas appeared in other books, comics, films, television shows, and

12  videogames.  (*See infra* pp. 23-25.)  All of Plaintiff's generic "plot features," therefore, must be

13  disregarded in a striking/substantial similarity determination, and even if they appear in both

14  works, they do not support an inference of copying.  *Funky Films*, 462 F.3d at 1077.

15       **(b)**      **The "Plot Features" in Paragraph 46 of Plaintiff's FAC are not**

16                    **Expressed Similarly, if at all, by the Parties' Works.**

17       To demonstrate copying, Plaintiff would need to show that the fourteen plot ideas in

18  Paragraph 46 of the FAC, together with the settings, characters, and other aspects of the works, are

19  **expressed** similarly in the Screenplay and Film.  *Funky Films*, 462 F.3d at 1077.  Plaintiff cannot

20  come close to making that showing.  In each case, Plaintiff either mischaracterizes the Screenplay

21  or Film, or ignores the total dissimilarity in how these fourteen ideas are expressed:

22       1.      **"a giant satellite world for the super-rich."** The Screenplay and Film both use

23  the common idea of a satellite world or space station, but the expression of these locations is very

24  different.  Plaintiff's Uberopolis is **not** exclusive to the "super-rich," as Paragraph 89 of the FAC

25  misstates.  To the contrary, everyone is invited to travel to Uberopolis, and there is constant shuttle

26  travel to Uberopolis for ordinary citizens of Earth.  (Screenplay at 3-4, 29.)  In *Elysium*, by

27  contrast, the space station truly **is** exclusive to the "super-rich."  Earth's population is barred from

28  visiting or moving to Elysium.  There is a stark racial divide between those on Earth and on

Elysium. And unlike in Plaintiff's Screenplay, where advanced medical care is equally available on Earth, the med bays in the Film are exclusive to the citizens of Elysium.

Uberopolis and Elysium are also distinct physically. The Screenplay describes Uberopolis as "an ultra-modern city, replete with casinos, golf courses, towering apartments and offices." (Screenplay at 26.) Elysium, on the other hand, is a lushly landscaped, tropical paradise that is predominated by residential mansions rather than casinos, towering apartments, and offices.

2. **"a hero prone to excruciating headaches (which knock him to his knees)."** This comparison mischaracterizes *Elysium*. The Screenplay's Arlo suffers from "ice pick" headaches caused by a chronic condition. (Screenplay at 22-23.) The Film's Max does **not** suffer headaches from a chronic condition. Instead, he begins suffering seizures after downloading the reboot sequence from Carlyle's brain. (Film at 00:45-00:51.) Although Arlo suffers a headache and Max a seizure in the climactic scenes of the works, those scenes are not similar. Arlo and Drexler are fighting in a shuttle when Arlo suffers a headache and Drexler shoots him in the neck. (Screenplay at 109-110.) In the Film, Max's seizure allows Kruger time to catch up, but Max kills Kruger in a fight . (Film at 1:30-1:36.) "These events might appear similar when described in the abstract, but in context, they are exceedingly different." *Bernal*, 788 F.Supp.2d at 1067.

3. **"a villain who has been genetically reprogrammed to appear much younger than he/she is."** This attempted comparison of the Screenplay's Drexler and the Film's Delacourt is misplaced. The Screenplay contains one vague, unexplained reference to Drexler's "DNA reprogramming." (Screenplay at 90.) Plaintiff does not describe anything like the med bays in the Film that Delacourt and other citizens of Elysium use to prevent aging.

4. **"advanced medicine found on the satellite world."** This is another mischaracterization. In the Screenplay, the drug Drexlerin is **equally available** on Earth and on Uberopolis. (Screenplay at 35.) In the Film, the so-called "advanced medicine" consists of med bays, not drugs, and unlike in the Screenplay, these med bays are categorically unavailable to Earth's population.

5. **"a hero who must get to the satellite world for medicine (medical care)."** This abstract idea is not expressed similarly in the Screenplay and the Film. In Plaintiff's work,

Kinsella Weitzman Iser Kump & Aldisert llp
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   Arlo is on a mission to save his daughter and must travel to Uberopolis merely because supplies of

2   Drexlerin on Earth are exhausted. In the Film, Max is dying from a fatal dose of radiation. He

3   must travel to Elysium because it is the only place that the necessary medical care is or ever would

4   be available, and he travels there to save **himself** rather than to save a daughter.

5         6.    **"a 'plight of immigrant' theme."** This generic theme is not expressed similarly in

6   the two works. The Screenplay references Arlo's family "repatriating" to the "State" to obtain

7   better healthcare for Franny. This is nothing like the illegal immigration that occurs in the Film,

8   where people on Earth risk their lives on undocumented shuttles bound for Elysium to access the

9   space station's med bays.

10         7.    **"a sick girl, who will die without the hero's action."** This cliché idea is

11   expressed differently in the parties' works. In the Screenplay, Franny appears sparingly, has little

12   or no dialogue, and is simply cured when Arlo returns home with Drexlerin. The Film's Matilda,

13   conversely, is intermixed in the drama. She is kidnapped by Kruger, taken to Elysium, and

14   successfully uses a med bay on the space station. Moreover, unlike Franny, Matilda is critical to

15   the protagonist's story arc. She tells Max a parable about sacrifice when first meeting him (Film

16   at 1:01-1:05), and she is the catalyst for Max's decision to sacrifice himself at the end of the Film.

17         8.    **"a hero who is poor, and needs I.D. and transport to a satellite world."** This is

18   a disingenuous comparison. In the Screenplay, Arlo requires a fake ID in the nature of a driver's

19   license because he is a fugitive on the run from authorities. In the Film, Max needs an ID burned

20   onto his arm so that the med bays on Elysium will recognize him as a citizen.

21         9.    **"an 'anguish of living without healthcare' theme."** Both works confront the

22   generic idea of inadequate healthcare, but differently. In the Film, unlike in the Screenplay, the

23   wealthy elite have exclusive access to med bays. Those devices could be used to cure all sickness

24   and disease on Earth, yet the planet's population is arbitrarily denied access. This forces people

25   on Earth who are ill to risk their lives by boarding the space station "illegally" to access the med

26   bays. There is nothing akin to this in the Screenplay.

27         10.    **"a disabled transporter who helps the hero."** This is a severe abstraction of the

28   incomparable roles played by Dylan and Spider in the Screenplay and Film, respectively. In the

Screenplay, Dylan is Arlo's boss, and he plays a very minor role by setting Arlo up with a "butterfly run" for Tamara. In the Film, Spider is not Max's boss, and there are no "butterfly runs." Spider runs undocumented shuttles to Elysium, engages Max to kidnap Carlyle and download data from his brain to help the cause, and spearheads the effort to reboot Elysium's computers to make everyone a citizen of Elysium. This bears no resemblance to the minor role that Dylan plays in the Screenplay.

11. **"an agent (sent by the villain to apprehend the hero) who accepts the assignment after negotiating."** This generalization of the Screenplay's Jerry and the Film's Kruger obfuscates the vast differences between these characters and their roles. Jerry investigates Arlo for the alleged murder of Tamara Gwynn, discovers that he is innocent, helps Arlo expose Drexler as a murderer and imposter, and saves Arlo from Drexler. In the Film, Kruger does none of these things. Instead, he pursues Max to obtain the reboot sequence in his brain. And instead of rescuing Max, Kruger hunts him down trying to kill him.

12. **"a keepsake necklace, carried by the hero, which factors into the stories' conclusion."** This is another tortured generalization of the works. In the Screenplay, Benni, who is interested romantically in Arlo, provides him a yellow butterfly dream catcher for good luck. Although Arlo sees the dream catcher in Spike's eye during his dreamlike vision, its significance to the work as a whole is negligible. In the Film, the nun who raises Max provides him a locket with a picture of Earth. It is not a dream catcher, a good luck charm, or a sign of romantic interest. It is a teaching tool to remind Max of the beauty around him. The locket, moreover, plays into the climax of the Film in a way that is unique to the Film and unrelated to the Screenplay.

13. **"an overpopulated, impoverished Earth, where police vehicles loom in the sky and brutalize the poor, ruled by a rich elite who live on the satellite world."** This stock idea of a futuristic Earth is not expressed similarly in the Screenplay and the Film. Plaintiff's Screenplay describes that there is "100 percent employment" and "almost no crime" in the "Global State" on Earth. (Screenplay at 4.) The city of Manhattan is portrayed like a typical major city with apartment complexes, shopping malls, and subways. (*Id.* at 33-34.) Citizens drive sky-cars, sky-cycles, and hover-jets. (*Id.* at 19 (referencing "heavily trafficked 'skyways.'").)

Kinsella Weitzman Iser Kump & Aldisert llp
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

In *Elysium*, by contrast, Earth has lost all vestiges of how it appears presently. There are no malls, apartment complexes, or subways. The population does not fly sky-cars. Earth's populace is heavily unemployed and extremely poor. They live in shanty towns, with defunct skyscrapers smoldering in the background. They are policed by an abusive robotic police force which has no counterpart in the Screenplay. Apart from the highly generalized idea of Earth set in the future, there is no similarity here.

14.     **"a hero who threatens the villain with detonating an explosive device."**  Again, Plaintiff tries to create a false appearance of similarity through abstraction. In the Screenplay, Arlo threatens that he will use the A-Cell to blow up Uberopolis if Drexler refuses to meet. In the Film, Max threatens that he will blow up Kruger's shuttle if Kruger or his men try to harm him. The only similarity between these two scenes is the stock idea of using an explosive as leverage.

In sum, **none** of the fourteen "plot features" listed in Paragraph 46 of the FAC are expressed similarly by these two works. Plaintiff is relying on "highly unfair **characterizations** of material in the [Screenplay] and the [Film] to create highly strained purported 'similarities.'" *Quirk*, 2013 WL 1345075 *9 (disregarding plaintiff's "35 pages of alleged substantial similarities"); *see also Bernal*, 788 F.Supp.2d at 1065 (noting that plaintiff's "many pages of plot comparisons . . . are often based on mischaracterizations"). The "two stories' plots are similar only at a level of abstraction that is barely meaningful, if at all." *Bissoon-Dath*, 694 F.Supp.2d at 1082, 1091. When the slightest detail is added to Plaintiff's fourteen "plot features," any illusion of similarity evaporates.

The same is true of the other claimed similarities that Plaintiff lists in the FAC under the headings "secondary scene infringement" and "minor script infringement." (FAC ¶¶ 152-164, 184-199.) In this portion of the FAC, Plaintiff offers an "abstract list of random similarities" that are insignificant to the works. *Bernal*, 788 F.Supp.2d at 1067. For example, he compares scenes in which Arlo/Max frees a friend from a seat they are strapped in (FAC ¶¶ 155-156), in which Jerry/Frey "negotiate" to obtain medical care for their children (FAC ¶¶ 157-158); and in which an assassin kills a friend of Arlo/Max (FAC ¶¶ 186-187). These are "unprotectable stock elements or *scenes-a-faire* that are scattered throughout the works" and are not **expressed** similarly. *Gable*,

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   727 F.Supp.2d at 841 (disregarding "random similarities that have no qualitative significance to

2   the works"); *see also Doody v. Penguin Group (USA) Inc.*, 673 F.Supp.2d 1144, 1158 (D. Haw.

3   2009) (disregarding "numerous insignificant details found in both works" which were "at most

4   coincidences in minute non-protected details that the court cannot consider in its analysis").

5              **2.    The Settings are not Similar.**

6         Like the plots of the Screenplay and the Film, the settings of these two works are not

7   similar except at the most abstract level.  Plaintiff alleges that "the two central settings of [the

8   Film] infringe on the two central settings of the [Screenplay]"—a "giant satellite world for the

9   rich" and "dystopian Earth."  (FAC ¶¶ 87-100.)  Both of these settings are common in science

10  fiction works.  (Rovin Report at 8-45.)  They are unprotected, therefore, and not relevant in

11  determining striking or substantial similarity.  *See Bernal*, 788 F.Supp.2d at 1071 ("A generic

12  suburban neighborhood is not a copyrightable expression.").

13        To support an inference of striking/substantial similarity, Plaintiff must show that the two

14  works **express** these settings similarly.  For the reasons described above, they do not.  (*See supra*

15  pp. 15, 18.)  The Screenplay and Film share nothing more than the generic ideas of a futuristic

16  Earth and a space station.  *Cf. Funky Films*, 462 F.3d at 1080 ("Although both works take place in

17  a contemporary, family-run funeral home, the similarities in setting end there.").

18             **3.    The Dialogue is not Similar.**

19        "To support a claim of substantial similarity based on dialogue, the plaintiff must

20  demonstrate 'extended similarity of dialogue.'"  *Bernal*, 788 F.Supp.2d at 1072 (citation omitted).

21  Here, Plaintiff cites no such similarities, and there are no similarities between the dialogue of

22  *Butterfly Driver* and *Elysium* except to the extent that the works may contain "[o]rdinary phrases"

23  which "are not entitled to copyright protection."  *Narell v. Freeman*, 872 F.2d 907, 911 (9th Cir.

24  1989) (disregarding similarities in "commonly-used expressions").

25             **4.    The Characters are not Similar.**

26        All of Plaintiff's character comparisons focus on abstract, unprotected traits.  **None** of the

27  characters are similar at the level of protectable expression.  Plaintiff contends that the

28  protagonists from the Screenplay and Film, Arlo and Max, are similar (FAC ¶¶ 51-57), but

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   "[a]gain, through the use of abstraction, Plaintiff obscures the radical differences between the two

2   characters." *Wild*, 788 F.Supp.2d at 1107.  Arlo is a war hero and hover-craft pilot who flies

3   supplies in Zones outside the "Global State."  He is a married father of two who goes on a selfless

4   mission to save his daughter and succeeds.  Max is none of these things.  He is an orphan, raised in

5   a convent, who grows up into a petty criminal.  He is unmarried, has no kids, and works at

6   Armadyne fabricating robotic police officers.  Unlike Arlo, Max is on a self-centered mission to

7   save his own life at the expense of the lives of others.  Arlo and Max are similar only in that they

8   occupy the role of a male protagonist.  *See Funky Films*, [cite] ("The 'prodigal son' characters of

9   the two works, while similar at the abstract level, are markedly different in the two scripts.").

10      The FAC compares the Screenplay's Drexler and the Film's Delacourt (FAC ¶¶ 75-78),

11  but they are not similar.  Drexler is male, an ex-soldier, a former acquaintance of Arlo's, and an

12  imposter who murdered the real Drexler and his family and stole Drexler's identity.  Drexler is

13  President of the Global State and owner of Uberopolis, which he built with Drexler's inheritance.

14  Delacourt is female, has no prior relationship with Max, and holds no position on Earth.  She does

15  not own Elysium but is instead staging a coup to take over its presidency.  Drexler and Delacourt

16  are ruthless authorities, but the similarities end there.  *See Wild*, 788 F.Supp.2d at 1108 ("These

17  are stock characters of the type one would expect to find in [plaintiff's work].").

18      Plaintiff compares the Screenplay's Franny (Arlo's daughter) and Matty (Jerry's son) with

19  Matilda from the Film.  (FAC ¶¶ 79-86, 179-182.)  The only similarity between these characters is

20  that they are sick children.  That is not a protectable characteristic.  *See Kouf*, 16 F.3d at 1046

21  (holding that "the genius kid with thick-rimmed glasses . . . is not distinctive enough to be a

22  protectible character"); *Rice*, 330 F.3d at 1175 (holding that "characters are ordinarily not afforded

23  copyright protection" unless they are "especially distinctive").

24      Plaintiff alleges that the Film's Frey is a "hybrid" of the Screenplay's Rianna (Arlo's wife)

25  and Benni.  (FAC ¶ 165.)  Calling Frey a "hybrid" of two characters tacitly admits that she is

26  substantially similar to **neither** of them.  And in fact, Frey and Rianna have no similarities except

27  for the unprotected generic characteristic that they each have a young daughter who is ill.  *See*

28  *Bernal*, 788 F.Supp.2d at 1069 (holding that leads "Michael and David have little in common

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   other than that they both have mysterious pasts have involve a dead woman"). Also, in contrast to

2   Rianna, who appears sparingly in the Screenplay and does not drive the story, Frey is a critical

3   character whose friendship with Max is the catalyst for his decision to sacrifice his own life. *See*

4   *Funky Films*, 462 F.3d at 1079 (distinguishing between two young female characters on the basis

5   that one "is a very minor character" while the other "is a central character").

6        Frey and Benni are even less similar. Benni is a mercenary who guards a warehouse with

7   her brother Louis. She helps Arlo obtain a fake ID to travel to Uberopolis and gives him a yellow

8   butterfly "dream catcher" for luck. Benni has nothing in common with Frey except they have a

9   vague romantic interest in the male protagonist. *Id.* at 1079 (finding "little in common" between

10  female characters "both of whom are romantically involved with the older brother in each story").

11       Plaintiff compares the Screenplay's Jerry to the Film's Kruger on the basis that they are

12  both agents who pursue the protagonist. (FAC ¶¶ 170-175.) The comparison is "emblematic of

13  how tortured the attempt to find substantial similarity between the works becomes." *Quirk*, 2013

14  WL 1345075 *9. Those characters could not be more **dissimilar**. Jerry is a law-abiding federal

15  officer and one-time acquaintance of Arlo who rescues Arlo after discovering that he is innocent.

16  Kruger is a rabid murderer who kills everyone in his path in his quest to take over control of

17  Elysium, and who is dogged in his efforts to kill (not rescue) Max.

18       Plaintiff compares the Screenplay's Dylan to the Film's Spider. (FAC ¶¶ 176-178.) Dylan

19  is a minor character in Plaintiff's Screenplay with virtually no relevance to the story, whereas

20  Spider is a central character. Their actions in the two works are not similar. (*See supra* p. 17.)

21  The fact that one is "missing an arm" and the other has "a paralyzed leg" (FAC ¶¶ 176-178) does

22  not make them similar. *Cf. Idema*, 162 F.Supp.2d at 1186 ("[T]o the extent that the two characters

23  <u>are</u> similar, it is only with respect to traits that are so generalized and/or cliché as to be nearly

24  *scenes a faire* . . . .").

25       In addition to the differences in the main characters of *Butterfly Driver* and *Elysium*,

26  "[t]here are a number of important characters in the Film and the Screenplay who have no obvious

27  parallel in the other work." *Benay*, 607 F.3d at 627. Tamara plays an important role in Plaintiff's

28  Screenplay and has no possible counterpart. Several key characters from *Elysium* including the

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1    nun who raised Max, Carlyle, President Patel, and the robot police force also have no "obvious

2    parallel" in *Butterfly Driver*.

### 5.    The Themes are not Similar.

4       *Elysium* overtly explores themes of current relevance in the United States and in

5    Blomkamp's native South Africa, including racial segregation, universal health care, and class

6    inequality. **None** of these themes are present in *Butterfly Driver*. Racial distinctions are omitted

7    from the Screenplay. (FAC ¶ 139.) Medical treatment is equally available on Earth and

8    Uberopolis, and so no theme of universal health care is evident. The Screenplay does not portray

9    class inequality in the same way as the Film: although some wealth is presumably necessary to

10    live on Uberopolis, there are no limits on who can travel or live there.

11       *Elysium* also explores the idea of self-sacrifice for the greater good which is missing from

12    *Butterfly Driver*. Plaintiff's protagonist does not face the dilemma that he must die for others to

13    live, and he never sacrificially changes his mission like the Film's Max.

14       Plaintiff alleges that his Screenplay and the Film share the themes of the "plight of

15    immigrants" and the "anguish of living without healthcare." (FAC ¶ 46.) But there is no

16    similarity in how these common themes are expressed. (*See supra* pp. 16-17.)

### 6.    The Mood / Pace are not Similar.

18       The mood and pace of *Butterfly Driver* and *Elysium* are stock in science fiction and

19    action/adventure works. To the extent they are similar, therefore, they are *scenes a fair* which

20    "merge" with the idea of this type of work and are not indicative of striking or substantial

21    similarities. *See Rice*, 330 F.3d at 1177 (holding that "an overall mood of secrecy and mystery" is

22    "generic, constitute[s] *scenes a fair*, and merge[s] with the idea of [a show about] revealing magic

23    tricks"); *Zella v. E.W. Scripps Co.*, 529 F.Supp.2d 1124, 1136 (C.D. Cal. 2007) (granting motion

24    to dismiss and holding that the "upbeat mood flowing from a cooking/talk show . . . is merely

25    another example of *scenes a fair* and merger, common to all cooking/talk shows.").

### C.    The Parties' Works Share Nothing More Than "Stock," Cliché Ideas.

27       Plaintiff cannot establish infringement by showing that a handful of abstract concepts can

28    be found in both *Butterfly Driver* and *Elysium*. Ideas are not just unprotected; copyright law

Kinsella Weitzman Iser Kump & Aldisert LLP
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Tel 310.566.9800 • Fax 310.566.9850

1   actually "**encourages** others to build freely upon the ideas and information conveyed by a work."

2   *Feist Publications, Inc. v. Rural Tel. Serv. Co., Inc.*, 499 U.S. 340, 350 (1991) (emphasis added).

3   　　　　Nevertheless, the evidence here rebuts any notion that *Elysium* was inspired by *Butterfly*

4   *Driver.* The accompany Declaration and Report of defense expert Jeff Rovin (attached as Ex. 3)

5   demonstrate that if these works share any ideas at all, it is a mere coincidence resulting from the

6   fact that those ideas are extraordinarily common in science fiction and action/adventure works.

7   　　　　Rovin has decades of experience as a writer, publisher, and editor of science fiction works.

8   (Ex. 3 at 3, App. 2.) He has been accepted as an expert in high profile copyright infringement

9   cases. *See Gable*, 727 F.Supp.2d at 837 (listing Rovin's qualifications and holding that "Rovin

10  has significant knowledge and experience in the literary field to render an opinion on whether the

11  expressive elements of *Karma!* and *Earl* are substantially similar"). Rovin's encyclopedic

12  knowledge of science fiction dating back decades makes him uniquely qualified for the task at

13  hand: his Report analyzes and shows that the generalized ideas that Plaintiff alleges were

14  misappropriated are in fact stock, unprotectable ideas that are replete throughout prior works.

15  　　　　The settings which Plaintiff alleges were taken from his Screenplay are common to the

16  point of being cliché. Rovin provides several examples showing that a "dystopic future is an

17  exceedingly common theme in the prior art." (Ex. 3 at 8-16.) Plaintiff's particular expression of a

18  futuristic Earth, with hover-craft and flying cars, is highly derivative of prior science fiction

19  classics like *Blade Runner*. (*Id.* at 17-21.) Likewise, the idea of a space station serving as a

20  refuge for the wealthy is common in past works. (*Id.* at 21-45.)

21  　　　　The key "plot features" that Plaintiff alleges were misappropriated are also stock. The idea

22  that special identification would be needed to board a space station is commonplace. (*Id.* at 46-

23  51.) The existence of advanced medicine found on a space station is common in prior works. (*Id.*

24  at 51-58.) The ideas of a protagonist who suffers headaches and wears a necklace of some sort

25  can be found in past works. (*Id.* at 63-70.) Other plot ideas that Rovin does not address, including

26  a sick girl who will die without medical care and a hero who threatens to detonate an explosive,

27  are "so common as to require little comment." *Wild*, 788 F.Supp.2d at 1103 (disregarding idea of

28  "a murder suspect or some other character being chased by an angry mob").

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1   These generalized ideas, which are common throughout science fiction, are in the public

2   domain and cannot be the basis for an infringement claim. *See, e.g.*, *Bernal*, 788 F.Supp.2d at

3   1065 (holding that a "dead narrator" was not a protectable element because it occurred in prior

4   films like *Sunset Boulevard* and *American Beauty*); *Wild*, 788 F.Supp.2d at 1099-1100 (holding

5   that elements common in past works including Ray Bradbury's *Something Wicked This Way*

6   *Comes*, the *Harry Potter* series, and *Star Trek* were unoriginal and unprotectable); *Gable*, 727

7   F.Supp.2d at 842 (holding that the "visual effect of a piece of paper magically floating back to

8   someone is not a protectable expression" because the "effect is commonly used").

9   The fact that the settings and plot ideas Plaintiff cites have been recycled in science fiction

10  literature and film for years underscores why copyright law must and does ignore such generalized

11  similarities. The same process by which Plaintiff strips the Screenplay and Film of expressive

12  details and focuses on a misleading abstraction of the works could be employed to make **any** film

13  appear similar to a previous work—including Plaintiff's own Screenplay. (*See* Ex. 3 at 73-77.)

14  Setting aside stock settings and ideas, and focusing only on expressive details, there is not

15  one scene, one plot point, one character, or one line of dialogue from *Butterfly Driver* that can be

16  found in *Elysium*. These works are not similar at all, let alone strikingly similar, and Plaintiff's

17  claim for copyright infringement fails as a matter of law.

18  **V.    CONCLUSION**

19  For all the reasons set forth above, Defendants respectfully request that their Motion for

20  Summary Judgment be granted in its entirety, and that Judgment be entered in their favor.

21  DATED: July 30, 2014              Respectfully submitted,

22                                   KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

23

24                          By:        /s/ Michael J. Kump

25                                   Michael J. Kump
                                     Attorneys for Defendants
26                                   NEILL BLOMKAMP, SONY PICTURES
                                     ENTERTAINMENT INC., TRISTAR PICTURES,
27                                   INC., MEDIA RIGHTS CAPITAL II, L.P., and QED
                                     INTERNATIONAL, LLC
28  10021.00015/217607

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants
NEILL BLOMKAMP, SONY PICTURES
ENTERTAINMENT INC., TRISTAR
PICTURES, INC., MEDIA RIGHTS CAPITAL
II, L.P., and QED INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>    Plaintiff,<br><br>    vs.<br><br>NEILL BLOMKAMP; SONY PICTURES<br>ENT., INC., TRISTAR PICTURES, INC.,<br>MEDIA RIGHTS CAPITAL, and QED<br>INTERNATIONAL,<br><br>    Defendants. | Case No. CV 13-4679-PJH<br><br>**[PROPOSED] ORDER GRANTING<br>DEFENDANTS' MOTION FOR<br>SUMMARY JUDGMENT** |

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

**[PROPOSED] ORDER**

Having reviewed all documents and evidence filed in support and opposition to Defendants' Motion for Summary Judgment, and good cause appearing therefor, the Court hereby GRANTS Defendants' Motion for the following reasons:

Plaintiff Steve Wilson Briggs ("Plaintiff") alleges that the feature film *Elysium* ("Film") infringes his copyrights in a screenplay entitled *Butterfly Driver* ("Screenplay"). "A plaintiff bringing a claim for copyright infringement must demonstrate '(1) ownership of a valid copyright, and (2) copying of constituent elements of the work that are original.'" *Funky Films, Inc. v. Time Warner Entm't Co., L.P.*, 462 F.3d 1072, 1076 (9th Cir. 2006) (citation omitted). Absent evidence of direct copying, plaintiff must demonstrate that (1) defendant had "access" to the plaintiff's work and (2) the two works are substantially similar. *Id.* "To determine whether two works are substantially similar, a two-part analysis—an extrinsic test and an intrinsic test—is applied." *Rice v. Fox Broadcasting Co.*, 330 F.3d 1170, 1174 (9th Cir. 2003).

Only the extrinsic test is applied at the summary judgment stage. *Funky Films*, 462 F.3d at 1077. "The extrinsic test focuses on 'articulable similarities between the plot, themes, dialogue, mood, setting, pace, characters, and sequence of events' in the two works." *Id.*, quoting *Kouf v. Walt Disney Pictures & Television*, 16 F.3d 1042, 1045 (9th Cir. 1994). In applying the extrinsic test, courts must "take care to inquire only whether 'the **protectable elements, standing alone**, are substantially similar.'" *Id.*, quoting *Cavalier v. Random House*, 297 F.3d 815, 822 (9th Cir. 2002) (emphasis in original).

In this case, Plaintiff lacks evidence that Defendants had access to the Screenplay. Plaintiff's allegation that the writer/director of the Film, Defendant Neill Blomkamp, accessed the Screenplay on a website called triggerstreet.com is speculative and therefore unavailing. *Three Boys Music Corp. v. Bolton*, 212 F.3d 477, 482 (9th Cir. 2000). Further, the allegation of access is rebutted by Blomkamp's uncontroverted declaration filed with Defendants' motion. Accordingly, Plaintiff must prove "striking similarity" between the Screenplay and the Film to support an inference of copying. *Three Boys Music*, 212 F.3d at 485.

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1  Plaintiff can establish neither striking nor substantial similarity. There are no discernable

2  similarities between the protectable expression in the Screenplay and the Film.

3  Plaintiff's allegations of similarity rely upon abstract concepts and general plot ideas. As a matter

4  of law, those general ideas are unprotected. *Funky Films*, 462 F.3d at 1081. Further, the evidence

5  demonstrates that most if not all of the ideas that Plaintiff alleges were copied can be found in

6  prior works, particularly in the science fiction genre, and are unprotected for that additional

7  reason. *See*, *e.g.*, *Bernal v. Paradigm Talent & Literary Agency*, 788 F.Supp.2d 1043, 1065 (C.D.

8  Cal. 2010); *Wild v. NBC Universal, Inc.*, 788 F.Supp.2d 1083, 1099-1100 (C.D. Cal. 2011).

9  Even if those ideas had been appropriated by Defendants from the Screenplay—the evidence

10 belies that they were—this would not constitute infringement. *Funky Films*, 462 F.3d at 1081;

11 *see also Benay v. Warner Bros. Entertainment, Inc.*, 607 F.3d 620, 625 (9th Cir. 2010).

12  Accordingly, Defendants' Motion for Summary Judgment is granted in its entirety.

13  SO ORDERED.

14

15 DATED: _____, 2014

16

17  _____

18  Hon. Phyllis J. Hamilton
    United States District Judge

19

20

21

22

23

24

25

26

27

28

1 KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
2   mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
3   gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
4 Santa Monica, California 90401
Telephone: 310.566.9800
5 Facsimile: 310.566.9850

6 Attorneys for Defendants Neill Blomkamp, Sony
Pictures Entertainment Inc., Tristar Pictures, Inc.,
7 Media Rights Capital and QED International

8                 UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

10

11 STEVE WILSON BRIGGS,                    Case No. CV 13 4679 PJH
                                          The Hon. Phyllis J. Hamilton
12
                    Plaintiff,
13                                        PROOF OF SERVICE

14        vs.                             Date:    September 3, 2014
                                          Time:    9:00 a.m.
15 NEILL BLOMKAMP, SONY PICTURES          Ctrm:    3
   ENTERTAINMENT, INC., MEDIA
16 RIGHTS CAPITAL, QED
   INTERNATIONAL,
17
                    Defendants.
18

19

20

21

22

23

24

25

26

27

28

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 808 Wilshire Boulevard, 3rd Floor, Santa Monica, CA 90401.

On July 30, 2014, I served true copies of the following document(s) described as **EXHIBIT 2 (MOTION PICTURE *ELYSIUM* IN DVD FORMAT) TO THE DECLARATION OF GREGORY KORN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action as follows:

Steve Wilson Briggs                *Plaintiff*
681 Edna Way                       Tel.: (510) 200-3763
San Mateo, CA 94402                Email: snc.steve@gmail.com

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the address listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Kinsella Weitzman Iser Kump & Aldisert's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY FAX TRANSMISSION:** I faxed a copy of the document(s) to the persons at the fax numbers listed above. The telephone number of the sending facsimile machine was (310) 566-9850. No error was reported by the fax machine that I used.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address choffman@kwikalaw.com to the person at the e-mail address above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the person at the address above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 30, 2014, at Santa Monica, California.

Candace E. Hoffman

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants
NEILL BLOMKAMP, SONY PICTURES
ENTERTAINMENT INC., TRISTAR
PICTURES, INC., MEDIA RIGHTS CAPITAL
II, L.P., and QED INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>Plaintiff,<br><br>vs.<br><br>NEILL BLOMKAMP; SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL, and QED INTERNATIONAL,<br><br>Defendants. | Case No. CV 13-4679-PJH<br><br>**DECLARATION OF JEFF ROVIN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     September 3, 2014<br>Time:     9:00 a.m.<br>Crtrm.:  3 |

DECLARATION OF JEFF ROVIN

## DECLARATION OF JEFF ROVIN

I, Jeff Rovin, declare as follows:

1.     Unless stated on information and belief, I have personal knowledge of the following facts, and I could and would testify competently to these facts under oath.

2.     I have been retained by Kinsella Weitzman Iser Kump & Aldisert LLP on behalf of Defendants in the above-referenced action to conduct an analysis and to provide expert testimony concerning Plaintiff's allegation that the feature film *Elysium* is substantially similar to his screenplay entitled *Butterfly Driver*.

3.     Attached hereto as **Exhibit 3** is a true and correct copy of the Expert Report of Jeff Rovin dated March 14, 2014 (the "Report"). I hereby incorporate by reference the Report as if fully set forth herein and adopt it as my testimony in this Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 29, 2014, at New York, New York.

Jeff Rovin

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

# EXHIBIT 3

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants NEILL BLOMKAMP,
SONY PICTURES ENTERTAINMENT INC.,
TRISTAR PICTURES, INC., MEDIA RIGHTS
CAPITAL II, L.P., and QED
INTERNATIONAL, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| STEVE WILSON BRIGGS, | Case No. CV 13-4679-PJH |
| Plaintiff, | |
| vs. | **EXPERT REPORT OF JEFF ROVIN** |
| NEILL BLOMKAMP; SONY PICTURES ENT., INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL, and QED INTERNATIONAL, | |
| Defendants. | |

1

## I.      INTRODUCTION AND SUMMARY OF OPINION

I have been retained as an expert witness on behalf of Defendants Neill Blomkamp, Media Rights Capital II L.P., Sony Pictures Entertainment Inc., TriStar Pictures, Inc. and QED International LLC ("Defendants") in the matter of *Steve Wilson Briggs v. Neill Blomkamp, et al.*, Case No. 13-4679-PJH (N.D. Cal.) (the "Action").  My compensation is $500 hourly.

I have been asked to analyze and compare Plaintiff's unproduced dramatic screenplay *Butterfly Driver* (originally known as *Uberopolis: City of Light*) and Defendants' motion picture *Elysium* and to opine whether the common elements in the works, if any, are elements that are present in "prior art" literature and film. Stated another way, I have been asked to assess whether the elements in Plaintiff's screenplay which Defendants allegedly copied are common elements in prior works or are *scènes à faire*.

As discussed at length below, my opinion is that if *Butterfly Driver* and *Elysium* share anything it all, it is nothing more than a few bare ideas that could be described as similar only when viewed at the broadest, most general level of comparison.  All of the ideas that Plaintiff contends were copied, moreover, are ideas that are common in the prior art (literature, films, television, comic books)

especially in the science fiction genre, and that are expressed differently in the two works.

## II.    QUALIFICATIONS

I have supported myself entirely as a professional writer since 1971, from the age of nineteen.  I have written dozens of non-fiction and encyclopedic books on film history, fantasy and science fiction, spaceships, and pop culture.  Among my many books are *A Pictorial History of Science Fiction Films* (1975), the science fiction saga *The Transgalactic Guide to Solar System M-17* (1981), *The Laserdisc Film Guide* (1993), *Aliens, Robots, and Spaceships* (1995) and many others. I recently sold the fiction trilogy *EarthEnd* to Simon & Schuster: it will be the inaugural novel of their new Simon451 science fiction imprint. My magazine publications include creating and editing the Atlas Comics line – several titles of which were set in dystopian futures – and serving as the exclusive film columnist for the science fiction magazines *Analog* and *Omni*.  I have also edited licensed science fiction film souvenir magazines, including *Moonraker* and *Alien*.

I am a member of seven professional authors' guilds and have written 14 national bestsellers, including 12 novels on the *New York Times* bestseller list.  I have also adapted numerous science fiction and adventure motion picture screenplays to novel form ("novelization") including *The Re-Animator*, *The Game*,

and *Broken Arrow*.  A copy of my CV listing my professional activities and publications is attached to this report as Appendix 2.

During the past five years I have provided legal testimony in a variety of legal matters. A listing of these cases is provided in Appendix 3.

## III.    MATERIALS CONSIDERED

To form my opinion, I have watched the film *Elysium* and read Plaintiff's unproduced screenplay and Amended Complaint.  I have also referred to the additional works discussed and shown in this report, a list of which is attached as Appendix 1. All of the images contained in this report from prior works are true and correct copies of images that I culled from films, books, and other prior art materials as identified in my report.

## IV.    OVERVIEW OF THE PARTIES' WORKS

The following is a brief summary of the plots of Plaintiff's *Butterfly Driver* and Defendants' *Elysium*:

*Butterfly Driver*

Arlo Grainer is a 45 year-old hover-jet operator, volunteer cop, and parent at an unspecified time in the future. A former war hero, Grainer is hired to take war exile Tamara on a risky "butterfly run," smuggling an A-cell (Antimatter cell)

4

prototype that will prevent many deaths from traditional fuel pollution. When police attack Arlo's transport, Tamara is killed and Arlo is falsely imprisoned for her kidnap and death.

Concerned for the declining health of his seven-year old daughter, Arlo escapes from the Earth prison and runs amok in New York City, seeking a ride to the ultra-modern floating city Uberopolis, slangily referred to as "Sky Town." Arlo's goal is to obtain an Earth-manufactured medicine called Drexlerin-2. The drug is temporarily being stored in Uberopolis to keep it safe from piracy, after which it will be returned to Earth for use by the population. Arlo makes his way to Uberopolis searching for the drug. Unsuccessful in these efforts, Arlo contacts the developer of Uberopolis, President Drexler, and proposes a deal: he will trade the potentially valuable A-cell for Drexlerin. A showdown between the two is broadcast to Earth television by security cameras throughout Uberopolis. Arlo exposes the fact that Drexler is, in fact, a murderous war criminal named "Midland" who killed Drexler, stole his identity, and inherited his wealth. Arlo causes a diversionary riot by releasing several prisoners on Uberopolis, which enables him to obtain the medicine he needs. He heads home, saving his daughter and returning to his life as a hover-jet pilot.

*Elysium*

Elysium is a torus (donut-shaped) habitat in Earth orbit in the year 2154. It is a bucolic home to the wealthy who seek refuge from a crowded, dilapidated world patrolled by soulless robots.  Max Da Costa, 36, is a paroled thief who lives in ruined Los Angeles and works for the Armadyne factory that builds those robots. After suffering a lethal dose of radiation, Max's only hope for survival is to reach one of the "Med-Bays" located exclusively on Elysium. Spider, a smuggler, agrees to help Max reach Elysium if Max will download financial data from the brain of John Carlyle, CEO of Armadyne. Max has an exoskeleton grafted to his body to give him superhuman physical abilities and a skull-penetrating brain-interface to upload data. Intercepting Carlyle, Max downloads the information. Max is wounded during the adventure and goes to the home of his friend Frey – a nurse – whose daughter Matilda is dying of leukemia.

On Elysium – where all the robot police carry firearms – Secretary of Defense Delacourt wants to become President, a goal Carlyle was helping her to achieve by creating a program to give her control over Elysium's computers. That override was stored in Carlyle's brain and was dumped into Max's brain during the download. When Max goes back to Spider, they realize that this program can be used to make everyone on earth a citizen of Elysium – and, thus, eligible for advanced medical care. Ultimately, Max, Frey, Matilda, and Spider rocket to

6

Elysium where Delacourt is slain and Max is able to activate the new computer program. Though he perishes in the process, Matilda is cured by a Med-Bay and Elysium's reprogrammed computer sends medical ships to Earth to begin curing the habitat's "new citizens."

## V.  ANY SHARED ELEMENTS BETWEEN PLAINTIFF'S AND DEFENDANTS' WORKS ARE *SCENES-A-FAIRE* OR GENERIC IDEAS

As the summaries above reveal, *Butterfly Driver* and *Elysium* are two entirely different stories.  A detailed comparison of the plots, dialogue, characters, settings, and themes of these works, such as is performed under the "Extrinsic Test" for copyright infringement, proves that *Butterfly Driver* and *Elysium* are completely dissimilar. Indeed, the only way Plaintiff can identify similarities is by distilling the works into abstract elements, which he scrubs of detail and context before making comparisons. This exercise could be performed with any two films, particularly those in the somewhat formulaic big-budget action/adventure and science fiction genre, to create the false illusion of similarity.  That is what Plaintiff has done.

Here, the crux of Plaintiff's infringement claim is that *Butterfly Driver* and *Elysium* allegedly share these settings and plot elements: (1) a "dystopian" Earth set in the future with social and income inequality; (2) a satellite space station that

7

orbits Earth; (3) the aforementioned satellite as a refuge for the "super-rich" who are isolated from the poor masses living on Earth; (4) the satellite requires special identification to enter; (5) the satellite enjoys advanced medical resources which are unavailable to the masses on Earth; (6) the protagonist travels to the satellite to obtain medical help that is otherwise unavailable on Earth; (7) the protagonist is prone to excruciating headaches; (8) the protagonist has a "keepsake necklace" that is critical to the character; and (9) the "villain" in the story has been "genetically reprogrammed" to appear younger than he or she is.

As discussed in the sections that follow, all of these elements are basic ideas that can be found extensively throughout the prior art; to the extent that they are shared between the two works they are *expressed* very differently; and in some instances it is incorrect to state that these general ideas actually appear in both *Butterfly Driver* and *Elysium*.

1.  A Dystopian Earth With Social And Income Inequality

Plaintiff alleges that both works present a "Poor Dystopic Earth," which is a "unique setting" (Amended Complaint, p. 16). "Dystopia" is a word coined by British philosopher John Stuart Mill in 1868 to describe the flip side of utopia. In fiction, dystopia is typically the result of military, political, and economic

oppression that results in dehumanization, often accompanied by poverty and disease.

A dystopic future is an exceedingly common theme in the prior art, and science fiction has often depicted dystopian futures in which there is a wide separation between the wealthy and the poor. This is a theme that frequently drives the plot. As the Tramp says at the beginning of the classic 1971 film *A Clockwork Orange*, "What sort of a world is it at all? Men on the moon, and men spinning around the earth, and there's not no attention paid to earthly law and order no more."

In literature, one of the first dystopian novels to address the idea of conflict arising from financial disparity was H.G. Wells' *The Time Machine* (1895), in which the author spoke unenthusiastically of a future in which "the exclusive tendency of richer people—due, no doubt, to the increasing refinement of their education, and the widening gulf between them and the rude violence of the poor—is already leading to (disaster)" (p. 63) and "(t)he rich had been assured of his wealth and comfort, the toiler assured of his life and work" (p. 87).

This dim view of tomorrow was followed by Jack London's *The Iron Heel* (1907), in which the tyrannical Oligarchy sends the middle class into poverty and then uses the poor to build Asgard, a city for the rich. The Oligarchy also frees

Case 4:13-17175-02/00/2015 ID: 9415362 DktEntry: 6-14 Page 538 of 606
Case 4:13-cv-04434-PJH Document 60-2 Filed 00/00/2014 Page 38 of 93

well-heeled men of science for the task of "probing space for the stars and the laws of the stars" (p. 8).

This social divide has also been expressed in novels like Aldous Huxley's *Brave New World* (1932) — in which people live in strictly enforced castes – and in Margaret Atwood's *Oryx and Crake* (2003), whose wealthy dwell in compounds inaccessible to the poor.

In films, poverty and wealth clash in the science fiction masterpiece *Metropolis* (1927), where the rich live in gleaming towers and the poor dwell underground with revolution the inevitable result (EXHIBITS 1 and 2).





EXHIBITS 1 and 2

Nearly a half-century later, science fiction was still exploiting this theme in films like *Soylent Green* (1973) with smoggy, overcrowded, dilapidated streets of the future depicted in sharp contrast with the sterile, elegant abodes of the wealthy (EXHIBITS 3 and 4).





EXHIBITS 3 and 4

Following the success of *Soylent Green*, science fiction films and TV series

increasingly exploited the financial divide. The animated film *Rock and Rule*

(1983) is set in Earth's post-apocalyptic future. In the biggest city, Nuke York, the

villain lives in splendor within his sleek skyscraper, while below the common

citizens scrape by in a dank city (EXHIBITS 5 and 6).





EXHIBITS 5 and 6

13

That same year, 1983, in the film *Demolition Man,* society of the future has become a utopia of good behavior and clean living. However, rebels dwell in the sewers to escape and overturn the repressive society (EXHIBITS 7 and 8).





EXHIBITS 7 and 8

14

In the animated TV series *Futurama* (1999-2013), humans live in splendor above-ground while the mutated, sickly and less fortunate live underground, in slums (EXHIBITS 9 and 10). These are but a few of the many examples that draw on the theme of economic disparity.





EXHIBITS 9 and 10

15

Clearly, even if Plaintiff's and Defendants' works shared the idea of a dystopian Earth, it is a common and unoriginal theme. But they do *not*, in fact, share this element. *Elysium* is uncompromising in its depiction of a dystopian Earth with extreme poverty and shantytowns, drug and alcohol abuse, and rampant unsanitary conditions. An opening scene shows crumbling, burning skyscrapers (EXHIBIT 11). Robot police abuse the populace and there is little work or little reason *to* work. The chasm between rich and poor cannot be crossed as only extremely wealthy people are permitted to dwell on Elysium.



EXHIBIT 11

By contrast, in Plaintiff's screenplay, citizens on Earth enjoy "100 percent employment" and "almost no crime" (screenplay, p. 4). Plaintiff describes Earth as being overpopulated (15 billion people) with "pollution and congestion," but not

16

unlivable.  In the screenplay, New York's Manhattan retains the recognizable contours and personality of a major city: there are upscale areas and slums, apartment complexes, shopping malls, subways, and the like.  Citizens drive sky-cars, sky-cycles, and hover-jets using freeways in the sky.

Plaintiff's vision of Earth is futuristic, but not dystopian.  In that respect, Plaintiff clearly draws upon past science fiction.  Personal flying vehicles, much like those described by Plaintiff, were a staple of the 1962-3 cartoon series *The Jetsons*, the 1965 TV series *Thunderbirds*, and many others (EXHIBITS 12 and 13).

 

EXHIBITS 12 and 13

Flying police vehicles as in Plaintiff's work are also a staple of science fiction, dating back to the long-running comic book *Magnus Robot Fighter 4000 A.D.* (1963) #1 (EXHIBIT 14), which is also set in the future and features a hero

17

who, like Plaintiff's Arlo, is skilled in martial arts. *Magnus Robot Fighter 4000 A.D.* is, in fact, a seminal work in many ways, not the least of which is its depiction of a hero who frees an oppressed populace of the future and gets them much-needed medical care (EXHIBIT 15) (#7, 1964).



EXHIBIT 14



EXHIBIT 15

18

I created the comic book *Planet of Vampires* (1974) in which police ships fly over a war-ravaged earth that is suffering extreme poverty (EXHIBIT 16). Heroes who had been in space for an extended period return to Earth to help the oppressed masses.



EXHIBIT 16

19

Plaintiff's vision of future Earth also shares a great deal with the film *Blade Runner* (1982), in which Spinners – flying police cars – pass over a seedy, overpopulated Earth of the future (EXHIBIT 17). This dismal future also features off-world colonies worked by slave labor, as in Plaintiff's screenplay.



EXHIBIT 17

Plaintiff's expression of a futuristic Earth is vastly different than *Elysium's* expression of a ruined and hopeless dystopian planet policed by harsh, unfeeling robots.  At most, the two works coincidentally share the idea of an overpopulated and polluted planet, where wealthy individuals live separate from the masses. This

idea is common in the prior art to the point of being a cliché. It is not a "unique" creation of Plaintiff's as the Amended Complaint alleges (p. 8, paragraph 47).

2.    A Satellite Orbiting Earth

Plaintiff alleges that a second "unique setting" of *Butterfly Driver* is a "satellite for the super-rich, orbiting Plaintiff's dystopic future-Earth" (Amended Complaint, p. 16). Plaintiff alleges that he is "aware of no other story, prior to *Butterfly Driver*, featuring a gigantic man-made super satellite with giant aquatic and forested areas, great medical technologies for the rich, and other aspects" of the satellite world he calls "Uberopolis" (Amended Complaint, p. 16).

In fact, as discussed in this and the following two sections, there are countless prior works which feature satellite stations with "aquatic and forested areas" and "great medical technologies for the rich." Defendants' satellite station in *Elysium* was obviously inspired by one such example, the "Stanford torus" (see EXHIBITS 25 - 28, below).

While the idea of space travel was popularized by the likes of Jules Verne and H.G. Wells in the 19th century, the "space station" – a habitat that didn't travel to or from a destination but remained in planetary orbit – was first proposed by engineer Herman Potočnik in his 1928 book *Das Problem der Befahrung des*

21

*Weltraums - der Raketen-Motor* (*The Problem of Space Travel - the Rocket Motor*) (EXHIBIT 18).



EXHIBIT 18

Potočnik's work established the familiar "space wheel" look that was embraced by science fiction films such as *The Conquest of Space* (1955), Japan's *The Mysterians* (1957),  *2001: A Space Odyssey* (1968) – in which shuttles routinely travel from Earth – and in novels like *Earthwreck* (1975) by Thomas N.

22

Scortia, in which space stations represent salvation from a ravaged Earth. While adhering to the general fundamental design espoused by Potočnik, each space station is different in specific look and function (EXHIBITS 19-22).





23





EXHIBITS 19 - 22

These space stations were typically upscale environments populated by the military, scientists, or politicians. There was rarely a trace of squalor and never a hint of poverty.

The "space station" evolved into the more sophisticated "space habitat."

In literature, the most celebrated artificial space habitat was introduced in author Larry Niven's *Ringworld* (1970) and its many sequels (EXHIBITS 23 and 24).

 

EXHIBITS 23 and 24

This massive space habitat was a harbinger of the "second generation" of space stations: the Stanford torus, which emerged from a 1975 NASA study conducted at Stanford University. As mentioned above, the torus is doughnut-shaped ring which attempts to simulate the configuration and conditions of a planet-based colony. Shown in the images below (EXHIBITS 25 and 26), the Stanford torus envisioned a lush habitat with "aquatic and forested areas" – exactly what Plaintiff incorrectly claims as his own unique creation.



26



EXHIBITS 25 and 26

I am informed that *Elysium* director Neill Blomkamp says he was inspired by the Stanford torus when conceiving his film. That claim is borne out by comparing the torus visualizations above (EXHIBITS 25 and 26) and the *Elysium* images below (EXHIBITS 27 and 28).





EXHIBITS 27 and 28

Further, as shown below, the exterior appearance of the satellite station in *Elysium* is also consistent with the Stanford torus and other prior works (EXHIBIT 29).



EXHIBIT 29

In summation, the idea of a satellite space station orbiting the Earth, as shown in *Elysium*, is common in science fiction.

Additionally, Plaintiff's screenplay does not express the idea of a satellite habitation in the same way as depicted in *Elysium*. Plaintiff categorizes Uberopolis as "a giant satellite world" without describing whether it's a satellite like the moon (perhaps built from harvested lunar rock or a captured asteroid), a space station, or something else. In any case, it is never depicted as a donut-shaped space station as in *Elysium*.

The dimensions and altitude of each habitat also appear to vary greatly. Uberopolis is described as being one thousand miles from earth and three miles wide (screenplay, p. 3). Elysium is large enough to be conspicuously visible and

29

quickly reachable from Earth, suggesting it is both closer and larger (see EXHIBIT 29, above).

### 3. The Satellite Serves as a Refuge For The Rich

Plaintiff claims that it was his unique idea to have a satellite world that serves as a refuge for the "super-rich," a concept he alleges Defendants must have copied (Amended Complaint p. 8, paragraph 46). The idea of the rich living in a refuge away from the poor is common in literature and film (e.g., the Jack London novel, *Metropolis*, *Soylent Green*), and the specific idea of a satellite world for the rich has been used in numerous prior works.

The early, outstanding example is Jack Vance's classic short story "Abercrombie Station" (1952). According to a "ferry" pilot shuttling an earth girl to space, the space station is exclusively inhabited by the rich "who wouldn't spit on the best part of an Earth girl" (p. 20). That does not deter the heroine, "a juvenile delinquent with million dollar ambitions" (p. 12-13). She wants to leave Earth proper, "A…black crumble of surface buildings (and) pallid roadways" (p. 14). To realize her dream she has to marry Abercrombie who, she is told, "suffers from…an incurable disease" (p. 13) (EXHIBIT 30).



EXHIBIT 30

On television, the *Star Trek* episode "The Cloud Minders" (1969) sent

Captain Kirk and Mr. Spock to a planet where intellectuals and artists inhabit a

stratospheric utopian city, physically unattached to the planet, while everyone else labors in mines on the barren world (EXHIBIT 31).



EXHIBIT 31

The Christopher Stasheff novel *A Wizard in Bedlam* (1979) similarly features "a successful planetary colony – for the very rich" (EXHIBIT 32).



EXHIBIT 32

Plaintiff's work was also predated by the A. Bertram Chandler novel *The
Anarch Lords* (1981) in which the wealthy denizens of Liberia, in space, "had
made that world a paradise of cheap labor…which included slavery" (back cover).

In its August, 1981 issue, the comic book *Heavy Metal* published the story
"Paradise Lost" in which the pristine space habitat Earth 2 (populated with

33

skyscrapers, as in Plaintiff's later work) is "the artificial moon of Earth 1" (p. 38)

and features police-like robots as well as floating vehicles (EXHIBIT 33)



EXHIBIT 33

The idea of a wealth-oriented space station was also notably represented in

the novel *The Taking of Satcon Station* (1982) by Barney Cohen and Jim Baen,

about the space habitat known as "the Queen of the Sky" (p. 11), home to a

lucrative Exxon research division (p. 10). That same year, the science fiction comic

book *1994* #24 featured "the high roller pleasure satellite," an exclusive

playground for the wealthy (EXHIBITS 34 and 35)



EXHIBITS 34 and 35

In 1983, John Dalmas and Carl Martin published *Touch the Stars:*

*Emergence,* about wealthy individuals wanting to control space in order to control

35

Earth. As the hero thinks about the politics of wealth: "*A 'crowded planet,'* he mused. *It's not a matter of room. It's habitability and economics*" (p. 16). As in Defendants' *Elysium*, the politics of wealth creates a schism: "If this (is) backed by some of the world's richest, most powerful men, why was the world in such lousy shape?" (p. 19) (EXHIBIT 36).



EXHIBIT 36

In Mack Reynolds's 1983 novel *The Lagrangists* (named for the point in space where a habitat can be constructed and "held in place" by the opposing pull of the moon and the Earth), characters discuss the obvious appeal of space habitats to "racial minorities, fed up with society as it is on Earth" while at the same time

36

fearing that space stations are "on the expensive side....Where would a few

hundred crackpots, or malcontents, raise the funds to build themselves a space

colony?" (p. 145-6). By the time of Reynolds' second novel in the series, *Chaos in*

*Lagrangia* (1984), the finished space habitat has "foothills (and) a quite sizeable

lake" (p. 9) and streams (p. 11). Yet Reynolds once again worried about elitism: an

officer states, "We demanded a minimum I.Q. of 130 and left the rest behind,

Earthside" (p. 250) (EXHIBITS 37 and 38).

 

EXHIBITS 37 and 38

37

*Threshold* (1991) by Janet and Chris Morris is also about an elite space habitat (coincidentally, the same name as the space station in my *Phoenix* comic book) that is: "…paradise….Nowhere was dirt. Nowhere was squalor. Nowhere was pain or misery or want. Here beggars did not sit with their bowls beside your palace….Here it never rained or snowed, the wind never howled…a world of colored lights and turbo lifts and shiny electric cars…" (p. 24).

In another example of separating rich from poor in space, the 2004 comic book *Ministry of Space* was set on a space station where blue collar people of color were segregated from white citizens (EXHIBIT 39).



EXHIBIT 39

38

There are many other examples. To name just a few: Robert Asprin's novel *Phule's Paradise* (1992) is set on Lorelei, a resort space station for the wealthy. The comic book *Kamandi At Earth's End* # 5, 1993, not only features a stratospheric habitat: it's called Sky City, very similar to Plaintiff's Sky Town (EXHIBIT 40).



EXHIBIT 40

The novels of the *Night's Dawn* trilogy (1996-99) by Peter F. Hamilton portray a dangerous future in which many humans live on giant, wealthy space stations such as *Eden*, which controls Earth's fuel source; the tax haven base *Tranquility*; and others. People who live on war-torn worlds dream of escaping into space (EXHIBITS 41 and 42).

 

EXHIBITS 41 and 42

On the 2002 Cartoon Network series *Spaced Out*, the wealthy Krach

Industries builds a very exclusive space station on which only specially selected

families are invited to settle. The habitat is located in earth orbit, accessible only

by shuttlecraft.  There is also a sophisticated medical bay (EXHIBITS 43-45).







EXHIBITS 43 - 45

The enormously popular and enduring (since 1963) TV series *Dr. Who* aired the episode "End of the World" in 2005. In it, a satellite for the exclusive use of the wealthy was a vantage point from which to watch the destruction of Earth (EXHIBIT 46).



EXHIBIT 46

In the 2008 film *WALL-E*, a massive space settlement called "*Axiom*" carries generations of obese passengers who are meant to re-colonize a ruined Earth. They live a life of leisure, allowing the ship's automated systems to take care of them.

The videogame *Mass Effect* (2007; sequels in 2010 and 2012) features a pristine space station habitat called "*Citadel*" where the wealthy occupants are

42

served by all the conveniences and recreational facilities of a major city

(EXHIBITS 47 - 50).









EXHIBITS 47 - 50

44

Far from being new, Plaintiff's concepts of wealth and privilege in connection with space habitats have been a part of science fiction for decades. Moreover, while that idea is something Plaintiff's work and Defendants' work happen to share at a very general level, they do not express that common idea similarly.

Plaintiff's Uberopolis is open to anyone who can afford it. The screenplay describes advertisements which are shown on Earth to induce people to buy real estate off-world. People can book passage on the shuttles that travel regularly between Earth and Uberopolis, and Plaintiff's hero Arlo easily passes through customs and onto a shuttle to get to Uberopolis.

By contrast, in *Elysium*, the habitat is primarily rural, with no structures more than a few stories tall. Laborers do not live on Elysium; the "help" are all robots. Importantly, there is also a blatant class divide between Earth and the satellite world: the underprivileged are relegated to Earth with no hope of moving to Elysium or enjoying its health care benefits – other than by trying to reach it via illegal shuttles, which are shot down killing those onboard.

There are skyscrapers in Uberopolis and a large area for prisoners/workers who are not wealthy and are kept behind a great wall; this is not the case with

45

Elysium. And while a trip to Uberopolis requires several hours, the journey to Elysium takes just 19 minutes.

Clearly, there is no expressive similarity between Elysium – an isolated space station that is completely cut-off from an impoverished, trapped citizenry of Earth – and Uberopolis, which is essentially a freely accessible condominium complex in the sky, one where such access is encouraged by the builders.

4.    Special Identification For Entering The Satellite

Plaintiff alleges that an "unusual aspect" of his satellite world is that "entering the satellite requires special identification" (Amended Complaint, p. 15). This is not unusual and naturally follows from the very idea of a space station: because consumable resources must be imported at great expense, access to fictional space stations is necessarily restricted to authorized and accredited occupants, and thus, by definition, exclusive.

Science fiction has repeatedly embraced this theme of exclusivity, as well as the *scènes à faire* idea of people trying to sneak onto such a space habitat. Murray Leinster's *Space Platform* (1953) presented the core elements that Plaintiff claims as proprietary – a space station that is resented by those who are not aboard, a base that not only represents wealth but is a fortified sanctuary removed from the threat of war hanging over Earth:

46

"The Platform was guarded as no object in all history had ever been guarded. It was ironic that it had to be protected so, because it was actually the only hope of escape from atomic war. But that was why some people hated the Platform, and their hatred had made it seem obviously an item of national defense. Ironically that was the reason the money had been provided for its construction. But the greatest irony of all was that (its proponents) would in time become rich beyond envy" (p. 131-2) (EXHIBIT 51).



EXHIBIT 51

47

In my own comic book *Phoenix* # 1 (1975), only uniquely qualified individuals are permitted to board the earth-orbit space station *Threshold* (EXHIBIT 52).



EXHIBIT 52

In the comic book *Time Warp* (1980), the story "The Dimensions of Greed" posited that the wealthy will be the first to colonize space (EXHIBIT 53) only to be

48

followed by thugs from Earth who would infiltrate "legitimate" tours with forged

documentation (EXHIBIT 54).

 

EXHIBIT 53                              EXHIBIT 54

This exclusivity is seen repeatedly in films as well. To name just two

examples: in *2001: A Space Odyssey,* no one can board the space station without

passing through a sophisticated security checkpoint (EXHIBIT 55).  And in the

1979 film *Moonraker*, James Bond leaves earth aboard a shuttle to infiltrate an

elite space station (EXHIBIT 56).



EXHIBIT 55



EXHIBIT 56

The prior art aside, this common idea of special identification required for

entering a space station is depicted in *Elysium* but *not* in Plaintiff's screenplay.  In

*Elysium*, only a select few can travel openly to the space habitat, and for outsiders

to make the journey they must employ mercenary-operated shuttles and steal air

50

traffic codes. (This harks back to the 1983 "Star Wars" film *Return of the Jedi*, in which the heroes require a stolen code to land on the world Endor.)

In Plaintiff's script, as mentioned above, travel back and forth between Uberopolis and Earth is easily accomplished on regularly scheduled civilian shuttles. There is nothing in Plaintiff's screenplay about illegal aliens trying to secretly immigrate to the satellite using stolen codes. While the hero Arlo does need a fake ID to sneak on to Uberopolis, that is *only* because he's a fugitive.

In short, the idea of a space stations requiring special identification is common and, in any event, does not accurately describe Plaintiff's screenplay.

5.    <u>Disparate Medical Resources On Earth And On The Satellite</u>

Plaintiff alleges copying of the idea that a satellite for rich has advanced health care (Amended Complaint p. 8, paragraph 46). This, too, is a common idea in the prior art.

One expects that an advanced satellite would have advanced medical facilities. This is certainly the case in the prior art, such as the slick, sophisticated medical bays on the space station in the luridly-titled 1969 film *The Green Slime* (EXHIBITS 57 and 58) and in the 1972 film *Silent Running* in which robots perform surgery onboard the space station Valley Forge (EXHIBIT 59).

51





EXHIBITS 57 and 58



EXHIBIT 59

Another example of exclusive, restorative medical technology appears in the science fiction classic *The Day The Earth Stood Still* (1951), in which a spaceship has a healing bed, run by the robot Gort, that cures a fatal bullet wound (EXHIBIT 60).



EXHBIT 60

53

The idea of sophisticated space station medicine is also the subject of the enduring James White novels known as the "Sector General" series about a large hospital-space station. The series began in 1957 and consists of a dozen major books that were published through 1999 (EXHIBITS 61 and 62) (See D, below, for more on this series).



EXHIBITS 61 and 62

In comic books, the only issue of *UFO and Alien Comix* (1977) published

the story "Stars, My Salvation" which featured an alien being who uses a "cure-

all" scientific device on his starship to heal himself, then brings it to war-torn earth

to save humans (EXHIBITS 63 and 64).





EXHIBITS 63 and 64

Also in comic books, the Justice League of America (a DC Comics teaming of Superman, Batman, Wonder Woman, and others) has had an earth-orbit satellite with a sick bay since 1981 (EXHIBITS 65 and 66).





EXHIBITS 65 and 66

For my own 1981 science fiction, *The Transgalactic Guide to Solar System M-17*, I created an exclusive space settlement that offers "royal" accommodations with advanced medical facilities for those who can afford them, services which include "genetic surgeons, sonar-toners for the skin, cellpins to firm weak muscles, an energizing blood wash…" and more (p. 279).

Again, while the idea of a space station with medical advances is clearly not new, Plaintiff's screenplay and *Elysium* are not comparable in this regard. In *Elysium*, medical care on Earth is dismal. The hospital where Frey works is like a *M\*A\*S\*H* unit in a war zone. Most importantly, the contrast between health care on Earth and on Elysium is stark. While citizens of Earth struggle to get any health care at all, every resident of Elysium has special beds that can cure any ailment including cancer. The technology is so advanced that it can even rebuild a face that has been utterly destroyed by an explosion.

By contrast, in Plaintiff's screenplay, there is no technology similar to the medical beds in *Elysium* that are reserved *only* for the residents of the satellite. In fact, the health care on Earth and on Uberopolis is comparable. There are medicines and advanced curatives on Earth including, for example, oxygen chambers for the son of Arlo's partner Jerry. Even the drug Drexlerin, needed by Arlo's daughter, is *not* limited to Uberopolis. It is produced on Earth (screenplay, p. 135) and is typically available on Earth (screenplay, p. 46: Arlo is looking in a

terrestrial warehouse that normally stores Drexlerin). The issue in *Butterfly Driver* is that Drexlerin is being pulled from the market to make room for Drexlerin 2. This singular situation forces Arlo to travel to Uberopolis to find remaining supplies.

In summation, the idea of a satellite habitat with advanced health care is common in the prior art. Even if it could be said that Plaintiff's screenplay includes this idea, Plaintiff expresses the concept very differently than in *Elysium*.

6.     The Protagonist Who Must Travel To The Satellite World For Medicine

Plaintiff alleges that in both works the protagonist must travel to a satellite to obtain medical care, and that this is evidence of copying by Defendants (Amended Complaint p. 8, paragraph 46). Even if it could be fairly said that the works share the idea of a character needing to travel to a satellite world for medical care (which is discussed more below), this idea is common in the prior art.

Author Edgar Rice Burroughs pioneered the concept of a journey undertaken for advanced medical care on another world in *The Master Mind of Mars*. In this 1927 novel, a Martian scientist provides healthy bodies for aging, wealthy clients. Hero John Carter – who is originally from Earth – must travel vast distances on Mars to get medical aid for his gravely injured bride (EXHIBIT 67).

59



EXHIBIT 67

In the abovementioned Sector General series, the idea of off-world medical technology is the crux of *Star Surgeon* (1963). The team of the Sector General station not only heals the hero – who arrives in a ship "broadcasting distress signals" (p. 8) – they confront a world plagued by corruption and oppression, assisting until "the Emperor and his administration are virtually extinct" (p. 158).

60

Case 1:13-cv-07173-RJS Document 36-2 Filed 06/20/14 Page 100 of 106
Case 1:17-cv-09499-PAC Document 367-4 Entered 06/20/14 Page 560 of 606

On TV, *Star Trek: The Next Generation* used this idea in the 1989 episode "Samaritan Snare" in which Captain Picard must take a shuttle to a star base to repair his failing artificial heart.

The series *Star Trek: Deep Space 9* also employed this idea in the episode "Armageddon Game" (1994), when engineer Miles Obrien becomes deathly ill on a planet and must get to space station Deep Space 9 to be cured.

The film *Contact* (1997; based on the Carl Sagan novel from 1985) features a space station that is said to prolong the life of wealthy, cancer-ridden S.R. Hadden (EXHIBIT 68).



EXHIBIT 68

This common idea of traveling to a space station for medical care is also expressed by Plaintiff and Defendants in two entirely different plots and sequences

61

of events.  In Plaintiff's screenplay, Arlo must travel to Uberopolis to obtain
Drexlerin for his daughter only because she has little time to live and because the
curative drugs – which are normally available on Earth – are temporarily being
stored on Uberopolis to keep them from thieves.

In *Elysium*, Max suffers a fatal dose of radiation.  There is no cure on Earth
and never will be.  His only hope is to sneak onto Elysium and use a medical bay,
reserved only for citizens of Elysium, which has the ability to cure any sickness.
Other needy souls are eventually cured as a result of his efforts.

This is a key difference in the works.  The foundational idea in Defendants'
film is a class divide so great that some kind of revolutionary response is the only
remedy for Max. That is radically different than Plaintiff's plot, in which Arlo is
forced to travel to Uberopolis because the drug he wants for his daughter – and
only for his daughter – will not be made available on Earth in time to help her.

Additionally, the motivations for the protagonists traveling to the satellite
are very different.  In Plaintiff's work, Arlo has no medical problems of his own.
He selflessly travels to Uberopolis to get medication for his daughter.  Critical to
*Elysium*, on the other hand, is that Max abandons those around him and travels to
Elysium to save himself.  Initially, he even refuses to help his longtime friend Frey
whose daughter is dying of leukemia. It is only in the climactic scenes that Max

decides to sacrifice his life to help make Elysium's advanced medical bays available to the impoverished residents of Earth, including Frey's daughter.

In conclusion, the basic idea of needing health care from a satellite is not only common in the prior art, it is expressed very differently in *Butterfly Driver* and *Elysium*.

7.    A Hero Prone To Excruciating Headaches

Plaintiff alleges that the protagonists in both works suffer headaches, and that this shared element is evidence of copying (Amended Complaint p. 8, paragraph 46). The idea of a hero suffering headaches is common in science fiction (as it is in all drama). The following are just a few examples from science fiction films:

In the 1953 film version of Curt Siodmak's 1942 novel *Donovan's Brain*, Dr. Cory suffers his first debilitating headache and ends up on his knees after being put under the control of a disembodied brain (EXHIBIT 69, at 57:56).



EXHIBIT 69

In the 1970 film *Beneath the Planet of the Apes*, astronaut Brent suffers

crippling headaches (EXHIBIT 70; at 1:02:42) after being subjected to an assault

by telepathic mutants.



EXHIBIT 70

In the 1988 film *They Live*, hero John Nada – who is hunting for aliens posing as earthlings – suffers from migraines.

The short story "Where I Wasn't Going" (1963) by Leigh and Walt Richmond is set on a space station with an advanced medical bay and a hero who is injected with "sulph-hydral anti-radiation shots" resulting in "a headache" that leaves him "quite ill in the shower," causes him "to slash himself rather badly with the razor while shaving... and so weak he could hardly move." (EXHIBIT 71)



EXHIBIT 71

Case 1:13-cv-04460-TPG Document 502 Filed 06/26/14 Page 565 of 606

The comic book *Warp* (1983) is about an ordinary earthman who is about to become a space hero (on a space habitat) and who suffers crushing headaches (EXHIBITS 72 and 73).





EXHIBITS 72 and 73

 Notwithstanding that this is an oft-used plot device, headaches are expressed differently in *Butterfly Driver* and *Elysium*.  In Plaintiff's work, Arlo has long suffered a medical condition that gives him "ice-pick" headaches.  In *Elysium*, Max only suffers seizures because of a computer implant that has been surgically bolted into his head and a lethal software program that has inadvertently been downloaded to his brain. These are hardly the same.

    8.    <u>A "Keepsake" Necklace</u>

Plaintiff alleges that another similarity between his screenplay and *Elysium* is the protagonists in each story having "keepsake" necklaces that are important to them (Amended Complaint, p. 8, paragraph 46).

Such pendants and necklaces are a common device in films.  For example, it is one of the most iconic elements in the 1985 blockbuster *Rambo: First Blood Part II*. When the hero's beloved female companion Co Bao is slain, the muscular avenger dons the very feminine necklace (EXHIBIT 74 and 75).





EXHIBIT 74 and 75

A keepsake necklace is also prominently featured in the above-mentioned film *Contact* (1997) whose heroine ends up in space (EXHIBITS 76 and 77).

69





EXHIBITS 76 and 77

Not only is the idea of a necklace which has special meaning to a character

common, the nature and significance of the objects in the two works are very

different.  In *Butterfly Driver*, the keepsake is described as, "A large handmade

woven-yarn pendant of a YELLOW BUTTERFLY on a simple string" (screenplay,

p. 54) and it is given to the adult Arlo by a 25 year-old woman.  It is barely present

in the screenplay, it has no bearing on plot or character development, and it is one

of several such "keepsake" items used throughout.

70

In *Elysium*, Max's necklace is a metal chain with a locket that contains a photograph of Earth. It is given to Max when he's a boy by a much older caretaker and is akin to a lifelong beacon. It is something Max refers to constantly and which is notably present at his death.

There is nothing similar about the roles that the necklaces play in Plaintiff's screenplay and in *Elysium*.

9.    A genetically reprogrammed villain

 Plaintiff alleges that in his screenplay and *Elysium*, the villains have been genetically reprogrammed to look younger than they are (Amended Complaint p. 8, paragraph 46). This idea is hardly new: it dates back to Greek mythology when aged Zeus physically transformed into the likeness of beautiful Alcmene's handsome young husband in order to seduce her. Charles Dickens employed this conceit in his short fantasy story "The Magic Fishbone" (1867), in which Prince Certainpersonio is "waiting to be ninety" when an enchantment makes him young (p. 21).

In science fiction, the idea was previously used in *Supernova* (2000) (EXHIBITS 78 and 79), among many other works.



EXHIBITS 78 and 79

Regardless, it is not accurate to state that Plaintiff's screenplay and *Elysium* share the idea of a genetically reprogrammed villain. The "reveal" in Plaintiff's screenplay (p. 94) is that the main villain, President Drexler, only *claims* to have been genetically reprogrammed. In fact, he is actually the soldier Midland who adopted the identity of a soldier named "Drexler" and underwent plastic surgery. President Drexler looks younger than he claims to be only as a secondary byproduct of this subterfuge.

In *Elysium*, there is no villain who has been uniquely reprogrammed to look younger, as Plaintiff suggests. Secretary Delacourt may appear younger than she actually is because of her ability to access medical bays on Elysium which mask the effects of aging, but this is never highlighted in the film and it makes the Secretary no different than everyone else on Elysium. The villain Kruger has his

72

face rebuilt in a medical bay after it is blown apart by a grenade, but that does not fit Plaintiff's description of a villain who has been reprogrammed to look younger, and *no* reference is made to this fact in the film other than his looking less weather-worn than he once did.

## VI. CONCLUSION

Any elements the works of Plaintiff and Defendants happen to share are *scènes à faire* or are basic ideas that are alike only at the most abstract, general level of comparison and are exceedingly common in the prior art. The two works bear no resemblance to each other and can only be made to *appear* similar by erroneously comparing shared ideas at the most abstract level.

The approach taken by Plaintiff is fundamentally unreliable. By selectively emphasizing cherry-picked elements and de-emphasizing others, and then describing them in the abstract, it is possible to create false similarities between almost any two films. For example, one could isolate the following elements found in *Elysium*:

1. A beefy thug named Spider.

2. An ambitious woman who secretly conspires with a well-to-do businessman to control her district (Delacourt and Carlyle).

Case 4:13-cv-00435-JRH Document 567-2 Filed 06/26/14 Page 573 of 606

3. Unfeeling police (robots).

4. A major city setting (Los Angeles)

5. An impoverished setting in the city for part of the film (LA slums).

6. A woman wooed by a former boyfriend who is an ex-con (Frey by Max).

7. A major female character is stabbed and dies (Delacourt).

8. The ex-con dies in the end (Max).

9. There is an illegal underground operation (smuggling people to Elysium).

10. A main character receives keepsake jewelry (Max).

11. The urban populace in the film drinks and smokes to excess (the Los Angelians).

12. The hero carries secret information in his head (Max).

13. The story is set over a century from our time (2154)

In fact, each of these elements is also present, precisely as described above, in the 1933 Mae West film *She Done Him Wrong*. That film is set in New York's Bowery during the "Gay Nineties" (over a century ago) and is about a power-hungry entertainer named Lady Lou who is assisted by her beefy aide Spider, is courted by a former boyfriend – a crook, who dies at the climax – and who works

74

with a businessman to buy more buildings, all the while hounded by bullying cops. One of Lou's rivals, Rita, is stabbed to death after learning that Lou has been given a diamond keepsake by a mutual male friend. Other characters are secretly counterfeiters who smuggle their illicit bills. Still others are heavy drinkers and smokers. The hero is a clergyman who possesses secret knowledge: that he is, in fact, an FBI agent.

Needless to say, even though one can identify many abstract ideas that are present in both *Elysium* and *She Done Him Wrong*, the two works are in reality nothing alike.

One could apply the same exercise with Plaintiff's screenplay which utilizes many ideas that were expressed in the film *Soylent Green* – so much so that one could argue it was the inspiration for *Butterfly Driver*. Early in Plaintiff's script, President Drexler addresses the populace via television to extol the virtues of a government initiative which is the subject of the film. Similarly, early in *Soylent Green*, the leader – Governor Santini – appears on TV to celebrate the benefits of a new government initiative which is the subject of the film (EXHIBIT 80).



EXHIBIT 80

Both works open with the bloody murder of a leading citizen; both works feature police who have specially-equipped vehicles; both works have a secret facility the hero must infiltrate to obtain products that are guarded within. The scene on p. 39 of Plaintiff's screenplay, where characters talk wistfully about a time when "real meat" hotdogs were available, is similar to a scene in *Soylent Green* when one character says wistfully, "When I was a kid, you could buy meat anywhere!" (at 5:46).

Though this comparison may be superficially appealing, it exaggerates, quarantines, and over-emphasizes similarities in what are different works. It is likewise reductive and overbroad to describe Plaintiff's screenplay and *Elysium* as

76

similar. These works are clearly and deeply rooted in the prior art, using ideas that have been part of the language of science fiction for generations – in some cases, for millennia. If Plaintiff's screenplay and *Elyisum* share anything at all, it is only those basic science fiction ideas that have been utilized frequently in the past.

Further, Plaintiff repeatedly invokes necessarily vague language in comparing the two works because a comparison of the *expressive* specifics does not hold up under scrutiny. Any idea shared by Plaintiff's screenplay and *Elysium* is expressed dissimilarly, resulting in two completely different works with different stories, different sequences of events, different dialogue, and different characters.

Respectfully submitted, this 14th day of March, 2014

Jeff Rovin

# APPENDIX 1

Primary sources cited:

"The Magic Fishbone," 1867, *Masterpieces of Fantasy and Enchantment*, International Collectors Library, 1988

*The Time Machine* by H.G. Wells, 1895, Fawcett Premier edition, 1968

*The Iron Heel* by Jack London, 1907, Bantam Books edition, 1971

*Metropolis,* 1927, Kino Blu-ray DVD.

*After Worlds Collide* by Philip Wylie and Edwin Balmer, 1933, Paperback Library edition, 1970

*The Day the Earth Stood Still*, 1951, 20th Century Fox Home Video

"Abercrombie Station" by Jack Vance*, Thrilling Wonder Stories*, 1952

*Donovan's Brain*, 1953, MGM "Midnight Movies" DVD

*Space Platform* by Murray Leinster, Pocket Books edition, 1953

*Conquest of Space*, 1955, Paramount Home Video

*The Mysterians*, 1957, Toho Home Video

*Star Surgeon* by James White, 1963, Del Rey edition, 1981

"Where I Wasn't Going," *Analog Magazine*, October and November, 1963

*Magnus Robot Fighter 4000 A.D.* #1, Gold Key Comics, 1963

*Magnus Robot Fighter 4000 A.D.* #7, Gold Key Comics, 1964

*2001: A Space Odyssey*, 1968, Warner Home Video

"The Cloud Minders," 1969, *Star Trek*, Paramount Home Video

*The Green Slime*, 1969, Warner Brothers Archive Collection

*Beneath the Planet of the Apes*, 1970, 20th Century Fox Home Video

*Ringworld* by Larry Niven, Ballantine Books edition, 1970

*A Wizard in Bedlam* by Christopher Stasheff, DAW SF edition, 1970

*A Clockwork Orange*, 1971, Warner Home Video

*Silent Running*, 1972, Eureka Home Video

*Soylent Green*, 1973, Warner Home Video

*Phoenix* #1, Atlas Comics, 1975

*Planet of Vampires* #1, Atlas Comics, 1975

"The Stars My Salvation," *UFO and Alien Comix* #1, Warren Publishing, 1977

*Moonraker,* 1979, MGM Home Video

"The Dimensions of Greed," *Time Warp* #3, D.C. Comics, 1980

*The Transgalactic Guide to Solar System M-17* by Jeff Rovin, Perigee Books, 1981

"Paradise Lost," *Heavy Metal Magazine*, August, 1981

*The Anarch Lords* by A. Bertram Chandler, DAW SF edition, 1981

*The Taking of Satcon Station* by Barney Cohen and Jim Baen, Tor edition, 1982

"The Ugliest Woman in Creation," *1994* Magazine # 24, Warren Publishing, 1982

*Touch the Stars: Emergence* by John Dalmas and Carl Martin, Tor edition, 1983

*Warp* #1, First Comics, 1983

*Rock & Rule*, 1983, Unearthed Films Home Video

*Demolition Man*, 1983, Warner Home Video

*The Lagrangists* by Mack Reynolds, Tor Books edition, 1983

*Chaos in Lagrangia* by Mack Reynolds, Tor Books edition, 1983

*The Void Captain's Tale* by Norman Spinrad, Bantam Spectra edition, 1986

*Threshold* by Janet and Chris Morris, Roc edition, 1991

*Kamandi At Earth's End* #5, D.C. Comics, October, 1993

*Contact,* 1997, Warner Home Video

*A Second Chance at Eden* by Peter F. Hamilton (story collection), Pan Books edition, 1999

*Futurama*, 1999, 20th Century Fox Home Video

*Supernova* , 2000, MGM Home Video

*Spaced Out* , 2002, http://www.youtube.com/watch?v=j9WIm-T_XIA
http://www.youtube.com/watch?v=ptIZr0pHQOw

*Ministry of Space* #3, Image Comics, 2004

Case 1:13-cv-04507-PAE Document 662 Filed 06/06/14 Page 581 of 583
Case 1:17-cv-07175-APM Document 2-14 Filed 06/20/15 Page 580 of 606

APPENDIX 2

**Jeff Rovin Curriculum Vitae**

Jeff Rovin, One West Street, PH 10, NY, NY 10004, 212-742-7917,
Jeffrovin@aol.com

PUBLISHED BOOKS (from the earliest)

1.  A PICTORIAL HISTORY OF SCIENCE FICTION FILMS (reprinted as CLASSIC SCIENCE FICTION FILMS): NF/Citadel/1975

2.  HOLLYWOOD DETECTIVE: GARRISON: F/Manor/1975

3.  HOLLYWOOD DETECTIVE: THE WOLF: F/Manor/1975

4.  THE HINDENBURG DISASTER: F/Manor/1975

5.  OF MICE AND MICKEY: NF/Manor/1975

6.  THE FABULOUS FANTASY FILMS: NF/Barnes/1977

    Playboy Book Club/Movie Book Club

7.  FROM JULES VERNE TO STAR TREK: NF/Drake/1977

8.  THE SUPERNATURAL MOVIE QUIZBOOK: NF/Drake/1977

9.  THE GREAT TELEVISION SERIES: NF/Barnes/1977

    Nostalgia Book Club selection.

10. MOVIE SPECIAL EFFECTS: NF/Barnes/1977

11. THE FILMS OF CHARLTON HESTON: NF/Citadel/1977

    Movie Book Club

12. FROM THE LAND BEYOND BEYOND: The Films of Ray Harryhausen: NF/Berkley-Windhover/1977

13. MARS!: NF/Corwin-Pinnacle/1978

14. THE UFO MOVIE QUIZ BOOK: NF/Signet/1978

15. THE SUPER HERO MOVIE AND TV QUIZBOOK: NF/Signet/1979

16. THE FANTASY ALMANAC: NF/Dutton/1979

81

17. COUNT DRACULA'S VAMPIRE QUIZ BOOK: NF/Signet/1979

18. THE SIGNET BOOK OF MOVIE LISTS: NF/Signet/1979

19. THE ANDRASSY LEGACY: F/Jove/1981

20. THE TRANSGALACTIC GUIDE TO SOLAR SYSTEM M-17: F/
    Perigee/1981

21. THE SCIENCE FICTION COLLECTOR'S CATALOG: NF/Barnes/1982

22. THE SIGNET BOOK OF TV LISTS: NF/Signet/1982

23. THE SECOND SIGNET BOOK OF MOVIE LISTS: NF/Signet/1982

24. ALWAYS, LANA: NF/Bantam/1982 (bio of Lana Turner)

25. THE COMPLETE GUIDE TO CONQUERING VIDEOGAMES:
    NF/Macmillan/1982, Doubleday Book Club

26. RICHARD PRYOR: BLACK AND BLUE: NF/Bantam/1983 (bought by HBO
    in 1996 for a movie)

27. THE MADJAN: F/Charter/1984

28. WINNING AT TRIVIAL PURSUIT: NF/Signet/1984

    National Bestseller

29. IN SEARCH OF TRIVIA: NF/Signet/1984

    National Bestseller

30. TV BABYLON: NF/Signet/1984; revised 1987

31. JOAN COLLINS: NF/Bantam/1984

32. JULIO!: NF/Bantam/1985

33. THE ENCYCLOPEDIA OF SUPER HEROES: NF/Facts-On-File/1985
    Movie/Entertainment Book Club

34. STALLONE: A HERO'S STORY: NF/Pocket Books/1985

35. APRIL FOOL'S DAY: F/Pocket Books/1986

Case 1:13-cv-04679-PFM Document 80 Filed 01/20/14 Page 582 of 606
Case 1:13-cv-04679-PFM Document 80-2 Filed 01/20/14 Page 83 of 93

36. 1,001 GREAT JOKES: NF/Signet/1987

37. THE RE-ANIMATOR: F/Pocket Books/1987

38. THE ENCYCLOPEDIA OF SUPER VILLAINS: NF/Facts-On-File/1987

39. STARIK: F/Dutton/1988 (Pinnacle/paperback/1989)

40. DAGGER: F/Charter/1988

41. HOW TO WIN AT NINTENDO GAMES: NF/St. Martins/1988 updated 1989

    National Bestseller

42. 1,001 MORE GREAT JOKES: NF/Signet/1989

43. FORCE FIVE: DESTINATION ALGIERS: F/Lynx/1989

44. FORCE FIVE: DESTINATION STALINGRAD: F/Lynx/1989

45. FORCE FIVE: DESTINATION NORWAY: F/Lynx/1989

46. THE ENCYCLOPEDIA OF MONSTERS: NF/Facts-On-File/1989

47. 1,001 GREAT ONE-LINERS: NF/Signet/1989

48. HOW TO WIN AT NINTENDO GAMES 2: NF/St. Martins, 1989

49. HOW TO WIN AT NINTENDO GAMES 3: NF/St. Martins, 1990

50. THE RED ARROW: F/Dutton/1990

51. THE SPIRITS OF AMERICA: NF/Pocket Books/1990

52. 500 HILARIOUS JOKES FOR KIDS: NF/Signet/1990

53. 500 MORE HILARIOUS JOKES FOR KIDS: NF/Signet/1990

54. THE UNAUTHORIZED TEENAGE MUTANT NINJA TURTLES QUIZ
    BOOK: NF/St. Martins/1990

55. HOW TO WIN AT NINTENDO SPORTS GAMES: NF/St. Martins, 1990

56. HOW TO WIN AT SUPER MARIO BROS. GAMES: NF/St. Martins, 1990

57. SIMPSON FEVER! NF/St. Martins, 1990

58. 1,001 GREAT SPORTS JOKES: NF/Signet/1991

59. HOW TO WIN AT SEGA/GENESIS GAMES: NF/St. Martins, 1991

60. THE ILLUSTRATED ENCYCLOPEDIA OF CARTOON ANIMALS: NF/Prentice Hall   Press/1991

61. TV BABYLON 2: NF/Signet/1991

62. HOW TO WIN AT GAME BOY GAMES: NF/St. Martins/1991

63. HOW TO WIN AT NINTENDO GAMES 4: NF/St. Martins/1991

64. LUKE MANIA/JASON FEVER: NF/Berkley/1991

65. LAWS OF ORDER: NF/Ballantine/1992

66. 500 GREAT LAWYER JOKES: NF/Signet/1992

67. 500 GREAT DOCTOR JOKES: NF/Signet/1992

68. 1,001 GREAT PET JOKES: NF/Signet/1992

69. HOW TO WIN AT SUPER NES GAMES: NF/St. Martins/1992

70. THE BEST OF HOW TO WIN AT NINTENDO GAMES: NF/St. Martins/1992

71. THE WORLD ACCORDING TO ELVIS: NF/HarperCollins/1992

72. THE LASERDISC FILM GUIDE: NF/St. Martins/1993

73. THE FIRST GOOD NEWS/BAD NEWS JOKE BOOK: NF/Signet/1993

74. SPORTS BABYLON: NF/Signet/1993

75. COUNTRY MUSIC BABYLON: NF/St. Martins/1993

76. CLIFFHANGER: F/Berkley/1993

77. THE SECOND GOOD NEWS/BAD NEWS JOKE BOOK: NF/Signet/1994

78. THE UNBELIEVABLE TRUTH!: NF/Signet/1994

79. WHAT'S THE DIFFERENCE?: NF/Ballantine/1994

80. BACK TO THE BATCAVE! with Adam West: NF/Berkley/1994

81. DINOMITE DINOSAUR JOKES: F/Pocket Books/1994

82. GAMEMASTER: HOW TO WIN AT SUPER NES GAMES: NF/St. Martins/1994

83. GAMEMASTER: HOW TO WIN AT SEGA GENESIS GAMES: NF/St. Martins/1994

84. ELLEN!: NF/Pocket/1994

85. ADVENTURE HEROES: NF/Facts on File/1995

86. GAMEMASTER: HOW TO WIN AT VIDEOGAMES: NF/St. Martins/1995

87. DUMB MOVIE BLURBS: NF/Berkley/1995

88. ROBOTS, SPACESHIPS, AND ALIENS: NF/Facts on File/1995

89. MORTAL KOMBAT: F/Boulevard Books/1995

90. CAT ANGELS: F/HarperCollins/1995

91. KELSEY GRAMMER: NF/HarperCollins/1995

92. BROKEN ARROW: F/Berkley/1995

93. TOM CLANCY'S OP-CENTER: F/Berkley/1995: New York Times #1 bestseller

94. TOM CLANCY'S OP-CENTER: MIRROR IMAGE: F/Berkley/1995: New York Times Bestseller

95. TOM CLANCY'S OP-CENTER: GAMES OF STATE: F/Berkley/1996: New YorkTimes Bestseller

96. TOM CLANCY'S OP-CENTER: ACTS OF WAR: F/Berkley/1997: New York Times Bestseller

97. THE ESSENTIAL JACKIE CHAN: NF/Pocket Books/1997

98. THE GAME: F/Boulevard Books/1997

99. TOM CLANCY'S OP-CENTER: BALANCE OF POWER: F/Berkley/1998: New York Times Bestseller

100. THE RETURN OF THE WOLF MAN: F/Boulevard Books (MCA)/1998

101. VESPERS: F/St. Martins/1998 (bought by Touchstone and Sonnenfeld-Josephson for a motion picture; Book of the Month Club Main Selection; Random House Audio Book)

102. TOM CLANCY'S OP-CENTER: STATE OF SIEGE: F/Berkley/1999: New York Times Bestseller

103. ST. WAR: F/Berkley/2000 (optioned by Bob Rehme Productions for a TV mini-series)

104. FATALIS: F/St. Martins/2000 (optioned by Universal Pictures for Sylvester Stallone)

105. TOM CLANCY'S OP-CENTER: DIVIDE AND CONQUER: F/Berkley/2000: New York Times Bestseller

106. ST. WAR: DEAD RISING F/Berkley/2004

107. TOM CLANCY'S OP-CENTER: LINE OF CONTROL: F/Berkley/2001: New York Times Bestseller

108. TOM CLANCY'S OP-CENTER: MISSION OF HONOR: F/Berkley/2002: New York Times Bestseller

109. TOM CLANCY'S OP-CENTER : SEA OF FIRE: F/Berkley/2003: New York Times Bestseller

110: TOM CLANCY'S OP-CENTER: CALL TO TREASON: F/Berkley/2004 New York Times Bestseller

111: TOM CLANCY'S OP-CENTER: WAR OF EAGLES: F/Berkley/2005

New York Times Bestseller

112. UNIT OMEGA: LOCH NESS: F/Berkley/2004 (as Jim Grand)

113: UNIT OMEGA: MEDUSA: F/Berkley/2004 (as Jim Grand)

114: TEMPEST DOWN: F/St Martins/2004

115: ROGUE ANGEL: F/St Martins/2005

116: THE DEVIL'S RANGERS: F/Berkley/2006 (as Jim Grand)

117: CONVERSATIONS WITH THE DEVIL: F/Tor/2007

118: DON'T EVEN THINK ABOUT TELLING THIS JOKE AT WORK: F/Berkley/2007 (as Henry Bergen)

119: DON'T EVEN THINK ABOUT TELLING THIS JOKE TO YOUR LAWYER: F/Berkley/2007 (as Henry Bergen)

120: GOLDIE'S LOX AND THE THREE BAGELS: F/Kensington/2007 (as Lila Dubinsky)

121: MOTHER GOOSEBERG'S NURSERY RHYMES: F/Kensington/2008 (as Lila Dubinsky)

122: ERNIE: The autobiography of Ernest Borgnine; NF/Kensington/2008 (Ghostwritten)

123: YINGLISH: Jewish-American neologisms; F/Kensington/2009 (as Sasha Klotz)

124: 3:10 TO BOCA: Jewish Westerns: F/Kensington/2009 (as Zane Greyberg)

125: ONE FOOT IN THE GRAVY: F/Kensington/2011 (as Delia Rosen)

126: (Confidential, ghostwritten New York Times bestseller): F/St. Martins/2012

127: BLOOD OF PATRIOTS: F/Kensington/2012 (as William Johnstone)

128: THE OPERATIVE: F/Kensington/2012 (as Andrew Britton)

129: KILLER IN THE RYE: F/Kensington/2012 (as Delia Rosen)

130: FROM HERRING TO ETERNITY: F/Kensington/2013 (as Delia Rosen)

131: (Confidential, ghostwritten sequel to 126) F/St. Martin's/2013

132: (Confidential, ghostwritten novel) F/Headline Books/2013

133: TO KILL A MATZOBALL: F/Kensington/2014 (as Delia Rosen)

134: THE COURIER: F/Kensington/2014 (as Andrew Britton)

135: CRY ME A LIVER: F/Kensington/2014 (as Delia Rosen)

136: EARTHEND: VISION OF FIRE: F/Simon & Schuster/2014 with Gillian Anderson

137: (Confidential, ghostwritten sequel to 132) F/Headline Books/2015

138: THE PROPHET: F/Kensington/2015 (as Andrew Britton)

139: EARTHEND: A DREAM OF ICE: F/Simon & Schuster/2015 with Gillian
Anderson

140: (Confidential, ghostwritten sequel to 131) F/St. Martin's/2015

141: EARTHEND: A SOUND OF SEAS: F/Simon & Schuster/2016 with Gillian
Anderson


DVD AUDIO COMMENTARY

Perhaps Love (2007)

Dragon Tiger Gate (2007)

Shamo (2008)

Sleepy Eyes of Death (2009)


SHORT STORIES

1. "The Horse that Jack Built," Analog Yearbook, Avon, 1979

2. "A Knight at the Opera," The Further Adventures of Batman: Catwoman:
Bantam, 1992

3. Gotham City 14 Miles: Afterword for Batman book: Sequart Research &
Literacy       Organization, 2010


SELECTED MAGAZINES

IN TOUCH Magazine (Bauer Publications): (Content consultant, March, 2014 -
present)

THE BROADSHEET (film columnist, November, 2009 to October, 2012)

WEEKLY WORLD NEWS (freelance editor-in-chief, March, 2005 -August,
2007): Paranormal, monster and extraterrestrial reportage.

SCIENCE FICTION CHRONICLE: 1990 - 2007 (monthly film/DVD/TV/Comic book column, "SF Cinema")

FASCINATING FACTS FROM THE BIBLE: NEW TESTAMENT (2001)

FASCINATING FACTS FROM THE BIBLE (1995)

I WISH I'D THOUGHT OF THAT (1995)

GREAT AMERICAN GHOST STORIES (1994)

MYSTERY SCENE: 1994-1998 (film column, "Mystery Media"), 1999 - 2001 (monthly film column, "Mystery Scinema") (also ran on Hollywood.com)

MAD MAGAZINE: 1986 -1998 (monthly "quote" from Alfred E. Neuman)

LADIES HOME JOURNAL: 1978 - 1993 (celebrity interviews)

EYE-ON: 1984 -1985 (publisher/editor magazine of pop-culture)

VIDEOGAMING ILLUSTRATED: 1982 - 1984 (publisher/editor)

OMNI: 1980 -1982 (monthly film column)

ANALOG: 1975 -1980 (film articles)

HARVEY COMICS: writer, NEW KIDS ON THE BLOCK comic book

ARCHIE COMICS: writer for LAUGH comic book

CRACKED MAGAZINE (humor)

MUPPET MAGAZINE (humor)


TV SERIES

ACCESS HOLLYWOOD, 1997 - 1999, consultant to syndicated entertainment series.

ENTERTAINMENT TONIGHT, 1994-5, daily consultant.

THOMASON, Linda Bloodworth and Harry, 1993-5, consultant on prime time series Designing Women, Evening Shade and Hearts Afire.

TRIVIA TRAP: written for Mark Goodson Productions. Aired on ABC 1984-5.

89

OMNI TV SHOW: writer/consultant, 1980.


MEDIA CONSULTANT

WORLD TRADE ART GALLERY: December, 2013 – present: curator of comic
book and Animation art.

APPLE/NATIONAL ENQUIRER: December, 2011 - August, 2012: Editor,
Enquirer-Plus iPad App

RadarOnline: October, 2008 – March, 2009: Oversaw the transition from print to

web-based, including dramatic demographic shift.

BIG Entertainment (now Hollywood Media) 1996-7 (consultant on comic books,
graphic novels, novels, toys, and multimedia enterprises)

DC COMICS 1986-9 (consultant book publishing program)

BLOCKBUSTER VIDEO 1992-3 (consultant on improving rentals)

ENCYCLOPEDIA AMERICANA 1988-91 (wrote entries on popular culture)

LJN 1986 (national spokesperson for Photon toy)

WORLD BOOK ENCYCLOPEDIA 1981-83 (consultant on film coverage)

MGM 1981 (creative consultant on film CLASH OF THE TITANS and developed
motion picture THAT'S SPECIAL EFFECTS!)

WARREN PUBLISHING COMPANY 1976 – 1983 (consultant, special projects
editor)

CONDE NAST 1975 (created touring science fiction film program)

PETER PAN INDUSTRIES 1975 (packaged series of STAR TREK records)

SCHOLASTIC MAGAZINES 1975 (consultant, fantasy publications)


STAFF EMPLOYMENT

(1971-75; freelance since then)

90

Editor, Seaboard magazines and comics, 1974-5: superhero and horror comics, romance magazines, puzzle books, etc.

Associate Editor, Warren magazines 1973-4, including FAMOUS MONSTERS, CREEPY, VAMPIRELLA, others. Ran Captain Company mail order division.

Copywriter, Country Studios Advertising, 1972-3.

Assistant Editor, DC Comics, 1972. Wrote for comic books TARZAN, LOIS LANE, LEGION OF SUPER-HEROES, GI WAR STORIES, SGT. ROCK, others. Worked with Gloria Steinem on Wonder Woman book.

Assistant Editor, Skywald Publishing, 1971-2. Worked on horror and science fiction comics.

Editorial Assistant, Beagle Books (Ian Ballantine): 1970


ACTIVE PROFESSIONAL MEMBERSHIPS

AUTHORS GUILD

SCIENCE FICTION AND FANTASY WRITERS OF AMERICA

MYSTERY WRITERS OF AMERICA

WESTERN WRITERS OF AMERICA

HORROR WRITERS ASSOCIATION

ROMANCE WRITERS OF AMERICA

THE INTERNATIONAL ASSOCIATION OF MEDIA TIE-IN WRITERS

APPENDIX 3

Legal matters in which I have provided testimony during the past five years. The party on whose behalf I testified is underlined, and the names of the works at issue are in quotations following each party's name.

| CASE NAME | COURT |
|---|---|
| Mark Gable ("Karma") v. NBC ("My Name is Earl") | C.D. Cal. |
| Warren Publishing Company v. J. David Spurlock | E.D. Pa. |
| James Muller ("The Lost Continent") v. Twentieth Century Fox ("Alien vs. Predator") | S.D.N.Y. |
| Joseph Davis ("Animal's Night Out") v. DreamWorks Animation ("Madagascar") | S.D. Fla. |
| Yolanda Buggs ("Critter Island") v. DreamWorks Animation ("Flushed Away") | C.D. Cal. |
| Terence Dunn ("Zen-Bear") v. DreamWorks Animation ("Kung Fu Panda") | Cal. Sup. Ct. |
| Summit Entertainment ("Twilight") v. Beckett Media | C.D. Cal. |
| Anthony Spinner ("Lost") v. ABC ("Lost") | Cal. Sup. Ct. |
| Corbello v. DeVito ("Jersey Boys") | D. Nev. |
| Chuck Zito ("Nomads") v. FX ("Sons of Anarchy") | Cal. Sup. Ct. |
| CBS ("Big Brother") v. ABC ("Glass House") | C.D. Cal. |
| Don Bellisario v. CBS ("NCIS") | Cal. Sup. Ct. |
| Bryant Moore ("Aquatica/Pollination") v. Lightstorm Entertainment ("Avatar") | D. Md. |
| Randall Shuptrine ("Woodsculpting") v. | |

       <u>Scripps Network</u>  ("Man Caves")             Chanc. Ct. Tenn.

Jayme Gordon ("Panda Power") v.

       <u>DreamWorks Animation</u>   ("Kung Fu Panda")      D. Mass.

1          Pages 1 - 13

2              UNITED STATES DISTRICT COURT

3              NORTHERN DISTRICT OF CALIFORNIA

4          BEFORE THE HONORABLE PHYLLIS J. HAMILTON

5    STEVE KENYATTA WILSON BRIGGS    )
                                     )
6         Plaintiff,                 )    NO. 4:13-cv-04679
                                     )
7         v.                         )
                                     )    Oakland, California
8    NEILL BLOMKAMP, SONY PICTURES   )
     ENT., INC., TRISTAR PICTURES,   )    Wednesday
9    INC., MEDIA RIGHTS CAPITAL,     )    September 3, 2014
     QED INTERNATIONAL,              )
10                                   )    9:00 A.M.
          Defendants.                )
11   _____ )

12              TRANSCRIPT OF PROCEEDINGS

13   APPEARANCES:

14   For Plaintiff:
                    Steve Kenyatta Wilson Briggs
15                  681 Edna Way
                    San Mateo, CA 94402
16                  510-200-3763
                    Email: Snc.steve@gmail.com
17
          BY:    STEVE KENYATTA WILSON BRIGGS
18               PRO SE PLAINTIFF

19   For Defendants:
                    Kinsella Weitzman et al LLP
20                  808 Wilshire Blvd 3FL
                    Santa Monica, CA 90401
21                  310-566-9855
                    Fax: 310-566-9850
22                  Email: Mkump@kwikalaw.com

23        BY:    MICHAEL JOSEPH KUMP
                 ATTORNEY AT LAW
24

25   (Appearances continued on the following page)

1    APPEARANCES:

2    For Defendants:

3                        Kinsella Weitzman et al LLP
                        808 Wilshire Blvd 3FL
4                        Santa Monica, CA 90401
                        310-566-9800
5                        Fax: 310-566-9850
                        Email: Gkorn@kwikalaw.com WHITE & CASE LLP
6
7          BY:      GREGORY PHILIP KORN
                        ATTORNEY AT LAW

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   *Reported by Kelly Polvi, CSR, RMR, FCRR, Contract Reporter*

25   *United States District Court, Northern District of California*

1    <u>SEPTEMBER 3, 2014</u>                    <u>9:52 A.M.</u>

2                    P R O C E E D I N G S

3                        ---oOo---

4        **THE CLERK:**  Calling Civil Case No. 13-4679, Briggs versus

5    Blomkamp, et al.

6        Appearances?

7        **MR. KUMP:**  Good morning, Your Honor, Michael Kump for

8    defendants.

9        **THE COURT:**  Good morning.

10       **MR. BRIGGS:**  Good morning, Your Honor, I'm Steve Wilson

11   Briggs, Plaintiff.

12       **THE COURT:**  Good morning.

13       **MR. KORN:**  Good morning, Your Honor.  Greg Korn, also on

14   behalf of the defendants.

15       **THE COURT:**  All right.  Good morning.

16       All right.  This matter's on for hearing on the cross

17   motion for summary judgment.  We have one from each side.

18       We'll hear -- the defendants' motion encompasses most of

19   the arguments raised in Plaintiff's motion, as well as a few

20   others, so we'll start, first, with defendants' motion.

21       **MR. KUMP:**  Yes, Your Honor.  We have briefed these issues

22   extensively, but what I would like to do is just spend a couple

23   of minutes to augment a few points, cite the Court a couple of

24   additional cases that we think are on point.

25       And let me just jump in and start with the access issue.

1   I think we've established that there is none of the, quote,

2   significant affirmative and probative evidence of access that's

3   required under the case law.  We have simply speculation and

4   conjecture, and that speculation's rebutted by

5   Mr. Blomkamp's Declaration.

6       I just want to pay some particular additional attention

7   to this issue of widespread dissemination.

8       There was an argument by Mr. Briggs -- I believe it was

9   in opposition to our motion.  It was just in passing.  It was

10  sort of a one-sentence mention of widespread dissemination.

11  And we cited to the Court *Art Attacks*, which is the Ninth

12  Circuit case, which said that merely posting on the Internet is

13  not sufficient.

14      And I just thought I would bring a couple of other cases

15  to the Court's attention on the same issue.

16      One of them is called *Chafir v. Mariah Carey*.  That's

17  C-h-a-f-i-r.  **2007 WL 2702211**.

18      **THE COURT:**  It not in your papers?

19      **MR. KUMP:**  It's not, Your Honor.  I just -- I feel like

20  it's an additional case we should bring to the Court's

21  attention.  I apologize that it wasn't in the initial papers.

22      **THE COURT:**  Did it just come out?

23      **MR. KUMP:**  No.  No, it didn't, Your Honor.  It's just

24  that, in doing some additional research on the particular

25  issue, I found that case, subsequent to briefing.

1    If it's something Your Honor does not want to consider --

2    **THE COURT:** I prefer not because the plaintiff doesn't

3    have an opportunity to respond to any new authority, which is

4    why you're supposed to bring it to my attention in writing.

5    **MR. KUMP:** I understand, Your Honor. We did cite the

6    *Art Attacks* case, so what I'll do is call attention to a couple

7    of things that the Ninth Circuit said in that case, which is

8    they give examples of sales in the thousands of -- you know,

9    copies of a particular item, saying that's not sufficient.

10   It does talk about merely posting on the Internet not

11   being sufficient.

12   I think it's clear here we do not have widespread

13   dissemination. We have the posting of this screenplay for a

14   limited period -- it was February to August 2007 -- on a single

15   website, and there's no evidence in the record of how many

16   people actually viewed it on that website.

17   So I think it's clear, as a matter of law, we don't have

18   widespread dissemination, we don't have evidence of access.

19   And so the standard that applies here is a striking

20   similarity standard.

21   There was some debate over what that means. I think

22   we've established -- whether it's under the *Selle* case that

23   Mr. Briggs cites, under the local authority here in California

24   that we cite --

25   **THE COURT:** The Ninth Circuit hasn't given --

1    MR. KUMP:  The Ninth Circuit actually hasn't, to my

2  knowledge -- I apologize -- hasn't specifically weighed in and

3  said, "This is exactly what we mean by 'striking similarity.'"

4  It certainly has adopted that standard in *Three Boys Music* as

5  to what it exactly means.

6        No, I'm not aware of a case where the Circuit

7  specifically says.

8        There are several District Court cases in California.

9  *Stewart v. Wachowski*, which we cited; *Bernal*, which we cited.

10  Those discuss the standard.

11        And they -- I think at least one of them cites to *Nimmer*.

12        Basically the standard is similar to *Selle*.  You would

13  have to establish that these similarities are so overwhelming

14  that it is, in essence, impossible, inconceivable, not

15  reasonably possible, something like that, that the work was

16  independently created.

17        The distinction in the approach that's been taken here --

18  and this is what we emphasize on our briefs -- is while

19  defendants have been focusing -- and do focus, as well,

20  requires -- on the, quote, actual concrete elements of the

21  works, that *Funky Films* term.  I think it may be from verbiage,

22  but that's the term that gets used.

23        While we're focusing on that level, Mr. Briggs is

24  focusing on this level of abstraction where you're taking the

25  plots, the characters, stripping them of all of their

1    expression, of all of the specific details that merely make up

2    the story and make up the character, and looking at these

3    incredibly over-generalized abstractions of these elements to

4    try to draw comparisons that the observer will not find when

5    reading or watching these works.

6         In preparation for today, I tried to take a critical eye,

7    and I went back through.  I started by reading both the

8    purported screenplay for *Elysium*, watched the film, and then

9    read Mr. Briggs' screenplay.  And I did so with the following

10    question, which I think is the appropriate question under Ninth

11    Circuit law, which is okay, does any of this occur in *Elysium*?

12    Can I find one thing, one specific thing from this screen play

13    by Mr. Briggs, that occurs in Defendants' film or in the

14    purported underlying screenplay for it?

15         And respectfully, we don't believe there is a single

16    concrete element from that script that can be found in our

17    clients' works, or in that, again, purported underlying

18    screenplay for it.

19         I will note that the screenplay that Mr. Briggs has

20    submitted is substantially similar to the film version of

21    *Elysium*.  There are some distinctions in dialogue.  The basic

22    story is the same.  So whether the comparison is to that

23    document, which is submitted with the First Amended Complaint,

24    or to the film version, you get to the same result, which is we

25    can't come up with a single scene from Mr. Briggs' film that

1    has been replicated in our clients' works.  At most what you

2    can find is this incredibly generalized idea of, say, a space

3    station with a protagonist who's traveling there for some kind

4    of medical care.

5        If Your Honor looks at cases -- particularly *Benay* and

6    *Funky Films*, for example, if we want to see exactly what the

7    Ninth Circuit thinks the standard is -- we are not even in the

8    universe of the kind of similarities that existed in those

9    cases, and those were summary judgment cases.

10        The question might come up, "Well, is there some gravity

11    to the number of these abstract similarities that Mr. Briggs

12    has come up with?"  In one case it was 14; in his motion, it

13    was 18.  There's not.

14        And I would point the Court to a few cases that we cited.

15    *Quirk*, for example, which is from the Northern District,

16    disregarded 35 pages of such similarities, finding that they

17    were subjective, they were unfair characterizations.

18        *Bernal*, from the Central District, disregarded, quote,

19    many pages of plot comparisons, also finding that they were

20    mischaracterizations.

21        The *Idema* case -- I-d-e-m-a -- disregarded 106

22    similarities.

23        *Overman*, which was the Central District, disregarded 19

24    points.

25        And all for the same reasons that we believe these

1    abstract similarities should be disregarded here.  They are

2    based heavily on mischaracterizations of the works.

3        And when you add the slightest detail, just the barest

4    amount of detail to these highly-generalized ideas that were

5    being compared, all similarities vanish.  There is just -- at

6    the level of expressive elements, there really is not one

7    single expressive copy-writable similarity between the works.

8        Certainly the similarities that Mr. Briggs has been able

9    to put together here are far fewer than what we see in *Benay*,

10    in *Funky Films*, and several other cases we've cited.

11        And so for all these reasons, Your Honor, we respectfully

12    believe it's just not even a close case here on striking

13    similarity and summary judgement should be granted for the

14    defendants.

15        **THE COURT:**  Okay.

16    Mr. Briggs.

17        **MR. BRIGGS:**  Do you mind if I get some water?

18        **THE COURT:**  Oh, of course not.

19        **MR. BRIGGS:**  Is this --

20        **THE CLERK:**  That's water.

21        **MR. BRIGGS:**  I'm terribly sorry, I wasn't -- I'll do my

22    best to give some sort of oral presentation.  I wasn't aware

23    that that was expected today; I thought I would just receive

24    Your Honor's opinion on the matters.

25        So I'll attend, to the best of my ability, any questions

1    you may ask.

2         I think that I've stated my case as effectively as I was

3    able, under the circumstances, in my Complaint and my Motion

4    for Summary Judgment and my Opposition.

5         I disagree wholeheartedly about widespread access.  The

6    site that my screenplay was posted on is a unique site, a

7    screenwriting website.

8         Again, was singled out by *Time Magazine* as one of the

9    50 -- I think it was 50 most -- I think it was interesting or

10   best websites out there.  And on that website it was available

11   to a unique market of people who were interested in

12   screenwriting, interested in screenplays.

13        And it was -- it still is an interactive website that

14   caters to a unique population with, at one point, at least over

15   a hundred thousand people.  I'm not sure what it currently has

16   or what it had, exactly, in 2007.

17        So I think that that --

18        **THE COURT:**  A hundred thousand people did what?

19        **MR. BRIGGS:**  Oh, a hundred thousand members who signed up

20   and were participating in 2004.  That was a date that I got

21   clear information.  I wasn't able to get specific information

22   for 2007 or even now.

23        **THE COURT:**  What does it mean to be a participating

24   member?

25        **MR. BRIGGS:**  You sign up.  You sign up and you can access

1     the screenplays.  You can submit your work.  You can submit

2     your films.

3          And I think that at that time -- I made it clear in my

4     Summary Judgment and in my Complaint that in 2007 Neill

5     Blomkamp was strictly a short filmmaker, and triggerstreet was

6     there for short filmmakers to post their work and see what

7     other short filmmakers were doing.

8          **THE COURT:**  But you have no evidence that he did, in

9     fact --

10          **MR. BRIGGS:**  I do not.

11          **THE COURT:**  -- post his work.

12     No, no, no.

13          **THE COURT:**  Excuse me.

14     Sign up for the website service, post his work, or read

15     your work.

16     Do you have any evidence that he did any of those things?

17          **MR. BRIGGS:**  No.

18     I did explain in my Motion that people can sign up -- and

19     they do, anonymously, and they can interact at whatever level

20     they see fit.  If they just want to read screenplays or view,

21     they can do that, or they can post work.

22          **THE COURT:**  Is that the only place where he could have

23     gotten your screenplay?

24          **MR. BRIGGS:**  That's the only place that I posted the

25     entire screenplay.  And it's also the only place of certain

1    things that I kept very confidential in all of my mailings to,

2    you know, various filmmaking agencies and agents.

3        There's certain things that I omitted, such as the

4    headache.

5        And that's the only place, yes, that that information

6    could have been found.

7    **THE COURT:** Okay. All right.

8        So that's the only place where all of the information

9    could have been found, and you have no evidence that he was a

10    member of the website, that he posted his own work on the

11    website, or that he read other things on the website.

12    **MR. BRIGGS:** No evidence.

13    **THE COURT:** Okay. So your allegation that he had access

14    is simply that it was available, if he wanted to access it.

15    **MR. BRIGGS:** That's it.

16    **THE COURT:** Okay. Okay. All right.

17    Anything else?

18    **MR. BRIGGS:** If you have specific questions, I might -- I

19    wholly disagree with, you know, everything that's put forth.

20        I think I did my best to make a clear, cohesive argument,

21    and I don't think that it's -- the two works are -- at no point

22    did I restrict myself to a striking similarity standard. I did

23    mention that, but I didn't propose that that's all I'm

24    restricted to or anything.

25        But I disagree that the two works are -- that my

1    similarities are from some sort of distant, remote --

2         I think up close, you know, the characters, there's

3    clearly differences.  But when you describe the story, you

4    cannot help but transgress my copyright property heavily.

5         Clearly, we may have a difference of opinion, but I do

6    believe that logic is in my favor.

7         THE COURT:  All right.

8         Any response?

9         MR. KUMP:  Nothing further, Your Honor.

10        THE COURT:  All right.

11        The matter's submitted.  We'll issue a written opinion.

12        MR. BRIGGS:  Okay.

13        THE COURT:  And with regard to the earlier motion to

14   disqualify the expert, now that I understand how the expert's

15   being used I will rule on that as well.

16        MR. KUMP:  Thank you, Your Honor.

17        MR. KORN:  Thank you, Your Honor.

18        THE COURT:  All right.  We're adjourned.

19        (Whereupon, the proceedings were adjourned at 10:07 A.M.)

20

21

22

23

24

25

<u>CERTIFICATE OF CONTRACT REPORTER</u>

I, Kelly Lee Polvi, certify that pursuant to Section 753, Title 28, United States Code, that the foregoing is a true and correct transcript of the stenographically-reported proceedings held in the above-entitled matter and that the transcript format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 6th day of December, 2014.

Kelly Lee Polvi
CA CSR No. 6389
Registered Merit Reporter
Federal Certified Realtime Reporter