Ninth Circuit Case Number: **14-17175**

# Certificate of Service

When All Case Participants are Registered for the Appellate CM/ECF System

    I hereby certify that I electronically filed the foregoing, notifying with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF on (date) **February 9th, 2015**.

    I certify that all participants in the case are registered CM/ECF users and that the service will be accomplished the appellate CM/ECF system.

Signature: /s/ Steve Wilson Briggs

Steve Wilson Briggs,

Appellant/Plaintiff