No. 14-17175
_____

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
_____

STEVE WILSON BRIGGS

*Plaintiff-Appellant*

v.

SONY PICTURES ENTERTAINMENT, INC., NEILL BLOMKAMP, ET AL

*Defendants-Appellee*
_____

On Appeal from the United States District Court
for the Northern District of California
Case No. 4-13-cv-04679

Hon. Judge Phyllis J. Hamilton
_____

**MOTION TO FILE SUPPLEMENTAL EXCERPTS OF RECORD**
_____

Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402
(510) 200 3763
Snc.steve@gmail.com


*Appellant In Propria Persona*

Appellant/Plaintiff, Steve Wilson Briggs, respectfully submits this Motion to File Supplemental Excerpts of Record.

The Plaintiff makes this motion to add one exhibit (Exhibit M), from his FAC, to the record of excerpts in order to support facts and claims contained in the Plaintiff's recently filed *Motion To File A Substitute Or Corrected Brief*, which had attached to it a corrected Opening Brief (although the Plaintiff may have filed the motion under the wrong filing type, the extremely efficient Ninth Circuit's Clerk's office personnel corrected the problem and informed the Plaintiff of his mistake). This single-exhibit supplemental excerpts of record is attached to this motion.

There is **Good Cause** for this motion as it supports facts and claims regarding *widespread distribution* of the Plaintiff's screenplay, which is a central question in this dispute.

For the foregoing reasons, the plaintiff respectfully requests the Court grant this Motion to File Supplemental Excerpts of Record.

Dated: February 24, 2014

Respectfully Submitted:  /s/ Steve Wilson Briggs
Steve Wilson Briggs
Plaintiff, Pro se
681 Edna Way
San Mateo, CA 94402
(510) 200 3763
snc.steve@gmail.com

1