Ninth Circuit Case Number: **14-17175**

Certificate of Service

of:

**MOTION TO FILE SUPPLEMENTAL EXCERPTS OF RECORD**

I hereby certify that I electronically filed the document(s) titled "**MOTION TO FILE SUPPLEMENTAL EXCERPTS OF RECORD**," notifying with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF on **February 24th, 2015**.

I certify that all participants in the case are registered CM/ECF users and that the service will be accomplished the appellate CM/ECF system.

Signature: /s/ Steve Wilson Briggs

Steve Wilson Briggs,

Appellant/Plaintiff