| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | MAR 06 2015 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| STEVE K. WILSON BRIGGS,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>SONY PICTURES ENTERTAINMENT, INC.; et al.,<br><br>    Defendants - Appellees. | No. 14-17175<br><br>D.C. No. 4:13-cv-04679-PJH<br>Northern District of California, Oakland<br><br><br>ORDER |

 Appellant's motion for leave to file a substitute-corrected brief is granted. The Clerk shall file the substitute-corrected opening brief and strike the opening brief filed on February 19, 2015.

 Appellant's motion for leave to file a supplemental excerpts of record is granted. The Clerk shall file Exhibit M. Appellant is reminded however, that unrepresented litigants are exempt from the excerpts requirement. *See* 9th Cir. R. 30-1.2.

 The answering brief is due within 30 days after the date of this order.

 The optional reply brief is due within 14 days after service of the answering brief.

           For the Court:

           MOLLY C. DWYER
           Clerk of the Court

           Lorela Bragado-Sevillena
           Deputy Clerk
             Ninth Circuit Rule 27-7/Advisory Note
             to Rule 27 and Ninth Circuit Rule 27-10