UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 09 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEVE K. WILSON BRIGGS,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>SONY PICTURES ENTERTAINMENT, INC.; et al.,<br><br>        Defendants - Appellees. | No. 14-17175<br><br>D.C. No. 4:13-cv-04679-PJH<br>U.S. District Court for Northern California, Oakland<br><br>**ORDER** |

The substitute-corrected opening brief submitted on February 23, 2015 is filed.

Within 7 days of this order, appellant is ordered to file 7 copies of the brief in paper format accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

The Court has reviewed the supplemental excerpts of record submitted on February 23, 2015. Within 7 days of this order, appellant is ordered to file 4 copies

of the excerpts in paper format, with a white cover. The paper copies must be in the format described in 9th Circuit Rule 30-1.6.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939. For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

                                        FOR THE COURT:
                                        Molly C. Dwyer
                                        Clerk of Court

                                        Theresa Hoang
                                        Deputy Clerk