FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 12 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEVE K. WILSON BRIGGS,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>SONY PICTURES ENTERTAINMENT, INC.; et al.,<br><br>        Defendants - Appellees. | No. 14-17175<br><br>D.C. No. 4:13-cv-04679-PJH<br>Northern District of California,<br>Oakland<br><br><br>ORDER |

The briefing schedule established on March 6, 2015 is amended as follows:

The answering brief remains due April 9, 2015.

The optional reply brief is due within 14 days after service of the answering brief.

        For the Court:

        MOLLY C. DWYER
        Clerk of the Court


        Lorela Bragado-Sevillena
        Deputy Clerk
            Ninth Circuit Rule 27-7/Advisory Note
            to Rule 27 and Ninth Circuit Rule 27-10

02MAR2015/LBS/Pro Mo