No. 14-17175
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
_____

STEVE WILSON BRIGGS,
*Plaintiff-Appellants*,

v.

NEILL BLOMKAMP, SONY PICTURES ENT., INC., TRISTAR PICTURES, INC.,
MEDIA RIGHTS CAPITAL, QED INTERNATIONAL
*Defendants-Appellees.*

_____

Appeal from The United States District Court for the Northern District of California
Case No. 4:13-cv-4679 PJH
(The Honorable Phyllis J. Hamilton)
_____

**APPELLEES' MOTION REQUESTING TRANSMISSION OF PHYSICAL EXHIBIT OR, IN THE ALTERNATIVE, LEAVE TO TRANSMIT A COPY**

[Ninth Circuit Local Rules 11-4.2 and 27-14]
_____

                                                                  Michael J. Kump
                                                                  Gregory P. Korn
                                                                  KINSELLA WEITZMAN ISER KUMP &
                                                                  ALDISERT LLP
                                                                  808 Wilshire Boulevard, 3rd Floor
                                                                  Santa Monica, CA 90401
                                                                  (310) 566-9800

Attorneys for Defendants and Appellees
NEILL BLOMKAMP, SONY PICTURES ENTERTAINMENT INC., TRISTAR
PICTURES, INC., MEDIA RIGHTS CAPITAL II, L.P., AND QED INTERNATIONAL

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1, Appellee Media Rights Capital II, L.P. hereby states that it has no parent corporations and that no publicly held corporation owns 10% or more of its stock.

Pursuant to Federal Rule of Appellate Procedure 26.1, Appellee Sony Pictures Entertainment Inc. hereby states that it is an indirect subsidiary of Sony Corporation and that no other publicly held corporation owns 10% or more of its stock.

Pursuant to Federal Rule of Appellate Procedure 26.1, Appellee TriStar Pictures, Inc. hereby states that it is an indirect subsidiary of Sony Corporation and that no other publicly held corporation owns 10% or more of its stock.

Pursuant to Federal Rule of Appellate Procedure 26.1, Appellee QED International, LLC hereby states that it has no parent corporations and that no publicly held corporation owns 10% or more of its stock.

DATED: March 24, 2015         KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

By: /s/ Gregory Korn
Gregory Korn
Attorneys for Defndants and Appellees
NEILL BLOMKAMP, SONY PICTURES ENTERTAINMENT INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL II, L.P., AND QED INTERNATIONAL, LLC

## MOTION REGARDING TRANSMISSION OF PHYSICAL EXHIBIT

Pursuant to Ninth Circuit Local Rule 11-4.2, Defendants and Appellees Neill Blomkamp, Sony Pictures Entertainment Inc., TriStar Pictures, Inc., Media Rights Capital II, L.P., and QED International, LLC (collectively, "Appellees") respectfully move the Court to direct the United States District Court for the Northern District of California to transmit a physical exhibit that is not available on the electronic district court docket and is necessary for resolution of this appeal. Alternatively, pursuant to Local Rule 27-14, Appellees respectfully move for leave to transmit a copy of the exhibit to the Court.

Plaintiff and Appellant Steve Wilson Briggs ("Appellant") filed this action alleging that the feature film *Elysium* (the "Film"), which was written, directed, produced, and distributed by certain of Appellees and/or their affiliates, infringed a screenplay that he wrote. Appellant's Amended Complaint for Copyright Infringement alleges, *inter alia*, that the "infringement commenced on August, 9th, 2013, when the Defendants distributed and publically displayed 'Elysium', a film infringing on the Plaintiff's work." (Dkt. No. 17, Amended Complaint ¶ 1.) Appellant appeals from the Order of the District Court granting summary judgment on the basis that Appellees' screenplay and the Film lack substantial similarity as a matter of law. (Dkt. No. 86.)

In support of their Motion for Summary Judgment, Appellees filed and served one Blu-Ray and one DVD copy of the Film as Exhibit 2 to the Declaration of Gregory Korn ("Korn Declaration"). (Dkt. No. 66.) A Manual Filing Notification was filed for this physical exhibit (Dkt. No. 68), and the filing of the exhibit is reflected as Docket No. 70 on the District Court's docket. Because it is in DVD form, Exhibit 2 to the Korn Declaration is not available for viewing on the District Court's electronic docket. (*See* Dkt. No. 70.)

The Film itself, which was filed as Exhibit 2 to the Korn Declaration, is manifestly relevant to a resolution of Appellant's appeal from the District Court's determination that Appellant's screenplay and the Film are not substantially similar as a matter of law. Accordingly, Appellees respectfully request that the Court request the District Court pursuant to Local Rule 11-4.2 to transmit Exhibit 2 to the Court for consideration in this appeal. Alternatively, pursuant to Local Rule 27-14, Appellees respectfully request leave to transmit to the Court a copy of Exhibit 2 to the Korn Declaration.

/ / /

/ / /

DATED: March 24, 2015          KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

By: /s/ Gregory Korn
Gregory Korn
Attorneys for Defndants and Appellees
NEILL BLOMKAMP, SONY PICTURES ENTERTAINMENT INC., TRISTAR PICTURES, INC., MEDIA RIGHTS CAPITAL II, L.P., AND QED INTERNATIONAL, LLC

10021.00015/246365.1

## CERTIFICATE OF SERVICE

I hereby certify that on **March 24, 2015** I electronically filed the foregoing document(s) entitled:

**APPELLEES' MOTION REQUESTING TRANSMISSION OF PHYSICAL EXHIBIT OR, IN THE ALTERNATIVE, LEAVE TO TRANSMIT A COPY**

under Case No. 14-17175 using the Ninth Circuit Court of Appeals CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that the service will be accomplished via the appellate CM/ECF system.

    /s/ Gregory P. Korn
    Gregory P. Korn

10021.00015/249173.1