FILED

APR 16 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

STEVE K. WILSON BRIGGS,

        Plaintiff - Appellant,

v.

SONY PICTURES ENTERTAINMENT, INC.; et al.,

        Defendants - Appellees.

No. 14-17175

D.C. No. 4:13-cv-04679-PJH
Northern District of California, Oakland

ORDER

Appellees' motion to transmit a copy or replication of a physical exhibit is granted. *See* 9th Cir. R. 27-14.

FOR THE COURT

MOLLY C. DWYER
CLERK OF COURT

By: Jennifer Nutt
    Deputy Clerk