14-17175

_____

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____


STEVE WILSON BRIGGS
*Plaintiff-Appellant*


v.


NEILL BLOMKAMP, SONY PICTURES ENT., INC., TRISTAR PICTURES INC., MEDIA RIGHTS CAPITAL, QED INTERNATIONAL
*Defendants-Appellees*

_____

Appeal from the United States District Court
for the Northern District of California
Case No: 4:13-cv-04679 PJH

_____

**NOTICE OF ERRATA RE: NUMBER OF TRIGGERSTRET.COM MEMBERS, CENTRAL TO CLAIM OF ACCESS, AND ACCESS BY "WIDESPREAD DISTRIBUTION"**

_____

Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402
(510) 200 3763

*Appellant In Propria Persona*

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Please take notice that Plaintiff/Appellant, Steve Wilson Briggs, submits this Notice Of Errata with the court. On page eleven (11), line 15 of the Appellant's Substitute Corrected Brief the Appellant states: **"With Trigger Street's huge membership of over 100,000, and the fact that the Parties were engaged in the same market (filmmaking), the Plaintiff's work was widely disseminated, and the Defendants had reasonable opportunity of access."** That figure of 100,000 was based on a 2004 Article in Time Magazine, which named TriggerStreet.com one of the 50 Best Websites of 2004. The Plaintiff used that figure as he was unable to find any other published reports of its membership.

However, the Appellant recently discovered a BBC article from February, 2009 (http://news.bbc.co.uk/2/hi/technology/7908414.stmin), in which Kevin Spacey estimates TriggerStreet.com's membership at **400,000** members. Oddly, in the article Spacey calls them "international members" -although TriggerStreet's "Terms Of Use" page always allowed only for American membership.

> "Unless otherwise specified, the materials on the Site and in the Services are presented solely for the purpose of promoting the entertainment, information, and community resources and services available in, and other uses in, the United States of America."     *From TriggerStreet.com Terms of Use page*

TriggerStreet.com's membership was 100,000 in 2004, but rose to 400,000 in early 2009. Thus, it is reasonable to estimate TriggerStreet's membership in 2007 (when the Appellant's work was posted and purportedly accessed on TriggerStreet.com) at somewhere between 250,000 to 300,000 American members.

In light of this information, currently, on page eleven (11), the last sentence of the "ACCESS" paragraph reads:

"With Trigger Street's huge membership of over **100,000**, and the fact that the Parties were engaged in the same market (filmmaking), the Plaintiff's work was widely disseminated, and the Defendants had reasonable opportunity of access."

Rather, that passage should read:

"With Trigger Street's huge membership of **250,000 to 300,000** and the fact that the Parties were engaged in the same market (filmmaking), the Plaintiff's work was widely disseminated, and the Defendants had reasonable opportunity of access."

If The Court views this information as a "Correction", intended to add facts, rather than an "Errata", intended to correct a mistake, the Appellant apologizes for this mistake. It is not his intention to violate the process. Rather, it is his intent to provide the court with the most accurate information possible --in a case that may

establish the roadmap for international, foreign-based, predators to continue to usurp American intellectual property.

The Appellant apologizes for his inability to provide this updated information sooner, and apologizes for any inconvenience this creates for the Court, the other Parties or their Counsel.

February 29th, 2016.

Respectfully Submitted, /s/ Steve Wilson Briggs
Steve Wilson Briggs
Plaintiff, Pro Se
681 Edna Way
San Mateo, CA 94402
snc.steve@gmail.com

## CERTIFICATE OF SERVICE

of:

**NOTICE OF ERRATA RE: NUMBER OF TRIGGERSTRET.COM MEMBERS, CENTRAL TO CLAIM OF ACCESS, AND ACCESS BY "WIDESPREAD DISTRIBUTION"**

(Re:Ninth Circuit Case Number: 14-17175)

I hereby certify that I electronically filed the document(s) titled "NOTICE OF ERRATA RE: NUMBER OF TRIGGERSTRET.COM MEMBERS, CENTRAL TO CLAIM OF ACCESS, AND ACCESS BY "WIDESPREAD DISTRIBUTION," notifying with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF on February 29th, 2016.

I certify that all participants in the case are registered CM/ECF users and that the service will be accomplished the appellate CM/ECF system. EXECUTED ON FEBRUARY 29th, 2016.

Signature: /s/ Steve Wilson Briggs
Steve Wilson Briggs,
Appellant/Plaintiff