UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 15 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEVE K. WILSON BRIGGS, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> SONY PICTURES ENTERTAINMENT, INC.; et al., <br><br> Defendants-Appellees. | No. 14-17175 <br><br> D.C. No. 4:13-cv-04679-PJH <br> Northern District of California, Oakland <br><br> ORDER |

On April 16, 2015, the court granted appellees' motion to transmit a copy or replication of a physical exhibit. Within 14 days of the date of this order, appellees shall submit 3 additional copies of the DVD filed at Docket Entry No. 25.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Gabriela Buccinio
Deputy Clerk
Ninth Circuit Rule 27-7