## Certificate of Service

I hereby certify that on March 13, 2018, I electronically filed the foregoing petition, entitled APPELLANT'S PETITION FOR REHEARING AND REHEARING EN BANC and a copy of the Ninth Circuit panel MEMORANDUM Opinion, with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the CM\ECF system.

I certify that all participants in the case are registered CM/ECF users, and service will be completed, according to requirements, by the CM/ECF system.

Dated: March 13, 2018

                                               /s/ Steve Wilson Briggs
                                                  Steve Wilson Briggs