FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 06 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STEVE K. WILSON BRIGGS, Plaintiff-Appellant, v. SONY PICTURES ENTERTAINMENT, INC.; et al., Defendants-Appellees. | No. 14-17175 D.C. No. 4:13-cv-04679-PJH Northern District of California, Oakland ORDER |

Before: THOMAS, Chief Judge, and TROTT and SILVERMAN, Circuit Judges.

The panel has voted to deny Appellant's petition for rehearing and Chief Judge Thomas has voted to reject the petition for rehearing en banc and Judges Trott and Silverman so recommend.

The full court has been advised of the petition for rehearing en banc and no active judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for rehearing and the petition for rehearing en banc are DENIED.