UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 16 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STEVE K. WILSON BRIGGS,

   Plaintiff - Appellant,

 v.

SONY PICTURES ENTERTAINMENT, INC.; et al.,

   Defendants - Appellees.

No. 14-17175

D.C. No. 4:13-cv-04679-PJH
U.S. District Court for Northern California, Oakland

**MANDATE**

The judgment of this Court, entered March 01, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Rebecca Lopez
        Deputy Clerk
        Ninth Circuit Rule 27-7